IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br>       *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br>       *Respondents*. | Civil Action No. _____ |

### Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award

Pursuant to 28 U.S.C. § 1746, I, Jason W. Myatt, declare as follows:

1.   I am an attorney admitted to practice law in New York. I represent Petitioner Perimetral Oriental de Bogotá, S.A.S. in this matter.

2.   This declaration is submitted in support of the Petition to Confirm Arbitral Award filed today by Petitioner.

3.   Attached hereto as **Exhibit 1** is a true and correct copy of the arbitral award rendered on December 18, 2024 (the "Award") in the arbitration administered by the International Centre for Dispute Resolution ("ICDR"), Case No. 01-20-0015-3123 (the "Arbitration"), in the arbitration proceeding styled *Perimetral Oriental de Bogotá, S.A.S. and Shikun & Binui VT AG, v. Agencia Nacional de Infraestructura*, along with a certified English translation thereof.

4.   Attached hereto as **Exhibit 2** is a true and correct copy of the Clarification of the Award, rendered on March 7, 2025, along with a certified English translation thereof.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Concession Contract entered into between Agencia Nacional de Infraestructura ("ANI") and Petitioner, effective as of September 8, 2014, along with an English translation thereof.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Decree No. 4165 of 2011 issued by the President of the Republic of Colombia, along with an English translation thereof.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Procedural Order No. 20, dated March 17, 2025, in the Arbitration, along with an English translation thereof.

8. Attached hereto as **Exhibit 6** is a true and correct copy of ANI.gov, *Who we are*, available at https://www.ani.gov.co/informacion-de-la-ani/quienes-somos (last accessed April 9, 2025), along with an English translation thereof.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Decree No. 1800 of 2003 issued by the President of the Republic of Colombia, along with an English translation thereof.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Colombian Law 1682 of 2013, along with an English translation thereof.

11. Attached hereto as **Exhibit 9** is a true and correct excerpted copy of Decree No. 1079 of 2015 issued by the President of the Republic of Colombia, along with an English translation thereof.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Decision C-474 of 2023 issued by the Constitutional Court of the Republic of Colombia, along with an English

translation thereof.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Expropriation Procedures published by ANI as of January 27, 2020, available at https://www.ani.gov.co/sites/default/files/sig//gcsp-p-032_tramite_expropiaciones_v2.pdf, last accessed April 9, 2025 along with an English translation thereof.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Resolution No. 20246060008629 published by ANI as of March 1, 2024, along with an English translation thereof.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Colombian Law 80 of 1993, along with an English translation thereof.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Colombian Law 1474 of 2011, along with an English translation thereof.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Decision No. 01957-01 issued by the Supreme Court of Justice, Civil Chamber, of the Republic of Colombia, August 30, 2011, along with an English translation thereof.

18. Attached hereto as **Exhibit 16** is a true and correct copy of two Citations, identified as RAD ANI Nos. 20207070359321 and 20207070385331, issued by ANI to Petitioner on November 23, 2020 and December 15, 2020 respectively, along with English translations thereof.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a press release issued by ANI titled *Due to Serious Breach of Contractual Obligations, the Pacific Railway*

3

*Network Concession Contract Expires*, dated May 18, 2020, *available at* https://www.ani.gov.co/por-graves-incumplimientos-de-las-obligaciones-contractuales-caduca-el-contrato-de-concesion-de-la, last accessed April 9, 2025, along with an English translation thereof.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Colombian Law 489 of 1998, along with an English translation thereof.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Decision C-666 of 2000, issued by the Constitutional Court of the Republic of Colombia, along with an English translation thereof.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Fiscalia.gov, *Judicial Branch Institutions*, available at https://www.fiscalia.gov.co/colombia/en/judicial-branch-institutions/, last accessed April 9, 2025, the original version of which was published in English.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a request for interpretation of Article 69 of Law 489 of 1998, submitted to the Council of State of the Republic of Colombia by the National Government of the Republic of Colombia, through the director of the Administrative Department of the Civil Service, and on behalf of the Mayor of Bogotá, D.C., styled, *Concepto 250 of 2023*, dated February 22, 2023, along with an English translation thereof.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the Decision issued on August 2, 2024 by the Council of State of the Republic of Colombia, Contentious

Administrative Chamber, Third Section, in the matter of *Alvis Yepes SAS v. Agencia Nacional de Infraestructura*, along with an English translation thereof.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a policy issued by ANI, titled *Policy for the Nomination and Selection of Independent Members of the Board of Director*, dated November 11, 2022, available at https://www.ani.gov.co/sites/default/files/sig/sepg-pt-005_nominacion_y_seleccion_de_ miembros_independientes_del_consejo_directivo_v2.pdf, last accessed April 9, 2025, along with an English translation thereof.

26. Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt of the Report on the Accountability of the Transport Sector for the period from January through October 2024, published by the Colombian Ministry of Transportation on December 16, 2024, *available at* https://mintransporte.gov.co/loader.php?lServicio=Tools2&lTipo=descargas &lFuncion=descargar&idFile=62494, last accessed April 9, 2025, along with an English translation thereof.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Decree No. 267 of 2000, issued by the President of the Republic of Colombia, along with an English translation thereof.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Decision C-140 of 2020, issued by the Constitutional Court of the Republic of Colombia, along with an English translation thereof.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a press release

issued by ANI on December 9, 2014, titled *ANI complies with the ruling of the Comptroller General of the Republic*, available at https://www.ani.gov.co/article/ani-acata-fallo-de-la-contraloria-general-de-la-republica-14645, last accessed April 11, 2025, along with an English translation thereof.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Colombian Constitution, Art. 267, along with an English translation thereof.

31. Attached hereto as **Exhibit 29** is a true and correct copy of Law No. 1952 of 2019, Art. 2, along with an English translation thereof.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Bulletin 1275 issued by the Procuradoría General de la Nacion of Colombia ("PGN") on November 5, 2024, titled *The Inspector General's Office confirmed the sanction of dismissal and disqualification against former director of ANI, Luis Fernando Andrade, for irregularities in the addendums of the Ruta Sol*, available at https://www.procuraduria.gov.co/Pages/confirmo-sancion-destitucion-e-inhabilidad-exdirector-ani-luis-fernando-andrade-irregularidades-otrosies-ruta-sol.aspx, last accessed April 11, 2025, along with an English translation thereof.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Bulletin 1633 issued by the PGN on December 11, 2023, titled *Investigation into ANI vice president for contract with Colombian Society of Engineers that could impact the Bogotá Metro*, available at https://www.procuraduria.gov.co/Pages/investigacion-vicepresidente-ani-por-contrato-con-sociedad-colombiana-ingenieros-que-podria-impactar-metro-bogota.aspx, last accessed April 9, 2025, along with an English translation thereof.

34. Attached hereto as **Exhibit 32** is a true and correct copy of Decree No. 2295 of 2023 issued by the President of the Republic of Colombia, along with an English translation thereof.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the Treasury Reporting Rates of Exchange as of March 31, 2025, published by the United States Department of Treasury, Bureau of the Fiscal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2025
New York, New York

_____
Jason W. Myatt