IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., | |
| *Petitioner*, | |
| v. | Civil Action No. _____ |
| AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA | |
| *Respondents*. | |

**<u>Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award</u>**

# EXHIBIT 3



Libertad y Orden

REPÚBLICA DE COLOMBIA

MINISTERIO DE TRANSPORTE

AGENCIA NACIONAL DE INFRAESTRUCTURA

CONTRATO DE CONCESIÓN BAJO EL ESQUEMA DE APP No. **002** DE 0 0 SEP 2014

Entre:

Concedente:
**AGENCIA NACIONAL DE INFRAESTRUCTURA**

Concesionario:
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**

**PARTE GENERAL**

Página 1 de 225



**CAPÍTULO I    Definiciones** .................................................................**12**

1.1    "Acta de Cálculo de la Retribución" ...............................................12

1.2    "Acta de Entrega de la Infraestructura" .........................................12

1.3    "Acta de Inicio" .............................................................................12

1.4    "Acta de Inicio de la Fase de Construcción" ..................................12

1.5    "Acta de Liquidación del Contrato" ...............................................13

1.6    "Acta de Reversión" ......................................................................13

1.7    "Acta de Terminación de Unidad Funcional" ...............................13

1.8    "Acta de Terminación Parcial de Unidad Funcional" ....................13

1.9    "Acuerdo de Garantía" ..................................................................13

1.10    "Acuerdo de Permanencia" ...........................................................13

1.11    "Amigable Componedor" ..............................................................14

1.12    "ANI" ...........................................................................................14

1.13    "Apéndices" ..................................................................................14

1.14    "Apéndices Financieros" ..............................................................14

1.15    "Apéndices Técnicos" ...................................................................14

1.16    "Aportes ANI" ..............................................................................15

1.17    "Autoridad Ambiental" .................................................................15

1.18    "Autoridad Gubernamental" .........................................................15

1.19    "Avalúo Comercial Corporativo" ..................................................15

1.20    "Beneficiario Real" .......................................................................16

1.21    "Cambio Tributario" ......................................................................16

1.22    "Cesionario Especial" ...................................................................16

1.23    "Cierre Financiero" .......................................................................17

1.24    "Circulación" ................................................................................17

1.25    "Cláusula Penal" ...........................................................................17

1.26    "Comisión de Éxito" .....................................................................17

1.27    "Comisión Fiduciaria" ..................................................................17

1.28    "Comité Fiduciario" ......................................................................17

1.29    "Compensación Especial" .............................................................17

1.30    "Compensaciones Ambientales" ...................................................18

1.31    "Compensaciones Socioeconómicas" ...........................................18

1.32   "Concesionario" ..................................................................................18

1.33   "Contratistas" .....................................................................................18

1.34   "Contrato de Concesión" o "Contrato" .............................................18

1.35   "Contrato de Construcción" ...............................................................19

1.36   "Contrato de Diseño" ..........................................................................19

1.37   "Contrato de Fiducia Mercantil" ........................................................19

1.38   "Contrato de Interventoría" ................................................................19

1.39   "Contrato de Operación y Mantenimiento" .......................................19

1.40   "Corredor del Proyecto" .....................................................................19

1.41   "Cuenta ANI" ......................................................................................20

1.42   "Cuenta Proyecto" ..............................................................................20

1.43   "Deducciones" .....................................................................................20

1.44   "Derecho de Recaudo" ........................................................................20

1.45   "Descuentos" .......................................................................................20

1.46   "Día" ....................................................................................................20

1.47   "Día Hábil" ..........................................................................................20

1.48   "Diferencia de Recaudo al Año 8 o DR8" ..........................................20

1.49   "Diferencia de Recaudo al Año 13 o DR13" ......................................21

1.50   "Diferencia de Recaudo al Año 18 o DR18" ......................................21

1.51   "Director del Proyecto" ......................................................................21

1.52   "Dólares" o "US$" ..............................................................................21

1.53   "DTF" ..................................................................................................21

1.54   "Especificaciones Técnicas" ..............................................................22

1.55   "Estaciones de Peaje" .........................................................................22

1.56   "Estaciones de Pesaje" .......................................................................22

1.57   "Estructurador" ...................................................................................22

1.58   "Estudio de Impacto Ambiental" ........................................................22

1.59   "Estudios de Detalle" ..........................................................................22

1.60   "Estudios de Trazado y Diseño Geométrico" .....................................23

1.61   "Etapa de Operación y Mantenimiento" .............................................23

1.62   "Etapa de Reversión" ..........................................................................23

1.63   "Etapa Preoperativa" ..........................................................................23

1.64    "Evento Eximente de Responsabilidad" ..................................................23

1.65    "Faja" ..................................................................................................23

1.66    "Fase de Preconstrucción" ..................................................................24

1.67    "Fase de Construcción" ......................................................................24

1.68    "Fecha de Inicio" ................................................................................24

1.69    "Fecha de Terminación de la Etapa de Operación y Mantenimiento" .................24

1.70    "Fiduciaria" ........................................................................................24

1.71    "Fondo de Capital Privado" ................................................................25

1.72    "Fondo de Contingencias" ..................................................................25

1.73    "Fuerza Mayor" o "Caso Fortuito" ....................................................25

1.74    "Fuerza Mayor Ambiental" ................................................................25

1.75    "Fuerza Mayor por Redes" ................................................................25

1.76    "Fuerza Mayor Predial" ....................................................................25

1.77    "Garantía de Seriedad de la Propuesta" ............................................25

1.78    "Garantía Única de Cumplimiento" ....................................................25

1.79    "Gestión Predial" ..............................................................................26

1.80    "Gestión Social y Ambiental" ............................................................26

1.81    "Giro de Equity" ................................................................................26

1.82    "Indicadores" ....................................................................................26

1.83    "Índice de Cumplimiento" ..................................................................26

1.84    "Información Financiera" ....................................................................26

1.85    "Informe de Interventoría" ................................................................27

1.86    "Ingresos por Explotación Comercial" ..............................................27

1.87    "Intervención" ....................................................................................27

1.88    "Interventoría" o "Interventor" ..........................................................27

1.89    "Inventario de Activos de la Concesión" ............................................28

1.90    "Invitación a Precalificar" ..................................................................28

1.91    "IPC" ..................................................................................................28

1.92    "Ley Aplicable" ..................................................................................28

1.93    "Líder" ................................................................................................28

1.94    "Licencia Ambiental" ..........................................................................29

1.95    "Licencias y Permisos" ......................................................................29



1.96    "Mantenimiento u Obras de Mantenimiento" ................................................29

1.97    "Manual de Operación y Mantenimiento" ...................................................29

1.98    "Mejoramiento" ............................................................................................29

1.99    "Memoria Técnica" .......................................................................................29

1.100    "Mes" .........................................................................................................30

1.101    "Mes de Referencia" .................................................................................30

1.102    "Multas" .....................................................................................................30

1.103    "Notificación" ...........................................................................................30

1.104    "Notificación Derecho de Toma" .............................................................30

1.105    "Notificación Para Toma" .........................................................................30

1.106    "Obras Complementarias" .........................................................................31

1.107    "Obras de Construcción" ...........................................................................31

1.108    "Obras Voluntarias" ..................................................................................31

1.109    "Oferta" u "Oferta del Concesionario" .....................................................31

1.110    "Operación" ...............................................................................................31

1.111    "Parte" o "Partes" .....................................................................................31

1.112    "Parte General" .........................................................................................31

1.113    "Parte Especial" ........................................................................................32

1.114    "Patrimonio Autónomo" ...........................................................................32

1.115    "Patrimonio Autónomo-Deuda" ...............................................................32

1.116    "Peaje" .......................................................................................................32

1.117    "Pesos" o "COL$" .....................................................................................32

1.118    "Plan de Adquisición de Predios" .............................................................32

1.119    "Plan de Compensaciones Socioeconómicas" ..........................................33

1.120    "Plan de Manejo Ambiental" ....................................................................33

1.121    "Plan de Obras" .........................................................................................33

1.122    "Plan de Reasentamientos" .......................................................................33

1.123    "Plazo de Cura" .........................................................................................34

1.124    "Plazo Máximo de la Etapa de Reversión" ..............................................34

1.125    "Precalificación" .......................................................................................34

1.126    "Predio" .....................................................................................................34

1.127    Predios Faltantes .......................................................................................34

| 1.128 | "Prestamistas" ............................................................................ | 34 |
| 1.129 | "Proceso de Selección" ............................................................... | 35 |
| 1.130 | "Proyecto" .................................................................................... | 35 |
| 1.131 | "Recaudo de Peaje" ..................................................................... | 35 |
| 1.132 | "Recursos de Deuda" .................................................................... | 35 |
| 1.133 | "Recursos de Patrimonio" ........................................................... | 35 |
| 1.134 | "Redes" ......................................................................................... | 36 |
| 1.135 | "Rehabilitación" ........................................................................... | 36 |
| 1.136 | "Requisito Habilitante" ................................................................ | 36 |
| 1.137 | "Resolución de Peaje" .................................................................. | 36 |
| 1.138 | "Retribución" ................................................................................ | 37 |
| 1.139 | "Reversión" ................................................................................... | 37 |
| 1.140 | "Sección" ...................................................................................... | 37 |
| 1.141 | "Servicios Adicionales" ............................................................... | 37 |
| 1.142 | "Subcuenta Amigable Composición" ........................................... | 38 |
| 1.143 | "Subcuenta Aportes ANI" ............................................................ | 38 |
| 1.144 | "Subcuenta Compensaciones Ambientales" ................................ | 38 |
| 1.145 | "Subcuenta de Soporte Contractual" ........................................... | 38 |
| 1.146 | "Subcuenta Excedentes ANI" ...................................................... | 38 |
| 1.147 | "Subcuenta Ingresos por Explotación Comercial" ...................... | 38 |
| 1.148 | "Subcuenta Interventoría y Supervisión" ................................... | 38 |
| 1.149 | "Subcuenta Obras Menores" ........................................................ | 39 |
| 1.150 | "Subcuenta Predios" ..................................................................... | 39 |
| 1.151 | "Subcuenta Recaudo Peaje" ......................................................... | 39 |
| 1.152 | "Subcuenta Redes" ........................................................................ | 39 |
| 1.153 | "Supervisión" o "Supervisor" ..................................................... | 39 |
| 1.154 | "Terminación Anticipada del Contrato" o "Terminación Anticipada" | 39 |
| 1.155 | "Tiempo Máximo de Corrección para Indicadores" ..................... | 40 |
| 1.156 | "Tribunal de Arbitramento" ......................................................... | 40 |
| 1.157 | "Unidad Funcional" ...................................................................... | 40 |
| 1.158 | "Valor del Contrato" ..................................................................... | 40 |
| 1.159 | Valor Estimado de Compensaciones Ambientales ...................... | 40 |



1.160    Valor Estimado de Predios y Compensaciones Socio Económicas ...............41

1.161    Valor Estimado de Redes ........................................................................41

1.162    "VPIP"...................................................................................................41

1.163    "VPIP8".................................................................................................41

1.164    "VPIP13"...............................................................................................41

1.165    "VPIP18"...............................................................................................41

1.166    "VPIPm"................................................................................................42

1.167    "VPIP'm"...............................................................................................42

1.168    "Variación NIIF" ..................................................................................42

**CAPÍTULO II    ASPECTOS GENERALES DEL CONTRATO...........43**

2.1    Objeto.....................................................................................................43

2.2    Valor del Contrato y Aportes Presupuestales.....................................43

2.3    Perfeccionamiento e Inicio de Ejecución del Contrato .....................43

2.4    Plazo del Contrato ................................................................................45

2.5    Etapas de Ejecución Contractual ........................................................45

2.6    Declaraciones y Garantías de las Partes.............................................46

**CAPÍTULO III    CAPITULO ASPECTOS ECONÓMICOS DEL CONTRATO52**

3.1    Retribución ............................................................................................52

3.2    Deducciones por Desempeño ...............................................................54

3.3    Peajes, Derecho de Recaudo e Ingresos por Explotación Comercial.................54

3.4    Obtención del VPIP ..............................................................................57

3.5    Descuentos .............................................................................................62

3.6    Intereses Remuneratorios y de Mora...................................................62

3.7    Obligación de Financiación..................................................................63

3.8    Cierre Financiero ..................................................................................64

3.9    Giros de Equity......................................................................................66

3.10    Registro de los Prestamistas ...............................................................68

3.11    Desarrollo de Estructuras Financieras ..............................................68

3.12    Toma de Posesión de los Prestamistas ...............................................69

3.13    El Patrimonio Autónomo. Generalidades...........................................75

3.14    Cuentas y Subcuentas del Patrimonio Autónomo .............................76





3.15    Términos y condiciones de obligatoria inclusión en el Contrato de Fiducia Mercantil 87

3.16    Cambio Tributario ..................................................................................90

**CAPÍTULO IV    ETAPA PREOPERATIVA - GENERALIDADES ......................94**

4.1    Condiciones Precedentes para el Inicio de la Fase de Preconstrucción ..............94

4.2    Principales Obligaciones del Concesionario durante la Fase de Preconstrucción94

4.3    Principales Obligaciones de la ANI durante la Fase de Preconstrucción .........101

4.4    Condiciones Precedentes para el Inicio de la Fase de Construcción.................102

4.5    Principales Obligaciones del Concesionario durante la Fase de Construcción.103

4.6    Principales Obligaciones de la ANI durante la Fase de Construcción..............107

4.7    Efectos del Retraso del Plan de Obras ..........................................................108

4.8    Procedimiento para solicitar la ampliación del plazo del Plan de Obras ..........109

4.9    Plazo Adicional sin Sanciones para el Concesionario .....................................109

4.10    Puesta en servicio de las Unidades Funcionales .............................................110

4.11    Especificaciones Técnicas y calidad de las Intervenciones...............................111

4.12    Modificación de las Especificaciones Técnicas ...............................................112

4.13    Fuentes de materiales ..................................................................................115

4.14    Pruebas y ensayos......................................................................................115

4.15    Ubicación de equipos ..................................................................................115

4.16    Memoria Técnica........................................................................................116

4.17    Procedimiento de verificación......................................................................116

4.18    Plan de Obras .............................................................................................120

**CAPÍTULO V    ETAPA PREOPERATIVA - CONTRATOS DE DISEÑO, CONSTRUCCIÓN Y OPERACIÓN.........................................................................121**

5.1    Generalidades ..............................................................................................121

5.2    Contratistas..................................................................................................121

5.3    Certificación y Verificación ...........................................................................122

**CAPÍTULO VI    ETAPA PREOPERATIVA–ESTUDIOS Y DISEÑOS............124**

6.1    Presentación de los Estudios ........................................................................124

6.2    Revisión de los Estudios y Diseños................................................................124

6.3    Modificaciones y Adecuaciones a los Diseños ...............................................125

6.4    Plazo para Ajustes por parte del Concesionario .............................................126



**CAPÍTULO VII    ETAPA PREOPERATIVA - GESTIÓN PREDIAL**.................**127**

7.1    Generalidades de la Gestión Predial...................................................127

7.2    Recursos para la Adquisición de Predios y Compensaciones Socioeconómicas128

7.3    Disposiciones Especiales para el Procedimiento de Adquisición Predial.........130

7.4    Fuerza Mayor Predial .................................................................130

**CAPÍTULO VIII   ETAPA PREOPERATIVA - GESTIÓN SOCIAL Y AMBIENTAL, REDES, OTROS    132**

8.1    Gestión Social y Ambiental............................................................132

8.2    Redes ...................................................................................135

8.3    Implementación de nuevas tecnologías para recaudo electrónico de Peajes ....138

8.4    Construcción de túneles ...............................................................138

**CAPÍTULO IX    ETAPA DE OPERACIÓN Y MANTENIMIENTO Y ETAPA DE REVERSIÓN    139**

9.1    Condiciones Precedentes para el Inicio de la Etapa de Operación y Mantenimiento 139

9.2    Obligaciones principales del Concesionario durante la Etapa de Operación y Mantenimiento ...............................................................................139

9.3    Obligaciones principales de la ANI durante la Etapa de Operación y Mantenimiento 142

9.4    Mantenimiento de las Intervenciones e Indicadores .........................142

9.5    Manual de Operación y Mantenimiento...........................................143

9.6    Alcance de las Obras de Mantenimiento..........................................143

9.7    Etapa de Reversión...................................................................144

**CAPÍTULO X    SANCIONES Y ESQUEMAS DE APREMIO** .........................**147**

10.1    Multas.................................................................................147

10.2    Plazo de Cura y Pago de las Multas ..............................................147

10.3    Procedimiento para la imposición de Multas ...................................148

10.4    Actualización de las Multas .......................................................148

10.5    Cláusula Penal .......................................................................149

**CAPÍTULO XI    CLÁUSULAS EXCEPCIONALES AL DERECHO COMÚN150**

11.1    Caducidad............................................................................150

11.2    Terminación unilateral .............................................................151

11.3    Otras cláusulas excepcionales al derecho común...............................151



**CAPÍTULO XII   GARANTÍAS Y MECANISMOS DE COBERTURA DE RIESGOS 153**

12.1    Garantías como Requisito de Inicio del Contrato y de sus Fases o Etapas .......153

12.2    Clases de Garantías ..................................................................................153

12.3    Reglas Generales Aplicables a las Garantías ...........................................153

12.4    Aprobación de las Garantías .....................................................................156

12.5    División de las Garantías...........................................................................157

12.6    Garantía Única de Cumplimiento...............................................................158

12.7    Garantía de Responsabilidad Extracontractual .......................................159

12.8    Seguro de daños contra todo riesgo.........................................................160

12.9    Actualización de los valores de las garantías...........................................161

**CAPÍTULO XIII   ECUACIÓN CONTRACTUAL Y ASIGNACIÓN DE RIESGOS 162**

13.1    Ecuación Contractual ................................................................................162

13.2    Riesgos asignados al Concesionario ........................................................163

13.3    Riesgos de la ANI .....................................................................................167

**CAPÍTULO XIV   TERMINACIÓN PARCIAL DE UNIDAD FUNCIONAL, EVENTO EXIMENTE DE RESPONSABILIDAD E INDEMNIDADES.............171**

14.1    Imposibilidad de Terminación por Eventos Eximentes de Responsabilidad o por razones imputables a la ANI ...............................................................................171

14.2    Evento Eximente de Responsabilidad ......................................................173

14.3    Indemnidad...............................................................................................178

**CAPÍTULO XV   SOLUCIÓN DE CONTROVERSIAS .................................180**

15.1    Amigable Componedor ..............................................................................180

15.2    Arbitraje Nacional......................................................................................188

15.3    Arbitraje Internacional ..............................................................................190

15.4    Continuidad en la ejecución .....................................................................192

**CAPÍTULO XVI   ASUNTOS LABORALES Y DE SEGURIDAD INDUSTRIAL193**

16.1    Personal del Concesionario ......................................................................193

16.2    Seguridad e Higiene Industrial..................................................................194

16.3    Relación entre las Partes ..........................................................................194

**CAPÍTULO XVII   TERMINACIÓN DEL CONTRATO .....................................195**



17.1    Ocurrencia ........................................................................................195

17.2    Causales de Terminación Anticipada del Contrato ...........................195

17.3    Efectos de la Ocurrencia de una Causal de Terminación Anticipada por causas imputables al Concesionario ...................................................................196

**CAPÍTULO XVIII    LIQUIDACIÓN DEL CONTRATO ...................................197**

18.1    Término ............................................................................................197

18.2    Obligaciones de la Fiduciaria en la Liquidación .............................197

18.3    Fórmulas de Liquidación del Contrato ............................................199

18.4    Pago de las sumas por concepto de Liquidación.............................212

18.5    Pagos en caso de conflicto ..............................................................215

**CAPÍTULO XIX    VARIOS ........................................................................216**

19.1    Obras menores no previstas, solicitadas por Autoridades Gubernamentales o por comunidades .......................................................................................216

19.2    Obras Complementarias ..................................................................217

19.3    Obras Voluntarias............................................................................218

19.4    Subcontratos ...................................................................................219

19.5    Cesión .............................................................................................220

19.6    Renuncia a la reclamación diplomática...........................................222

19.7    Inhabilidades e incompatibilidades .................................................222

19.8    Idioma del Contrato.........................................................................222

19.9    Impuestos ........................................................................................222

19.10    Modificación del Contrato .............................................................222

19.11    Subsistencia de Obligaciones ........................................................222

19.12    No renuncia a derechos ..................................................................223

19.13    Ajustes por Solicitud del Interventor ............................................223

19.14    Prelación de Documentos...............................................................223

19.15    Información Financiera ..................................................................224

19.16    Directrices Ambientales y Sociales................................................224

19.17    Notificaciones.................................................................................224

19.18    Información Estadística..................................................................224

19.19    Manejo de Información ...................................................................225

## CAPÍTULO I          Definiciones

Para los fines de este Contrato, a menos que expresamente se estipule de otra manera o se definan de manera particular en otro aparte de este Contrato (incluidos sus Apéndices y Anexos), los términos en mayúscula inicial que aquí se usan, estén utilizados en forma singular o plural, tendrán el significado asignado a dichos términos según se indican a continuación. Los títulos de las Secciones y Capítulos se incluyen con fines de referencia y de conveniencia pero de ninguna manera limitan, definen o describen el alcance y la intención del presente Contrato y no se consideran como parte del mismo. Las palabras técnicas o científicas que no se encuentren definidas expresamente en este Contrato tendrán los significados que les correspondan según la técnica o ciencia respectiva y las demás palabras se entenderán en su sentido natural y obvio, según el uso general de las mismas.

1.1    "Acta de Cálculo de la Retribución"

Para cada Unidad Funcional, es el documento que suscribirán el Interventor y el Concesionario en donde se consignarán las bases del cálculo de la Retribución del Concesionario y los resultados de dicho cálculo. Cuando se cause la Compensación Especial, deberá suscribirse un acta con el mismo contenido y para los mismos fines que el Acta de Cálculo de la Retribución, aclarando en su texto que se trata del cálculo de la Compensación Especial.

1.2    "Acta de Entrega de la Infraestructura"

Es el documento que suscribirán la ANI, el Interventor y el Concesionario para efectos de entregar la infraestructura al Concesionario. La obligación de la ANI se limitará a la entrega de los Predios y las obras existentes en el estado en que se encuentren y en ningún caso implica la obligación por parte de la ANI de entregar los Predios correspondientes a las Fajas ni al Corredor del Proyecto. En este acta no se podrá incluir ningún tipo de reserva, condicionamiento, objeción u observación relacionada con el estado de la infraestructura entregada, en tanto es obligación del Concesionario recibirla en el estado en que se encuentre.

1.3    "Acta de Inicio"

Es el documento que suscribirán el Vicepresidente de Gestión Contractual o quien haga sus veces, el Supervisor de la ANI, el Interventor y el Concesionario para efectos de dar inicio a la ejecución del Contrato, previa verificación de los requisitos establecidos en la Sección 2.3 de esta Parte General.

1.4    "Acta de Inicio de la Fase de Construcción"



Es el documento que suscribirán el Supervisor de la ANI, el Interventor y el Concesionario para efectos de dar inicio a la Fase de Construcción, previa verificación de los requisitos establecidos para ello en este Contrato, en especial en la Sección 4.4 de esta Parte General.

1.5    "Acta de Liquidación del Contrato"

Es el documento que suscribirán el Vicepresidente de Gestión Contractual o quién haga sus veces, el Supervisor de la ANI, el Interventor y el Concesionario de acuerdo con lo señalado en este Contrato, en especial en el CAPÍTULO XVIII de esta Parte General, para los efectos previstos en el artículo 60 de la ley 80 de 1993 (modificado por el artículo 217 del Decreto 19 de 2012) y en el artículo 11 de la ley 1150 de 2007, o las normas que los modifiquen, complementen o sustituyan.

1.6    "Acta de Reversión"

Es el documento que suscribirán el Supervisor de la ANI, el Interventor y el Concesionario para hacer constar la Reversión de los bienes de la concesión y la consecuente terminación del presente Contrato. En este acta se verificará el cumplimiento de los Indicadores señalados en el Apéndice Técnico 4.

1.7    "Acta de Terminación de Unidad Funcional"

Es el documento que suscribirán el Vicepresidente de Gestión Contractual o quién haga sus veces, el Supervisor de la ANI, el Interventor y el Concesionario cuando se cumplan los requisitos previstos en la Sección 4.10 de esta Parte General.

1.8    "Acta de Terminación Parcial de Unidad Funcional"

Es el documento que suscribirán el Vicepresidente de Gestión Contractual o quién haga sus veces, el Supervisor de la ANI, el Interventor y el Concesionario de acuerdo con lo previsto en la Sección 14.1 de esta Parte General.

1.9    "Acuerdo de Garantía"

Es el documento identificado como tal en la Invitación a Precalificar y en las reglas del Proceso de Selección, debidamente suscrito.

1.10    "Acuerdo de Permanencia"

Es el documento identificado como tal en la Invitación a Precalificar y en las reglas del Proceso de Selección, debidamente suscrito.

1.11 "Amigable Componedor"

Se refiere a la instancia permanente y obligatoria de solución definitiva de ciertas controversias, prevista en la Sección 15.1 de esta Parte General.

1.12 "ANI"

Es la Agencia Nacional de Infraestructura creada mediante Decreto 4165 de 2011, como una agencia nacional estatal de naturaleza especial, del sector descentralizado de la rama ejecutiva del orden nacional, con personería jurídica, patrimonio propio y autonomía administrativa, financiera y técnica, adscrita al Ministerio de Transporte. La ANI actúa en este Contrato como entidad pública contratante.

1.13 "Apéndices"

Se refiere a los Apéndices Técnicos, conjuntamente con los Apéndices Financieros.

1.14 "Apéndices Financieros"

Son los documentos de carácter financiero adjuntos al Contrato. Cualquier modificación a un Apéndice Financiero implicará la modificación del presente Contrato. Los Apéndices Financieros son los siguientes:

Apéndice Financiero 1: Información Financiera
Apéndice Financiero 2: Cesión Especial de la Retribución
Apéndice Financiero 3: Garantías y Seguros

1.15 "Apéndices Técnicos"

Son los documentos adjuntos al Contrato de carácter técnico, ambiental, social y predial, que contienen obligaciones a cargo del Concesionario. Cualquier modificación a un Apéndice Técnico implicará la modificación del presente Contrato. Los Apéndices Técnicos son los siguientes:

Apéndice Técnico 1: Alcance del Proyecto
Apéndice Técnico 2: Condiciones para la Operación y el Mantenimiento
Apéndice Técnico 3: Especificaciones Generales
Apéndice Técnico 4: Indicadores de Disponibilidad, Seguridad, Calidad y Nivel de Servicio



Apéndice Técnico 5: Interferencias con Redes
Apéndice Técnico 6: Gestión Ambiental
Apéndice Técnico 7: Gestión Predial
Apéndice Técnico 8: Gestión Social
Apéndice Técnico 9: Plan de Obras

1.16  "Aportes ANI"

Son los montos correspondientes al perfil de aportes anuales solicitados por el Concesionario en su Oferta, expresados en Pesos constantes de la fecha que se señale en la Parte Especial (de acuerdo con lo señalado en las reglas de participación del Proceso de Selección) con respecto a los recursos del Presupuesto General de la Nación. Los Aportes ANI no incluyen el impuesto al valor agregado ni ningún otro tributo del orden nacional —no aplicable al momento de presentación de la Oferta— que llegue a afectar la integridad de dichos aportes con posterioridad a dicha fecha, por lo cual, de imponerse esos tributos durante la vigencia del Contrato, la ANI deberá ajustar el valor de los Aportes ANI para compensar el efecto de dichos tributos. Esta estipulación no aplicará a tributos del orden departamental o municipal, los cuales se regirán por lo dispuesto en la Sección 3.16 de esta Parte General.

Los Aportes ANI serán aportados por la ANI en los términos, montos y plazos establecidos en la Parte Especial. Para cumplir con dichos plazos, la ANI adelantará las gestiones correspondientes para contar con la debida programación de recursos en el Programa Anual Mensualizado de Caja (PAC), en aplicación de la Ley Aplicable.

1.17  "Autoridad Ambiental"

Es cualquier autoridad de la República de Colombia que tenga competencia en asuntos ambientales, incluyendo pero sin limitarse a las Corporaciones Autónomas Regionales, el Ministerio de Ambiente y Desarrollo Sostenible y la Autoridad Nacional de Licencias Ambientales.

1.18  "Autoridad Gubernamental"

Es cualquier autoridad de la República de Colombia distinta de la ANI, incluyendo pero sin limitarse al Ministerio de Transporte, Ministerio de Hacienda y Crédito Público y a la Dirección de Impuestos y Aduanas Nacionales, Autoridad Nacional de Licencias Ambientales entre otros, que tengan autoridad sobre asuntos relacionados con el presente Contrato.

1.19  "Avalúo Comercial Corporativo"

Se entiende por Avalúo Comercial Corporativo aquel que –en aplicación de lo previsto por la ley 1682– realiza un gremio o lonja de propiedad raíz con la participación colegiada de sus agremiados. El Avalúo Comercial Corporativo debe ser respaldado por el representante legal del gremio o lonja de propiedad raíz, por el presidente o coordinador del comité técnico y por el perito avaluador, que en todo caso deberá cumplir con los requisitos para el ejercicio de la profesión de avaluador conforme se establece en la Ley 1673 o en las normas que la complementen, modifiquen o sustituyan. Por lo tanto, cada Avalúo Comercial Corporativo debe venir firmado por al menos tres personas incluyendo al profesional avaluador a fin de garantizar las disposiciones del artículo 11 del Decreto 1420 de 1998.

Para los solos efectos de este Contrato, los avalúos desarrollados por el IGAC serán considerados como Avalúos Comerciales Corporativos.

1.20  "Beneficiario Real"

Es cualquier persona o grupo de personas que, directa o indirectamente por si mismas o a través de interpuesta persona, por virtud de contrato, convenio o de cualquier otra manera, tenga respecto del Contrato, del Concesionario, del Patrimonio Autónomo (incluyendo cualquier Patrimonio Autónomo-Deuda) capacidad decisoria; esto es, la facultad o el poder de votar en la elección de directivas o representantes o, de dirigir, orientar y controlar dicho voto, así como la facultad o el poder de enajenar y ordenar la enajenación o gravamen de la acción en el Concesionario o la participación en el Contrato o en el Patrimonio Autónomo (incluyendo cualquier Patrimonio Autónomo-Deuda). También serán un mismo Beneficiario Real los cónyuges o compañeros permanentes y los parientes dentro del segundo grado de consanguinidad, segundo de afinidad y único civil del Concesionario o de cualquiera de los accionistas del Concesionario. Igualmente, constituyen un mismo Beneficiario Real las sociedades matrices y sus subordinadas.

1.21  "Cambio Tributario"

Se refiere a la imposición de nuevos tributos o la eliminación o variación de los existentes, respecto de los vigentes al momento de la presentación de la Oferta, que en forma directa y por sí sólo afecte positiva o negativamente el costo de ejecución del Contrato para el Concesionario.

Se exceptúan de esta definición los cambios que se presenten en impuestos que graven la renta.

1.22  "Cesionario Especial"

Corresponde a cualquiera de las personas, fondos o patrimonios a que se refiere el Apéndice Financiero 2 a quien efectivamente se le haya hecho la cesión de los derechos económicos del Concesionario, en los términos de dicho Apéndice.



1.23  "Cierre Financiero"

Es la consecución de un monto mínimo de Recursos de Deuda para el Proyecto, en los términos y condiciones señalados en el presente Contrato, especialmente en la Sección 3.8 de esta Parte General.

1.24  "Circulación"

Corresponde a la situación en la cual los vehículos pueden transitar en ambos sentidos de manera simultánea, al menos en una calzada bidireccional.

1.25  "Cláusula Penal"

Es la pena pecuniaria que se causará a cargo del Concesionario, de acuerdo con lo previsto en la Sección 10.5 de esta Parte General.

1.26  "Comisión de Éxito"

Es la suma correspondiente a la parte de los honorarios del Estructurador que deberá ser cancelada por el Concesionario y que hará parte del costo del Proyecto a cargo del Concesionario como parte de sus obligaciones, tal y como se establece en la Parte Especial.

1.27  "Comisión Fiduciaria"

Es la remuneración que recibe la Fiduciaria por la administración del Patrimonio Autónomo, de acuerdo con los términos y condiciones que se establecen en la Sección 3.15(c) de esta Parte General.

1.28  "Comité Fiduciario"

Es el organismo encargado de vigilar e impartir instrucciones a la Fiduciaria para el desarrollo del objeto del Patrimonio Autónomo, cuya conformación y facultades estarán determinadas en el Contrato de Fiducia Mercantil, sin perjuicio de las facultades atribuidas a la ANI de conformidad con lo previsto en el presente Contrato.

1.29  "Compensación Especial"

Corresponde a los pagos que serán hechos al Concesionario en el caso previsto en la Sección 14.1 de esta Parte General. El reconocimiento de la Compensación Especial se verificará en los mismos plazos y mediante los mismos mecanismos previstos en este Contrato para el reconocimiento de la Retribución. Para todos los efectos previstos en este Contrato, la Compensación Especial corresponde a un derecho económico a favor del Concesionario, que puede ser cedido a los Prestamistas y, en general, del que puede disponer el Concesionario de la misma forma en que puede disponer de la Retribución.

## 1.30  "Compensaciones Ambientales"

Corresponde a los requerimientos incluidos dentro de los actos administrativos específicos al Proyecto adoptados por las Autoridades Ambientales competentes, correspondientes a i) pérdida de biodiversidad, ii) uso y aprovechamiento de los recursos naturales, y iii) Plan de Reasentamientos, según estos conceptos se precisan en el Apéndice Técnico 6 y en el Apéndice Técnico 8. Las Compensaciones Ambientales se ejecutarán y financiarán según lo dispuesto en el presente Contrato, en especial en la Sección 8.1(c) de esta Parte General.

## 1.31  "Compensaciones Socioeconómicas"

Corresponde al catálogo de reconocimientos a ciertas personas, que deberán hacerse por parte del Concesionario y que se otorgarán de conformidad con la Resolución 545 de 2008 expedida por el INCO (hoy ANI) –o las normas que la modifiquen, complementen o sustituyan– para mitigar los impactos socioeconómicos específicos, causados por razón de la adquisición de Predios para el Proyecto.

## 1.32  "Concesionario"

Es la sociedad de objeto único identificada plenamente en la Parte Especial, conformada por quien(es) resultó(aron) adjudicatario(s) en el marco del Proceso de Selección.

## 1.33  "Contratistas"

Son las personas jurídicas o naturales o estructuras plurales integradas por varias personas, con quienes el Concesionario suscribe el Contrato de Construcción, el Contrato de Diseño y/o el Contrato de Operación y Mantenimiento en los términos del CAPÍTULO V del Contrato.

## 1.34  "Contrato de Concesión" o "Contrato"

Será el presente documento (la "Parte General"), la Parte Especial, sus Apéndices y Anexos, la Invitación a Precalificar, las reglas del Proceso de Selección con sus adendas y anexos, el



Acuerdo de Garantía y el Acuerdo de Permanencia, debidamente suscritos de conformidad con lo previsto en la Invitación a Precalificar y en las reglas del Proceso de Selección. Todos los anteriores documentos se entienden incorporados al Contrato, por lo que su contenido será de obligatorio cumplimiento para las Partes.

1.35  "Contrato de Construcción"

Es el contrato que celebrará el Concesionario con un Contratista para la ejecución de las Intervenciones.

1.36  "Contrato de Diseño"

Es el contrato que celebrará el Concesionario con un Contratista para la ejecución de los Estudios de Trazado y Diseño Geométrico y de los Estudios de Detalle del Proyecto.

1.37  "Contrato de Fiducia Mercantil"

Es el contrato de fiducia mercantil que se suscribirá con la Fiduciaria, por medio del cual se constituye el Patrimonio Autónomo en cumplimiento de lo previsto en la Sección 3.13 de esta Parte General y en desarrollo de lo normado en el artículo 24 de la Ley 1508 de 2012.

1.38  "Contrato de Interventoría"

Es el contrato que celebrará la ANI con el Interventor.

1.39  "Contrato de Operación y Mantenimiento"

Es el contrato que podrá celebrar el Concesionario con un Contratista para la ejecución de la Operación y el Mantenimiento, según se prevé en el CAPÍTULO V de esta Parte General. El Concesionario podrá celebrar uno o varios Contratos de Operación y Mantenimiento.

1.40  "Corredor del Proyecto"

Corresponde al corredor físico dentro del cual se ubica el Proyecto de acuerdo con lo que se define en el Apéndice Técnico 1. Los Predios correspondientes al Corredor del Proyecto, que no hayan sido entregados con el Acta de Entrega de la Infraestructura deberán ser adquiridos como parte de la Gestión Predial.

1.41 "Cuenta ANI"

Es la cuenta del Patrimonio Autónomo que se constituirá de conformidad con lo previsto en la Sección 3.14 de esta Parte Gencral.

1.42 "Cuenta Proyecto"

Es la cuenta del Patrimonio Autónomo que se constituirá de conformidad con lo previsto en la Sección 3.14 de esta Partc General.

1.43 "Deducciones"

Corresponde a las que se aplicarán a la Retribución del Concesionario –o a la Compensación Especial, cuando sea aplicable– como resultado de la medición del Índice de Cumplimiento, de acuerdo con lo previsto en el presente Contrato.

1.44 "Derecho de Recaudo"

Se entenderá de conformidad con lo establecido en la Sección 3.3 de esta Parte General.

1.45 "Descuentos"

Corresponde a los conceptos previstos en la Sección 3.5 de esta Parte General.

1.46 "Día"

Es cualquier día calendario que comprende veinticuatro (24) horas. Cuando este Contrato prevea un plazo en Días para el cumplimiento de una obligación y este plazo no venza en un Día Hábil, el vencimiento ocurrirá el Día Hábil inmediatamente siguiente.

1.47 "Día Hábil"

Es cualquier Día en la semana, de lunes a viernes (inclusive), sin incluir los Días feriados en la República de Colombia.

1.48 "Diferencia de Recaudo al Año 8 o DR8"



Se entenderá como la diferencia entre el valor presente del Recaudo de Peaje acumulado hasta el año ocho (8) y el VPIP8, de conformidad con lo previsto en la Sección 3.4(b) de esta Parte General.

1.49 "Diferencia de Recaudo al Año 13 o DR13"

Se entenderá como la diferencia entre el valor presente del Recaudo de Peaje acumulado hasta el año trece (13) y el VPIP13, de conformidad con lo previsto en la 3.4(c) de esta Parte General.

1.50 "Diferencia de Recaudo al Año 18 o DR18"

Se entenderá como la diferencia entre el valor presente del Recaudo de Peaje acumulado hasta el año dieciocho (18) y el VPIP18, de conformidad con lo previsto en la Sección 3.4(c) de esta Parte General.

1.51 "Director del Proyecto"

Es la persona natural designada por el Concesionario como su representante ante la ANI y el Interventor, que será el interlocutor de estos últimos en la ejecución del presente Contrato y que además tendrá la capacidad para tomar decisiones por cuenta del Concesionario. Esta persona deberá tener: (i) un poder otorgado por el representante legal del Concesionario; o (ii) ser representante legal del Concesionario.

1.52 "Dólares" o "US$"

Se entenderá como la moneda con poder liberatorio y curso forzoso en los Estados Unidos de América.

1.53 "DTF"

Es la tasa de interés variable calculada con base en el promedio ponderado de las tasas de interés efectivas para la captación a noventa (90) días de los establecimientos bancarios, corporaciones financieras, compañías de financiamiento comercial y corporaciones de ahorro y vivienda, certificada semanalmente por el Banco de la República o la entidad que lo llegase a sustituir. Para efectos de este Contrato, la tasa DTF será entendida como una tasa nominal anual trimestre anticipado. Si la tasa DTF dejare de ser certificada o se llegare a modificar, se aplicará la tasa equivalente que determine el Banco de la República, o la entidad que asuma sus funciones. Todos los cálculos de intereses a que haga referencia el presente Contrato y que impliquen la utilización de la DTF, serán efectuados diariamente aplicando la DTF certificada para cada día.

1.54 "Especificaciones Técnicas"

Se entenderán por tales las normas y parámetros contenidos en los Apéndices Técnicos, los cuales establecen los resultados y parámetros mínimos exigibles al Concesionario respecto a las Intervenciones, la Operación y el Mantenimiento. Las normas y parámetros que se establecen en estos Apéndices Técnicos corresponden a mínimos que no excusan al Concesionario de la obtención de los resultados establecidos en dichos Apéndices Técnicos y en el presente Contrato, particularmente en cuanto a los Indicadores.

1.55 "Estaciones de Peaje"

Son las instalaciones existentes y/o por instalar o reubicar para el recaudo de los Peajes y respecto de las cuales el Concesionario deberá cumplir las obligaciones descritas en los Apéndices Técnicos, así como cualquier otra obligación prevista en el presente Contrato.

1.56 "Estaciones de Pesaje"

Son las instalaciones existentes y/o por instalar, en cuyo caso el Concesionario las deberá diseñar, construir, equipar, mantener y operar, las cuales son necesarias para realizar el pesaje de vehículos, en el número y con las características que se determinan en los Apéndices Técnicos, incluyendo los terrenos donde queden situadas, los cuales deberán ser adquiridos por el Concesionario a favor de la ANI.

1.57 "Estructurador"

Corresponde al grupo de firmas que se identifican en la Parte Especial.

1.58 "Estudio de Impacto Ambiental"

Es el documento elaborado por el Concesionario que haya sido requerido por la Autoridad Ambiental como fundamento para la aprobación y expedición de una Licencia Ambiental.

1.59 "Estudios de Detalle"

Corresponden a los estudios y diseños necesarios para la ejecución de las Intervenciones y que tendrán el alcance y deberán cumplir con lo señalado en el Apéndice Técnico 3 y en el Apéndice Técnico 1. Comprenden todas las actividades de diseño detallado en todas y cada una de las áreas técnicas de ingeniería, consideraciones ambientales, sociales, prediales y de tráfico.



1.60  "Estudios de Trazado y Diseño Geométrico"

Los estudios de trazado y diseño geométrico corresponden a los estudios relacionados con el diseño de las características geométricas de la vía en cuanto a velocidad, diseño horizontal, diseño vertical, sección transversal y demás aspectos técnicos relacionados con el diseño geométrico de una vía en los términos del Apéndice Técnico 3.

1.61  "Etapa de Operación y Mantenimiento"

Se refiere a la segunda etapa de ejecución del Contrato de Concesión durante la cual el objeto principal del Contrato será la realización de las actividades de Operación y Mantenimiento sobre el Proyecto. Esta etapa correrá desde la suscripción de la última Acta de Terminación de Unidad Funcional hasta la Fecha de Terminación de la Etapa de Operación y Mantenimiento. Una vez terminada la Etapa de Operación y Mantenimiento se iniciará la Etapa de Reversión del Contrato.

1.62  "Etapa de Reversión"

Se refiere a la tercera etapa del Contrato de Concesión dentro de la cual se adelantarán todas las actividades necesarias para la Reversión de los bienes de la Concesión, en las condiciones previstas en este Contrato. Esta etapa iniciará en i) la Fecha de Terminación de la Etapa de Operación y Mantenimiento o ii) cuando se declare la Terminación Anticipada del Contrato en cualquiera de sus etapas y culminará cuando i) se suscriba el Acta de Reversión o ii) se venza el Plazo Máximo de la Etapa de Reversión, lo que ocurra primero. Durante la Etapa de Reversión el Concesionario deberá continuar con las actividades de Operación y Mantenimiento del Proyecto.

1.63  "Etapa Preoperativa"

Se refiere a la primera etapa del Contrato de Concesión, según se define en la Sección 2.5(a)(i) de esta Parte General.

1.64  "Evento Eximente de Responsabilidad"

Tendrá el significado que se le asigna en la Sección 14.2 de esta Parte General.

1.65  "Faja"

Se refiere a las zonas de retiro o exclusión de las carreteras, en los términos señalados en el artículo 2 de la Ley 1228 de 2008. Aunque el Concesionario no está obligado a adquirir todos los predios correspondientes a las Fajas (solamente los predios necesarios para el Corredor del Proyecto), es su obligación adoptar todas las medidas que estén a su alcance, e iniciar todas las acciones, proveer todos los informes y realizar todas las solicitudes ante las Autoridades competentes, para proteger la destinación que deben tener las Fajas, de acuerdo con la Ley Aplicable.

1.66 "Fase de Preconstrucción"

Es la primera fase de la Etapa Preoperativa que se extenderá desde la Fecha de Inicio hasta la fecha de suscripción del Acta de Inicio de la Fase de Construcción.

1.67 "Fase de Construcción"

Es la segunda fase de la Etapa Preoperativa, durante la cual el Concesionario, principalmente, debe realizar las Intervenciones. Esta Fase de Construcción se extiende desde el momento de la firma del Acta de Inicio de la Fase de Construcción hasta la suscripción de la última Acta de Terminación de Unidad Funcional.

1.68 "Fecha de Inicio"

Es el Día siguiente a la fecha en la que las Partes suscriban el Acta de Inicio de ejecución del Contrato.

1.69 "Fecha de Terminación de la Etapa de Operación y Mantenimiento"

Se entenderá de conformidad con lo establecido en la Sección 2.4(b) de esta Parte General.

1.70 "Fiduciaria"

Es la sociedad de servicios financieros constituida en Colombia y vigilada por la Superintendencia Financiera de Colombia, autorizada para celebrar contratos de fiducia mercantil, que tenga una calificación de riesgo en calidad en administración de portafolios o en administración de activos, que corresponda al menos a la segunda mejor calificación de la escala utilizada por la respectiva calificadora de riesgo autorizada por la Superintendencia Financiera de Colombia, que sea escogida por el Concesionario para actuar como administradora y vocera del Patrimonio Autónomo.

1.71  "Fondo de Capital Privado"

Se entenderá de conformidad con la definición incluida en la Invitación a Precalificar.

1.72  "Fondo de Contingencias"

Es el Fondo de Contingencias de las Entidades Estatales creado mediante la Ley 448 de 1998 y al cual la ANI efectuará los aportes aprobados por el Ministerio de Hacienda y Crédito Público; aportes que estarán destinados a fondear las contingencias que en virtud del presente Contrato asume la ANI.

1.73  "Fuerza Mayor" o "Caso Fortuito"

De conformidad con lo estipulado en el artículo 1 de la Ley 95 de 1890, se entenderá por Fuerza Mayor o Caso Fortuito el imprevisto a que no es posible resistir.

1.74  "Fuerza Mayor Ambiental"

Se refiere al evento descrito en la Sección 8.1(e) de esta Parte General.

1.75  "Fuerza Mayor por Redes"

Se refiere al evento descrito en la Sección 8.2(i) de esta Parte General.

1.76  "Fuerza Mayor Predial"

Se refiere al evento descrito en la sección en la Sección 7.4 de esta Parte General.

1.77  "Garantía de Seriedad de la Propuesta"

Es la garantía que fue presentada como parte de la Oferta del Concesionario, en los términos aplicables al Proceso de Selección, para garantizar la seriedad de dicha Oferta.

1.78  "Garantía Única de Cumplimiento"

Se refiere a la garantía que deberá constituir el Concesionario en los términos y condiciones de la Sección 2.3(b)(i), así como en el CAPÍTULO XII de esta Parte General.

1.79  "Gestión Predial"

Son las obligaciones a cargo del Concesionario relacionadas con la adquisición de Predios para el Proyecto y con la implementación del Plan de Compensaciones Socioeconómicas. Estas obligaciones están descritas en el presente Contrato, incluyendo el Apéndice Técnico 7.

1.80  "Gestión Social y Ambiental"

Son las obligaciones a cargo del Concesionario relacionadas con el cumplimiento oportuno y eficaz del marco legal ambiental y social aplicable al desarrollo del Proyecto, así como de la aplicación de las mejores prácticas que garanticen un adecuado desempeño ambiental y social del mismo. Estas obligaciones están descritas en el presente Contrato, principalmente en la Sección 8.1 de esta Parte General y en los Apéndices Técnicos 6 y 8.

1.81  "Giro de Equity"

Es el valor mínimo correspondiente a los giros que deba hacer el Concesionario al Patrimonio Autónomo (Cuenta Proyecto) en los términos y condiciones previstos en este Contrato, en especial en la Sección 3.9 de esta Parte General. El Giro de Equity podrá ser deuda subordinada de socios al Proyecto. Sin embargo, en ningún caso esta deuda podrá estar al mismo nivel de la deuda de los Prestamistas y por lo tanto, el pago de la deuda subordinada de socios estará subordinado al pago de la deuda del Proyecto, excepto si media acuerdo expreso en contrario de los Prestamistas.

1.82  "Indicadores"

Son los indicadores de disponibilidad, calidad y nivel de servicio según se definen en el Apéndice Técnico 4.

1.83  "Índice de Cumplimiento"

Es el resultado de la aplicación de los Indicadores como resultado de la metodología dispuesta en el Apéndice Técnico 4.

1.84  "Información Financiera"

Es la tabla de datos financieros entregada por el Concesionario al momento del Cierre Financiero y revisada por la ANI y el Interventor, el cual será construido con base en los lineamientos señalados en el Apéndice Financiero 1. Las Partes entienden que la Información Financiera contiene algunos datos de referencia proveídos por el Concesionario, por lo cual



no genera obligatoriedad alguna para la ANI, quien podrá usar dicha Información, a su entera discreción y con el alcance que determine la propia ANI, en los casos en que este Contrato así lo prevea de manera expresa. Sin perjuicio de lo anterior, la Información Financiera no servirá de criterio de interpretación de este Contrato en el marco del Tribunal de Arbitramento, del Amigable Componedor ni ningún otro mecanismo de solución de controversias, por lo cual esas instancias no podrán basarse en dicha información para adoptar cualquier decisión que les competa, conforme al Contrato.

1.85 "Informe de Interventoría"

Es el informe que entregará bimestralmente el Interventor al Supervisor de la ANI, con copia al Concesionario, donde se reporta de manera detallada el estado de la ejecución de las Intervenciones y en general el cumplimiento de las obligaciones del Concesionario contenidas en el presente Contrato, incluyendo pero sin limitarse al cumplimiento del Plan de Obras.

1.86 "Ingresos por Explotación Comercial"

Se refiere a los ingresos brutos efectivamente obtenidos como consecuencia de la prestación de los Servicios Adicionales. Se tendrán como Ingresos por Explotación Comercial, para todos los efectos de este Contrato, no sólo los que reciba directamente el Concesionario, sino cualquier otra persona en la cual el Concesionario, sus socios o los Beneficiarios Reales del Concesionario, tengan cualquier participación o compartan de cualquier manera los resultados de su actividad económica. El dos coma dos por ciento (2,2%) de los Ingresos por Explotación Comercial será transferido a la Subcuenta Excedentes ANI. El noventa y siete punto ocho por ciento (97,8%) restante será consignado en la Subcuenta de Ingresos por Explotación Comercial como una de las fuentes para el pago de la Retribución –o de la Compensación Especial, cuando sea aplicable–.

1.87 "Intervención"

Tendrá el alcance establecido en el Apéndice Técnico 1.

1.88 "Interventoría" o "Interventor"

Será la persona natural o jurídica, consorcio o unión temporal o cualquier otra forma de asociación permitida por la Ley Aplicable, escogida por la ANI para cumplir las funciones de interventoría previstas en el presente Contrato.

Con anterioridad a la suscripción del Acta de Inicio, la ANI le comunicará al Concesionario la dirección a la cual deberán enviarse todos los documentos que este Contrato prevé que deben ser remitidos a la Interventoría. Toda comunicación a la Interventoría deberá constar



por escrito, y con la misma deberán adjuntarse su versión digital y la de sus anexos. Cualquier plazo se empezará a contar a partir del Día Hábil siguiente a la fecha de la constancia de recibo en las oficinas del Interventor.

Para efectos de las comunicaciones que el Interventor esté obligado a remitir al Concesionario y/o a la ANI, las mismas deberán hacerse cumpliendo los requisitos contenidos en la Sección 1.103 de esta Parte General.

1.89 "Inventario de Activos de la Concesión"

Corresponde al acta suscrita por las Partes en la cual se incluirá un inventario detallado de todos los activos entregados por la ANI y recibidos por el Concesionario, y una descripción del estado de tales activos al momento de la entrega. En ningún caso el contenido de este Inventario o las descripciones que en el mismo se hagan –ni sus actualizaciones– implicarán limitación alguna de la responsabilidad y riesgo a cargo del Concesionario de ejecutar las Intervenciones, así como mantener y operar el Proyecto, cumpliendo con todas las obligaciones de resultado que en este Contrato se establecen.

1.90 "Invitación a Precalificar"

Corresponde al documento, junto con sus anexos y apéndices los cuales se entienden integrados a éste, el cual contiene las reglas, plazos, condiciones, y procedimientos a las que se sometieron los actos de invitación, recepción, valoración, decisión y demás aspectos relativos al trámite de Precalificación.

1.91 "IPC"

Es el Índice de precios al consumidor con base Diciembre de 2008 =100, para el total nacional publicado oficialmente por el Departamento Administrativo Nacional de Estadística – DANE-, o la entidad que lo sustituya. En el evento que en el índice de precios al consumidor publicado oficialmente por el DANE tenga una base diferente a Diciembre de 2008 =100, el índice con la nueva base será usado para el cálculo del IPC, considerando en todo caso el IPC de la misma base para todos los cálculos de acuerdo con el presente Contrato.

1.92 "Ley Aplicable"

Se refiere a la ley, reglamentos, actos administrativos y demás normas vigentes en la República de Colombia.

1.93 "Líder"



Se entenderá de conformidad con lo previsto en las reglas de participación de la Invitación a Precalificar y del Proceso de Selección.

## 1.94 "Licencia Ambiental"

Es el acto administrativo emitido por la Autoridad Ambiental mediante el cual se autoriza la ejecución de obras del Proyecto, de una Unidad Funcional o Intervención, en el caso en que dicha Licencia sea exigida conforme a la Ley Aplicable y cuyo trámite y costo estará a cargo del Concesionario, por su cuenta y riesgo, incluidas las acciones de seguimiento a la misma.

## 1.95 "Licencias y Permisos"

Son los permisos, concesiones autorizaciones y/o licencias que deban ser otorgados por cualquier Autoridad Gubernamental, necesarios para la ejecución del Proyecto por parte del Concesionario, cuyo trámite y costo estará a cargo del Concesionario, por su cuenta y riesgo.

## 1.96 "Mantenimiento u Obras de Mantenimiento"

Son las actividades de mantenimiento que deberá desarrollar el Concesionario sobre el Proyecto durante las diferentes etapas del presente Contrato. Todo lo anterior con sujeción a los términos de este Contrato, en especial de acuerdo con lo previsto en el Apéndice Técnico I.

## 1.97 "Manual de Operación y Mantenimiento"

Es el documento que elaborará el Concesionario con base en los lineamientos señalados en los Apéndices Técnicos 2 y 3, que contendrá, pero sin limitarse, los procedimientos para la Operación y para el Mantenimiento del Proyecto y de cada Unidad Funcional.

## 1.98 "Mejoramiento"

Tendrá el sentido que le otorga el Apéndice Técnico 1.

## 1.99 "Memoria Técnica"

Es el documento que elaborará el Concesionario en el cual se consignará toda la información necesaria para que el Interventor y la ANI evalúen que las Intervenciones y la Operación y el Mantenimiento cumplen con los resultados exigidos en este Contrato. En la Memoria Técnica se anotará, por lo menos, la información a que hace referencia la Sección 4.16 de esta Parte General.



1.100 "Mes"

Cualquiera de los doce meses del año calendario.

1.101 "Mes de Referencia"

Mes en el cual se expresan los valores constantes. Para efectos del presente Contrato el Mes de Referencia es el que se establece en la Parte Especial.

1.102 "Multas"

Son las sanciones pecuniarias por incumplimiento del Contrato, que podrán ser impuestas al Concesionario por la ANI, de conformidad con este Contrato, en especial con el CAPÍTULO X de esta Parte General.

1.103 "Notificación"

Es la comunicación escrita que enviarán las Partes y la Fiduciaria, para informar o comunicar situaciones relacionadas con el Proyecto y la ejecución del Contrato. La Notificación que sea enviada por el Concesionario deberá radicarse en la ANI. Solamente será válida una Notificación a la ANI cuando tenga la respectiva constancia de radicación de la entidad. Cualquier plazo se empezará a contar a partir del Día Hábil siguiente a la fecha que conste en el sello de la radicación en la ANI o la constancia de recibo en las oficinas del Concesionario o la Fiduciaria. Cualquier otro medio de comunicación escrito entre las Partes y/o la Fiduciaria será válido para fines informativos pero no será vinculante para las mismas.

1.104 "Notificación Derecho de Toma"

Se entenderá de conformidad con lo establecido en la Sección 3.12(d)(v) de esta Parte General.

1.105 "Notificación Para Toma"

Se entenderá de conformidad con lo establecido en la Sección 3.12(d)(ii) de esta Parte General.



1.106 "Obras Complementarias"

Son aquellas obras –incluyendo además de obras civiles, la adquisición y montaje de equipos de control de tráfico, Peajes o cualquier otro relacionado con el Proyecto– que no estén contempladas en las obligaciones a ser ejecutadas por el Concesionario como parte de las Intervenciones de conformidad con lo previsto en este Contrato y en las Especificaciones Técnicas, en los términos de la Sección 19.2 de esta Parte General.

1.107 "Obras de Construcción"

Se refiere a aquellas Intervenciones que corresponde a la construcción de segundas calzadas o nuevas vías para el Proyecto, de conformidad con lo señalado en el Apéndice Técnico 1.

1.108 "Obras Voluntarias"

Son aquellas obras a las que se refiere la Sección 19.3 de esta Parte General, ejecutadas a entera cuenta y riesgo del Concesionario, sin que su aprobación o ejecución implique una modificación de las condiciones del Contrato de Concesión y especialmente de Retribución del Concesionario.

1.109 "Oferta" u "Oferta del Concesionario"

Se entenderá como la oferta entregada por el oferente que resultó adjudicatario en el Proceso de Selección y que le otorgó el derecho de constituir la sociedad –vehiculo de propósito especial– que suscribe el presente Contrato como Concesionario.

1.110 "Operación"

Se entiende en los términos del Apéndice Técnico 1.

1.111 "Parte" o "Partes"

Son, individual o conjuntamente, el Concesionario y la ANI, tal y como se identifican en el encabezado de esta Parte General.

1.112 "Parte General"

Se refiere al presente documento que hace parte del Contrato de Concesión.

1.113 "Parte Especial"

Se refiere al documento que hace parte del Contrato de Concesión que contiene ciertas estipulaciones especiales aplicables al Proyecto y que prima sobre todos los demás documentos del Contrato.

1.114 "Patrimonio Autónomo"

Es el patrimonio autónomo que deberá constituir el Concesionario mediante la celebración del Contrato de Fiducia Mercantil con la Fiduciaria. El Patrimonio Autónomo será el centro de imputación contable del Proyecto y por lo tanto todos los hechos económicos del Proyecto serán contabilizados en dicho Patrimonio incluyendo pero sin limitarse a todos los ingresos y gastos del proyecto.

1.115 "Patrimonio Autónomo-Deuda"

Es el patrimonio autónomo que podrá constituir el Concesionario para instrumentar el mecanismo al que se refiere el Apéndice Financiero 2, mecanismo que no es obligatorio para el Concesionario, quien podrá diseñar libremente los instrumentos de financiación que considere necesarios para asumir la obligación y el riesgo de financiar el Proyecto. El Patrimonio Autónomo-Deuda no podrá afectar la función prevista en el artículo 24 de la Ley 1508 de 2012 para el Patrimonio Autónomo.

1.116 "Peaje"

Es la tasa por el uso de la infraestructura que cada usuario del Proyecto debe pagar de acuerdo con la tarifa correspondiente a su categoría vehicular en cada una de las Estaciones de Peaje de acuerdo con la Resolución de Peaje, sin incluir los valores por contribución al Fondo de Seguridad Vial, ni ninguna otra sobretasa o contribución similar que tenga destinación diferente al Proyecto.

1.117 "Pesos" o "COL$"

Se entenderá como la moneda de curso forzoso y poder liberatorio en Colombia.

1.118 "Plan de Adquisición de Predios"

Es el documento que preparará el Concesionario y entregará a la ANI donde establecerá un cronograma de adquisición de Predios así como una metodología de trabajo para adelantar la Gestión Predial. Una vez no objetado por la Interventoría y el Supervisor dicho Plan servirá de base para el cumplimiento de las obligaciones previstas en este Contrato relacionadas con



la Gestión Predial. La aplicación del Plan de Adquisición de Predios se sujetará a lo previsto en el Apéndice Técnico 7.

1.119 "Plan de Compensaciones Socioeconómicas"

Corresponde al documento que contendrá la planeación de las actividades de identificación y ejecución de las Compensaciones Socioeconómicas. Una vez no objetado por la Interventoría y el Supervisor dicho Plan servirá de base para el cumplimiento de las obligaciones previstas en este Contrato relacionadas con las Compensaciones Socioeconómicas.

1.120 "Plan de Manejo Ambiental"

Es el documento que debe elaborar e implementar el Concesionario como parte del Estudio de Impacto Ambiental, producto de una evaluación ambiental y social, el cual, entre otros requerimientos establece de manera detallada las acciones que se implementarán para prevenir, controlar, mitigar, corregir o compensar los impactos y efectos ambientales negativos que se causen por la ejecución de las Intervenciones y las Obras de Mantenimiento y demás actividades comprendidas en este Contrato y sus Apéndices.

Este documento incluirá los planes de seguimiento, monitoreo, contingencia y abandono aplicables de acuerdo con la naturaleza del Proyecto y contemplará las obligaciones descritas en los Apéndices Técnicos 6 y 8.

1.121 "Plan de Obras"

Es el documento que entregará el Concesionario al Interventor que contendrá el cronograma de obras discriminado por Unidades Funcionales y la forma como se planearán las Intervenciones de manera que la construcción de las Unidades Funcionales finalice a más tardar a las fechas señaladas en la Parte Especial. El Plan de Obras deberá contener, además, la información al nivel de detalle exigido por el Apéndice Técnico 9. Una vez no objetado por la Interventoría y el Supervisor, el Plan de Obras será de obligatorio cumplimiento para el Concesionario, aunque deberá ajustarse, por cuenta y riesgo del Concesionario, siempre que ello sea necesario para el cumplimiento de las obligaciones de resultado, en los plazos previstos, contenidas en este Contrato.

1.122 "Plan de Reasentamientos"

Se refiere al plan ordenado por la Autoridad Ambiental o quien haga sus veces, como condición para la expedición de la Licencia Ambiental, para que en aplicación de la Resolución 077 de 2012 expedida por la ANI o aquellas que la modifiquen, complementen o sustituyan, las unidades sociales residentes o productivas que no tienen derechos legales

respecto a las áreas de terreno de utilidad pública e interés social requeridas para la ejecución del Proyecto, pero que reclaman derecho sobre las construcciones que ocupan en el momento del levantamiento de la información, sean trasladados y beneficiados con una vivienda de reposición.

1.123 "Plazo de Cura"

Es el período durante el cual el Concesionario podrá subsanar los incumplimientos detectados por la ANI y/o el Interventor, durante el cual no se causarán Multas.

1.124 "Plazo Máximo de la Etapa de Reversión"

Corresponde al término de ciento ochenta (180) Días contados a partir de la Fecha de Terminación de la Etapa de Operación y Mantenimiento conforme a lo previsto en la Sección 2.4(b) de esta Parte General. En caso de Terminación Anticipada del Contrato, el Plazo Máximo de la Etapa de Reversión podrá ampliarse –por decisión autónoma y exclusiva de la ANI– en cualquier término adicional, hasta un máximo de quinientos cuarenta (540) Días contados a partir de la fecha en que se declare la ocurrencia de una causal de Terminación Anticipada del Contrato en cualquiera de las Etapas.

1.125 "Precalificación"

Corresponde al trámite de precalificación que se identifica en la Parte Especial, abierto por la ANI.

1.126 "Predio"

Significa la unidad física constituida por terreno, construcciones, construcciones anexas, cultivos y especies, necesarios para la completa disposición del Corredor del Proyecto, los cuales deben ser adquiridos por el Concesionario, a nombre de la ANI, o puestos a disposición del Concesionario por la ANI o por un tercero para la ejecución de las obligaciones a cargo del Concesionario derivadas del presente Contrato y con sujeción a lo previsto en el Apéndice Técnico 7.

1.127 Predios Faltantes

Se entenderá de conformidad con lo previsto en la Sección 7.4(a) de esta Parte General.

1.128 "Prestamistas"



Serán las personas –diferentes del Concesionario o sus accionistas (respecto de sus aportes de capital o deuda subordinada) y de la ANI–, fondos y otras modalidades previstas en la Sección 3.8(d) de esta Parte General, que suministren al Concesionario los Recursos de Deuda necesarios para la financiación del Proyecto, mediante cualquier modalidad, contrato o instrumento de financiación. Para el Cierre Financiero, los Prestamistas deberán reunir las calificaciones exigidas para ellos en la Sección 3.8(d) de esta Parte General. Los Prestamistas podrán ser personas naturales únicamente si la financiación se efectúa a través de colocaciones de títulos en el mercado de capitales.

1.129 "Proceso de Selección"

Corresponde al que se identifica en la Parte Especial del Presente Contrato, mediante el cual se seleccionó, dentro del grupo de precalificados, al Concesionario.

1.130 "Proyecto"

Se entenderá como el conjunto compuesto, entre otras, por todas las actividades, servicios, bienes, obligaciones y derechos necesarios para la ejecución del presente Contrato.

1.131 "Recaudo de Peaje"

Corresponde al resultado de multiplicar el tráfico efectivo de las Estaciones de Peaje por la tarifa de cada categoría vehicular para un periodo determinado, neto del impuesto al valor agregado, de los valores por contribución al Fondo de Seguridad Vial, de otra sobretasa o similar que tenga destinación diferente al Proyecto o de otros tributos de orden nacional (si se trata de tributos del orden departamental o municipal, se aplicará lo dispuesto en la Sección 3.16 de esta Parte General) que llegaren a imponerse sobre dicho recaudo con posterioridad a la fecha de presentación de la Oferta. El tráfico por categoría de vehículos será verificado por el Interventor

1.132 "Recursos de Deuda"

Son los recursos destinados al Proyecto que tienen como fuente los Prestamistas, los cuales serán entregados al Patrimonio Autónomo (Cuenta Proyecto) cuyo repago prevalecerá sobre la recuperación de los Recursos de Patrimonio, salvo que los Prestamistas consientan en un esquema diferente.

1.133 "Recursos de Patrimonio"

Son los recursos destinados al Proyecto aportados por los socios del Concesionario. Los Recursos de Patrimonio serán entregados al Patrimonio Autónomo (Cuenta Proyecto)




cumpliendo con los Giros de Equity mínimos definidos en este Contrato. Estos recursos podrán constituir deuda subordinada de los accionistas (no del Concesionario); en este caso, hasta que no se paguen en su totalidad los endeudamientos que dan origen a los Recursos de Deuda no se podrán utilizar los recursos disponibles de la Cuenta Proyecto para pagar la deuda subordinada de los accionistas del Concesionario, excepto si media acuerdo expreso en contrario de los Prestamistas. En ningún caso se entenderá por deuda subordinada de socios, deuda bancaria del Concesionario respaldada por los socios. Para que se cumpla con la obligación de aportar Recursos de Patrimonio, el aporte deberá contabilizarse exclusivamente como i) aporte al capital social (suscripción de acciones, cuotas de capital o partes de interés) de los accionistas, ii) prima en colocación de acciones y/o iii) deuda de los accionistas a la sociedad. Cualquier remuneración de los Recursos de Patrimonio (incluido el pago de intereses y del principal de la deuda subordinada, así como el reparto de utilidades que arroje la operación del Concesionario), estará subordinada al pago de todos los costos y gastos del Proyecto y a la remuneración de los Recursos de Deuda y solamente podrá efectuarse en la Etapa de Operación y Mantenimiento, excepto si media acuerdo expreso en contrario de los Prestamistas.

1.134 "Redes"

Se refiere a las infraestructuras para el transporte y suministro de servicios públicos, telecomunicaciones, hidrocarburos y, en general, de cualquier fluido o cable. Dentro del concepto de Redes se entienden incluidas las "Redes y activos" definidos por la ley 1682 de 2013.

1.135 "Rehabilitación"

Para efectos del presente Contrato tendrá el significado que le atribuye el Apéndice Técnico 1.

1.136 "Requisito Habilitante"

Son aquellos requisitos mínimos de capacidad jurídica, experiencia en inversión y capacidad financiera que fueron incluidos en la Invitación a Precalificar.

1.137 "Resolución de Peaje"

Se refiere al acto administrativo que se identifica en la Parte Especial, expedido por el Ministerio de Transporte de Colombia, que fija las tarifas de Peaje que aplicarán en las Estaciones de Peaje del Proyecto. Esta Resolución de Peaje estará vigente por todo el plazo del Contrato de Concesión.



1.138 "Retribución"

Se refiere a la contraprestación económica a la que tiene derecho el Concesionario en los términos de la Sección 3.1 de esta Parte General. El reconocimiento de la Retribución –y de la Compensación Especial, cuando sea aplicable– se verificará mediante los traslados entre las subcuentas del Patrimonio Autónomo a los que se refiere dicha Sección. En el caso en que el Concesionario decida instrumentar mecanismos de financiación a través de uno o varios Patrimonios Autónomos-Deuda, incluido el mecanismo previsto en el Apéndice Financiero 2, el reconocimiento de la Retribución se verificará mediante el traslado de las subcuentas del Patrimonio Autónomo que correspondan, de conformidad con este Contrato, a dicho(s) Patrimonio(s) Autónomo(s)-Deuda. El reconocimiento de la Retribución –y de la Compensación Especial, cuando sea aplicable– también se podrá efectuar mediante el traslado de recursos directamente a los Cesionarios Especiales, tal y como se prevé en el Apéndice Financiero 2.

1.139 "Reversión"

Corresponde al procedimiento señalado en la Sección 9.7 de esta Parte General, mediante el cual el Concesionario entrega los bienes asociados al Proyecto a la ANI para dar por terminado el Contrato.

1.140 "Sección"

Corresponde a una referencia específica de esta Parte General la cual muestra el contexto completo en el que se encuentra ubicada la parte referenciada. Las Secciones se presentan en orden de jerarquía, iniciando por el número del capítulo de la Parte General e indicando las subsecuentes numeraciones, hasta la ubicación específica de la parte referenciada, bajo la forma x.y(a)(i)(1), donde:

| | |
|---|---|
| x: | Número del capítulo |
| y: | Numeral al interior del capítulo |
| (a): | Literal al interior del numeral. |
| (i): | Numeral romano al interior del literal. |
| (1): | Numeral arábigo al interior del numeral romano |

1.141 "Servicios Adicionales"

Se entenderán por tales la publicidad en la zona del Proyecto, la venta de bienes y servicios a los usuarios del Proyecto y todos los demás que, de acuerdo con la Ley Aplicable, puedan ser prestados a dichos usuarios por el Concesionario. Los Servicios Adicionales que regula este Contrato son, exclusivamente, los que se presten dentro del Corredor del Proyecto. El cobro que el Concesionario haga por la prestación de los Servicios Adicionales se ajustará en todo caso a las regulaciones que estén vigentes bajo la Ley Aplicable. No se considerarán



Servicios Adicionales todos aquellos servicios cuya prestación es una obligación del Concesionario, según ellos se describen en Apéndice Técnico 2.

1.142 "Subcuenta Amigable Composición"

Es la subcuenta de la Cuenta ANI en la cual se depositarán las sumas que cl Concesionario debe aportar conforme a lo previsto en la Sección 3.14(i)(vi) de esta Parte General.

1.143 "Subcuenta Aportes ANI"

Es la subcuenta de la Cuenta ANI en la cual se depositarán los recursos dcl prcsupuesto de la ANI, que serán aportados para el pago de la Retribución del Concesionario conforme a lo previsto en la Sección 3.14(i)(ii) de esta Parte General.

1.144 "Subcuenta Compensaciones Ambientales"

Es la subcuenta de la Cuenta Proyecto en la cual se depositarán las sumas que el Concesionario debc aportar conforme a lo previsto en la Sección 3.14(g) de esta Parte General.

1.145 "Subcuenta de Soporte Contractual"

Es la subcuenta de la Cucnta ANI en la cual se depositarán las sumas que el Concesionario debe aportar conforme a lo previsto en la Sección 3.14(i)(v) de esta Parte General.

1.146 "Subcuenta Excedentes ANI"

Es la subcuenta de la Cucnta ANI en la cual se depositarán los excedentes a favor de la ANI conforme a lo previsto en la Sección 3.14(i)(vii) de esta Parte General y cuyos recursos serán destinados por la ANI a cubrir cualquier gasto en que tenga que incurrir por la asunción de cualquicra de los ricsgos a cargo de la entidad concedente.

1.147 "Subcuenta Ingresos por Explotación Comercial"

Es la subcuenta de la Cuenta ANI en la cual se depositarán los Ingresos por Explotación Comercial, conforme a lo previsto en la Sección 3.14(i)(viii) de esta Parte General.

1.148 "Subcuenta Interventoría y Supervisión"



Es la subcuenta de la Cuenta ANI en la cual se depositarán las sumas que el Concesionario debe aportar conforme a lo previsto en la Sección 3.14(i)(iv) de esta Parte General.

1.149 "Subcuenta Obras Menores"

Es la subcuenta de la Cuenta ANI en la cual se depositarán los rendimientos financieros de todas las subcuentas de la cuenta ANI –con excepción de los rendimientos de las Subcuenta Recaudo de Peaje y de la Subcuenta Ingresos por Explotación Comercial, los cuales acrecerán las respectivas subcuentas-- conforme a lo previsto en la Sección 3.14(i)(ix) de esta Parte General y cuyos recursos serán destinados por la ANI a las obras menores a que se refiere la Sección 19.1 de esta Parte General.

1.150 "Subcuenta Predios"

Es la subcuenta de la Cuenta Proyecto en la cual se depositarán las sumas que el Concesionario debe aportar conforme a lo previsto en la Sección 3.14(f) de esta Parte General.

1.151 "Subcuenta Recaudo Peaje"

Es la subcuenta de la Cuenta ANI en la cual se depositará el Recaudo de Peaje que se produzca durante la vigencia del Contrato. En la Subcuenta de Recaudo Peaje también se depositarán las sumas correspondientes a la contribución al Fondo de Seguridad Vial o cualquiera otra sobretasa, contribución o similar que tenga destinación diferente al Proyecto, siempre que las mismas sean recaudadas por el Concesionario, con el fin de que la Fiduciaria les de la destinación que corresponda conforme a la Ley Aplicable.

1.152 "Subcuenta Redes"

Es la subcuenta de la Cuenta Proyecto en la cual se depositarán las sumas que el Concesionario debe aportar conforme a lo previsto en la Sección 3.14(h) de esta Parte General.

1.153 "Supervisión" o "Supervisor"

Es la persona designada por la ANI para el cumplimiento de las funciones de supervisión de ejecución de este Contrato previstos en la Ley Aplicable.

1.154 "Terminación Anticipada del Contrato" o "Terminación Anticipada"



La Terminación Anticipada del Contrato, en cualquiera de sus etapas, será consecuencia de la ocurrencia de cualquiera de las causales previstas en la Sección 17.2 de esta Parte General. En todo caso, la causal respectiva sólo se entenderá configurada cuando: i) las Partes acepten la ocurrencia de la misma, o –de no estar de acuerdo sobre este punto– cuando así lo declare, en pronunciamiento en firme, el Tribunal de Arbitramento, ii) de ser necesaria la expedición de un acto administrativo para la configuración de la causal, cuando éste se encuentre en firme de acuerdo con lo dispuesto por la Ley Aplicable, o iii) cuando la ANI notifique al Concesionario la decisión de la que trata la Sección 17.2(d) de esta Parte General.

1.155 "Tiempo Máximo de Corrección para Indicadores"

Para cada Indicador, es el período de tiempo máximo durante el cual el Concesionario debe corregir un incumplimiento del Indicador respectivo, para que no se afecte el Índice de Cumplimiento.

1.156 "Tribunal de Arbitramento"

Es el organismo colegiado correspondiente al mecanismo de arbitraje, previsto para dirimir las diferencias surgidas entre las Partes y sometidas a arbitramento, de conformidad con lo previsto en las Secciones 15.2 y 15.3 de esta Parte General.

1.157 "Unidad Funcional"

Se refiere a cada una de las divisiones del Proyecto tal como se presentan en la Parte Especial, que corresponden –cada una– a un conjunto de estructuras de ingeniería e instalaciones indispensables para la prestación de servicios con independencia funcional, la cual le permitirá funcionar y operar de forma individual cumpliendo con lo establecido en el Apéndice Técnico 4.

1.158 "Valor del Contrato"

Se entenderá de conformidad con lo establecido en la Sección 2.2 de esta Parte General.

1.159 Valor Estimado de Compensaciones Ambientales

Corresponde al valor que deberá ser aportado por el Concesionario en la Subcuenta Compensaciones Ambientales, en los términos y condiciones señalados en la Parte Especial y que se destinará a dichas compensaciones, de acuerdo con lo previsto en este Contrato, en especial en las Secciones 3.14(g) y 8.1(c) de la Parte General.



1.160 Valor Estimado de Predios y Compensaciones Socio Económicas

Corresponde al valor que deberá ser aportado por el Concesionario en la Subcuenta Predios, en los términos y condiciones señalados en las Secciones 3.14(f) y 7.2 de esta Parte General y que se destinará exclusivamente al pago por la adquisición de Predios a sus dueños y a la ejecución del Plan de Compensaciones Socioeconómicas. En ningún caso las sumas depositadas en la Subcuenta Predios podrán ser utilizadas para la realización de estudios, avalúos, servicios legales o cualquier otra actividad relacionada o no con la Gestión Predial, distinta del pago por la adquisición de Predios y las Compensaciones Socioeconómicas.

1.161 Valor Estimado de Redes

Corresponde al valor que deberá ser aportado por el Concesionario en la Subcuenta Redes, en los términos y condiciones señalados en la Parte Especial y que se destinará al traslado y/o protección de las Redes, de acuerdo con lo previsto en este Contrato, en especial en la Sección 8.2 de la Parte General.

1.162 "VPIP"

Es el valor presente al Mes de Referencia del Recaudo de Peaje, ofrecido por la ANI al Concesionario en las reglas del Proceso de Selección. El monto de VPIP se señala en la Parte Especial.

1.163 "VPIP8"

Es el valor presente al Mes de Referencia del Recaudo de Peaje hasta el vencimiento del año ocho (8) contado desde la Fecha de Inicio, ofrecido por la ANI al Concesionario en las reglas del Proceso de Selección. El monto de VPIP8 se señala en la Parte Especial.

1.164 "VPIP13"

Es el valor presente al Mes de Referencia del Recaudo de Peaje hasta el vencimiento del año trece (13) contado desde la Fecha de Inicio, ofrecido por la ANI al Concesionario en las reglas del Proceso de Selección. El monto de VPIP13 se señala en la Parte Especial.

1.165 "VPIP18"

Es el valor presente al Mes de Referencia del Recaudo de Peaje hasta el vencimiento del año dieciocho (18) contado desde la Fecha de Inicio, ofrecido por la ANI al Concesionario en las reglas del Proceso de Selección. El monto de VPIP18 se señala en la Parte Especial.



1.166 "VPIPm"

Es el valor presente al Mes de Referencia del Recaudo de Peaje efectivamente observado en el Proyecto acumulado hasta cualquier Mes de la ejecución del presente Contrato (el Mes "m"), incluyendo las eventuales compensaciones por diferencia de recaudo.

1.167 "VPIP'm"

Es el valor presente al Mes de Referencia del Recaudo de Peaje efectivamente observado en el Proyecto acumulado hasta cualquier Mes de la ejecución del presente Contrato (el Mes "m"), sin incluir las eventuales compensaciones por diferencia de recaudo.

1.168 "Variación NIIF"

Se refiere a la variación que tenga el valor efectivo a pagar por el Concesionario (directamente o a través del Patrimonio Autónomo) a título de impuesto de renta, que se derive exclusivamente de la implementación de las normas internacionales de información financiera (NIIF) a que hace referencia el artículo 165 de la Ley 1607 de 2012.

## CAPÍTULO II        ASPECTOS GENERALES DEL CONTRATO

2.1    Objeto

El presente Contrato de concesión bajo un esquema de asociación público privada en los términos de la Ley 1508 de 2012, tiene por objeto el otorgamiento de una concesión para que de conformidad con lo previsto en este Contrato, el Concesionario, por su cuenta y riesgo, lleve a cabo el Proyecto. El alcance físico del Proyecto se describe en la Parte Especial y en el Apéndice Técnico 1.

2.2    Valor del Contrato y Aportes Presupuestales

(a)    El Valor del Contrato será la suma señalada en la Parte Especial que corresponde al presupuesto estimado de inversión en los términos de la Ley 1508 de 2012 y el artículo 26 del Decreto 1467 de 2012.

(b)    El Valor del Contrato tendrá el significado y los efectos señalados expresamente en la Ley 1508 de 2012 y en sus decretos reglamentarios, además de los que se señalen de manera expresa en este Contrato.

(c)    El Valor del Contrato en ningún caso servirá de base para reclamación alguna entre las Partes, por pretendidas o reales discrepancias entre el Valor del Contrato, los costos reales de ejecución del Contrato y/o cualquier pre cálculo que haya hecho cualquiera de las Partes, conocido o no por su contraparte.

(d)    Tampoco podrá utilizarse el concepto de Valor del Contrato para sustentar reclamación alguna que pretenda una garantía de ingresos a favor del Concesionario, toda vez que la Retribución del Concesionario se determinará con base en la Sección 3.1 de esta Parte General, la cual estará condicionada en los términos de la ley 1508 de 2012, a la verificación de la disponibilidad de la infraestructura y al cumplimiento de niveles de servicio y estándares de calidad.

(e)    El valor de aporte de recursos del Presupuesto General de la Nación corresponde a las sumas que se detallan en la Parte Especial que a su vez se enmarcan dentro de la autorización de compromiso de vigencias futuras aprobado por el CONFIS para este Contrato.

2.3    Perfeccionamiento e Inicio de Ejecución del Contrato

(a)    El Contrato de Concesión se entiende perfeccionado con la firma de las Partes.



(b)     Para iniciar la ejecución del presente Contrato se suscribirá el Acta de Inicio siempre que se hayan cumplido los siguientes requisitos:

(i)     Presentación por parte del Concesionario y aprobación por parte de la ANI de la Garantía Única de Cumplimiento del Contrato y de las demás garantías que deban ser entregados con la Garantía Única de Cumplimiento como requisito para iniciar la ejecución del presente Contrato, conforme a lo señalado en la Sección 12.1(a) de esta Parte general.

(ii)    La entrega por parte del Concesionario de una certificación expedida por su Representante Legal, o cuando se encuentre obligado a tenerlo, por éste y el Revisor Fiscal en la que conste estar al día en el pago de los salarios, prestaciones sociales y parafiscales de sus empleados, en los términos establecidos por el artículo 50 de la ley 789 de 2002.

(iii)   La constitución del Patrimonio Autónomo y el fondeo de las Subcuentas según se establece en el presente Contrato en las Secciones 3.13 y 3.14 de esta Parte General.

(iv)    El nombramiento del Supervisor de la ANI, que, en todo caso, deberá llevarse a cabo dentro de los treinta (30) Días siguientes a la suscripción del Contrato.

(v)     La suscripción por parte de la ANI del Contrato de Interventoría en un plazo máximo de ciento ochenta (180) Días contados desde la suscripción del Contrato de Concesión.

(vi)    Suscripción del Acta de Entrega de la Infraestructura programada para ser recibida por el Concesionario al inicio del Contrato en los términos previstos para ello en la Parte Especial.

(vii)   El pago por parte del Concesionario de la primera cuota de la Comisión de Éxito al Estructurador, en los términos señalados en la Parte Especial.

(viii)  Reembolso del valor de los estudios realizados durante la Precalificación a los Precalificados no adjudicatarios del presente Contrato, de ser el caso, de conformidad con las reglas aplicables al proceso de Precalificación. Este reembolso se efectuará dentro de los veinte (20) Días Hábiles siguientes a la firma del Contrato.

(ix)    Que el Concesionario haya recibido efectivamente los Recursos de Patrimonio previstos hasta la Fecha de Inicio por parte de sus socios y/o Fondos de Capital Privado, según corresponda, y con esto se haya cumplido el respectivo Giro de Equity, de conformidad con lo previsto en la Parte Especial.

(x)     La designación de los miembros del Amigable Componedor.

(xi)  Las demás que se señalen en la Parte Especial.

## 2.4  Plazo del Contrato

(a)    El plazo del Contrato transcurrirá entre la Fecha de Inicio y la fecha en que termine la Etapa de Reversión, a más tardar al vencerse el Plazo Máximo de la Etapa de Reversión.

(b)    La Fecha de Terminación de la Etapa de Operación y Mantenimiento ocurrirá en cualquiera de los siguientes eventos, el que primera acaezca:

(i)    Al cumplirse el año VEINTICINCO (25) contado a partir de la Fecha de Inicio si se ha alcanzado o superado el VPIP, o;

(ii)   En el momento en que, pasados los VEINTICINCO (25) años se verifique de acuerdo con el procedimiento de verificación del VPIP, que se ha alcanzado o superado el VPIP para lo cual se tendrá como fecha de terminación el décimo Día Hábil del Mes correspondiente a la fecha en la que se verifica tal circunstancia, o;

(iii)  Al cumplirse el año VEINTINUEVE (29) contado a partir de la Fecha de Inicio, aun en el caso en que llegada esa fecha el Concesionario no hubiere obtenido el VPIP.

## 2.5  Etapas de Ejecución Contractual

(a)    La ejecución del Contrato se hará en las Etapas que se señalan a continuación. La duración estimada de las fases de la Etapa Preoperativa se especifica en la Parte Especial:

(i)    Etapa Preoperativa:

(1)    Esta etapa estará a su vez compuesta por la Fase de Preconstrucción y la Fase de Construcción.

(2)    La Fase de Preconstrucción correrá desde la Fecha de Inicio hasta la fecha en que se suscriba el Acta de Inicio de la Fase de Construcción, a partir la cual empezará a correr la Fase de Construcción, la cual terminará cuando se suscriba la última de las Actas de Terminación de Unidad Funcional, fecha en la cual terminará la Etapa Preoperativa. 



(3)     A la terminación de las Intervenciones de cada Unidad Funcional según los términos establecidos en la Sección 4.10 de esta Parte General, se suscribirá el Acta de Terminación de la Unidad Funcional respectiva.

(4)     Las obligaciones del Concesionario relativas a la Operación y Mantenimiento de aquellas Unidades Funcionales respecto de las cuales se hayan suscrito Acta de Terminación de Unidad Funcional, serán exigibles y estarán sujetas a todas las estipulaciones que en el presente Contrato se establecen para la Etapa de Operación y Mantenimiento en relación con dichas Unidades Funcionales, por lo cual las garantías de cumplimiento en Etapa Preoperativa deberán amparar también las obligaciones de Operación y Mantenimiento de aquellas Unidades Funcionales respecto de las cuales se haya suscrito Acta de Terminación de Unidad Funcional.

(ii)  Etapa de Operación y Mantenimiento:

(1)     Esta etapa iniciará con la suscripción de la última Acta de Terminación de Unidad Funcional y se extenderá hasta la Fecha de Terminación de la Etapa de Operación y Mantenimiento, según ésta se regula en la Sección 2.4(b) de esta Parte General.

(2)     Al concluir esta etapa, se inicia la Etapa de Reversión.

(iii) Etapa de Reversión:

(1)     Esta etapa iniciará una vez concluya la Etapa de Operación y Mantenimiento o se haya declarado la Terminación Anticipada del Contrato y concluirá con la suscripción del Acta de Reversión.

(2)     En todo caso, la Etapa de Reversión concluirá al vencerse el Plazo Máximo de la Etapa de Reversión.

(b)     La duración de las fases de la Etapa Preoperativa que se señala en la Parte Especial, tiene solamente alcance estimativo. El inicio y terminación de cada fase dependerá del cumplimiento de los requisitos establecidos para el efecto en este Contrato.

2.6    Declaraciones y Garantías de las Partes

(a)      Del Concesionario



Página 46 de 225

En la fecha de suscripción del Contrato, el Concesionario declara y garantiza lo siguiente:

(i)  Creación y existencia: el Concesionario es una sociedad válidamente constituida y organizada bajo las leyes de la República de Colombia, y se encuentra domiciliada en Colombia. El Concesionario está actualmente vigente, su duración no es inferior a treinta y dos (32) años contados desde su constitución, ejerce válidamente su objeto social y no se encuentra en proceso de liquidación ni incurso en causal alguna de disolución, ni ha entrado voluntaria u obligatoriamente en algún tipo de proceso concursal o acuerdo de restructuración y no se ha presentado petición alguna para que aquella sea admitida en un proceso de esta naturaleza, ni ha dado lugar a que se pueda iniciar dicho tipo de procesos.

(ii)  Objeto Único: El Concesionario se ha constituido como una nueva empresa cuyo único objeto es la ejecución del presente Contrato y por lo tanto no tiene obligaciones precedentes a la suscripción de este Contrato, diferentes de las contraídas al momento de su constitución o de aquellas necesarias para la suscripción de este Contrato y no podrá ejecutar actividad alguna que no tenga relación con la ejecución del presente Contrato.

(iii)  Capacidad: el Concesionario y su representante legal cuentan con la capacidad estatutaria y legal así como con las autorizaciones suficientes en los términos de sus estatutos y la Ley para (i) suscribir el Contrato; y (ii) obligarse conforme a los términos y condiciones establecidos en el Contrato.

(iv)  Autorizaciones: el Concesionario cuenta con las autorizaciones corporativas requeridas para suscribir el Contrato y obligarse conforme a sus términos. Ninguna autorización de ninguna autoridad diferente a un órgano societario (la cual ha sido obtenida) es requerida para la suscripción, ejecución y cumplimiento del Contrato.

(v)  Aceptación del Contrato: el Concesionario ha leído cuidadosamente los términos del Contrato, Parte General y Parte Especial, sus Apéndices y Anexos y demás documentos que hacen parte del mismo, hizo los comentarios que a su juicio fueron necesarios y, con la presentación de la Oferta, determinó que las modificaciones que se efectuaron por parte de la ANI durante el Proceso de Selección fueron adecuadas y suficientes para atender sus inquietudes. Declara asimismo que en los términos del artículo 24 de la Ley 80 de 1993 y en general de las normas y principios aplicables a la contratación pública, puso en conocimiento de la ANI aquellos apartes que a su juicio no eran claros y con la presentación de la Oferta consideró que tales apartes fueron debidamente aclarados de manera que en el presente Contrato no existen apartes confusos ni contradicciones entre sus términos y condiciones por lo que además acepta los términos y condiciones del Contrato en la medida en que los ha estudiado,



ha valorado con cuidado el costo que implica el cumplimiento cabal, oportuno y conforme a los términos del Contrato de la totalidad de las obligaciones y de la asunción de los riesgos previstas en el Contrato sus Apéndices y Anexos. Particularmente, declara que ha efectuado una valoración de los riesgos a su cargo conforme a los términos del presente Contrato y acepta dicha asunción de sus efectos favorables y desfavorables sin limitación alguna.

(vi) Suficiencia de la Retribución: el Concesionario declara y garantiza que el valor de la Retribución, calculada con base en la Oferta presentada en el Proceso de Selección y las demás condiciones aquí establecidas, es suficiente para cumplir con la totalidad de las obligaciones previstas en el presente Contrato y sus Apéndices y para asumir los riesgos que le han sido asignados sin que la ocurrencia de los mismos afecte la suficiencia de dicha Retribución.

(vii) Beneficiario Real del Contrato: el Concesionario declara que las personas jurídicas y naturales identificadas en la Oferta son los únicos Beneficiarios Reales del Contrato y particularmente de la Retribución aquí pactada. Lo anterior, salvo por aquellos pagos que, para la cabal ejecución del Proyecto, deban hacerse a través del Patrimonio Autónomo a terceros, entre los que encuentran los Contratistas y Prestamistas autorizados en los términos de este Contrato. Así mismo, declara que informará a la ANI en el caso en que durante la ejecución del Contrato cambien los Beneficiarios Reales del Contrato por cualquier causa dentro de los cinco (5) Días siguientes a dicha modificación.

(viii) Beneficiarios del Patrimonio Autónomo: el Concesionario declara y garantiza que incluirá en el Contrato de Fiducia la obligación a cargo de la Fiduciaria de reportar a la Unidad de Información y Análisis Financiero, UIAF del Ministerio de Hacienda y Crédito Público, dentro de los tres (3) Días siguientes a la constitución del Patrimonio Autónomo los nombres del Fideicomitente y beneficiario(s) del Patrimonio Autónomo, los cuales no podrán ser diferentes a los señalados en el presente Contrato. Así también, declara que es consciente de que el único beneficiario de la Cuenta ANI es la ANI.

(ix) El Concesionario declara y garantiza que todos y cada uno de los recursos que se manejen en el Proyecto, serán administrados y estarán registrados en el Patrimonio Autónomo. Asimismo, que contará con la información disponible veraz y oportuna que soporte todos y cada uno de dichos recursos y de los hechos económicos que los afecten, los cuales podrán ser consultados, en cualquier momento, por parte del Interventor y/o de la ANI ya sea que dicha información se encuentre bajo el control del Concesionario o del Patrimonio Autónomo.

(x) Usos de los recursos: durante la ejecución del Contrato, los usos que le dará a la Retribución y demás recursos provenientes de los Giros de Equity y Recursos de Deuda regulados en el Contrato serán única y exclusivamente para la ejecución de las obligaciones previstas en el presente Contrato. De la misma



manera, el Concesionario declara y garantiza que siempre contará con la información disponible veraz y oportuna que soporte todos y cada uno de los pagos que haga a terceros, la cual será fácilmente consultable, en cualquier momento, por parte del Interventor y/o de la ANI ya sea que dicha información se encuentre bajo el control del Concesionario o del Patrimonio Autónomo.

(xi)  El Concesionario declara y garantiza que conoce y ha revisado cuidadosamente todos los asuntos e informaciones relacionados con la celebración y ejecución del Contrato, la naturaleza financiera del mismo, el cronograma para los pagos a cargo de la ANI, la posibilidad real de ejecutar todas las prestaciones del Contrato con cargo a los recursos disponibles, así como los lugares donde se ejecutará el Contrato, incluyendo condiciones de seguridad, orden público, transporte a los sitios de trabajo, obtención, manejo y almacenamiento de materiales, transporte, manejo y disposición de desechos, disponibilidad de materiales, mano de obra, agua, electricidad, comunicaciones, vías de acceso, condiciones del suelo, condiciones climáticas, de pluviosidad y topográficas, características de los equipos requeridos para su ejecución, características del tráfico automotor, incluyendo las categorías vehiculares y las condiciones de volumen y peso de los vehículos, el régimen tributario a que estará sometido el Concesionario, normativa jurídica aplicable y, en general, todos los demás aspectos que puedan afectar el cumplimiento del Contrato, todo lo cual fue tomado en cuenta en la preparación de la Oferta del Concesionario. Asimismo, el Concesionario declara y garantiza que ha realizado el examen completo de los sitios de la obra y que ha investigado plenamente los riesgos asociados con el Proyecto, y en general, todos los factores determinantes de los costos de ejecución de los trabajos, los cuales se incluyeron en los componentes económicos de su Oferta, teniendo en cuenta estrictamente la estructura de aportes estipulada en el Contrato, sin perjuicio del cubrimiento de los efectos derivados de algunos riesgos en los estrictos términos del Contrato. El hecho que el Concesionario no haya obtenido toda la información que pueda influir en la determinación de los costos, no lo eximirá de responsabilidad por la ejecución completa del Proyecto de conformidad con el Contrato, ni le dará derecho a reconocimiento adicional alguno por parte de la ANI ya que el Concesionario asumió la carga de diligencia de efectuar las investigaciones y verificaciones necesarias para preparar su Oferta.

(xii) El Concesionario declara y garantiza que conoce la normatividad vigente en Colombia para la vinculación de personal, así como lo establecido en el artículo 22 de la Ley 842 de 2003, normas estas –o las que las modifiquen, complementen o sustituyan– a las cuales les dará plena aplicación.

(xiii) El Concesionario declara y garantiza que cumplirá con el compromiso de incorporación de componente nacional, en caso que ese compromiso se haya incluido en la Oferta del Concesionario.

(xiv) El Concesionario declara y garantiza que cumplirá cabalmente con todas sus obligaciones tributarias, tanto las que se refieren al cumplimiento de obligaciones formales, tales como la presentación de declaraciones y la presentación de información exógena y/o con relevancia tributaria ante la administración tributaria, así como aquellas referidas al pago de impuestos y retenciones en la fuente. Así mismo, el Concesionario se compromete a no realizar conductas que, de conformidad con la Ley Aplicable, puedan ser calificadas como conductas abusivas en materia tributaria.

(b)     De la ANI

En la fecha de suscripción del Contrato, la ANI declara y garantiza lo siguiente:

(i)     Es una Agencia Nacional Estatal de Naturaleza Especial, adscrita al Ministerio de Transporte según Decreto Ley 4165 del 3 de noviembre de 2011, a la fecha no existe ninguna ley o decisión de autoridad competente que tienda a la liquidación de la ANI.

(ii)    El funcionario que suscribe el Contrato tiene las facultades para hacerlo con base en la reglamentación y descripción de sus funciones.

(iii)   La suscripción del Contrato no contraviene ninguna norma aplicable a la ANI y por el contrario se lleva a cabo en desarrollo de las actividades permitidas a la ANI.

(iv)    Ha puesto a disposición del Concesionario la información que tiene a su disposición en relación con el Proyecto. No obstante lo anterior, la ANI manifiesta que no garantiza que tal información sea completa, adecuada o suficiente, siendo responsabilidad del Concesionario la realización de la debida diligencia sobre cada uno de estos aspectos.

(v)     En tanto, (A) de conformidad con el artículo 1 de la Ley 1508 de 2012, para el desarrollo del Contrato no son aplicables las figuras de consorcios y/o uniones temporales, y (B) de acuerdo con el artículo 18 de la Ley 1682 de 2013, el régimen de responsabilidad de las personas jurídicas que ejecuten proyectos de infraestructura bajo la modalidad de Asociación Público Privado será el que se establezca en las leyes civiles y comerciales de acuerdo con el tipo de empresa que se conforme; al Concesionario y a sus socios no les será aplicable el parágrafo tercero del artículo 7 de la ley 80 de 1993. En consecuencia –salvo que el Concesionario opte por un tipo societario que implique responsabilidad solidaria de los socios respecto de las obligaciones de la sociedad– la solidaridad entre los socios del Concesionario cesa con la firma del Contrato de Concesión y no aplica a las obligaciones correspondientes a su ejecución. Lo anterior sin perjuicio de las responsabilidades que se deriven del Acuerdo de Garantía.




## CAPÍTULO III    CAPITULO ASPECTOS ECONÓMICOS DEL CONTRATO

3.1    Retribución

(a)    El derecho a la Retribución del Concesionario con respecto a cada Unidad Funcional se iniciará a partir de la suscripción de la respectiva Acta de Terminación de Unidad Funcional. La suscripción del Acta de Terminación Parcial de Unidad Funcional cuando sea aplicable, de conformidad con este Contrato, dará lugar a la causación y pago de la Compensación Especial.

(b)    Fuentes de la Retribución. Las fuentes para el pago de la Retribución del Concesionario —o de la Compensación Especial, cuando sea aplicable— serán las siguientes:

   (i)    Aportes ANI.

   (ii)   Recaudo de Peajes.

   (iii)  Los Ingresos por Explotación Comercial.

(c)    La Retribución correspondiente a cada Unidad Funcional se calculará conforme a la metodología definida en la Parte Especial.

(d)    La Retribución del Concesionario —y de la Compensación Especial, cuando sea aplicable— será calculada entre el Interventor y el Concesionario, dentro de los primeros diez (10) Días del Mes siguiente al Mes respecto del cual se calcula la Retribución. El Interventor y el Concesionario consignarán las bases de cálculo en el Acta de Cálculo de la Retribución.

(e)    El Acta de Cálculo de la Retribución será remitida por el Interventor a la ANI y a la Fiduciaria, a más tardar al Día Hábil siguiente a su suscripción. De no haber objeción por parte de la ANI dentro de los doce (12) Días Hábiles siguientes a la recepción de dicha acta, la Fiduciaria procederá a la transferencia de la Retribución. Lo anterior sin perjuicio de que si con posterioridad se identifican errores en el cálculo de la Retribución, cualquiera de las Partes podrá solicitar la corrección correspondiente, la cual se reconocerá —actualizada con la variación del IPC— en la Retribución inmediatamente siguiente de la Unidad Funcional respecto de la cual se haya identificado el error.

(f)    De no existir acuerdo entre el Concesionario y el Interventor, y salvo que la ANI esté de acuerdo con el Concesionario, se procederá así:



(i)    La Retribución se reconocerá conforme al cálculo efectuado por el Interventor, siempre que dicho cálculo no haya sido objetado por la ANI.

(ii)    El Concesionario podrá acudir al Amigable Componedor para que defina la controversia.

(iii)    La existencia de una controversia no detendrá el traslado de las sumas no discutidas de acuerdo con los plazos y mecanismos previstos en el Contrato.

(iv)    De existir a la postre una diferencia entre el valor trasladado y el resultante de la aplicación del método de solución de controversias, ésta diferencia será actualizada hasta la fecha del pago conforme a la fórmula incluida en la Parte Especial.

(v)    El pago de la diferencia deberá efectuarse dentro de los términos y con los intereses a que se refiere la Sección 3.6 de esta Parte General.

(g)    El reconocimiento de la Retribución –y de la Compensación Especial, cuando sea aplicable– se hará conforme se señala a continuación:

(i)    La Retribución se reconocerá mediante la transferencia de los recursos correspondientes desde la subcuenta de la respectiva Unidad Funcional de las Subcuentas Aportes ANI, Ingresos por Explotación Comercial y Recaudo Peaje, según corresponda, con destino a la Cuenta Proyecto o al(los) Patrimonio(s) Autónomo(s)-Deuda o a los Cesionarios Especiales, según corresponda.

(ii)    La Fiduciaria hará efectivo cada Mes el traslado dentro de los dos (2) Días siguientes al vencimiento del término previsto en la Sección 3.1(e) anterior, sin que hubiese habido objeción por parte de la ANI o, desde que la ANI le notifique que se ha superado la controversia o definido la misma por parte del Amigable·Componedor, previa presentación por parte del Concesionario de una certificación en los mismos términos y para los mismos efectos de la prevista en la Sección 2.3(b)(ii) de esta Parte General. El Concesionario también estará facultado para notificar a la Fiduciaria de la definición de la controversia, siempre que adjunte a dicha Notificación copia de la decisión del Amigable Componedor.

(h)    La Retribución total del Concesionario será la suma de la Retribución correspondiente a cada una de las Unidades Funcionales que componen el Proyecto.

(i)    El Concesionario declara que conoce y acepta que la Retribución dependerá del Índice de Cumplimiento, el cual se deriva de la ponderación de los Indicadores.



3.2   Deducciones por Desempeño

(a)      La Retribución del Concesionario, por Unidad Funcional, podrá ser objeto de Deducciones en función del cumplimiento de los Indicadores previstos en el presente Contrato y la consecuente afectación del Índice de Cumplimiento, según la metodología definida en el Apéndice Técnico 4 y en la Parte Especial.

(b)      Las Deducciones están sujetas a los límites previstos en la Parte Especial. Si las Deducciones alcanzan esos límites, la ANI podrá dar aplicación a la Sección 11.1 de esta Parte General, sin perjuicio de los derechos de los Prestamistas.

(c)      El valor correspondiente a las Deducciones, tal y como dicho valor se determine en el Acta de Cálculo de la Retribución, deberá ser trasladado por la Fiduciaria –de la Subcuenta Aportes ANI, Subcuenta Ingresos por Explotación Comercial y Subcuenta Recaudo Peaje– a la Subcuenta Excedentes ANI, en el mismo momento en que se haga el traslado de la Retribución respectiva, a la Cuenta Proyecto, al(los) Patrimonio(s) Autónomo(s)-Deuda o a los Cesionarios Especiales, según corresponda.

3.3   Peajes, Derecho de Recaudo e Ingresos por Explotación Comercial

(a)      Se cederá al Concesionario la operación de las Estaciones de Peaje (el "Derecho de Recaudo") en la misma fecha de entrega de la infraestructura, salvo por las excepciones establecidas en la Parte Especial.

(b)      El Concesionario tendrá la obligación de llevar a cabo el Recaudo de Peaje de la totalidad de las Estaciones de Peaje del Proyecto cuando le sean entregadas por la ANI, así como también de los valores por contribución al Fondo de Seguridad Vial o cualquier otra sobretasa, contribución o similar que tenga destinación diferente al Proyecto. El producto de los anteriores recaudos será consignado en su totalidad en la Subcuenta Recaudo Peaje y se manejará de conformidad con lo previsto en la Sección 3.14(i)(iii) de esta Parte General.

(c)      En el caso en que el Concesionario cobre una tarifa superior a la autorizada en este Contrato, que corresponde a la prevista en la Resolución de Peaje, además de las Multas que de acuerdo con la Parte Especial se causen, el Concesionario deberá consignar el valor cobrado en exceso, en la Subcuenta Excedentes ANI.

(d)      El producto del Recaudo de Peaje será utilizado por la ANI como fuente de recursos para efectos del desembolso de la Retribución del Concesionario en los términos y condiciones señalados en el presente Contrato.

(e)      Los Derechos de Recaudo que serán cedidos al Concesionario se listan en el Apéndice Técnico 1.



(f)     Si el Proyecto requiriere la instalación de nuevas Estaciones de Peaje, tanto la autorización como el detalle de la ubicación de las nuevas Estaciones de Peaje también están descritos en el Apéndice Técnico 1.

(g)     En el caso en que por cualquier razón no imputable al Concesionario:

   (i)     No sea posible la instalación de cualquiera de las Estaciones de Peaje nuevas; o

   (ii)    Se imponga la instalación de las Estaciones de Peaje en ubicaciones distintas a las mencionadas en el Apéndice Técnico 1, se aplicarán las reglas de que trata la siguiente Sección 3.3(h) siguiente.

(h)     La reglas a la que se refiere la Sección anterior serán:

   (i)     No se generará compensación alguna a cargo de la ANI –sin perjuicio del eventual reconocimiento del VPIP, de la DR8, DR13 y/o DR18, si es del caso– por cualquiera de las circunstancias descritas en la Sección 3.3(g) durante los primeros noventa (90) Días siguientes a:

      (1)     Para el evento al que se refiere la Sección 3.3(g)(i): El Día de la suscripción del Acta de Terminación de Unidad Funcional –o el Acta de Terminación Parcial de Unidad Funcional, según corresponda– dentro de la cual el Apéndice Técnico 1 contempla la instalación de la Estación de Peaje no instalada; o

      (2)     Para el evento al que se refiere la Sección 3.3(g)(ii): El Día de la instalación o reinstalación de la Estación de Peaje en la nueva ubicación.

   (ii)    El cálculo del término aquí previsto será contabilizado de forma independiente para cada Estación de Peaje afectada.

   (iii)   Si la situación descrita en la Sección 3.3(g) se mantiene por un término superior a noventa (90) Días, se causará a favor del Concesionario una compensación por menor Recaudo de Peaje en los términos descritos en esta Sección 3.3(h).

   (iv)    La compensación será calculada para cada trimestre de ejecución del Contrato posterior al cumplimiento del término de noventa (90) Días, como el noventa por ciento (90%) de la diferencia entre el Recaudo de Peaje que se hubiese producido de haberse instalado la Estación de Peaje en los términos del Apéndice Técnico 1 –determinado de acuerdo con lo establecido en la Sección 3.3(h)(v)– y:

(1)       Para los casos descritos en la Sección 3.3(g)(i): Cero (0).

(2)       Para los casos descritos en la Sección 3.3(g)(ii): El Recaudo de Peaje de la Estación de Peaje afectada en dicho trimestre.

(v)   Para determinar el Recaudo de Peaje que se hubiese producido de haberse instalado la Estación de Peaje en los términos del Apéndice Técnico 1, con anterioridad al cumplimiento del término indicado en la Sección 3.3(h)(iii), el Concesionario deberá instalar en la ubicación original de la Estación de Peaje afectada, a su entero costo y riesgo, un equipo de conteo de tráfico con las características descritas en el Apéndice Técnico 2. El Interventor verificará y certificará que el equipo de conteo de tráfico es adecuado para los fines previstos y que los conteos hechos corresponden a la realidad del tráfico de vehículos.

(vi)  Del cálculo realizado de acuerdo con la Sección 3.3(h)(iv) se dejará constancia en una acta suscrita dentro de los cinco (5) Días siguientes a la terminación del trimestre.

(vii) En caso de existir diferencias entre las Partes, éstas acudirán al Amigable Componedor para que resuelva la controversia.

(viii)La diferencia deberá ser consignada por la ANI en la Subcuenta Recaudo Peaje con los recursos disponibles en el Fondo de Contingencias, teniendo en cuenta las reglas aplicables a dicho Fondo y la suficiencia de recursos. De no ser posible, procederá el traslado de recursos de la Subcuenta Excedentes ANI. De ser dichos recursos insuficientes, deberá incluirse en el presupuesto de ANI los recursos necesarios previo el agotamiento de los requisitos de Ley. En cualquier caso, aplicarán los plazos e intereses previstos en la Sección 3.6 de esta Parte General. Estos plazos comenzarán a contar desde la suscripción del acta de cálculo trimestral o desde la solución de la controversia, de ser el caso. Estos recursos así aportados por la ANI, se tendrán en cuenta como parte del Recaudo de Peaje, para todos los efectos previstos en este Contrato, entre ellos –pero sin limitarse– para el cálculo de la Retribución, de la DR8, DR13, DR18 y del VPIPm.

(i)   Si el Ministerio de Transporte o la entidad que resulte competente para fijar las tarifas de Peaje decide i) modificar dichas tarifas, ii) crear exenciones o tarifas especiales para ciertos usuarios, o iii) de cualquier otra forma afectar la estructura tarifaria que se desprende de la Resolución de Peaje, se aplicarán las siguientes reglas:

(i)   Para cada trimestre de ejecución del Contrato se deberá calcular, entre el Interventor, el Supervisor y el Concesionario, la diferencia entre el Recaudo de Peaje que se hubiese producido de haberse aplicado la estructura tarifaria



(debidamente indexada) prevista en la Resolución de Peaje y el Recaudo de Peaje correspondiente a las modificaciones adoptadas por el Ministerio de Transporte, de lo cual se dejará constancia en una acta suscrita dentro de los cinco (5) Días siguientes a la terminación de dicho trimestre. En caso de existir diferencias entre las Partes, éstas acudirán al Amigable Componedor para que resuelva la controversia.

(ii) El valor resultante derivado del menor Recaudo de Peaje deberá ser consignado por la ANI en la Subcuenta Recaudo Peaje con los recursos disponibles en el Fondo de Contingencias, teniendo en cuenta las reglas aplicables a dicho Fondo y la suficiencia de recursos. De no ser posible, procederá el traslado de recursos de la Subcuenta Excedentes ANI. De ser dichos recursos insuficientes, deberá incluirse en el presupuesto de ANI los recursos necesarios previo el agotamiento de los requisitos de Ley. En cualquier caso, aplicarán los plazos e intereses previstos en la Sección 3.6 de esta Parte General. Estos plazos comenzarán a contar desde la suscripción del acta de cálculo trimestral o desde la solución de la controversia, de ser el caso.

(iii) Estos recursos así aportados por la ANI, se tendrán en cuenta como parte del Recaudo de Peaje, para todos los efectos previstos en este Contrato, entre ellos –pero sin limitarse– para el cálculo de la Retribución, de la DR8, DR13, DR18 y del VPIPm.

(j) Los Ingresos por Explotación Comercial efectivamente recibidos por la prestación de Servicios Adicionales, serán depositados en la Subcuenta Ingresos por Explotación Comercial después de descontar el 2.2% al que se refiere la Sección 1.86 de esta Parte General.

(k) La administración de la Subcuenta Recaudo Peaje y de la Subcuenta de Ingresos por Explotación Comercial estará a cargo de la ANI, en los términos señalados en las Secciones 3.14(i)(iii) y 3.14(i)(viii) de esta Parte General.

(l) Los Servicios Adicionales cumplirán en todo caso con las normas y regulaciones aplicables a cada uno de ellos. El Concesionario se obliga a no abusar de la posición de dominio en la prestación de los Servicios, y a no adoptar conductas que afecten la libre competencia para la prestación de los Servicios Adicionales.

3.4    Obtención del VPIP

(a) Cálculo del VPIP. En cualquier momento de ejecución del Contrato (Mes "m") se podrá calcular el valor presente al Mes de Referencia del VPIP acumulado hasta ese momento (VPIPm), conforme a la siguiente fórmula:



$$VPIP_m = \sum_{i=1}^{m} \frac{Peajes_i}{(1+TDI)^{i+q}} + \sum_{j=1}^{J} \Delta_{F=5j+3}$$

Dónde,

| VPIP$_m$ | Valor Presente –al Mes de Referencia- del Recaudo de Peaje y compensaciones por diferencia de recaudo, acumulado hasta el Mes $m$ |
|---|---|
| Peajes$_i$ | Valor del Recaudo de Peaje, entendido estrictamente en los términos de la Sección 3.14(i)(iii)(2) de esta Parte General en el Mes i expresados en Pesos constantes del Mes de Referencia, calculados de acuerdo con la siguiente fórmula: $$Peajes_i = PeajesE_i * \left(\frac{IPC_r}{IPC_i}\right)$$ Donde, PeajesE$_i$ = Valor del Recaudo de Peaje durante el Mes *i*, en Pesos corrientes incluyendo, de ser el caso, el monto que haya sido pagado al Concesionario en aplicación de lo previsto en las Secciones 3.3(i) y 3.3(h) de esta Parte General. IPC$_r$ = IPC correspondiente al Mes de Referencia IPC$_i$ = IPC correspondiente al Mes i |
| TDI | Tasa de descuento real de los ingresos expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $i$ | Contador de cada uno de los Meses desde la Fecha de Inicio hasta el Mes $m$ |
| $m$ | Mes en que se hace el cálculo del VPIPm |
| $q$ | Número de Meses transcurridos desde el Mes de Referencia hasta la Fecha de Inicio |

| F | Año correspondiente al ΔF que se calcula, Δ8, Δ13 y Δ18, según corresponda. |
| --- | --- |
| $\Delta_F$ | Corresponde a la diferencia entre el $VPIP_F$ y el $VPIP_f$ calculada de acuerdo con la siguiente fórmula: $$\Delta_P = VPIP_F - VPIP_f$$ $VPIP_F$ = Es el Valor Presente del Recaudo de Peajes hasta el año F ofrecido por la ANI (VPIP8, VPIP13 y VPIP18, según corresponda) de acuerdo con las definiciones 1.163, 1.164 y 1.165, respectivamente. $VPIP_f$ = Es el $VPIP_m$ calculado cuando $m$ es igual a f, según la fórmula para calcular el $VPIP_m$ de la presente Sección, para los Meses f=96, f=156 y f= 216. f = Número de Meses transcurridos entre la Fecha de Inicio y el último día del año F. Cuando F = 8, f = 96; cuando F = 13; f = 156 y cuando F = 18, f = 216 ΔF se calculará para los años 8, 13 y 18. Si el resultado de aplicar la fórmula de $\Delta_F$ es menor que cero, $\Delta_P$ será igual a cero (0). |
| J | Límite superior de la sumatoria de los ΔF. Si m<=96, ΔF=0 y $\sum_{j=1}^{J} \Delta_{F=5j+3} = 0$. Para 96<m<=156, J=1; para 156<m<=216, J=2 y para m>216, J=3. |
| j | Contador de la sumatoria de ΔF que recorre los valores enteros de 1 en 1, desde el límite inferior de la sumatoria hasta el límite superior J. |

(b)   Si al vencimiento del año ocho (8) contado desde la Fecha de Inicio, el valor del VPIPm es inferior al VPIP8, ANI pagará al Concesionario la diferencia (DR8) – ponderada por el Índice de Cumplimiento promedio observado hasta dicho año ocho (8)–, teniendo en cuenta las siguientes reglas:

(i)    A más tardar a los cuarenta y cinco (45) Días posteriores al vencimiento del año ocho (8) de ejecución del Contrato, contado a partir de la Fecha de Inicio, la ANI validará el cálculo de la DR8 que deberá realizar la Interventoría.

(ii)   El cálculo de DR8 se hará conforme a la fórmula prevista en la Parte Especial.

(iii)  En el evento en que la DR8 sea positiva, la ANI reconocerá y pagará al Concesionario dicha diferencia con los recursos disponibles en el Fondo de Contingencias, teniendo en cuenta las reglas aplicables a dicho Fondo y la suficiencia de recursos. De no ser posible, procederá el traslado de recursos de




la Subcuenta Excedentes ANI. De ser dichos recursos insuficientes, deberá incluirse en el presupuesto de ANI los recursos necesarios previo el agotamiento de los requisitos de Ley. En cualquier caso, aplicarán los plazos e intereses previstos en la Sección 3.6 de esta Parte General. Estos plazos comenzarán a contar desde la aprobación que haga la ANI del cálculo de la DR8, conforme a lo previsto en la Sección 3.4(b)(i) anterior.

(c)     El mismo procedimiento señalado en la Sección 3.4(b) anterior se aplicará para el cálculo y pago –de ser el caso– de la DR13 y DR18. Para las cuales se ponderará con el Índice de Cumplimiento promedio observado según corresponda en la Parte Especial.

(d)     Si a la Fecha de Terminación de la Etapa de Operación y Mantenimiento el Concesionario no ha obtenido el VPIP, la ANI reconocerá y pagará al Concesionario el saldo no devengado del VPIP, conforme a la fórmula especificada en la Sección 18.3(d) de esta Parte General.

(e)     Las Partes reconocen que para establecer si en determinado momento se ha alcanzado o superado el VPIP, se aplicará estrictamente la fórmula contenidas en la Sección 3.4(a) anterior independientemente del saldo efectivo de la Subcuenta Recaudo Peaje en el momento del cálculo. El Interventor hará seguimiento permanente al Recaudo de Peaje para efectos de establecer el momento en el que se alcance el VPIP.

(f)     Cálculo del VPIP acumulado sin compensaciones: Sólo para los efectos de la Sección 3.4(g) siguiente, en cualquier momento de ejecución del Contrato (Mes "m") se podrá calcular el valor presente al Mes de Referencia del Recaudo de Peaje sin compensaciones por diferencia de recaudo hasta ese momento (VPIP'$_m$), conforme a la siguiente fórmula:

$$VPIP'_m = \sum_{i=1}^{m} \frac{Peajes_i}{(1+TDI)^{i+q}}$$

Dónde, 



| | |
|---|---|
| VPIP'$_m$ | Valor Presente –al Mes de Referencia– del Recaudo de Peaje sin compensaciones por diferencia de recaudo, acumulado hasta el Mes $m$ |
| Peajes$_i$ | Valor del Recaudo de Peaje, entendido estrictamente en los términos de la Sección 3.14(i)(iii)(2) de esta Parte General en el Mes i expresados en Pesos constantes del Mes de Referencia, calculados de acuerdo con la siguiente fórmula: $$Peajes_i = PeajesE_i * \left(\frac{IPC_r}{IPC_i}\right)$$ Donde, PeajesE$_i$ = Valor del Recaudo de Peaje durante el Mes $i$, en Pesos corrientes incluyendo, de ser el caso, el monto que haya sido pagado al Concesionario en aplicación de lo previsto en las Secciones 3.3(i) y 3.3(h) de esta Parte General. $IPC_r$ = IPC correspondiente al Mes de Referencia $IPC_i$ = IPC correspondiente al Mes i |
| TDI | Tasa de descuento real de los ingresos expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $i$ | Contador de cada uno de los Meses desde la Fecha de Inicio hasta el Mes $m$ |
| $m$ | Mes en que se hace el cálculo del VPIP'm |
| $q$ | Número de Meses transcurridos desde el Mes de Referencia hasta la Fecha de Inicio |

(g)    A partir de que – en una fecha previa al año VEINTICINCO (25) contado desde la Fecha de Inicio– el VPIPm, calculado conforme a la Sección 3.4(a) anterior, iguale el VPIP, el Concesionario, tendrá derecho, a partir de dicha fecha, al porcentaje del Recaudo de Peaje 1 (%RP₁) –ponderado por el Índice de Cumplimiento de cada Mes en que esa Retribución se cause– . A partir de que el VPIP'm, calculado conforme a la Sección 3.4(f) anterior, iguale el VPIP, se aplicará el porcentaje del Recaudo de



Peaje 2 (%RP₂), en vez del %RP₁. Los valores correspondientes a %RP₁ y %RP₂ se establecen en la Parte Especial.

(h)     El derecho a recibir el %RP₁ o el %RP₂, según corresponda, se extenderá hasta la fecha en que se termine la Etapa de Reversión.

3.5     Descuentos

(a)     El Concesionario autoriza a la ANI a descontar y pagarse los siguientes montos, de los valores a trasladar a la Cuenta Proyecto (o al Patrimonio Autónomo-Deuda o directamente a los Cesionarios Especiales, si es del caso) o de la liquidación del Contrato, según corresponda, siempre que el Concesionario no haya efectuado los pagos correspondientes:

     (i)     Todas las deducciones y retenciones previstas en las normas tributarias que sean aplicables durante la vigencia del Contrato.

     (ii)    El valor de la Cláusula Penal, una vez se encuentre en firme el acto administrativo mediante el cual se imponga.

     (iii)   Los valores de las multas que le haya impuesto cualquier Autoridad Gubernamental a la ANI y que se encuentren en firme, por causas imputables al Concesionario, cuando tal imputabilidad haya sido reconocida por el Concesionario o definida mediante la aplicación de los mecanismos de solución de controversias previstos en el Contrato.

     (iv)    El valor de las Multas por incumplimiento de las obligaciones de este Contrato que se encuentren en firme.

(b)     En caso de que exista controversia sobre los Descuentos a los que se refiere la Sección 3.5(a) anterior, se aplicará lo previsto en la Sección 3.1(f) de esta Parte General, en tanto dichos Descuentos afectan la Retribución.

3.6     Intereses Remuneratorios y de Mora

(a)     La tasa de mora aplicable a los pagos debidos por las Partes bajo el presente Contrato será la equivalente a DTF más diez puntos porcentuales (10%), pero en ningún caso una tasa mayor que la máxima permitida por la Ley Aplicable.

(b)     Los intereses de mora aplicables a la ANI, para obligaciones de pago de dinero distintas de las de realizar los Aportes ANI, solamente se causarán cuando hayan



transcurrido quinientos cuarenta (540) Días desde la fecha en que se ha verificado la obligación de pago a cargo de la ANI.

(c)     Los intereses de mora aplicables a la ANI, en el caso de los desembolsos de los Aportes ANI correspondientes a cada Unidad Funcional a los que se refiere la Sección 3.14(i)(ii)(1), se causarán a partir de A) el vencimiento de los ciento veinte (120) Días contados desde la fecha en que, de conformidad con este Contrato, esos Aportes deban ser hechos a la Subcuenta Aportes ANI, o B) la suscripción del Acta de Terminación de Unidad Funcional (o del Acta de Terminación Parcial de Unidad Funcional); lo que suceda más tarde entre A) y B). Los intereses que debe pagar la ANI acrecerán la Subcuenta Aportes ANI.

(d)     Para obligaciones de pago de dinero distintas de las de realizar los Aportes ANI, desde la fecha de pago a cargo de la ANI y durante los primeros cuarenta y cinco (45) Días no se causarán intereses de ningún tipo y desde el vencimiento de los cuarenta y cinco (45) Días hasta el vencimiento de quinientos cuarenta (540) Días se causarán intereses remuneratorios a la tasa DTF más cinco puntos porcentuales (5%).

(e)     En el caso de los desembolsos de los Aportes ANI, los intereses remuneratorios a la tasa DTF más cinco puntos porcentuales (5%) se causarán desde el vencimiento de los cuarenta y cinco (45) Días contados desde la fecha a la que se refiere la Sección 3.6(c) anterior hasta el vencimiento de ciento veinte (120) Días contados desde esa misma fecha.

(f)     Lo previsto en la presente Sección 3.6 se entiende sin perjuicio de cualquier previsión especial sobre plazos de pago de sumas de dinero e intereses contenida en otros apartes del Contrato.

3.7    Obligación de Financiación

(a)     El Concesionario tendrá la obligación de gestionar y obtener la financiación en firme y los Recursos de Patrimonio necesarios para ejecutar la totalidad de las obligaciones que tiene a su cargo en virtud del presente Contrato incluyendo aquellas que, a pesar de no estar estipuladas, sean necesarias para obtener los resultados previstos en este Contrato, sus Apéndices y Anexos. El Concesionario determinará a su entera discreción el nivel de endeudamiento, lo que no implicará la disminución de sus aportes de capital, sin perjuicio de los montos mínimos de Giros de Equity y Cierre Financiero, descritos a continuación.

(b)     El Concesionario deberá financiar la ejecución del Proyecto con Recursos de Patrimonio y Recursos de Deuda; éstos últimos serán tomados por el Concesionario con los Prestamistas y podrán tener como garantía el Contrato, la Retribución o cualquier otro derecho económico a favor del Concesionario que se derive del presente Contrato, sin perjuicio de las demás garantías que le sean solicitadas al

Concesionario por parte de los Prestamistas, las cuales correrán por cuenta y riesgo del Concesionario.

(c)  La obligación de aportar Recursos de Deuda contenida en el presente Contrato podrá cumplirse mediante la obtención de:

(i)   Préstamos bancarios.
(ii)  Emisión de titulos en el mercado de capitales.
(iii) Recursos de Fondos de Capital Privado.
(iv)  Las demás previstas en la Parte Especial.
(v)   Combinación de las anteriores modalidades.

3.8  Cierre Financiero

(a)  El o los Cierres Financieros del Proyecto, según se defina en la Parte Especial y de acuerdo con los valores que allí se indican, se acreditará(n) mediante la presentación a la ANI de los siguientes documentos (sin perjuicio de aquellos otros documentos y requisitos adicionales que se puedan solicitar en la Parte Especial), según corresponda a la modalidad de financiación escogida por el Concesionario, dentro del plazo establecido en la Parte Especial:

(i)   Préstamos Bancarios: Se deberá aportar a) el contrato de crédito suscrito y/o b) una certificación emitida por el Prestamista (o el banco líder, agente administrador o similar, en caso de créditos sindicados) o el agente de manejo del crédito en la cual se indique al menos lo siguiente: (i) valor del crédito; (ii) acreedor; (iii) garantías; (iv) plazo para el pago; (v) tasa; (vi) condiciones para el desembolso. Así mismo, se deberá adjuntar una certificación suscrita por el representante legal de la Fiduciaria o del Prestamista (o del banco líder en caso de créditos sindicados) en la que conste que los documentos del crédito prevén que el desembolso de los recursos se hará al Patrimonio Autónomo.

(ii)  Emisiones en el mercado de capitales: Una certificación emitida por el representante legal de los tenedores de los títulos en la que se indique al menos lo siguiente: (a) valor de la emisión; (b) garantías; (c) plazo para el pago; y (d) tasa. Así mismo, se deberá adjuntar una certificación suscrita por el representante legal de la Fiduciaria en la que conste que los recursos se desembolsaron al Patrimonio Autónomo. También será aceptable demostrar el Cierre Financiero mediante un underwriting de la emisión correspondiente, siempre que i) se trate de un underwriting en firme –no será aceptable al mejor esfuerzo–, ii) el underwriter sea una entidad autorizada por las leyes del país en donde la colocación se haga para realizar este tipo de operaciones y iii) si se trata de una emisión en países diferentes a Colombia, el underwriter debe contar con una calificación de riesgo de su deuda de largo plazo que corresponda a "grado de inversión", en la escala internacional, sin que se acepten escalas locales aplicables en el país del domicilio del underwriter. Si



la emisión se hace en Colombia, el underwriter deberá contar con una calificación de riesgo de su deuda de largo plazo según escala local de las calificadoras aprobadas por la Superintendencia Financiera de al menos AA+ según BRC Investor Services, Fitch Ratings Colombia S.A., Value and Risk Rating S.A, o su equivalente si se trata de otra firma calificadora.

(iii)  Recursos de Deuda de Fondos de Capital Privado. Se podrá acreditar la financiación del Proyecto a través de préstamos de recursos otorgados por parte de Fondos de Capital Privado incorporados en Colombia y/o en el exterior. Para acreditar la financiación del Proyecto se exigirán los mismos documentos señalados en la Sección (i) anterior.

(iv)  Las demás previstas en la Parte Especial.

(b)  El Cierre Financiero se acreditará mediante cualquiera de las modalidades previstas en la Sección 3.8(a) anterior, o mediante una combinación de estas.

(c)  Las certificaciones deberán estar acompañadas de los documentos que soporten la existencia de quien la emita y la condición de representante legal o funcionario autorizado de la persona que la suscribe. Ni la certificación ni los documentos que acrediten la existencia y representación legal podrán tener una antigüedad superior a sesenta (60) Días.

(d)  Características de los Prestamistas:

(i)  Si los Prestamistas son entidades financieras colombianas deberán estar vigiladas por la Superintendencia Financiera de Colombia.

(ii)  Si los Prestamistas son entidades financieras del exterior, deberán contar con código de acreedor externo, expedido conforme a las reglas expedidas por el Banco de la República, de acuerdo con las normas aplicables. También deberán ser entidades vigiladas por el equivalente a la Superintendencia Financiera de la jurisdicción de incorporación (si es financiación internacional de mercado de capitales, no se acreditará esta condición).

(iii)  Si los Prestamistas son Fondos de Capital Privado, deberán cumplir como mínimo con los requisitos previstos en las normas aplicables a las inversiones admisibles de los recursos administrados por las sociedades administradoras de fondos de pensiones y cesantías que operan en Colombia contempladas en el Decreto 2555 de 2010 –o las normas que la modifiquen, complementen o sustituyan– y acreditar dicho cumplimiento mediante la expedición de una certificación del gestor profesional o del gerente o del *fund manager*.

(iv)  Si los Prestamistas son personas naturales o jurídicas diferentes de las anteriores, deben ser tenedores de títulos emitidos en el mercado de capitales para que sus aportes sean considerados Recursos de Deuda.

(v)   Los Prestamistas podrán corresponder también a cualquiera de las modalidades previstas en el Apéndice Financiero 2, para ser Cesionario Aceptable (como ese término se define en dicho Apéndice).

(vi)  También podrán ser Prestamistas (A) las entidades multilaterales de crédito cuyos principales accionistas sean gobiernos soberanos; o (B) las agencias de crédito a la exportación propiedad de gobiernos soberanos.

(vii) Las demás características establecidas en la Parte Especial.

(e)   Se entenderá que el Concesionario ha obtenido el Cierre Financiero cuando la ANI manifieste, expresamente y por escrito y dentro de un término de veinte (20) Días contados desde la presentación completa de la documentación a la que se refiere la Sección 3.8(a) anterior su conformidad con los documentos aportados por el Concesionario para acreditar dicho Cierre Financiero. Si la ANI guarda silencio en este término, se entenderá no aprobado el Cierre Financiero. En este caso y en cualquiera otro de controversia sobre el cumplimiento o no de la obligación de obtener el Cierre Financiero, la diferencia será sometida al Amigable Componedor.

(f)   La obtención del Cierre Financiero, por cuenta y riesgo del Concesionario, en nada limita su obligación de procurar la totalidad de recursos necesarios para llevar a cabo todas las obligaciones del Contrato en los plazos y condiciones establecidos por el mismo, incluso si los Recursos de Deuda que el Proyecto exija deben ser mayores a los comprometidos a través del Cierre Financiero.

(g)   Aunque el Concesionario determinará a su entera discreción el nivel de endeudamiento, en ningún caso se disminuirá el valor minimo de los Giros de Equity, ni el monto minimo del Cierre Financiero, tal y como esos montos se definen en la Parte Especial.

(h)   La obligación del Concesionario de financiar el Proyecto no se agota con la obtención del Cierre Financiero. Por lo tanto, si con posterioridad a dicha obtención, el Prestamista incumpliese o se retirase del Proyecto por cualquier causa, justificada o no, el Concesionario deberá asegurar la consecución de los recursos adicionales que requiera para terminar el Proyecto, cumpliendo con la totalidad de los requisitos previstos en el Contrato. Tal retiro del Prestamista no servirá de excusa para el incumplimiento de las obligaciones del Concesionario ni para alegar incumplimiento por Evento Eximente de Responsabilidad.

3.9   Giros de Equity

(a)   El Concesionario deberá girar a la Cuenta Proyecto por lo menos los valores señalados en la Parte Especial, correspondientes a Giros de Equity en los plazos previstos en la misma.



(b)     El Concesionario deberá actualizar los valores de los Giros de Equity con base en el siguiente factor de ajuste, en la fecha de su aporte a la Cuenta Proyecto.

$$E_n = E_r * \frac{IPC_n}{IPC_r}$$

Dónde:

| $E_n$ | Giros de Equity que se hace en el Mes $n$ en Pesos del Mes $n$ |
|---|---|
| $E_r$ | Giros de Equity, expresado en Pesos constantes del Mes de Referencia |
| $IPC_n$ | IPC del Mes inmediatamente anterior a Mes $n$ |
| $IPC_r$ | IPC del Mes de Referencia |

(c)     La anterior fórmula deberá ser utilizada para actualizar otros valores cuando dicha actualización esté expresamente prevista en el presente Contrato (salvo cuando se establezcan fórmulas de actualización particulares), caso en el cual será necesario ajustar las variables $E_n$ y $E_r$ por las que corresponda, de acuerdo con los montos a actualizar.

(d)     Corresponderá a la Fiduciaria certificar al Interventor y a la ANI que los recursos correspondientes han sido efectivamente recibidos por el Patrimonio Autónomo en la fecha máxima prevista y en los términos exigidos en el presente Contrato mediante el envío de una Notificación dentro de los cinco (5) Días Hábiles siguientes a la fecha en que se haga el Giro de Equity.

(e)     En el caso en que un Evento Eximente de Responsabilidad imposibilite totalmente la iniciación o continuación de las Intervenciones de una o varias Unidades Funcionales, se entenderá suspendida parcialmente la obligación del Concesionario de hacer los Giros de Equity pendientes; esta suspensión no afectará los Giros de Equity ya realizados. La suma parcial de los Giros de Equity cuyo aporte se suspenderá, corresponde a la resultante de multiplicar el Giro de Equity correspondiente por el porcentaje de participación de la(s) Unidad(es) Funcional(es) cuyas Intervenciones hayan tenido que ser totalmente paralizadas por el Evento Eximente de Responsabilidad, porcentaje que se establece para estos efectos en la Parte Especial. Los Giros de Equity a los cuales se les aplicará la previsión contenida en la presente Sección, corresponderá exclusivamente a los que deban pagarse durante el Período Especial (como este término se define y regula en la Sección 14.2 de esta Parte General), teniendo en cuenta los cronogramas y montos de Giros de Equity previstos en la Parte Especial. En todo caso, una vez superado el Evento Eximente de Responsabilidad y dentro de los cinco (5) Días Hábiles siguientes, el Concesionario deberá aportar las sumas objeto de suspensión, actualizándolas con

el IPC hasta el momento del aporte efectivo, tal y como se señala en la Sección 3.9(b) de esta Parte General.

3.10   Registro de los Prestamistas

(a)      El Concesionario deberá enviar una Notificación a la ANI cuando se acredite el Cierre Financiero, en la cual identificará a todos y cada uno de los Prestamistas (en el caso de colocaciones en el mercado de capitales, bastará con la identificación del administrador o agente estructurador de la colocación, así como del representante de los tenedores). Solamente quienes aparezcan en dicho listado serán considerados por la ANI como Prestamistas y tendrán los derechos señalados en el presente Contrato asignados a los Prestamistas.

(b)      Igualmente deberán designar un representante de los Prestamistas que será el encargado de recibir todas las Notificaciones de la ANI relativas al presente Contrato. Si cada Unidad Funcional tuviese Prestamistas diferentes, se especificará en la comunicación y se podrán designar representantes diferentes de los Prestamistas para cada Unidad Funcional.

(c)      Cualquier cambio en los Prestamistas deberá notificarse a la ANI mediante el envío de una Notificación.

(d)      Los Prestamistas que aporten Recursos de Deuda con posterioridad al Cierre Financiero, deberán cumplir, al momento de suscribir los documentos de crédito, con las características exigidas en la Sección 3.8(d).

3.11   Desarrollo de Estructuras Financieras

(a)      El Concesionario podrá estructurar o utilizar para su financiamiento las estructuras financieras que considere adecuadas. Entre ellas, podrá utilizar la figura especial de cesión de los flujos de la Retribución por Unidad Funcional, caso en el cual se aplicarán las disposiciones previstas en el Apéndice Financiero 2.

(b)      El Concesionario podrá estructurar emisiones de valores para colocarlas en el mercado de capitales colombiano y/o extranjero utilizando como respaldo el Contrato y en particular los flujos de la Retribución por Unidad Funcional a que tenga derecho, en los términos y condiciones previstos en la Sección 3.7(a) de esta Parte General.

(c)      Con el fin de facilitar la consecución de los recursos necesarios para el Proyecto, el Concesionario o la Fiduciaria podrán desarrollar cualesquiera otros esquemas financieros, tales como titularización, emisión de bonos y sindicaciones, entre otros. Para estos efectos, los derechos económicos a favor del Concesionario, derivados de este Contrato, podrán ser incondicionalmente cedidos a los Prestamistas.



(d)   Cuando para la emisión de títulos dirigidos al mercado de capitales se utilice la cesión especial regulada en el Apéndice Financiero 2, podrá hacerse a través del Patrimonio Autónomo-Deuda a discreción del Concesionario. Lo anterior debe entenderse sin perjuicio de que la contabilidad deba estar centralizada en el Patrimonio Autónomo y sin perjuicio de los derechos de inspección y auditoría de la ANI y/o del Interventor previstos en el presente Contrato.

3.12   Toma de Posesión de los Prestamistas

(a)   Los Prestamistas tendrán derecho a tomar posesión del Proyecto cuando:

   (i)   El Concesionario incumpla con sus obligaciones financieras de conformidad con lo establecido en los documentos de crédito (o reglamento de colocación —o similar— cuando se trate de colocación de títulos en el mercado de capitales) suscritos con los Prestamistas, o

   (ii)   Cuando la ANI les notifique que pueden ejercer tal derecho antes de que se declare la Terminación Anticipada cuando se esté bajo cualquiera de las causales que puedan dar lugar a las declaratorias previstas en la Sección 17.2(a) de esta Parte General.

(b)   La toma de posesión del Proyecto sólo podrá ser ejercida por aquellos Prestamistas que se encuentren debidamente registrados en la ANI, en los términos de la Sección 3.10 de esta Parte General. La notificación de la ANI a los Prestamistas se hará mediante el envío de una Notificación a los representantes registrados de los Prestamistas. Cuando existan varios Prestamistas, los derechos que en la presente Sección 3.12 se conceden a su favor serán ejercidos respetando las mayorías y demás condiciones que dichos Prestamistas hayan establecido en un acuerdo entre ellos. De no existir tal acuerdo, esos derechos sólo podrán ser ejercidos de consuno entre los Prestamistas, por lo cual se necesitará la aprobación unánime de todos ellos. De no contarse con la aprobación correspondiente conforme a lo acabado de señalar, no se podrá ejercer el derecho a la toma de posesión del Proyecto.

(c)   La toma de posesión por parte de los Prestamistas podrá ejercerse de cualquiera de las siguientes formas:

   (i)   Mediante la solicitud de cesión del Contrato a la persona que designen por escrito mediante el envío de una Notificación a la ANI. Esta cesión implicará que los términos y condiciones del Contrato, en especial las condiciones económicas, no podrán variar. Por lo tanto, no podrá ser condición de la cesión el que se modifiquen las condiciones del Contrato.



(ii)  Mediante el envío de una Notificación a la ANI anunciando la modificación de la composición accionaria del Concesionario, ya sea por cuenta de la compra que hagan directa o indirectamente los Prestamistas o por la compra efectuada por una persona designada por los Prestamistas. En este caso, deberán enviar una certificación suscrita por el revisor fiscal del Concesionario en la que conste la composición accionaria del Concesionario y donde se evidencie que los accionistas iniciales del Concesionario no tienen participación accionaria alguna en el cesionario. Si los accionistas son personas jurídicas, además deberán adjuntar una declaración juramentada en la que conste que los accionistas iniciales del Concesionario no son Beneficiarios Reales de los nuevos accionistas del Concesionario.

(iii)  Para los efectos de la Sección (ii) anterior, se entenderá por compra indirecta aquella que efectúen personas jurídicas del mismo grupo empresarial del(los) Prestamista(s).

(iv)  Los términos y condiciones de la compra de las acciones o de la cesión del Contrato que acuerden los Prestamistas con el Concesionario o con los accionistas iniciales del Concesionario, según corresponda, serán libremente acordadas y la ANI no tendrá injerencia alguna sobre ellos. Esto último sin perjuicio del derecho de la ANI de verificar que el nuevo concesionario y/o los nuevos accionistas cumplan con los requisitos señalados en la Sección 3.12(f) de esta Parte General.

(d)  Procedimiento para la Toma de Posesión

(i)  Cuando se verifique una cualquiera de las causales para la toma de posesión del Proyecto por parte de los Prestamistas, se generará de manera automática en cabeza de los Prestamistas, el derecho a tomar posesión del Proyecto. Este derecho prevalecerá sobre el derecho de la ANI a terminar el Contrato, siempre que se trate de los casos taxativamente señalados en la Sección 17.2(a) de esta Parte General.

(ii)  Si la causal de toma de posesión es por el incumplimiento de las obligaciones financieras del Concesionario para con los Prestamistas, el representante de los Prestamistas enviará una Notificación a la ANI informando que ha ocurrido un incumplimiento de las obligaciones financieras y que, en virtud de lo previsto en este Contrato, ejercen su derecho a tomar posesión del Proyecto (la "Notificación Para Toma"). En la Notificación Para Toma indicarán igualmente quiénes son las personas designadas para actuar en su representación como contraparte de la ANI, para adelantar el procedimiento de toma de posesión. Los Prestamistas enviarán copia de la Notificación Para Toma al vocero y representante del Patrimonio Autónomo y del Patrimonio Autónomo-Deuda, si lo hubiere. La ANI enviará copia de la Notificación Para Toma al Interventor y a las compañías emisoras de las garantías del Proyecto.



(iii) Dentro de los treinta (30) Días siguientes a la Notificación Para Toma, los Prestamistas enviarán una nueva Notificación a la ANI en la que informarán bajo cuál de las modalidades previstas en las Secciones 3.12(c)(i) y 3.12(c)(ii), harán la toma de posesión.

(iv) Los Prestamistas tendrán un término máximo de ciento ochenta (180) Días, contados desde la fecha de la Notificación Para Toma, para concretar las condiciones de la modalidad de toma de posesión escogida e informar a la ANI acerca de la persona que continuará con la ejecución del Contrato (si es la cesión) o el nombre de los nuevos accionistas del Concesionario (si es la compraventa de acciones por parte de los Prestamistas –directa o indirectamente– o por parte de un tercero designado por los Prestamistas).

(v) Si la causal de toma de posesión es el acaecimiento de una causal de Terminación Anticipada del presente Contrato de las señaladas en la Sección 17.2(a), la ANI comunicará al(los) representante(s) de los Prestamistas mediante el envío de una Notificación en la que se indicará que tienen derecho a ejercer la toma de posesión del Proyecto (la "Notificación Derecho de Toma") y que, de no ejercer tal derecho, la ANI procederá a terminar el Contrato. Copia de esta Notificación Derecho de Toma será enviada al representante y vocero del Patrimonio Autónomo y del Patrimonio Autónomo-Deuda (si lo hubiere) por el Concesionario y a las compañías que emitieron las garantías y al Interventor por la ANI.

(vi) Dentro de los cuarenta y cinco (45) Días siguientes a la Notificación Derecho de Toma, los Prestamistas deberán enviar una Notificación a la ANI en la que manifiesten si ejercen o no su derecho a tomar posesión del Proyecto y la modalidad escogida. Si la ANI no recibe comunicación alguna dentro del plazo aquí señalado, se entenderá que los Prestamistas no tienen interés en tomar posesión del Proyecto.

(vii) Si los Prestamistas ejercen el derecho a tomar posesión del Proyecto, tendrán un término máximo de ciento ochenta (180) Días, contados a partir de la Notificación Derecho de Toma, para concretar y perfeccionar las condiciones de la modalidad de toma de posesión escogida e informar a la ANI acerca de la persona que continuará con la ejecución del Contrato (si es la cesión) o el nombre de los nuevos accionistas del Concesionario (si es la compraventa de acciones).

(e)    Efectos de la Toma de Posesión

(i) En Relación con las Intervenciones: A partir de la fecha de la Notificación Para Toma o de la Notificación Derecho de Toma, el Concesionario se abstendrá de iniciar nuevas Intervenciones. A partir de esa misma fecha y hasta el momento en que los Prestamistas tomen posesión del Proyecto, el Concesionario solamente ejecutará aquellas Intervenciones iniciadas y únicamente aquellas



cuya terminación la ANI estime, conforme al Plan de Obras, que deben ser ejecutadas en menos de ciento ochenta (180) Días contados a partir de la fecha de dicha Notificación Para Toma o Notificación Derecho de Toma. Las demás Intervenciones serán suspendidas.

(ii)    Las actividades de Operación y Mantenimiento se continuarán desarrollando, de acuerdo con lo previsto en el presente Contrato.

(iii)   El Concesionario saliente se abstendrá de contraer cualquier endeudamiento adicional, mientras se surte el proceso de toma de posesión. Una vez perfeccionada la toma de posesión, el nuevo concesionario tendrá la posibilidad de obtener deuda o estructurar cualquier mecanismo financiero, en las mismas condiciones y con las mismas libertades previstas en este Contrato.

(iv)    En relación con el Patrimonio Autónomo: Desde el recibo de la Notificación Para Toma o de la Notificación Derecho de Toma, la Fiduciaria que administra el Patrimonio Autónomo deberá:

    (1)    Notificar a los Contratistas, a los Prestamistas y demás contratistas y proveedores del Proyecto sobre el inicio del proceso de toma de posesión del Proyecto;

    (2)    Abstenerse de hacer pagos a los accionistas del Concesionario y/o al Concesionario por cualquier concepto;

    (3)    Entregar a la ANI una relación de los pasivos a cargo del Patrimonio Autónomo y los estados financieros con corte al último día del mes inmediatamente anterior al mes de la Notificación Para Toma o de la Notificación Derecho de Toma;

    (4)    Destinar los recursos disponibles en las subcuentas de libre disposición del Concesionario o sus accionistas a atender los pagos a cargo del Patrimonio Autónomo y a favor de los Contratistas, Prestamistas y demás contratistas y proveedores del Proyecto. Cualquier pago que haga el Patrimonio Autónomo al Concesionario o a sus accionistas, sin importar de qué subcuenta se haga, se considerará como un incumplimiento del Contrato de Fiducia Mercantil que dará lugar a su terminación inmediata, sin perjuicio de las acciones legales que la ANI pueda entablar en contra de la Fiduciaria;

    (5)    En cuanto a los traslados de la Cuenta ANI autorizados por la ANI a la fecha de la Notificación Para Toma o de la Notificación Derecho de Toma o durante el proceso de toma de posesión, corresponderá a la Fiduciaria asegurarse que tales recursos sean usados como se indica en la Sección (4) anterior.



(v) Cuando se concluya el procedimiento de toma de posesión, el Concesionario podrá, junto con los Prestamistas, establecer el destino de los recursos en la Cuenta Proyecto y sus subcuentas (excluyendo las Subcuentas Predios, Redes y Compensaciones Ambientales), respetando las finalidades y condiciones previstas en el presente Contrato. En relación con la Cuenta ANI y sus subcuentas, las mismas seguirán bajo el control de la ANI y no se afectarán por el proceso de toma de posesión. En el caso que se liquide el Patrimonio Autónomo por cuenta de la cesión del Contrato a un tercero designado por los Prestamistas o por la ANI, la ANI dará las instrucciones sobre el manejo de los recursos de la Cuenta ANI y de cada una de sus subcuentas. Si el Patrimonio Autónomo se liquida, la Fiduciaria deberá entregar un informe especial a la ANI de los ingresos y usos de los recursos de la Cuenta ANI y un reporte del revisor fiscal sobre los usos de dichos recursos. La Fiduciaria entregará los recursos de la Cuenta ANI al patrimonio autónomo que informe el cesionario del Contrato, previa instrucción escrita de la ANI. En el caso que se liquide el Patrimonio Autónomo, el cesionario del Contrato deberá constituir un nuevo Patrimonio Autónomo que cumpla con las condiciones previstas en el presente Contrato, garantizando que el proceso de cambio de fiducia no entorpezca el desarrollo del Proyecto. Durante el período que transcurra entre la Notificación Para Toma o la Notificación Derecho de Toma y la conclusión del proceso de toma de posesión, la Fiduciaria deberá enviar a la ANI, al Interventor y a los Prestamistas, un informe mensual donde se detallen todos los movimientos de recursos del Patrimonio Autónomo de todas las Cuentas y Subcuentas. Si el Proyecto tiene Patrimonio Autónomo-Deuda, las disposiciones aquí previstas se aplicarán *mutatis mutandi.*

(vi) En relación con el Contrato: Si el presente Contrato se cede como consecuencia de la toma de posesión, la ANI, el Interventor, el concesionario saliente y el concesionario entrante, suscribirán un acta de entrega del Proyecto, en la que se deberá detallar cuando menos lo siguiente:

(1) Unidades Funcionales terminadas y el estado de avance de las Unidades Funcionales no terminadas.

(2) Retribuciones –y Compensaciones Especial, cuando sea aplicable- transferidas por Unidad Funcional al concesionario saliente (y a los cesionarios autorizados en caso que aplique), hasta el día anterior a la fecha de suscripción del acta de entrega, y cualquier otro traslado efectuado desde la Cuenta ANI a la Cuenta Proyecto.

(3) Estado técnico de cada una de las Unidades Funcionales.

(4) Relación de las Intervenciones pendientes por ejecutar y que estarán a cargo del concesionario entrante. 

(5)        Estado de cumplimiento de los Indicadores.

(6)        De ser necesaria, se formalizará la cesión –a favor del nuevo concesionario– de las Licencias y Permisos con que cuente el Concesionario.

(vii) En relación con las garantías: Las garantías exigidas en este Contrato deberán permanecer vigentes hasta que sean reemplazadas por las nuevas garantías –aprobadas por la ANI– tomadas por el concesionario entrante. En todo caso, el Proyecto deberá siempre contar con las coberturas exigidas por lo que será responsabilidad del Concesionario saliente y del concesionario entrante asegurarse que esta situación se verifique.

(viii) En relación con las multas: A partir de la Notificación para Toma o de la Notificación Derecho de Toma, según corresponda, no se generarán nuevas Multas. Esta estipulación sólo tendrá aplicación hasta A) el vencimiento del sexagésimo Día contado a partir de la aprobación del nuevo concesionario por parte de la ANI, o B) al Día siguiente de la Notificación de no aprobación del nuevo concesionario por parte de la ANI. Lo señalado en la presente Sección no afectará el trámite y cobro de las Multas que tengan origen en incumplimientos anteriores a la Notificación para Toma o de la Notificación Derecho de Toma.

(f)     Aprobación del Nuevo Concesionario

(i)     El nuevo Concesionario o accionista del Concesionario, según el caso, deberán ser aprobados previamente por la ANI, aprobación que se dará siempre que la entidad designada por los Prestamistas cumpla con todos los Requisitos Habilitantes establecidos en la Invitación a Precalificar y que fueron evaluados por la ANI durante la Precalificación o el Proceso de Selección.

(ii)    Asimismo, en caso de ser necesario reemplazar a cualquiera de los Contratistas, el nuevo Contratista igualmente deberá cumplir con los requisitos mínimos que se tuvieron en cuenta de conformidad con lo exigido en el presente Contrato.

(iii)   En los dos casos mencionados, la aprobación de la ANI deberá producirse dentro de los treinta (30) Días Hábiles siguientes a la presentación por parte de los Prestamistas de su propuesta conforme a lo señalado en las Secciones 3.12(d)(iv) y 3.12(d)(vii) anteriores; en caso de que la ANI no se pronuncie dentro de los treinta (30) Días Hábiles siguientes a la solicitud de los Prestamistas, se entenderá aprobada dicha solicitud por parte de la ANI. Si la ANI no aprueba el nuevo Concesionario o los accionistas, según el caso, se considerará que el incumplimiento del Concesionario frente a los Prestamistas constituye también un incumplimiento grave del Concesionario frente a este

Contrato de Concesión y se podrá proceder a declarar la caducidad del mismo, de conformidad con lo previsto en la Sección 11.1 de esta Parte General.

3.13  El Patrimonio Autónomo. Generalidades

(a)     El Concesionario, actuando como fideicomitente, deberá incorporar un Patrimonio Autónomo a través del cual se canalicen todos los activos y pasivos y en general se administren todos los recursos del Proyecto como requisito para la suscripción del Acta de Inicio del presente Contrato. A juicio del Concesionario y sus Prestamistas, se podrán constituir Patrimonios Autónomos-Deuda, diferentes al Patrimonio Autónomo sobre los cuales recaerán los mismos deberes y obligaciones de información previstos en el presente Contrato para el Patrimonio Autónomo, sin que se entienda como el mismo Patrimonio Autónomo.

(b)     La selección de la Fiduciaria será del Concesionario. Sin embargo, la ANI verificará que la Fiduciaria propuesta por el Concesionario cuenta con las calidades exigidas en la Sección 1.70 de esta Parte General, y el Concesionario no podrá suscribir con ella el Contrato de Fiducia Mercantil si no cumple con dichas calidades o si la ANI ha solicitado su remoción en algún proyecto en los últimos cinco (5) años.

(c)     El procedimiento de verificación será el siguiente: el Concesionario enviará una Notificación a la ANI informando el nombre de la Fiduciaria y enviando la minuta del Contrato de Fiducia Mercantil que se suscribirá con la Fiduciaria, a más tardar a los cinco (5) Días Hábiles contados a partir de la suscripción del presente Contrato y la ANI contará con un plazo de Veinte (20) Días Hábiles para hacer la verificación de la Fiduciaria y pronunciarse. El silencio de la ANI será considerado como no objeción de la Fiduciaria propuesta por el Concesionario, sin perjuicio de la responsabilidad en cabeza del Concesionario de verificar que la Fiduciaria cumpla con todas las características establecidas en el Contrato y de reemplazarla en cualquier momento en que ANI, el Interventor o el propio Concesionario adviertan que la Fiduciaria no cumple con los requisitos exigidos en este Contrato para que la Fiduciaria sea aceptable. En caso de rechazo deberá presentarse una nueva Fiduciaria para verificación.

(d)     Una vez aprobada la Fiduciaria propuesta por el Concesionario por parte de la ANI se procederá así:

(i)     La ANI tendrá hasta treinta (30) Días Hábiles para verificar que el Contrato de Fiducia Mercantil se sujete a las condiciones señaladas en el presente Contrato y para hacer los correspondientes comentarios y observaciones al borrador del Contrato de Fiducia Mercantil remitido por el Concesionario; comentarios y observaciones que deberán ser atendidos e incorporados al texto definitivo del Contrato de Fiducia Mercantil que se suscriba. Vencido el antedicho plazo de treinta (30) Días Hábiles sin que la ANI informe al Concesionario comentarios u observaciones al texto del Contrato de Fiducia Mercantil, se entenderá que

la ANI no tiene objeción en que se proceda con la firma de dicho Contrato, sin perjuicio de que, en cualquier momento de la ejecución de este Contrato, la ANI podrá solicitar la modificación del Contrato de Fiducia Mercantil, conforme lo previsto en la Sección 3.15(h) de esta Parte General.

(ii) En cualquier caso, el Contrato de Fiducia Mercantil deberá quedar suscrito y perfeccionado a más tardar a los veinte (20) Dias Hábiles siguientes a la fecha en que la ANI se haya pronunciado o en que haya vencido el plazo de los treinta (30) Días Hábiles a que se refiere la Sección (i) anterior, sin que haya habido pronunciamiento de la ANI.

(iii) Los comentarios y solicitudes de modificación de la ANI tendrán por objeto únicamente que la minuta del Contrato de Fiducia Mercantil se ajuste a los términos y condiciones mínimos previstos en el presente Contrato.

3.14  Cuentas y Subcuentas del Patrimonio Autónomo

(a)      Descripción de las Cuentas y Subcuentas:

Sin perjuicio de las demás subcuentas previstas en la Parte Especial, el Patrimonio Autónomo deberá tener al menos las siguientes Cuentas y Subcuentas:

(i)  Cuenta Proyecto:

(1)      Subcuenta Predios
(2)      Subcuenta Compensaciones Ambientales
(3)      Subcuenta Redes
(4)      Otras subcuentas creadas por el Concesionario

(ii)  Cuenta ANI:

(1)      Subcuenta Aportes ANI
(2)      Subcuenta Recaudo Peaje
(3)      Subcuenta Interventoría y Supervisión
(4)      Subcuenta de Soporte Contractual
(5)      Subcuenta Amigable Composición
(6)      Subcuenta Excedentes ANI
(7)      Subcuenta Ingresos por Explotación Comercial
(8)      Subcuenta Obras Menores.

(b)      Podrán existir diferentes beneficiarios para cada una de las subcuentas y cuentas en que se divida el Patrimonio Autónomo, pero en todo caso el beneficiario único de la Cuenta ANI junto con las respectivas subcuentas de esta cuenta será la ANI. Los beneficiarios de las demás cuentas y subcuentas serán designados por el Concesionario, siempre que se respeten las previsiones de este Contrato.



(c)     La transferencia de los recursos de la Cuenta ANI y de cada una de las Subcuentas en que ésta se divide solo podrá hacerse mediante instrucciones de la ANI a la Fiduciaria, sin perjuicio de lo previsto en la Sección 3.1(g) de esta Parte General. Los recursos de estas Subcuentas podrán invertirse en las inversiones permitidas por el Decreto 1525 de 2008, según se modifique o adicione.

(d)     Las inversiones que haga la Fiduciaria de los recursos de la Subcuenta Aportes ANI, se harán con base en las instrucciones del Comité Fiduciario, siempre que dichas inversiones i) sean admisibles, de acuerdo con el Decreto 1525 de 2008,  ii) el emisor, deudor y/o destinatario de las inversiones no sea el Concesionario, ni sus socios, ni los Beneficiarios Reales del Concesionario, ni cualquier otra persona en la cual el Concesionario, sus socios o los Beneficiarios Reales del Concesionario, tengan cualquier participación o compartan de cualquier manera los resultados de su actividad económica y iii) busquen, de manera prioritaria, generar operaciones de cobertura de tasa de cambio para la porción en dólares de los Aportes ANI.

(e)     Cuenta Proyecto:

(i)     La Cuenta Proyecto se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará inicialmente con los Giros de Equity de acuerdo con lo señalado en la Sección 3.9 de esta Parte General y con los demás aportes que el Concesionario considere necesario hacer para el cumplimiento de sus obligaciones bajo este Contrato. A esta Cuenta deberán ingresar también los Recursos de Deuda obtenida de los Prestamistas y cualquier transferencia que de acuerdo con este Contrato, deba hacerse desde la Cuenta ANI, incluidos los traslados correspondientes a la Retribución –y a la Compensación Especial, cuando sea aplicable– (salvo cuando el Concesionario haya solicitado que la Retribución sea hecha al(los) Patrimonio(s) Autónomo(s)-Deuda o a los Cesionarios Especiales). Cualquier otro pago previsto en este Contrato a favor del Concesionario, será hecho a la Cuenta Proyecto.

(ii)    Los recursos disponibles en esta Cuenta Proyecto se destinarán única y exclusivamente a la atención de todos los pagos, costos y gastos a cargo del Concesionario que se deriven de la ejecución del presente Contrato –salvo que dichos pagos deban hacerse con cargo a otra de las cuentas o subcuentas de acuerdo con lo previsto en este Contrato–, incluyendo pero sin limitarse a:

(1)     El fondeo de la Subcuenta Predios, la Subcuenta Redes, la Subcuenta Interventoría y Supervisión, la Subcuenta Compensaciones Ambientales, la Subcuenta de Soporte Contractual, Subcuenta Amigable Composición y de las demás Subcuentas que se mencionen en la Parte Especial, si es del caso.

(2)     Atender los gastos del Patrimonio Autónomo tales como: los impuestos que se causen con ocasión de la suscripción y

ejecución del Contrato de Fiducia Mercantil y la Comisión Fiduciaria.

(3)      Retribuir a los Contratistas y cualquier otro subcontratista que ejecute cualquiera de las actividades previstas en este Contrato.

(4)      Compra de insumos y materiales y pagos de todos los costos y gastos administrativos del Concesionario.

(5)      Pago de intereses y del principal de los Recursos de Deuda, así como remuneración y retorno de los Giros de Equity y reconocimiento de utilidades a los socios del Concesionario.

(6)      El pago de la Comisión de Éxito.

(iii) Como consecuencia de los esquemas de financiación y de organización, el Concesionario podrá crear subcuentas adicionales en la Cuenta Proyecto, siempre que el fondeo de esas subcuentas esté subordinado al fondeo de las subcuentas que se establecen en este Contrato.

(iv) Los recursos remanentes de esta Cuenta Proyecto, una vez cumplida la finalidad de la misma serán de libre disposición del Concesionario, siempre y cuando el Contrato se encuentre en Etapa de Operación y Mantenimiento, exceptuando los recursos de las Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes. Los rendimientos que generen los recursos de esta Cuenta Proyecto, acrecerán esta cuenta. Los rendimientos generados por las Subcuentas Compensaciones Ambientales, Predios y Redes acrecerán cada una de dichas subcuentas.

(f)      Subcuenta Predios.

(i)      La Subcuenta Predios de la Cuenta Proyecto se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los recursos de la Cuenta Proyecto, en los montos y plazos señalados en la Parte Especial.

(ii)      Los recursos disponibles en esta Subcuenta Predios se destinarán única y exclusivamente a la atención de los pagos que se tienen previstos en la Sección 7.2(a) de esta Parte General, y si existieren remanentes, éstos serán distribuidos conforme a lo señalado en dicha Sección. Aquellos remanentes que correspondan a la ANI serán trasladados a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.

(iii)      Los recursos de esta Subcuenta Predios podrán ser invertidos en los términos del Decreto 1525 de 2008, según éste se modifique o adicione y los rendimientos de estas operaciones de tesorería acrecerán los recursos de esta subcuenta.

(g)    Subcuenta Compensaciones Ambientales.

(i)    La Subcuenta Compensaciones Ambientales de la Cuenta Proyecto se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los recursos de la Cuenta Proyecto, en los montos y plazos señalados en la Parte Especial.

(ii)    Los recursos disponibles en esta Subcuenta Compensaciones Ambientales se destinarán única y exclusivamente a la atención de los pagos de las Compensaciones Ambientales que se tienen previstos en la Sección 8.1(c)(i) de esta Parte General, y si existieren remanentes, éstos serán distribuidos conforme a lo señalado en dicha Sección. Aquellos remanentes que correspondan a la ANI serán trasladados a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.

(iii)    Los recursos de está subcuenta podrán ser invertidos en los términos del Decreto 1525 de 2008, según éste se modifique o adicione y los rendimientos de estas operaciones de tesorería acrecerán los recursos de esta subcuenta.

(h)    Subcuenta Redes

(i)    La Subcuenta Redes se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los recursos de la Cuenta Proyecto, en los montos y plazos señalados en la Parte Especial.

(ii)    Los recursos disponibles en esta Subcuenta Redes se destinarán única y exclusivamente a la atención de los pagos que se tienen previstos en la Sección 8.2 de esta Parte General, y si existieren remanentes, éstos serán distribuidos conforme a lo señalado en dicha Sección. Aquellos remanentes que correspondan a la ANI serán trasladados a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.

(iii)    Los recursos de está subcuenta podrán ser invertidos en los términos del Decreto 1525 de 2008, según éste se modifique o adicione y los rendimientos de estas operaciones de tesorería acrecerán los recursos de esta subcuenta.

(i)    Cuenta ANI

(i)    La Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará de acuerdo con lo señalado a continuación.

(ii)    Subcuenta Aportes ANI.

(1)    La Subcuenta Aportes ANI se dividirá en subcuentas por cada Unidad Funcional que tenga el Proyecto. En cada una de las



subcuentas por Unidad Funcional se consignará la suma resultante de multiplicar los Aportes ANI (incluidos los intereses remuneratorios y moratorios, de ser el caso, de conformidad con lo previsto en las Secciones 3.6(b) y 3.6(d) de esta Parte General) por el porcentaje de participación que corresponda a la Unidad Funcional respectiva, porcentaje establecido en la Parte Especial.

(2)     Esta subcuenta se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con los Aportes ANI de acuerdo con lo señalado en la Parte Especial, discriminando lo que corresponda a cada Unidad Funcional.

(3)     La obligación de la ANI de efectuar los Aportes ANI se entenderá cumplida en la fecha de ingreso de los recursos a la Subcuenta Aportes ANI.

(4)     La Fiduciaria consignará el valor que le corresponde de Aportes ANI a cada Unidad Funcional en la respectiva subcuenta por Unidad Funcional, con el fin de contar con los recursos necesarios para cumplir con los desembolsos de Retribuciones –y de la Compensación Especial, cuando sea aplicable– de acuerdo con el cálculo y dentro de los plazos establecidos para dichos desembolsos en la Sección 3.1. de esta Parte General.

(5)     Tan pronto los Aportes ANI sean consignados en cada subcuenta por Unidad Funcional de la Subcuenta de Aportes ANI, los valores correspondientes a la porción en Dólares de aquellos Aportes ANI, establecida en la Parte Especial, deberán ser objeto de un mecanismo –definido por el Comité Fiduciario– que mantenga al menos su valor en Dólares. Este último valor en Dólares hará parte de la Retribución en los términos de la Parte Especial.

(6)     Sin perjuicio del mecanismo mencionado en la Sección 3.14(i)(ii)(5) anterior, los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta serán transferidos a la Subcuenta Obras Menores dentro de los cinco (5) Días siguientes al pago de cada Retribución que tenga como fuente Aportes ANI.

(7)     En caso de liquidación los recursos disponibles en esta subcuenta pertenecerán a la ANI.

(iii)  Subcuenta Recaudo Peaje



(1)    La Subcuenta Recaudo Peaje se dividirá en subcuentas por cada Unidad Funcional que tenga el Proyecto. En cada una de las subcuentas por Unidad Funcional se consignará la suma resultante de multiplicar el Recaudo de Peaje por el porcentaje de participación que corresponda a la Unidad Funcional respectiva, porcentaje establecido en la Parte Especial.

(2)    La Subcuenta Recaudo Peaje de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con el Recaudo de Peaje, entendiendo por tal el resultado de multiplicar el tráfico efectivo de vehículos por la tarifa de cada categoría vehicular señalada en la Resolución de Peaje –o sus modificaciones– (tarifa neta sin incluir la contribución al Fondo de Seguridad Vial ni ninguna otra sobretasa o similar que tenga destinación diferente al Proyecto), independientemente de la cantidad efectivamente recaudada por el Concesionario, en tanto el riesgo de evasión es a cargo de éste.

(3)    En la Subcuenta de Recaudo Peaje también se depositarán las sumas correspondientes a la contribución al Fondo de Seguridad Vial o cualquiera otra sobretasa, contribución o similar que tenga destinación diferente al Proyecto, siempre que las mismas sean recaudadas por el Concesionario. La Fiduciaria será la encargada de realizar el giro de esos recursos, de la Subcuenta Recaudo Peaje a las cuentas de la(s) entidad(es) beneficiarias(s) de esas sobretasas y/o contribuciones, de acuerdo con la Ley Aplicable

(4)    El Concesionario tendrá la obligación de consignar cada tercer Día el total del Recaudo de Peaje, así como las sumas a las que se refiere la Sección (3) anterior en la Subcuenta Recaudo Peaje. Si el día de la consignación es un Día no hábil, se hará la consignación en el Día Hábil siguiente.

(5)    El periodo de recaudo corresponderá a los Días transcurridos desde el Día en que se efectuó la última consignación (incluido), hasta el Día anterior a la consignación siguiente.

(6)    En el caso en que la suma consignada por el Concesionario a la Subcuenta Recaudo Peaje fuere inferior a aquella que corresponda de acuerdo con lo previsto en este Contrato, el Concesionario pagará intereses moratorios –que se consignarán en la Subcuenta Excedentes ANI– desde la fecha en la que realizó la consignación y hasta el pago de la diferencia, intereses que se calcularán conforme a lo previsto en la Sección 3.6(a) de esta Parte General.

(7)      En el caso en que la suma consignada por el Concesionario a la Subcuenta Recaudo Peaje fuere superior que aquella que corresponda de acuerdo con lo previsto en este Contrato, la ANI ordenará el traslado de la diferencia, sin intereses, a la Cuenta Proyecto dentro de los cinco (5) Días siguientes a la verificación de esta situación.

(8)      Desde el momento en que se transfieran las sumas correspondientes al Recaudo de Peaje hasta el momento en que se haga exigible el derecho a favor del Concesionario a que sean transferidos recursos a la Cuenta Proyecto (o al Patrimonio Autónomo-Deuda o directamente a los Cesionarios Especiales, de ser el caso), por haberse causado la Retribución –y/o la Compensación Especial, cuando sea aplicable– en los términos del presente Contrato, tales sumas deberán mantenerse disponibles en la Subcuenta Recaudo Peaje y serán administradas exclusivamente bajo instrucciones de la ANI.

(9)      En el Contrato de Fiducia Mercantil deberá consignarse de manera clara y expresa que si el presente Contrato se terminare de manera anticipada, por cualquier causa, todas las sumas disponibles en la Subcuenta Recaudo Peaje, deberán ser entregadas de manera inmediata y sin demora a la ANI. Lo anterior, salvo cuando se presente el supuesto previsto en la Sección 18.4(b) de esta Parte General.

(10)      Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta acrecerán la misma.

(11)      Los recursos remanentes de la Subcuenta Recaudo Peaje, una vez se haya obtenido el VPIP, servirán para atender los gastos derivados de riesgos asignados a la ANI, siempre que i) se trate de gastos cuya causación ya haya ocurrido para dicho momento y ii) que no haya recursos disponibles ni en el Fondo de Contingencias ni en la Subcuenta Excedentes ANI para atender dichos gastos.

(12)      De haber remanentes adicionales, después de atender dichos gastos, serán destinados al cubrimiento de las obligaciones de pago de la Retribución a cargo de la ANI, lo que consecuentemente implicará la reducción de la programación de vigencias futuras de que dispone la entidad para atender el pago de la Retribución.

(iv)   Subcuenta Interventoría y Supervisión.

(1)    La Subcuenta Interventoría y Supervisión de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con los recursos de la Cuenta Proyecto en los montos y plazos dispuestos en la Parte Especial.

(2)    La ANI será la encargada de dar instrucciones a la Fiduciaria para el uso de estos recursos, los cuales en todo caso deberán destinarse a atender las actividades relacionadas con la Interventoría y Supervisión del Contrato.

(3)    Los recursos disponibles en la Subcuenta Interventoría y Supervisión se destinarán a la atención de los pagos al Interventor y a la Supervisión del Contrato. Para que la Fiduciaria efectúe cada pago, se requerirá siempre de la correspondiente Notificación por parte de la ANI.

(4)    Los recursos remanentes de esta Subcuenta, que no fueron necesarios para el pago al Interventor o del Supervisor del Contrato, a la terminación del Contrato, podrán ser transferidos a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.

(5)    Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta, serán transferidos mensualmente a la Subcuenta Obras Menores.

(v)    Subcuenta de Soporte Contractual:

(1)    La Subcuenta de Soporte Contractual se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los recursos de la Cuenta Proyecto, en los montos y plazos señalados en la Parte Especial.

(2)    Los rendimientos financieros de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta, serán transferidos mensualmente a la Subcuenta Obras Menores.

(3)    La ANI será la encargada de dar instrucciones a la Fiduciaria para el uso de estos recursos, los cuales en todo caso deberán destinarse a atender los costos y gastos necesarios –que de acuerdo con este Contrato correspondan a actividades a cargo de la ANI– de técnicos y auditores para atender el seguimiento técnico, trámite, apoyo para la gestión, control y/o supervisión relacionados con la obtención de Licencias Ambientales y

trámites de consultas previas y permisos que se requieran para la debida ejecución del Proyecto.

(4)     La Fiduciaria deberá requerir los soportes a la ANI (tales como copias de contrato, facturas, cuentas de cobro etc.), para ejecutar el giro.

(vi) Subcuenta Amigable Composición.

(1)     La Subcuenta Amigable Composición de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con los recursos de la Cuenta Proyecto en los montos y plazos dispuestos en la Parte Especial.

(2)     La ANI será la encargada de dar instrucciones a la Fiduciaria para el uso de estos recursos, los cuales en todo caso deberán destinarse a atender prioritariamente las actividades relacionadas con la Amigable Composición del Contrato en los términos previstos en la Sección 15.1 de esta Parte General. De haber recursos excedentarios en esta Subcuenta o en el caso en que el Concesionario no acepte el Amigable Componedor como mecanismo obligatorio de solución de controversias, dentro del término previsto en la Sección 15.1(a) de esta Parte General, los recursos de la Subcuenta Amigable Composición podrán destinarse al pago de honorarios de árbitros y demás gastos comunes que se causen con ocasión de la convocatoria del Tribunal de Arbitramento, así como a los gastos que demande cualquier otro mecanismo alternativo de solución de controversias al que las Partes acuerden acudir en el momento en que una controversia se presente.

(3)     Los Amigables Componedores designados de acuerdo con este Contrato serán los beneficiarios de los pagos de la Subcuenta Amigable Composición. Los recursos disponibles en la Subcuenta Amigable Composición se destinarán a la atención de los pagos al Amigable Componedor del Contrato en los términos previstos en la Sección 15.1(i) de esta Parte General.

(4)     Los recursos remanentes de esta Subcuenta, que no fueron necesarios para los pagos del Amigable Componedor, podrán ser transferidos a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.

(5)     Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta serán transferidos mensualmente a la Subcuenta Obras Menores.

(vii) Subcuenta Excedentes ANI.

(1)     La Subcuenta Excedentes ANI de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los excedentes o remanentes de otras subcuentas, según corresponda, y con los demás recursos que, de conformidad con este Contrato, deban ser trasladados a la Subcuenta Excedentes ANI.

(2)     Los recursos disponibles en la Subcuenta Excedentes ANI se destinarán conforme lo instruya la ANI mediante Notificación a la Fiduciaria, para atender los riesgos que se encuentran a cargo de la ANI, en los términos dispuestos en presente Contrato.

(3)     Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta, serán transferidos mensualmente a la Subcuenta Obras Menores.

(4)     En caso de liquidación los recursos disponibles en esta subcuenta pertenecerán a la ANI.

(viii) Subcuenta de Ingresos por Explotación Comercial.

(1)     La Subcuenta de Ingresos por Explotación Comercial se dividirá en subcuentas por cada Unidad Funcional que tenga el Proyecto. En cada una de las subcuentas por Unidad Funcional se consignará la suma resultante de multiplicar los Ingresos por Explotación Comercial, –después de descontar el 2.2% al que se refiere la Sección 1.86 de esta Parte General– por el porcentaje de participación que corresponda a la Unidad Funcional respectiva, porcentaje establecido en la Parte Especial.

(2)     La Subcuenta de Ingresos por Explotación Comercial de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con el producto del recaudo efectivo de los Ingresos por Explotación Comercial.

(3)     El Concesionario tendrá la obligación de consignar mensualmente, dentro de los cinco (5) primeros Días de cada Mes, el valor de los Ingresos por Explotación Comercial



efectivamente recaudados en el Mes anterior a la Subcuenta Ingresos por Explotación Comercial. Si el día de la consignación es un Día no hábil, se hará la consignación en el Día Hábil siguiente.

(4)    El valor a ser consignado por el Concesionario será el que resulte de la prestación de Servicios Adicionales. Para la verificación correspondiente, el Concesionario deberá enviar al Interventor, dentro de los cinco (5) primeros Días de cada Mes, copia de la totalidad de los comprobantes de ingresos recibidos efectivamente en el Mes anterior, por concepto de Servicios Adicionales.

(5)    Desde el momento en que se transfieran las sumas correspondientes a los Ingresos por Explotación Comercial hasta el momento en que se haga exigible el derecho a favor del Concesionario a que sean transferidos recursos a la Cuenta Proyecto –después de descontar el 2.2% al que se refiere la Sección 1.86 de esta Parte General, así como las Deducciones y los Descuentos–, por haberse causado la Retribución –o la Compensación Especial, cuando sea aplicable– en los términos del presente Contrato, tales sumas deberán mantenerse disponibles en la Subcuenta de Ingresos por Explotación Comercial y serán administradas exclusivamente bajo instrucciones de la ANI.

(6)    En el Contrato de Fiducia Mercantil deberá consignarse de manera clara y expresa que si el presente Contrato se terminare de manera anticipada, por cualquier causa, todas las sumas disponibles en la Subcuenta de Ingresos por Explotación Comercial, deberán ser entregadas de manera inmediata y sin demora a la ANI.

(7)    Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta acrecerán la misma.

(ix)  Subcuenta Obras Menores.

(1)    La Subcuenta Obras Menores de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil y se fondeará con los rendimientos financieros de todas las subcuentas de la Cuenta ANI, con excepción de los rendimientos de las Subcuenta Recaudo de Peaje y de la Subcuenta Ingresos por Explotación Comercial, los cuales acrecerán las respectivas subcuentas.





(2)    Los recursos disponibles en la Subcuenta Obras Menores se destinarán conforme lo instruya la ANI mediante Notificación a la Fiduciaria, a cubrir los gastos que se generen a cargo de la ANI para atender el riesgo que se describe en la Sección 13.3(o) de esta Parte General.

(3)    Los rendimientos de las operaciones de tesoreria que se efectúen con cargo a los recursos de esta subcuenta, acrecerán la subcuenta. En caso de liquidación los recursos disponibles en esta subcuenta pertenecerán a la ANI.

3.15  Términos y condiciones de obligatoria inclusión en el Contrato de Fiducia Mercantil

(a)    Incorporación: el Contrato de Concesión se entenderá incorporado íntegramente al Contrato de Fiducia Mercantil. En tal calidad, todas las obligaciones de la Fiduciaria incorporadas en el Contrato, serán asumidas por dicha entidad con la firma del Contrato de Fiducia Mercantil. La Fiduciaria responderá por los perjuicios que el incumplimiento de esas obligaciones acarree a la ANI. Por su parte, el Concesionario responderá frente a la ANI si la no incorporación de esas obligaciones causa perjuicios a la ANI.

(b)    Plazo: La duración del Contrato de Fiducia Mercantil tendrá que incluir la duración de la Etapa de Reversión y prolongarse hasta la culminación de la Liquidación del presente Contrato.

(c)    Comisión Fiduciaria: la Comisión Fiduciaria será acordada libremente entre él Concesionario y la Fiduciaria, pero en ningún caso esta comisión podrá descontarse ni total ni parcialmente de los montos (incluidos sus rendimientos) que se encuentren en la Cuenta ANI incluyendo sus respectivas Subcuentas, ni de las Subcuentas Predios, Redes y Compensaciones Ambientales.

(d)    Comité Fiduciario: La ANI asistirá a todas y cada una de las sesiones que efectué el Comité Fiduciario con voz, pero sin voto en la toma de decisiones que allí se sometan a consideración. Para fines de claridad, se precisa que la asistencia de la ANI a las sesiones de Comité Fiduciario, no podrá considerarse como una aceptación o aprobación de la ANI de las decisiones que se tomen en el marco de cada sesión del Comité, ni se entenderán notificadas las disposiciones que en dichas sesiones se presenten o se adopten por los miembros del Comité Fiduciario.

(e)    Varios:

(i)    El Contrato de Fiducia Mercantil no podrá ser revocado por el Concesionario y/o la Fiduciaria;





(ii) Tampoco podrá modificarse ni terminarse sin la autorización previa, expresa y escrita de la ANI, autorización que se impartirá en todo caso cuando la modificación no implique infracción de las estipulaciones pactadas en el Contrato. Las únicas modificaciones que no requerirán información y aprobación previa de la ANI serán aquellas que se relacionen con el valor de la Comisión Fiduciaria, siempre que se cumpla con lo previsto en el Contrato;

(iii) El Concesionario y la Fiduciaria responderán frente a la ANI por el incumplimiento de sus respectivas obligaciones o por el desconocimiento de los derechos consignados en el Contrato o en la Ley Aplicable; y

(iv) El Contrato de Fiducia Mercantil deberá tener expresamente previsto que la Fiduciaria se obliga a cumplir con todas y cada una de las obligaciones previstas a su cargo conforme a lo establecido en el Contrato.

(f) Terminación: la Terminación Anticipada del Contrato, dará lugar a la terminación anticipada del Contrato de Fiducia Mercantil, siempre que se haya perfeccionado o haya quedado en firme la liquidación del Contrato y se haya aprobado el informe final por parte de la ANI y del Interventor. Lo anterior, salvo que los Prestamistas decidan otra cosa y así se lo notifique a la ANI el representante de los Prestamistas.

(g) No fraude: el Contrato de Fiducia Mercantil deberá señalar de manera expresa que el Patrimonio Autónomo no se constituye en fraude de los acreedores del Concesionario ni de ninguno de sus accionistas.

(h) Prevalencia: Las estipulaciones del Contrato de Fiducia Mercantil que contradigan lo previsto en el Contrato se tendrán por no escritas y la ANI podrá, en cualquier momento durante la ejecución del Contrato, solicitar la modificación del mismo para ajustarlo a lo previsto en el Contrato.

(i) Auditoría: La ANI y/o el Interventor llevarán a cabo un control permanente sobre el Patrimonio Autónomo, sus cuentas y subcuentas, para lo cual deberá pactarse en el Contrato de Fiducia Mercantil que la Fiduciaria prestará todo el apoyo necesario a la ANI y/o al Interventor para que pueda cumplir su labor de auditoría, en los términos exigidos por la ANI. Para el cumplimiento de este derecho la ANI y/o el Interventor podrán solicitar a la Fiduciaria toda la información que se considere oportuna, todos los soportes de pagos efectuados por el Patrimonio Autónomo y atender las inquietudes de la ANI y/o del Interventor a través del gerente que administre el Patrimonio Autónomo y las demás personas que a juicio del gerente sean competentes para absolver las inquietudes de la ANI. El derecho de auditar el Patrimonio Autónomo no podrá ser limitado por el Concesionario ni por la Fiduciaria. El Supervisor del Contrato y/o el Interventor podrá ejercer el derecho de visita para efectos de auditoría en cualquier momento, sin previo aviso a la Fiduciaria o al Concesionario. La Fiduciaria deberá disponer de un lugar adecuado y con las herramientas necesarias para la realización de la auditoría.

(j)  Obligaciones Especiales de la Fiduciaria: La Fiduciaria deberá efectuar sin dilación alguna los Descuentos y las Deducciones de la Retribución –y de la Compensación Especial, cuando sea aplicable–, de conformidad con lo previsto en este Contrato.

(k)  Auditor Externo: La Fiduciaria deberá nombrar un auditor externo del Patrimonio Autónomo pagado con cargo a la Comisión Fiduciaria, para que revise y audite las cuentas y subcuentas y la información financiera que se entregue en ejecución del Contrato de Fiducia Mercantil durante toda su vigencia. El auditor externo del Patrimonio Autónomo deberá ser una firma de auditoría de reconocida reputación que preste sus servicios a nivel internacional, es decir que preste sus servicios de Auditoria en por lo menos dos países diferentes a Colombia.

(l)  Información: Independientemente del derecho de auditoría que tienen la ANI y el Interventor y del derecho a solicitar directamente a la Fiduciaria información, reportes y certificaciones en la forma, formatos, protocolos y tiempos que defina la ANI para cada caso, la Fiduciaria deberá presentar al menos la información que se especifica a continuación, en la forma, plazos y los formatos que para cada caso disponga la ANI:

(i)  En los plazos señalados en el Contrato, deberá reportar a la ANI y al Interventor el ingreso de los Giros de Equity del Concesionario, así como el cumplimiento periódico de los aportes que el Concesionario debe hacer conforme al cronograma de Giros de Equity.

(ii)  En los plazos señalados en el Contrato, deberá reportar a la ANI y al Interventor el ingreso de los recursos señalados en el Contrato a todas las Subcuentas de la Cuenta ANI, así como a la Subcuenta Predios, Compensaciones Ambientales y Redes.

(iii)  Mensualmente, dentro de los primeros diez (10) Días, reportar los ingresos y egresos (incluyendo destinación específica) de la Cuenta ANI y sus Subcuentas.

(iv)  Mensualmente, durante la Etapa Preoperativa, dentro de los primeros diez (10) Días, reportar los ingresos y egresos (incluyendo destinación específica) de la Subcuenta Predios, especificando entre otros, identificación del Predio, beneficiario, concepto, valor, fecha de pago, saldos, etc.

(v)  Mensualmente, durante la Etapa Preoperativa, dentro de los primeros diez (10) Días, reportar los ingresos y egresos (incluyendo destinación específica) de la Subcuenta Redes y de la Subcuenta Compensaciones Ambientales.

(vi)  Certificar a la ANI los valores correspondientes al Recaudo de Peaje, Ingresos por Explotación Comercial, inversiones efectuadas por el Concesionario, los Aportes ANI o cualquier tipo de información que se requiera. Esta certificación



deberá entregarse dentro de los cinco (5) Días siguientes a la fecha de Notificación de la solicitud.

(vii) Dentro de los cinco (5) Días siguientes, reportar a la ANI y al Interventor el ingreso de los Recursos de Deuda y de los Recursos de Patrimonio.

(viii) Dentro de los noventa (90) Días siguientes a la fecha de suscripción del Acta de Reversión, la Fiduciaria deberá presentar a la ANI un informe detallado del estado a dicha fecha del Patrimonio Autónomo. Este informe servirá de base para la liquidación del Contrato.

(ix) Mensualmente dentro de los primeros quince (15) Días presentar un informe general sobre la operación del Patrimonio Autónomo.

(x) Mensualmente dentro de los primeros quince (15) Días presentar un informe sobre los costos y gastos del Concesionario, debidamente discriminado por actividades de operación y mantenimiento e inversión.

(xi) Sin perjuicio de lo dispuesto por la Superintendencia Financiera de Colombia, entregar a la ANI los estados financieros auditados del Patrimonio Autónomo, con cortes a 31 de diciembre y 30 de junio de cada año. La auditoría deberá estar efectuada por un auditor externo que preste sus servicios a nivel internacional es decir que preste sus servicios de Auditoria en por lo menos dos países diferentes a Colombia. Esta documentación deberá entregarse dentro de los primeros diez (10) Días de los Meses de septiembre y marzo de cada año.

(m) Reemplazo de la Fiduciaria: El Concesionario podrá, durante la ejecución del Contrato, cambiar la Fiduciaria encargada del manejo del Patrimonio Autónomo, siempre y cuando la nueva Fiduciaria cumpla con las características exigidas en este Contrato y adopte en su totalidad la minuta de Contrato de Fiducia Mercantil aceptada por la ANI, la cual podrá solicitar concepto a la Interventoría. En todo caso la ANI deberá aprobar tal cambio, para lo cual contará con un plazo de treinta (30) Días desde la comunicación notificando el cambio, vencidos los cuales se entenderá aprobado el cambio. Igualmente, la ANI podrá solicitar la remoción de la Fiduciaria cuando a su juicio o el del Interventor, la Fiduciaria no cumpla con su obligación de permitir el ejercicio de los derechos de la ANI y del Interventor a auditar el Patrimonio Autónomo, conforme a lo previsto en el presente Contrato.

## 3.16 Cambio Tributario

(a) El impacto económico generado por un Cambio Tributario, será asumido por las Partes anualmente, de la siguiente manera:





(i)   Si la variación en el valor de los tributos efectivamente pagados por parte del Concesionario para un determinado año calendario (enero a diciembre), originada por el Cambio Tributario, no supera positiva o negativamente un monto equivalente al tres por ciento (3%) del valor de los ingresos brutos del Concesionario correspondientes al mismo año calendario, el impacto económico será asumido por el Concesionario, por su cuenta y riesgo.

(ii)  Si la variación en el valor de los tributos efectivamente pagados por parte del Concesionario, originada por el Cambio Tributario, genera un efecto desfavorable para el Concesionario que supere el tres por ciento (3%) de dichos ingresos brutos del correspondiente año calendario, el Concesionario podrá solicitarle a la ANI que se le reconozca la diferencia que exceda dicho porcentaje.

(iii) Si la variación en el valor de los tributos originada por el Cambio Tributario, genera un efecto favorable para el Concesionario que supere el tres por ciento (3%) de los ingresos brutos del correspondiente año calendario, la ANI podrá solicitarle al Concesionario que se le reconozca la diferencia, en lo que exceda dicho porcentaje.

(b)   La Parte que considere que hay lugar a reclamación deberá presentar solicitud ante la otra Parte para establecer los montos a los que haya lugar conforme a los numerales anteriores dentro de los cien (100) Días siguientes al fin del año calendario correspondiente.

(c)   Si las Partes no logran un acuerdo en un plazo máximo de sesenta (60) Días, desde que cualquiera de ellas envíe una Notificación a la otra señalando que, en su concepto, se ha dado alguna de las situaciones descritas en las Secciones 3.16(a)(ii) y 3.16(a)(iii) anteriores, se podrá acudir al Amigable Componedor. La decisión será válida solo para el año calendario al que se refiere la reclamación.

(d)   Para efectos del cálculo del impacto del Cambio Tributario, los cambios que se presenten en impuestos que graven la renta no serán tomados en cuenta.

(e)   Variación NIIF

(i)   Si la variación en el valor del impuesto de renta efectivamente pagado por parte del Concesionario (directamente o a través del Patrimonio Autónomo), originada por la Variación NIIF, genera un efecto desfavorable para el Concesionario, el Concesionario podrá solicitarle a la ANI que se le reconozca la diferencia de acuerdo con lo dispuesto en la Sección 7.2(d)(iv) de esta Parte General. El pago que la ANI haga en virtud de lo acabado de señalar será entendido como una liquidez transitoria provista por la ANI, con cargo a devolución –ajustadas con la variación del IPC– por parte del Concesionario en los términos que más adelante se señalan.



(ii)   Para efectos de establecer el monto de la Variación NIIF, el Concesionario
        deberá presentar a la ANI, con copia al Interventor, dentro de los veinte (20)
        Días siguientes a la fecha de pago del impuesto de renta correspondiente a cada
        año calendario de ejecución del Contrato en el cual ocurra una Variación NIIF,
        los estados financieros con los cuales se liquidó dicho impuesto de renta.
        Adicionalmente, deberá presentar los estados financieros que hubiesen
        correspondido al mismo ejercicio, si no se hubiera presentado la Variación
        NIIF. Todos estos estados financieros deberán venir auditados por un auditor
        independiente que preste sus servicios a nivel internacional, es decir que preste
        sus servicios en por lo menos dos países diferentes a Colombia.

(iii)  Al momento de la solicitud de reconocimiento de la diferencia descrita en  la
        Sección anterior, el Concesionario deberá presentar una propuesta respecto a
        la forma y plazo para la devolución de dichos recursos a la ANI. Dicha
        propuesta deberá considerar que la devolución total deberá completarse en las
        condiciones que se exponen a continuación:

        (1)    Para las solicitudes de reconocimiento por Variación NIIF que se
                presenten con anterioridad al vencimiento del año décimo
                contado a partir de la Fecha de Inicio, la devolución de los
                recursos no podrá iniciar con posterioridad al vencimiento del año
                undécimo contado a partir de la Fecha de Inicio.

        (2)    La devolución podrá hacerse en pagos anuales iniciando en el
                plazo mínimo establecido en la Sección 3.16(e)(iii)(1) anterior,
                siempre que cada pago sea igual a la división de la Variación NIIF
                por el número de pagos propuestos por el Concesionario.

        (3)    En ningún caso podrán proponerse pagos con posteridad al
                vencimiento del año vigésimo quinto contado a partir de la Fecha
                de Inicio.

        (4)    Para las solicitudes de reconocimiento por Variación NIIF que se
                presenten con posterioridad al vencimiento del año décimo
                contado a partir de la Fecha de Inicio, la devolución de los
                recursos no podrá iniciar con posterioridad al Día trescientos
                sesenta y cinco (365) contado a partir de que la ANI haya pagado
                la Variación NIIF respectiva al Concesionario. Sobre estas
                devoluciones aplicará lo dispuesto en las Secciones 3.16(e)(iii)(2)
                y  3.16(e)(iii)(3) anteriores.

(iv)   Si la ANI no acepta el monto de la Variación NIIF que se desprende de los
        estados financieros presentados por el Concesionario y las Partes no logran un
        acuerdo, se acudirá al Amigable Componedor.

(v)   Las sumas que sean devueltas a la ANI por el Concesionario serán consignadas en la Subcuenta Excedentes ANI y se destinarán a los fines previstos en este Contrato para dicha subcuenta.

(vi)  Si, por cualquier razón, se termina el presente Contrato sin haberse hecho la devolución total de las sumas pagadas por la ANI en virtud de la Variación NIIF, el saldo insoluto deberá incluirse dentro de la variable DyM prevista en las fórmulas de liquidación incluidas en la Sección 18.3 de esta Parte General.

## CAPÍTULO IV    ETAPA PREOPERATIVA - GENERALIDADES

4.1    Condiciones Precedentes para el Inicio de la Fase de Preconstrucción

Son condiciones precedentes para el inicio de la Fase de Preconstrucción del Contrato:

(a)    La Suscripción del Acta de Inicio conforme a lo previsto en la Sección 2.3 de esta Parte General.

(b)    Con relación a la infraestructura designada para ser entregada por parte de la ANI, directa o indirectamente, al inicio del Contrato, deberá además haber suscrito el Contrato de Operación y Mantenimiento durante la Etapa Preoperativa o manifestar la condición de que ejercerá las obligaciones relacionadas de manera directa.

(c)    Designar al Director del Proyecto.

(d)    Las demás que se señalen en la Parte Especial.

4.2    Principales Obligaciones del Concesionario durante la Fase de Preconstrucción

Sin perjuicio de las demás obligaciones previstas en otros apartes de este Contrato, o en sus Apéndices y/o Anexos, el Concesionario tendrá las siguientes obligaciones durante la Fase de Preconstrucción:

(a)    Obtener la financiación del Proyecto en los términos de la Sección 3.7 y lograr el Cierre Financiero de conformidad con lo previsto en la Sección 3.8. de esta Parte General.

(b)    Hacer los Giros de Equity al Patrimonio Autónomo en los términos de la Sección 3.9 de esta Parte General.

(c)    Fondear las subcuentas del Patrimonio Autónomo que así lo requieran, en los términos y montos previstos en el Contrato, obligación que aplica también para la Fase de Construcción y la Etapa de Operación y Mantenimiento.

(d)    Celebrar los Contratos de Diseño y de Construcción en la oportunidad y en los términos señalados en el Contrato.

(e)    Entregar el Plan de Adquisición de Predios. Este plan deberá tener ilustración suficiente de las actividades y los tiempos, de manera que el Interventor pueda hacerse un juicio acerca de los plazos en los cuales se ejecutará dicho plan. La entrega de este Plan se hará dentro del plazo señalado en el Apéndice Técnico 7.

(f)     Entregar el Plan de Compensaciones Socioeconómicas. Este plan deberá tener ilustración suficiente de las actividades y los tiempos, de manera que el Interventor pueda hacerse un juicio acerca de los plazos en los cuales se ejecutará dicho plan en concordancia con la obtención de los insumos prediales y el desarrollo mismo del proceso de adquisición de los Predios.

(g)     Preparar y presentar para revisión del Interventor, los Estudios de Trazado y Diseño Geométrico de todas las Unidades Funcionales, en el plazo máximo previsto en la Sección 6.1(a) de esta Parte General.

(h)     Una vez obtenida la no objeción del Interventor sobre los Estudios de Trazado y Diseño Geométrico, presentar para revisión del Interventor, dentro del plazo máximo señalado en la Sección 6.1(b) de esta Parte General, los Estudios de Detalle de las Intervenciones de las Unidades Funcionales cuya ejecución deba comenzar al inicio de la Fase de Construcción, de acuerdo con el Plan de Obras.

(i)     Presentar la información exigida en el Contrato y sus Apéndices en las fechas estipuladas, los formatos definidos y usando los sistemas de información que la ANI establezca en cada caso. Lo anterior incluye la entrega de documentos cumpliendo la circular 0013 de la ANI (o las normas que la modifiquen, complementen o sustituyan) y demás instructivos de la ANI para la entrega de estudios, planos y carpetas prediales. Esta obligación es también aplicable para la Fase de Construcción, la Etapa de Operación y Mantenimiento, la Etapa de Reversión y hasta la liquidación del Contrato.

(j)     Establecer bajo su propia responsabilidad la necesidad de obtener las Licencias Ambientales necesarias para adelantar las Intervenciones.

(k)     Tramitar y obtener ante las Autoridades Gubernamentales y/o Autoridades Ambientales todos los permisos, licencias, autorizaciones y concesiones para adelantar el Proyecto y para el uso y aprovechamiento de recursos naturales y para el depósito de materiales. Así mismo, preparar todos los estudios que le soliciten tales Autoridades.

(l)     Efectuar toda la Gestión Predial necesaria para disponer y adquirir técnica, legal y oportunamente los inmuebles requeridos para el desarrollo de las Intervenciones, siguiendo la normatividad vigente y las directrices e indicaciones del Apéndice Técnico 7, así como el Plan de Adquisición de Predios.

(m)    Realizar un inventario de las Redes que puedan verse afectadas por las Intervenciones, indicando el estado de las mismas y listar la totalidad de las Redes incluyendo aquellas que no hayan sido identificadas en el Apéndice Técnico 5. Este inventario constará en un acta que será suscrita por las Partes y el Interventor. Al finalizar la Fase de Construcción se deberá actualizar dicho inventario y garantizar que las Redes se encuentren como mínimo en iguales condiciones de las registradas



en el inventario inicial, salvo por el desgaste propio de dichas Redes por el uso y el paso del tiempo. El manejo de los riesgos asociados con el costo del traslado o manejo de Redes, según corresponda, se hará conforme a lo previsto en este Contrato, en especial en la Sección 8.2.

(n)    Presentar a la ANI y al Interventor un plan para el traslado y/o manejo de Redes dentro del plazo señalado en la Parte Especial.

(o)    Entregar a la ANI y al Interventor, dentro de los plazos señalados en este Contrato, el Plan de Obras que cumpla con las obligaciones previstas en el Contrato, en particular con lo establecido en el Apéndice Técnico 9, con ilustración suficiente de los tiempos, de manera que el Interventor pueda hacerse un juicio acerca de los plazos en los cuales se ejecutarán las Intervenciones. El contenido de este Plan de Obras no podrá modificar en ningún caso, ninguna de las obligaciones previstas en el Contrato ni en ninguno de sus Apéndices y deberá ser consistente con las fechas de inicio de operación máximas de cada Unidad Funcional de acuerdo con la Parte Especial.

(p)    Recibir la infraestructura del Proyecto en concesión, en la fecha que señale la ANI, incluyendo las Estaciones de Peaje y las Estaciones de Pesaje en el estado en el que lo entregue la ANI sin objeción alguna, y asumir, desde su recibo, todas las obligaciones de resultado que se prevén en el presente Contrato y sus Apéndices. Esta recepción constará en un acta debidamente suscrita por las Partes, la cual deberá incluir un inventario de activos entregados y una descripción del estado de tales activos al momento de la entrega (el "Inventario de Activos de la Concesión").

(q)    Presentar a la ANI y al Interventor los estados financieros auditados del Concesionario y del Patrimonio Autónomo, a 31 de diciembre y 30 de junio y no auditados en forma trimestral. La auditoría de dichos estados financieros deberá ser efectuada por un auditor independiente que preste sus servicios a nivel internacional es decir que preste sus servicios en por lo menos dos países diferentes a Colombia. Adicionalmente, deberá mantener en su contabilidad claramente identificados los ingresos y egresos correspondientes a cada Unidad Funcional y deberá presentar a la ANI y al Interventor un informe mensual (dentro de los primeros quince (15) Días del Mes) suscrito por su auditor sobre los criterios empleados por el Concesionario para contabilizar la acumulación de los ingresos y egresos por Unidad Funcional.

(r)    Dar los avisos correspondientes a las autoridades de tránsito competentes y colaborar con las mismas en el control de la utilización de vías que tengan como finalidad o efecto la evasión y/o elusión en el pago del Peaje, obligación que aplica también para la Fase de Construcción y la Etapa de Operación y Mantenimiento. Con este fin deberá realizar a su costo, con el apoyo y bajo la coordinación de ANI, un convenio con las autoridades de tránsito competentes y, acordar con ellas el soporte logístico requerido para prestar el servicio. Además de esas y otras estipulaciones que en su momento se acuerden, ese convenio contendrá las siguientes:

(i) Procedimientos de inspección y verificación de dispositivos que permiten el pago remoto del Peaje, cuando tales equipos estén disponibles.

(ii) Protocolo de comunicaciones entre el Concesionario y la Policía de Carreteras.

(iii) Procedimientos para la prevención del uso de desvíos, atajos y en general para prevenir el no pago del Peaje mediante la circulación de vehículos por fuera de la vía.

(s) Colaborar con las autoridades de tránsito en el diseño y puesta en marcha de programas y proyectos de planes de educación vial y de seguridad vial.

(t) Salir en defensa jurídica de los bienes que conforman la infraestructura entregada en concesión y de los derechos que se le han conferido, especialmente la defensa y protección del Corredor del Proyecto y la protección de la destinación legal de las Fajas.

(u) Permitir que la ANI y/o el Interventor revisen las cuentas del Patrimonio Autónomo, hacer que la Fiduciaria entregue la información completa y veraz que soliciten la ANI y/o el Interventor, de manera que se puedan efectuar controles con la periodicidad que determinen la ANI y/o el Interventor al Patrimonio Autónomo. La no entrega de información o la entrega incompleta de la misma será causal de terminación del Contrato de Fiducia Mercantil y será notificado a los Prestamistas.

(v) Efectuar la Operación y Mantenimiento del Proyecto, conforme a los requisitos previstos en el Apéndice Técnico 2 y cumplir con el nivel de servicio mínimo de la infraestructura prevista para esta Fase de Preconstrucción.

(w) Con fundamento en lo previsto en el artículo 7 de la Resolución 237 del 20 de agosto de 2010 expedida por la Contaduría General de la Nación, remitir a la ANI dentro de los quince (15) Días siguientes al periodo objeto de reporte los Formatos Fm 112 A (Inversión Privada), Fm 57 (ejecución de recursos) y Fm 112 B (Recaudo de Peaje) debidamente diligenciados y suscritos, o los que se requieran de conformidad con la Ley Aplicable.

(x) Llevar y mantener actualizado un registro sobre las actividades y gestiones efectuadas ante las Autoridades Gubernamentales que sean necesarias para el cumplimiento de las obligaciones a su cargo contenidas en el presente Contrato. Este registro podrá ser consultado por la ANI y/o el Interventor en cualquier momento, para lo cual darán aviso al Concesionario con dos (2) Días Hábiles de antelación a la fecha de la consulta.

(y) Durante la ejecución del Contrato, se debe considerar en todos los casos, la posibilidad de que la ANI pueda verse afectada por decisiones de la Autoridad Ambiental u otras relacionadas y por lo tanto el Concesionario se obliga a informar



inmediatamente a la ANI, para que pueda hacer uso del derecho de defensa y de los recursos de ley dentro del proceso a que haya lugar. Si esto no se cumpliera, el Concesionario responderá por las medidas o acciones a las que se obligue a la ANI.

(z)     Actualizar anualmente el Inventario de Activos de la Concesión y enviar tal actualización a la ANI dentro de los primeros tres (3) Meses de cada año.

(aa)    Diseñar y entregar a la ANI y al Interventor dentro de los primeros noventa (90) Días de esta Fase, los siguientes documentos –con el fin de que la ANI y el Interventor puedan verificar que los documentos se sujetan a las condiciones señaladas en el presente Contrato–:

   (i)   Un manual de buen gobierno corporativo que será aplicado por el Concesionario durante todo el plazo de la Concesión. Dicho manual de buen gobierno deberá ajustarse como mínimo a los siguientes lineamientos:

      (1)   Divulgación pública en un portal de Internet de su información corporativa. La información deberá por lo menos contener:

         - Objetivos, misión y visión.
         - Alcance físico del Proyecto.
         - Políticas de gobierno corporativo.
         - La estructura, composición accionaria del Concesionario, los cambios de control, los derechos y procedimientos de votación, la composición de los órganos de administración.
         - Informes semestrales sobre la gestión de sus principales órganos y de los cambios en la estrategia corporativa.
         - Información sobre posibles conflictos de interés.
         - Información sobre auditoría técnica, legal, financiera y contable y el informe anual de gobierno corporativo.

      (2)   Los anteriores documentos (excepto el informe anual de gobierno corporativo que deberá ser publicado en el portal de Internet máximo dos (2) Meses después de haber sido aprobados por la junta directiva) tendrán que ser publicados en el portal de internet máximo seis (6) Meses después de la firma del Contrato.

      (3)   Divulgación pública en el portal de internet de su información financiera que se reporte a las autoridades o que sea de pública información, máximo dos (2) Meses después de haber sido aprobados por la junta directiva.

      (4)   Adopción de un sistema específico que permita a la junta directiva y a los accionistas, en tiempo oportuno y de forma integral, enterarse de información relativa a eventos financieros

extraordinarios de la empresa, tales como: la necesidad de una nueva inversión, una pérdida repentina, indemnizaciones, gastos de litigios, la necesidad de una destinación de fondos o la necesidad de disponer de reservas legales o voluntarias. Estos mecanismos serán informados al Interventor y al Supervisor de la ANI inmediatamente se adopten.

(5)    Designación de un auditor o comité de auditoría con miembros independientes y que sea una firma de reconocida reputación que preste sus servicios de auditoría a nivel internacional, es decir que preste sus servicios de Auditoria en por lo menos dos países diferentes a Colombia. El Concesionario informará al Interventor y al Supervisor de la ANI el nombre y los datos de contacto de la persona o comité designado para tal efecto, en un máximo de seis (6) Meses después de la firma del Contrato, y comunicará cada año el nombre y los datos de contacto de dicha persona o dicho comité en un máximo de tres (3) Meses después de haber sido aprobado por la junta directiva.

(6)    Mecanismos para facilitar la prevención y manejo de conflictos de interés. Dichos mecanismos deberán incluir un comité directivo con al menos un director independiente que tenga la capacidad de contratar a un consultor independiente para analizar el objeto del conflicto.

(7)    Instrumentos de información a todos los accionistas sin importar su nivel de participación.

(8)    Indicar el procedimiento para la selección de miembros de junta directiva que incluya por lo menos un veinticinco por ciento (25%) de miembros independientes. La independencia a que se refiere esta Sección se predica de las personas que no son empleados, directivos ni contratistas del Concesionario, de los accionistas del Concesionario ni de ninguno de los Beneficiarios Reales.

(9)    Procedimientos de contratación gobernados por principios de economía, transparencia y buena fe.

(10)   Obligatoriedad del manual de gobierno corporativo y sanciones por su incumplimiento.

(11)   Nominación de una persona (secretario general del Concesionario) o comité encargado del seguimiento y de la aplicación efectiva de los requisitos de gobierno corporativo

mencionados en el presente Capítulo, que reporta a la junta directiva y anualmente a la ANI.

Los documentos mencionados en las Secciones (4) a (11) anteriores deberán entregarse al Interventor y al Supervisor de la ANI en un plazo máximo de seis (6) Meses después de la firma del Contrato, y cada año los eventuales ajustes y/o complementos a esos documentos deberán ser entregados al Interventor y al Supervisor de la ANI en un plazo máximo de tres (3) Meses después de haber sido aprobados por la junta directiva.

(ii)  Un plan de responsabilidad ambiental y social aplicable a la ejecución del Proyecto durante todo el plazo del presente Contrato, de acuerdo con el Global Reporting Initiative (https://www.globalreporting.org). En este plan el Concesionario describirá los mecanismos –adicionales a las obligaciones contenidas en este Contrato– que decida implementar relacionados con inversión social en las comunidades afectadas por el Proyecto, planes de educación vial a las comunidades afectadas por el Proyecto, implementación de medidas de seguridad vial para proteger a las comunidades afectadas por el Proyecto y sostenibilidad ambiental del Proyecto respecto de los recursos naturales de la comunidad afectada por el Proyecto. Y de ser el caso, iniciar la implementación de tales planes. El plan de responsabilidad ambiental y social adoptará los estándares y directrices ambientales y sociales a los cuales se refieren los Principios del Ecuador –en tanto no contravengan la Ley Aplicable– y suministrará la información derivada de la aplicación de tales principios a los Prestamistas, al Interventor y a la ANI.

(iii)  Un plan de contingencia y emergencia que incorpore un componente de reducción del riesgo y que consulte los lineamientos de los planes de gestión de riesgos de los municipios o departamentos del área de influencia directa del corredor en donde se realizarán las inversiones, todo esto en línea y dando cumplimiento a lo establecido en la ley 1523 de 2012. Este plan será aplicado por el Concesionario durante todo el plazo de la Concesión.

(iv)  Un plan para implementar, desarrollar y ejecutar acciones preventivas para evitar que cualquier persona natural o jurídica utilice a las entidades públicas o privadas que participen dentro del Proyecto, como instrumento para el lavado de activos y/o canalización de recursos hacia la financiación del terrorismo y/o actos de corrupción, en cumplimiento de la Ley Aplicable. Este plan será aplicado por el Concesionario durante todo el plazo de la Concesión.

(bb)  Realizar el estudio del Corredor del Proyecto en los aspectos asociados a los componentes del medio físico (destacándose entre otros aspectos los geológicos, geomorfológicos, agrológicos, hidrometeorológicos, hidrológicos, hidráulicos, y geotécnicos, entre otros), con el propósito de determinar en el corredor los sitios



críticos o zonas vulnerables que ameriten la instrumentalización y monitoreo de tales puntos y/o zonas.

(cc) Como resultado de lo anterior, elaborar un programa de monitoreo y seguimiento indicando los tipos de medición requerida, los equipos específicos que mejor se adecuen a las condiciones del sitio, la localización y profundidad de la instrumentación, la metodología de lectura y la presentación de información y toma de decisiones sobre la misma, sujeto a la verificación de la Interventoría.

4.3    Principales Obligaciones de la ANI durante la Fase de Preconstrucción

(a) Entregar el Proyecto en concesión al Concesionario, incluyendo las Estaciones de Pesaje y las Estaciones de Peaje existentes en el plazo señalado en el Apéndice Técnico 1. Esta entrega se hará en el estado en que se encuentren tales bienes, sin que sea aceptable ningún tipo de reserva, condicionamiento, objeción u observación del Concesionario relacionada con el estado de la infraestructura entregada. La puesta a disposición será efectuada mediante acta suscrita por la ANI, el Concesionario y el Interventor.

(b) Cooperar con el Concesionario en el adelantamiento de los trámites ante las Autoridades Gubernamentales, para la obtención de las Licencias y Permisos necesarios para iniciar las Intervenciones.

(c) Cooperar con el Concesionario en el adelantamiento de la Gestión Predial, y otorgarle los poderes que requiera para el debido desarrollo de la Gestión Predial.

(d) Desarrollar todas las actividades necesarias para efectuar un control y seguimiento a la Gestión Predial que adelanta el Concesionario, con el apoyo y participación de la Interventoría.

(e) Elaborar y entregar al Concesionario una comunicación dirigida a los registradores de instrumentos públicos de la zona de influencia del Proyecto notificando: (i) la existencia del Contrato y del poder; y (ii) la facultad que tiene el Concesionario de actuar en nombre y representación de la ANI. Tanto el poder como la comunicación de que trata el presente literal serán entregados al Concesionario dentro de los tres (3) Días Hábiles siguientes a la suscripción del Acta de Inicio.

(f) Realizar los aportes que correspondan al Fondo de Contingencias en los términos y condiciones aprobados por el Ministerio de Hacienda y Crédito Público.

(g) Coordinar con el Concesionario y los dueños de Redes lo relacionado con el levantamiento del inventario de Redes y las eventuales intervenciones que deban hacerse sobre las mismas y suscribir, conjuntamente con el Concesionario, el acta en la que conste el inventario y estado de las mismas. El manejo de los riesgos asociados al costo del traslado o manejo, según corresponda, de Redes, se hará



conforme a lo previsto en este Contrato, en especial en la Sección 8.2 de esta Parte General.

(h)     Delegar a un funcionario de la ANI o al Supervisor del Contrato, para que acompañe al Concesionario en las consultas con comunidades indígenas y afro-descendientes, y coordine con el Ministerio del Interior los trámites necesarios para adelantar y concluir estas consultas, cuando sean requeridas conforme a la Ley.

(i)     Informar a las autoridades departamentales y/o municipales acerca del inicio del Proyecto dentro de los cinco (5) Días hábiles siguientes a la suscripción del Acta de Inicio.

(j)     Informar a la Policía de Carreteras acerca del inicio del Proyecto dentro de los cinco (5) Días hábiles siguientes a la suscripción del Acta de Inicio.

(k)     Solicitar a la Policía de Carreteras que cumpla con las obligaciones a su cargo contenidas en la Ley y en los convenios existentes, cuando así se lo solicite el Concesionario mediante Notificación, obligación que aplica también para la Fase de Construcción y para la Etapa de Operación y Mantenimiento.

(l)     Solicitar a la Policía de Carreteras que dé el uso correcto a los activos de la concesión que son administrados por ésta e iniciar, cuando sea del caso, las acciones legales que sean pertinentes cuando se verifique un mal uso, un uso desviado o el maltrato de tales bienes por parte de la Policía de Carreteras. Este trámite se hará cuando el Concesionario así lo solicite mediante una Notificación y aporte las pruebas correspondientes, obligación que aplica también para la Fase de Construcción y para la Etapa de Operación y Mantenimiento.

(m)     Controlar, directamente o a través del Interventor el cumplimiento de las obligaciones derivadas del Contrato.

(n)     Suscribir, conjuntamente con el Interventor y el Concesionario, las actas e informes previstos en el Contrato.

4.4     Condiciones Precedentes para el Inicio de la Fase de Construcción

(a)     Haberse obtenido la no objeción de los Estudios de Trazado y Diseño Geométrico de todas las Unidades Funcionales, de conformidad con lo previsto en la Sección 6.2 de esta Parte General.

(b)     Haberse obtenido la no objeción de los Estudios de Detalle de las Intervenciones de las Unidades Funcionales cuya ejecución deba comenzar al inicio de la Fase de Construcción de acuerdo con el Plan de Obras, de conformidad con lo previsto en la Sección 6.2 de esta Parte General.



(c)    Haber suscrito el Contrato de Construcción con sujeción a lo previsto en el CAPÍTULO V de esta Parte General.

(d)    Haber efectuado el(los) Cierre(s) Financiero(s), según corresponda en los términos de la Sección 3.8 de esta Parte General, y efectuado los Giros de Equity previstos para ser desembolsados en la Fase de Preconstrucción.

(e)    Respecto de los Predios, el Concesionario deberá (i) haber adquirido; o (ii) demostrar que se tiene disponibilidad–entendida como la tenencia que le permita al Concesionario acceder físicamente al predio– sobre el cuarenta por ciento (40%) (ya sea por (i), por (ii) o por la suma de ambos) de la longitud efectiva de los Predios necesarios para la ejecución de la primera Unidad Funcional cuyas Intervenciones deban acometerse al inicio de la Fase de Construcción de acuerdo con el Plan de Obras. El porcentaje anterior podrá ser superior, si así se define entre el Concesionario y los Prestamistas.

(f)    Haber obtenido las Licencias y Permisos –incluida la Licencia Ambiental, de ser procedente– requeridos por la Autoridad Gubernamental y por la Autoridad Ambiental para el inicio de las Intervenciones de la primera Unidad Funcional a que se refiere la Sección 4.4(e), que requieran conforme a la Ley Aplicable de Licencias y/o Permisos.

(g)    Respecto del cumplimiento del proceso de consulta previa a comunidades étnicas, en los casos en los que aplique para el inicio de las Intervenciones de las Unidades Funcionales que deben acometerse al inicio de la Fase de Construcción, haber logrado los acuerdos definitivos y protocolizados por parte del Ministerio del Interior.

(h)    Haber cumplido con las obligaciones previstas en los Apéndices y Anexos del Contrato que deben ser cumplidas durante la Fase de Preconstrucción.

(i)    Obtener y mantener en vigor las garantías de que trata el CAPÍTULO XII de esta Parte General.

(j)    Fondear las subcuentas del Patrimonio Autónomo que así lo requieran, de conformidad con lo previsto en este Contrato.

4.5    Principales Obligaciones del Concesionario durante la Fase de Construcción

(a)    Cumplir con todas las obligaciones correspondientes a la Fase de Construcción que se encuentren incluidas en los diferentes Apéndices y Anexos, y en las demás Secciones y Capítulos del Contrato.

(b)    Adelantar las Intervenciones de conformidad con lo previsto en el Contrato y sus Apéndices para lo cual deberá regirse en cuanto a tiempos de ejecución, calidades



de las obras, y en general todos los aspectos técnicos, por lo dispuesto en el Contrato y sus Anexos y Apéndices y en el Plan de Obras.

(c)     Efectuar la Operación y Mantenimiento del Proyecto, incluida la de aquellas Unidades Funcionales respecto de las cuales se haya suscrito el Acta de Terminación de Unidad Funcional o el Acta de Terminación Parcial de Unidad Funcional —según corresponda—, conforme a los requisitos previstos en el Apéndice Técnico 2.

(d)     Obtener y mantener en vigor las garantías de que trata el CAPÍTULO XII de esta Parte General.

(e)     Asegurarse que los Contratistas: (i) obtengan y mantengan vigentes las garantías que le sean exigidas en el presente Contrato; (ii) mantengan todos los equipos, materiales y el personal que necesiten para la ejecución de las obras y actividades correspondientes al objeto contratado; (iii) cumplan con la normatividad laboral y de riesgos profesionales vigente; (iv) cumplan con los cronogramas y plazos para la ejecución de las obras correspondientes; (v) cumplan con los planes de inversión de recursos entregados por el Concesionario para la adecuada ejecución de las actividades contratadas y (vi) cumplan con las obligaciones ambientales y sociales establecidas en las Licencias Ambientales y demás permisos, autorizaciones y compromisos proferidos por las autoridades competentes.

(f)     Tramitar y obtener ante las Autoridades Gubernamentales y/o Autoridades Ambientales todos los permisos, licencias, autorizaciones y concesiones para adelantar las Intervenciones de cada Unidad Funcional y para el uso y aprovechamiento de recursos naturales y para el depósito de materiales. Así mismo, preparar todos los estudios que le solicite la Autoridad Ambiental, necesarios para el trámite y obtención de la(s) Licencia(s) Ambiental(es) o aquellos estudios adicionales solicitados por la Autoridad Ambiental o cualquier otra Autoridad Gubernamental durante la ejecución del Proyecto así como asumir todos los costos y tiempos requeridos para la realización de tales estudios.

(g)     Atender oportunamente y de manera completa los requerimientos de las Autoridades Gubernamentales, incluyendo los requerimientos de la Autoridad Ambiental.

(h)     Organizar y realizar los trabajos de tal forma que los procedimientos utilizados cumplan con las disposiciones ambientales aplicables. Cualquier contravención a dichas disposiciones será responsabilidad del Concesionario. El Interventor o la ANI podrán ordenar la modificación de procedimientos o la suspensión de los trabajos, por esta causa, sin que ello implique ampliación de los plazos contractuales ni genere compensación alguna a favor del Concesionario.

(i)     Evitar la imposición de multas a la ANI por incumplimiento imputable al Concesionario de las disposiciones ambientales y/o de gestión social y/o cualquier

otra Ley Aplicable al Proyecto, y en caso de presentarse alguna sanción, multa o indemnización a cargo de la ANI como consecuencia del incumplimiento del Concesionario deberá mantener indemne a la ANI por cualquiera de estos conceptos.

(j)     Suscribir las diversas actas previstas en el Contrato y sus Apéndices, conjuntamente con el Supervisor de la ANI y/o con el Interventor de acuerdo con lo previsto en el Contrato y sus Apéndices.

(k)     Cooperar con los empleados, asesores o agentes que determine la ANI, con el Interventor, con otros contratistas que desarrollen obras en la zona de influencia del Proyecto y con los entes de control para que realicen actividades de estudio, análisis o inspección de la ejecución del Contrato y para las demás funciones que les corresponda para lo cual, entre otras, deberá entregar toda la información, razonablemente requerida, relativa a la ejecución del Contrato.

(l)     Evitar la revocatoria, por causas imputables al Concesionario, de cualquiera de los permisos, licencias o aprobaciones gubernamentales requeridas para la ejecución del Contrato.

(m)    Coordinar con la ANI los trámites ante las entidades propietarias de las Redes afectadas de acuerdo con los Estudios de Trazado y Diseño Geométrico y Estudios de Detalle, para que se efectúen los traslados –o cualquier otro manejo a que haya lugar– o efectuar los correspondientes traslados según se haya acordado con la respectiva entidad titular.

(n)     Efectuar la Gestión Predial de manera que antes de iniciar las Intervenciones de cada Unidad Funcional el Concesionario como mínimo debe (i) haber adquirido; o (ii) demostrar que se tiene disponibilidad –entendida como la tenencia que le permita al Concesionario acceder físicamente al predio– del cuarenta por ciento (40%) (ya sea por (i), por (ii) o por la suma de ambos) de la longitud efectiva de los Predios necesarios para la ejecución de la respectiva Unidad Funcional. El porcentaje anterior podrá ser superior, si así se define entre el Concesionario y los Prestamistas.

(o)     Establecer, documentar y mantener un sistema de gestión de calidad como medio para asegurar el cumplimiento de sus obligaciones, entre ellas la entrega de informes o reportes solicitados por la ANI incluyendo el diligenciamiento de formatos para el reporte y seguimiento de actividades relacionadas con eventos por cambio climático, entre otros.

(p)     Pagar las Multas y/o la Cláusula Penal pactadas en el Contrato o aceptar los Descuentos de estas Multas o Cláusula Penal de los saldos a su favor.

(q)     Presentar a la ANI y al Interventor los estados financieros auditados del Concesionario y del Patrimonio Autónomo (incluyendo los del Patrimonio

Autónomo-Deuda, si lo hubiere), a 31 de diciembre y 30 de junio y no auditados en forma trimestral. La auditoría externa deberá ser efectuada por una empresa de auditoría de reconocida reputación y que preste sus servicios a nivel internacional es decir que preste sus servicios en por lo menos dos países diferentes a Colombia. Adicionalmente, deberá mantener en su contabilidad claramente identificados los ingresos y egresos correspondientes a cada Unidad Funcional y deberá presentar a la ANI y al Interventor un informe mensual (dentro de los primeros quince (15) Días del mes) suscrito por su auditor sobre los criterios empleados por el Concesionario para contabilizar la acumulación de los ingresos y egresos por Unidad Funcional.

(r)     Entregar a satisfacción del Interventor y de la ANI las Intervenciones ejecutadas, dentro de los plazos previstos en el Plan de Obras y responder por su calidad y estabilidad en los términos previstos en el Contrato y sus Apéndices.

(s)     Colaborar con las autoridades de tránsito en el diseño y puesta en marcha de programas y proyectos de planes de educación vial y de seguridad vial.

(t)     Salir en defensa jurídica de los bienes que conforman la infraestructura vial del Proyecto y de los derechos que se le han conferido al Concesionario, especialmente la defensa y protección del Corredor del Proyecto y la protección de la destinación legal de las Fajas.

(u)     Con fundamento en lo previsto en el artículo 7 de la Resolución 237 del 20 de agosto de 2010 expedida por la Contaduría General de la Nación, remitir a la ANI dentro de los quince (15) Días siguientes al periodo objeto de reporte los Formatos Fm 112 A (Inversión Privada), Fm 57 (ejecución de recursos) y Fm 112 B (Recaudo de Peaje) --o los que se requieran de conformidad con la Ley Aplicable-- debidamente diligenciados y suscritos, formatos que se adjuntan al presente Contrato.

(v)     Llevar y mantener actualizado un registro sobre las actividades y gestiones efectuadas ante la Autoridades Gubernamentales que sean necesarias para el cumplimiento de las obligaciones a su cargo contenidas en el presente Contrato. Este registro podrá ser consultado por la ANI y/o el Interventor en cualquier momento, para lo cual darán aviso al Concesionario con dos (2) Días Hábiles de antelación a la fecha de la consulta.

(w)     Actualizar anualmente el Inventario de Activos de la Concesión y enviar tal actualización a la ANI dentro de los primeros tres (3) Meses de cada año.

(x)     Implementar el manual de buen gobierno corporativo y los planes de responsabilidad ambiental y social y el plan de contingencia y emergencia.

(y)     Implementar la instrumentalización y el monitoreo de los sitios previamente definidos en la Fase de Preconstrucción, de acuerdo con lo previsto en las Secciones 4.2(bb) y 4.2(cc) de esta Parte General, e iniciar el reporte de la información (cuya periodicidad de reportes estará en función de las condiciones hidrometeorológicas)

con miras al seguimiento y monitoreo para la prevención de eventos asociados a la naturaleza a lo largo del Corredor del Proyecto, generando las alertas tempranas y ejecutando las obras de prevención y/o mitigación necesarias, sujeto a la verificación de la Interventoría. Esta obligación es también aplicable a la Etapa de Operación y Mantenimiento.

4.6     Principales Obligaciones de la ANI durante la Fase de Construcción

(a)     Efectuar los Aportes ANI al Patrimonio Autónomo, en los montos y plazos previstos en la Parte Especial y pagar los intereses remuneratorios y/o moratorios, en el caso que los mismos se causen, de conformidad con lo previsto en las Secciones 3.6(b) y 3.6(d) de esta Parte General.

(b)     Efectuar los trámites presupuestales previstos en la Ley de manera que se asegure que, para todas las vigencias fiscales correspondientes, se incluyan dentro del presupuesto de la ANI los recursos necesarios para hacer los Aportes ANI al Patrimonio Autónomo. En caso de que se presenten omisiones en el trámite presupuestal de la Nación que afecten el presupuesto de la ANI, la ANI debe asegurarse que se sanee tal omisión, sin perjuicio del pago de intereses, de acuerdo con lo previsto en las Secciones 3.6(b) y 3.6(d) de esta Parte General.

(c)     Suscribir, conjuntamente con el Interventor y el Concesionario, las actas e informes previstos en el Contrato que lo requieran.

(d)     Desarrollar toda las actividades necesarias para efectuar un control y seguimiento a la Gestión Predial que adelanta el Concesionario, con el apoyo y participación de la Interventoría.

(e)     Controlar, directamente o a través del Interventor el cumplimiento de las obligaciones a cargo del Concesionario previstas en el presente Contrato.

(f)     Realizar los aportes que correspondan al Fondo de Contingencias en los términos y condiciones aprobados por el Ministerio de Hacienda y Crédito Público.

(g)     Cooperar con el Concesionario en el adelantamiento de los trámites ante las Autoridades Gubernamentales, para la obtención de las Licencias y Permisos necesarios para iniciar las Intervenciones.

(h)     Cooperar con el Concesionario en el adelantamiento de la Gestión Predial, mediante el otorgamiento de los poderes que requiera para el debido desarrollo de la Gestión Predial, y la comunicación dirigida a los registradores de instrumentos públicos de la zona de influencia del Proyecto notificando: la existencia del Contrato, del poder y la facultad que tiene el Concesionario de actuar en nombre y representación de la ANI.



(i)  Coordinar con el Concesionario y los dueños de las Redes, lo relacionado con las eventuales Intervenciones que deban hacerse sobre las mismas.

(j)  Delegar a un funcionario de la ANI, que podrá ser el Supervisor del Contrato, para que acompañe al Concesionario en las consultas con las comunidades indígenas y afro descendientes y coordine con la Autoridad Gubernamental competente los trámites necesarios para adelantar y concluir estas consultas.

(k)  Solicitar a la Policía de Carreteras que cumpla con las obligaciones a su cargo contenidas en la Ley, cuando así se lo solicite el Concesionario mediante Notificación.

(l)  Solicitar a la Policía de Carreteras que dé el uso correcto a los activos de la concesión que son administrados por ésta e iniciar, cuando sea del caso, las acciones legales que sean pertinentes cuando se verifique un mal uso, un uso desviado o el maltrato de tales bienes por parte de la policía de carreteras. Este trámite se hará cuando el Concesionario así lo solicite mediante una Notificación y entregue las pruebas correspondientes. Con este fin deberá realizar un convenio con las autoridades de tránsito competentes y acordar con ellas el soporte logístico requerido para prestar el servicio.

(m)  Sin perjuicio de lo previsto en la Sección 3.1(g) de esta Parte General, ordenar a la Fiduciaria el traslado de los recursos respectivos de la Cuenta ANI a la Cuenta Proyecto del Patrimonio Autónomo de acuerdo con lo establecido en este Contrato, así como ordenar los demás traslados entre cuentas y subcuentas del Patrimonio Autónomo, cuando esos traslados estén previstos en el presente Contrato.

4.7   Efectos del Retraso del Plan de Obras

(a)  Si durante la Fase de Construcción ocurriera alguna de las circunstancias catalogadas en el Contrato como Eventos Eximentes de Responsabilidad o ocurrieren hechos imputables a la ANI que afecten el cronograma de ejecución de las Intervenciones, se entenderá que el Plan de Obras se desplazará en un plazo igual al de la suspensión de la ejecución de las Intervenciones causada por el Evento Eximente de Responsabilidad o por causas imputables a la ANI, siempre que dicha suspensión haya sido total. Si la suspensión solamente afecta una porción del Proyecto, se ajustará el Plan de Obras respecto de la parte afectada únicamente. De la misma manera, se podrá ajustar el Plan de Adquisición de Predios, siempre que el mismo se vea afectado por un Evento Eximente de Responsabilidad.

(b)  Si hay dos (2) o más causas concurrentes de retraso y solamente una de ellas le dan derecho al Concesionario a una ampliación en el plazo, el Concesionario tendrá derecho a una extensión equivalente al plazo de aquella causa que le da derecho a la extensión. En este caso, si las Partes no logran ponerse de acuerdo en el plazo de ampliación, corresponderá al Amigable Componedor definir el plazo de ampliación



del Plan de Obras de manera que solamente se tenga en cuenta para la ampliación, el impacto del retraso causado por la ANI o por un Evento Eximente de Responsabilidad.

(c)    Lo previsto en la presente Sección 4.7 debe entenderse sin perjuicio de lo señalado en la Sección 14.1 de esta Parte General.

4.8    Procedimiento para solicitar la ampliación del plazo del Plan de Obras

(a)    Cuando ocurra una situación que afecte su capacidad de cumplir con el Plan de Obras, el Concesionario deberá enviar una Notificación al Interventor y a la ANI en la que señale la causa que genera el retraso, el impacto y el tiempo estimado en el Plan de Obras. De la misma manera, si la causa es generada por un Evento Eximente de Responsabilidad o por la ANI deberá describir el evento y dar las razones por las cuales considera que tal causa no le es imputable.

(b)    Copia de la Notificación deberá ser remitida al representante de los Prestamistas.

(c)    La ANI y el Interventor contarán con un plazo máximo de sesenta (60) Días para analizar las razones aducidas por el Concesionario y pronunciarse por escrito.

(d)    Si hay acuerdo entre las Partes acerca de las razones del Concesionario y el impacto en el Plan de Obras, las Partes de mutuo acuerdo modificarán el Plan de Obras dentro de los sesenta (60) Días siguientes al vencimiento del plazo previsto en el literal (c) anterior.

(e)    Si no hay acuerdo entre las Partes acerca de las razones del Concesionario y/o el impacto en el Plan de Obras, se acudirá al Amigable Componedor, dentro de los cinco (5) Días siguientes al vencimiento del plazo señalado en la Sección (c) anterior, para que dirima la controversia.

(f)    El silencio de la ANI a la solicitud de modificación del Plan de Obras hecha por el Concesionario se entenderá como una respuesta negativa que podrá ser sometida, por el Concesionario, a la decisión del Amigable Componedor.

(g)    Lo previsto en la presente Sección 4.8 debe entenderse sin perjuicio de lo señalado en la Sección 14.1 de esta Parte General.

4.9    Plazo Adicional sin Sanciones para el Concesionario

(a)    Antes de que se venza el plazo previsto en el Plan de Obras para completar una Unidad Funcional, el Concesionario podrá solicitar una extensión de dicho plazo, sin necesidad de demostrar que la necesidad de la extensión es por razones que no le son imputables, solicitud a la que le serán aplicables las siguientes reglas:

(i)    Por cada Día de plazo adicional efectivamente requerido para terminar la Unidad Funcional, se generará una reducción de la Retribución a favor del Concesionario por el monto previsto para el efecto en la Parte Especial. El valor de esta reducción a la Retribución no corresponde a una Deducción y, por lo tanto, no será tenido en cuenta para efectos del cálculo de la Deducción máxima ni del límite a las Deducciones, previstos en la Parte Especial.

(ii)   La reducción se hará efectiva en el cálculo de la Retribución asociada a la Unidad Funcional correspondiente, para el primer período de pago. De no ser suficiente, se descontará de los cálculos aplicables a los períodos posteriores.

(iii)  La ampliación de plazo de que trata esta Sección tendrá una extensión máxima de noventa (90) Días.

(b)    La solicitud deberá presentarse con al menos treinta (30) Días de anticipación a la fecha originalmente prevista para la completa terminación de la Unidad Funcional respectiva, mediante Notificación dirigida tanto a la ANI como al Interventor y con copia a los Prestamistas.

(c)    La solicitud de ampliación del plazo para la terminación de una Unidad Funcional en los términos de la presente Sección, será aceptada en todo caso por ANI, en tanto cumpla con los requisitos establecidos en esta Sección 4.9.

(d)    La aplicación de lo previsto en esta Sección 4.9 no constituye incumplimiento ni generará sanción para el Concesionario.

4.10  Puesta en servicio de las Unidades Funcionales

(a)    Una vez las obras correspondientes a una Unidad Funcional sean concluidas por el Concesionario y aceptadas por el Interventor y por la ANI, se suscribirá la correspondiente Acta de Terminación de Unidad Funcional y serán puestas en servicio durante la Fase de Construcción. Respecto de dichas obras se iniciarán las obligaciones de Operación y Mantenimiento previstas para las Unidades Funcionales ya construidas, según lo señalado en el Apéndice Técnico 2.

(b)    A partir del Acta de Terminación de Unidad Funcional comenzará a reconocerse la Retribución asociada a la Unidad Funcional correspondiente (incluyendo los valores acumulados que no pudieron causarse por estar pendiente la terminación de la Unidad Funcional correspondiente, en los Términos de la Parte Especial), cuyo monto será variable en función del Índice de Cumplimiento de los Indicadores tal y como se establece en el Apéndice Técnico 4. Lo anterior sin perjuicio de los límites a las Deducciones que se establecen en la Parte Especial.



4.11 Especificaciones Técnicas y calidad de las Intervenciones

(a)    El cumplimiento de las Especificaciones Técnicas no eximirá al Concesionario del cumplimiento y de la obtención de los resultados previstos en el Contrato y sus Apéndices.

(b)    En consecuencia, no se aceptará reclamación alguna, ni solicitud de extensión de plazos, ni solicitudes de compensaciones derivadas de insuficiencias en las Especificaciones Técnicas, pretendidas o reales, puesto que estas especificaciones son exigencias mínimas que el Concesionario deberá profundizar y mejorar en lo que resulte necesario para garantizar la obtención de los resultados previstos en el Contrato y sus Apéndices.

(c)    La aplicación de las previsiones contenidas en los Apéndices Técnicos genera a cargo del Concesionario obligaciones de resultado y no de medio. En todo caso, las Intervenciones deberán cumplir con las Especificaciones Técnicas contenidas en dichos Apéndices, especialmente en materia de calidad, resistencia y durabilidad.

(d)    El Concesionario, por su propia iniciativa o por solicitud del Interventor, deberá, por su cuenta y riesgo, rectificar a satisfacción de la ANI previa verificación del Interventor los errores técnicos que hubiera cometido en cumplimiento de las actividades previstas para la ejecución del Contrato.

(e)    Durante toda la Fase de Construcción, será responsabilidad del Concesionario advertir de manera inmediata al Interventor cualquier tipo de error que detecte y consecuentemente, sin perjuicio de la aplicabilidad de las sanciones y/o garantías a que haya lugar, el Concesionario deberá corregir, revisar y arreglar cualquier desperfecto, vicio o error que se presente por su causa. En caso de que los desperfectos, vicios o errores no hubieren sido advertidos durante la Fase de Construcción, éstos deberán ser corregidos en el momento en que se identifiquen durante la Etapa de Operación y Mantenimiento y aún durante la vigencia de la póliza de estabilidad y calidad.

(f)    Si, durante la ejecución del presente Contrato sobreviene un cambio de la Ley Aplicable que pudiese implicar a su vez un cambio en las Especificaciones Técnicas, esa modificación no le será obligatoria al Concesionario, salvo que la ANI lo requiera mediante una Notificación, en la que se indique la forma en que la ANI cubrirá los mayores costos –de ser el caso– que conlleve la ejecución del cambio en las Especificaciones Técnicas. Si las modificaciones a que se refiere esta Sección no implican mayores costos, las mismas serán de obligatorio cumplimiento para el Concesionario, sin necesidad de requerimiento alguno por parte de la ANI.

(g)    Es responsabilidad del Concesionario detectar y corregir los errores que pudieran contener los Apéndices Técnicos, relativos tanto al cumplimiento de la normativa aplicable como en relación con la sustentabilidad de la infraestructura y la

prestación de los servicios a cargo del Concesionario, en los términos de la Sección 4.12 de esta Parte General.

(h)  Las controversias que surjan relacionadas con lo previsto en la presente Sección 4.11, serán resueltas por el Amigable Componedor.

4.12  Modificación de las Especificaciones Técnicas

(a)  El Concesionario deberá proponer a la ANI –con copia al Interventor– las modificaciones necesarias a las Especificaciones Técnicas, siempre que éste encuentre que:

   (i)  Alguna de los Especificaciones Técnicas le impiden cumplir con las obligaciones de resultado previstas en el Contrato de Concesión, o

   (ii)  Cuando el Concesionario encuentre que existe incompatibilidad o contradicción entre dos o más Especificaciones Técnicas, o

   (iii)  Cuando alguna de las Especificaciones Técnicas obliga a la realización de alguna actividad expresamente prohibida por la Ley Aplicable.

(b)  Incompatibilidad entre Especificaciones Técnicas.

   (i)  Se entiende que existe incompatibilidad entre dos Especificaciones Técnicas, cuando la ejecución o el cumplimiento de una de éstas,

      (1)  impide la ejecución o el cumplimiento de la otra,
      (2)  destruye sus resultados, o
      (3)  genera variaciones en los resultados.

   (ii)  En el evento en que –a juicio del Concesionario– existan Especificaciones Técnicas que resulten incompatibles entre sí, así se lo señalará a la ANI –con copia al Interventor– en un documento en el cual presentará las Especificaciones Técnicas que en su criterio son incompatibles, junto con una sustentación técnica de las causas de su incompatibilidad y las consecuencias de la misma. En tal caso, el Concesionario deberá proponer la modificación correspondiente, señalando de manera detallada las variaciones técnicas que serían introducidas. El riesgo por los mayores o menores costos derivados de la modificación de las Especificaciones Técnicas de Calidad será enteramente del Concesionario.

(c)  Contradicción entre Especificaciones Técnicas

   (i)  Se entiende que existe contradicción entre dos Especificaciones Técnicas, cuando:

(1)    El Contrato de Concesión o cualquiera de sus Anexos o Apéndices prevén procedimientos diferentes para la realización de una misma actividad, sin que expresamente se haya señalado prelación entre los diferentes documentos que solucione dicha contradicción, o

(2)    Cuando se prevén especificaciones diferentes para un mismo objeto.

(ii)  En el evento en que –a juicio del Concesionario– existan Especificaciones Técnicas que resulten contradictorias entre sí, así se lo señalará a la ANI –con copia al Interventor– en un documento en el cual presentará las Especificaciones Técnicas que en su criterio resultan contradictorios, junto con una sustentación técnica de las causas de la supuesta contradicción. En tal caso, el Concesionario deberá señalar aquella parte de las Especificaciones Técnicas que pretende implementar en la ejecución del Contrato de Concesión, para lo cual tendrá en cuenta que ante la contradicción de dos Especificaciones Técnicas diferentes, se seleccionará aquella de la cual se derive una mayor calidad de la obra, equipo o sistema, o un grado de servicio más alto, sin que ello implique en ningún caso una variación en la Retribución del Concesionario, por tratarse de una obligación en todo caso prevista en el Contrato.

(d)    Imposibilidad en la Obtención de Resultados

(i)  Se entiende que existe imposibilidad en la obtención de resultados cuando el Contrato de Concesión o sus Apéndices prevén la realización de un procedimiento o definen las características de un bien o servicio de tal manera que no permiten el cumplimiento de una obligación de resultado igualmente prevista en el Contrato de Concesión o en sus Apéndices.

(ii)  En el evento en que –a juicio del Concesionario– existan Especificaciones Técnicas que impidan el cumplimiento de las obligaciones de resultado previstas en el Contrato de Concesión, el Concesionario presentará a la ANI – con copia al Interventor– un documento en el que señale cuales son las Especificaciones Técnicas que le impiden cumplir con tales obligaciones de resultado, señalando en todo caso las modificaciones que deberían ser introducidas para obtener los resultados previstos. El Concesionario deberá tener en cuenta que la solución propuesta no podrá implicar un aumento en la Retribución, pues se trata de obligaciones de resultado a cuyo cumplimiento se ha comprometido desde la suscripción del presente Contrato.

(e)    Conflicto con la Ley Aplicable



(i)    Se entiende que existe conflicto entre las Especificaciones Técnicas y la Ley Aplicable cuando del cumplimiento de aquellas se deriva un acto o conducta prohibido por la Ley Aplicable vigente al momento de la presentación de la Oferta.

(ii)   No existe conflicto entre las Especificaciones Técnicas y la Ley Aplicable cuando las Especificaciones Técnicas exijan una mayor calidad de una obra, equipo, bien o sistema, o un nivel de servicio más alto. En tal caso se aplicará lo previsto en las Especificaciones Técnicas.

(iii)  En el evento en que –a juicio del Concesionario– existan Especificaciones Técnicas en conflicto con la Ley Aplicable presentará a la ANI –con copia al Interventor– un documento en el que señale:

(1)    Las Especificaciones Técnicas que se encuentran en conflicto con la Ley Aplicable, indicando aquellas normas que prohíben la conducta o los actos establecidos en el Contrato de Concesión, para lo cual propondrá una alternativa que permita el cumplimiento de la Ley Aplicable sin alterar los niveles de servicio o la calidad de los bienes, obras, equipos y sistemas previstos en el Contrato, lo cual no generará Retribución adicional para el Concesionario.

(2)    Aquellas que establecen niveles de calidad más altos que los previstos en el Contrato para los servicios, obras, bienes, equipos o sistemas, caso en el cual se dará aplicación a la Ley Aplicable a entero costo y riesgo del Concesionario.

(f)    Estudio de la Solicitud por Parte de la ANI

(i)    La ANI dispondrá de un plazo máximo de veinte (20) Días para analizar y dar respuesta al documento presentado por el Concesionario en el que se sustente técnicamente la existencia de una contradicción, incompatibilidad, imposibilidad de cumplimiento de una obligación de resultado, o conflicto con la Ley Aplicable, los cuales serán contados desde la presentación de la solicitud de modificación a la ANI –con copia al Interventor–. En el caso que la ANI guarde silencio dentro de este plazo, se entenderá negada la solicitud.

(ii)   Si la solicitud no es aprobada por la ANI y se tratare de una especificación que el Concesionario considera esencial modificar, con el fin de solucionar contradicciones, incompatibilidades y en todo caso, cumplir con las condiciones establecidas en el Contrato y sus Apéndices y en la Ley Aplicable, éste podrá acudir al Amigable Componedor, el cual tomará su decisión teniendo en cuenta los criterios señalados en la presente Sección 4.12.

4.13  Fuentes de materiales

(a)    Correrán por cuenta y responsabilidad del Concesionario la obtención y conservación, durante el plazo del Contrato, de las Licencias y Permisos y/o concesiones de explotación de las fuentes de materiales, de las zonas de préstamo y de las zonas de descargue de desechos, así como los costos del arrendamiento o adquisición de predios, construcción, mejoramiento y conservación de las vías de acceso a las fuentes de materiales y/o depósitos de sobrantes y demás gastos necesarios para su realización y obtención (incluyendo sin limitación los impuestos, peajes o cobros de salida de playa, etc.). Todo lo anterior, de conformidad con lo establecido en el presente Contrato y sus Apéndices.

(b)    Por otra parte, correrán por cuenta y responsabilidad del Concesionario el pago de cualesquiera costos de explotación de las fuentes de materiales, las tasas por uso de agua, inversiones forzosas, los derechos de uso de zonas de préstamo y de sus correspondientes servidumbres, la construcción y conservación de vías de acceso a las zonas de desechos, el derecho de explotación de las mismas y las obras de mitigación del impacto ambiental que se hayan determinado como necesarias, así como el transporte de los materiales; todo lo cual se entiende incluido dentro de la Oferta del Concesionario. Esta previsión no se entenderá como una prohibición para que el Concesionario adquiera materiales en lugar de producirlos directamente, en cuyo caso deberá verificar que el tercero que los proporcione cumpla con las normas y asuma los costos mencionados en este numeral, sin perjuicio de la obligación que tiene el Concesionario de responder directamente por dichos terceros.

4.14  Pruebas y ensayos

(a)    El Concesionario deberá proporcionar al Interventor o a quien la ANI indique todas las facilidades indispensables para examinar, medir y ensayar las obras ejecutadas, así como brindar las facilidades necesarias y usuales en este tipo de operaciones para efectuar las pruebas de los materiales utilizados.

(b)    Los funcionarios de la Interventoría, o aquellos que designe la ANI, incluyendo al Supervisor de la ANI, deberán en todo momento tener libre acceso al Proyecto, a las fuentes de materiales y a todos los talleres y lugares en los que se estén llevando a cabo trabajos para la ejecución de las Intervenciones; el Concesionario deberá acompañar al Interventor (si así lo solicita) y proporcionar todas las facilidades y toda la ayuda que corresponda para hacer efectivo dicho derecho de inspección y vigilancia.

4.15  Ubicación de equipos

(a)    El Concesionario se obliga a situar oportunamente, en el lugar de las Intervenciones, todo el equipo que necesite para el cumplimiento oportuno, eficiente y calificado de



sus obligaciones. Estará a cargo del Concesionario la adecuación de las vías y estructuras que fuesen necesarias para el transporte de los mismos.

(b)     La verificación por parte de la ANI o del Interventor de algún equipo, no exime al Concesionario de la obligación de suministrar oportunamente los equipos adicionales necesarios, adecuados en capacidad y características, para cumplir con los programas, plazos y Especificaciones Técnicas.


4.16   Memoria Técnica

Durante la ejecución del Contrato, el Concesionario deberá mantener actualizado y a disposición del Interventor y de la ANI en todo momento una Memoria Técnica publicada en internet o disponible en medio magnético, en la que se incluya por lo menos la siguiente información relacionada con las Intervenciones:

(a)     Cuadro de relación de obras ejecutadas.

(b)     Informes técnicos que incluyan entre otros, el abscisado, el traslado de Redes, Planos record, pruebas y ensayos, el manejo y gestión ambiental, social y predial.

(c)     Descripción de los estudios realizados.

(d)     Materiales.

(e)     Drenajes.

(f)     Campamentos.

(g)     Pruebas de materiales.

(h)     Pruebas de Equipos.

(i)     Accidentes en obra.

(j)     Observaciones del Interventor.

(k)     Otras eventualidades en el desarrollo de las obras


4.17   Procedimiento de verificación

(a)     Verificación de las Unidades Funcionales:

(i) Para efectos de la verificación de las Intervenciones por parte del Interventor y la ANI, el Concesionario deberá poner tales Intervenciones a disposición del Interventor y de la ANI mediante el envío de una Notificación a la cual anexará copia magnética de la Memoria Técnica o indicará la dirección electrónica de acceso a la misma.

(ii) Una vez puestas a disposición, el Interventor y la ANI tendrán un plazo máximo de sesenta (60) Días para verificar la terminación de la Unidad Funcional y, de ser el caso, para formular las solicitudes de corrección o complementación si no se cumple con las Especificaciones Técnicas o con cualquier otra estipulación del Contrato o sus Apéndices, incluyendo la de adquirir la totalidad de los Predios asociados a dicha Unidad Funcional, de acuerdo con lo previsto por el Apéndice Técnico 7. Para efectos de la verificación de las obligaciones contenidas en el Apéndice Técnico 4, la respectiva Unidad Funcional deberá cumplir con los valores mínimos de aceptación para los Indicadores que se identifican en la Parte Especial, de los establecidos en el Apéndice Técnico 4.

(iii) Si no hay correcciones o complementaciones, se procederá a suscribir el Acta de Terminación de Unidad Funcional –o el Acta de Terminación Parcial de Unidad Funcional si es del caso– a más tardar dentro de los diez (10) Días Hábiles siguientes al vencimiento del plazo para verificación.

(iv) Si el Interventor y la ANI encuentran que la Unidad Funcional no cumple a cabalidad con las Especificaciones Técnicas o con cualquier otra estipulación del Contrato o sus Apéndices, se procederá así:

(1) Salvo por lo previsto en la Sección 4.17(a)(iv)(2) siguiente, ANI notificará al Concesionario con el fin de que éste corrija los incumplimientos dentro del plazo máximo razonable que la ANI señale mediante Notificación, plazo que será considerado como el Plazo de Cura. Si el Concesionario no está de acuerdo con las correcciones y/o ajustes solicitados, así lo indicará a la ANI dentro de los dos (2) Días siguientes y acudirá al Amigable Componedor para que dirima la controversia.

(2) Si las Intervenciones de la respectiva Unidad Funcional, a pesar de no cumplir con todas las Especificaciones Técnicas, cumple al menos con (A) los valores mínimos de aceptación para los Indicadores a los que se refiere la parte final de la Sección 4.17(a)(ii) anterior, y (B) todas y cada una de las Especificaciones Técnicas que se identifican para este evento en el Apéndice Técnico 1; se procederá a suscribir el Acta de Terminación de Unidad Funcional –o el Acta de Terminación Parcial de Unidad Funcional si es del caso– y se empezará a causar y a pagar la Retribución o la Compensación Especial, de conformidad con



este Contrato. Sin embargo, si pasados ciento ochenta (180) Días contados desde la suscripción de dicha Acta sin que el Concesionario haya logrado cumplir a cabalidad con las Especificaciones Técnicas, se suspenderá el pago de la Retribución hasta tanto dichas Especificaciones sean debidamente satisfechas. Adicionalmente, de ser el caso, se causarán las Multas que correspondan por el incumplimiento en las Especificaciones Técnicas. Las controversias que surjan de la aplicación de lo previsto en esta Sección serán dirimidas por el Amigable Componedor.

(v)    A más tardar al vencimiento del Plazo de Cura, el Concesionario pondrá a disposición de la ANI y el Interventor las Intervenciones (junto con la Memoria Técnica), para una segunda revisión, para lo cual el Interventor y la ANI contarán con quince (15) Días Hábiles para verificar que las Intervenciones cumplan con los ajustes solicitados en la primera revisión. En esta revisión, solamente se podrán tratar los asuntos puntuales objeto de corrección y no se podrán solicitar correcciones adicionales o diferentes respecto de asuntos no tratados en la revisión inicial, sin perjuicio de lo previsto en la Sección 4.17(d) de esta Parte General.

(vi)   Si en la segunda revisión se verifica el cumplimiento por parte del Concesionario de las Especificaciones Técnicas de la Unidad Funcional, se suscribirá el Acta de Terminación de Unidad Funcional –o el Acta de Terminación Parcial de Unidad Funcional si es del caso–, y no se causarán Multas a cargo del Concesionario.

(vii)  Si se vence el Plazo de Cura sin que el Concesionario culmine la totalidad de los ajustes o correcciones a satisfacción del Interventor o en la segunda revisión no se verifica el cumplimiento de los ajustes o correcciones con las Especificaciones Técnicas, se impondrán Multas al Concesionario, en los términos señalados en la Parte Especial del presente Contrato, hasta que el Concesionario corrija o ajuste la Intervenciones a satisfacción del Interventor. Cuando transcurra el término señalado en la Parte Especial, contado desde el vencimiento del Plazo de Cura, sin que se haya subsanado el incumplimiento, la ANI podrá dar aplicación a la Sección 11.1 de esta Parte General, sin perjuicio de los derechos de los Prestamistas. Durante este plazo el Interventor y la ANI deberán estar disponibles para hacer las verificaciones dentro de los quince (15) Días Hábiles siguientes a la Notificación que envíe el Concesionario. Se suspenderán las Multas cuando el Concesionario envíe la Notificación a la ANI y al Interventor. Sin embargo si se verifica, en la revisión, que las correcciones y ajustes siguen sin cumplir con las Especificaciones Técnicas se continuarán imponiendo las Multas en adelante y de manera retroactiva a aquellos días durante los cuales se suspendió su imposición hasta que cumpla.

(viii) Si el Concesionario no está de acuerdo con la segunda revisión, podrá solicitar la intervención del Amigable Componedor.

(b)     Terminación de la Fase de Construcción:

(i)     La Fase de Construcción terminará cuando se suscriba el Acta de Terminación de Unidad Funcional correspondiente a las Intervenciones de la última Unidad Funcional que sean ejecutadas por el Concesionario.

(ii)    Cuando se suscriba dicha acta se entenderá que ha terminado la Etapa Preoperativa.

(c)     Silencio en la verificación de las Intervenciones.

(i)     Si el Interventor y la ANI no manifiestan su aprobación o desaprobación durante los plazos previstos, el Concesionario deberá requerir nuevamente al Interventor y a la ANI para que manifiesten su aprobación o rechazo en un plazo máximo de cinco (5) Días. Si en ese plazo no se han pronunciado, se entenderá que el Interventor y la ANI han respondido de forma negativa. Para controvertir esa decisión, el Concesionario podrá convocar el Amigable Componedor.

(d)     Alcance de la verificación.

(i)     La verificación que hagan el Interventor y la ANI de las Intervenciones, no implica la aceptación definitiva de las mismas. Por lo tanto, si con posterioridad a la suscripción del Acta de Terminación de Unidad Funcional, el Interventor o la ANI advierten que las Intervenciones ejecutadas no cumplieron con cualquiera de las estipulaciones del Contrato, en especial con lo previsto en las Especificaciones Técnicas exigibles al momento de su recibo y aprobación, el Concesionario deberá tomar las medidas correctivas de inmediato, sin perjuicio de la aplicación de Multas, de conformidad con lo previsto en la Parte Especial y de la eventual afectación del Índice de Cumplimiento con la consecuente Deducción del valor de la Retribución por Unidad Funcional.

(ii)    En todo caso, de encontrarse un incumplimiento de una especificación después de que se haya suscrito el Acta de Terminación de Unidad Funcional, no implicará de manera alguna que se suspenda la Etapa de Operación y Mantenimiento ni que se suspenda el desembolso de la Retribución por Unidad Funcional al Concesionario.

(iii)   En ningún caso se entenderá que la suscripción del Acta de Terminación de Unidad Funcional implica la exoneración de alguna de las responsabilidades



que contrae el Concesionario, con ocasión de la suscripción del Contrato, especialmente en cuanto a calidad, resistencia y durabilidad de las Intervenciones.

4.18  Plan de Obras

(a)     El Concesionario deberá presentar su Plan de Obras al Interventor y a la ANI en los plazos establecidos en el Apéndice Técnico 9 del presente Contrato.

(b)     El Plan de Obras que entregue deberá ser revisado por parte de la ANI y el Interventor para verificar que el mismo permita cumplir con los plazos máximos para la ejecución de las Intervenciones previstos en este Contrato. Una vez surtido este trámite, será de obligatorio cumplimiento para el Concesionario.

(c)     La ANI contará con un plazo máximo de quince (15) Días para revisar el Plan de Obras, vencido el cual, si no hubiese pronunciamiento por parte de la ANI se entenderá que lo encuentra acorde con las obligaciones previstas en este Contrato. La ANI solamente podrá revisar la consistencia de este Plan en lo pertinente a los requisitos contenidos en el Apéndice Técnico 9 y las fechas previstas en la Parte Especial del Contrato para la terminación de las Intervenciones de cada Unidad Funcional.

(d)     El Interventor verificará el avance de las Intervenciones objeto del Contrato de manera bimestral y dejará constancia del porcentaje de avance de obra de cada una de las Unidades Funcionales, medición que se hará conforme con la metodología que defina la ANI; sin embargo, el cumplimiento del cronograma de obras será verificado en la fecha de terminación de las Intervenciones que se señale en el Plan de Obras.

(e)     Si en la fecha prevista para la terminación de una Unidad Funcional, no estuviesen terminadas las Intervenciones, se impondrán Multas al Concesionario a menos que el retraso estuviese motivado por Eventos Eximentes de Responsabilidad o por causas imputables a la ANI.

**CAPÍTULO V     ETAPA PREOPERATIVA - CONTRATOS DE DISEÑO,
CONSTRUCCIÓN Y OPERACIÓN**

5.1    Generalidades

(a)     Contrato de Diseño: En cualquier momento desde la suscripción del Contrato y a
más tardar dentro del mes siguiente contado desde la Fecha de Inicio, el
Concesionario deberá haber celebrado con el Contratista de Diseño un (1) Contrato
de Diseño para la ejecución de los Estudios de Trazado y Diseño Geométrico y los
Estudios de Detalle de las Intervenciones.

(b)     Contrato de Construcción: En cualquier momento desde la suscripción del Contrato
y a más tardar dentro de los doscientos cuarenta (240) Días contados desde la Fecha
de Inicio, el Concesionario deberá haber celebrado con el Contratista de
Construcción un (1) Contrato de Construcción para la ejecución de las
Intervenciones. La Gestión Social y Ambiental así como la Gestión Predial podrán
ser contratadas con personas diferentes al Contratista de Construcción.

(c)     Contrato de Operación y Mantenimiento: El Concesionario podrá o no contratar la
Operación y el Mantenimiento con terceros o hacerlo directamente. En todo caso
será su responsabilidad llevar a cabo la totalidad de las Obras de Mantenimiento que
sean necesarias para cumplir con los Indicadores y entregar el Proyecto en el estado
previsto en el Apéndice Técnico 1 al momento de la Reversión.

(d)     El Concesionario podrá unificar en uno o más contratos los contratos a que se refiere
la presente Sección 5.1.

(e)     La contratación del Contratista de Diseño, del Contratista de Construcción o de
cualquier otro tercero para el desarrollo de las obligaciones del Contrato no
implicará de ninguna manera la delegación de responsabilidad del Concesionario
frente a la ANI por el cumplimiento cabal y puntual de las obligaciones contenidas
en el Contrato las cuales permanecerán en su cabeza.

5.2    Contratistas

(a)     Los requisitos de experiencia mínimos que deberá cumplir el Contratista encargado
de la ejecución del Contrato de Construcción, serán los previstos en la Parte
Especial.

(b)     El Contratista de Construcción podrá acreditar experiencia obtenida bajo figuras
asociativas con terceros incluyendo patrimonios autónomos, siempre que la
participación del Contratista en dicha figura asociativa haya sido (durante toda la



vigencia del contrato que se acredita) de al menos veinte por ciento (20%), caso en el cual la experiencia adquirida se podrá acreditar por el ciento por ciento (100%).

(c)    El Contratista (de Diseño, Construcción y Mantenimiento, según el caso) podrá ser una persona –jurídica o natural– o un consorcio, unión temporal o cualquier forma de asociación permitida por la Ley, compuesta por varias personas jurídicas y/o naturales. Tratándose del Contratista de Construcción que sea una estructura plural –según lo señalado anteriormente–, las personas que lo componen podrán de manera conjunta acreditar la experiencia solicitada en la Parte Especial declarando bajo la gravedad de juramento que la información que acreditan es veraz y que quienes acreditan experiencia tienen una participación en la estructura plural de al menos el veinticinco por ciento (25%).

(d)    Cada Contratista deberá, además, constituir las garantías a favor del Concesionario, que sean suficientes para cubrir el cumplimiento de sus obligaciones bajo el contrato respectivo (ya sea de Diseño, de Construcción o de Operación y Mantenimiento). Los valores asegurados no podrán ser inferiores a los porcentajes que se establecen en el decreto 734 de 2012 para la Garantía Única de Cumplimiento, aplicados a los valores de cada uno de los Contratos de Diseño, de Construcción y de Operación y Mantenimiento.

(e)    En todos los casos, el Concesionario seguirá siendo el responsable frente a la ANI por la ejecución de la totalidad de las obligaciones contenidas en el presente Contrato, incluyendo, pero sin limitarse a aquellas que ejecuten los Contratistas y sus respectivos subcontratistas, y deberá mantener indemne a la ANI por incumplimientos, y demandas de los Contratistas y subcontratistas.


5.3    Certificación y Verificación

(a)    Antes de proceder a su contratación, el Concesionario acreditará que los Contratistas cumplen con el perfil previsto en la Parte Especial, mediante la remisión de una declaración juramentada efectuada ante notario público en la que tanto el Concesionario como el respectivo Contratista declaren que dicho Contratista cumple con el perfil respectivo y relacionen los proyectos ejecutados que le permite cumplir con ese perfil.

(b)    La ANI aplicará el principio de la buena fe en cuanto a la información contenida en la declaración juramentada. Sin embargo, podrá requerir, a su discreción, la información que considere necesaria para corroborar lo señalado en la declaración y, de encontrarse afirmaciones que no coincidan con la realidad, la ANI iniciará las acciones legales correspondientes.

(c)    Lo anterior no impedirá que se corrijan eventuales errores cometidos de buena fe al diligenciar la declaración. De ser advertidos, el Interventor deberá enviar una Notificación al Concesionario solicitando la corrección de los mismos, dentro de los



cinco (5) Días Hábiles siguientes a la fecha de entrega de la declaración por parte del Concesionario.

(d)   La corrección de la declaración deberá hacerse dentro de los cinco (5) Días Hábiles siguientes a la Notificación del Interventor en tal sentido.

(e)   Si la declaración contiene información incorrecta o si no se presenta dentro del plazo señalado en el presente numeral, se aplicarán las sanciones por incumplimiento previstas en este Contrato.

**CAPÍTULO VI     ETAPA PREOPERATIVA–ESTUDIOS Y DISEÑOS**

6.1    Presentación de los Estudios

(a)    El Concesionario deberá haber elaborado y entregado al Interventor los Estudios de Trazado y Diseño Geométrico para todas las Unidades Funcionales, cumpliendo con las Especificaciones Técnicas, dentro de los doscientos diez (210) Días siguientes a la Fecha de Inicio.

(b)    Adicionalmente a lo anterior, el Concesionario deberá presentar al Interventor, en el mismo término de doscientos diez (210) Días, los Estudios de Detalle correspondientes a las Unidades Funcionales cuya ejecución deba comenzar al inicio de la Fase de Construcción de acuerdo con el Plan de Obras.

(c)    Para las Unidades Funcionales cuya ejecución deba comenzar con posterioridad al inicio de la Fase de Construcción –de haberlas–, los Estudios de Detalle deberán ser presentados al Interventor con una anticipación no menor a noventa (90) Días a la fecha prevista para el inicio de las Intervenciones, de conformidad con el Plan de Obras.

(d)    Para iniciar la ejecución de cualquier Intervención, deberá haberse surtido el trámite previsto en la Sección 6.2 siguiente para los correspondientes Estudios de Detalle, siempre que no haya objeción del Interventor o que las objeciones hayan sido resueltas.

(c)    La no entrega de los Estudios de Detalle suficientes para que el Interventor pueda hacerse un juicio acerca del alcance de la obra dentro del término antes señalado, dará lugar a la causación de las Multas, de conformidad con la Parte Especial.

6.2    Revisión de los Estudios y Diseños

(a)    El Interventor analizará los Estudios de Trazado y Diseño Geométrico y los Estudios de Detalle, para lo cual contará con un plazo máximo de cuarenta y cinco (45) Días contados a partir del Día de la entrega de los mismos.

(b)    El Interventor, dentro del plazo aquí previsto, advertirá y comunicará al Concesionario y a la ANI cualquier inconsistencia entre dichos estudios y la posibilidad de obtener los resultados requeridos en el Contrato, en especial en las Especificaciones Técnicas; dicha comunicación del Interventor, no se entenderá como aprobación o desaprobación de los Estudios de Trazado y Diseño Geométrico o de los Estudios de Detalle y no servirá de excusa al Concesionario para el no

cumplimiento de los resultados requeridos en dichas Especificaciones Técnicas o para el no cumplimiento de cualquier otra de sus obligaciones bajo el Contrato.

(c)     Si el Interventor no se pronuncia sobre los Estudios de Trazado y Diseño Geométrico o los Estudios de Detalle dentro del plazo previsto se entenderá que no tiene comentarios sobre dichos documentos.

(d)     Debe entenderse que las observaciones presentadas por el Interventor al Concesionario, a propósito de los Estudios de Trazado y Diseño Geométrico, y de los Estudios de Detalle, son consideraciones técnicas formuladas a manera de recomendación con el objeto de conseguir los resultados exigidos en el Contrato, en especial los contenidos en las Especificaciones Técnicas.

(e)     El Interventor podrá objetar los Estudios de Trazado y Diseño Geométrico y/o los Estudios de Detalle únicamente cuando los mismos no se ajusten a las previsiones del Contrato y/o sus Apéndices, siempre que (i) lo haga dentro del plazo previsto en la Sección 6.2(a) anterior; y (ii) el Concesionario no haya efectuado los ajustes solicitados por el Interventor o no hayan podido ponerse de acuerdo el Concesionario y el Interventor en relación con la pertinencia de los comentarios.

(f)     En caso de desacuerdo entre el Concesionario y el Interventor en cualquier etapa de la revisión de los Estudios de Trazado y Diseño Geométrico y/o los Estudios de Detalle, salvo que la ANI comparta la posición del Concesionario, se podrá acudir al Amigable Componedor.

6.3    Modificaciones y Adecuaciones a los Diseños

(a)     Salvo por las excepciones expresas del Contrato, las adecuaciones y/o modificaciones que haga el Concesionario durante la Fase de Construcción a sus propios Estudios de Detalle y/o a los Estudios de Trazado y Diseño Geométrico serán a su costo y riesgo y bajo su responsabilidad, con el objeto de garantizar la obtención de los resultados exigidos en el Contrato, considerando que el Concesionario mantiene siempre la obligación de entregar las Intervenciones en los términos y condiciones establecidos en el Contrato, especialmente en los que a los resultados señalados en las Especificaciones Técnicas se refiere.

(b)     El Concesionario dará noticia de estas adecuaciones o modificaciones al Interventor, entregándole para su análisis y observaciones, los documentos técnicos que correspondan. Así mismo, informará si las modificaciones y adecuaciones a los diseños implican un cambio en los requerimientos prediales, ya sea en términos de no necesidad frente a la identificación inicial o a la necesidad de nuevas áreas.

(c)     El Interventor tendrá un plazo de veinte (20) Días para pronunciarse sobre las modificaciones y efectuar las recomendaciones que considere procedentes. El silencio del Interventor dentro del plazo previsto se entenderá como que no tiene



comentarios, sin perjuicio de que en cualquier momento posterior tanto el Interventor como la ANI puedan hacer las observaciones correspondientes, en orden a que los Estudios de Detalle y/o a los Estudios de Trazado y Diseño Geométrico permitan cumplir las obligaciones de resultado previstas en este Contrato.

6.4    Plazo para Ajustes por parte del Concesionario

(a)    Cualquier ajuste que deba hacer el Concesionario a los Estudios de Detalle y/o a los Estudios de Trazado y Diseño Geométrico por solicitud del Interventor, se harán en un plazo máximo de quince (15) Días Hábiles, los cuales podrán ser prorrogables, a juicio del Interventor.

(b)    Salvo que el Concesionario no haya atendido las solicitudes del Interventor, éste solamente verificará que se hayan efectuado los ajustes solicitados y no podrá pronunciarse sobre asuntos nuevos respecto de los Estudios de Detalle y/o los Estudios de Trazado y Diseño Geométrico.

(c)    El Interventor contará con el plazo de quince (15) Días para pronunciarse sobre las modificaciones del Concesionario presentadas conforme a lo señalado en la Sección (a) anterior.

## CAPÍTULO VII    ETAPA PREOPERATIVA - GESTIÓN PREDIAL

7.1    Generalidades de la Gestión Predial

(a)    La adquisición de los Predios requeridos para la ejecución de las Intervenciones estará a cargo del Concesionario quien desarrollará dicha labor en favor de la ANI, conforme a lo establecido en el artículo 34 de la ley 105 de 1993, según se modifique o adicione de tiempo en tiempo, atendiendo en un todo la distribución de obligaciones y responsabilidades establecidas en el presente Contrato, de conformidad con las leyes 9ª de 1989, 388 de 1997 y sus decretos reglamentarios, el Título III del Capítulo I del Código General del Proceso, la ley 1682 de 2013 y demás normas concordantes y vigentes en la materia.

(b)    La Gestión Predial es obligación y responsabilidad del Concesionario. El costo de la Gestión Predial se asumirá por parte del Concesionario. El costo de la compra de los Predios ya sea por enajenación voluntaria o expropiación y del Plan de Compensaciones Socioeconómicas se fondeará con los recursos de la Subcuenta Predios.

(c)    La ANI otorgará al Concesionario o a la persona que éste designe como su apoderado, poderes suficientes para:

(i)    Actuar en procesos de expropiación por vía judicial.

(ii)    Actuar o adelantar actividades relacionadas con la Gestión Predial, en las que las Autoridades Gubernamentales así lo requieran.

(d)    Para iniciar las Intervenciones de una Unidad Funcional, el Concesionario debe (i) haber adquirido; o (ii) demostrar que se tiene disponibilidad –entendida como la tenencia que le permita al Concesionario acceder físicamente al predio– del cuarenta por ciento (40%) (ya sea por (i), por (ii) o por la suma de ambos) de la longitud efectiva de los predios necesarios para la ejecución de la respectiva Unidad. Para los efectos de este Contrato, se entenderá que un Predio ha sido adquirido cuando (i) en el folio de matrícula inmobiliaria aparezca la anotación de que el propietario es la ANI, libre de gravámenes y limitaciones al dominio y (ii) se ha pagado el valor del Avalúo Comercial Corporativo al propietario y, en los casos que resulte procedente, ha cancelado el valor de las Compensaciones Socioeconómicas. Es responsabilidad del Concesionario mantener indemne a la ANI por la existencia de demandas por daños y perjuicios en predios-aledaños a la vía con motivo del desarrollo de las obras.

7.2    Recursos para la Adquisición de Predios y Compensaciones Socioeconómicas

(a)    El Concesionario aportará los recursos para la adquisición de los Predios y las Compensaciones Socioeconómicas, mediante el traslado de los recursos necesarios a la Subcuenta Predios. Los recursos de la Subcuenta Predios serán utilizados única y exclusivamente para los pagos a los propietarios de los Predios y para la aplicación del Plan de Compensaciones Socioeconómicas. Los demás gastos asociados a la Gestión Predial serán asumidos por el Concesionario, a su cuenta y riesgo. La Fiduciaria, en su condición de vocera del Patrimonio Autónomo efectuará los pagos a los propietarios de los Predios, previa instrucción del Concesionario. Una vez verificada la adquisición del ciento por ciento (100%) de los Predios del Proyecto y ejecutado en su totalidad el Plan de Compensaciones Socioeconómicas, el remanente de los recursos de la Subcuenta Predios será distribuido entre el Concesionario y la ANI en una proporción sesenta/cuarenta respectivamente, siempre que: (i) más del ochenta por ciento (80%) de los Predios se hayan adquirido por enajenación voluntaria ya sea durante el proceso de expropiación o antes, y (ii) no se hubieren requerido aportes adicionales de la ANI conforme se establece en la Sección (c) siguiente; de no ser el caso, no habrá distribución y la ANI será la beneficiaria de la totalidad de los recursos remanentes. Los remanentes a favor de la ANI, se trasladarán a la Subcuenta Excedentes ANI.

(b)    El Concesionario deberá verificar antes de efectuar las ofertas formales de compra de Predios, que existe en la Subcuenta Predios, una disponibilidad del ciento por ciento (100%) del valor de los avalúos comerciales ofertados y de las Compensaciones Socioeconómicas.

(c)    Si el Valor Estimado de Predios y Compensaciones Socioeconómicas llegare a ser insuficiente para completar los pagos a los propietarios de los Predios y para la aplicación del Plan de Compensaciones Socioeconómicas, los recursos adicionales serán aportados de la siguiente manera:

        (i)    Entre el cien por ciento (100%) y el ciento veinte por ciento (120%) inclusive, el Concesionario asumirá en su totalidad los costos adicionales al Valor Estimado de Predios y Compensaciones Socioeconómicas.

        (ii)   Superior al ciento veinte por ciento (120%) y hasta el doscientos por ciento (200%) inclusive, el Concesionario aportará el treinta por ciento (30%) y la ANI el setenta por ciento (70%).

        (iii)  Superior al doscientos por ciento (200%) será a cargo de la ANI.

(d)    La totalidad de los montos a cargo de la ANI, de conformidad con lo previsto en la Sección 7.2(c) anterior, previa aprobación de la ANI, serán aportados por el Concesionario y reembolsados por la ANI, conforme al siguiente procedimiento:





(i)  El Concesionario deberá presentar, para aprobación de la Interventoría y de la ANI, una cuenta de cobro bimestral en la cual conste el valor de lo aportado por el Concesionario en dicho bimestre.

(ii)  La cuenta de cobro deberá ser validada y verificada por la Interventoría, para asegurarse que los desembolsos hechos por el Concesionario por montos a cargo de la ANI, correspondan estrictamente a los fines que este Contrato prevé para la Subcuenta Predios y que la Gestión Predial se ha desarrollado de conformidad con lo señalado en este Contrato, en particular en el Apéndice Técnico 7. La Interventoría deberá pronunciarse dentro de un término no superior a diez (10) Días, desde la presentación de la cuenta de cobro por parte del Concesionario.

(iii)  Una vez aprobada la cuenta de cobro por la Interventoría, la ANI dispondrá de un término máximo de diez (10) Días para aprobar la cuenta de cobro. Dentro de este término, si no tiene objeciones, y de conformidad con las normas presupuestales vigentes, la ANI deberá entregarle al Concesionario un documento en el que conste de manera expresa exclusivamente lo siguiente: 1) Que se han cumplido todas las condiciones contractuales para que surja el derecho del Concesionario para obtener el reembolso de los recursos aportados por el Concesionario durante el bimestre correspondiente y que, de acuerdo con la Sección 7.2(c) anterior son a cargo de la ANI, 2) El valor exacto del capital del monto a reembolsar, 3) La fecha precisa en que se empezarán a causar intereses remuneratorios y la tasa aplicable (tasa que deberá corresponder a la pactada en la Sección 3.6 de esta Parte General), 4) La fecha precisa en que se empezarán a causar intereses moratorios y la tasa aplicable (tasa que deberá corresponder a la pactada en la Sección 3.6 de esta Parte General), y 5) el reconocimiento expreso de que, en cumplimiento de lo previsto en el presente Contrato, la ANI pagará tanto el capital como los intereses, de causarse estos.

(iv)  La ANI cumplirá con la obligación aquí prevista con los recursos disponibles en el Fondo de Contingencias. En el evento en que no se encuentren situados recursos para atender la obligación en el Fondo de Contingencias o los mismos sean insuficientes, procederá el traslado de recursos de la Subcuenta Excedentes ANI. Si no es posible el traslado de los recursos por ser insuficientes, la ANI deberá incluir en su propio presupuesto los recursos necesarios, previo el agotamiento de los requisitos de Ley y el cumplimiento de la Ley Aplicable. En todos estos casos, las tasas y plazos para la causación de intereses remuneratorios y moratorios, serán los establecidos en la Sección 3.6 de esta Parte General.

(v)  Si la ANI no aprueba la cuenta de cobro en los términos aquí previstos y/o no expide el documento al que se refiere la Sección 7.2(d)(iii) anterior, se entenderá suspendida la obligación del Concesionario de seguir haciendo

desembolsos por los montos que son a cargo de la ANI, hasta tanto se apruebe la cuenta de cobro y se expida el documento correspondiente.

(vi) De igual manera, si la ANI no reembolsa cualquiera de los montos aportados por el Concesionario en cumplimiento de lo previsto en esta Sección 7.2(d) con anterioridad a la causación de intereses de mora de conformidad con la Sección 3.6(b), también se entenderá suspendida la obligación del Concesionario de seguir haciendo desembolsos por los montos que son a cargo de la ANI, hasta tanto la ANI reembolse –junto con sus intereses– la totalidad de los montos en mora.

(vii) Las discrepancias relacionadas con la aprobación de la cuenta de cobro serán resueltas por el Amigable Componedor a solicitud de cualquiera de las Partes.

(e)     El Concesionario deberá informar a la ANI y al Interventor inmediatamente se haya ejecutado el 90% del Valor Estimado de Predios y Compensaciones Socioeconómicas.

## 7.3    Disposiciones Especiales para el Procedimiento de Adquisición Predial

Los procedimientos de adquisición predial son los que se estipulan en el Apéndice Técnico 7.

## 7.4    Fuerza Mayor Predial

(a)     Se entenderá que ha ocurrido un Evento Eximente de Responsabilidad ("Fuerza Mayor Predial") cuando se presente cualquiera de los siguientes eventos:

(i) En el caso en que de conformidad con lo previsto en el Apéndice Técnico 7 proceda la expropiación por vía judicial, si transcurrieren noventa Días (90) Días contados desde la admisión de la demanda sin que se haya conseguido la entrega de(los) Predio(s) por parte de(los) propietario(s) (los "Predios Faltantes"), y: (i) siempre que dicha situación no se deba a causas imputables al Concesionario; y (ii) la entrega de dichos Predios Faltantes sea necesaria para A) concluir una Unidad Funcional, o B) completar el porcentaje de Predios exigido en este Contrato como prerrequisito para iniciar las Intervenciones de una determinada Unidad Funcional.

(ii) En el caso en que de conformidad con lo previsto en el Apéndice Técnico 7 proceda la expropiación por vía administrativa, si transcurrieren ciento ochenta Días (180) Días contados desde la ejecutoria del acto administrativo que decide la expropiación, sin que se haya conseguido la entrega de los Predios Faltantes, y: (i) siempre que dicha situación no se deba a causas imputables al Concesionario; y (ii) la entrega de dichos Predios Faltantes sea necesaria para



A) concluir una Unidad Funcional, o B) completar el porcentaje de Predios exigido en este Contrato como prerrequisito para iniciar las Intervenciones de una determinada Unidad Funcional.

(iii) Ocurran las circunstancias previstas en el Apéndice Técnico 8, identificadas en dicho Apéndice como generadoras de Fuerza Mayor Predial.

(b) Ocurrida una Fuerza Mayor Predial, la ANI procederá a revisar el alcance de la Unidad Funcional respectiva a fin de eliminar de la misma las obras asociadas al(los) Predio(s) Faltante(s), o modificar el trazado, entre otras opciones, procurando que se mantengan los requisitos previstos en la Ley para que la Unidad Funcional siga siéndolo.

(c) El valor de la Retribución correspondiente a la Unidad Funcional afectada se recalculará para reflejar las modificaciones realizadas, en la medida en que se está ante un Evento Eximente de Responsabilidad, para lo cual la ANI podrá usar como referencia la Información Financiera. En caso de desacuerdo entre las Partes se acudirá al Amigable Componedor.

(d) Si la Unidad Funcional no puede ser redefinida por cuenta de los Predios Faltantes, también se considerará como Fuerza Mayor Predial y se suspenderá la ejecución de las Intervenciones de dicha Unidad Funcional hasta la obtención de los Predios Faltantes. En este caso, se podrá aplicar lo previsto en la Sección 14.1 de esta Parte General, de cumplirse con las condiciones previstas en dicha Sección.

(e) Tan pronto el(los) Predio(s) Faltante(s) sean entregados al Concesionario, éste deberá concluir las obras que hagan falta, dentro del plazo acordado con el Interventor.

(f) De ser el caso se aplicará lo previsto en la Sección 14.2(h) de esta Parte General.

(g) Si la Fuerza Mayor Predial genera la necesidad de adquirir Predios adicionales, el riesgo de los costos asociados a dicha adquisición, se manejará de conformidad con lo previsto en la Sección 7.2 de esta Parte General.

**CAPÍTULO VIII     ETAPA PREOPERATIVA - GESTIÓN SOCIAL Y AMBIENTAL,
REDES, OTROS**

8.1     Gestión Social y Ambiental

(a)     La Gestión Social y Ambiental requeridas para la ejecución de las Intervenciones
estará a cargo del Concesionario quien desarrollará dicha labor atendiendo en un
todo la distribución de obligaciones y responsabilidades establecidas en los
Apéndices Técnicos 6 y 8 del presente Contrato, de conformidad con la ley 99 de
1993 y sus decretos reglamentarios, y demás normas concordantes y vigentes en la
materia, así como la Constitución Política de Colombia –y las normas que la
desarrollen– en lo relativo a consultas con comunidades indígenas y afro-
descendientes, de acuerdo con la Ley Aplicable.

(b)     Para iniciar las Intervenciones en una Unidad Funcional, el Concesionario deberá
contar con la Licencia Ambiental y/o Programa de Adaptación de la Guía de Manejo
Ambiental - PAGA, y los demás permisos, licencias y concesiones de carácter
ambiental, según aplique a cada Unidad Funcional.

(c)     Las Compensaciones Ambientales deberán ser realizadas por el Concesionario, con
cargo a los recursos que a continuación se establecen:

   (i)     Las Compensaciones Ambientales estarán a cargo del Concesionario para lo
   cual contará con los recursos de la Subcuenta Compensaciones Ambientales.
   Los recursos de la Subcuenta Compensaciones Ambientales serán utilizados
   única y exclusivamente para la asunción de las Compensaciones Ambientales.
   Los demás gastos asociados a la Gestión Social y Ambiental serán asumidos
   por el Concesionario, a su cuenta y riesgo. Al finalizar la ejecución de las
   Compensaciones Ambientales, el remanente de los recursos de la Subcuenta
   Compensaciones Ambientales, de haberlo, será distribuido entre el
   Concesionario y la ANI en una proporción sesenta/cuarenta respectivamente.
   Los remanentes a favor de la ANI, serán transferidos a la Subcuenta
   Excedentes ANI.

   (ii)     Si el Valor Estimado de Compensaciones Ambientales llegare a ser
   insuficiente para cumplir con las Compensaciones Ambientales, los recursos
   adicionales serán aportados de la siguiente manera:

      (1)  –     Entre el cien por ciento (100%) y hasta el ciento veinte por ciento
      (120%) inclusive, el Concesionario asumirá en su totalidad los
      costos adicionales al Valor Estimado para Compensaciones
      Ambientales.

(2)      Superior al ciento veinte por ciento (120%) y hasta el doscientos por ciento (200%) inclusive, el Concesionario aportará el treinta por ciento (30%) y la ANI el setenta por ciento (70%).

(3)      Superior al doscientos por ciento (200%) será a cargo de la ANI.

(iii)  La totalidad de los montos a cargo de la ANI, de conformidad con lo previsto en la Sección 8.1(c)(ii) anterior, serán aportados por el Concesionario y reembolsados por la ANI, para lo cual se aplicará *mutatis mutandi* el mismo procedimiento previsto en la Sección 7.2(d) de esta Parte General.

(iv)  El Concesionario deberá informar a la ANI y al Interventor inmediatamente se haya ejecutado el 90% del Valor Estimado para Compensaciones Ambientales.

(d)    Además de las disposiciones especiales señaladas en el Apéndice Técnico 6, el Concesionario deberá tener en cuenta que, en la solicitud que se efectúe ante la Autoridad Ambiental para la obtención de cualquier licencia, permiso o concesión ambiental, la ANI tendrá derecho (para lo cual el Concesionario deberá informarle con al menos diez Días Hábiles de anticipación al inicio del trámite) de hacerse partícipe del trámite como tercero interviniente de manera que se le notifiquen todas las actuaciones de dicha Autoridad y pueda interponer los recursos de ley en caso de no estar de acuerdo con la decisión. La intervención de la ANI en este trámite se coordinará, en lo posible, con el Concesionario. Sin embargo, en el caso que se trate del trámite de Licencia Ambiental, de ser dicha licencia requerida, la ANI podrá unilateralmente tomar decisiones encaminadas a la obtención de la Licencia Ambiental, siempre que previamente se adelanten los trámites correspondientes para efectos de que quede en cabeza suya el trámite.

(e)    Fuerza Mayor Ambiental. Habrá Fuerza Mayor Ambiental si ocurriese cualquiera de los siguientes eventos:

(i)    Transcurriere más de un ciento cincuenta por ciento (150%) adicional del tiempo máximo establecido por la Ley Aplicable para la expedición de la Licencia Ambiental –en caso de requerirse dicha Licencia–, contados a partir de la radicación del Estudio de Impacto Ambiental por el Concesionario (o de la última complementación de dicho estudio, si es que la Autoridad Ambiental requiere complementaciones por parte del Concesionario), sin que la Autoridad Ambiental otorgue la Licencia Ambiental, o

(ii)   Si de acuerdo con la Ley Aplicable la consulta previa con comunidades fuere necesaria para ejecutar el Proyecto, y transcurrieren más de trescientos sesenta (360) Días contados desde la primera convocatoria –formulada de conformidad con lo previsto en la Ley Aplicable– a la comunidad afectada por el Proyecto, sin que se hubiere logrado culminar el procedimiento de consulta previa.



(iii) La Fuerza Mayor Ambiental será aplicable siempre que las situaciones descritas en las Secciones 8.1(e)(i) y 8.1(e)(ii) anteriores no se deban a causas imputables al Concesionario. Para estos efectos, el Concesionario presentará un informe describiendo las causas de Fuerza Mayor, adjuntando los respectivos soportes documentales que den cuenta de la suficiencia de sus actuaciones. Cualquier controversia sobre la ocurrencia o no de una Fuerza Mayor Ambiental será dirimida por el Amigable Componedor.

(iv) De ocurrir una Fuerza Mayor Ambiental, se revisará el Plan de Obras de la respectiva Unidad Funcional, procurando en lo posible no afectar la ejecución de las demás Unidades Funcionales ni el Plan de Obras del resto del Proyecto.

(v) En los eventos de Fuerza Mayor Ambiental las Intervenciones iniciaran en las respectivas Unidades Funcionales una vez hayan sido obtenidas las Licencias Ambientales respectivas. Se reconocerán los costos directos de la suspensión en los términos de la Sección 14.2(h).

(vi) Tan pronto sea emitida la Licencia Ambiental, el Concesionario deberá iniciar las Intervenciones de la Unidad Funcional respectiva y culminarlas dentro del plazo acordado (según la revisión del Plan de Obras a que se refiere la Sección (iv) anterior), y una vez concluidas se empezará a causar la Retribución asociada a la Unidad Funcional correspondiente en los términos y condiciones previstos en el presente Contrato.

(vii) Si la Fuerza Mayor Ambiental genera la necesidad de realizar erogaciones adicionales bajo los conceptos señalados en la Sección 1.30 de esta Parte General, el riesgo de dichos costos se manejará de conformidad con lo previsto en la Sección 8.1(c) de esta Parte General.

(f)    Si la Autoridad Ambiental sujeta el trámite y/o el otorgamiento de la Licencia Ambiental a modificaciones en los Estudios de Trazado y Diseño Geométrico o a la ejecución de obras no previstas en el Apéndice Técnico 1, se procederá como sigue, siempre que la condición impuesta por la Autoridad Ambiental no se deba a causas imputables al Concesionario:

(i)    La ANI asumirá el sobrecosto (entendido como la diferencia entre el costo de las obras no previstas y el de las obras previstas en este Contrato) que se derive de la decisión en firme de la Autoridad Ambiental, previo acuerdo entre el Interventor, el Supervisor de la ANI y el Concesionario sobre el valor del sobrecosto (y/o sobre el impacto en el Plan de Obras cuando aplique). Para estos efectos, previa aprobación del Interventor y de la ANI, el Concesionario pagará los sobrecostos respectivos y la ANI reembolsará al Concesionario lo que corresponda, para lo cual se aplicará *mutatis mutandi* el mismo procedimiento previsto en la Sección 7.2(d) de esta Parte General.



(ii) Si las Partes no logran ponerse de acuerdo en el valor de los sobrecostos a que se refiere la Sección (i) anterior, dentro de un plazo máximo de sesenta (60) Días contados a partir de la Notificación que haga una Parte a la otra acerca del inicio de la fase negocial, se podrá acudir al Amigable Componedor. Lo anterior, sin perjuicio de que a solicitud de una de las Partes se llame al Amigable Componedor desde el inicio de la revisión de costos adicionales.

(g) Si ha ocurrido una Fuerza Mayor Ambiental y a pesar de la debida diligencia del Concesionario, la Autoridad Ambiental no otorga la Licencia Ambiental o si, a juicio de la ANI, efectuar las modificaciones y/o obras adicionales de que trata la Sección (f) anterior, exigidas por la Autoridad Ambiental, resulta demasiado oneroso para la ANI, las Partes de buena fe revisarán el alcance del Contrato para determinar si resulta viable eliminar la Unidad Funcional que no cuenta con Licencia Ambiental del Proyecto (hecho que deberá contar con el visto bueno de los Prestamistas) o si se puede modificar el alcance de las Intervenciones –en todos estos casos previo recálculo de la Retribución que refleje las modificaciones realizadas, recálculo que se hará por el mutuo acuerdo de las Partes o por el Amigable Componedor. Si no es viable modificar el alcance del presente Contrato, cualquiera de las Partes podrá solicitar la Terminación Anticipada del Contrato.

(h) Si, con posterioridad a la obtención de la Licencia Ambiental –cuando ella se requiera–, la Autoridad Ambiental exige la ejecución de obras y/o actividades no previstas en el Apéndice Técnico 1, ni en la Licencia Ambiental, se aplicará lo previsto en la Sección 8.1(f) anterior.

8.2  Redes

(a) Conforme a lo señalado en el presente Contrato, el Concesionario deberá efectuar un inventario de las Redes que se encuentren dentro del Corredor del Proyecto antes de cualquier Intervención, durante la Fase de Preconstrucción, inventario que constará en un acta debidamente suscrita por las Partes y el Interventor. Además de la información que debe recabarse de las entidades que puedan ser titulares de dichas Redes, el Concesionario deberá realizar sondeos y adoptar otros procedimientos que, de acuerdo con el estado de la técnica, le permitan identificar la real existencia de Redes que puedan ser afectadas por las Intervenciones.

(b) Al momento de efectuar los Estudios de Trazado y Diseño Geométrico, el Concesionario deberá analizar la pertinencia de afectar Redes existentes aplicando los criterios previstos en el artículo 47, numeral 1, de la ley 1682 de 2013.

(c) El Concesionario deberá asumir los costos del traslado o protección de las Redes (salvo cuando dichos costos deban ser asumidos por los titulares de las Redes o por otro tercero, de conformidad con cualquier convenio suscrito entre ANI y dicho tercero o de conformidad con la Ley Aplicable), mediante el traslado de los recursos necesarios al Patrimonio Autónomo (Cuenta Proyecto- Subcuenta Redes). Se estima

que el valor del traslado o protección de las Redes corresponde a la suma que se indica en la Parte Especial, (el "Valor Estimado de Redes") los cuales deberán estar disponibles en la Subcuenta Redes en las fechas previstas también en la Parte Especial. Estos valores se actualizarán con la fórmula de la Sección 3.9(b) de esta Parte General en la fecha de su traslado a la Subcuenta Redes.

(d)    Los recursos de la Subcuenta Redes serán utilizados única y exclusivamente para el traslado o protección de Redes que adelante el Concesionario necesarios para la ejecución del presente Contrato. Al finalizar la Etapa Preoperativa, el remanente de los recursos de la Subcuenta Redes, de haberlo, será distribuido entre el Concesionario y la ANI en una proporción sesenta/cuarenta respectivamente. Los remanentes a favor de la ANI, serán transferidos a la Subcuenta Excedentes ANI. El valor de todas las obras, adquisiciones y demás inversiones y gastos que deban hacerse contra los recursos de la Subcuenta Redes, deberá ser previamente aprobado, para cada caso, por el Interventor, con el fin de verificar que ese valor corresponde a condiciones normales de mercado vigentes para ese momento.

(e)    Si el Valor Estimado de Redes llegare a ser insuficiente, los recursos adicionales serán aportados de la siguiente manera:

(i)    Entre el cien por ciento (100%) y hasta el ciento veinte por ciento (120%) inclusive, el Concesionario asumirá en su totalidad los costos adicionales al Valor Estimado de Redes.

(ii)    Superior al ciento veinte por ciento (120%) y hasta el doscientos por ciento (200%) inclusive, el Concesionario aportará el treinta por ciento (30%) y la ANI el setenta por ciento (70%).

(iii)    Superior al doscientos por ciento (200%) será a cargo de la ANI.

(f)    La totalidad de los montos a cargo de la ANI, de conformidad con lo previsto en la Sección 8.2(e) anterior, serán aportados por el Concesionario y reembolsados por la ANI, para lo cual se aplicará *mutatis mutandi* el mismo procedimiento previsto en la Sección 7.2(d) de esta Parte General.

(g)    El Concesionario deberá informar a la ANI y al Interventor inmediatamente se haya ejecutado el 90% del Valor Estimado de Redes.

(h)    Cuando, conforme al convenio con el titular de la respectiva Red o conforme con la Ley Aplicable, los costos del traslado o protección deban ser asumidos por el titular y éste afirme no contar con los recursos para efectuar el traslado o se niegue a asumir tales costos, se podrá asumir dicho costo con los recursos de la Subcuenta Redes, sin perjuicio del derecho de repetir contra el titular de la Red para reclamar el costo, para lo cual el Concesionario prestará toda su colaboración entregando la información necesaria para hacer la reclamación que será efectuada por la ANI.

(i)    Fuerza Mayor por Redes:

    (i)    Si transcurrieren ciento ochenta (180) Días contados desde la presentación de la solicitud a la que se refiere el artículo 48 de la ley 1682 de 2013, por parte del Concesionario a la empresa titular de las Redes, sin que se haya logrado iniciar las obras de protección, traslado o reubicación de las Redes y siempre que i) el Concesionario demuestre al Interventor que ha adelantado de manera diligente, completa, técnica y adecuada y dentro de los plazos previstos, todos los trámites a cargo del responsable de la infraestructura de transporte, tal y como esos trámites se definen en la norma citada, y ii) que el no inicio de la obras sobre las Redes no se deba a causas imputables al Concesionario, las Partes podrán:

        (1)    Redefinir el Plan de Obras previo concepto de la Interventoría. Una vez redefinido el Plan de Obras, se entenderá que el Concesionario no ha incumplido con la obligación de entregar las Intervenciones en las fechas inicialmente previstas. Tan pronto se efectúe el traslado o protección de las Redes, el Concesionario deberá ejecutar las Intervenciones que hagan falta. En este caso, se podrá aplicar lo previsto en la Sección 14.1 de esta Parte General, de cumplirse con las condiciones previstas en dicha Sección.

        (2)    Redefinir el alcance de las obras. En este caso, el valor de la Retribución correspondiente a la Unidad Funcional afectada se recalculará para reflejar las modificaciones realizadas, en la medida en que se está ante un Evento Eximente de Responsabilidad, para lo cual la ANI podrá usar como referencia la Información Financiera. En caso de desacuerdo entre las Partes se acudirá al Amigable Componedor.

    (ii)    Si, durante la Fase de Construcción, aparecen Redes que no pudieron ser identificadas en el inventario que debe realizar el Concesionario de conformidad con la Sección 8.2(a) de esta Parte General, se entenderá que ha ocurrido una Fuerza Mayor por Redes, siempre que la Interventoría certifique que la no identificación no le es imputable al Concesionario.

    (iii)    Cuando ocurra una Fuerza Mayor por Redes, de ser el caso, se aplicará lo previsto en la Sección 14.2(h) de esta Parte General.

    (iv)    Si la Fuerza Mayor por Redes genera la necesidad de incurrir en costos adicionales para el traslado o protección de las Redes, el riesgo de dichos costos, se manejará de conformidad con lo previsto en las Secciones 8.2(c), 8.2(d), 8.2(e), 8.2(f), 8.2(g) y 8.2(h) de esta Parte General.

(v) Cualquier conflicto que surja con ocasión de la aplicación de la presente Sección 8.2(i) podrá ser llevado al Amigable Componedor.

8.3    Implementación de nuevas tecnologías para recaudo electrónico de Peajes

En cualquier momento de ejecución del Contrato, el Concesionario deberá implementar el protocolo tecnológico para recaudo electrónico de Peajes que llegare a indicar la ANI. En el caso en que esa implementación implique costos adicionales a los que corresponden a las obligaciones a cargo del Concesionario relacionadas con la adopción de tecnologías de recaudo previstas en este Contrato, particularmente en el Apéndice Técnico 2, la ANI asumirá los costos adicionales que implique este cambio. Para tal fin, la ANI atenderá su obligación con cargo al Fondo de Contingencias, de ser viable. En su defecto, con los recursos disponibles en la Subcuenta Excedentes ANI y, finalmente, a través de recursos de su presupuesto, previo el cumplimiento de los requisitos previstos para ello en la Ley Aplicable. Si como consecuencia de la implementación del cambio del protocolo tecnológico, se generan ahorros en los costos a cargo del Concesionario la ANI accederá al beneficio causado, mediante el mecanismo que las Partes acuerden. Cualquier controversia relacionada con el monto de los mayores o menores costos y/o la forma de su reconocimiento será resuelta por el Amigable Componedor.

8.4    Construcción de túneles

En caso de que el Proyecto incluya túneles aplicará lo dispuesto en la Parte Especial.



## CAPÍTULO IX    ETAPA DE OPERACIÓN Y MANTENIMIENTO Y ETAPA DE REVERSIÓN

9.1    Condiciones Precedentes para el Inicio de la Etapa de Operación y Mantenimiento

(a)    La Etapa de Operación y Mantenimiento iniciará con la suscripción de la última Acta de Terminación de Unidad Funcional.

(b)    Sin perjuicio de lo anterior, y en los términos del Apéndice Técnico 2, desde la entrega del Proyecto en la Etapa Preoperativa, el Proyecto deberá ser Operado y Mantenido por el Concesionario, en los términos del Apéndice Técnico 2.

9.2    Obligaciones principales del Concesionario durante la Etapa de Operación y Mantenimiento

(a)    Operar, mantener, prestar los servicios, mantener la transitabilidad y el nivel de servicio y los estándares de calidad previstos en el Contrato y en general, operar el Proyecto dentro de los parámetros establecidos en el Manual de Operación y Mantenimiento, en el Contrato y Apéndices, y especialmente según lo previsto en el Apéndice Técnico 2.

(b)    Mantener y reponer, en los términos señalados en el Apéndice Técnico 2, los equipos de pesaje, el software y el hardware, los equipos de comunicaciones, y los vehículos aportados por el Concesionario. En ningún caso el cumplimiento de esta obligación estará sujeta a la previa entrega o recuperación de los bienes que deban ser sustituidos.

(c)    Presentar los informes exigidos en este Contrato.

(d)    Presentar la información correspondiente, con la periodicidad que se señala en la Parte Especial y de acuerdo con los formatos que entregará previamente la ANI para el reporte y seguimiento de actividades relacionadas con eventos por cambio climático. Los reportes que deba presentar el Concesionario antes de que la ANI le haga entrega de los formatos correspondientes serán presentados con el formato que el Concesionario adopte para estos efectos.

(e)    Implementar las acciones establecidas en los Apéndices Técnicos 6 y 8 y las medidas ambientales y sociales definidas en el Estudio de Impacto Ambiental, el Plan de Manejo Ambiental y Social, la Licencia Ambiental y demás Licencias y Permisos, para la Etapa de Operación y Mantenimiento, con los requerimientos impuestos por las Autoridades Ambientales para esta etapa y preparar todos los estudios que le solicite la Autoridad Ambiental.



(f)    En caso de ser necesario, tramitar, por su cuenta y riesgo, ante la Autoridad Gubernamental y/o la Autoridad Ambiental y obtener todos las Licencias y Permisos, Licencias Ambientales, autorizaciones y concesiones para el uso y aprovechamiento de recursos naturales y para las zonas de depósito de material.

(g)    En los casos en que se requiera, por efectos de emergencias ocasionadas en el Corredor del Proyecto, y exista la justificación de orden técnico, adelantar la adquisición de Predios, aplicando –en lo que correspon d a- los procedimientos establecidos en el CAPÍTULO VII de esta Parte General y en el Apéndice Técnico 7. Lo anterior, siempre que la ANI cuente con los recursos necesarios de manera previa.

(h)    Evitar la revocatoria, por causas que le sean imputables, de cualquiera de las Licencias y Permisos o cualquiera otra aprobación gubernamentales requeridas para la ejecución del Contrato.

(i)    En caso de que durante la Etapa de Operación y Mantenimiento sea necesario adelantar nuevas Intervenciones por razones no imputables al Concesionario, el Concesionario deberá dar aplicación, en lo que corresponda, a lo previsto en la Sección 8.2. Lo anterior, siempre que la ANI cuente con los recursos necesarios para el traslado y/o protección de las Redes, de manera previa al inicio de la ejecución de las nuevas Intervenciones.

(j)    Pagar las Multas pactadas en el Contrato o aceptar los Descuentos de estas Multas de los saldos a su favor, cuando éstas se causen de conformidad con lo señalado en el Contrato.

(k)    Suscribir las diversas actas e informes previstos en el Contrato y sus Apéndices, conjuntamente con el Supervisor de la ANI y/o con el Interventor de acuerdo con lo previsto en el Contrato y sus Apéndices.

(l)    Cooperar con los empleados, asesores o agentes que determine la ANI, con el Interventor, con otros contratistas que desarrollen obras en la zona de influencia del Proyecto y con los entes de control, para que realicen actividades de estudio, análisis o inspección de la ejecución del Contrato y para las demás funciones que les correspondan; para lo cual, entre otras, deberá entregar toda la información, razonablemente requerida, relativa a la ejecución del Contrato.

(m)    Presentar a la ANI y al Interventor los estados financieros auditados del Concesionario y del Patrimonio Autónomo, a 31 de diciembre y de 30 de junio y no auditados en forma trimestral. La auditoría de dichos estados financieros deberá ser efectuada por un auditor externo reconocida reputación que preste sus servicios a nivel internacional, es decir que preste sus servicios de Auditoría en por lo menos dos (2) países diferentes a Colombia. Adicionalmente, deberá mantener en su contabilidad claramente identificados los ingresos y egresos correspondientes a cada Unidad Funcional y deberá presentar a la ANI y al Interventor un informe



mensual (dentro de los primeros quince (15) Días del Mes) suscrito por su auditor sobre los criterios empleados por el Concesionario para contabilizar la acumulación de los ingresos y egresos por Unidad Funcional.

(n)    Colaborar con las autoridades de tránsito en el diseño y puesta en marcha de programas y proyectos de planes de educación vial y de seguridad vial.

(o)    Salir en defensa jurídica de los bienes que conforman la infraestructura vial y de los derechos que se le han conferido, especialmente la defensa y protección del Corredor del Proyecto y la protección de la destinación legal de las Fajas, implementando a su costo todas las medidas necesarias para la debida vigilancia y protección del corredor que se le ha entregado y dando los avisos correspondientes de manera oportuna a las autoridades locales respectivas, colaborando y acordando con éstas el soporte logístico requerido para cumplir con estas finalidades.

(p)    Participar con el Interventor en la revisión de los Indicadores con la periodicidad y conforme al procedimiento señalado en el Apéndice Técnico 4.

(q)    Con fundamento en lo previsto en el artículo 7 de la Resolución 237 del 20 de agosto de 2010 expedida por la Contaduría General de la Nación (o las normas que la modifiquen, complementen o sustituyan), remitir a la ANI dentro de los quince (15) Días siguientes al periodo objeto de reporte los Formatos Fm 112 A (inversión privada), Fm 57 (ejecución de recursos) y Fm 112 B (Recaudo de Peaje y valor de Mantenimiento) y demás formatos que solicite la Contaduría o se requieran de conformidad con la Ley Aplicable, debidamente diligenciados y suscritos.

(r)    Llevar y mantener actualizado un registro sobre las actividades y gestiones efectuadas ante la Autoridades Gubernamentales que sean necesarias para el cumplimiento de las obligaciones a su cargo contenidas en el presente Contrato. Este registro podrá ser consultado por la ANI y/o el Interventor en cualquier momento, para lo cual darán aviso al Concesionario con dos (2) Días Hábiles de antelación a la fecha de la consulta.

(s)    Actualizar anualmente el Inventario de Activos de la Concesión y enviar tal actualización a la ANI dentro de los primeros tres (3) Meses de cada año.

(t)    Implementar el manual de buen gobierno corporativo y los planes de responsabilidad ambiental y social y el plan de contingencia y emergencia.

(u)    Obtener y mantener en vigor las garantías de que trata el CAPÍTULO XII de esta Parte General.

(v)    El Concesionario deberá además cumplir con todas las demás obligaciones correspondientes a esta Etapa de Operación y Mantenimiento que se encuentren incluidas en los diferentes Apéndices, y en las demás Secciones y Capítulos del Contrato.



9.3    Obligaciones principales de la ANI durante la Etapa de Operación y Mantenimiento

(a)    Efectuar las traslados de recursos al Patrimonio Autónomo, que le correspondan de conformidad con el Contrato.

(b)    Realizar los aportes que correspondan al Fondo de Contingencias en los términos y condiciones aprobados por el Ministerio de Hacienda y Crédito Público.

(c)    Suscribir, conjuntamente con el Interventor y el Concesionario, las actas e informes previstos en el Contrato.

(d)    Controlar, directamente o a través del Interventor el cumplimiento de las obligaciones derivadas del Contrato.

(e)    Participar, a través de la Interventoría, en la revisión de cumplimiento de Indicadores que se efectúe en los términos del Apéndice Técnico 4. La ANI podrá hacer directamente las verificaciones que considere necesarias sobre el cumplimiento de Indicadores.

(f)    Reconocer al Concesionario las Diferencias de Recaudo a los Años 8, 13 y 18 de conformidad con lo dispuesto en la Secciones 3.4(b) y 3.4(c) de esta Parte General.

(g)    Las demás previstas en el Contrato, sus Anexos y Apéndices.

9.4    Mantenimiento de las Intervenciones e Indicadores

(a)    Durante la Etapa de Operación y Mantenimiento el Concesionario mantendrá las Intervenciones ejecutadas durante la Fase de Construcción y las demás obras y bienes del Proyecto de tal manera que cumplan siempre con los Indicadores y demás obligaciones especificadas para esta etapa en los Apéndices Técnicos 2 y 4 del presente Contrato.

(b)    El Interventor verificará el cumplimiento de las Obras de Mantenimiento con lo previsto en el Apéndice Técnico 2 y en particular verificará el cumplimiento de los Indicadores conforme a lo previsto en el Apéndice Técnico 4.

(c)    Todas las obras y actividades que deba ejecutar el Concesionario durante la Etapa de Operación y Mantenimiento para asegurar el cumplimiento de los Indicadores y demás obligaciones contenidas en este Contrato –en especial en el Apéndice Técnico 4–, sin importar su magnitud, serán por cuenta y riesgo exclusivo del Concesionario, salvo cuando se establezcan, de manera expresa en este Contrato, cubrimientos de riesgos a cargo de la ANI.



9.5    Manual de Operación y Mantenimiento

(a)    Dentro de los treinta (30) Días siguientes a la Fecha de Inicio, el Concesionario deberá entregar al Interventor el Manual de Operación y Mantenimiento que cumpla con los términos del Apéndice Técnico 2 del Contrato.

(b)    El Interventor tendrá un término de catorce (14) Días para revisarlo y sugerir al Concesionario modificaciones tendientes a que los procedimientos allí contenidos sean adecuados para obtener los resultados previstos en el Apéndice Técnico 2. Si el Interventor no se pronuncia dentro de este término se entenderá que no tiene objeciones al Manual de Operación y Mantenimiento.

(c)    Si el Interventor tiene comentarios a dicho manual, le otorgará un plazo razonable al Concesionario para que haga los ajustes correspondientes. En la segunda verificación el Interventor no podrá pronunciarse sobre asuntos adicionales. Esta verificación se hará en siete (7) Días.

(d)    El Concesionario bajo su propia responsabilidad podrá acoger o no las recomendaciones que le efectúe el Interventor pero en ningún caso se eximirá de responsabilidad, si la aplicación del Manual de Operación y Mantenimiento no es suficiente para la obtención de los resultados previstos en el Apéndice Técnico 2.

(e)    Aunque el cumplimiento del Manual de Operación y Mantenimiento es obligatorio para el Concesionario, ello no lo exime del cumplimiento de ninguna de las obligaciones de resultado previstas en este Contrato y sus Apéndices, por lo cual dicho Manual debe ser complementado y/o corregido por propia iniciativa del Concesionario o por solicitud de la ANI o el Interventor cuando se advierta que el mismo no contempla todos los mecanismos necesarios para el cumplimiento de dichas obligaciones de resultado.

9.6    Alcance de las Obras de Mantenimiento

(a)    Durante la Etapa de Operación y Mantenimiento, las Obras de Mantenimiento deberán ser ejecutadas por el Concesionario cumpliendo puntualmente con los resultados señalados en el Apéndice Técnico 2, con los Indicadores y con todas las demás obligaciones previstas en el Contrato.

(b)    Las obligaciones del Concesionario incluirán la reparación o arreglo de todos los daños en las Intervenciones ejecutadas por el Concesionario que se lleguen a presentar con posterioridad a la suscripción de cada una de las Actas de Terminación de Unidad Funcional.

(c)    Por estas actividades de reparación o arreglo de daños, el Concesionario no cobrará valor adicional alguno a la Retribución.



9.7    Etapa de Reversión

(a)    Al día siguiente de la Fecha de Terminación de la Etapa de Operación y Mantenimiento, o de la declaratoria de Terminación Anticipada del Contrato, el Concesionario y el Interventor deberán iniciar la verificación final del Proyecto con el fin de proceder a la Reversión.

(b)    Sin perjuicio de la obligación que le asiste al Concesionario en cuanto a la ejecución de las Intervenciones, las obligaciones de Operación y las Obras de Mantenimiento a que se refiere el Contrato, se entenderá que la ANI se hará propietario de las obras que conforman el Proyecto al momento de su ejecución, incluyendo además, pero sin limitarse, las Estaciones de Peaje y de Pesaje, junto con la totalidad de los bienes muebles o inmuebles por destinación o adhesión, que se encuentren en las mismas, no obstante lo cual, el Concesionario conservará la mera tenencia para efectos del cumplimiento del Contrato y será por ende responsable de la guarda material y jurídica de tales bienes aquí mencionados que conforman el Proyecto.

(c)    Estos bienes de propiedad de la ANI, y, en general, todos los bienes inmuebles con todas sus anexidades y los equipos, software y demás activos que hacen parte del Proyecto, serán entregados a la ANI, según corresponda, en las condiciones señaladas en el Apéndice Técnico 2 al momento de la terminación de la Etapa de Reversión.

(d)    El procedimiento para la Reversión incluirá:

(i)    Actualización del Inventario de Activos de la Concesión que incluirá todos los bienes inmuebles por adhesión y destinación y en general todos aquellos bienes que (1) hayan sido adquiridos por el Concesionario y se encuentren destinados a las actividades de Operación, lo cual en ningún caso incluirá maquinaria de construcción; (2) hayan sido entregados por la ANI; y (3) que hubieren sido de particulares que hayan sido requeridos por el Proyecto. En todo caso este listado incluirá –como mínimo– el listado de bienes revertibles que aparece en el Apéndice Técnico 2. Así mismo, se verificará que los Predios adquiridos se encuentren libres de toda ocupación ilegal.

(ii)    Un recorrido del Corredor del Proyecto con el Interventor en la cual se dejará constancia de las condiciones técnicas del Proyecto incluyendo la medición de los Indicadores, el estado de los Predios que conforman el Corredor del Proyecto y de las Fajas.

(iii)    El Concesionario deberá actualizar la Memoria Técnica correspondiente a todas las Unidades Funcionales que hacen parte del Proyecto.

(iv)  En el evento en que haya activos en leasing o arriendos de cualquier naturaleza, tales contratos deberán terminarse anticipadamente por el Concesionario (y asumir el costo de tal terminación) de manera que se pueda transferir la propiedad de dichos activos a la ANI.

(v)  En caso de ser necesario, deberán suscribirse las escrituras públicas requeridas para la transferencia de bienes inmuebles y los contratos de transferencia de aquellos muebles sujetos a registro.

(vi)  El Concesionario deberá adelantar todos los trámites tendientes al perfeccionamiento de las transferencias de los bienes muebles e inmuebles.

(vii)  El Concesionario deberá realizar la entrega de los activos relacionados con la Propiedad, Planta y Equipo de acuerdo con el procedimiento contable para el reconocimiento y revelación de hechos relacionados con las propiedades, planta y equipo, contemplado en el Régimen de Contabilidad Pública y en la doctrina contable pública.

(viii)  El Concesionario deberá realizar la entrega de los activos intangibles de acuerdo con el procedimiento contable para el reconocimiento y revelación de los activos intangibles, contemplado en el Régimen de Contabilidad Pública y en la doctrina contable pública.

(ix)  El Concesionario deberá hacer la entrega de los bienes, construcciones e inmuebles que fueron entregados al Concesionario en el momento de la suscripción del Contrato de acuerdo con lo establecido en la Resolución 237 de 2010 de la Contaduría General de la Nación y demás normas que la modifiquen, complementen o sustituyan.

(x)  El Concesionario deberá entregar un avalúo de los activos fijos debidamente actualizado.

(xi)  El Concesionario deberá entregar diligenciados y conciliados con la Interventoría, los formatos fm 57 (aportes estatales), fm 112A (inversión del privado) y fm 112B (Recaudo de Peajes).

(e)  El procedimiento para la Reversión se realizará dentro del Plazo Máximo de la Etapa de Reversión. Concluido el mismo se suscribirá el Acta de Reversión, en la cual se dejará constancia de las condiciones técnicas del Proyecto incluyendo la medición de los Indicadores, del Inventario de Activos de la Concesión actualizado y de todos los demás aspectos del procedimiento de Reversión a los que se refiere la Sección 9.7(d) anterior.

(f)  Durante la Etapa de Reversión, el Concesionario deberá continuar con las labores de Operación y Mantenimiento y tendrá derecho a recibir el porcentaje del Recaudo

de Peaje (%RP₁ o %RP₂, según corresponda) a que se refiere la Sección 3.4(g) de esta Parte General.

(g)     Los Indicadores deberán cumplir con los previstos en el Apéndice Técnico 4 para el recibo del Proyecto.

(h)     El no cumplimiento de los Indicadores previstos para la Reversión o el no cumplimiento de cualquiera otra obligación del Concesionario prevista en este Contrato, para hacer efectiva la Reversión, no retrasará el Plazo Máximo de la Etapa de Reversión, ni impedirá la suscripción del Acta de Reversión. De esos incumplimientos se dejará constancia en dicha Acta. Las sanciones y demás consecuencias que de acuerdo con este contrato y la Ley Aplicable tengan los incumplimientos serán objeto del Acta de Liquidación.

## CAPÍTULO X        SANCIONES Y ESQUEMAS DE APREMIO

10.1  Multas

(a)       Si durante la ejecución del Contrato se generaran incumplimientos del Concesionario, se causarán las Multas que se detallan en la Parte Especial de acuerdo con el procedimiento previsto en la Sección 10.3 siguiente.

(b)       Las Multas a las que se refiere la presente Sección son apremios al Concesionario para el cumplimiento de sus obligaciones y, por lo tanto, no tienen el carácter de estimación anticipada de perjuicios, de manera que pueden acumularse con cualquier forma de indemnización, en los términos previstos en el artículo 1600 del Código Civil.

(c)       El pago o el Descuento de dichas Multas no exonerará al Concesionario de ejecutar o terminar las Intervenciones ni de realizar adecuadamente la Operación y Mantenimiento del Proyecto, ni del cumplimiento de cualquiera de las obligaciones con respecto de las cuales se haya generado la respectiva Multa.

10.2  Plazo de Cura y Pago de las Multas

(a)       El Concesionario contará con un Plazo de Cura para sanear el incumplimiento detectado. Este Plazo de Cura será determinado por el Interventor, previa no objeción del Vicepresidente de Gestión Contractual de la ANI, basado en la gravedad del incumplimiento y el tiempo razonable para remediarlo. En ningún caso el Plazo de Cura podrá exceder un término de sesenta (60) Días.

(b)       El Plazo de Cura se contará desde el Día en que el Interventor o la ANI notifiquen al Concesionario del incumplimiento, vencido el cual, si persiste el incumplimiento la ANI impondrá la Multa desde la fecha en que inició el incumplimiento.

(c)       Si el Concesionario sanea el incumplimiento en el Plazo de Cura, conforme a lo señalado en la Sección 10.2(a) anterior, no se impondrá la Multa correspondiente.

(d)       Vencido el Plazo de Cura sin que el Concesionario haya saneado el incumplimiento se causarán las Multas correspondientes, hasta que el Concesionario sanee el incumplimiento. Si el incumplimiento de que trate persistiese por más tiempo de los



plazos previstos en la Parte Especial, la ANI podrá dar aplicación a la Sección 11.1 sin perjuicio de los derechos de los Prestamistas.

(e)     Las Multas se pagarán o descontarán por parte del Concesionario o de la ANI, respectivamente, en el Mes siguiente al Mes en que haya ocurrido el incumplimiento que dio origen a la imposición de la Multa. Si el Concesionario impugna la imposición de la Multa, el descuento o pago se hará en el Mes siguiente al Mes en que el acto administrativo quede en firme. Si las Multas se imponen durante la Etapa Preoperativa y el Concesionario no hace los pagos, los Descuentos se harán de los siguientes desembolsos de Retribuciones que deba hacer la ANI, en la forma establecida en la Sección 3.5 de esta Parte General.

(f)     De considerarlo procedente, la ANI –a su entera discreción– dará aplicación a lo previsto en el inciso tercero del artículo 17 de la ley 1682 de 2013.

(g)     Llegado el límite máximo total del valor de las Multas que pueden ser impuestas al Concesionario establecido en la Parte Especial, la ANI podrá dar aplicación a la Sección 11.1 de esta Parte General, sin perjuicio de los derechos de los Prestamistas.

10.3  Procedimiento para la imposición de Multas

(a)     El procedimiento para la imposición de Multas corresponderá al señalado en el artículo 86 de la Ley 1474 de 2011 o las normas que lo modifiquen, complementen o sustituyan.

(b)     Este procedimiento se iniciará cuando la ANI o el Interventor verifiquen que existe un incumplimiento que puede llegar a ser generador de una cualquiera de las Multas, y ha transcurrido el Plazo de Cura sin que el Concesionario haya remediado el incumplimiento.

(c)     El acto administrativo mediante el cual se imponga la Multa señalará la fecha de inicio de la causación de la Multa.

(d)     En aplicación de la figura de la compensación, la ANI podrá descontar el valor de las Multas impuestas mediante acto administrativo que esté en firme de cualquier suma que la ANI le adeude al Concesionario.

(e)     La imposición de las Multas no exonera al Concesionario del cumplimiento de las obligaciones pactadas en el presente Contrato.

10.4  Actualización de las Multas

Los valores de las Multas que estén señalados en salarios mínimos legales mensuales vigentes se actualizarán, de acuerdo con la variación del IPC entre el Mes de ocurrencia del hecho

generador de la Multa y el Mes anterior a la fecha en que la misma sea pagada en su totalidad por el Concesionario.

10.5  Cláusula Penal

(a)    En caso de declaratoria de Terminación Anticipada del Contrato por cualquiera de las causales previstas en la Sección 17.2(a) de esta Parte General, se causará una pena pecuniaria a cargo del Concesionario por los montos que se establecen en la Parte Especial, los cuales deberán ser actualizados a la fecha de dicha declaratoria de acuerdo con lo previsto en la Sección 3.9(b).

(b)    El monto de esta Cláusula Penal podrá ser deducido directamente de cualquier saldo adeudado al Concesionario.

## CAPÍTULO XI     CLÁUSULAS EXCEPCIONALES AL DERECHO COMÚN

11.1  Caducidad

(a)     Si se presenta algún incumplimiento de las obligaciones a cargo del Concesionario establecidas en el Contrato, que afecte de manera grave y directa la ejecución del mismo, de manera tal que evidencie que pueda conducir a su paralización o se presentan las causales previstas en las leyes 40 de 1993, 80 de 1993, 418 de 1997 prorrogada por la ley 1421 de 2010, 610 de 2000 y demás normas aplicables, la ANI, por medio de acto administrativo debidamente motivado, podrá decretar la caducidad del Contrato y ordenar su liquidación en el estado en que se encuentre, salvo que los Prestamistas ejerzan su derecho de toma de posesión regulado en la Sección 3.12 de esta Parte General.

(b)     Para efectos de este Contrato, y sin perjuicio de la facultad general consagrada anteriormente y de la necesidad de que se configuren los requisitos previstos en la Ley Aplicable, las Partes entienden que los siguientes son incumplimientos que afectan de manera grave y directa la ejecución del Contrato, y evidencian que puede conducir a su paralización:

(i)     Cuando el Concesionario no corrige los incumplimientos que dan lugar a la aplicación de Multas, dentro del término máximo –contado desde la expiración del Plazo de Cura– que para cada causal de Multa se establece en la Parte Especial.

(ii)     Cuando se llega al límite máximo total del valor de las Multas que pueden ser impuestas al Concesionario, según este límite se señala en la Parte Especial.

(iii)     Cuando se alcanza el límite de Deducciones establecido en la Parte Especial.

(iv)     El incumplimiento no subsanable (que de conformidad con los contratos de crédito sea de tal gravedad que genere la aceleración del crédito respectivo y que, de acuerdo con esos mismos contratos de crédito, de lugar a la aplicación de la toma de posesión establecida en esta Parte General) de las obligaciones del Concesionario frente a sus Prestamistas, a menos que los Prestamistas o un nuevo Concesionario propuesto por ellos, continúe con la ejecución del Contrato, en los términos previstos en la Sección 3.12 de esta Parte General.

(c)     Ocurrida una causal de caducidad, se llevará a cabo el procedimiento previsto en la Sección 10.3 de esta Parte General para garantizar el derecho de defensa del Concesionario.

(d)    Si después de surtido el procedimiento, no se ha desvirtuado la ocurrencia de la causal de caducidad a juicio de la ANI, el Concesionario contará con un plazo de veinte (20) Días Hábiles para corregir el incumplimiento a satisfacción de la ANI o para entregar a la ANI un plan y un cronograma definido para corregir el incumplimiento. Si en ese plazo no se ha corregido el incumplimiento a satisfacción de la ANI o si el plan y el cronograma de corrección presentado no es satisfactorio para la ANI, ésta notificará la ocurrencia del incumplimiento no subsanado a los Prestamistas para efectos de lo previsto en la Sección 3.12 de esta Parte General. Si, de acuerdo con los términos de dicha Sección, los Prestamistas no toman posesión del Proyecto, ya sea por que no manifiestan su voluntad de hacerlo o por que la ANI no aprueba la toma de posesión, la ANI podrá declarar la caducidad de manera inmediata.

(e)    En caso de que la ANI declare la caducidad del Contrato, mediante el respectivo acto administrativo motivado, se procederá a la Reversión del Proyecto, sin que sea procedente plazo adicional alguno para corregir el incumplimiento. Si el Concesionario no hiciera la entrega, la ANI podrá tomar posesión del Proyecto para lo cual levantará un acta en la cual deberá quedar relacionado un inventario de la obra realizada, los equipos y demás elementos dispuestos por el Concesionario, así como los pormenores que se consideren pertinentes. Esta acta estará suscrita por el Supervisor de la ANI, por el Interventor y por un representante del Concesionario, si así lo quisiese. Si fuere del caso, una vez recibido o tomado el Proyecto, la ANI procederá de inmediato a la liquidación del Contrato.

(f)    Una vez ejecutoriada la resolución de caducidad, la ANI hará efectivas las garantías a que hubiese lugar, las Multas pendientes de pago y la Cláusula Penal correspondiente.

11.2  Terminación unilateral

(a)    La ANI podrá decretar la Terminación Anticipada y unilateral del Contrato por las causales y en las condiciones previstas en el artículo 17 de la ley 80 de 1993 o en las normas que lo modifiquen, complementen o substituyan, únicamente durante la Etapa Preoperativa, de conformidad con lo establecido en el artículo 32 de la ley 105 de 1993.

(b)    En el caso que se presente cualquiera de las causales previstas en el artículo 17 de la ley 80 de 1993 se podrá aplicar, en lo pertinente lo previsto en el Contrato, para continuar la ejecución del Proyecto con los Prestamistas o la entidad que ellos designen.

11.3  Otras cláusulas excepcionales al derecho común

(a)    Modificación unilateral: Si fuere necesario introducir variaciones en el Contrato para evitar la paralización o la afectación grave del servicio y previamente las Partes no llegaran al acuerdo respectivo, la ANI mediante acto administrativo debidamente motivado, previo cumplimiento de los requisitos establecidos en la Ley Aplicable, lo modificará mediante la supresión o adición de obras, trabajos, suministros o servicios. Si las modificaciones alteran el Valor del Contrato en un veinte por ciento (20%), o más, el Concesionario podrá renunciar a la continuación de su ejecución. En este evento, la ANI ordenará la liquidación del Contrato y ordenará las medidas del caso para garantizar la terminación de su objeto.

(b)    Interpretación unilateral: si surgieran discrepancias entre las Partes sobre la interpretación de alguna de las estipulaciones del mismo, que puedan conducir a la paralización o a la afectación del servicio, la ANI, si no se lograra acuerdo, previo cumplimiento de los requisitos establecidos en la Ley Aplicable, interpretará en acto administrativo debidamente motivado, las estipulaciones objeto de la diferencia.

## CAPÍTULO XII    GARANTÍAS Y MECANISMOS DE COBERTURA DE RIESGOS

12.1    Garantías como Requisito de Inicio del Contrato y de sus Fases o Etapas

(a)    Como requisito indispensable para la suscripción del Acta de Inicio se requiere la presentación por parte del Concesionario y aprobación por parte de la ANI de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro de daños contra todo riesgo, en el evento en que en el Proyecto se incluya infraestructura vial preexistente, según se prevé en la Sección 12.8(a)(ii) de esta Parte General.

(b)    Como requisito para la iniciación de cada una de las Fases y Etapas en las que se divide el Contrato, el Concesionario deberá renovar y/o constituir los amparos y garantías que sean requeridos para la Fase o Etapa correspondiente, de acuerdo con lo previsto en este Contrato.

12.2    Clases de Garantías

(a)    Las garantías podrán revestir cualquiera de las modalidades admisibles conforme a lo señalado por el Decreto 734 de 2012, siendo estas:

    (i)    Póliza de seguros.
    (ii)    Fiducia mercantil en garantía.
    (iii)    Garantía bancaria a primer requerimiento.
    (iv)    Depósito de dinero en garantía.

(b)    La responsabilidad extracontractual de la ANI derivada de las actuaciones, hechos u omisiones del Concesionario, sus Contratistas y/o subcontratistas sólo puede ser amparada mediante póliza de seguro.

(c)    Cuando se trate de pólizas de seguro, éstas deberán ser expedidas en los mismos términos previstos en el Apéndice Financiero 3.

(d)    De tratarse de garantías diferentes de la póliza de seguro, estas incorporarán las mismas coberturas previstas para las pólizas de seguros en este Contrato y en el Apéndice Financiero 3, sin que sea posible añadir exclusiones, condicionamientos o requisitos adicionales para que las mismas se hagan efectivas. En todo caso, las garantías bancarias deberán permitir su cobro a primer requerimiento de la ANI una vez ocurrido el siniestro.

12.3    Reglas Generales Aplicables a las Garantías



(a)    El Concesionario deberá reponer el valor de las garantías cuando el valor de las mismas se vea afectado por el valor de las reclamaciones pagadas. Dicha reposición deberá hacerse dentro de los treinta (30) Días siguientes a la disminución del valor garantizado o asegurado inicialmente, en virtud de la ocurrencia e indemnización de una reclamación. En el evento en que se deba hacer efectiva cualquiera de las garantías, el valor de la re-expedición (y/o el valor de cualesquiera otros derechos económicos a favor del garante) de las garantías estará a cargo del Concesionario.

(b)    El Concesionario deberá mantener las garantías o mecanismos de cobertura, en plena vigencia y validez por los términos expresados en el Contrato y deberá pagar los valores o las primas y demás gastos necesarios para constituirlas, mantenerlas, prorrogarlas o adicionarlas. El incumplimiento de esta obligación dará lugar a la imposición de las Multas correspondientes y eventualmente a la declaratoria de caducidad del Contrato si la Garantía Única de Cumplimiento no está vigente.

(c)    La Garantía Única de Cumplimiento no expirará por falta de pago de la prima (o cualquier otro costo que sea necesario pagar para su expedición o mantenimiento, cuando se trate de garantías diferentes a pólizas de seguro) ni por revocatoria unilateral.

(d)    Si la Garantía Única de Cumplimiento corresponde a una póliza de seguros, deberá cumplir estrictamente con lo previsto en la sección I del Capítulo II del Título V del Decreto 734 de 2012.

(e)    El Concesionario deberá acreditar el pago de la prima y demás costos de las garantías o mecanismos de cobertura diferentes a la Garantía Única de Cumplimiento. Si no cumpliere con esta obligación se entenderá que ha incumplido con la obligación de constituir la póliza o mecanismo de cobertura y por lo tanto la ANI podrá imponer las Multas correspondientes.

(f)    En cualquier caso de modificación del Contrato, el Concesionario se obliga a obtener una certificación de la compañía aseguradora o de la entidad emisora de la garantía, en la que conste que dicha compañía conoce y acepta la modificación y la variación del estado del riesgo que la misma suponga, si ese es el caso. Si la modificación del presente Contrato implica la modificación de las garantías, el Concesionario deberá enviar a la ANI el original de la modificación de la póliza o garantía otorgada dentro del plazo que para ello señale la ANI, mediante Notificación.

(g)    Por tratarse de un contrato estatal, las obligaciones adquiridas por el Concesionario mediante el Contrato de Concesión deben permanecer garantizadas, sin que sea admisible ningún tipo de revocatoria por parte de la entidad emisora de la garantía y/o el Concesionario, hasta la liquidación del Contrato y la prolongación de sus efectos, por lo cual en el evento en que se venza el plazo de la garantía sin que sea posible su renovación por su emisor y siempre que se haya dado el aviso de no renovación de que trata el artículo 5.1.9. del decreto 734 de 2012, el Concesionario

deberá obtener de éste la certificación respectiva de su declinación a la renovación de la garantía y deberá sustituir a su costo la garantía, por una de las demás clases permitidas, con el alcance, valor garantizado y vigencia correspondientes.

(h)     Las pólizas de seguros deberán haber sido emitidas por una compañía de seguros legalmente autorizada para operar en Colombia debidamente vigilada por la Superintendencia Financiera, que cuente con un patrimonio técnico superavitario, habiendo considerado en el patrimonio el valor del riesgo que la compañía retendrá correspondiente a las garantías que se expidan en virtud de este Contrato, de forma que resulte suficiente para expedir la o las garantías requeridas, y seguir con una cifra superavitaria en su patrimonio técnico. Los anteriores valores deben estar certificados por contador y revisor fiscal, según el formato 480, implementado por la Superintendencia Financiera.

(i)      En el caso de incorporarse reaseguros los reaseguradores deberán encontrarse inscritos en el Registro de Reaseguradores y Corredores de Reaseguros del Exterior (REACOEX) que administra la Superintendencia Financiera de Colombia y, además, cumplir con las características que a continuación se expresan:

(i)      Si se trata de reaseguros automáticos, el reasegurador deberá contar con una calificación de riesgo en la escala de largo plazo admisible en el REACOEX.

(ii)     En el caso de reaseguros facultativos, el reasegurador deberá contar con al menos una de las siguientes calificaciones de riesgo mínima en la escala de largo plazo aplicable en el REACOEX:

(1)     Standard & Poor's: A
(2)     A. M. Best: a
(3)     Fitch Ratings: A
(4)     Moody's: Aa3

(j)      De conformidad con lo señalado en el artículo 1095 del Código de Comercio, resulta admisible el coaseguro de los riesgos.

(k)     Si se trata de garantía bancaria a primer requerimiento:

(i)      La garantía bancaria deberá ser incondicional

(ii)     El garante debe dejar expresa constancia que renuncia al beneficio de excusión.

(iii)    Deberá ser expedida por un banco autorizado por la Superintendencia Financiera. Si la garantía es otorgada por un banco sin domicilio en Colombia deberá expedirse bajo las reglas de la Cámara de Comercio Internacional, URDG 758 en vigor a partir del 1 de julio de 2010 y debidamente confirmadas por banco corresponsal en Colombia y pagadero en Colombia.



(iv)  La calificación de riesgo del banco garante con domicilio en el extranjero, de su deuda de largo plazo, debe corresponder a "grado de inversión" en la escala internacional, sin que se acepten escalas locales aplicables en el país del domicilio del banco emisor de la garantía.

(v)  La calificación mínima para bancos con domicilio en Colombia, debe ser, según escala local de las calificadoras aprobadas por la Superintendencia Financiera: AA según BRC Investor Services, Fitch Ratings Colombia S.A., Value and Risk Rating S.A, o su equivalente si se trata de otra firma calificadora.

(l)  Con el fin de evitar la inoperancia del contrato de seguros derivada de la mora en el pago de la prima, consagrada en el artículo 1068 del Código del Comercio, el Concesionario deberá presentar el recibo de pago de la totalidad de las primas de todos los seguros expedidos en el marco de este Contrato. Lo anterior no es necesario para la Garantía Única de Cumplimiento ya que para ésta opera la norma especial contemplada en el artículo 5.2.1.1.5 del Decreto 734 de 2012.

(m)  El Concesionario no podrá, mediante condición particular, reducir o modificar el alcance y las condiciones de los amparos, cláusulas y coberturas de cualquiera de los seguros y garantías expedidos conforme a lo previsto en este Contrato. Por lo tanto, si así lo solicitare sin consentimiento escrito por parte de la ANI la aseguradora no modificara la póliza y si lo hiciere se tendrá por no escrito. Esta condición constara en las condiciones particulares de cada uno de los seguros para proceder a su aprobación.

(n)  Las disposiciones expresamente referidas a las pólizas de seguros aplicarán *mutatis mutandi* a los demás tipos de garantías, bajo el principio de que esos otros tipos de garantías en ningún caso podrán ofrecer condiciones menos favorables para la ANI que las exigidas en este Contrato y en la Ley Aplicable para las pólizas de seguros. Adicionalmente, esos otros tipos de garantías, de usarse, deberán cumplir estrictamente con lo previsto para ellos en las secciones II, III y V del Capítulo II del Título V del Decreto 734 de 2012.

(o)  Las demás que se señalen en la Parte Especial.

12.4  Aprobación de las Garantías

(a)  Dentro de los veinte (20) Días Hábiles contados desde la fecha de suscripción del Contrato, el Concesionario deberá entregar a la ANI la Garantía Única de Cumplimiento del Contrato y las demás garantías que deban ser entregadas con la Garantía Única de Cumplimiento según se prevé en la Sección 12.1(a) anterior.





(b)     La ANI dispondrá de diez (10) Días Hábiles para objetar o aprobar las garantías presentadas por el Concesionario, contados a partir del Día Hábil siguiente a la fecha de entrega de las mismas por parte del Concesionario.

(c)     Si las Garantías entregadas por el Concesionario no cumplen con los requisitos señalados, la ANI solicitará la corrección de las mismas y señalará para ello un plazo prudencial. En caso de que dentro de dicho plazo el Concesionario no entregue las garantías debidamente modificadas a satisfacción de la ANI o si los términos y condiciones de las correcciones y/o modificaciones no satisfacen las observaciones formuladas por la ANI, la ANI no aprobará las garantías aportadas por el Concesionario, impondrá la Multa correspondiente y podrá declarar la caducidad del Contrato si la Garantía Única de Cumplimiento no está vigente.

(d)     Si la Garantía Única de Cumplimiento no fuera aceptada, la ANI hará exigible la Garantía de Seriedad de la Propuesta y podrá declarar la caducidad del Contrato.

(e)     Sin perjuicio de lo anterior, si la ANI advierte en cualquier momento de la ejecución y/o liquidación del Contrato que las garantías no cumplen con alguno de los requisitos exigidos en el Contrato o las normas que regulen la materia podrá exigir al Concesionario la corrección, ampliación o adecuación de dichas garantías en el plazo que para el efecto determine la ANI, plazo que en cualquier caso no excederá de treinta (30) Días. La no corrección, ampliación o adecuación en el plazo señalado por la ANI le dará derecho a la ANI a imponer la Multa correspondiente y podrá declarar la caducidad del Contrato.

(f)     La ANI devolverá al Concesionario la Garantía de Seriedad de la Propuesta dentro de los cinco (5) Días Hábiles siguientes a la fecha en que se haya aprobado la Garantía Única de Cumplimiento.


12.5  División de las Garantías

(a)     Como excepción al principio de indivisibilidad de los mecanismos de cobertura de riesgos, las garantías del presente Contrato se otorgarán para cada etapa o fase contractual, de conformidad con lo previsto en el artículo 5.1.9 del Decreto 734 de 2012, así:

(i)   Etapa Preoperativa
    (1)        Fase de Preconstrucción
    (2)        Fase de Construcción

(ii)  Etapa de Operación y Mantenimiento, la cual será subdividida en periodos quinquenales, salvo el último período que corresponderá a la fracción del quinquenio necesaria para cubrir la totalidad de la etapa.

(iii) Etapa de Reversión



(b)     El Concesionario se obliga a prorrogar la vigencia de los amparos que conforman la Garantía Única de Cumplimiento según se prevé en el Contrato, con una anticipación no menor a treinta (30) Días Hábiles anteriores a su vencimiento, en caso de que se amplíe el término de ejecución de la Etapa o Fase correspondiente.

## 12.6  Garantía Única de Cumplimiento

La Garantía Única de Cumplimiento contendrá los siguientes amparos

(a)     Cumplimiento: El amparo de cumplimiento garantizará las obligaciones del Concesionario ya sea en razón de la ejecución o liquidación del Contrato, incluyendo el pago de la cláusula penal y de las Multas y demás sanciones que se causen durante cada una de las fases y etapas del Contrato según se describe a continuación.

(i)     El valor asegurado y el plazo de este amparo para cada una de las Etapas y Fases será el que se indica en la Parte Especial.

(ii)    La prórroga o renovación de este amparo para las fases subsiguientes estará cubierta por el mismo amparo de cumplimiento, que además cubrirá la renovación y prórroga de los demás que componen la Garantía Única, así como la constitución y prórroga de las demás garantías exigidas en este Contrato.

(iii)   Los riesgos cubiertos serán los correspondientes al incumplimiento de las obligaciones que nacen y que son exigibles en cada una de las etapas del contrato, incluso si su cumplimiento se extiende a la etapa subsiguiente, de tal manera que será suficiente la garantía que cubra las obligaciones de la etapa respectiva.

(b)     Pago de Salarios y Prestaciones Sociales: Este amparo tendrá por objeto garantizar el pago de salarios, prestaciones sociales e indemnizaciones del personal que el Concesionario haya de utilizar para la ejecución del Contrato. El valor asegurado y el plazo de este amparo para cada una de las Etapas y Fases será el que se indica en la Parte Especial.

(c)     Estabilidad y Calidad de las Obras: El objeto de este amparo será cubrir a la ANI de los perjuicios que se le ocasionen como consecuencia de cualquier tipo de daño o deterioro de las Intervenciones que resulte imputable al Concesionario:

(i)     El valor de este amparo será el señalado en la Parte Especial.

(ii)    Este amparo deberá tener una vigencia de cinco (5) años contados a partir de la fecha de suscripción de cada Acta de Terminación de Unidad Funcional.



(iii) El amparo de estabilidad y calidad de la obra no se incluirá necesariamente en la Garantía Única de Cumplimiento desde su presentación inicial. En caso de no incluirse inicialmente, la Garantía Única de Cumplimiento deberá ser ampliada por el Concesionario para incluir el amparo de estabilidad y calidad de la obra, como requisito para la suscripción de cada Acta de Terminación de Unidad Funcional.

(d) Calidad de Bienes y Equipos Suministrados: Este amparo cubrirá a la ANI de los perjuicios imputables al Concesionario, derivados de la mala calidad o deficiencias técnicas de los bienes o equipos suministrados por éste, de acuerdo con las Especificaciones Técnicas establecidas en el Contrato o por el incumplimiento de los parámetros o normas técnicas establecidas para el respectivo bien o equipo.

(i) Este amparo deberá tener una vigencia de cinco (5) años contados a partir de la fecha de suscripción de cada Acta de Terminación de Unidad Funcional.

(ii) El valor de este amparo será el señalado en la Parte Especial.

(iii) El amparo de calidad de bienes y equipos suministrados no se incluirá necesariamente en la Garantía Única de Cumplimiento desde su presentación inicial. En caso de no incluirse inicialmente, la Garantía Única de Cumplimiento deberá ser ampliada por el Concesionario para incluir el amparo de calidad de bienes y equipos, como requisito para la suscripción de cada Acta de Terminación de Unidad Funcional.

(e) Calidad de las Obras de Mantenimiento: El objeto de este amparo será cubrir a la ANI de los perjuicios que se le ocasionen como consecuencia de cualquier tipo de daño o deterioro de la infraestructura revertida que resulte imputable a Concesionario por mala calidad en la ejecución de las Obras de Mantenimiento:

(i) El valor de este amparo será el señalado en la Parte Especial.

(ii) Este amparo deberá tener una vigencia de cinco (5) años contados a partir de la terminación de la Etapa de Reversión.

(iii) El amparo de calidad de las Obras de Mantenimiento no se incluirá necesariamente en la Garantía Única de Cumplimiento desde su presentación inicial. En caso de no incluirse inicialmente, la Garantía Única de Cumplimiento deberá ser ampliada por el Concesionario para incluir este amparo, como requisito para la suscripción del Acta de Reversión.

12.7  Garantía de Responsabilidad Extracontractual



(a)    El Concesionario deberá obtener una garantía de responsabilidad extracontractual, la cual deberá estar contenida en una póliza de seguro, con las siguientes características:

    (i)    La garantía cubrirá la responsabilidad civil del Concesionario por sus acciones u omisiones así como las de sus agentes, Contratistas y/o subcontratistas, en desarrollo de cualquier actividad ejecutada con ocasión del Contrato de Concesión, las cuales causen daños a propiedades o a la vida o integridad personal de terceros o de la ANI, incluyendo las de cualquiera de sus empleados, agentes o subcontratistas.

    (ii)    El valor de esta garantía será el que se señale en la Parte Especial.

    (iii)    Ninguna cobertura podrá ser inferior al valor asegurado mínimo requerido, excepto los amparos de responsabilidad civil patronal y vehículos propios y no propios que no podrán ser inferiores por evento, al 50% del valor asegurado mínimo. No se aceptará ningún otro tipo de sublímites.

(b)    Esta garantía estará vigente durante toda la duración del Contrato.

(c)    El Concesionario podrá constituir esta póliza por un plazo inicial de un (1) año y prorrogarla por períodos sucesivos de un (1) año. Esta prórroga deberá hacerse con una anticipación no menor a los treinta (30) Días Hábiles anteriores a la fecha establecida para su expiración.

(d)    A este garantía le serán aplicables las previsiones contenidas en el artículo 5.2.1.2 del decreto 734 de 2012.

## 12.8 Seguro de daños contra todo riesgo

(a)    Seguro de Obras Civiles

    (i)    Este seguro se tomará para cada Unidad Funcional y cubrirá los daños que pueda llegar a sufrir la infraestructura de dicha Unidad Funcional, independientemente de la causa que genere el daño.

    (ii)    Cuando la Unidad Funcional incluya la entrega de infraestructura existente la póliza de obras civiles deberá amparar las obras existentes, desde la Fecha de Inicio. El valor inicial asegurado de esta póliza corresponderá a una suma indicativa que acuerden entre el Concesionario y la compañía de seguros respectiva.

    (iii)    Cuando la Unidad Funcional no incluya la entrega de infraestructura existente el cubrimiento deberá estar vigente desde la fecha en que, de acuerdo con el

Plan de Obras, se deban iniciar las Intervenciones de la respectiva Unidad Funcional.

(iv) Como requisito para la suscripción de cada Acta de Terminación de Unidad Funcional, el objeto de este seguro deberá ampliarse para cubrir las Intervenciones y el valor asegurable de esta garantía deberá aumentarse en un valor equivalente al valor total del Contrato de Construcción aplicable a la Unidad Funcional correspondiente, incluyendo los materiales, mano de obra, fletes, derechos de aduana, impuestos y materiales o rubros suministrados por el Concesionario. El valor asegurado deberá establecerse con base en un estudio de pérdida máxima probable que deberá ser contratado por el Concesionario con una persona de reconocida idoneidad y experiencia en labores similares que demuestre haber elaborado al menos tres estudios similares para proyectos de igual o mayor valor al del Proyecto, ya sea en Colombia o en el exterior.

(v) De conformidad con lo previsto en la Sección 14.2(i)(i) de esta Parte General, y salvo por los hechos que se listan en la Sección 14.2(i)(ii), cualquier pérdida o daño sufrido por la infraestructura y no cubierto por esta garantía serán asumidos enteramente por el Concesionario, lo cual incluye infraseguros y deducibles.

(b)     Seguro de Automotores y Seguro de Equipo y Maquinaria (Maquinaria Amarilla)

(i) Durante toda la vigencia del Contrato de Concesión, el Concesionario deberá contar con pólizas de seguros individuales o colectivas en las que conste el aseguramiento de los vehículos automotores del Concesionario que estén autorizados para transitar como vehículos del Proyecto y de aquellos que estén relacionados directa o indirectamente con la ejecución del Contrato, incluyendo aquellos que no transiten con placas o que se consideren maquinaria amarilla.

(ii) El Concesionario presentará copia de estas pólizas a la ANI junto con la Garantía única de Cumplimiento y sus prórrogas.

12.9  Actualización de los valores de las garantías

(a)     Los valores de la garantías serán indexados al momento de su constitución aplicando la fórmula señalada en la Sección 3.9(b) de esta Parte General.

(b)     Dentro de los quince (15) primeros Días del mes de Enero de cada año, se ajustará el valor de la totalidad de las garantías, para lo cual se aplicará la fórmula señalada en la Sección 3.9(b) de este contrato. 

**CAPÍTULO XIII     ECUACIÓN CONTRACTUAL Y ASIGNACIÓN DE RIESGOS**

13.1  Ecuación Contractual

La ecuación contractual del presente Contrato estará conformada por los siguientes factores:

(a)     El Concesionario asume (A) el cumplimiento de las obligaciones a su cargo; y (B) los riesgos que le han sido asignados mediante este Contrato, así como los riesgos asociados a la ejecución de sus obligaciones. Lo anterior en tanto que el Concesionario declaró con la presentación de la Propuesta durante el Proceso de Selección, que había entendido y conocido el alcance de las obligaciones derivadas del presente Contrato así como que había efectuado la valoración de los riesgos que le fueron asignados. El Concesionario, por consiguiente, reconoce que la Retribución incluye todos los costos y gastos, incluyendo el capital, costos financieros y de financiación, gastos de operación y mantenimiento, costos de administración, impuestos, tasas, contribuciones, imprevistos y utilidades del Concesionario, que surjan de la ejecución y liquidación del presente Contrato, del alcance de sus obligaciones como Concesionario, considerando las condiciones operacionales, sociales, políticas, económicas, prediales, catastrales, topográficas, geotécnicas, geológicas, meteorológicas, ambientales, geográficas, de acceso y las limitaciones de espacio, de relaciones con las comunidades, la disponibilidad de materiales e instalaciones temporales, equipos, transporte, mano de obra. Por lo anterior, el Concesionario expresamente reconoce que no serán procedentes ajustes, compensaciones, indemnizaciones ni reclamos, por las causas señaladas o debidas o que tengan origen en esos factores, o a cualquier otra causa o factor que se produzca durante el desarrollo del Contrato con excepción hecha de las consecuencias que este Contrato prevé de manera expresa cuando ocurran los riesgos asignados a la ANI. Por consiguiente, corresponde al Concesionario asumir los riesgos propios de la ejecución del presente Contrato puesto que el cumplimiento de las obligaciones de resultado del mismo es a riesgo del Concesionario.

(b)     Lo anterior no impide que, ante la ocurrencia de riesgos que i) no hayan sido previstos en el Contrato y, ii) aunque no hayan sido expresamente previstos, no correspondan a aquellos que por la naturaleza de las obligaciones del Concesionario estén asignados a éste; pueda proceder el restablecimiento del equilibrio económico del contrato cuando el riesgo, además de ser imprevisto e imprevisible, y no imputable al Concesionario, tenga las características de gravedad, anormalidad y magnitud para que proceda dicho restablecimiento, de conformidad con la Ley Aplicable.

(c)     La ANI asume el costo de los riesgos expresamente asignados a la ANI, y del cumplimiento de las obligaciones a su cargo.





13.2  Riesgos asignados al Concesionario

(a)    Salvo que la Parte Especial prevea otra cosa, los siguientes son los riesgos asignados al Concesionario, además de los que le sean asignados en otras partes del Contrato (incluyendo sus Apéndices) o de los que por su naturaleza deban ser asumidos por el Concesionario:

     (i)    Los efectos favorables o desfavorables derivados de las condiciones de la infraestructura correspondiente al Proyecto en el estado en que sea entregada por la ANI, en tanto sus obligaciones de resultado para la entrega de las Intervenciones y para la Operación y el Mantenimiento –aun en la Etapa Preoperativa– no se reducirán, ni la Retribución se aumentará por dichas condiciones cualesquiera que ellas sean.

     (ii)   Los efectos favorables o desfavorables derivados de las variaciones en: (i) los precios de mercado de los insumos necesarios (incluyendo mano de obra y servicios) para adelantar las Intervenciones y (ii) de las cantidades de obra que resulten necesarias para la consecución de los resultados previstos para las Intervenciones para cumplir con sus obligaciones contractuales, toda vez que es una obligación contractual del Concesionario obtener los resultados previstos en el Apéndice Técnico 1 y en el presente Contrato de Concesión, sin que existan cubrimientos o compensaciones de parte de la ANI, como consecuencia de la variación de cualquier estimación inicial de las cantidades de obra para las Intervenciones frente a lo realmente ejecutado o por la variación entre cualquier estimación de precios inicialmente efectuada para los insumos necesarios para la ejecución de las Intervenciones y los que en realidad existieron en el mercado al momento de la ejecución de las Intervenciones.

     (iii)  Los efectos favorables o desfavorables derivados de las variaciones en los precios de mercado de los insumos necesarios para adelantar las Obras de Mantenimiento y de las cantidades de obra que resulten necesarias para la consecución de los resultados previstos para las Obras de Mantenimiento para cumplir con sus obligaciones contractuales, toda vez que es una obligación contractual del Concesionario obtener los resultados previstos de acuerdo con el presente Contrato de Concesión sin que existan cubrimientos o compensaciones de parte de la ANI, como consecuencia de la variación entre cualquier estimación inicial de cantidades de obra para Obras de Mantenimiento frente a lo realmente ejecutado o por la variación entre cualquier estimación de precios inicialmente efectuada para los insumos necesarios para la ejecución de las Obras de Mantenimiento y los que en realidad existieron en el mercado al momento de la ejecución de las Obras de Mantenimiento.

     (iv)   Los efectos favorables o desfavorables derivados de las variaciones en los precios de mercado de los insumos necesarios para adelantar la Operación de

acuerdo con lo señalado en las Especificaciones Técnicas del Apéndice Técnico 2 del presente Contrato, toda vez que es obligación del Concesionario obtener los resultados previstos según el presente Contrato sin que existan cubrimientos o compensaciones por parte de la ANI como consecuencia de la variación de cualquier estimación inicial del alcance de la Operación y de las labores asociadas a la misma y lo realmente requerido.

(v) Los efectos favorables o desfavorables derivados de las variaciones en los precios de mercado de los insumos necesarios para adelantar las actividades previstas durante la Etapa Preoperativa, toda vez que es obligación del Concesionario obtener los resultados previstos según el presente Contrato sin que existan cubrimientos o compensaciones por parte de la ANI como consecuencia de la variación de cualquier estimación inicial del alcance de las obligaciones a su cargo durante la Etapa Preoperativa, salvo por las coberturas previstas expresamente en el presente Contrato.

(vi) Los efectos favorables o desfavorables derivados del diseño, sobre la programación de obra, sobre los costos, y/o en general sobre cualquier situación que pueda verse afectada como consecuencia de su ejecución durante cualquiera de las etapas, en los términos establecidos en el presente Contrato.

(vii) Salvo por las coberturas a cargo de la ANI expresamente previstas en el presente Contrato, los efectos desfavorables derivados del riesgo de insuficiencia del Valor Estimado de Predios y Compensaciones Socioeconómicas.

(viii) Los efectos favorables o desfavorables derivados de los costos de la Gestión Predial, toda vez que es obligación de resultado del Concesionario gestionar y adquirir por cuenta de la ANI, en los términos del CAPÍTULO VII de esta Parte General, los Predios necesarios para adelantar las Intervenciones.

(ix) Salvo por las coberturas a cargo de la ANI expresamente previstas en el presente Contrato, los efectos favorables o desfavorables derivados de la Gestión Social y Ambiental, toda vez que es obligación de resultado del Concesionario efectuar la Gestión Social y Ambiental y cumplir con las normas vigentes que regulan la materia.

(x) Salvo por las coberturas a cargo de la ANI expresamente previstas en el presente Contrato, los efectos favorables o desfavorables derivados del traslado e intervención de Redes.

(xi) Los efectos favorables o desfavorables de la obtención y/o alteración de las condiciones de financiación y/o costos de la liquidez que resulten de la variación en las variables del mercado, toda vez que es una obligación contractual del Concesionario obtener la completa financiación para la ejecución del Proyecto, para lo cual el Concesionario tiene plena libertad de



establecer con los Prestamistas las estipulaciones atinentes al contrato de mutuo –o cualquier otro mecanismo de financiación– necesario para el desarrollo del Proyecto y no existirán cubrimientos o compensaciones de parte de la ANI, como consecuencia de la variación supuesta o real entre cualquier estimación inicial de las condiciones de financiación frente a las realmente obtenidas.

(xii) Los efectos desfavorables derivados de todos y cualesquiera daños, perjuicios o pérdidas de los bienes de su propiedad causados por terceros diferentes de la ANI, sin perjuicio de su facultad de exigir a terceros diferentes de la ANI la reparación o indemnización de los daños y perjuicios directos y/o subsecuentes cuando a ello haya lugar.

(xiii) Los efectos favorables o desfavorables derivados de las variaciones en la rentabilidad del negocio y obtención de utilidades o sufrimiento de pérdidas, toda vez que la Retribución del Concesionario, compensa todas las obligaciones y riesgos asumidos por el Concesionario. Los mecanismos de cálculo de la Retribución, así como de pagos de compensaciones al Concesionario por los riesgos total o parcialmente asumidos por la ANI, contenidos de manera expresa en este Contrato, están diseñados para restablecer y mantener la ecuación contractual.

(xiv) En general, los efectos favorables o desfavorables de las variaciones de los componentes económicos y técnicos necesarios para cumplir con las obligaciones del Concesionario necesarias para la cabal ejecución de este Contrato, relacionadas con la consecución de la financiación, la elaboración de sus propios Estudios de Detalle y Estudios de Trazado y Diseño Geométrico, la contratación de los Contratistas, la contratación de personal, las labores administrativas, los procedimientos constructivos utilizados, los equipos y materiales requeridos, el manejo ambiental y social, el manejo del tráfico, entre otros.

(xv) Salvo por los cubrimientos expresos a cargo de la ANI, previstos en este Contrato y sus Apéndices, los efectos favorables y desfavorables derivados de los riesgos de cambios en los costos geológicos por construcción de túneles de acuerdo con lo dispuesto en el Contrato.

(xvi) Los efectos favorables o desfavorables derivados del acaecimiento de eventos cubiertos por las pólizas previstas en el CAPÍTULO XII de esta Parte General.

(xvii) Salvo por las coberturas a cargo de la ANI expresamente previstas en el presente Contrato consistentes en la incorporación de la tasa de cambio Dólar/Peso y de la inflación dentro de las variables de actualización de los Aportes ANI hasta el momento en que dichos aportes sean consignados en la Subcuenta Aportes ANI, los efectos favorables o desfavorables derivados de las variaciones de (i) el valor del Peso con relación a cualquier otra moneda,

incluyendo pero sin limitarse al Dólar, (ii) los indicadores económicos colombianos, (iii) la economía colombiana o del país de origen del Concesionario (o de cualquiera de sus accionistas o miembros) o del país de origen del(los) Prestamistas.

(xviii)     Los efectos derivados de la destrucción total o parcial o hurto de los bienes, materiales y equipos del Concesionario o sus subcontratistas.

(xix) Los efectos favorables o desfavorables de la variación del tráfico durante la vida del Proyecto, respecto de la liquidez del Recaudo de Peaje únicamente.

(xx) Los efectos favorables o desfavorables de la variación en los Ingresos por Explotación Comercial derivados de la prestación de los Servicios Adicionales.

(xxi) Los efectos desfavorables correspondientes a pérdidas, daños, gastos, cargos o expensas en que tenga que incurrir el Concesionario con ocasión de la invasión del Corredor del Proyecto por parte de terceros, en tanto es obligación del Concesionario tomar las medidas necesarias previstas en la Ley Aplicable para la defensa y protección del Corredor del Proyecto. Lo anterior se entiende sin perjuicio de A) lo previsto en este Contrato en cuanto a la financiación del Plan de Reasentamientos, B) las compensaciones aplicables, en el caso en que ocurra un Evento Eximente de Responsabilidad, en los términos previstos en la Sección 14.2(h) de esta Parte General y C) los reembolsos a cargo de la ANI cuando ocurra la circunstancia prevista en la Sección 14.2(i)(ii) de esta Parte General.

(xxii) Los efectos favorables o desfavorables derivados de la constitución, prórroga o re-expedición de los mecanismos de cobertura de riesgos a su cargo, en las diferentes etapas del Proyecto y para todas las Unidades Funcionales que lo componen, incluyendo aquellos que por el nivel de intervenciones que llegue a realizar el Concesionario, generen la pérdida de coberturas existentes de tramos que sean parte del alcance del Proyecto.

(xxiii)     Los efectos favorables y desfavorables derivados de las modificaciones a los diseños durante la Fase de Construcción en los términos de la Sección 6.3. de esta Parte General.

(xxiv)     Los efectos favorables o desfavorables derivados de la evasión de los Peajes por los usuarios.

(xxv)     Los efectos favorables o desfavorables derivados de los cambios en las leyes. Lo anterior salvo por lo previsto en este Contrato, respecto de la asunción del riesgo de Cambio Tributario y los efectos de liquidez generados por la Variación NIIF.

(b)     La Retribución del Concesionario incluye el costo de la asunción de todos los riesgos asignados al Concesionario. Por lo tanto, el acaecimiento de los riesgos asignados al Concesionario, o los efectos negativos o positivos derivados de éstos, en cualquier proporción o cuantía, no darán lugar a modificación, reducción o adición de la Retribución, ni darán lugar a reconocimientos o compensaciones por parte de la ANI y a favor del Concesionario. Lo anterior sin perjuicio de lo señalado en la Sección 13.1(b).

## 13.3  Riesgos de la ANI

Salvo que la Parte Especial prevea otra cosa, los siguientes son los riesgos asignados a la ANI, además de los que le sean asignados en otras partes del Contrato (incluyendo sus Apéndices y Anexos):

(a)     Parcialmente, los efectos desfavorables derivados de la ocurrencia de un Evento Eximente de Responsabilidad cuando el mismo genere costos ociosos por mayor permanencia en obra, en tanto la asunción de este riesgo conlleva, exclusivamente, el reconocimiento de los mismos en los términos de la Sección 14.2(h) de esta Parte General.

(b)     Parcialmente, los efectos desfavorables derivados del daño emergente causado por los Eventos Eximentes de Responsabilidad a los que se refiere de manera taxativa la Sección 14.2(i)(ii) en la medida que la asunción de este riesgo conlleva, exclusivamente, lo previsto en la Sección 14.2(i) de esta Parte General.

(c)     Parcialmente, los efectos desfavorables derivados de que, por razones no imputables al Concesionario, se haga imposible la instalación de las Estaciones de Peaje nuevas indicadas en el Apéndice Técnico 1, o en general, se haga imposible el recaudo de las Estaciones de Peaje. Lo anterior en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los pagos, en las condiciones, plazos y montos previstos expresamente en la Sección 3.3(h) de esta Parte General.

(d)     Parcialmente, los efectos favorables o desfavorables del cambio de ubicación de las Estaciones de Peajes cuando dicha modificación sea impuesta por la ANI o por cualquier entidad pública colombiana con capacidad para ordenar tal modificación, en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los pagos, en las condiciones, plazos y montos previstos expresamente en la Sección 3.3(h).

(e)     Parcialmente, los efectos desfavorables del riesgo de insuficiencia del Valor Estimado de Predios y Compensaciones Socioeconómicas, en tanto la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los desembolsos, en las condiciones, plazos y montos previstos expresamente en este Contrato de lo que corresponda al porcentaje en que la ANI asume dicho riesgo,

estrictamente de conformidad con lo previsto en la Sección 7.2 de esta Parte General.

(f)     Parcialmente, los efectos favorables o desfavorables de la Fuerza Mayor Predial en la medida que la asunción de este riesgo se realiza, exclusivamente, en los términos previstos en la Sección 7.4. de esta Parte General.

(g)     Parcialmente, los efectos desfavorables del riesgo de insuficiencia del Valor Estimado para Compensaciones Ambientales, en tanto la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los desembolsos, en las condiciones, plazos y montos previstos expresamente en este Contrato de lo que corresponda al porcentaje en que la ANI asume dicho riesgo, estrictamente de conformidad con lo previsto en la Sección 8.1(c) de esta Parte General.

(h)     Parcialmente, los efectos favorables y desfavorables de las decisiones de la Autoridad Ambiental en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de cumplir con lo previsto por las Secciones 8.1(e), 8.1(f), 8.1(g) y 8.1(h) de esta Parte General.

(i)     Parcialmente, los efectos desfavorables del riesgo de insuficiencia del Valor Estimado de Redes, en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los desembolsos, en las condiciones, plazos y montos previstos expresamente en este Contrato de lo que corresponda al porcentaje en que la ANI asume dicho riesgo, estrictamente de conformidad con lo previsto en las Secciones 8.2(e) y 8.2(f) de esta Parte General.

(j)     Parcialmente, los efectos favorables o desfavorables de la Fuerza Mayor por Redes en tanto la asunción de este riesgo conlleva, exclusivamente los efectos descritos en la Sección 8.2(i) de esta Parte General.

(k)     Parcialmente, los efectos favorables o desfavorables asociados a los costos geológicos por construcción de túneles, en tanto la asunción de este riesgo conlleva, exclusivamente, lo dispuesto en la Parte Especial para el efecto.

(l)     Los riesgos asociados al tráfico total de vehículos durante la vida del Proyecto en lo relacionado con el impacto en el Recaudo de Peaje únicamente, en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los pagos, en las condiciones, plazos y montos previstos expresamente en este Contrato para que el Concesionario obtenga efectivamente el VPIP, en los términos de las Secciones 3.4 y 18.3(d) de esta Parte General.

(m)     El riesgo de insuficiencia de los recursos que debe aportar el Concesionario a la Subcuenta Interventoría y Supervisión, para hacer los pagos a que se compromete la ANI con el Interventor y/o el Supervisor sin que medie incumplimiento del Concesionario, en tanto en este caso la ANI aportará la diferencia para lo cual podrá utilizar los recursos disponibles del Fondo de Contingencias o, de no ser ello

posible, autorizar el uso de recursos de la Subcuenta Excedentes ANI para atender la obligación faltante y si, agotados estos recursos, llegaré a quedar un saldo pendiente, recurrirá al presupuesto general de la Nación, luego de obtener las autorizaciones presupuestales correspondientes.

(n)     Parcialmente, los efectos desfavorables de modificaciones a las tarifas previstas en la Resolución de Peaje, la implementación de nuevas tarifas diferenciales en las Estaciones de Peaje existentes y/o nuevas Estaciones de Peaje, en las vías que hacen parte del Proyecto o, en general, cualquier cambio en la estructura tarifaria prevista en la Resolución de Peaje. Lo anterior, en la medida que la asunción de este riesgo conlleva, exclusivamente, la obligación de hacer los desembolsos a que se refiere la Sección 3.3(i) de esta Parte General, cuando se presente el supuesto de hecho señalado en esa Sección. En este último caso, la ANI cumplirá con la obligación aquí prevista con los recursos disponibles en el Fondo de Contingencias, de ser ello viable y posible teniendo en cuenta las reglas aplicables a dicho Fondo y la suficiencia de recursos. De no ser posible, procederá el traslado de recursos de la Subcuenta Excedentes ANI. De ser insuficientes esos recursos, deberá incluirse en su propio presupuesto los recursos necesarios previo el agotamiento de los requisitos de Ley. En cualquier caso, aplicarán los plazos e intereses previstos en la Sección 3.6 de esta Parte General.

(o)     Los costos en que se deba incurrir por efectos de obras menores no previstas a las que se refiere la Sección 19.1 de esta Parte General, estrictamente conforme a lo señalado en esa Sección. Para su pago, la ANI utilizará los recursos disponibles en la Subcuenta Obras Menores. De no haber recursos suficientes, podrá autorizar el uso de los recursos de la Subcuenta Excedentes ANI para atender dicha obligación o, como último recurso, la atenderá con cargo a su presupuesto (previo agotamiento de los requisitos previstos en la Ley Aplicable), dentro de los plazos y en las condiciones previstas en la Sección 3.6 de esta Parte General.

(p)     Parcialmente, los efectos favorables o desfavorables derivados de la elusión de los Usuarios de los Peajes, entendida como el uso legítimo de vías alternas que tenga como efecto el no paso por las Estaciones de Peaje del Proyecto, en tanto la asunción de este riesgo conlleva, exclusivamente, la obligación de la ANI de hacer los pagos, en las condiciones, plazos y montos previstos expresamente en este Contrato para que el Concesionario obtenga efectivamente el VPIP, en los términos de las Secciones 3.4 y 18.3(d) de esta Parte General.

(q)     Los costos por la implementación de nuevas tecnologías para recaudo electrónico de Peajes que determine el Gobierno Nacional, según se prevé en la Sección 8.3 de esta Parte General. La forma de asunción de estos costos y la fuente de recursos será determinada autónomamente por la ANI. De no contar la entidad con la disponibilidad de esos recursos, no se implementarán dichas tecnologías.

(r)     Los costos asociados a cambios de diseño, incluyendo la realización de obras no previstas en este Contrato, siempre que i) sean decididos autónoma y exclusivamente por la ANI, ii) que no sean necesarios para cumplir con este Contrato (especialmente con las Especificaciones Técnicas) y iii) que no correspondan a los descritos en la Sección 6.3 de esta Parte General, en tanto estos últimos son realizados a cuenta y riesgo del Concesionario. La forma de asunción de estos costos y la fuente de recursos será determinada autónomamente por la ANI. De no contar la entidad con la disponibilidad de esos recursos, no se ejecutarán esos cambios ni obras no previstas.

(s)     Parcialmente, los efectos favorables o desfavorables derivados de un Cambio Tributario, en los términos previstos en la Sección 3.16 de esta Parte General.

## CAPÍTULO XIV    TERMINACIÓN PARCIAL DE UNIDAD FUNCIONAL, EVENTO EXIMENTE DE RESPONSABILIDAD E INDEMNIDADES

14.1  Imposibilidad de Terminación por Eventos Eximentes de Responsabilidad o por razones imputables a la ANI

(a)  Si, vencido el plazo previsto en el Plan de Obras para la terminación de una Unidad Funcional, ésta no se hubiere completado por Eventos Eximentes de Responsabilidad o por razones imputables a la ANI, se suscribirá un Acta de Terminación Parcial de Unidad Funcional y se pondrán en servicio las Intervenciones que se hayan realizado, siempre que se cumplan todas y cada una de las siguientes condiciones:

(i)  Las Intervenciones realizadas permitan la disponibilidad de la Unidad Funcional mediante la Circulación de vehículos en condiciones de seguridad adecuadas, a juicio de las Partes o, en caso de desacuerdo, del Amigable Componedor.

(ii)  Las Intervenciones que no hayan sido afectadas por el Evento Eximente de Responsabilidad y/o por acciones u omisiones imputables a la ANI, que se encuentran finalizadas en los tramos o sectores de la Unidad Funcional, cumplan con los valores mínimos de aceptación de los Indicadores que se identifican en la Parte Especial, de los establecidos en el Apéndice Técnico 4. Para efectos del cálculo del Índice de Cumplimiento de la Compensación Especial de la cual trata la Sección 14.1(b), las Partes deberán acordar cuáles de los Indicadores no mencionados anteriormente pueden ser medidos, para lo cual éstas deberán hacerlo de mutuo acuerdo (o, de no ser ello posible, por el Amigable Componedor), teniendo en cuenta el hecho de que no se ha podido terminar completamente la Unidad Funcional.

(iii)  El valor de las Intervenciones faltantes no supere el sesenta por ciento (60%) —u otro porcentaje que se establezca en la Parte Especial— del valor total de las Intervenciones estimadas para la Unidad Funcional. El cumplimiento de esta condición será verificado por el mutuo acuerdo de las Partes o, en caso de desacuerdo, por el Amigable Componedor.

(iv)  No exista incumplimiento por parte del Concesionario en sus obligaciones respecto de esa Unidad Funcional.

(b)  A partir del Acta de Terminación Parcial de Unidad Funcional comenzará a pagarse una Compensación Especial equivalente a una parte de la Retribución que se hubiese causado de haberse completado totalmente la Unidad Funcional. Esa parte corresponderá al porcentaje que represente la proporción entre la inversión realizada efectivamente y la que corresponde a la totalidad de la Unidad Funcional, multiplicado por la fracción que corresponda, de conformidad con la siguiente tabla:

| % Inversión efectivamente realizada | Fracción para establecer la Compensación Especial |
|---|---|
| Del 40% al 60% | 0,75 |
| Superior a 60% e inferior a 80% | 0,80 |
| Del 80% en adelante | 0,90 |

El porcentaje de la inversión efectivamente realizada aquí aludido será definido por el mutuo acuerdo de las Partes o, de no ser ello posible, por el Amigable Componedor.

(c)    A la Compensación Especial que se cause a partir del Acta de Terminación Parcial de Unidad Funcional, le serán aplicables las Deducciones en función del Índice de Cumplimiento de los Indicadores que puedan ser medidos y que fueron acordados según la Sección 14.1(a)(ii) anterior. Para el caso de los Indicadores que no puedan ser medidos, para efectos del cálculo del Índice de Cumplimiento se considerarán que cumplen con el valor mínimo de aceptación previsto en el Apéndice Técnico 4, hasta finalizar la Unidad Funcional.

(d)    Una vez culminada a entera satisfacción la Unidad Funcional afectada, dentro del nuevo plazo del Plan de Obras (modificado de acuerdo con lo previsto en la Sección 4.8), se suscribirá el Acta de Terminación de Unidad Funcional y, a partir de dicha suscripción, se causará la totalidad de la Retribución (sin perjuicio de las Deducciones) asociada a la Unidad Funcional correspondiente. También se reconocerá al Concesionario el diferencial acumulado entre la Retribución que se hubiese causado de haberse completado totalmente la Unidad Funcional y la Compensación Especial, durante el período que haya corrido entre el Acta de Terminación Parcial de Unidad Funcional y la terminación completa de la Unidad Funcional, ponderado por el Índice de Cumplimiento promedio observado durante ese período.

(c)    Si se vence el nuevo Plan de Obras modificado al que se refiere la Sección 14.1(d) anterior, o si transcurren setecientos treinta (730) Días contados desde el vencimiento del plazo originalmente previsto para la terminación de la Unidad Funcional afectada –lo que primero ocurra– sin que se logren culminar las Intervenciones correspondientes, se suspenderá el pago de la Compensación Especial correspondiente a dicha Unidad, hasta tanto se haya suscrito el Acta de Terminación de Unidad Funcional. Si la razón de no terminación es un Evento Eximente de Responsabilidad o imputable a la ANI, las Partes de buena fe revisarán el alcance del Contrato para determinar si resulta viable modificar el alcance de las Intervenciones, incluyendo la posibilidad de modificar o desafectar la Unidad Funcional respectiva –previo recálculo de la Retribución que refleje las modificaciones realizadas, recálculo que se hará por el mutuo acuerdo de las Partes

o por el Amigable Componedor. Si no es viable modificar el alcance de las Intervenciones, cualquiera de las Partes podrá solicitar la Terminación Anticipada del Contrato.

(f)     Cuando el Proyecto contemple la instalación y operación de una nueva Estación de Peaje, sujeta a la terminación de una Unidad Funcional, este último requisito se entenderá cumplido con la suscripción del Acta de Terminación Parcial de Unidad Funcional.


14.2   Evento Eximente de Responsabilidad

(a)     Las Partes quedarán exentas de toda responsabilidad por cualquier demora en la ejecución de las obligaciones emanadas del Contrato, cuando con la debida comprobación se concluya por acuerdo de las Partes o, a falta de ello, por el Amigable Componedor, que la demora es el resultado de hechos que puedan ser definidos como Evento Eximente de Responsabilidad, en los términos de la presente Sección 14.2. La demora en el cumplimiento de cualquier subcontratista no se considerará por si sola Evento Eximente de Responsabilidad, a menos que la existencia de dicha circunstancia sea el resultado a su vez de un Evento Eximente de Responsabilidad.

(b)     Se entenderá por Evento Eximente de Responsabilidad cualquier evento, circunstancia o combinación de eventos o circunstancias fuera del control razonable de la Parte que lo invoca, que afecte en forma sustancial y adversa el cumplimiento de las obligaciones derivadas del Contrato, respecto de las cuales se invoca; después de haber efectuado todos los actos razonablemente posibles para evitarlo. Se entiende incluido dentro del concepto de Evento Eximente de Responsabilidad, cualquier evento de Fuerza Mayor, incluyendo la Fuerza Mayor Predial, la Fuerza Mayor Ambiental y la Fuerza Mayor por Redes.

(c)     La ocurrencia de un Evento Eximente de Responsabilidad eximirá a las Partes del cumplimiento de las obligaciones que se les imponen bajo el Contrato en la extensión prevista en la Ley Aplicable, salvo por las obligaciones de pago de dinero (sin perjuicio de lo previsto en la Sección 3.9(e) de esta Parte General). La ocurrencia de un Evento Eximente de Responsabilidad que afecte una Unidad Funcional con posterioridad a la suscripción de Acta de Terminación de Unidad Funcional o del Acta de Terminación Parcial de Unidad Funcional, según corresponda, no suspenderá el desembolso de la Retribución o Compensación Especial por dicha Unidad Funcional al Concesionario, sin perjuicio de la posibilidad de solicitar la Terminación Anticipada del Contrato, conforme a los previsto en la Sección 17.2(b)(i), caso este último en que sólo procederá el pago del valor de la liquidación que corresponda de acuerdo con lo previsto en la Sección 18.3 de esta Parte General.

(d)     Procedimiento de Información:

(i)     Dentro de los diez (10) Días Hábiles siguientes a la ocurrencia de un Evento Eximente de Responsabilidad o de la fecha en que se restablezcan las comunicaciones si hubieren sido afectadas, la Parte afectada por el Evento Eximente de Responsabilidad en el cumplimiento de sus obligaciones (la "Parte Afectada") le comunicará a la otra Parte acerca de la ocurrencia del Evento Eximente de Responsabilidad, las obligaciones afectadas, incluyendo la información y demás detalles que fueran pertinentes y, hasta donde sea práctico y posible, un estimado preliminar del tiempo durante el cual la Parte Afectada se verá afectada. A partir de la fecha de ocurrencia del Evento Eximente de Responsabilidad la duración del período durante el cual la Parte Afectada se ve imposibilitada para cumplir con sus obligaciones será referido como "Período Especial".

(ii)    Dentro de los diez (10) Días Hábiles siguientes a la cesación de un Evento Eximente de Responsabilidad, la Parte Afectada notificará a la otra Parte (i) el acaecimiento del cese del Evento Eximente de Responsabilidad; (ii) su consecuente habilidad para reanudar el cumplimiento de las obligaciones suspendidas; y (iii) la fecha en que reasumirá el cumplimiento que no podrá ser mayor a treinta (30) Días Hábiles contados a partir de la fecha de la Notificación aquí regulada.

(iii)   Una vez efectuada la Notificación dentro del término indicado en la Sección 14.2(d)(i) anterior, la Parte notificada deberá, dentro de los quince (15) Días siguientes a dicha Notificación, expresar si acepta, o no, la ocurrencia del Evento Eximente de Responsabilidad.

(iv)    En el caso en que la Parte notificada no acepte la ocurrencia del Evento Eximente de Responsabilidad, el asunto será resuelto por el Amigable Componedor.

(v)     La Parte Afectada quedará, durante el Período Especial, excusada del cumplimiento de las obligaciones afectadas siempre que la Parte notificada acepte la existencia del Evento Eximente de Responsabilidad, o el Amigable Componedor verifique su existencia. Mientras no se haya dado la Notificación aquí exigida la Parte Afectada no quedará relevada del cumplimiento de las obligaciones afectadas salvo que el Evento Eximente de Responsabilidad haya afectado las comunicaciones.

(vi)    Durante el Período Especial, la Parte Afectada suministrará semanalmente información sobre el desarrollo del Evento Eximente de Responsabilidad y respecto de las medidas que se hayan adoptado para mitigar y reducir sus efectos al igual que para superarlos. A solicitud de una cualquiera de las Partes, éstas se reunirán para buscar, de buena fe, soluciones tendientes a reanudar el cumplimiento de la Parte Afectada, a la mayor brevedad posible.

(e)    Durante el Período Especial, la Parte Afectada quedará relevada de dar cumplimiento a las obligaciones contractuales afectadas en la medida en que tal incumplimiento haya sido causado directa y únicamente por un Evento Eximente de Responsabilidad. En tal caso, la otra Parte no tendrá ninguna responsabilidad por el reconocimiento de pérdidas, daños, gastos, cargos o expensas incurridos por la Parte Afectada durante el Período Especial, incluyendo pero sin limitarse a los necesarios para mitigar, reducir y superar los efectos del Evento Eximente de Responsabilidad. Cualquier plazo previsto en este Contrato para el cumplimiento de la obligación afectada por el Evento Eximente de Responsabilidad se entenderá prorrogado por un término igual a aquél del Período Especial.

(f)    La Parte Afectada por un Evento Eximente de Responsabilidad queda obligada a adelantar todo lo que sea razonablemente aconsejable y posible, bajo las circunstancias extraordinarias, para mitigar y reducir los efectos del Evento Eximente de Responsabilidad así como para superarlo en el menor tiempo posible.

(g)    Prórroga por Evento Eximente de Responsabilidad

    (i)    Mientras subsistan las circunstancias de Evento Eximente de Responsabilidad y éstas impidan la ejecución total del objeto contratado, la ejecución del Contrato se suspenderá y el plazo de este Contrato será extendido en un plazo igual al del Período Especial.

    (ii)    Si los hechos constitutivos de un Evento Eximente de Responsabilidad no impiden la ejecución de la totalidad de las obligaciones de la etapa en la cual se encuentre el Contrato en su ejecución, sino sólo la de alguna o algunas de las obligaciones emanadas del mismo, las Partes convendrán si tales circunstancias suponen o no la suspensión del plazo contractual, atendidas las condiciones fácticas correspondientes y el grado de importancia de las obligaciones suspendidas. Los desacuerdos sobre este punto serán resueltos por el Amigable Componedor.

    (iii)    En caso de suspensión del Contrato por un Evento Eximente de Responsabilidad, el Concesionario deberá tomar las medidas conducentes, a su costo, para que la vigencia de las Garantías y Mecanismos de Cobertura del presente Contrato sean extendidos de conformidad con el período de suspensión.

(h)    Compensaciones por Eventos Eximentes de Responsabilidad

    (i)    Sin perjuicio de lo señalado en la Sección 14.1 de esta Parte General, cuando ocurra un Evento Eximente de Responsabilidad las Partes no estarán obligadas a pagar compensaciones o indemnizaciones a cargo y/o favor de cualquiera de ellas, con la única excepción que se señala a continuación:

(ii) Cuando quiera que durante la ejecución del Contrato surjan Eventos Eximentes de Responsabilidad que obliguen al Concesionario a paralizar la ejecución de las obras o labores derivadas de la ejecución de este Contrato, podrán compensarse al Concesionario los costos ociosos de la mayor permanencia en obra que se llegaren a causar por estos hechos, mediante el reconocimiento de una suma diaria que definirán las Partes de mutuo acuerdo.

(iii) Este reconocimiento sólo aplicará cuando se cumplan los siguientes requisitos: (A) que el Evento Eximente de Responsabilidad impida la ejecución de la totalidad o una parte sustancial de las Intervenciones; y (B) que esa parálisis implique, de manera forzosa, que ciertos recursos del Concesionario queden ociosos por no poder ser utilizados para ninguna actividad relacionada o no con este Contrato.

(iv) La definición del valor diario por mayor permanencia en obra se hará buscando cubrir exclusivamente los costos fijos asociados a los recursos (equipos, personal y gastos administrativos) del Concesionario que forzosamente haya tenido que dejar inutilizados por efectos de la ocurrencia del Evento Eximente de Responsabilidad. En ningún caso se incluirán valores correspondientes a lucro cesante.

(v) En caso de controversia sobre la aplicación de este reconocimiento o su tasación, la discrepancia será sometida al Amigable Componedor.

(vi) Determinado el valor de la compensación, la ANI pagará al Concesionario el monto correspondiente, para lo cual la ANI acudirá al Fondo de Contingencias, de ser ello posible y si los recursos allí dispuestos resultaren insuficientes la ANI podrá autorizar el uso de los recursos de la Subcuenta Excedentes ANI para atender dicha obligación o, como último recurso, atender los pagos con cargo a su presupuesto (previo agotamiento de los requisitos previstos en la Ley Aplicable), dentro de los plazos y en las condiciones previstas en la Sección 3.6 de esta Parte General.

(vii) Tales compensaciones, cuando a ellas hubiere lugar, se incluirán en los Informes de Interventoría correspondientes a los períodos en que se presenten los Eventos Eximentes de Responsabilidad ya referidos.

(i) Reparaciones Necesarias por Evento Eximente de Responsabilidad.

(i) En caso de Evento Eximente de Responsabilidad, los gastos que demanden las reparaciones, reconstrucciones o reposiciones de las obras, bienes o equipos que hagan parte del Proyecto correrán por cuenta y riesgo del Concesionario para lo cual deberá contar con los seguros contra todo riesgo que el Concesionario considere suficientes (aunque por lo menos con los seguros a que se refiere la Sección 12.8 de esta Parte General). Cualquier costo que no

sea asumido con cargo a los seguros contratados por el Concesionario, será asumido por el Concesionario.

(ii) Sin embargo, la ANI reembolsará al Concesionario los costos en que éste haya incurrido para tales reparaciones, reconstrucciones o reposiciones, sin incluir el lucro cesante, únicamente cuando se trate de los siguientes eventos, en la medida que A) cumplan con los requisitos para ser considerados Eventos Eximentes de Responsabilidad, según lo previsto en las Secciones 14.2(a) y 14.2(b) anteriores, y B) cuando ocurran dentro de, o involucren directamente a Colombia:

    (1) Cualquier acto bélico, declarado o no, invasión, conflicto armado o acto de enemigo extranjero, bloqueo o embargo.

    (2) Golpe de Estado, revolución, conspiración y acto de guerrilla (No se incluyen en este concepto huelga, motín, asonada, conmoción civil y/o popular, actos malintencionados de terceros, actos terroristas y terrorismo, riesgos que deben ser asegurados por el Concesionario).

    (3) Hallazgos arqueológicos y descubrimientos de tesoros, minas u otros yacimientos.

    (4) Cualquier otro evento para el que, al momento de su ocurrencia, no se ofrezca seguro que ampare a estos bienes, obras y/o equipos del riesgo acaecido, en condiciones razonables de mercado, de acuerdo con la Ley Aplicable. En caso de desacuerdo entre las Partes la controversia será definida por el Amigable Componedor.

(iii) Para que proceda el reembolso a que se refiere la Sección 14.2(i)(ii) anterior se requerirá que el Concesionario haya dado aviso a la ANI y al Interventor sobre la ocurrencia de tales eventos en un plazo que no supere diez (10) Días Hábiles desde su ocurrencia. La evaluación de tales hechos, las causas que los motivaron y la diligencia con que el Concesionario actuó ante ellos, se harán constar dentro de los treinta (30) Días siguientes a la fecha en que cesen dichas causas, en actas suscritas por el Interventor y el Concesionario, que se someterán a la aprobación de la ANI.

(iv) En el caso que la ANI concluya que el evento no tuvo origen en una circunstancia de las previstas en la Sección 14.2(i)(ii), cualquiera de las Partes podrá someter la diferencia al Amigable Componedor.

(v) En el caso que el Amigable Componedor determine que no existió alguno de los Eventos Eximentes de Responsabilidad a los que se refiere de manera



taxativa la Sección 14.2(i)(ii), correrán por cuenta del Concesionario todas las reparaciones, reconstrucciones e indemnizaciones a que haya lugar.

(vi) Si es procedente el reembolso por parte de la ANI, el valor de dichos costos será acordado por las Partes, previa verificación de la Interventoría. En caso de desacuerdo se aplicará el valor que determine el Amigable Componedor, a solicitud de cualquiera de las Partes.

(vii) Determinado el valor de tales reparaciones y/o reconstrucciones, la ANI pagará al Concesionario el monto correspondiente, para lo cual la ANI acudirá al Fondo de Contingencias, de ser ello posible y si los recursos allí dispuestos resultaren insuficientes la ANI podrá autorizar el uso de los recursos de la Subcuenta Excedentes ANI para atender dicha obligación o, como último recurso, atender los pagos con cargo a su presupuesto (previo agotamiento de los requisitos previstos en la Ley Aplicable), dentro de los plazos y en las condiciones previstas en la Sección 3.6 de esta Parte General.

14.3  Indemnidad

(a)    El Concesionario se obliga a mantener indemne a la ANI de cualquier reclamación proveniente de terceros y que se deriven de sus actuaciones o de las de sus subcontratistas o dependientes.

(b)    Para estos efectos, la ANI deberá notificar al Concesionario del reclamo o acción correspondiente:

(i) Si es extrajudicial, dentro de los cinco (5) Días Hábiles siguientes a la fecha en que dicha reclamación sea presentada;

(ii) Si es judicial (de cualquier naturaleza), dentro de los tres (3) Días Hábiles siguientes a

(1)    La fecha en que el reclamo haya sido notificado personalmente a la ANI; o

(2)    La fecha en la que legalmente se entienda que la ANI ha sido debidamente notificada del auto admisorio de la demanda a través de la cual se hace el reclamo, si tal notificación se ha hecho por medio de aviso o edicto conforme a la Ley.

(c)    Coadyuvancia y otros comportamientos procesales.

(i) El Concesionario tendrá el derecho a participar y a unirse a su costo, con los abogados que escoja, en la defensa adelantada por la ANI respecto de cualquier acción o demanda que se inicie en contra de la ANI por causas imputables al

Concesionario, pero en caso de conflicto entre el Conccsionario y la ANI sobre el curso de la defensa o la solución del correspondiente proceso, la ANI tendrá la competencia exclusiva para tomar las decisiones o acciones que correspondan, salvo que el Concesionario haya aceptado que la respectiva reclamación con todas sus consecuencias corresponde a aquellas cuyas consecuencias económicas debe asumir, en cuyo caso se entenderá que el criterio de los abogados que señale el Conccsionario prevalecerá sobre el de la ANI para tomar cualquier decisión o acción que deba adelantarse en desarrollo de su defensa.

(ii) El Concesionario pagará –a nombre de la ANI– las sumas necesarias para cumplir con cualquier condena, o incluso para atender los embargos o el requerimiento de pólizas u otras medidas provisionalcs quc emitan las autoridades, dentro de los treinta (30) Días Hábilcs contados desde la solicitud en ese sentido hecha por la ANI, soportada por una copia de la orden correspondiente de las autoridades.

(iii) Si la condena u orden pertinente es recurrida por la ANI y el recurso es de aquellos que sc concede en cl efecto suspensivo, la obligación del Concesionario de pagar será pospuesta hasta la fecha en que el recurso correspondiente sea decidido.

(iv) En el caso de mora se causarán intereses de mora a la tasa señalada en la Sección 3.6(a) de esta Parte General.

(v) Todo lo anterior se entiende sin perjuicio de la utilización de los instrumentos procesales que resulten aplicables, por cualquiera de las Partes.





## CAPÍTULO XV    SOLUCIÓN DE CONTROVERSIAS

Lo establecido en el presente capítulo no obsta para que las Partes puedan resolver directamente toda controversia patrimonial y conciliable entre ellas, surgida del presente Contrato en cualquier tiempo. A los mecanismos de solución de controversias se les aplicará lo previsto en la Ley 1563 de 2012 y el artículo 14 de la ley 1682 de 2013.

15.1  Amigable Componedor

(a)    Las Partes acuerdan acudir a un Amigable Componedor para definir todas aquellas controversias que expresamente se han señalado en el presente Contrato para conocimiento del Amigable Componedor. La decisión del Amigable Componedor será definitiva y vinculante para las Partes.

(b)    Antes de la suscripción del Contrato, el Concesionario deberá manifestar a la ANI si opta por aceptar el uso de éste mecanismo de forma permanente para definir las controversias nominadas en el Contrato. Su voluntad deberá ser manifestada por el representante legal, o quien haga sus veces por escrito e inequívocamente a la ANI. En caso de no optar por el mecanismo de forma permanente se entenderá que acepta utilizarlo bajo la figura del amigable componedor transitorio (caso a caso).

(c)    En el evento de ser el Amigable Componedor de forma transitoria (caso a caso), los aportes a la Subcuenta Amigable Composición deberán ser hechos en todo caso por el Concesionario. Esos recursos se destinarán al pago de honorarios del Amigable Componedor transitorio y a los gastos del arbitraje, así como a los gastos que demande cualquier otro mecanismo alternativo de solución de controversias al que las Partes acuerden acudir en el momento en que una controversia se presente.

(d)    El Amigable Componedor estará compuesto por tres (3) personas naturales seleccionadas de conformidad con lo señalado en la Sección 15.1(e) siguiente, las cuales definirán de manera vinculante e imparcial para las Partes las controversias que surjan entre ellas y respecto de las cuales este Contrato establezca expresamente la posibilidad de acudir al Amigable Componedor. Lo anterior sin perjuicio de que cualquier otra controversia pueda ser sometida a este mecanismo de solución, previo acuerdo entre las Partes.

(e)    Los miembros del Amigable Componedor serán escogidos dentro de un plazo estimado de treinta (30) Días Hábiles siguientes a la fecha de suscripción del presente Contrato, de acuerdo con las siguientes reglas:

(i)    Dentro de los veinte (20) Días Calendario siguientes a la fecha de suscripción del Contrato de Concesión, cada una de las Partes seleccionará un miembro del Amigable Componedor para ejercer las funciones previstas en este



Contrato por la totalidad del plazo del Contrato de Concesión, sin perjuicio de que alguno de los miembros pueda ser reemplazado de conformidad con lo previsto en la Sección siguiente.

(ii) Si vencido este plazo alguna o ambas Partes no han seleccionado uno o los dos (2) miembros del Amigable Componedor que deban ser seleccionados por las Partes, éste o éstos serán sorteados por el Centro de Arbitraje y Conciliación seleccionado conforme se señala en la Sección 15.1(e)(iii) siguiente, de su lista de amigables componedores, previa solicitud formulada por cualquiera de las Partes, la cual deberá elevarse en todo caso antes de la suscripción del Acta de Inicio.

(iii) Dentro de los cinco (5) Días Hábiles siguientes a la suscripción del Contrato de Concesión, el Concesionario deberá informar a la ANI el Centro que realizará las funciones delegadas por las Partes respecto de sorteos y recusaciones de los Amigables Componedores. Vencido este plazo sin manifestación del Concesionario, la ANI realizará dicha elección. El Centro escogido –por el Concesionario o por la ANI, según corresponda– deberá corresponder a uno de los siguientes: a) El Centro de Arbitraje y Conciliación de la Cámara de Comercio de Bogotá; b) El Centro de Arbitraje, Conciliación y Amigable Composición del Sector Infraestructura y Transporte, o c) el Centro Internacional para la Resolución de Disputas (International Centre for Dispute Resolution) de la American Arbitration Association –en adelante por sus siglas en inglés ICDR–.

(iv) Las Partes delegan la designación del tercer miembro del Amigable Componedor a los dos (2) amigables componedores designados por ellas o que por defecto hayan sido sorteados por el Centro escogido, quienes deberán designarlo dentro de los diez (10) Días siguientes a la fecha de la última aceptación de los integrantes del Amigable Componedor ya designados. Si en dicho plazo, los dos (2) amigables componedores no logran el acuerdo correspondiente, el tercer miembro del Amigable Componedor será designado por el Centro escogido conforme a la Sección 15.1(e)(iii) anterior.

(v) Los amigables componedores deberán ser ingenieros civiles, economistas, administradores de empresas, ingenieros industriales, abogados o de profesiones afines a las anteriores, de conformidad con el literal g) del artículo 14 de la Ley 1682 de 2013. En todo caso, por lo menos uno de los amigables componedores deberá ser un abogado que goce de las condiciones personales y profesionales de que habla el literal antes citado, así como acreditar experiencia profesional en mecanismos alternativos de solución de controversias.

(vi) A los miembros del Amigable Componedor les serán aplicables las causales de impedimento y recusación señaladas en el artículo 16 de la Ley 1563 de 2012 o en las normas que lo modifiquen, complementen o sustituyan. En todo

caso, ningún miembro del panel podrá ser empleado, socio o contratista del Concesionario, de los miembros o socios del Concesionario, de la ANI, el Ministerio de Transporte o sus entidades descentralizadas o adscritas, del Interventor o de los apoderados de las Partes. Tampoco podrán ser accionistas del Interventor o del Concesionario o de cualquiera de las empresas que sean socias de éstos, ni podrán tener parentesco hasta de cuarto grado de consanguinidad, segundo de afinidad o único civil con los empleados de nivel directivo de la ANI, del Concesionario, del Interventor, o los miembros o accionistas del Concesionario o del Interventor. De ser el caso se aplicarán las prohibiciones previstas en el artículo 3 de la Ley 1474 de 2011.

(vii) Dentro de los dos (2) Días siguientes a su designación, los amigables componedores harán una declaración de independencia e imparcialidad respecto de las Partes al momento de aceptar la designación, y manifestarán en ella no tener ninguna inhabilidad o incompatibilidad de conformidad con lo exigido por la Ley Aplicable. Si durante el curso del Contrato se llegare a establecer que alguno de los amigables componedores no reveló información que debía suministrar al momento de aceptar el nombramiento, por ese solo hecho quedarán impedido, y así deberá declararlo, so pena de ser recusado. Caso en el cual el Centro delegado por las Partes según la Sección 15.1(e)(iii) decidirá sobre la separación o continuidad del amigable componedor. En caso de sobrevenir un hecho que pudiere generar duda a alguna de las Partes sobre la independencia o imparcialidad del Amigable Componedor, este deberá revelarlo a las partes sin demora. Si cualquiera de estas considera que tal circunstancia afecta la imparcialidad o independencia del miembro del Amigable Componedor, el Centro decidirá sobre su separación o continuidad.

(f)     Alcance de las decisiones del Amigable Componedor.

(i)   El proceso por medio del cual el Amigable Componedor defina sobre la controversia deberá basarse en los principios propios del debido proceso, y su decisión deberá fundamentarse en las pruebas o experticios válidamente obtenidos en el proceso, así como respetar la Ley Aplicable. El Amigable Componedor no podrá decidir en equidad y deberá decidir en derecho.

(ii)  El Amigable Componedor no tendrá competencia para conocer las controversias que se deriven del ejercicio de las facultades excepcionales al derecho común de que goza la ANI.

(iii) Las decisiones del Amigable Componedor se tomarán preferiblemente por unanimidad, pero a falta de ésta por la mayoría de sus miembros. Quien disienta deberá expresar motivadamente las razones de su disenso.

(iv)  Al definir la controversia, el Amigable Componedor podrá interpretar el contenido del presente Contrato, pero en ningún caso podrá, con su decisión,

subrogar, modificar, sustituir, aumentar, adicionar, complementar o derogar el contenido del presente Contrato.

(v) El Amigable Componedor podrá en todo momento asesorarse de expertos o solicitar la práctica de pruebas periciales de acuerdo con la naturaleza de la controversia sometida a su conocimiento por las partes. Las costas que ello genere, serán asumidas por las Partes por partes iguales.

(vi) Las decisiones del Amigable Componedor que definan la controversia, podrán ser sometidas al conocimiento de la jurisdicción arbitral, de conformidad con lo establecido para los efectos de la transacción en la Ley Aplicable.

(g)     Amigable Componedor transitorio y reemplazo de sus miembros.

(i) La designación de cada uno de los miembros del Amigable Componedor deberá ratificarse por quien lo haya seleccionado cada dos (2) años. En caso de no ratificarse, quien lo seleccionó designará al nuevo miembro del Amigable Componedor en un término no mayor a diez (10) Días Hábiles siguientes al vencimiento de los dos (2) años antes señalados. Si la parte interesada omitiere indicar el nombre del nuevo miembro del Amigable Componedor, se entenderá como una ratificación tácita del que se encuentre en funciones.

(ii) En caso de renuncia o falta de un miembro del Amigable Componedor, éste deberá ser sustituido por quien efectuó su designación o que le correspondía hacerla, dentro de los diez (10) Días siguientes al recibo de la renuncia por las Partes. Vencido este plazo sin haberse efectuado la correspondiente designación, el nuevo miembro del Amigable Componedor será designado por el Centro, previa solicitud de cualquiera de las Partes.

(iii) En caso de renuncia o falta del tercer miembro del Amigable Componedor, su reemplazo será seleccionado por los dos (2) miembros del Amigable Componedor designados por las Partes.

(iv) Igualmente, las Partes, al vencimiento de cada dos (2) años desde su designación, podrán pedir la sustitución del tercer miembro del Amigable Componedor que haya sido designado por los otros dos miembros o que hubiere sido designado por sorteo, evento en el cual su reemplazo será seleccionado por los dos (2) miembros del Amigable Componedor designados por las Partes o, en caso de desacuerdo, por el Centro escogido. La Parte que solicite el reemplazo no tendrá el deber de motivar su decisión. Si al vencimiento del respectivo periodo de dos (2) años estuviere en curso algún procedimiento de acuerdo con la Sección 15.1(k), la restitución del tercer miembro sólo tendrá efecto para la resolución de dicha controversia una vez el procedimiento termine.



Página **183** de 225

(h)    Amigable Componedor permanente y reemplazo de sus miembros.

(i)    En caso de que el Concesionario hubiese optado por el uso del Amigable Componedor permanente, éste permanecerá activo desde el momento de la designación de sus miembros y hasta la fecha en que se suscriba el Acta de Reversión, término durante el cual sus integrantes estarán obligados –y así lo reconocerán expresamente al aceptar su designación– a conocer en detalle las características del Contrato de Concesión y de todos sus Apéndices, así como las normas nacionales e internacionales que sean aplicables. Igualmente, los integrantes del Amigable Componedor estarán en la obligación de conocer detalladamente todos los aspectos de la ejecución del Contrato, sus modificaciones y cualquier otro aspecto relevante frente a su desarrollo, de tal manera que estén en capacidad de dar una respuesta rápida e informada en todos los casos en que sea convocado. A dichos efectos, las Partes estarán obligadas en todo momento de ejecución contractual a enviar toda la información del contrato a los miembros del Amigable Componedor. Durante el periodo en que ejerzan sus funciones, los integrantes del Amigable Componedor tendrán derecho a percibir la parte fija de su remuneración, en los términos señalados en la Sección 15.1(i)(iv) siguiente.

(ii)   El Amigable Componedor podrá ser convocado para dirimir conflictos entre las Partes con posterioridad a la fecha de suscripción del Acta de Reversión, caso en el cual las Partes pueden optar por constituir el Amigable Componedor con los mismos miembros que formaron parte de éste al momento de la Reversión, o efectuar una nueva designación, siguiendo el procedimiento establecido en la Sección 15.1(e). A falta de acuerdo entre las Partes se aplicará esta última opción. Las actuaciones del Amigable Componedor posteriores a la Fecha Efectiva de Terminación del Contrato de Concesión, serán objeto de fijación de honorarios por parte del propio Amigable Componedor, sin perjuicio de la posibilidad de las Partes para establecer una limitación en cuanto a éstos.

(iii)  Los integrantes del Amigable Componedor no tendrán relación laboral alguna con las Partes. Su vinculación al Proyecto se enmarca y limita estrictamente a las funciones que para la figura del Amigable Componedor prevé la Ley Aplicable.

(iv)   La designación de cada uno de los miembros del Amigable Componedor deberá ratificarse por quien lo haya seleccionado cada dos (2) años. En caso de no ratificarse, quien lo seleccionó designará al nuevo miembro del Amigable Componedor en un término no mayor a diez (10) Días Hábiles siguientes al vencimiento de los dos (2) años antes señalados. Si la parte interesada omitiere indicar el nombre del nuevo miembro del Amigable Componedor, se entenderá como una ratificación tácita del que se encuentre en funciones.

(v) En caso de renuncia o falta de un miembro del Amigable Componedor, éste deberá ser sustituido por quien efectuó su designación o que le correspondía hacerla, dentro de los diez (10) Días siguientes al recibo de la renuncia por las Partes. Vencido este plazo sin haberse efectuado la correspondiente designación, el nuevo miembro del Amigable Componedor será designado por el Centro, previa solicitud de cualquiera de las Partes.

(vi) En caso de renuncia o falta del tercer miembro del Amigable Componedor, su reemplazo será seleccionado por los dos (2) miembros del Amigable Componedor designados por las Partes.

(vii) Igualmente, las Partes, al vencimiento de cada dos (2) años desde su designación, podrán pedir la sustitución del tercer miembro del Amigable Componedor que haya sido designado por los otros dos miembros o que hubiere sido designado por sorteo, evento en el cual su reemplazo será seleccionado por los dos (2) miembros del Amigable Componedor designados por las Partes o, en caso de desacuerdo, por el Centro escogido. La Parte que solicite el reemplazo no tendrá el deber de motivar su decisión. Si al vencimiento del respectivo periodo de dos (2) años estuviere en curso algún procedimiento de acuerdo con la Sección 15.1(k), la restitución del tercer miembro sólo tendrá efecto para la resolución de dicha controversia una vez el procedimiento termine.

(i) Remuneración del Amigable Componedor.

(i) El valor de los derechos por gastos administrativos para el Centro escogido, y la remuneración por los honorarios de los miembros del Amigable Componedor se hará con cargo a la Subcuenta Amigable Composición, como se prevé en la Sección 3.14(i)(vi) de esta Parte General.

(ii) La Fiduciaria de forma mensual remitirá a la ANI y al Concesionario la relación de los pagos realizados por concepto de la Amigable Composición.

(iii) Remuneración de los miembros del Amigable Componedor transitorio (caso a caso): Los honorarios de los miembros del Amigable Componedor transitorio (caso a caso) se limitarán según el valor de las pretensiones o estimación razonada de la cuantía de la controversia, conforme se establece en la tabla incluida a continuación y en todo caso no superarán un máximo de TRESCIENTOS SALARIOS MINIMOS MENSUALES LEGALES VIGENTES (300 SMMLV) por cada miembro.

| | Rango Inferior | | Rango Superior | Tarifa |
|---|---|---|---|---|
| Hasta | | | $6.160.000,00 | 40,00 SMMLV |
| De | $6.160.001,00 | A | $108.416.000,00 | 13,00% |



| De | $108.416.001,00 | A | $325.864.000,00 | 9,00% |
|---|---|---|---|---|
| De | $325.864.001,00 | A | $543.312.000,00 | 8,00% |
| De | $543.312.001,00 | A | $1.086.624.000,00 | 7,00% |
| | | Más de | $1.086.624.001,00 | 300. MLV |

(iv) La remuneración de los miembros del Amigable Componedor permanente tendrá los siguientes componentes:

(1) Una suma fija mensual de siete millones de Pesos ($7'000.000.oo) del Mes de Referencia, por cada miembro del Amigable Componedor, la cual será pagada Mes vencido, con cargo a la Subcuenta Amigable Composición dentro de los primeros cinco (5) Días Hábiles de cada Mes, desde la designación de todos los miembros del Amigable Componedor y hasta la fecha de suscripción del Acta de Reversión, y

(2) Una suma variable, en función del número de controversias que sean sometidas por las Partes a su definición. El valor de la remuneración variable del Amigable Componedor será de cuatro millones de Pesos ($4'000.000) del Mes de Referencia, por miembro del Amigable Componedor, por cada una de las composiciones realizadas. Sin embargo, el Amigable Componedor podrá solicitar, sujeto a la aprobación de las dos Partes, un incremento en el valor previsto en esta Sección, en el caso en que lo justifique debidamente con base en las características especiales de la controversia de que se trate.

(3) El valor de la remuneración fija y variable de los miembros del Amigable Componedor será reajustado a partir del Mes de enero de cada año, de conformidad con la fórmula contenida en la Sección 3.9(b) de esta Parte General.

(j) El Concesionario deberá efectuar los aportes a la Subcuenta de Amigable Composición que se señalan en la Parte Especial.

(k) Procedimiento para la Amigable Composición.

(i) El proceso de amigable composición se iniciará mediante la presentación de una solicitud de intervención del Amigable Componedor. Dicha solicitud deberá contener –por lo menos– los siguientes elementos:

(1) Identificación completa de la Parte que solicita la intervención del Amigable Componedor.

(2) Descripción de los hechos que generaron la controversia entre las Partes.

(3)        Fijación de la controversia.

(4)        Solicitudes elevadas al Amigable Componedor.

(5)        Fundamentos técnicos, contables, financieros, contractuales y/o
           legales que apoyan las solicitudes.

(6)        Relación de pruebas aportadas o solicitadas al Amigable
           Componedor.

(ii)  Una vez recibida por la Parte convocada copia íntegra de la solicitud de
      intervención del Amigable Componedor efectuada por la Parte interesada, la
      convocada deberá, dentro de un término de hasta diez (10) Días Hábiles,
      pronunciarse por escrito ante el Amigable Componedor sobre la solicitud de
      intervención presentada por la Parte interesada. Dicho término se contará a
      partir del Día siguiente de aquel en que hubiese sido notificada la Parte
      convocada. El escrito de la Parte convocada deberá contener por lo menos los
      siguientes elementos:

(1)        Identificación completa de la Parte que presenta la respuesta a la
           solicitud de intervención del Amigable Componedor.

(2)        Pronunciamiento sobre los hechos que, de acuerdo con lo
           señalado en la solicitud de intervención del Amigable
           Componedor, generaron la controversia entre las Partes.

(3)        Pronunciamiento sobre los hechos en que se encuentra de acuerdo
           con la Parte convocante.

(4)        Su posición frente a la fijación de la controversia.

(5)        Solicitudes elevadas al Amigable Componedor.

(6)        Fundamentos técnicos, contables, financieros, contractuales y/o
           legales que apoyan las solicitudes.

(7)        Relación de pruebas aportadas o solicitadas al Amigable
           Componedor.

(iii) Periodo Probatorio: Vencido el término de traslado a la parte convocada,
      dentro de los cinco (5) Días Hábiles siguientes, el Amigable Componedor se
      pronunciará sobre la necesidad, conducencia y utilidad de las pruebas
      aportadas y solicitadas por las Partes. De la decisión del Amigable
      Componedor sobre el decreto de pruebas se dará traslado a las Partes por el
      término de cinco (5) Días Hábiles a fin de que estas se pronuncien.

(iv) Con base en el decreto de pruebas inicial y, eventualmente, en las modificaciones que el Amigable Componedor decida en atención al pronunciamiento de las Partes, así como en las decisiones de oficio que adopte el Amigable Componedor, las pruebas decretadas, distintas a las aportadas, se practicarán en un término de quince (15) Días Hábiles, que podrá ser prorrogado por la decisión unánime de los miembros del Amigable Componedor, si la naturaleza de la prueba así lo exige.

(v) Traslado de las pruebas practicadas. En caso de que el Amigable Componedor hubiese procedido al decreto y práctica de pruebas, al término del período probatorio indicado en el literal anterior, se dará traslado a las Partes por el término de cinco (5) Días Hábiles a fin de que estas se pronuncien sobre las mismas y presenten por escrito sus alegaciones finales.

(vi) Término para la adopción de la decisión. El Amigable Componedor tendrá un plazo máximo de treinta (30) Días Hábiles para definir la controversia, los cuales se contarán a partir del día siguiente a la presentación del escrito de contestación de la parte convocada, o al vencimiento del término fijado para que las Partes se manifiesten sobre la(s) prueba(s) practicada(s) de conformidad con las Secciones anteriores. Este plazo podrá ampliarse a solicitud del Amigable Componedor, siempre que esa solicitud sea aceptada por las dos Partes.

(vii) Fuerza Vinculante. Cada Parte deberá cooperar en la realización de cualquier procedimiento que el Amigable Componedor efectúe relacionada con la disputa en cuestión. Las decisiones adoptadas por el Amigable Componedor, como resultado del procedimiento de la amigable composición, tendrán fuerza vinculante para las Partes y tendrán efectos transaccionales de acuerdo con la Ley Aplicable.

(viii) El Amigable Componedor deberá informar a la Procuraduría General de la Nación a la Agencia Nacional de Defensa Jurídica del Estado sobre la apertura de cada proceso de amigable composición, para efectos de lo previsto en el artículo 49 de la ley 1563 de 2012. De ser necesario, los términos anteriormente señalados podrán suspenderse para tal fin.

(ix) El inicio del Amigable Componedor no faculta a las Partes para suspender unilateralmente la ejecución de las obligaciones del Contrato.

## 15.2  Arbitraje Nacional

(a) Toda controversia que surja entre las Partes con ocasión del presente Contrato, será resuelta por un Tribunal de Arbitramento Nacional de conformidad con la ley 1563 de 2012, en armonía con las normas de procedimiento aplicables a la controversia y

el artículo 14 de la Ley 1682 de 2013, ● en las normas que los modifiquen, complementen o sustituyan y las reglas que a continuación se establecen.

(b)    También serán del conocimiento del Tribunal de Arbitramento las decisiones definitivas adoptadas por el Amigable Componedor, de conformidad con lo establecido para los efectos de la transacción en la Ley Aplicable.

(c)    Dentro de quince (15) Días Hábiles siguientes a la suscripción del Contrato de Concesión, el Concesionario deberá informar a la ANI el Centro de Arbitraje y Conciliación que realizará las funciones delegadas por las Partes respecto de sorteos y recusaciones de los Árbitros designados y que servirá de sede del arbitramento. Si vencido este plazo, el Concesionario no ha notificado la designación, la ANI realizará dicha elección. El Centro escogido –por el Concesionario o por la ANI, según corresponda– deberá corresponder a uno de los siguientes: i) El Centro de Arbitraje y Conciliación de la Cámara de Comercio de Bogotá, o ii) el Centro de Arbitraje, Conciliación y Amigable Composición del Sector Infraestructura y Transporte.

(d)    El tribunal estará compuesto por tres (3) árbitros los cuales serán designados de común acuerdo por las Partes. Para ello las partes elaborarán listas de candidatos con idoneidad en el objeto y las características del Contrato. En caso de no llegarse a un acuerdo el Centro de Arbitraje escogido conforme a lo establecido en la Sección 15.2(c) anterior, designará los árbitros por sorteo de acuerdo con su reglamento.

(e)    Los árbitros decidirán en derecho.

(f)    Los honorarios de los árbitros se limitarán según el valor de las pretensiones, conforme se establece en la tabla incluida a continuación y en todo caso no superarán un máximo de QUINIENTOS SALARIOS MINIMOS MENSUALES LEGALES VIGENTES (500 SMMLV) por cada árbitro.

| | Rango Inferior | | Rango Superior | Tarifa |
|---|---|---|---|---|
| Hasta | | | $6.160.000,00 | 4.000 SMMLV |
| De | $6.160.001,00 | A | $108.416.000,00 | 13,00% |
| De | $108.416.001,00 | A | $325.864.000,00 | 9,00% |
| De | $325.864.001,00 | A | $543.312.000,00 | 8,00% |
| De | $543.312.001,00 | A | $1.086.624.000,00 | 7,00% |
| | | | Más de $1.086.624.001,00 | 500 SMMLV |

(g)    El inicio del procedimiento arbitral no inhibirá el ejercicio de facultades excepcionales al derecho común de que disponga la ANI conforme al Contrato y la Ley Aplicable. Los actos administrativos, fruto del ejercicio de tales facultades no podrán ser sometidos a arbitramento por ser competencia de la jurisdicción contenciosa administrativa.





(h)     Los árbitros designados harán una declaración de independencia e imparcialidad respecto de las Partes al momento de aceptar la designación, situación que deberá mantenerse de su parte en todo momento del proceso. En todo caso, ningún miembro del panel podrá ser empleado, socio o contratista del Concesionario, de los miembros o socios del Concesionario, de la ANI, el Ministerio de Transporte o sus entidades descentralizadas o adscritas, del Interventor o de los apoderados de las Partes. Tampoco podrán ser accionistas del Interventor o del Concesionario o de cualquiera de las empresas que sean socias de éstos, ni podrán tener parentesco hasta de cuarto grado de consanguinidad, segundo de afinidad o único civil con los empleados de nivel directivo de la ANI, del Concesionario, del Interventor, de los accionistas del Concesionario, del Interventor o de los apoderados de las Partes. Igualmente, no podrá ser árbitro quién al momento de la designación sea coárbitro en los procesos que los apoderados de las Partes sean a su vez coárbitros o apoderados en aquellos procesos.

(i)     El término del proceso arbitral así como las suspensiones del proceso se regirán por lo establecido en los artículos 10 y 11 de la Ley 1563 de 2012 o las normas que los modifiquen, complementen o sustituyan. En todo caso, las Partes de común acuerdo y previo a la audiencia de instalación, podrán conceder al Tribunal un término mayor al señalado en la Ley, para lo cual bastará la suscripción de un memorial conjunto que así lo informe a los árbitros designados .

(j)     Las Partes acuerdan que en el evento en que se convoque el Tribunal de Arbitramento, los efectos de la cláusula compromisoria serán extensivos a aquellas empresas, sociedades o personas naturales que hayan presentado conjuntamente la Oferta, en la medida que dichos sujetos prestaron su consentimiento por referencia al momento de la presentación de la Oferta.

(k)     El inicio del trámite arbitral no faculta a las Partes para suspender unilateralmente la ejecución de las obligaciones del Contrato.

## 15.3   Arbitraje Internacional[1]

(a)     Toda controversia que surja entre las Partes con ocasión del presente Contrato será resuelta por un Tribunal de Arbitramento Internacional de conformidad con el literal c) del artículo 62 de la ley 1563 de 2012 y las reglas que a continuación se establecen.

---

[1] En caso de que la oferta ganadora tenga inversión extranjera directa o indirecta, la cláusula arbitral del contrato será únicamente la que se regula en la sección 15.3. Sin embargo, si los árbitros o cualquier autoridad con competencia para ello, declaran que, para el presente Contrato, no concurren las causas legales para que proceda el arbitraje internacional, se entenderá pactado el arbitraje nacional previsto en la Sección 15.2 anterior.

(b)        También podrán ser sometidas a su conocimiento las decisiones definitivas del amigable componedor, de conformidad con lo establecido para los efectos de la transacción en el la Ley Aplicable

(c)        El arbitraje internacional será administrado por el Centro Internacional para la Resolución de Disputas (International Centre for Dispute Resolution de la American Arbitration Association), –ICDR– de conformidad con su Reglamento de Arbitraje Internacional, así como por los siguientes términos:

        (i)    La sede del arbitraje será Bogotá, Colombia.

        (ii)   El idioma del arbitraje scrá el español.

        (iii)  La ley aplicable al Contrato será la ley colombiana vigente al momento de la celebración del Contrato así como las normas de procedimiento de la ley, aplicables a la controversia.

        (iv)  El tribunal será designado por las Partes con base en una lista elaborada por el ICDR quien tendrá en cuenta las observaciones de idoneidad y experiencia informadas por las Partes. En el evento en que las Partes no lleguen a un acuerdo el ICDR scrá el encargado de hacer la designación de todos los árbitros, de conformidad con su reglamento.

        (v)   Una vez presentada la solicitud de arbitraje por una de las Partes, la Parte convocante procederá a notificar adicionalmente a la Procuraduría General de la Nación quién podrá intervenir en el proceso por medio de sus agentes al igual que lo hace en cl arbitraje local, así como a la Agencia Nacional de Defensa Jurídica del Estado colombiano, quién podrá intervenir en el proceso arbitral por medio de apoderado en representación de la ANI o como mero interviniente gozando en cse caso de  las mismas facultades, los mismos derechos y garantías procesales y probatorias de las Partes.

        (vi)  Los árbitros decidirán en dcrecho.

        (vii) Los honorarios del Tribunal de Arbitraje internacional se limitarán a los mismos montos señalados cn la Sección 15.2(f) de esta Parte General, salvo que las Partes acuerden modificar dichos montos.

        (viii)A los árbitros del Tribunal de Arbitramento Internacional se les aplicarán las mismas previsiones contenidas en la Sección 15.2(h) y al arbitramento internacional las previsiones contenidas en las Secciones 15.2(i) y 15.2(j) de esta Parte General.

(d)        El inicio del  procedimiento arbitral no inhibirá el ejercicio de facultades excepcionales al derecho común de que disponga la ANI conforme al Contrato y la



Ley Aplicable. Los actos administrativos, fruto del ejercicio de tales facultades no podrán ser sometidos a arbitramento por ser competencia de la jurisdicción contenciosa administrativa.

(e)     Las Partes acuerdan que en el evento en que se convoque el Tribunal de Arbitramento, los efectos de la cláusula compromisoria serán extensivos a aquellas empresas, sociedades o personales naturales que hayan presentado conjuntamente la Oferta, en la medida que, dichos sujetos prestaron su consentimiento por referencia al momento de la presentación de la Oferta.

(f)     El inicio del trámite arbitral no faculta a las partes para suspender unilateralmente la ejecución de las obligaciones del Contrato.


15.4   Continuidad en la ejecución

La intervención del Amigable Componedor o del Tribunal del Arbitramento, no suspenderá la ejecución del Contrato, salvo aquellas obligaciones y/o actividades que de mutuo acuerdo se consideren necesarios para garantizar el éxito del Proyecto.

## CAPÍTULO XVI    ASUNTOS LABORALES Y DE SEGURIDAD INDUSTRIAL

16.1  Personal del Concesionario

(a)  El Concesionario se compromete a que sus empleados, agentes, proveedores, Contratistas y subcontratistas posean la experiencia, conocimientos y capacidad para ejecutar los deberes específicos a ellos asignados para la debida y cabal ejecución del Contrato. La responsabilidad incluirá, además de las consecuencias fijadas en la Ley, cualquier daño o perjuicio causado a propiedades, a la vida, a la integridad personal de terceros, de la ANI o de cualquiera de sus empleados, agentes o contratistas, originada en cualquier acto, hecho u omisión de empleados, agentes, proveedores Contratistas o subcontratistas del Concesionario que no reúnan tales requisitos profesionales.

(b)  Todos los trabajadores del Proyecto serán nombrados y contratados por el Concesionario o por los Contratistas, quienes deberán cumplir con todas las disposiciones legales aplicables, entre otras, las relativas a la contratación de personal extranjero y a la regulación de las profesiones. Los trabajadores del Concesionario o sus subcontratistas no tendrán relación laboral alguna con la ANI.

(c)  Correrá por cuenta del Concesionario el pago de los salarios, sueldos, prestaciones sociales legales o extralegales, aportes parafiscales de todos los trabajadores vinculados por éste para el cumplimiento del objeto del Contrato y será suya cualquier responsabilidad por el pasivo laboral. Para tal efecto, el Concesionario deberá cumplir estrictamente cualesquiera normas legales y convencionales aplicables. La ANI no tendrá responsabilidad alguna por tales conceptos. Si por cualquier evento, la ANI se viese obligada a asumir cualquier pago derivado de las obligaciones laborales del Concesionario, éste se compromete a reembolsar esos valores dentro de los cinco (5) Días siguientes al requerimiento escrito hecho por la ANI.

(d)  En todo caso, será obligación del Concesionario asegurarse que todo el personal que utilice, con relación laboral o sin ella, esté debidamente vinculado al régimen de seguridad social previsto en la Ley. El incumplimiento de esta obligación y de las demás previstas en este Capítulo, se entenderá como incumplimiento del Contrato y será objeto de Multas, sin perjuicio de los efectos previstos en la Ley, incluyendo la declaratoria de caducidad del Contrato.

(e)  Mensualmente, el Concesionario deberá exigir a los Contratistas y a cualquiera de los subcontratistas del Concesionario, que le demuestren que han efectuado de



manera puntual los pagos de salarios, sueldos, prestaciones legales o extralegales y aportes parafiscales de sus empleados. Esta obligación también será aplicable respecto de los trabajadores sin relación laboral, caso en el cual se acreditará que dichos trabajadores han efectuado los pagos de que trata el presente literal que les correspondan.

## 16.2  Seguridad e Higiene Industrial

Será responsabilidad del Concesionario el diseño del programa de higiene y seguridad industrial que aplicará durante la ejecución del Contrato, para lo cual, además de las normas y reglamentos aplicables, tendrá en cuenta lo previsto en los Anexos del Contrato, cuyo cumplimiento será verificado por el Interventor.

## 16.3  Relación entre las Partes

El Contrato no crea relación alguna de asociación, asociación de riesgo compartido (Joint Venture), sociedad o agencia entre las Partes, ni impone obligación o responsabilidad de índole societaria a ninguna de ellas. Ninguna de las Partes tendrá derecho, facultad o compromiso alguno, ni para actuar en nombre de la otra Parte, ni para ser su agente o representante, ni para comprometerla en forma alguna. Ninguna de las disposiciones del Contrato podrá interpretarse en el sentido de crear una relación distinta entre las Partes a la de la vinculación negocial en los términos del Contrato. Las Partes no pretenden crear ningún derecho ni otorgar ninguna acción a ningún tercer beneficiario del Contrato.

## CAPÍTULO XVII   TERMINACIÓN DEL CONTRATO

17.1  Ocurrencia

El presente Contrato terminará cuando finalice la Etapa de Reversión, lo cual ocurrirá a más tardar al vencimiento del Plazo Máximo de la Etapa de Reversión.

17.2  Causales de Terminación Anticipada del Contrato

El presente Contrato terminará de manera anticipada en los siguientes casos:

(a)    Por las siguientes causas imputables al Concesionario en cualquiera de las Etapas del Contrato:

(i)    Por declaración de Caducidad del Contrato.

(ii)    Por declaratoria de Terminación Unilateral, a menos que ésta se deba a la aplicación de la causal 1 del artículo 17 de la Ley 80 de 1993.

(b)    Por las siguientes causas no imputables a ninguna de las Partes, en cualquiera de las Etapas del Contrato:

(i)    Por solicitud de cualquiera de las Partes dada la ocurrencia de un Evento Eximente de Responsabilidad cuya duración supere noventa (90) Días y se haya paralizado la ejecución del Contrato en su totalidad. Esta estipulación también será aplicable cuando las Partes (o el Amigable Componedor, en caso de desacuerdo) concluyan que las obligaciones afectadas por un Evento Eximente de Responsabilidad son de tal importancia que hayan conducido a la suspensión total del plazo contractual, en los términos previstos en la Sección 14.2(g)(ii) de esta Parte General.

(ii)    Por declaratoria de Terminación Unilateral con base en la aplicación de la causal 1 del artículo 17 de la Ley 80 de 1993.

(iii)    Por solicitud de cualquiera de las Partes ante la ocurrencia del evento previsto en la Sección 8.1(g) y 14.1(e) de esta Parte General.

(c)    Por solicitud del Concesionario si se presenta mora superior a sesenta (60) Días en el pago de cualquier obligación dineraria a cargo de ANI, siempre que el valor pendiente de pago sea superior al definido en la Parte Especial. Se entenderá que

hay mora de la ANI sólo desde cuando, de conformidad con este Contrato, procedan intereses de mora, de acuerdo con lo previsto en la Sección 3.6 de esta Parte General.

(d)    Por decisión unilateral de la ANI de acuerdo con la autorización dada por el artículo 32 de la Ley 1508 de 2012.

## 17.3 Efectos de la Ocurrencia de una Causal de Terminación Anticipada por causas imputables al Concesionario

(a)    Ocurrida una causal de Terminación Anticipada de las previstas en la Sección 17.2(a) anterior, la ANI informará a los Prestamistas e iniciará el procedimiento previsto en la Sección 3.12 de esta Parte General. Si los Prestamistas toman posesión del Contrato, éste continuará su ejecución. Si los Prestamistas deciden no continuar con su ejecución se dará inicio a la Etapa de Reversión al Día siguiente a la declaratoria de la Terminación Anticipada del Contrato.

(b)    En el caso en que los Prestamistas decidan no continuar con la ejecución del Contrato, la ANI podrá contratar a un nuevo concesionario para que continúe la ejecución del Proyecto y/o adoptar todas las demás medidas que sean procedentes de conformidad con la Ley Aplicable para garantizar la ejecución del objeto contratado.

## CAPÍTULO XVIII   LIQUIDACIÓN DEL CONTRATO

### 18.1   Término

El Contrato se liquidará en un término máximo de ciento ochenta (180) Días contados a partir de la fecha de suscripción del Acta de Reversión, de acuerdo con lo previsto en el artículo 60 de la ley 80 de 1993 (modificado por el artículo 217 del Decreto 19 de 2012).

### 18.2   Obligaciones de la Fiduciaria en la Liquidación

Para determinar la destinación de los recursos de las cuentas y subcuentas del Patrimonio Autónomo, se aplicarán las siguientes reglas:

(a)     Cuando la ANI comunique a la Fiduciaria administradora del Patrimonio Autónomo la ocurrencia de la terminación del Contrato, al finalizar la Etapa de Reversión, la Fiduciaria, de manera inmediata, se abstendrá de realizar pagos o traslados con cargo a cualquiera de las cuentas y subcuentas del Patrimonio Autónomo, con las únicas excepciones que se consignan a continuación, siempre que, en cada caso, obtenga la autorización expresa y escrita de la ANI:

(i)     Con recursos de la Cuenta Proyecto, exceptuando los recursos de las Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, pagos a terceros (distintos de i) el Concesionario, ii) sus socios, iii) los Beneficiarios Reales del Concesionario, o iv) cualquier otra persona en la cual el Concesionario, sus socios o los Beneficiarios Reales del Concesionario, tengan cualquier participación o compartan de cualquier manera los resultados de su actividad económica) causados con anterioridad a la fecha de la Reversión y relacionados de manera directa con la ejecución del Proyecto.

(ii)     Con recursos de la Subcuenta Predios, Subcuenta Compensaciones Ambientales, Subcuenta Redes y Subcuenta Soporte Contractual, pagos a terceros (distintos de i) el Concesionario, ii) sus socios, iii) los Beneficiarios Reales del Concesionario, o iv) cualquier otra persona en la cual el Concesionario, sus socios o los Beneficiarios Reales del Concesionario, tengan cualquier participación o compartan de cualquier manera los resultados de su actividad económica) causados con anterioridad a la fecha de la Reversión y que tengan estricta y directa relación con las finalidades de esas Subcuentas, según se definen en este Contrato.

(iii) Con recursos de la Subcuenta Interventoría y Supervisión y la Subcuenta Amigable Composición, pagos al Interventor y Supervisor del Contrato o a los miembros del Amigable Componedor, según corresponda, ordenados por la ANI.

(b) La Fiduciaria deberá proporcionar a la ANI dentro de los noventa (90) Días siguientes a la suscripción del Acta de Reversión, un informe detallado acerca del estado de cada una de las cuentas y subcuentas del Patrimonio Autónomo; este informe será utilizado por las Partes para la liquidación del Contrato.

(c) Los excedentes de las Subcuentas del Patrimonio Autónomo tendrán la siguiente destinación:

    (i) Los excedentes de la Cuenta Proyecto, exceptuando los recursos de la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, serán entregados al Concesionario, salvo cuando se presente el supuesto previsto en la Sección 18.4(d) siguiente, caso en el cual dichos excedentes serán transferidos a la ANI hasta concurrencia del monto que el Concesionario deba pagar a la ANI. El excedente, de existir, será puesto a disposición del Concesionario. En caso que así lo hayan acordado el Concesionario con sus Prestamistas, estos recursos (o hasta el monto acordado entre ellos) serán entregados a los Prestamistas. La Fiduciaria tiene el deber de vigilar que esta destinación se cumpla, siempre que haya verificado la existencia del acuerdo entre el Concesionario y los Prestamistas.

    (ii) Los excedentes de la Cuenta ANI, con todas sus subcuentas, así como de la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, serán entregados a la ANI, salvo cuando se presente el supuesto previsto en la Sección 18.4(b) siguiente, caso en el cual dichos excedentes serán transferidos al Concesionario hasta concurrencia del monto que la ANI deba pagar al Concesionario. El excedente, de existir, será entregado a la ANI.

(d) Una vez se haya realizado la liquidación bilateral o unilateral del Contrato, de conformidad con lo señalado en los artículos 60 (modificado por el artículo 217 del decreto 019 de 2012) de la Ley 80 de 1993 y 11 de la Ley 1150 de 2007, la ANI procederá a enviar a la Fiduciaria, copia del Acta de Liquidación del Contrato, en la cual se señalará la destinación que la Fiduciaria deberá dar a los recursos disponibles en el Patrimonio Autónomo. La Fiduciaria deberá cumplir a cabalidad con lo dispuesto en el Acta de Liquidación del Contrato dentro de un término no mayor a noventa (90) Días contados desde la fecha de recibo del Acta de Liquidación del Contrato correspondiente.

(e) Una vez la Fiduciaria haya realizado la totalidad de los pagos señalados en el Acta de Liquidación del Contrato, ésta deberá remitir a la ANI un informe del estado de cuentas debidamente soportado con copia al Interventor, quien deberá remitirlo a la ANI en un término no mayor a treinta (30) Días contados desde su recibo,

debidamente aprobado o señalando sus observaciones. Cuando este informe haya sido aprobado por la ANI, podrá procederse a liquidar el Patrimonio Autónomo. El informe se entenderá aprobado si la ANI no formula observaciones al mismo dentro de los sesenta (60) Días siguientes a la entrega del informe que le haya hecho la Fiduciaria.

18.3  Fórmulas de Liquidación del Contrato

(a)     En el caso en que i) llegue la Fecha de Terminación de la Etapa de Operación y Mantenimiento sin haberse obtenido el VPIP, o ii) ocurra la Terminación Anticipada del Contrato, se causarán los pagos entre las Partes que resulten de las fórmulas incluidas en la presente Sección 18.3. En los demás casos de terminación del Contrato, en la liquidación se compensarán las sumas causadas durante —y en virtud de— la ejecución del Contrato que estén pendientes de pago entre las Partes, para efectos de determinar los saldos a ser pagados entre las Partes.

(b)     Las Partes aceptan que dentro de los montos que resulten de la aplicación de las fórmulas incluidas en las Secciones 18.3(e), 18.3(f), 18.3(g) y 18.3(h) siguientes, se entienden incluidas las indemnizaciones mutuas por concepto de todo perjuicio derivado de la Terminación Anticipada del Contrato, incluyendo pero sin limitarse a daño emergente, lucro cesante, perjuicios directos e indirectos, presentes y futuros, pérdidas o interrupciones en los negocios, y otros similares.

(c)     Para efectos de calcular el valor de la liquidación del presente Contrato las fórmulas incluidas en la presente Sección 18.3 podrán calcularse por Unidad Funcional, evento en el cual deberán emplearse las variables correspondientes para cada una de las Unidades Funcionales del presente Contrato.

(d)     Liquidación del Contrato en Caso de Vencimiento del Plazo sin Obtener VPIP

        Si se presenta la situación prevista en la Sección 2.4(b)(iii), la ANI reconocerá al Concesionario el saldo faltante del VPIP —ponderado por el Índice de Cumplimiento promedio observado durante toda la ejecución del Contrato— a la terminación del presente Contrato, mediante la aplicación de la siguiente fórmula:

$$VL = (VPIP - VPIP_m) * (ICP) * \left(\frac{IPC_{m+l}}{IPC_r}\right) * (1 + TDI)^{m+l+q} - DyM_{m+l} + OANI_{m+l}$$

| VL | Es el valor de la liquidación del Contrato de Concesión. Este valor está expresado en Pesos del Mes $m+l$ que corresponde al Mes en que se suscriba el Acta de Liquidación del Contrato. |
|---|---|
| VPIP | Valor presente –al Mes de Referencia– del VPIP |

| $VPIP_m$ | Valor presente –al Mes de Referencia– del Recaudo de Peaje acumulado hasta el Mes $m$, calculado con la fórmula contenida en la Sección 3.4(a) de esta Parte General. |
|---|---|
| ICP | Es el Índice de Cumplimiento Promedio durante toda la vida de la Concesión, calculado de acuerdo con la siguiente fórmula: $$ICP = \frac{\sum_{i=1}^{m} IC_i}{m}$$ Donde, $\quad$ i = Cada uno de los períodos en los cuales, de acuerdo con el presente Contrato, se mida el Índice de Cumplimiento. $\quad$ ICi = Índice de Cumplimiento del Proyecto medido para el período $i$, calculado de acuerdo con la siguiente fórmula: $$IC_i = \sum_{u=1}^{u=z} IC_{UFui} * \left( \frac{\%p_{UFu}}{T} \right)$$ Donde, $\quad IC_i$ = Índice de Cumplimiento del Proyecto medido para el período $i$. $\quad IC_{UFu}$ = Índice de Cumplimiento de la Unidad Funcional $u$ para el período $i$. $\quad \%p_{UFu}$ = Porcentaje de participación de la Unidad Funcional $n$, de acuerdo con lo establecido en la Parte Especial. $\quad T$ = Suma de los porcentajes de participación de las Unidades Funcionales para las que fue medido el Índice de Cumplimiento en el período $i$. $\quad z$ = Número de Unidades Funcionales para las que fue medido el Índice de Cumplimiento en el período $i$. |
| $IPC_r$ | IPC correspondiente al Mes de Referencia |
| $IPC_{m+l}$ | IPC correspondiente al Mes inmediatamente anterior al Mes $m+l$. |
| $DyM_{m+l}$ | Es el valor de las Deducciones, así como de las Multas, otros Descuentos y obligaciones dinerarias pendientes de pago a cargo del Concesionario, causados hasta el momento de terminación del Contrato de Concesión, expresado en Pesos del Mes $m+l$. |
| TDI | Tasa de descuento real expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $m$ | Mes en que termina el plazo del Contrato. |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |

| $q$ | Número de Meses transcurridos desde el Mes de Referencia hasta la Fecha de Inicio. |
|---|---|
| $OANI_{m+l}$ | Obligaciones dinerarias pendiente de pago a cargo de la ANI, causadas hasta el momento de terminación del Contrato de Concesión, expresadas en Pesos del Mes $m+l$. |

(e)    Terminación Anticipada con anterioridad al inicio de la Fase de Construcción

Si se produce la Terminación Anticipada del Contrato con anterioridad al inicio de la Fase de Construcción, se procederá a establecer el valor de la liquidación del Contrato de Concesión, mediante la aplicación de la siguiente fórmula:

$$VL_{(pc)} = \Delta - (DyM_{m+l} + CP_{m+l}) + OANI_{m+l}$$

Siendo

$$\Delta = \sum_{h=1}^{m+l} \left[ (AR_h) * \left( \frac{IPC_{m+l}}{IPC_h} \right) * (1 + TE)^{m+l-h} \right]$$

Si $\Delta$ es menor a cero (0), entonces $\Delta = cero(0)$

Donde,

| $VL_{(pc)}$ | Es el valor de la liquidación del Contrato de Concesión cuando la Terminación Anticipada se produce con anterioridad al inicio de la Fase de Construcción. Este valor está expresado en Pesos del Mes $m+l$ que corresponde al Mes en que se suscriba el Acta de Liquidación del Contrato. |
|---|---|
| $AR_h$ | Costos durante el Mes $h$ (siempre que se trate de costos realizados hasta la terminación de la Etapa de Reversión), asociados con las actividades que haya realizado el Concesionario con anterioridad al inicio de la Fase de Construcción y que hayan sido reconocidos por ANI, en Pesos corrientes. |
| | Las actividades reconocidas incluyen exclusivamente aquellas relacionadas con las obligaciones del Concesionario con anterioridad al inicio de la Fase de Construcción. |
| | Para los Meses $h$ posteriores a la Fecha de Inicio se reconocerán exclusivamente los costos asociados con las siguientes actividades: |
| | • Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención y el mantenimiento de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte |





General, y iii) el seguro de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes $h$.

- Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes $h$.
- Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes $h$.
- Valor de los estudios al que se refiere la Sección 2.3(b)(viii), de haberse efectivamente pagado dicho valor, en el Mes $h$.
- Valor de los Estudios de Trazado y Diseño Geométrico y los Estudios de Detalle, en el Mes $h$.
- Costos de la Gestión Social y Ambiental (exceptuando los hechos contra la Subcuenta Compensaciones Ambientales), en el Mes $h$.
- Costos de la Gestión Predial (exceptuando los hechos contra la Subcuenta Predios), en el Mes $h$.
- Costos de Operación y Mantenimiento, gastos de administración e impuestos, en el Mes $h$.
  Comisiones y otros pagos a los Prestamistas, distintos del servicio de la deuda (intereses y principal), en el Mes $h$.

Para los Meses $h$ anteriores a la Fecha de Inicio se reconocerán exclusivamente los siguientes costos:

- Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes $h$. Lo anterior, siempre que las pólizas hubieren sido aprobadas en los términos de la Sección 12.1(a) de esta Parte General; de lo contrario, no se reconocerán estos costos.
- Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes $h$.
- Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes $h$.

El valor reconocido por estas actividades se definirá con base en los valores brutos (sin incluir depreciaciones, amortizaciones o valorizaciones) que corresponderán exclusivamente a los costos directos asociados con estas actividades y será establecido por las Partes de mutuo acuerdo o, en su defecto, por el Amigable Componedor, pero en todo caso su valor no podrá ser superior al consignado en los registros contables del

| | Patrimonio Autónomo para estos rubros, registrados en los estados financieros y certificados por el Interventor. |
|---|---|
| $IPC_h$ | IPC correspondiente al Mes $h$. |
| $IPC_{m+l}$ | IPC correspondiente al Mes inmediatamente anterior al Mes $m+l$. |
| TE | Tasa de descuento real expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $DyM_{m+l}$ | Es el valor de las Deducciones, así como de las Multas, otros Descuentos y obligaciones dinerarias pendientes de pago a cargo del Concesionario, causados hasta el momento de terminación del Contrato de Concesión, expresado en Pesos del Mes $m+l$. |
| $CP_{m+l}$ | Cláusula Penal, si es del caso su aplicación conforme a la Sección 10.5 de esta Parte General, siempre que no haya sido pagada por el Concesionario, expresada en Pesos del Mes $m+l$. |
| $h$ | Cada uno de los Meses desde la suscripción del Contrato hasta el Mes $m$. |
| $m$ | Mes en que ocurre la Terminación Anticipada del Contrato. |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |
| $OANI_{m+l}$ | Obligaciones dinerarias pendiente de pago a cargo de la ANI, causadas hasta el momento de terminación del Contrato de Concesión, expresadas en Pesos del Mes $m+l$. |

(f)    Terminación Anticipada en Fase de Construcción

Si se produce la Terminación Anticipada del Contrato durante la Fase de Construcción, se procederá a establecer el valor de la liquidación del Contrato de Concesión, mediante la aplicación de la siguiente fórmula:

$$VL_{(c)} = \Delta - (DyM_{m+l} + CP_{m+l}) + OANI_{m+l}$$

Siendo

$$\Delta = \sum_{h=1}^{m+l} \left[ (AR_h - R_h) * \left( \frac{IPC_{m+l}}{IPC_h} \right) * (1 + TE)^{(m+i-h)} \right] * \left[ (1 - FUSD') + \left( \frac{TRM_{m+l}}{TRM_h} * FUSD' \right) \right]$$

Si $\Delta$ es menor a cero (0), entonces $\Delta = cero(0)$

Donde,

| $VL_{(c)}$ | Es el valor de la liquidación del Contrato de Concesión cuando la Terminación Anticipada se produce durante la Fase de Construcción. Este valor está expresado en Pesos del Mes $m+l$ que corresponde al Mes en que se suscriba el Acta de Liquidación del Contrato. |
|---|---|
| $AR_h$ | Costos durante el Mes $h$ (siempre que se traten de costos realizados hasta la terminación de la Etapa de Reversión), asociados con las actividades |



que haya realizado el Concesionario con anterioridad al inicio de la Etapa de Operación y Mantenimiento y que hayan sido reconocidos por ANI, en Pesos corrientes.

Las actividades reconocidas incluyen exclusivamente aquellas relacionadas con las obligaciones del Concesionario durante la Etapa Preoperativa.

Para los Meses $h$ posteriores a la Fecha de Inicio se reconocerán exclusivamente los costos asociados con las siguientes actividades :

- Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención y el mantenimiento de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes $h$.
- Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes $h$.
- Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes $h$.
- Valor de los estudios al que se refiere la Sección 2.3(b)(viii), de haberse efectivamente pagado dicho valor, en el Mes $h$.
- Valor de los Estudios de Trazado y Diseño Geométrico y los Estudios de Detalle, en el Mes $h$.
- Costos de la Gestión Social y Ambiental (exceptuando los hechos contra la Subcuenta Compensaciones Ambientales), en el Mes $h$.
- Costos de la Gestión Predial (exceptuando los hechos contra la Subcuenta Predios), en el Mes $h$.
- Valor de las Intervenciones ejecutadas por el Concesionario y verificadas por el Interventor, en el Mes $h$.
- Costos de Operación y Mantenimiento, gastos de administración e impuestos, en el Mes $h$.
- Comisiones y otros pagos a los Prestamistas, distintos del servicio de la deuda (intereses y principal), en el Mes $h$.

En todos los Meses $h$ anteriores a la Fecha de Inicio se reconocerán exclusivamente los siguientes costos:

- Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro

| | de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes $h$. <ul><li>Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes $h$.</li><li>Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes $h$.</li></ul> El valor reconocido por estas actividades se definirá con base en los valores brutos (sin incluir depreciaciones, amortizaciones o valorizaciones) que corresponderán exclusivamente a los costos directos asociados con estas actividades y será establecido por las Partes de mutuo acuerdo o, en su defecto, por el Amigable Componedor, pero en todo caso su valor no podrá ser superior al consignado en los registros contables del Patrimonio Autónomo para estos rubros, registrados en los estados financieros y certificados por el Interventor. |
|---|---|
| $R_h$ | Corresponde al valor de la Retribución (incluyendo la Compensación Especial, cuando sea aplicable) ajustada en el Mes $h$, calculada de acuerdo con la siguiente fórmula: $$R_h = (Retribución_h) * \frac{1}{IC_h} + D_h$$ $R_h$ =Retribución ajustada para el Mes $h$. <br> $Retribución_h$ = Valor de la Retribución (incluyendo la Compensación Especial, cuando sea aplicable) recibida por el Concesionario en el Mes $h$. <br> $IC_h$ = Índice de Cumplimiento aplicado a la $Retribución_h$ <br> $D_h$ = Descuentos realizados a la $Retribución_h$. |
| $IPC_h$ | IPC correspondiente al Mes $h$. |
| $IPC_{m+1}$ | IPC correspondiente al Mes inmediatamente anterior al Mes $m+1$. |
| TE | Tasa de descuento real expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $DyM_{m+1}$ | Es el valor de las Deducciones, así como de las Multas, otros Descuentos y obligaciones dinerarias pendientes de pago a cargo del Concesionario, causados hasta el momento de terminación del Contrato de Concesión, expresado en Pesos del Mes $m+1$. |



| $CP_{m+l}$ | Cláusula Penal, si es del caso su aplicación conforme a la Sección 10.5 de esta Parte General, siempre que no haya sido pagada por el Concesionario, expresada en Pesos del Mes $m+l$. |
|---|---|
| $h$ | Cada uno de los Meses desde la suscripción del Contrato hasta el Mes $m$. |
| $m$ | Mes en que ocurre la Terminación Anticipada del Contrato. |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |
| $OANI_{m+l}$ | Obligaciones dinerarias pendiente de pago a cargo de la ANI, causadas hasta el momento de terminación del Contrato de Concesión, expresadas en Pesos del Mes $m+l$. |
| $TRM_{m+l}$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $m+l$ certificada por la Superintendencia Financiera. |
| $TRM_h$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $h$ certificada por la Superintendencia Financiera. |
| FUSD' | Corresponde a la proporción de la Retribución del Concesionario denominada en Dólares, calculada de acuerdo con la siguiente fórmula: $$FUSD' = \frac{FUSD * VPAA}{VPAA + VPIP}$$ Donde, FUSD = Promedio aritmético simple de las fracciones de los Aportes ANI en Dólares solicitadas por el Concesionario y que para efectos de esta fórmula serán las que se incluyen en la Parte Especial. VPIP = Es el valor presente al Mes de Referencia del Recaudo de Peaje, ofrecido por la ANI al Concesionario en las reglas del Proceso de Selección. El monto de VPIP se señala en la Parte Especial. VPAA = Valor presente calculado al Mes de Referencia de los Aportes ANI acumulados hasta el Mes $m$ (expresados en Pesos del Mes de Referencia) solicitados por el Oferente en su Oferta Económica de acuerdo con la fórmula establecida en el Pliego de Condiciones. |

En el caso en que para el momento de la Terminación Anticipada durante la Etapa de Construcción, se hubiera causado cualquiera de las compensaciones por diferencia de recaudo (DR8, DR13 y/o DR18), estos pagos se tendrán en cuenta al momento de hacer el cálculo anterior, aplicando lo previsto para ello en la siguiente Sección 18.3(g).

(g)    Terminación Anticipada en Etapa de Operación y Mantenimiento

Si se produce la Terminación Anticipada del Contrato durante la Etapa de Operación y Mantenimiento, se procederá a establecer el valor de la liquidación del Contrato de Concesión, mediante la aplicación de la siguiente fórmula:

$$VL_{(om)} = \Delta - DyM_{m+l} - CP_{m+l} + OANI_{m+l} - (DR8_{m+l} + DR13_{m+l} + DR18_{m+l})$$



Siendo,

$$\Delta = \sum_{h=1}^{m+l} \left[ (AR_h - R_h) * \left( \frac{IPC_{m+l}}{IPC_k} \right) * (1 + TE)^{(m+l-h)} \right] * \left[ \left( 1 - FUSD'_h \right) + \left( \frac{TRM_{m+l}}{TRM_h} * FUSD'_h \right) \right]$$

Si $\Delta$ es menor a cero (0), entonces $\Delta = cero(0)$

Donde,

| | |
|---|---|
| VL_(am) | Es el valor de la liquidación del Contrato de Concesión cuando la Terminación Anticipada se produce durante la Etapa de Operación y Mantenimiento. Este valor está expresado en Pesos del Mes $m+l$ que corresponde al Mes en que se suscriba el Acta de Liquidación del Contrato. |
| AR_h | Costos durante el Mes $h$ (siempre que se traten de costos realizados hasta la terminación de la Etapa de Reversión), asociados con las actividades que haya realizado el Concesionario con anterioridad a la terminación de la Etapa de Operación y Mantenimiento y que hayan sido reconocidos por ANI, en Pesos corrientes. |
| | Las actividades reconocidas incluyen exclusivamente aquellas relacionadas con las obligaciones del Concesionario con anterioridad a la terminación de la Etapa de Operación y Mantenimiento. Para los Meses $h$ posteriores a la Fecha de Inicio se reconocerán exclusivamente los costos asociados con las siguientes actividades : |
| | • Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención y el mantenimiento de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes $h$. |
| | • Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes $h$. |
| | • Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes $h$. |
| | • Valor de los estudios al que se refiere la Sección 2.3(b)(viii), de haberse efectivamente pagado dicho valor, en el Mes $h$. |
| | • Valor de los Estudios de Trazado y Diseño Geométrico y los Estudios de Detalle, en el Mes $h$. |
| | • Costos de la Gestión Social y Ambiental (exceptuando los hechos contra la Subcuenta Compensaciones Ambientales), en el Mes $h$. |



- Costos de la Gestión Predial (exceptuando los hechos contra la Subcuenta Predios), en el Mes *h*.
- Valor de las Intervenciones ejecutadas por el Concesionario y verificadas por el Interventor, en el Mes *h*.
- Costos de Operación y Mantenimiento, gastos de administración e impuestos, en el Mes *h*.
- Comisiones y otros pagos a los Prestamistas, distintos del servicio de la deuda (intereses y principal), en el Mes *h*.

En todos los Meses *h* anteriores a la Fecha de Inicio se reconocerán solamente los siguientes costos:

- Valor efectivamente desembolsado por concepto de primas de seguros y comisiones para la obtención de i) la Garantía Única de Cumplimiento, ii) la póliza de responsabilidad extracontractual a que se refiere la Sección 12.7 de esta Parte General, y iii) el seguro de daños contra todo riesgo a que se refiere la Sección 12.8 de esta Parte General, en el Mes *h*.
- Valor de los aportes que haya realizado el Concesionario a las Subcuentas de la Cuenta ANI, así como la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes, en el Mes *h*.
- Valor de la Comisión de Éxito efectivamente desembolsada al Estructurador en el Mes *h*.

El valor reconocido por estas actividades se definirá con base en los valores brutos (sin incluir depreciaciones, amortizaciones o valorizaciones) que corresponderán exclusivamente a los costos directos asociados con estas actividades y será establecido por las Partes de mutuo acuerdo o, en su defecto, por el Amigable Componedor, pero en todo caso su valor no podrá ser superior al consignado en los registros contables del Patrimonio Autónomo para estos rubros, registrados en los estados financieros y certificados por el Interventor.

| | |
|---|---|
| $R_h$ | Corresponde al valor de la Retribución (incluyendo la Compensación Especial, cuando sea aplicable) ajustada en el Mes *h*, calculada de acuerdo con la siguiente fórmula: $$R_h = (Retribución_h) * \frac{1}{IC_h} + D_h$$ Donde, |

$R_h$  = Retribución ajustada para el Mes *h*.

*Retribución*$_h$  Valor de la Retribución (incluyendo la Compensación Especial, cuando sea aplicable) recibida por el Concesionario en el Mes *h*.

| | |
|---|---|
| | $IC_h$ = Índice de Cumplimiento aplicado a la *Retribución*$_h$. |
| | $D_h$ = Descuentos realizados a la *Retribución*$_h$. |
| $IPC_h$ | IPC correspondiente al Mes $h$. |
| $IPC_{m+l}$ | IPC correspondiente al Mes inmediatamente anterior al Mes $m+l$ |
| $DR8_{m+l}$ | Se calculará conforme a la siguiente fórmula:<br><br>$$DR8_{m+l} = DR8 * \left(\frac{IPC_{m+l}}{IPC_{96}}\right)(1 + TE)^{m+l-96}$$<br><br>Donde,<br><br>$DR8_{m+l}$ = Es el DR8 en pesos del Mes $m+l$<br><br>$DR8$ = Es el monto efectivamente pagado al Concesionario por concepto de la Diferencia de Recaudo al Año 8, en el caso en que, de conformidad con este Contrato, se haya causado dicho pago, en Pesos del Mes 96 contado desde la Fecha de Inicio<br><br>$IPC_{m+l}$ = IPC correspondiente al Mes inmediatamente anterior al Mes $m+l$<br><br>$IPC_{96}$ = IPC correspondiente al Mes 96 contado desde la Fecha de Inicio<br><br>$m$ = Mes en que ocurre la Terminación Anticipada del Contrato.<br><br>$l$ = Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato |
| $DR13_{m+l}$ | Se calculará conforme a la siguiente fórmula:<br><br>$$DR13_{m+l} = DR13 * \left(\frac{IPC_{m+l}}{IPC_{156}}\right)(1 + TE)^{m+l-156}$$<br><br>Donde,<br><br>$DR13_{m+l}$ = Es el DR13 en pesos del Mes $m+l$ |





| | |
|---|---|
| | DR13 = Es el monto efectivamente pagado al Concesionario por concepto de la Diferencia de Recaudo al Año 13, en el caso en que, de conformidad con este Contrato, se haya causado dicho pago, en Pesos del Mes 156 contado desde la Fecha de Inicio |
| | $IPC_{m+l}$ = IPC correspondiente al Mes inmediatamente anterior al Mes m+l |
| | $IPC_{156}$ = IPC correspondiente al Mes 156 contado desde la Fecha de Inicio |
| | $m$ = Mes en que ocurre la Terminación Anticipada del Contrato |
| | $l$ = Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato |
| $DR18_{m+l}$ | Se calculará conforme a la siguiente fórmula: $$DR18_{m+l} = DR18 * \left(\frac{IPC_{m+l}}{IPC_{216}}\right)(1 + TE)^{m+l-216}$$ Donde, $DR18_{m+l}$ = Es el DR18 en pesos del Mes $m+l$ DR18 = Es el monto efectivamente pagado al Concesionario por concepto de la Diferencia de Recaudo al Año 18, en el caso en que, de conformidad con este Contrato, se haya causado dicho pago, en Pesos del Mes 216 contado desde la Fecha de Inicio $IPC_{m+l}$ = IPC correspondiente al Mes inmediatamente anterior al Mes m+l $IPC_{216}$ = IPC correspondiente al Mes 216 contado desde la Fecha de Inicio $m$ = Mes en que ocurre la Terminación Anticipada del Contrato $l$ = Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato |
| TE | Tasa de descuento real expresada en términos efectivo mensual y que para efectos de esta fórmula será la que se incluye en la Parte Especial. |
| $DyM_{m+l}$ | Es el valor de las Deducciones, así como de las Multas, otros Descuentos y obligaciones dinerarias pendientes de pago a cargo del Concesionario, causados hasta el momento de terminación del Contrato de Concesión, expresado en Pesos del Mes $m+l$. |
| $CP_{m+l}$ | Cláusula Penal, si es del caso su aplicación conforme a la Sección 10.5 de esta Parte General, siempre que no haya sido pagada por el Concesionario, expresada en Pesos del Mes $m+l$. |
| $h$ | Cada uno de los Meses desde la suscripción del Contrato de Concesión hasta el Mes $m$. |
| $m$ | Mes en que ocurre la Terminación Anticipada del Contrato. |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |



| | |
|---|---|
| $OANI_{m+l}$ | Obligaciones dinerarias pendiente de pago a cargo de la ANI, causadas hasta el momento de terminación del Contrato de Concesión, expresadas en Pesos del Mes $m+l$. |
| $TRM_{m+l}$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $m+l$ certificada por la Superintendencia Financiera. |
| $TRM_h$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $h$ certificada por la Superintendencia Financiera. |
| $FUSD_h{}'$ | Corresponde a la proporción de la Retribución del Concesionario denominada en Dólares, calculada de acuerdo con la siguiente fórmula: $$FUSD'_h = \frac{\sum_{y=1}^{h} Aporte_y * FUSD_y * \left(\frac{IPC_{m+l}}{IPC_y}\right)}{\sum_{y=1}^{h} R_y * \left(\frac{IPC_{m+l}}{IPC_y}\right)}$$ Donde, <br><br> $FUSD_y$ = Fracción de los Aportes ANI en Dólares solicitada por el Concesionario, correspondiente al año en el que se encuentre el Mes $y$, que para efectos de esta fórmula será la que se incluye en la Parte Especial. <br><br> $Aporte_y$ = El valor del Aporte ANI solicitado por el Concesionario correspondiente al Mes $y$, expresado en pesos corrientes de dicho Mes. En los Meses $y$ en que no haya Aporte ANI disponibles el valor de $Aporte_y$ será cero (0). <br><br> $y$ = Contador de cada uno de los Meses desde la suscripción del Contrato de Concesión hasta el Mes $h$. |

(h)     Terminación Anticipada por decisión unilateral de la ANI, en virtud de lo autorizado por el artículo 32 de la Ley 1508 de 2012.

Si se produce la Terminación Anticipada del Contrato por decisión unilateral de la ANI, de conformidad con lo autorizado por el artículo 32 de la Ley 1508 de 2012, en cualquier etapa de ejecución del Contrato, se procederá a establecer el valor de la liquidación del Contrato de Concesión, mediante la aplicación de la siguiente fórmula:

$$VL_{(rec)} = Ingresos_{m+l} - Costos\ futuros_{m+l} - DyM_{m+l} + OANI_{m+l}$$

Donde,

| | |
|---|---|
| $VL_{(rec)}$ | Es el valor de la liquidación del Contrato de Concesión cuando la Terminación Anticipada ocurre por decisión unilateral de la ANI conforme a lo autorizado por el artículo 32 de la Ley 1508 de 2012. Este valor está |

| | |
|---|---|
| | expresado en Pesos del Mes $m+l$ que corresponde al Mes en que se suscriba el Acta de Liquidación del Contrato. |
| $Ingresos_{m+l}$ | Corresponde al valor de los ingresos faltantes de percibir por el Concesionario por concepto de Recaudo de Peaje, Aportes ANI e Ingresos por Explotación Comercial por la ocurrencia de la causal de Terminación Anticipada, expresado en Pesos del Mes $m+l$ y descontados a Valor Presente con una tasa que refleje las condiciones de mercado asociadas al riesgo del proyecto. Dicho valor y dicha tasa serán determinados por las Partes, o por un tercero por expresa delegación de éstas.<br><br>En el caso en que las Partes no logren acordar los ingresos y/o la tasa dentro de los sesenta (60) Días siguientes a la ocurrencia de la causal estos serán determinados por el Amigable Componedor. |
| $Costos$ $futuros_{m+l}$ | Corresponde al valor de los costos dejados de erogar por parte del Concesionario por la ocurrencia de la causal de Terminación Anticipada, expresado en Pesos del Mes $m+l$ y descontados a Valor Presente con una tasa que refleje las condiciones de mercado asociadas al riesgo del proyecto. El valor de dichos costos y dicha tasa será determinado por las Partes, o por un tercero por expresa delegación de éstas, teniendo en cuenta valores comparables en el mercado para actividades similares.<br><br>En el caso en que las Partes no logren acordar los costos y/o la tasa dentro de los sesenta (60) Días siguientes a la ocurrencia de la causal estos serán determinados por el Amigable Componedor. |
| $DyM_{m+l}$ | Es el valor de las Deducciones, así como de las Multas, otros Descuentos y obligaciones dinerarias pendientes de pago a cargo del Concesionario, causados y no pagados al momento de terminación del Contrato de Concesión, expresado en Pesos del Mes $m+l$. |
| $OANI_{m+l}$ | Obligaciones dinerarias pendiente de pago a cargo de la ANI, causadas hasta el momento de terminación del Contrato de Concesión, expresadas en Pesos del Mes $m+l$. |
| $m$ | Mes en que ocurre la Terminación Anticipada del Contrato. |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |

18.4  Pago de las sumas por concepto de Liquidación

(a)  Si el resultado del cálculo de valor de la liquidación del Contrato de Concesión (VL, VL$_{(pc)}$, VL$_{(c)}$, VL$_{(om)}$ o VL$_{(rcc)}$ según corresponda) es positivo, el desembolso de los recursos estará a cargo de la ANI y a favor del Concesionario. Si el cálculo de valor de la liquidación del Contrato de Concesión es negativo, el desembolso de los recursos estará a cargo del Concesionario y a favor de la ANI.





(b)     Sumas a Cargo de la ANI: Cuando de las fórmulas establecidas en la Sección 18.3 anterior surja la obligación de algún reconocimiento económico a cargo de la ANI y a favor del Concesionario, ANI cancelará esta obligación con los saldos disponibles en las cuentas y subcuentas a las que se refiere la Sección 18.2(c)(ii) de esta Parte General. Si esos recursos no fueren suficientes, la ANI contará con un plazo de quinientos cuarenta (540) Días contados desde el Día Hábil siguiente a la fecha en que se suscriba el Acta de Liquidación del Contrato para el pago del saldo. Para el cálculo del valor a pagar a la fecha efectiva en que ese pago se realice, se aplicarán las siguientes reglas:

(i)     Si en la liquidación se hubiere utilizado cualquiera de las fórmulas contenidas en las Secciones 18.3(d) o 18.3(e) de esta Parte General, se aplicará al saldo pendiente de pago del valor de la liquidación lo previsto en la Sección 3.6 de esta Parte General, durante el tiempo que transcurra entre la firma del Acta de Liquidación del Contrato y la fecha efectiva de pago.

(ii)    Si en la liquidación se utilizó cualquiera de las fórmulas contenidas en las Secciones 18.3(f), 18.3(g) o 18.3(h) se aplicará la siguiente fórmula:

$$VL_{m+l+p} = \sum_{g=1}^{p}(VL_{m+l} - VLS_{m+l}) * (I_g)$$

$$+ \left[(VL_{m+l} - VLS_{m+l}) * \left\{1 + FUSD'_m * \left(\frac{TRM_{m+l+p}}{TRM_{m+l}} - 1\right)\right\}\right]$$

Donde,

| | |
|---|---|
| $VL_{m+l+p}$ | Valor del saldo que debe ser pagado por la ANI en el Mes $m+l+p$ por concepto de la liquidación calculado en Pesos corrientes del Mes $m+l+p$. |
| $P$ | Número de Meses transcurridos desde el Mes en que se suscribe el Acta de Liquidación del Contrato hasta el Mes en el que ocurre efectivamente el pago del saldo de las sumas a cargo de la ANI por concepto de la liquidación. |
| $VL_{m+l}$ | Resultado del cálculo del valor de la liquidación del Contrato de Concesión (VL$_{(c)}$, VI$_{(om)}$ o VI$_{(rec)}$, según corresponda). |
| $VLS_{m+l}$ | Resultado del cálculo del valor de la liquidación del Contrato de Concesión (VL$_{(c)}$, VI$_{(om)}$ o VL$_{(rec)}$, según corresponda) pagado con los saldos disponibles en las cuentas y subcuentas a las que se refiere la Sección 18.2(c)(ii) de esta Parte General. |
| $I$ | Tasa de intereses prevista en la Sección 3.6. Para los periodos en los cuales $p*30 \leq 45$, I=0. Para los periodos en los cuales $45 < p*30 \leq 540$, I será igual la tasa de intereses remuneratorios establecida la Sección 3.6(d). Para los periodos en los cuales $p*30 > 540$, I será igual a los intereses de mora establecidos en la Sección 3.6(a). |

| | |
|---|---|
| $FUSD'_m$ | Corresponde a la proporción de la Retribución del Concesionario denominada en Dólares consolidada hasta el Mes $m$, la cual será equivalente a:<br><br>• La variable $FUSD'$ establecida en las Sección 18.3(f), siempre que en la liquidación se hubiere aplicado:<br>(i) La fórmula establecida en la Sección 18.3(f); ó<br>(ii) La fórmula establecida en la Sección 18.3(h) y la Terminación Anticipada hubiere ocurrido durante la Fase de Construcción.<br><br>• El promedio aritmético de las variables $FUSD'_h$ establecida en la Sección 18.3(g), siempre que en la liquidación se hubiere aplicado:<br>(i) La fórmula establecida en la Sección 18.3(g); ó<br>(ii) La fórmula establecida en la Sección 18.3(h) y la Terminación Anticipada hubiere ocurrido durante la Etapa de Operación y Mantenimiento. |
| $TRM_{m+l+p}$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $m+l+p$ certificada por la Superintendencia Financiera. |
| $TRM_{m+l}$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes $m+l$ certificada por la Superintendencia Financiera. |
| $m$ | Mes en que ocurre la Terminación Anticipada del Contrato |
| $l$ | Número de Meses transcurridos desde el Mes de terminación del Contrato hasta el Mes en que se suscriba el Acta de Liquidación del Contrato. |
| $g$ | Contador de cada uno de los Meses desde el Mes en que se suscribe el Acta de Liquidación del Contrato hasta el Mes en el que ocurre efectivamente el pago del saldo de las sumas a cargo de la ANI |

(c)    En caso que así lo hayan acordado el Concesionario con los Prestamistas, las sumas adeudadas por la ANI (o hasta el monto acordado entre el Concesionario y los Prestamistas) serán entregados a los Prestamistas. La Fiduciaria tiene el deber de vigilar que esta destinación se cumpla, siempre que haya verificado la existencia del acuerdo entre el Concesionario y los Prestamistas. De ser el caso, se aplicará lo previsto en el Apéndice Financiero 2.

(d)    Sumas a Cargo del Concesionario: Cuando de las fórmulas establecidas en la Sección 18.3 anterior surja la obligación de pago a cargo del Concesionario y a favor de la ANI, el Concesionario pagará esta obligación con los saldos disponibles de la Cuenta Proyecto, exceptuando los recursos de la Subcuenta Predios, Subcuenta Compensaciones Ambientales y Subcuenta Redes. Si esos saldos no son suficientes, el Concesionario tendrá un plazo de quinientos cuarenta (540) Días para pagar el remanente, contados desde el Día Hábil siguiente a la fecha en que se suscriba el Acta de Liquidación del Contrato. Durante este período se causarán intereses remuneratorios. Vencido ese plazo se causarán intereses de mora conforme lo



previsto en la Sección 3.6 de esta Parte General. La ANI dará la destinación que corresponda a los recursos pagados por el Concesionario, de conformidad con la Ley Aplicable.

18.5  Pagos en caso de conflicto

En el evento en que no haya acuerdo entre la ANI y el Concesionario en relación con los montos de la liquidación del Contrato, se harán los pagos de los montos que no se encuentren en disputa. Sobre lo demás se podrá acudir al Amigable Componedor. Los pagos y/o devoluciones producto de la decisión del Amigable Componedor serán cancelados en los mismos plazos y condiciones establecidos en la Sección 18.4 anterior.

## CAPÍTULO XIX    VARIOS

19.1  Obras menores no previstas, solicitadas por Autoridades Gubernamentales o por comunidades

(a)  Durante la ejecución del presente Contrato la ANI podrá decidir que se ejecuten obras menores no previstas ni en las Especificaciones Técnicas de este Contrato ni en la Licencia Ambiental y/u otros permisos o concesiones ambientales, solicitadas por las Autoridades Gubernamentales del orden nacional, departamental o municipal o por comunidades ubicadas dentro del área de influencia directa del Proyecto y que resulten indispensables para la normal ejecución del Proyecto. A través del mecanismo de ejecución de obras menores a que se refiere esta Sección, no se podrán incluir obras que pretendan ampliar de manera sustancial la capacidad de las vías que hacen parte del Proyecto ni otro tipo de inversiones que cambien sustancialmente el alcance del Proyecto. Este último tipo de obras (diferentes de las obras menores) se tramitarán, de ser el caso, cumpliendo con los requisitos previstos en este Contrato para las Obras Complementarias.

(b)  La ejecución de las obras menores, así como su Operación y Mantenimiento, será hecha por el Concesionario, siempre que las Partes, previo concepto del Interventor, hayan llegado a un acuerdo sobre los precios unitarios para cada uno de los ítems típicos de esta clase de obras, que servirán de referencia para la definición del costo de cada obra, en el momento en que surja la necesidad de ejecutarla. Dicho acuerdo debe perfeccionarse dentro de los sesenta (60) Días siguientes a la Fecha de Inicio. Los precios unitarios serán indexados con el IPC desde el momento en que se hayan acordado, hasta el momento en que se acuerde la ejecución de una obra menor determinada.

(c)  En el caso de que no se logre el acuerdo anterior o si, en cada caso particular, no se logra un acuerdo en cuanto al costo de cada obra de manera previa a su ejecución, las obras serán ejecutadas por un tercero que deberá ser contratado por el Concesionario, conforme a las siguientes reglas:

(i)  El Concesionario deberá seleccionar al contratista aplicando mecanismos que garanticen la libre concurrencia de los interesados que cuenten con la experiencia y capacidad financiera suficientes para el efecto.

(ii)  Los requisitos de experiencia y capacidad financiera serán definidos por mutuo acuerdo entre el Concesionario y la ANI. De no llegar a un acuerdo, la definición la hará el Amigable Componedor.

(iii)  El criterio principal de adjudicación será el menor precio, aunque podrán establecerse mecanismos para evitar propuestas artificialmente bajas.

(iv) La decisión sobre el contratista seleccionado y sobre el contenido final del contrato de obra estarán sujetas a la no objeción previa por parte de la ANI, la cual deberá producirse dentro de los veinte (20) Días siguientes a que el Concesionario haya puesto a disposición de la ANI, la información correspondiente.

(v) Si la ANI objeta esas decisiones (lo cual se entenderá no sólo cuando así lo manifieste de manera expresa sino cuando guarde silencio en el término de veinte (20) Días aquí establecido), no se podrá proceder a la contratación del tercero sino hasta tanto la ANI manifieste de manera expresa que dicha contratación es aceptable para la ANI.

(vi) El Concesionario estará en la obligación de supervisar la ejecución de las obras ejecutadas por el tercero contratista, teniendo en cuenta que, independientemente de la responsabilidad de ese tercero frente al Concesionario, el Concesionario responderá frente a la ANI, por la calidad y estabilidad de las obras ejecutadas por el tercero.

(vii) Sin perjuicio de que el contrato con el tercero, pueda incluir las actividades de Operación y Mantenimiento de las obras construidas (bajo la supervisión del Concesionario), será el Concesionario, por su cuenta y riesgo, el único responsable frente a la ANI de las obligaciones de resultado (incluyendo el cumplimiento de los Indicadores) correspondientes a dichas actividades de Operación y Mantenimiento, en las condiciones dispuestas en el presente Contrato hasta la suscripción del Acta de Reversión.

(viii) El Concesionario mantendrá en todo momento indemne a la ANI por cualquier reclamación del tercero contratista, en los términos señalados en la Sección 14.3 de esta Parte General.

(d) La ANI asumirá el pago del precio de las obras menores realizadas por el Concesionario o por el tercero, en los plazos y montos establecidos en i) el acuerdo con el Concesionario a que se refiere la Sección 19.1(b), o ii) en el contrato no objetado por la ANI a que se refiere la Sección 19.1(c), contra las fuentes de recursos que se prevén en la Sección 13.3(o) de esta Parte General.

19.2  Obras Complementarias

(a) Para los efectos de este Contrato se consideran Obras Complementarias aquellas que no estén contempladas en las obligaciones a ser ejecutadas por el Concesionario, de conformidad con lo previsto en el presente Contrato y sus Apéndices y, en todo caso, distintas de las Obras Voluntarias y de las obras menores a las que se refiere la Sección 19.1. anterior.

(b)     Las Obras Complementarias sólo podrán acordarse y ejecutarse después de vencido el tercer año contado a partir de la Fecha de Inicio hasta el vencimiento del mes doscientos sesenta y uno (261) contado desde la Fecha de Inicio.

(c)     La contratación de Obras Complementarias estará sujeta a los límites previstos en la Ley Aplicable para las adiciones de los contratos de asociación público privada.

(d)     El Contratista ejecutará las Obras Complementarias que la ANI le solicite, previa suscripción de la correspondiente adición al presente Contrato, considerando las limitaciones en cuanto a su monto y objeto de acuerdo con las normas legales aplicables. En ningún caso el Concesionario ejecutará Obras Complementarias sin la previa suscripción de la respectiva adición.

(e)     La contratación de las Obras Complementarias estará sujeta a la existencia de recursos suficientes para solventarlas.

(f)     El valor de las Obras Complementarias y su forma de pago se determinarán por mutuo acuerdo de las Partes o –en caso de desacuerdo– se atenderá a lo señalado por el Amigable Componedor. Si el valor o la forma de pago fijados por el Amigable Componedor no es aceptable para la ANI, ésta podrá decidir no ejecutar las Obras Complementarias con el Concesionario.

(g)     En todo caso, será la ANI quien determine la necesidad o no de realizar Obras Complementarias, lo cual sucederá por decisión unilateral de la ANI o por solicitud del Concesionario aprobada por la ANI.

(h)     El costo de las Obras Complementarias y –de ser el caso– el mayor costo por la operación y el mantenimiento de las mismas, será asumido completamente por la ANI.


19.3   Obras Voluntarias

(a)     Sin perjuicio de la obligación del Concesionario de ejecutar las Intervenciones en las condiciones y plazos previstos en el presente Contrato, éste podrá desarrollar Obras Voluntarias a su entera cuenta y riesgo, tanto en la Fase de Construcción como en la Etapa de Operación y Mantenimiento, sin que ello implique una variación en la Retribución, y en todo caso, previa aprobación de tales Obras Voluntarias por parte de la ANI y el Interventor.

(b)     Para la ejecución de las Obras Voluntarias deberá atenderse al siguiente procedimiento.

(i)     Para la ejecución de cualquier Obra Voluntaria, el Concesionario deberá presentar a la ANI y al Interventor la solicitud correspondiente. El Concesionario deberá acompañar un cronograma de ejecución de la Obra



Voluntaria que se propone realizar, un programa de operación y mantenimiento de la Obra Voluntaria y un programa de ejecución de la Obra Voluntaria en la que se identifiquen los mecanismos que serán utilizados para que la realización de la misma no afecte la ejecución del Proyecto, de conformidad con lo previsto en el presente Contrato.

(ii) Presentado el proyecto de la Obra Voluntaria por parte del Concesionario, la ANI tendrá treinta (30) Días contados desde su entrega para aprobar o improbar la solicitud presentada por el Concesionario. En caso de silencio se entenderá negada la solicitud.

(iii) Obtenido el permiso por parte de la ANI, el Concesionario podrá proceder a la ejecución de la Obra Voluntaria.

(c) La ejecución de Obras Voluntarias no podrá afectar el cumplimiento de Indicadores, de las Especificaciones Técnicas ni de ninguna otra obligación a cargo del Concesionario. En ningún caso la aprobación de las Obras Voluntarias impartida por la ANI será considerada como un eximente de responsabilidad.

(d) La ANI directamente, a través del Interventor, o a través de un interventor seleccionado específicamente para la vigilancia y control de la Obra Voluntaria en atención a su magnitud o calidad, vigilará el cumplimiento de las condiciones técnicas de la Obra Voluntaria, de conformidad con el proyecto que fuera aprobado por ésta y, de ser el caso, impondrá las sanciones previstas en este Contrato por el incumplimiento de las condiciones de la aprobación impartida.

(e) Las Obras Voluntarias serán objeto de Reversión.

19.4  Subcontratos

(a) El Concesionario podrá subcontratar la ejecución del Contrato con personas jurídicas o con asociaciones entre personas jurídicas que tengan la idoneidad y capacidad para desarrollar la actividad subcontratada, incluyendo a los Contratistas. No obstante lo anterior, el Concesionario continuará siendo el único responsable ante la ANI por el cumplimiento de las obligaciones del Contrato.

(b) El Concesionario es el único responsable ante la ANI de la celebración de subcontratos. En todo caso, la ANI se reserva el derecho a solicitar al Concesionario cambiar al (los) subcontratista (s) incluyendo los Contratistas, cuando, a su juicio, éste (os) no cumpla (n) con las calidades mínimas necesarias para la ejecución del (las) labor (es) subcontratadas.

19.5  Cesión

(a)    Cesión del Contrato. Salvo autorización previa expresa y escrita de la ANI, el Concesionario no podrá ceder el Contrato total o parcialmente. Para efectos de la autorización, la ANI tendrá en cuenta que las garantías del Contrato no se disminuyan con ocasión de la cesión, y que se de el cumplimiento por parte del cesionario de: (i) todos los Requisitos Habilitantes establecidos en la Invitación a Precalificar y que fueron evaluados por la ANI, durante la Precalificación o el Proceso de Selección, para considerar hábil al cedente y (ii) la obligación de información establecida en el artículo 23 de la Ley 1508 de 2012 y las demás establecidas en la Ley Aplicable.

(b)    Cesión de accionistas del Concesionario.

(i)    Durante la Etapa Preoperativa y durante el primer año de iniciada la Etapa de Operación y Mantenimiento, los accionistas del Concesionario que hayan sido Líderes o, que sin serlo, hayan acreditado Capacidad Financiera (según estos términos se definen en la Invitación a Precalificar) deberán permanecer como accionistas del Concesionario, y mantener –durante la Etapa Preoperativa– al menos, i) su porcentaje de participación original (acreditado en la Manifestación de Interés o en la Oferta, según corresponda) cuando la Oferta haya sido presentada por un Oferente Plural, y se trate de un no Líder que haya acreditado Capacidad Financiera, ii) el veinticinco por ciento (25%) del accionariado cuando la Oferta haya sido presentada por un Oferente Plural, y se trate de un Líder, o iii) el veinticinco por ciento (25%) del accionariado cuando la Oferta haya sido presentada por un Oferente Individual. Lo anterior, salvo que la ANI autorice el cambio de accionista, autorización que en todo caso se dará cuando:

(1)    El cesionario cumpla con todos los Requisitos Habilitantes establecidos en la Invitación a Precalificar y que fueron evaluados por la ANI, durante la Precalificación o el Proceso de Selección para considerar hábil al cedente,

(2)    Las garantías del contrato no se disminuyan con ocasión de la cesión,

(3)    Los cesionarios cumplan con la obligación de información establecida en el artículo 23 de la Ley 1508 de 2012 y las demás establecidas en la Ley Aplicable, y

(4)    Permanezca por lo menos uno de los Líderes que participaron en la Oferta, con un mínimo del 25% de participación.

(ii)    A partir del vencimiento del primer año de iniciada la Etapa de Operación y Mantenimiento y hasta la terminación del Contrato, los accionistas del



Concesionario que hayan sido Líderes o, que sin serlo, hayan acreditado Capacidad Financiera (según estos términos se definen en la Invitación a Precalificar) deberán permanecer como accionistas del Concesionario, salvo que la ANI autorice el cambio de accionista, autorización que en todo caso se dará cuando las garantías del contrato no se disminuyan con ocasión de la cesión, y previo cumplimiento por parte del cesionario de: (A) Los Requisítos Habilitantes establecidos en la Invitación a Precalificar y que le fueron evaluados por la ANI, durante la Precalificación o el Proceso de Selección, para considerar hábil al cedente –salvo por el requisito de experiencia en inversión (como el mismo se define en la Invitación a Precalificar), cuyo cumplimiento no será necesario para que proceda la cesión–, y (B) La obligación de información establecida en el artículo 23 de la Ley 1508 de 2012 y las demás establecidas en la Ley Aplicable.

(c)     Los Fondos de Capital Privado (como ese término se define en la Invitación a Precalificar) que hayan participado en la Oferta podrán ceder su participación sin necesidad de aprobación previa de la ANI ni de que el cesionario tenga que cumplir con los Requisitos Habilitantes de experiencia en inversión y capacidad financiera que fueron incluidos en la Invitación a Precalificar, siempre que la ANI verifique que dichos Fondos (A) Hayan efectuado los desembolsos a los que se comprometan en los términos de la participación que hayan acordado, (B) Las garantías del contrato no se disminuyan con ocasión de la cesión, y (c) Los cesionarios cumplan con la obligación de información establecida en el artículo 23 de la Ley 1508 de 2012 y las demás establecidas en la Ley Aplicable, y

(d)     Las aprobaciones de la ANI a que se refieren las Secciones 19.5(a) y 19.5(b) anteriores, deberán producirse dentro de los treinta (30) Días Hábiles siguientes a la Notificación de la solicitud de cesión; en caso de que la ANI no se pronuncie dentro de los treinta (30) Días Hábiles siguientes, se entenderá negada la cesión y podrá el Concesionario acudir al Amigable Componedor con el fin de que se atienda en esta instancia la controversia.

(e)     Las reglas de cesión establecidas en las Secciones anteriores se entienden sin perjuicio de lo previsto en este Contrato para efectos de la toma de posesión por parte de los Prestamistas.

(f)     La ANI no podrá ceder el Contrato ni cualquiera de los derechos u obligaciones derivados del mismo, sin el previo consentimiento escrito del Concesionario, salvo cuando la cesión ocurra como resultado de políticas de reestructuración o modernización del Estado colombiano y se mantengan las mismas garantías del Contrato.

19.6  Renuncia a la reclamación diplomática

El Concesionario y la(s) persona(s) o entidad(es) que resulte(n) subcontratista(s) o ccsionaria(s) del Contrato se somete(n) a la jurisdicción de los tribunales colombianos y renuncia(n) a intentar reclamación diplomática en lo referente a las obligaciones y derechos originados en el Contrato, salvo en el caso de dcnegación de justicia, entendida de conformidad con las definiciones de la Ley Aplicable.

19.7  Inhabilidades e incompatibilidades

Con la suscripción del Contrato, el Concesionario declara bajo la gravcdad del juramcnto que no sc halla incurso en ninguna de las inhabilidades, incompatibilidades o prohibiciones previstas en la Ley Aplicable, quc le impidan la celebración del Contrato.

19.8  Idioma del Contrato

Para todos los efectos el idioma oficial del presente Contrato es el Castellano. En caso de existir traducciones a otro idioma, para efectos de interpretación de cualquiera de los Capítulos o Secciones, prevalecerá el documento en idioma Castcllano.

19.9  Impuestos

Cada Parte asumirá los impuestos quc les sean aplicables conforme a la Ley Aplicable.

19.10 Modificación del Contrato

El Contrato junto con sus Apéndices no podrá ser modificado sino por acuerdo escrito debidamente firmado por rcprcscntantcs autorizados de las Partes y con el cumplimiento de los requisitos que impone la Ley Aplicable, sin perjuicio de lo dispucsto en cuanto a la modificación unilateral del mismo por parte de la ANI en los tértninos de este Contrato y la Ley Aplicable.

19.11 Subsistencia de Obligaciones

La terminación del Contrato por cualquier causa, no extinguirá las obligaciones que por su naturaleza subsistan a tal cvento, incluyendo, entre otras, las derivadas de las garantías y responsabilidad.



19.12 No renuncia a derechos

Salvo lo previsto expresamente en el Contrato, la falta o demora de cualquiera de las Partes en ejercer cualquiera de las facultades o derechos consagrados en el Contrato o a exigir su cumplimiento, no se interpretará como una renuncia a dichos derechos o facultades, ni afectará la validez total o parcial del Contrato, ni el derecho de la respectiva parte de ejercer posteriormente tales facultades o derechos, salvo disposición legal en contrario.

19.13 Ajustes por Solicitud del Interventor

Cuando el presente Contrato señale que el Interventor solicita correcciones o ajustes a documentos y como consecuencia de lo anterior, el Concesionario presenta nuevamente el documento con las correcciones y ajustes sin que el Interventor esté de acuerdo, el Interventor y el Concesionario se reunirán a concluir el documento conjuntamente hasta lograr un acuerdo. Estas reuniones serán presenciales y a las mismas podrán asistir funcionarios de la ANI y los Amigables Componedores, de manera que a cabo de máximo tres (3) reuniones el documento quede concluido a satisfacción del Concesionario y el Interventor. De persistir el desacuerdo, cualquiera de las Partes podrá acudir al Amigable Componedor para que solucione la controversia.

19.14 Prelación de Documentos

La siguiente será la prelación de los diferentes documentos que hacen parte del presente Contrato:

Parte Especial
Parte General.
Apéndice Técnico 1
Apéndice Técnico 9
Apéndice Técnico 4
Apéndice Técnico 2
Apéndice Técnico 5
Apéndice Técnico 3
Apéndice Técnico 6
Apéndice Técnico 7
Apéndice Técnico 8
Apéndice Financiero 1
Apéndice Financiero 2
Apéndice Financiero 3
Reglas del Proceso de Selección
Invitación a Precalificar.

19.15 Información Financiera

El Apéndice Financiero 1, debidamente diligenciado conforme a sus instrucciones, contiene la información que el Concesionario ha entregado a la ANI. Por ser información entregada por el Concesionario, dicha información será considerada como una mera referencia, que podrá ser o no tenida en cuenta por la ANI, y con el alcance que la ANI determine, para efectos de i) cualquier negociación que se adelante entre las Partes durante la ejecución del presente Contrato que implique la revisión de la Retribución del Concesionario o la ejecución de Intervenciones adicionales, ii) definir el valor de cualquiera de las variables de las fórmulas de liquidación del Contrato, aplicables para los casos de Terminación Anticipada.

19.16 Directrices Ambientales y Sociales

Sin perjuicio de lo previsto en el CAPÍTULO VIII de esta Parte General, las actividades de las Etapas Preoperativa y Operativa deben ser consistentes con los estándares y directrices ambientales y sociales a los cuales se refieren los Principios del Ecuador (Exhibit III) en tanto no controviertan la Ley Aplicable. Los estándares y directrices se pueden consultar en el siguiente link: http://www.equator-principles.com/resources/equator_principles_III.pdf.

19.17 Notificaciones

Las Notificaciones a cada una de las Partes se realizarán en los lugares indicados para tal efecto en la Parte Especial. Las Notificaciones a la Fiduciaria se realizarán en el lugar indicado en el Contrato de Fiducia Mercantil.

19.18 Información Estadística

El Concesionario se obliga a entregar reportes trimestrales con información estadística de los costos en que efectivamente incurra en cada trimestre, así como los acumulados por Fase, Etapa y total de ejecución del Contrato, necesarios para la Gestión Predial, la Gestión Social y Ambiental, el manejo de Redes, la ejecución de Intervenciones, discriminando los costos e inversiones en grupos homogéneos de actividades, entre ellos puentes, viaductos y túneles) y los costos de Operación y Mantenimiento. La información será presentada de acuerdo con las instrucciones que provea la ANI, con el fin de que dicha información pueda consolidarse con otra del mismo tipo de otros proyectos para establecer tendencias y permitir los análisis necesarios para la planeación futura de otros proyectos a cargo de la ANI.

19.19 Manejo de Información

Sin perjuicio de lo establecido en otros apartes de este Contrato, toda la información relacionada con el Proyecto deberá ser intercambiada entre las Partes, el Interventor, la Fiduciaria y/o el Amigable Componedor, también, a través de los programas Office 365 y Project Online, o versiones posteriores.

En constancia de lo anterior, las Partes suscriben el presente Contrato, en la ciudad de Bogotá D.C., en dos (2) originales del mismo tenor y validez uno para cada parte, a los **0 8 SEP 2014**

**LUIS FERNANDO ANDRADE MORENO**
CC No. 79.152.446 de Usaquén
**Presidente**
**AGENCIA NACIONAL DE INFRAESTRUCTURA**

**ALBER ALHADEF**
Pasaporte No. 51126429
**Representante Legal**
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**
Nit. No. 900761657-8

Proyecto: Estructurador Integral Grupo 3
Revisó Aspectos Jurídicos: Héctor Jaune Pinilla Ortiz - Vicepresidente Jurídico
Revisó Aspectos Técnicos, Financieros y de Garantías. Beatriz Eugenia Morales Vélez - Vicepresidente Estructuración
Revisó Aspectos Jurídicos: Camilo A Salazar Camacho - Abogado - Gerencia Jurídica de Estructuración - Vicepresidencia Jurídica
Revisó Aspectos Jurídicos: Diana P Bernal Pinzón - Gerente - Gerencia Jurídica de Estructuración - Vicepresidencia Jurídica
Revisó Aspectos Técnicos: David Díaz Granados - Ingeniero - Gerencia Proyectos Carreteros 1 - Vicepresidencia Estructuración
Revisó Aspectos Técnicos: Camilo A. Jaramillo Berrocal - Gerente Proyectos Carreteros 1 - Vicepresidencia Estructuración
Revisó Aspectos Financieros: Leila Durán Sánchez- Financiera - Gerencia Financiera - Vicepresidencia de Estructuración
Revisó Aspectos Financieros: Claudia Soto Cardenas - Gerente Financiera - Gerencia Financiera - Vicepresidencia de Estructuración
Revisó Aspectos de Garantías: Iván Mauricio Fierro Sánchez - Gerente de Proyectos - Vicepresidencia de Estructuración
Revisó Trámite de Suscripción y Legalización del Contrato: Martha L. Mahecha R. - Abogada GIT Contratación - Vicep. Jurídica
Revisó Trámite de Suscripción y Legalización del Contrato: Gabriel Del Toro Benavides - Gerente de Contratación -Vicep. Jurídica



**Liberlad y Orden**

---

REPÚBLICA DE COLOMBIA

MINISTERIO DE TRANSPORTE

AGENCIA NACIONAL DE INFRAESTRUCTURA

---

CONTRATO DE CONCESIÓN BAJO EL ESQUEMA DE APP No. **002** DE 0 8 SEP 2014
Entre:

Concedente:
Agencia Nacional de Infraestructura

Concesionario:
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**

**PARTE ESPECIAL**



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

**CAPÍTULO I     REGLAS DE INTERPRETACIÓN DE ESTE DOCUMENTO ......... 3**

**CAPÍTULO II       TABLA DE REFERENCIAS A LA PARTE GENERAL ................ 4**

**CAPÍTULO III       ASPECTOS GENERALES ................................................. 12**

3.1     Identificación de las Partes. ....................................................... 12

3.2     Alcance del Proyecto .................................................................. 12

3.3     División del Proyecto .................................................................. 12

3.4     Valor del Contrato ...................................................................... 13

3.5     Acta de Entrega de la Infraestructura ......................................... 13

3.6     Estaciones de Peaje. ................................................................... 13

3.7     Comisión de Éxito ...................................................................... 16

3.8     Plazos Estimados de las Fases de la Etapa Preoperativa ............. 16

**CAPÍTULO IV       ASPECTOS ECONÓMICOS DEL CONTRATO ............ 17**

4.1     Porcentaje de Participación de las Unidades Funcionales ............ 17

4.2     Estructura Tarifaria .................................................................... 17

4.3     Cálculo de la Retribución ........................................................... 19

4.4     Giros de Equity........................................................................... 23

4.5     Fondeo de Subcuentas del Patrimonio Autónomo. ...................... 24

4.6     Cálculo de la Diferencia de Recaudo .......................................... 29

**CAPÍTULO V       ETAPA PREOPERATIVA................................................. 31**

5.1     Características de los Contratistas. .............................................. 31

5.2     Programación de las Obras ......................................................... 31

**CAPÍTULO VI       SANCIONES Y ESQUEMAS DE APREMIO................... 32**

6.1     Eventos Generadores de Imposición de Multas. .......................... 32

6.2     Valor de la Cláusula Penal.......................................................... 36

**CAPÍTULO VII    GARANTÍAS .................................................................... 37**

7.1     Valor y Vigencia del Amparo de Cumplimiento............................ 37

7.2     Valor y Vigencia del Amparo de Pago de Salarios y Prestaciones Sociales ............ 38

7.3     Valor de Otros Amparos ............................................................. 39

7.4     Valor de la Garantía de Responsabilidad Extracontractual ......................................... 40

7.5     Vigencia para el Seguro de Obras Civiles .................................. 40

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

## CAPÍTULO I    REGLAS DE INTERPRETACIÓN DE ESTE DOCUMENTO

(a)    De conformidad con lo previsto en la Sección 19.14 de la Parte General, la presente Parte Especial del Contrato de Concesión prima sobre cualquier otro documento que haga parte del Contrato.

(b)    A la presente Parte Especial le serán aplicables las definiciones contenidas en la Parte General.

(c)    En el CAPÍTULO II de la presente Parte Especial del Contrato de Concesión se incluye una tabla en la cual se identifican, en la primera columna, las Secciones de la Parte General que se desarrollan, complementan, modifican o eliminan.

(d)    La segunda columna de la tabla contiene el desarrollo, la complementación, modificación o eliminación correspondiente, o la identificación de la Sección de la Parte Especial en que esa información aparece.

(e)    En el caso en que la Parte Especial modifique el contenido de algún aparte de la Parte General de manera expresa o tácita, se atenderá a lo señalado en la Parte Especial.

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

## CAPÍTULO II    TABLA DE REFERENCIAS A LA PARTE GENERAL

| Sección de la Parte General | DATOS ESPECÍFICOS DE ESTA PARTE ESPECIAL |
|---|---|
| 1.16 | Para los términos, montos y plazos de los Aportes ANI, ver Secciones 4.3(e) y 4.5(d) de esta Parte Especial. |
| 1.24 | Para los efectos de este Proyecto, "Circulación" corresponde a la situación en la cual los vehículos pueden transitar en una calzada bidireccional pavimentada, en ambos sentidos de manera simultánea. Para las Unidades Funcionales en las cuales se realice la construcción de calzadas nuevas, no se requerirá que la calzada se encuentre pavimentada. |
| 1.26 | El valor y forma de pago de la Comisión de Éxito se establecen en la Sección 3.7 de esta Parte Especial. |
| 1.32 | El Concesionario se identifica en la Sección 3.1(b) de esta Parte Especial. |
| 1.57 | El Estructurador es la Unión Temporal Euroestudios – Deloitte – Durán & Osorio. |
| 1.101 | El Mes de Referencia es el 31 de diciembre de 2012. |
| 1.121 | Los plazos máximos para el inicio de operación de las Unidades Funcionales se encuentran en la Sección 5.2 de esta Parte Especial. |
| 1.125 | Invitación a Precalificar No. VJ-VE-IP-010-2013. |
| 1.129 | Licitación Pública No. VJ-VE-IP-LP-010-2013. |
| 1.131 | En este Proyecto hay Estaciones de Peaje a cargo de un tercer contratista cuya contraprestación económica afecta el cálculo del Recaudo de Peaje, por lo que esta definición se modifica en lo pertinente de acuerdo con lo previsto en la Sección 3.6(c) de esta Parte Especial. |
| 1.137 | La Resolución de Peaje se identifica en la Sección 4.2 de esta Parte Especial. |
| 1.157 | La descripción de las Unidades Funcionales se encuentra en la Sección 3.3 de esta Parte Especial. |
| 1.159 | El Valor Estimado de Compensaciones Ambientales y el cronograma de aportes está en la Sección 4.5(b) de esta Parte Especial. |
| 1.161 | El Valor Estimado de Redes y el cronograma de aportes están en la Sección 4.5(c) de esta Parte Especial. |
| 1.162 | El VPIP equivale a quinientos setenta y cuatro mil setecientos ochenta y ocho millones cuatrocientos veintisiete mil veintitrés ($574.788.427.023) Pesos del Mes de Referencia. |
| 1.163 | El VPIP8 equivale a ciento noventa y ocho mil seiscientos veinticinco millones doscientos cuarenta mil seiscientos noventa y ocho ($198.625.240.698) Pesos del Mes de Referencia. |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| | |
|---|---|
| 1.164 | El VPIP 13 equivale a trescientos treinta y siete mil sesenta y siete millones cien mil quinientos noventa y siete ($337.067.100.597) Pesos del Mes de Referencia. |
| 1.165 | El VPIP 18 equivale a cuatrocientos cincuenta mil ochocientos cincuenta y nueve millones cuarenta y ocho mil ciento ochenta y un ($450.859.048.181) Pesos del Mes de Referencia. |
| 2.1 | El alcance físico del Proyecto se define en las Secciones 3.2, 3.3 y 3.5(b) de esta Parte Especial. |
| 2.2(a) | El Valor del Contrato se especifica en la Sección 3.4 de esta Parte Especial. |
| 2.2(e) | El valor y cronograma de los Aportes ANI se señalan en la Sección 4.5(d) de esta Parte Especial. |
| 2.3(b)(vi) | El Acta de Entrega de la Infraestructura se regula en la Sección 3.5 de esta Parte Especial. |
| 2.3(b)(vii) | El plazo para el pago de la primera cuota de la Comisión de Éxito se señala en la Sección 3.7(b)(i) de esta Parte Especial. |
| 2.3(b)(ix) | Los Giros de Equity se regulan en la Sección 4.4 de esta Parte Especial. |
| 2.3(b)(xi) | No existen requisitos adicionales para la suscripción del Acta de Inicio de Ejecución para este Proyecto. |
| 2.5(a) | El plazo estimado de las Fases de la Etapa Preoperativa se establece en la Sección 3.8 de esta Parte Especial. |
| 2.6(a) | Para este Proyecto se incluye una nueva sección 2.6(a)xv: El concesionario declara y garantiza que cumplirá con todos los compromisos adquiridos en su Oferta Técnica. |
| 2.6(b) | La duración estimada de las fases de la Etapa Preoperativa se establece en la Sección 3.8 de esta Parte Especial. |
| 3.1(c) | La Retribución se calculará como se prevé en la Sección 4.3 de esta Parte Especial. |
| 3.1(f)(iv) | La fórmula para calcular la diferencia se señala en la Sección 4.3(g) de esta Parte Especial. |
| 3.2(a) | Ver Sección 4.3 de esta Parte Especial. |
| 3.2(b) | Los límites a las Deducciones se regulan en la Sección 4.3(d) de esta Parte Especial. |
| 3.3(a) | Teniendo en cuenta que en este Proyecto hay Estaciones de Peaje a cargo de un tercer contratista, esta Sección de la Parte General se modifica en lo pertinente de acuerdo con lo previsto en la Sección 3.6 de esta Parte Especial. |
| 3.3(f) | Las condiciones y el momento de la instalación de las Estaciones de Peaje nuevas previstas en el Apéndice Técnico 1 se establecen en la Sección 3.6(g) de esta Parte Especial. |

| | |
|---|---|
| 3.4(a) | La tasa de descuento real (TDI) expresada en términos efectivos mensuales, para efectos de este Proyecto, será de cero coma cincuenta y seis setenta y uno por ciento (0,5671%). |
| 3.4(b)(ii) | La fórmula para el cálculo de DR8 se encuentra en la Sección 4.6 de esta Parte Especial. |
| 3.4(c) | La fórmula para el cálculo de DR13 y DR18 se encuentra en la Sección 4.6 de esta Parte Especial. |
| 3.4(f) | La tasa de descuento real (TDI) expresada en términos efectivos mensuales, para efectos de este Proyecto, será de cero coma cincuenta y seis setenta y uno por ciento (0,5671%). |
| 3.4(g) | Para este Proyecto el %RP₁ será del doce coma cincuenta y cuatro por ciento (12,54%).<br>Para este Proyecto el %RP₂ será del cincuenta por ciento (50%). |
| 3.7(c)(iv) | No existen modalidades adicionales para la obtención del Cierre Financiero para este Proyecto. |
| 3.8(a) | Este Proyecto tendrá un (1) Cierre Financiero. |
| 3.8(a) | El monto mínimo del Cierre Financiero es de seiscientos catorce mil novecientos millones ($614.900.000.000) de Pesos del Mes de Referencia. |
| 3.8(a) | El plazo para que el Concesionario presente la totalidad de la documentación para acreditar el Cierre Financiero es de trescientos (300) Días contados desde la Fecha de Inicio. |
| 3.8(a)(iv) | No existen modalidades adicionales para la obtención del Cierre Financiero para este Proyecto. |
| 3.8(d)(vii) | No se exigen características adicionales a los Prestamistas en este Proyecto. |
| 3.9(a) | Los Giros de Equity se regulan en la Sección 4.4 de esta Parte Especial. |
| 3.9(e) | El porcentaje de participación de cada Unidad Funcional se establece en la Sección 4.1 de esta Parte Especial. |
| 3.14(a) | No es obligatoria la constitución de ninguna otra Subcuenta en el Patrimonio Autónomo para este Proyecto. |
| 3.14(e)(ii)(1) | No es obligatoria la constitución de ninguna otra Subcuenta en el Patrimonio Autónomo para este Proyecto. |
| 3.14(f)(i) | Los montos y plazos para el fondeo de la Subcuenta de Predios se encuentran en la Sección 4.5(a) de esta Parte Especial. |
| 3.14(g)(i) | Los montos y plazos para el fondeo de la Subcuenta de Compensaciones Ambientales se encuentran en la Sección 4.5(b) de esta Parte Especial. |
| 3.14(h)(i) | Los montos y plazos para el fondeo de la Subcuenta Redes se encuentran en la Sección 4.5(c) de esta Parte Especial. |
| 3.14(i)(ii)(1) | El porcentaje de participación de cada Unidad Funcional se establece en la Sección 4.1 de esta Parte Especial. |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| 3.14(i)(ii)(2) | El fondeo de la Subcuenta Aportes ANI, y la distribución de los Aportes ANI entre las subcuentas por cada Unidad Funcional que hacen parte de la misma, se establecen en las Secciones 4.1 y 4.5(d) de esta Parte Especial. |
|---|---|
| 3.14(i)(ii)(5) | La porción de los Aportes ANI en Dólares es solicitada por el Concesionario de acuerdo con la Sección 4.3.5 del Pliego de Condiciones. |
| 3.14(i)(ii)(5) | Los términos en los que la fracción en Dólares de los Aportes ANI consignada en la Subcuenta Aportes ANI hará parte de la Retribución se encuentran en la Sección 4.3 de esta Parte Especial. |
| 3.14(i)(iii)(1) | El porcentaje de participación de cada Unidad Funcional se establece en la Sección 4.1 de esta Parte Especial. |
| 3.14(i)(iii)(2) | En este Proyecto hay Estaciones de Peaje a cargo de un tercer contratista cuya contraprestación económica afecta el cálculo del Recaudo de Peaje, por lo que esta Sección de la Parte General debe entenderse modificada en lo pertinente de acuerdo con lo previsto en la Sección 3.6(c) de esta Parte Especial. |
| 3.14(i)(iv)(1) | Los montos y plazos para el fondeo de la Subcuenta de Interventoría y Supervisión se encuentran en la Sección 4.5(e) de esta Parte Especial. |
| 3.14(i)(v)(1) | Los montos y plazos para el fondeo de la Subcuenta de Soporte Contractual se encuentran en la Sección 4.5(f) de esta Parte Especial. |
| 3.14(i)(vi)(1) | Los montos y plazos para el fondeo de la Subcuenta de Amigable Composición se encuentran en la Sección 4.5(g) de esta Parte Especial. |
| 3.14(i)(viii)(1) | El porcentaje de participación de cada Unidad Funcional se establece en la Sección 4.1 de esta Parte Especial. |
| 4.1(d) | No existen condiciones precedentes adicionales para el inicio de la Fase de Preconstrucción en este Proyecto. |
| 4.2(n) | El plazo para la entrega del plan para el traslado y manejo de Redes será de doscientos setenta (270) Días contados desde la Fecha de Inicio. |
| 4.2(o) | La fecha máxima de inicio de operación de cada Unidad Funcional se indica en la Sección 5.2 de esta Parte Especial. |
| 4.4(f) | En el caso en que, de acuerdo con el Plan de Obras, las Intervenciones de la Unidad Funcional 5 deban acometerse al inicio de la Fase de Construcción, el Concesionario, a su discreción y por su cuenta y riesgo, podrá dar inicio a la Fase de Construcción aun sin contar con las Licencias y Permisos que se llegaren a requerir por la Autoridad Gubernamental y/o por la Autoridad Ambiental para el inicio de las Intervenciones de la variante de Choachí –tal como ésta se describe en el Apéndice Técnico 1–. Lo anterior no modificará el Plan de Obras, ni el plazo máximo de entrada en operación de la Unidad Funcional 5, ni –en general– ninguna otra estipulación de este Contrato. |



| | |
|---|---|
| | En todo caso, el Concesionario deberá obtener todas y cada una de las Licencias y Permisos que, de acuerdo con la Ley Aplicable, sean necesarios para la ejecución de las Intervenciones de la variante de Choachí con anterioridad al inicio de las mismas. |
| 4.6(a) | Los montos y plazos de los Aportes ANI se establecen en la Sección 4.5(d) de esta Parte Especial. |
| 4.9(a)(i) | El monto diario de reducción de la Retribución por cada Día de plazo adicional para terminar la Unidad Funcional será, para efectos de este Proyecto, de cuarenta millones ochocientos dos mil cuatrocientos ($40.802.400) Pesos del Mes de Referencia. |
| 4.9(a)(i) | La Deducción máxima y el límite a las Deducciones se encuentran en las Secciones 4.3(c) y 4.3(d) de esta Parte Especial. |
| 4.10(b) | El límite a las Deducciones se encuentra en la Sección 4.3(d) de esta Parte Especial. |
| 4.17(a)(ii) | Para efectos de este Proyecto, en la verificación del cumplimiento de las obligaciones contenidas en el Apéndice Técnico 4 relacionadas con la terminación de Unidades Funcionales se deberá constatar que estas cumplan con los valores mínimos de aceptación para los Indicadores E1 al E17 y O6 de dicho Apéndice. |
| 4.17(a)(vii) | Los eventos generadores de Multas aplicables a este Proyecto se establecen en la Sección 6.1 de esta Parte Especial. |
| 4.17(d)(i) | La Multa por incumplimiento de Especificaciones Técnicas se encuentra en la Sección 6.1(k) de esta Parte Especial. |
| 4.18(c) | Las fechas máximas de inicio de operación de cada Unidad Funcional se indican en la Sección 5.2 de esta Parte Especial. |
| 5.2(a) | Los requisitos de experiencia mínimos que deberá cumplir el Contratista encargado de la ejecución del Contrato de Construcción se indican en la Sección 5.1 de esta Parte Especial. |
| 5.2(c) | Los requisitos de experiencia mínimos que deberá cumplir el Contratista encargado de la ejecución del Contrato de Construcción se indican en la Sección 5.1 de esta Parte Especial. |
| 5.3(a) | Los requisitos de experiencia mínimos que deberá cumplir el Contratista encargado de la ejecución del Contrato de Construcción se indican en la Sección 5.1 de esta Parte Especial. |
| 6.1(e) | La Multa por el incumplimiento en la entrega de los Estudios y Diseños se establece en la Sección 6.1(b) de esta Parte Especial. |
| 8.1(b) | Para los efectos de esta Sección, el Concesionario, a su discreción y por su cuenta y riesgo, podrá dar inicio a las Intervenciones de la Unidad Funcional 5, aun sin contar con las Licencias y Permisos que se llegaren a requerir por |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

|  | la Autoridad Gubernamental y/o por la Autoridad Ambiental para el inicio de las Intervenciones de la variante de Choachí –tal como ésta se describe en el Apéndice Técnico 1–. Lo anterior no modificará el Plan de Obras, ni el plazo máximo de entrada en operación de la Unidad Funcional 5, ni –en general– ninguna otra estipulación de este Contrato.<br><br>En todo caso, el Concesionario deberá obtener todas y cada una de las Licencias y Permisos que, de acuerdo con la Ley Aplicable, sean necesarios para la ejecución de las Intervenciones de la variante de Choachí con anterioridad al inicio de las mismas. |
|---|---|
| 8.2(c) | Los montos y plazos para el fondeo de la Subcuenta Redes se encuentran en la Sección 4.5(c) de esta Parte Especial. |
| 9.2(d) | La información relacionada con eventos de cambio climático, para efectos de este Proyecto, deberá ser presentada cada tres (3) meses. |
| 10.1(a) | Los eventos generadores de Multas aplicables a este Proyecto se establecen en la Sección 6.1 de esta Parte Especial. |
| 10.2(d) | El término máximo de imposición de cada Multa, contado desde la expiración del Plazo de Cura, se establece en la Sección 6.1 de esta Parte Especial. |
| 10.2(g) | El límite máximo total del valor de las Multas que pueden ser impuestas al Concesionario, para efectos de este Proyecto, será de tres coma veintisiete por ciento (3,27%) del Valor del Contrato. |
| 10.5(a) | Los valores de la Cláusula Penal se describen en la Sección 6.2 de esta Parte Especial. |
| 11.1(b)(i) | El término máximo de imposición de cada Multa, contado desde la expiración del Plazo de Cura, se establece en la Sección 6.1 de esta Parte Especial. |
| 11.1(b)(ii) | El límite máximo total del valor de las Multas que pueden ser impuestas al Concesionario, para efectos de este Proyecto, será de tres coma veintisiete por ciento (3,27%) del Valor del Contrato. |
| 11.1(b)(iii) | El límite de Deducciones se establece en la Sección 4.3(d) de esta Parte Especial. |
| 12.3(o) | No existen reglas generales adicionales a las previstas en la Parte General. |
| 12.6(a)(i) | El valor asegurado y el plazo del amparo de cumplimiento se incluyen en la Sección 7.1 de esta Parte Especial. |
| 12.6(b) | El valor asegurado y el plazo del amparo de pago de salarios y prestaciones sociales se incluyen en la Sección 7.2 de esta Parte Especial. |
| 12.6(c)(i) | El valor asegurado del amparo de estabilidad y calidad de las obras se incluye en la Sección 7.3(a) de esta Parte Especial. |
| 12.6(d)(ii) | El valor asegurado del amparo de calidad de bienes y equipos suministrados se incluye en la Sección 7.3(b) de esta Parte Especial. |

| 12.6(e)(i) | El valor asegurado del amparo de calidad de las obras de mantenimiento se incluye en la Sección 7.3(c) de esta Parte Especial. |
|---|---|
| 12.7(a)(ii) | El valor asegurado por evento de la póliza de responsabilidad extracontractual se incluye en la Sección 7.4 de esta Parte Especial. |
| 12.8 | La vigencia del Seguro de Obras Civiles se establece en la Sección 7.5 de esta Parte Especial. |
| 14.1(a)(i) | En este Proyecto no se requerirá de Circulación para la configuración de la Compensación Especial de las Unidades Funcionales 4 y 5. |
| 14.1(a)(ii) | Para efectos de este Proyecto, las Intervenciones que no hayan sido afectadas por el Evento Eximente de Responsabilidad y/o por acciones u omisiones imputables a la ANI deberán cumplir con los valores mínimos de aceptación de los Indicadores E1 al E17 y O6. |
| 15.1(i) | Los montos y plazos para el fondeo de la Subcuenta de Amigable Composición se encuentran en la Sección 4.5(g) de esta Parte Especial. |
| 17.2(c) | El valor mínimo pendiente de pago por la ANI en mora para la configuración de la causal de terminación, para efectos de este Proyecto, será de ciento quince mil millones ($115.000.000.000) Pesos del Mes de Referencia. |
| 18.3(d) | El porcentaje de participación de cada Unidad Funcional se establece en la Sección 4.1 de esta Parte Especial. |
| 18.3(d) | La tasa de descuento real (TDI) expresada en términos efectivos mensuales, para efectos de este Proyecto, será de cero coma cincuenta y seis setenta y uno por ciento (0,5671%). |
| 18.3(e) | El $AR_h$ incluye los costos asociados a las actividades necesarias para cumplir con niveles de servicio mínimos para la Etapa Preoperativa que se establecen en el Apéndice Técnico 2. |
| 18.3(e) | 1.  Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en las Secciones 17.2(c) de la Parte General, el valor de TE será de cero coma noventa cuarenta y cinco por ciento (0,9045%). <br> 2.  Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(b) de la Parte General, el valor de TE será de cero coma ochenta y tres setenta por ciento (0,8370%). <br> 3.  Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(a) de la Parte General, el valor de TE será de cero coma ochenta y uno sesenta y cinco por ciento (0,8165%). |
| 18.3(f) | El $AR_h$ incluye los costos asociados a las actividades necesarias para cumplir con niveles de servicio mínimos para la Etapa Preoperativa que se establecen en el Apéndice Técnico 2. |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| | |
|---|---|
| **18.3(f)** | 1.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en las Secciones 17.2(c) de la Parte General, el valor de TE será de cero coma noventa cuarenta y cinco por ciento (0,9045%). <br> 2.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(b) de la Parte General, el valor de TE será de cero coma ochenta y tres setenta por ciento (0,8370%). <br> 3.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(a) de la Parte General, el valor de TE será de cero coma ochenta y uno sesenta y cinco por ciento (0,8165%). |
| **18.3(g)** | El $AR_h$ incluye los costos asociados a las actividades necesarias para cumplir con niveles de servicio mínimos para la Etapa Preoperativa que se establecen en el Apéndice Técnico 2. |
| **18.3(g)** | 1.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en las Secciones 17.2(c) de la Parte General, el valor de TE será de cero coma noventa cuarenta y cinco por ciento (0,9045%). <br> 2.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(b) de la Parte General, el valor de TE será de cero coma ochenta y tres setenta por ciento (0,8370%). <br> 3.    Cuando la Terminación Anticipada del Contrato obedezca a las causales incluidas en la Sección 17.2(a) de la Parte General, el valor de TE será de cero coma ochenta y uno sesenta y cinco por ciento (0,8165%). |
| **19.17** | Las Notificaciones a las Partes se deberán realizar en los siguientes lugares: <br><br> a) A la ANI <br> Dirección: Calle 24 A # 59 - 42 Edificio T3 Torre 4 Piso 2. Ciudadela Empresarial Sarmiento Angulo <br> Ciudad: Bogotá D.C <br><br> b) Al Concesionario <br> Dirección: Calle 100 No. 13-21 Piso 8. <br> Ciudad: Bogotá D.C |

## CAPÍTULO III    ASPECTOS GENERALES

3.1    Identificación de las Partes.

(a)    La ANI, representada en este acto por **LUIS FERNANDO ANDRADE MORENO**, en su calidad de Presidente de la entidad.

(b)    El Concesionario es la sociedad de objeto único **PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**, conformada por SHIKUN & BINUI VT AG con participación accionaria del 37,5% en el capital social, COLOMBIANA INVERSIONES DE INFRAESTRUCTURAS S.A.S., con participación accionaria del 37,5% en el capital social y C.I. GRODCO S. EN C.A. INGENIEROS CIVILES con participación accionaria del 25% en el capital social; sociedad constituida bajo las leyes de Colombia, representada en este acto por el señor **ALBER ALHADEF**, en su calidad de Gerente General.

3.2    Alcance del Proyecto.

La financiación, construcción, rehabilitación, mejoramiento, operación y mantenimiento del corredor Vía Perimetral del Oriente de Cundinamarca, de acuerdo con el Apéndice Técnico 1 y demás Apéndices del Contrato.

3.3    División del Proyecto.

(a)    El Proyecto corresponde al corredor Vía Perimetral del Oriente de Cundinamarca el cual se divide en 5 Unidades Funcionales:

| UF | SECTOR | TIPO DE INTERVENCION | LONGITUD |
|---|---|---|---|
| UF1 | Salitre – Guasca y Guasca –Sesquilé | Mejoramiento y Rehabilitación | 38,26 km |
| UF2 | Sopó - La Calera | Mejoramiento | 24,08 km |
| UF3 | La Calera – Patios y Límite Bogotá – Choachí | Mejoramiento y Rehabilitación | 32,62 km |
| UF4 | La Calera – Choachí | Mejoramiento | 31,0 km |
| UF5 | Choachí – Cáqueza y Variante de Choachí | Mejoramiento y Construcción | 27,85 km |
| **TOTAL** | | | 153,8 km |




**Vía Perimetral del Oriente de Cundinamarca**
**Parte Especial**

(b)     En todo caso, el Concesionario deberá ejecutar todas las actividades que resulten necesarias para el cumplimiento de las obligaciones de resultado establecidas en el Contrato y sus Apéndices Técnicos; en especial, lo establecido en el Apéndice Técnico 1.

## 3.4    Valor del Contrato

El Valor del Contrato es de un billón seiscientos cuarenta y siete mil setecientos setenta y seis millones ciento once mil ciento sesenta y nueve ($1.647.776.111.169   ) Pesos del Mes de Referencia.

## 3.5    Acta de Entrega de la Infraestructura

(a)     El Acta de Entrega de la Infraestructura deberá ser suscrita con anterioridad a la suscripción del Acta de Inicio de Ejecución.

(b)     Dentro de la infraestructura programada para ser recibida por el Concesionario al inicio del Contrato se encuentran las siguientes vías:

| Código de Vía (Nomenclatura) | Origen (Nombre – PR) | Destino (Nombre – PR) |
|---|---|---|
| 50CN03 | Cruce Ruta 50 (El Salitre) | Sopó |
| 5009 | Bogotá | Guasca |
| 40CN06 | Choachí | La Calera |
| 4006 A | Límite de Bogotá | Choachí |
| 4006 A | Choachí | Cáqueza |
| 08-04 | Guasca | Guatavita |
| 08-03 | Guatavita | Sesquilé |

## 3.6    Estaciones de Peaje

(a)     Cuando una Estación de Peaje se encuentre comprendida dentro del Contrato 250 de 2011 celebrado entre el INVIAS y ODINSA (en adelante el "Contrato 250/11"), cuyo objeto es: *"la concesión para la operación, explotación, organización y gestión total del servicio de recaudo de las Tasas de Peaje en las Estaciones de Peaje y la operación de las Estaciones de pesaje que se encuentran a cargo del INVÍAS"*, la entrega de la estación existente se reemplazará por la cesión que hará la ANI al Concesionario de los recaudos que a favor del INVÍAS efectúa actualmente ese tercero, mientras esté vigente el Contrato 250 de 2011, en los mismos términos y plazos allí señalados.



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

(b)    ANI efectuará las gestiones que sean necesarias con el INVIAS para que (i) El
Contrato 250/11 no sea prorrogado en lo que se refiere a las Estaciones de Peaje
que hacen parte del Proyecto, más allá del término que se haya estipulado
originalmente y (ii) El contratista del Contrato 250 de 2011 cobre el Peaje que se
establecen en el presente Contrato de Concesión y en la Resolución No. 1462 del
29 de mayo de 2014.

(c)    Para todos los efectos señalados en este Contrato de Concesión, para las
Estaciones de Peaje que seguirán siendo operadas en virtud del Contrato 250 de
2011 (que corresponden a las Estaciones de Peaje Los Patios y La Cabaña) el
Recaudo de Peaje, mientras esté vigente el Contrato 250 de 2011 corresponderá a
aquellas sumas netas que se obtendrán de descontar a los Peajes el valor cobrado
por el tercero contratista del Contrato 250 de 2011 como contraprestación de sus
servicios. El valor cobrado por el tercero contratista del INVIAS es el que se
estipula en el Contrato 250 de 2011.

(d)    Una vez vencido el plazo establecido en el Contrato 250 de 2011 o terminado
dicho contrato por cualquier causa, se procederá a hacer entrega al Concesionario
de las Estaciones de Peaje correspondientes para que el Concesionario las opere y
realice directamente el recaudo de los Peajes en los términos de este Contrato. Esta
entrega se hará en las mismas condiciones establecidas en la Sección 1.2 de la
Parte General.

(e)    Sin perjuicio de lo anterior, dentro de los diez (10) Días siguientes a la entrega de
la Estaciones de Peaje de las que trata la Sección 3.6(d) anterior, el Concesionario
deberá presentar al Interventor un cronograma de obra en el cual se describirán las
actividades y plazos que seguirá el Concesionario para lograr que dichas
Estaciones de Peaje cumplan con lo previsto en las Especificaciones Técnicas del
Contrato, en especial, con lo establecido en los Apéndices Técnicos 2 y 3. El
Interventor tendrá diez (10) Días para aceptar o improbar el cronograma
basándose en la razonabilidad técnica de las actividades y plazos propuestos, y de
que con los mismos se cumpla lo exigido por el Contrato para el efecto. En el caso
en que el cronograma sea improbado por el Interventor o que este no responda en
el término previsto, el asunto será resuelto por el Amigable Componedor.

(f)    Adicionalmente, sobre las mencionadas Estaciones de Peaje no se medirán los
Indicadores aplicables y por lo tanto no se afectará la Retribución del
Concesionario hasta que, de acuerdo con el cronograma de obras, se hubiere
debido terminar las actividades sobre dicha Estación de Peaje.

(g)    Sin perjuicio de lo establecido en los Apéndices Técnicos 1 y 2, la operación de
cada una de las Estaciones de Peajes nuevas indicadas en el Apéndice Técnico 1
podrá comenzar con anterioridad a la firma del Acta de Terminación o de
Terminación Parcial de la Unidad Funcional siempre que la ANI lo decida de
acuerdo con lo previsto en esta Sección.

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

(i)   La ANI enviará una Notificación al Concesionario en un término no inferior a ciento ochenta (180) Días antes de la fecha en la cual se deba iniciar la operación de la Estación de Peaje nueva.

(ii)  En cualquier caso, la ANI no podrá solicitar que se inicie la operación de la Estación de Peaje nueva con anterioridad a que se haya invertido un valor equivalente al cincuenta por ciento (50%) del valor total de las Intervenciones estimadas para la Unidad Funcional en la cual se ubica la Estación de Peaje nueva de acuerdo con el Apéndice Técnico 1, y a que exista Circulación en dicha Unidad Funcional. Si no existiere Circulación al completarse el cincuenta por ciento (50%) de las Intervenciones, la Estación de Peaje nueva respectiva no podrá iniciarse la operación  hasta que haya Circulación en la Unidad Funcional correspondiente. El cumplimiento de estas condiciones será verificado por el mutuo acuerdo por las Partes o, en caso de desacuerdo, por el Amigable Componedor.

(iii) El Recaudo de Peaje derivado de la operación de cada una de las Estaciones de Peaje nuevas hasta la firma del Acta de Terminación de la Unidad Funcional a la que pertenecen -o Acta de Terminación Parcial de Unidad Funcional, según corresponda- no serán contabilizado como parte del VPIP ni para ninguno de los efectos previstos en la Sección 3.4 de la Parte General.

(iv)  El Recaudo de Peaje de que trata la Sección 3.6(g)(ii) anterior, deberá ser consignado por el Concesionario cada tercer (3) Día en la Subcuenta Recaudo de Peaje, hasta llegar a un monto máximo al Mes de cuarenta millones de Pesos ($ 40.000.000) del Mes de Referencia por cada Estación de Peaje, cifra que deberá actualizarse cada Mes según la fórmula de la Sección 3.9 (b) de la Parte General.

(v)   Una vez sea alcanzado el monto máximo al Mes al cual se refiere la Sección 3.6(g)(iv) anterior, el Recaudo de Peaje deberá ser consignado por el Concesionario cada tercer (3) Día en la Subcuenta Obras Menores.

(vi)  El procedimiento anterior deberá realizarse por cada Mes que el Concesionario ejecute lo previsto en esta Sección y hasta tanto se suscriba el Acta de Terminación de la Unidad Funcional respectiva–o Acta de Terminación Parcial de Unidad Funcional, según corresponda.

(vii) Siempre que cualquiera de los eventos de los cuales tratan las Secciones 3.3(g)(i), 3.3(g)(ii) y 3.3(g)(iii) de la Parte General, afecte las Estaciones de Peaje nuevas con anterioridad a la firma del Acta de Terminación de la Unidad Funcional a la que pertenecen– o Acta de Terminación Parcial de Unidad Funcional, según corresponda–, se entenderá que lo previsto en la Sección 3.3(h) de la Parte General sólo aplicará sobre dichas Estaciones de Peaje nuevas a partir de la suscripción del Acta de Terminación de la Unidad



Funcional respectiva –o Acta de Terminación Parcial de Unidad Funcional, según corresponda–.

(viii) Así también, para efectos de la compensación de la cual trata la 3.3(i) de la Parte General, se entenderá que esta sólo aplica para el Recaudo de Peaje derivado de las Estaciones de Peaje nuevas a partir de la firma del Acta de Terminación de la Unidad Funcional a la que pertenecen–o Acta de Terminación Parcial de Unidad Funcional, según corresponda–.

3.7   Comisión de Éxito

(a)   El Concesionario deberá la suma de cuatro mil trescientos ochenta y siete millones novecientos sesenta y dos mil ciento ocho ($4.387.962.108) Pesos del Mes de Referencia más IVA por concepto de Comisión de Éxito a la Unión Temporal Euroestudios – Deloitte – Durán & Osorio.

(b)   Dicha suma deberá ser cancelada en los siguientes términos, previa presentación de la correspondiente factura por parte de la Unión Temporal Euroestudios – Deloitte – Durán & Osorio:

(i)   Setenta por ciento (70%) dentro de los treinta (30) Días siguientes a la suscripción del Contrato.

(ii)  Treinta por ciento (30%) dentro de los treinta (30) Días siguientes a la obtención del Cierre Financiero.

3.8   Plazos Estimados de las Fases de la Etapa Preoperativa

(a)   Duración estimada de la Fase de Preconstrucción: Trescientos sesenta (360) Días contados desde la Fecha de Inicio.

(b)   Duración estimada de la Fase de Construcción: Mil ochenta (1080) Días contados desde la fecha del Acta de Inicio de la Fase de Construcción.



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

## CAPÍTULO IV    ASPECTOS ECONÓMICOS DEL CONTRATO

4.1    Porcentaje de Participación de las Unidades Funcionales

Como se describe en Apéndice Técnico 1, el Proyecto está dividido en cinco (5) Unidades Funcionales, a las cuales se les asigna el siguiente porcentaje de participación en el Proyecto, para efectos del cálculo de la Retribución para cada Unidad Funcional:

| Unidad Funcional | Porcentaje de Participación para Recaudo de Peajes e Ingresos por Explotación Comercial | Porcentaje de Participación (Vigencias Futuras 2017 a 2018) | Porcentaje de Participación (Vigencias Futuras 2019 a 2039) |
|---|---|---|---|
| Unidad Funcional 1 | 9,17% | 22,08% | 9,17% |
| Unidad Funcional 2 | 15,56% | 37,45% | 15,56% |
| Unidad Funcional 3 | 16,81% | 40,47% | 16,81% |
| Unidad Funcional 4 | 30,80% | 0,00% | 30,80% |
| Unidad Funcional 5 | 27,66% | 0,00% | 27,66% |

4.2    Estructura Tarifaria

(a)    Para efectos de lo dispuesto en la Sección 1.128 de la Parte General, y de acuerdo con lo establecido por la Resolución No. 1462 del 29 de mayo de 2014, la estructura tarifaria que regirá el Proyecto, incluyendo las tasas correspondientes al Fondo de Seguridad Vial, estará compuesta por las siguientes tarifas (en pesos de 31 de diciembre de 2012):

*[EL CONTENIDO DE ESTA TABLA ES DE CARÁCTER REFERENCIAL. LAS TARIFAS QUE HARÁN PARTE DE LA ESTRUCTURA TARIFARIA SERÁN AQUELLAS QUE SE ESTABLEZCAN EN LA RESOLUCIÓN RESPECTIVA POR EL MINISTERIO DE TRANSPORTE]*

| Nombre de la Caseta | Cat I | Cat IE | Cat II | Cat IIA | Cat IIE | Cat III | Cat IV | Cat V |
|---|---|---|---|---|---|---|---|---|
| La Cabaña | 7.500 | 0 | 11.800 | 0 | 8.000 | 18.200 | 26.800 | 36.600 |
| Patios | 7.500 | 3.900 | 11.800 | 4.100 | 8.000 | 18.200 | 26.800 | 36.600 |
| Ubaque | 7.500 | 3.900 | 11.800 | 4.100 | 8.000 | 18.200 | 26.800 | 36.600 |
| Sopo-Salitre | 7.500 | 1.500 | 11.800 | 4.100 | 8.000 | 19.900 | 29.300 | 39.900 |
| Choachí | 7.500 | 3.900 | 11.800 | 4.100 | 8.000 | 18.200 | 26.800 | 36.600 |



**Vía Perimetral del Oriente de Cundinamarca**
**Parte Especial**

(b)    El valor de las Tarifas se ajustará a más tardar el dieciséis (16) de enero de cada año y se aplicarán para cada año calendario hasta el quince (15) de enero del año siguiente, de acuerdo con el incremento del IPC aplicando la siguiente fórmula de ajuste:

$$TarifaSR_t = TarifaUsuario_{t-1} * (\frac{IPC_{t-1}}{IPC_{t-2}})$$

Donde:

| | |
|---|---|
| $TarifaSR_t$ | Para cada categoría de vehículos y cada Estación de Peaje es el valor de la Tarifa ajustada con la variación del IPC expresada en Pesos corrientes del año $t$, sin el redondeo a la centena. |
| $TarifaUsuario_{t-1}$ | Para cada categoría de vehículos y cada Estación de Peaje es el valor de la Tarifa (sin incluir el aporte al Fondo de Seguridad Vial) del año calendario inmediatamente anterior al año $t$. |
| $IPC_{t-1}$ | IPC de Diciembre del año inmediatamente anterior a $t$. |
| $IPC_{t-2}$ | IPC de Diciembre del año inmediatamente anterior a $t-1$. |
| $t$ | Año calendario en el que se calcula la $TarifaSR_t$. |

(c)    Una vez se establezca la tarifa sin el redondeo a la centena, se le adicionarán las tasas correspondientes al Fondo de Seguridad Vial y este resultado se ajustará a más tardar el dieciséis (16) de enero de cada año y se aplicarán para cada año calendario hasta el quince (15) de enero del año siguiente, redondeando a la centena más cercana de acuerdo con la siguiente fórmula:

$$TarifaUsuario_t = Redondeo100 * [TarifaSR_t + FSV_t]$$

Donde,

| | |
|---|---|
| $TarifaUsuario_t$ | Valor actualizado de la tarifa para el año $t$. |
| $TarifaSR_t$ | Para cada categoría de vehículos y cada Estación de Peaje es el valor de la Tarifa ajustada con la variación del IPC expresada en Pesos corrientes del año $t$, sin el redondeo a la centena. |
| $FSV_t$ | Es el valor del aporte al Fondo de Seguridad Vial para el año $t$ vigente al momento del cálculo, expresado en Pesos corrientes del año $t$. |

**Vía Perimetral del ●riente de Cundinamarca**
**Parte Especial**

| | |
|---|---|
| *Redondeo100* | Función que redondea un número al múltiplo de cien (10●) más cercano. Redondea hacia la centena superior, si el residuo de dividir el número entre cien (100) es mayor o igual a cincuenta (5●). Redondea hacia la centena inferior, si el residuo de dividir el número entre cien (100) es men●r que cincuenta (50). |
| *t* | Año calendario en el que se calcula la *TarifaSR$_t$*. |

4.3    Cálculo de la Retribución

(a)    La Retribución total será la suma de la Retribución de las Unidades Funcionales.

(b)    El cálculo de la Retribución por Unidad Funcional para cada Mes será efectuado de acuerdo con la siguiente fórmula:

$$R_h^u = Aportes_h^u + Peajes_h^u + EC_h^u - D_h$$

Donde,

| | |
|---|---|
| $R_h^u$ | Retribución correspondiente a la Unidad Funcional *u* en el Mes *h*. |
| $Aportes_h^u$ | $$Aportes_h^u = Aportes^u * ICP_h^u$$ Donde, <br><br> $Aportes^u$ = Valor del saldo disponible en la subcuenta de la Unidad Funcional *u* (de la Subcuenta Aportes ANI) en el Mes *h*. <br><br> $ICP_h^u$ = Promedio aritmético de los Índices de Cumplimiento de la Unidad Funcional *u* desde el Mes siguiente al último Mes en el que $Aportes_h^u$ fue superior a cero (0) hasta el Mes *h*. |
| $Peajes_h^u$ | $$Peajes_h^u = PeajesE_h^u * IC_h^u$$ Donde, <br><br> $PeajesE_h^u$ = Recaudo de Peaje correspondiente al Mes *h* consignado en la subcuenta de la Unidad Funcional *u* (de la Subcuenta Recaudo de Peaje) más los rendimientos existentes en dicha subcuenta. En los Meses en los que no haya Recaudo de Peaje el valor será cero (0). En caso de que el Mes *h* corresponda al primer periodo de cálculo de la Retribución, posterior al Acta de Terminación de la Unidad Funcional *u*, este valor corresponderá al monto acumulado del Recaudo de Peaje consignado en la subcuenta de la Unidad Funcional *u* (de la Subcuenta Recaudo de Peaje) desde la fecha de Inicio hasta el Mes *h* junto con los rendimientos existentes en dicha subcuenta. |



| | |
|---|---|
| $IC_h^u$ | = Es el Índice de Cumplimiento de la Unidad Funcional $u$ medido para el Mes $h$.<br><br>En el caso que en el *Mes h* el Concesionario haya alcanzado el VPIP, *Peajes*$_h^u$ se calculará de acuerdo con la siguiente fórmula:<br><br>$$Peajes_h^u = PeajesE_h^u * IC_h^u * \%RP$$<br>Donde,<br><br>%RP = Es el %RP$_1$ o el %RP$_2$ según corresponda de acuerdo con la Sección 3.4(g) de la Parte General. El monto del %RP se establece en la Tabla de Referencias de esta Parte Especial. |
| $EC_h^u$ | $$EC_h^u = ECB_h^u * IC_h^u$$<br>Donde,<br><br>$ECE_h^u$= Ingresos por Explotación Comercial correspondientes al Mes $h$ consignado en la subcuenta de la Unidad Funcional $u$ (de la Subcuenta Ingresos por Explotación Comercial) más los rendimientos existentes en dicha subcuenta. En los Meses en los que no haya Ingresos por Explotación Comercial, el valor será cero (0). En caso de que el Mes $h$ corresponda al primer periodo de cálculo de la Retribución, posterior al Acta de Terminación de la Unidad Funcional $u$, este valor corresponderá al monto acumulado de los Ingresos por Explotación Comercial consignado en la subcuenta de la Unidad Funcional $u$ (de la Subcuenta Ingresos por Explotación Comercial) desde la fecha de Inicio hasta el Mes $h$ junto con los rendimientos existentes en dicha subcuenta.<br><br>$IC_h^u$ = Es el Índice de Cumplimiento de la Unidad Funcional $u$ medido para el Mes $h$. |
| D | Cualquier Descuento pendiente de efectuar para el Mes $h$. |
| $h$ | Contador de Meses. Inicia en el Mes correspondiente a la suscripción del Contrato de Concesión. |

(c)     La Deducción máxima permitida en el Mes $h$ corresponderá al diez por ciento (10%) del valor de la Retribución en dicho Mes que se hubiere generado de no haberse aplicado el Índice de Cumplimiento correspondiente.

Las Deducciones que no se efectúen en un periodo como consecuencia de la Deducción máxima a que se refiere este literal se realizaran en el siguiente periodo.

(d)     Límite de Deducciones. El límite de Deducciones se alcanzará en los siguientes eventos:

(i)     Cuando el valor acumulado de la Retribución durante treinta y seis (36) Meses consecutivos –calculado sin aplicar la estipulación sobre Deducción



máxima mensual a la que se refiere la Sección 4.3(c) anterior–, hubiera sido inferior al noventa por ciento (90%) del acumulado de la Retribución que se hubiese causado para el mismo período, de no haberse aplicado Deducción alguna.

(ii)   Cuando, dentro de cualquier lapso consecutivo de sesenta (60) Meses, el Índice de Cumplimiento promedio ponderado (calculado teniendo en cuenta el Porcentaje de Participación de las Unidades Funcionales definido en la Sección 4.1 de esta Parte Especial) de las Unidades Funcionales cuya Acta de Terminación de Unidad Funcional –o Acta de Terminación Parcial de Unidad Funcional, si es del caso– haya sido suscrita, correspondiente a treinta y seis (36) Meses o más –continuos o discontinuos– haya sido igual o inferior a cero coma noventa (0,90) en cada uno de esos treinta y seis (36) Meses. Una vez se haya cumplido el supuesto descrito en esta Sección, se configurará el límite sin que sea necesario el transcurso de la totalidad del lapso de sesenta (60) Meses mencionado.

(e)   El Valor del Aporte ANI a ser consignado en la Subcuenta Aportes ANI, para cada Unidad Funcional, a más tardar en diciembre de cada una de las vigencias presupuestales previstas en la Sección 4.5(d) de esta Parte Especial (al Mes del Año calendario $t$ en que se efectúa el Aporte ANI) se calculará de acuerdo con la siguiente fórmula:

$$Aportes_t^u = AportesUSD_t * TRM_t * P^u + Aportes_t * \left(\frac{IPC_t}{IPC_r}\right) * (1 - FUSD_t) * P^u$$

Donde,

| | |
|---|---|
| $Aportes_t^u$ | El Valor del Aporte ANI para la Unidad Funcional u correspondiente al Año $t$, en pesos corrientes del Mes en que se efectúa el Aporte ANI. |
| $AportesUSD_t$ | Porción del Aporte ANI para el Año $t$ en Dólares del Día Hábil anterior a la fecha del cierre del Proceso de Selección, calculada de acuerdo con lo establecido en la Sección 4.3(f) de esta Parte Especial. |
| $Aportes_t$ | El Valor del Aporte ANI solicitados por el Concesionario correspondiente al Año t expresados en pesos del Mes de Referencia. |
| $FUSD_t$ | Fracción de los Aportes ANI fija en Dólares solicitada por el Concesionario *para cada año t, de acuerdo con la Sección 4.3.5 del Pliego de Condiciones.* |
| $IPC_r$ | IPC del Mes de Referencia. |
| $IPC_t$ | IPC del Mes inmediatamente anterior al Mes del Año $t$ en que se efectúa el Aporte ANI. |



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| TRM$_t$ | TRM del último Día Hábil del Mes inmediatamente anterior al Mes del Año $t$ en que se efectúa el Aporte, certificada por la Superintendencia Financiera. |
| $P^u$ | Porcentaje de participación de la Unidad Funcional $u$, de acuerdo con lo establecido en la Sección 4.1 de esta Parte Especial. |
| $T$ | Contador de cada uno de los Años correspondientes a los Aportes ANI de la Sección 4.5(d) de esta Parte Especial. |

(f)     La porción del Aporte ANI para el año $t$ en Dólares se calculará de acuerdo con la siguiente fórmula:

$$AporteUSD_t = \frac{Aporte_t \left(\frac{IPC_c}{IPC_r}\right) * (FUSD_t)}{TRM_{pc}}$$

Donde,

| $AporteUSD_t$ | Porción del Aporte ANI para el año $t$ en Dólares del Día Hábil anterior a la fecha del cierre del Proceso de Selección. |
| $Aporte_t$ | El Valor del Aporte ANI solicitado por el Concesionario correspondiente al Año $t$ en pesos del Mes de Referencia. |
| $IPC_c$ | IPC del Mes de la fecha de cierre del Proceso de Selección. |
| $IPC_r$ | IPC del Mes de Referencia. |
| $FUSD_t$ | Fracción de los Aportes ANI en Dólares solicitada por el Concesionario *para cada año t, de acuerdo con la Sección 4.3.5 del Pliego de Condiciones.* |
| $TRM_{pc}$ | Promedio aritmético de la TRM de los 10 Días Hábiles anteriores a la fecha de cierre del Proceso de Selección, calculado a partir de la TRM certificada por la Superintendencia Financiera para cada uno de estos Días. El promedio aritmético de la TRM se deberá redondear a dos cifras decimales. Para efectuar el redondeo deberá tenerse en cuenta que en caso que la tercera cifra decimal sea mayor a cinco, la segunda cifra decimal se incrementa en una unidad; en caso que la tercera cifra decimal sea menor o igual a cinco no se modifica la segunda cifra decimal. |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

(g) · La fórmula a la que se refiere la Sección 3.1(f)(iv) de la Parte General, es la siguiente:

$$Diferencia_h = (VT - VSC) * \left(\frac{IPC_h}{IPC_a}\right) * (1 + TDI)^{h-a}$$

Donde,

| | |
|---|---|
| $Diferencia_h$ | Valor de la diferencia a reconocer entre las Partes. Si la diferencia es negativa, la ANI deberá pagar al Concesionario. Si la diferencia es positiva, el Concesionario deberá pagar a la ANI. |
| $VT$ | Valor de la Retribución calculado por el Interventor antes de la solución de la controversia. |
| $VSC$ | Valor de la Retribución efectivamente determinado por el Amigable Componedor o el Tribunal de Arbitramento. |
| $IPC_h$ | IPC del Mes inmediatamente anterior al Mes $h$. |
| $IPC_a$ | IPC del Mes inmediatamente anterior al Mes $a$. |
| $TDI$ | Tasa de descuento real de los ingresos expresada en términos efectivos mensuales, para efectos de este Proyecto, será de cero coma cincuenta y seis setenta y uno por ciento (0,5671%). |
| $a$ | Mes en el cual se presenta la controversia respecto a la Retribución del Concesionario. |
| $h$ | Mes en el cual se soluciona la controversia respecto a la Retribución del Concesionario. |

4.4  Giros de Equity

El Concesionario deberá girar como mínimo a la Cuenta Proyecto los siguientes valores dentro de los plazos que a continuación se establecen:

| Giros de Equity | Monto mínimo | Fecha máxima del Aporte |
|---|---|---|
| Giro 1 | Veintitrés mil cuatrocientos sesenta y dos millones ciento sesenta y nueve mil quinientos noventa y dos ($23.462.169.592) Pesos del Mes de Referencia. | Fecha de constitución del Patrimonio Autónomo. |
| Giro 2 | Treinta y cinco mil veintitrés millones cuatrocientos nueve mil catorce ($35.023.409.014) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de ciento ochenta (180) Días contados a partir de la Fecha de Inicio. |
| Giro 3 | Cincuenta y seis mil cuatrocientos ochenta y tres millones ochenta y ocho mil cuatrocientos sesenta ($56.483.088.460) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de trescientos sesenta (360) Días contados a partir de la Fecha de Inicio. |



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| Giro 4 | Cincuenta y seis mil trecientos noventa y nueve millones seiscientos un mil setecientos ochenta ($56.399.601.780) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de quinientos cuarenta (540) Días contados a partir de la Fecha de Inicio. |
|---|---|---|
| Giro 5 | Cuarenta y ocho mil ciento cuarenta y cuatro millones trescientos cincuenta y nueve mil setecientos sesenta y tres ($48.144.359.763) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de setecientos veinte (720) Días contados a partir de la Fecha de Inicio. |
| Giro 6 | Cuarenta y ocho mil ciento cuarenta y cuatro millones trescientos cincuenta y nueve mil setecientos sesenta y tres ($48.144.359.763) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de novecientos (900) Días contados a partir de la Fecha de Inicio. |
| Giro 7 | Veintiocho mil cuatrocientos treinta y seis millones setecientos treinta y seis mil doscientos dieciocho ($28.436.736.218) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de mil ochenta (1080) Días contados a partir de la Fecha de Inicio. |
| Giro 8 | Veintiocho mil cuatrocientos treinta y seis millones setecientos treinta y seis mil doscientos dieciocho ($28.436.736.218) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de mil doscientos sesenta (1260) Días contados a partir de la Fecha de Inicio. |

Las fechas máximas y montos mínimos de los Giros 3 a 8 indicados en la tabla anterior podrán ser modificados, siempre que: i) dicho cambio sea autorizado expresamente por los Prestamistas, ii) se acredite tal autorización expresa en los documentos del Cierre Financiero, y iii) la suma de los montos mínimos de los Giros modificados –expresados en Pesos del Mes de Referencia- sea igual o mayor al setenta por ciento (70%) de la suma total de los giros establecidos en esta Parte Especial.

4.5    Fondeo de Subcuentas del Patrimonio Autónomo.

(a)    Subcuenta Predios.

El Valor Estimado de Predios y Compensaciones que el Concesionario deberá aportar a la Subcuenta Predios corresponde a la suma de cincuenta y nueve mil ochocientos noventa y nueve millones ochocientos treinta y cinco mil quinientos ($59.899.835.500) Pesos del Mes de Referencia, los cuales deberán estar disponibles en la Subcuenta Predios según se establece a continuación:

| Aporte a la Subcuenta Predios | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aporte 1 | Tres mil quinientos setenta y tres millones seiscientos cuarenta y siete mil doscientos setenta y cinco ($ 3.573.647.275) Pesos del Mes de Referencia. | Fecha de constitución del Patrimonio Autónomo. |



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| Aporte 2 | Once mil ochocientos setenta y ocho millones doscientos cincuenta y dos mil ochocientos veinticinco (\$ 11.878.252.825) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de ciento ochenta (180) Días contados a partir de la Fecha de Inicio. |
|---|---|---|
| Aporte 3 | Cuarenta y cuatro mil cuatrocientos cuarenta y siete millones novecientos treinta y cinco mil cuatrocientos (\$44.447.935.400) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de trescientos sesenta (360) Días contados a partir de la Fecha de Inicio. |

(b)    Subcuenta Compensaciones Ambientales.

El Valor Estimado de Compensaciones Ambientales que el Concesionario deberá aportar a la Subcuenta Compensaciones Ambientales corresponde a la suma de treinta mil quinientos cuarenta y cinco millones ciento setenta y seis mil novecientos cincuenta y seis (\$30.545.176.956) Pesos del Mes de Referencia, los cuales deberán estar disponibles en la Subcuenta Compensaciones Ambientales según se establece a continuación:

| Aporte | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aporte 1 | Seiscientos diez millones novecientos tres mil quinientos treinta y nueve (\$610.903.539) Pesos del Mes de Referencia. | En la Fecha de Inicio. |
| Aporte 2 | Dos mil cuatrocientos cuarenta y tres millones seiscientos catorce mil ciento cincuenta y seis (\$2.443.614.156   ) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de ciento ochenta (180) Días contados a partir de la Fecha de Inicio. |
| Aporte 3 | Veintisiete mil cuatrocientos noventa millones seiscientos cincuenta y nueve mil doscientos sesenta y un (\$27.490.659.261 ) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de trescientos sesenta (360) Días contados a partir de la Fecha de Inicio. |

Página 25 de 41

(c)    Subcuenta Redes.

El Valor Estimado de Redes que el Concesionario deberá aportar a la Subcuenta de Redes corresponde a la suma de once mil quinientos cincuenta millones novecientos treinta y seis mil ochocientos ocho ($11.550.936.808) Pesos del Mes de Referencia, los cuales deberán estar disponibles en la Subcuenta Redes según se establece a continuación:

| Aporte | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aporte 1 | Cinco mil setecientos setenta y cinco millones cuatrocientos sesenta y ocho mil cuatrocientos cuatro ($5.775.468.404) Pesos del Mes del Mes Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de trescientos sesenta (360) Días contados a partir de la Fecha de Inicio. |
| Aporte 2 | Cinco mil setecientos setenta y cinco millones cuatrocientos sesenta y ocho mil cuatrocientos cuatro ($5.775.468.404) Pesos del Mes del Mes Referencia. | Dentro de los cinco (5) Días siguientes al transcurso de quinientos cuarenta (540) Días contados a partir de la Fecha de Inicio. |

(d)    Subcuenta Aportes ANI

En la siguiente tabla se establecen los valores correspondientes a los Aportes ANI, así como las fechas máximas de desembolso para cada uno de ellos. Los valores están expresados en Pesos del Mes de Referencia y serán actualizados, para el cálculo de la Retribución, como se prevé en la Sección 4.3(e) de esta Parte Especial.

| Aporte | Vigencias en Pesos del Mes de Referencia | Fecha |
|---|---|---|
| 1 | 131.883.434.634 | 31 de diciembre 2017 |
| 2 | 37.554.149.429 | 31 de diciembre 2018 |
| 3 | 228.903.563.446 | 31 de diciembre 2019 |
| 4 | 90.423.152.186 | 31 de diciembre 2020 |
| 5 | 90.423.152.186 | 31 de diciembre 2021 |
| 6 | 90.423.152.186 | 31 de diciembre 2022 |
| 7 | 90.423.152.186 | 31 de diciembre 2023 |
| 8 | 90.423.152.186 | 31 de diciembre 2024 |
| 9 | 90.423.152.186 | 31 de diciembre 2025 |
| 10 | 90.423.152.186 | 31 de diciembre 2026 |
| 11 | 90.423.152.186 | 31 de diciembre 2027 |
| 12 | 90.423.152.186 | 31 de diciembre 2028 |



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| 13 | 90.423.152.186 | 31 de diciembre 2029 |
|----|----------------|----------------------|
| 14 | 90.423.152.186 | 31 de diciembre 2030 |
| 15 | 90.423.152.186 | 31 de diciembre 2031 |
| 16 | 90.423.152.186 | 31 de diciembre 2032 |
| 17 | 90.423.152.186 | 31 de diciembre 2033 |
| 18 | 90.423.152.186 | 31 de diciembre 2034 |
| 19 | 90.423.152.186 | 31 de diciembre 2035 |
| 20 | 90.423.152.186 | 31 de diciembre 2036 |
| 21 | 90.423.152.186 | 31 de diciembre 2037 |
| 22 | 90.423.152.186 | 31 de diciembre 2038 |
| 23 | 90.423.152.186 | 31 de diciembre 2039 |

(e)    Subcuenta Interventoría y Supervisión.

Como parte de las obligaciones a su cargo, el Concesionario deberá efectuar los aportes que a continuación se expresan, a la Subcuenta Interventoría y Supervisión.

| Aporte | Monto | Fecha Máxima del Aporte |
|--------|-------|-------------------------|
| Aportes Preconstrucción | Dos mil novecientos veintitrés millones ciento diecisiete mil novecientos cincuenta y seis ($ 2.923.117.956) Pesos del Mes Referencia. | Fecha de constitución del Patrimonio Autónomo, y, de ser el caso, dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la Fecha de Inicio. En el caso en que el último periodo tenga una duración menor a trescientos sesenta y cinco (365) Días, el aporte respectivo será proporcional a su duración. |
| Aportes Construcción | Diez mil ciento sesenta millones trescientos sesenta y siete mil trescientos cincuenta y un ($ 10.160.367.351) Pesos del Mes Referencia. | Dentro de los cinco (5) Días siguientes a la suscripción del Acta de Inicio de la Fase de Construcción. |
| | Diez mil ciento sesenta millones trescientos sesenta y siete mil trescientos cincuenta y un ($ 10.160.367.351) Pesos del Mes Referencia. | Dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la Fecha de Inicio de la Fase de Construcción. |

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| Aportes anuales durante la Etapa de Operación y Mantenimiento | Tres mil cuatrocientos cuarenta y seis millones seiscientos treinta y siete mil seiscientos veinticuatro ($3.446.637.624) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la suscripción de la última Acta de Terminación de Unidad Funcional. En el caso en que el último periodo tenga una duración menor a trescientos sesenta y cinco (365) Días, el aporte respectivo será proporcional a su duración. |

(f)    Subcuenta Soporte Contractual.

Como parte de las obligaciones a su cargo, el Concesionario deberá efectuar anualmente a la Subcuenta Soporte Contractual los aportes que a continuación se expresan.

| Aporte | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aportes inicial | Trescientos cincuenta millones ($350.000.00) de Pesos del Mes de Referencia. | En la fecha de constitución del Patrimonio Autónomo. |
| Aporte anual | Trescientos cincuenta millones ($350.000.00) de Pesos del Mes de Referencia. | Dentro de los 30 Días siguientes de cada periodo de trescientos sesenta y cinco (365) Días contados desde el transcurso de un año a la fecha de constitución del Patrimonio Autónomo. |

(g)    Subcuenta Amigable Composición.

Como parte de las obligaciones a su cargo, el Concesionario deberá efectuar los aportes que a continuación se expresan, a la Subcuenta Amigable Composición.

| Aporte | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aporte anual | Doscientos cincuenta y dos millones ($252.000.000) de Pesos del Mes de Referencia. | Dentro de los primeros 30 Días de cada año de ejecución del Contrato, contados a partir de la constitución del Patrimonio Autónomo |





Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| | | |
|---|---|---|
| Aporte semestral | Sesenta millones ($60.000.000) de Pesos del Mes de Referencia. | Dentro de los cinco (5) primeros Días del Mes de enero y julio de cada año de ejecución del Contrato. El valor del primer aporte será proporcional al tiempo transcurrido entre la fecha de constitución del Patrimonio Autónomo y el inicio del Mes de enero o julio siguientes, el que ocurra primero. |

4.6   Cálculo de la Diferencia de Recaudo

La fórmula a la que se refiere la Sección 3.4(b)(ii) de la Parte General para el cálculo del DR8, DR13 y DR18, es la siguiente:

$$DR_F = \Delta_F * ICP_f * \left(\frac{IPC_f}{IPC_r}\right) * (1 + TDI)^{f+q}$$

| | |
|---|---|
| $DR_F$ | Es la Diferencia de Recaudo expresada en valores del Mes f, contado a partir de la Fecha de Inicio. |
| $\Delta F$ | $\Delta F = (VPIP_P - VPIP_f)$. $\Delta F$ se calculará para los años 8, 13 y 18. Si el resultado de aplicar la fórmula de $\Delta F$ es menor que cero (0), $\Delta F$ será igual a cero (0). |
| $F$ | Año correspondiente a la Diferencia de Recaudo que se calcula, DR8, DR13 o DR18, según corresponda. |
| $f$ | Número de Meses transcurridos entre la Fecha de Inicio y el último día del año para el cual se calcula la Diferencia de Recaudo. Para DR8, f=96; para DR13 f=156 y para DR18 f=216. |
| $IPC_f$ | Es IPC de Mes f contado a partir de la Fecha de Inicio. |
| $VPIP_F$ | Es el Valor Presente del Recaudo de Peajes hasta el año F ofrecido por la ANI, para F=8, F=13 y F=18 (VPIP8, VPIP13 o VPIP18 según corresponda, y de acuerdo con las definiciones 1.163, 1.164 y 1.165 de la Parte General, respectivamente). |
| $VPIP_f$ | Es el $VPIP_m$ calculado cuando $m$ es igual a f, según la fórmula para calcular el $VPIP_m$ contenida en la Parte General, para los Meses f=96, f=156 y f=216. |
| $IPC_r$ | Es el IPC correspondiente al Mes de Referencia. |
| $TDI$ | Tasa de descuento real de los ingresos expresada en términos efectivos mensuales, será a efectos de este Proyecto, será de cero coma cincuenta y uno por ciento (0,5671%). |
| $ICP_f$ | Es el Índice de Cumplimiento Promedio hasta el Mes f, calculado de acuerdo con la siguiente fórmula: |



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

$$ICP_f = \frac{\sum_{j=1}^{f} IC_j}{n}$$

Donde,

$j$  = Contador del número de meses. Inicia en Mes de la Fecha de Inicio del Contrato. El valor inicial de h varia dependiendo de la Diferencia de Recaudo que se calcula, así: (i) para el DR8, j inicia en el mes 1; (ii) para el DR13, j inicia en el mes =97 y (iii) para el DR18, j inicia en el mes 157.

$n$  = Número de meses transcurridos entre el cálculo de cada Diferencia de Recaudo: (i) para el DR8, n = 96; (ii) para el DR13, n = 60 y (iii) para el DR18, n = 60

$IC_j$ = Índice de Cumplimiento en el periodo $j$, calculado de acuerdo con la siguiente fórmula:

$$IC_j = \sum_{u=1}^{u=z} IC_{UFuj} * \left(\frac{\%p_{UFu}}{T}\right)$$

Donde,

$IC_j$  = Índice de Cumplimiento del Proyecto medido para el periodo $j$.

$IC_{UFuj}$ = Índice de Cumplimiento de la Unidad Funcional $u$ para el periodo $j$.

$\%p_{UFu}$ = Porcentaje de participación de la Unidad Funcional $n$, de acuerdo con lo establecido en la Parte Especial.

$T$  =Suma de los porcentajes de participación de las Unidades Funcionales para las que fue medido el Índice de Cumplimiento en el periodo $j$.

$Z$  =Número de Unidades Funcionales para las que fue medido el Índice de Cumplimiento en el periodo $j$.

$q$   Número de meses transcurridos entre el Mes de Referencia y el Mes de la Fecha de Inicio.

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

# CAPÍTULO V    ETAPA PREOPERATIVA

5.1    Características de los Contratistas.

Para efectos de lo previsto en la Sección 5.2(a) de la Parte General, el Contratista encargado de la ejecución del Contrato de Construcción deberá cumplir los requisitos de experiencia mínimos que se establecen a continuación.

(a)    Experiencia en Construcción y/o Mejoramiento y/o Rehabilitación de vías.

    (i)    Para estos efectos se deberá acreditar:

        (1) La Construcción de carreteras nuevas y/o el Mejoramiento de carreteras existentes y/o la ampliación de al menos un carril de carreteras o vías urbanas existentes, cuyo total será de noventa (90) kilómetros de vía.; o
        (2) La rehabilitación de ciento treinta (130) kilómetros de carreteras; o
        (3) Una combinación de (1) y (2) que sume ciento treinta (130) kilómetros y en la cual los kilómetros de Construcción y/o Mejoramiento se multipliquen por un factor de uno coma cuatro (1,4) antes de sumarse con los kilómetros de rehabilitación.

    (ii)    Para acreditar esta experiencia solamente podrán sumarse hasta cinco (5) contratos.

(b)    Experiencia en Construcción de Puentes y/o Viaductos. Además de la experiencia referida en la Sección 5.1(a) anterior, se deberá acreditar la Construcción de un mínimo de seiscientos setenta y cinco (675) metros de Puentes y/o Viaductos. Se podrán sumar hasta cinco (5) contratos, siempre que al menos uno de ellos incluya la construcción de un puente o un viaducto de por lo menos ciento cincuenta (150) metros de longitud.

5.2    Programación de las Obras

En la tabla siguiente se presentan los plazos máximos para el inicio de la operación de las Unidades Funcionales, los cuales deberán contarse a partir de la fecha de suscripción del Acta de Inicio de la Fase de Construcción.

| Unidad Funcional | Plazo Máximo de Ejecución |
|---|---|
| Unidad Funcional 1 | 18 Meses |
| Unidad Funcional 2 | 18 Meses |
| Unidad Funcional 3 | 18 Meses |
| Unidad Funcional 4 | 36 Meses |
| Unidad Funcional 5 | 36 Meses |



## CAPÍTULO VI    SANCIONES Y ESQUEMAS DE APREMIO

6.1    Eventos Generadores de Imposición de Multas.

Para efectos de lo previsto en la Sección 10.1(a) de la Parte General, frente a un incumplimiento total o parcial del Concesionario respecto de cualquiera de las siguientes obligaciones estipuladas en el Contrato, la ANI impondrá al Concesionario las Multas en los montos y condiciones que adelante se regulan:

(a)    Multa por no recibo de Unidades Funcionales: Por no recibir físicamente las Unidades Funcionales o no ocupar o no recibir los Predios incluidos en el Proyecto, en los plazos y demás términos y condiciones establecidos en el Contrato, se aplicará una Multa equivalente a veinte (20) salarios mínimos legales mensuales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(b)    Multa por incumplimiento en la entrega de los Estudios y Diseños: Por no entregar los Estudios de Detalle o los Estudios de Trazado y Diseño Geométrico, en los términos, tiempo y condiciones señalados en el Contrato, se causará una Multa equivalente a diez (10) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(c)    Multa por no terminación de Unidad Funcional: Por no terminar las Intervenciones de cada Unidad Funcional, en los plazos establecidos en este Contrato, se causará una Multa equivalente a noventa (90) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de ciento veinte (120) Días.

Para efectos de esta Multa, entiéndase modificada la Sección 10.2(a) de la Parte General en el sentido que el Plazo de Cura para sanear el incumplimiento en la terminación de las Intervenciones de una Unidad Funcional podrá ser hasta del veinte por ciento (20%) del plazo previsto en este Contrato para la terminación de la Unidad Funcional respectiva.

(d)    Multa por el incumplimiento en la entrega del Plan de Obras: Por no cumplir con la entrega del Plan de Obras o con las condiciones para su elaboración y presentación, se causará una Multa equivalente a veinte (20) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(e)     Multa por el incumplimiento en el Plan de Obras: Por no cumplir con los avances de obra previstos en el Plan de Obras, se causará una Multa equivalente a cincuenta (50) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista en el Plan de Obras para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de noventa (90) Días. Esta multa no se causará cuando ocurra el supuesto previsto en la Sección 6.1(c) de esta Parte Especial, evento en el cual sólo tendrá aplicación la multa señalada en dicha Sección.

(f)     Multa por incumplimiento de las Obligaciones Ambientales: Si el Concesionario incumpliere cualquiera de las obligaciones correspondientes a la Gestión Social y Ambiental que de acuerdo con este Contrato le son exigibles, incluyendo aquellas contenidas en la Licencia Ambiental o en cualquier otra autorización expedida por la Autoridad Ambiental, se causará una Multa diaria de quince (15) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir del requerimiento que haga el Interventor al Concesionario. Esta Multa se causará sin perjuicio de las sanciones administrativas a que hubiere lugar, por parte de la autoridad competente. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(g)     Multa por incumplimiento de las obligaciones prediales: Si el Concesionario incumpliere las obligaciones de Gestión Predial que de acuerdo con este Contrato le son exigibles, se causará una Multa diaria de quince (15) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir del requerimiento que haga el Interventor al Concesionario. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(h)     Multa por incumplimiento en la entrega de información al Interventor y/o a la ANI: Si el Concesionario no entregare la información completa que le solicite el Interventor, siempre y cuando ésta se relacione con el objeto del presente Contrato, dentro de los plazos y en los términos de cada requerimiento, se causará una Multa diaria de siete (7) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(i)     Multa por incumplimiento en la obligación de entregar cualquiera de los documentos mencionados en la Sección 4.2(aa) de la Parte General. Por no entregar cualquiera de los planes y/o manuales en los plazos y cumpliendo con las

**Vía Perimetral del Oriente de Cundinamarca**
**Parte Especial**

características descritas en el Contrato, se causará una Multa diaria equivalente a diez (10) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(j)     Multa por Incumplimientos recurrentes de los Indicadores: Si por el incumplimiento de los valores mínimos de aceptación de cualquiera de los Indicadores (según esos valores se definen en el Apéndice Técnico 4) para una misma Unidad Funcional se generaren Deducciones durante (i) tres (3) Meses consecutivos o (ii) seis (6) Meses de un mismo año calendario, sin importar si son continuos o discontinuos, se causará una Multa diaria de treinta (30) salarios mínimos mensuales legales vigentes, por cada Día transcurrido a partir del requerimiento que haga el Interventor al Concesionario. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde el requerimiento del Interventor es de treinta (30) Días. Para la configuración de la presente Multa no existirá Plazo de Cura.

(k)     Multa por Incumplimientos de las Especificaciones Técnicas y Niveles de Servicio: Si el Concesionario incumpliere cualesquiera de las Especificaciones Técnicas, se causará una Multa diaria de veinte (20) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir del requerimiento que haga el Interventor al Concesionario. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de cincuenta (50) Días.

(l)     Multa por cobro excesivo de Peajes: En caso que el Concesionario haya cobrado tarifas de Peaje en montos superiores a las tarifas autorizadas contractualmente, además de rebajar de inmediato las tarifas cuando se advierta esta situación, se aplicará una Multa de quince (15) salarios mínimos mensuales legales vigentes por cada Día durante el cual el Concesionario hubiere cobrado peajes en exceso de lo autorizado. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de quince (15) Días.

(m)     Multa por incumplimiento en la constitución y fondeo de Subcuentas: Por no constituir y/o fondear las subcuentas a las que se refiere la Sección 4.5 de esta Parte Especial, dentro de los plazos y con los montos establecidos, se causará una Multa diaria equivalente a veinte (20) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días.

(n)     Multa por incumplimiento en el Cierre Financiero: Por no obtener el Cierre Financiero dentro de los plazos, condiciones y montos establecidos en este



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

Contrato, se causará una Multa diaria equivalente a setenta (70) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de noventa (90) Días.

(o) Multa por incumplimiento en los Giros de Equity: Por no hacer los Giros de Equity, dentro de los plazos, condiciones y montos establecidos en este Contrato, se causará una Multa diaria equivalente a setenta (70) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de noventa (90) Días.

(p) Incumplimiento en el pago de los salarios, prestaciones sociales y parafiscales: Por el incumplimiento de la obligación de estar al día en el pago de salarios, prestaciones sociales y parafiscales de los empleados del Concesionario, así como de cualquier trabajador (ya sea del Concesionario, de los Contratistas o Subcontratistas), la ANI podrá imponer una multa diaria equivalente veinte (20) salarios mínimos mensuales legales por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de noventa (90) Días.

(q) Multa por utilización de software carente de licencia: Por utilizar bienes o elementos de soporte lógico o software carentes de licencia en cualquiera de los equipos dispuestos por el Concesionario, se causará una Multa equivalente a diez (10) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha en que haya sido instalado por el Concesionario el bien o elemento de soporte lógico o software de que se trate y hasta el momento en que el mismo sea debidamente licenciado. En caso de no poderse determinar la fecha de instalación, la Multa se causará desde el momento en que se verifique la carencia de licencia. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de noventa (90) Días.

(r) Multa por incumplimiento en la constitución y mantenimiento de las Garantías: Por no mantener en vigor, renovar, prorrogar, obtener para la etapa siguiente, corregir o adicionar las Garantías, en los plazos y por los montos establecidos en el Contrato, se causará una Multa equivalente a veinte (20) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de veinte (20) Días.



Vía Perimetral del Oriente de Cundinamarca
Parte Especial

(s)     Multa por incumplimiento de otras obligaciones del Proyecto: Si el Concesionario incumpliere alguna de las obligaciones contenidas en el Contrato, que no se encuentra incluida en las demás Multas a que hace referencia la presente cláusula, se causará una Multa diaria de siete (7) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de la obligación correspondiente. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, no habrá el término máximo de imposición.

6.2   Valor de la Cláusula Penal

(a)     El uno coma nueve por ciento (1,9%) del Valor del Contrato, si la Terminación Anticipada del Contrato se presenta dentro del período comprendido entre la fecha de suscripción del Contrato y la fecha de suscripción del Acta de Inicio de la Fase de Construcción.

(b)     El cuatro coma cinco por ciento (4,5%) del Valor del Contrato, si la Terminación Anticipada del Contrato se presenta dentro del período comprendido entre la fecha de suscripción del Acta de Inicio de la Fase de Construcción y la fecha de suscripción de la última Acta de Terminación de Unidad Funcional.

(c)     El uno coma nueve por ciento (1,9%) del Valor del Contrato, si la Terminación Anticipada del Contrato se presenta dentro del período comprendido entre la fecha de suscripción de la última Acta de Terminación de Unidad Funcional y el Acta de Reversión.

Via Perimetral del Oriente de Cundinamarca
Parte Especial

# CAPÍTULO VII   GARANTÍAS

7.1    Valor y Vigencia del Amparo de Cumplimiento

(a)    Para cada una de las Fases y Etapas en las que se divide el plazo del Contrato, la vigencia del amparo de cumplimiento será la siguiente:

(i)    Fase de Preconstrucción: El plazo señalado en la Sección 3.8(a) de esta Parte Especial y una vigencia adicional de sesenta (60) Días más, salvo que se trate de garantía bancaria, cuya vigencia deberá cubrir el plazo de dicha Sección y una vigencia adicional de doscientos cuarenta (240) Días más. En el caso en que la duración efectiva de la Fase de Preconstrucción sea mayor al plazo señalado en la Sección 3.8(a) de esta Parte Especial, la vigencia de la garantía deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días hasta cubrir por lo menos la totalidad de la duración efectiva y/o la vigencia adicional.

(ii)    Fase de Construcción: El plazo señalado en la Sección 3.8(b) de esta Parte Especial y tener una vigencia adicional de sesenta (60) Días más, salvo que se trate de garantía bancaria, cuya vigencia deberá cubrir el plazo de dicha Sección y tener una vigencia adicional de doscientos cuarenta (240) Días más. En el caso en que la duración efectiva de la Fase de Construcción sea mayor al plazo señalado en la Sección 3.8(b) de esta Parte Especial, la vigencia de la garantía deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días hasta cubrir por lo menos la totalidad de la duración efectiva y/o la vigencia adicional.

(iii)    Etapa de Operación y Mantenimiento: Para efectos de este amparo, la Etapa de Operación y Mantenimiento será dividida en periodos de cinco (5) años, siendo el último de tales periodos el término igual o inferior a cinco años remanente para la terminación del Contrato. Para cada periodo, el Concesionario obtendrá un amparo con una vigencia equivalente a la duración de dicho periodo y una vigencia adicional sesenta (60) Días más, salvo que se trate de garantía bancaria, cuya vigencia deberá cubrir el periodo quinquenal y doscientos cuarenta (240) Días más.

(iv)    Etapa de Reversión: El plazo señalado en la Sección 1.120 de la Parte General y sesenta (60) Días más, salvo que se trate de garantía bancaria, cuya vigencias deberá cubrir el plazo de dicha Etapa y tener una vigencia adicional doscientos cuarenta (240) Días más.

(b)    Para cada una de las Fases y Etapas en las que se divide el plazo del Contrato, el valor del amparo de cumplimiento será el siguiente:

(i)    Fase de Preconstrucción: Ciento siete mil seiscientos veintisiete millones ($107.627.000.000) de Pesos del Mes de Referencia.

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

(ii) Fase de Construcción: Ciento siete mil seiscientos veintisiete millones ($107.627.000.000) de Pesos del Mes de Referencia

(iii) Etapa de Operación y Mantenimiento: Treinta y cinco mil trescientos sesenta y un millones ($35.361.000.000) de pesos del Mes de Referencia por cada uno de los periodos quinquenales.

(iv) Etapa de Reversión: Ocho mil doscientos treinta y nueve millones ($8.239.000.000) de pesos del Mes de Referencia.

7.2    Valor y Vigencia del Amparo de Pago de Salarios y Prestaciones Sociales

(a)    Para cada una de las Fases y Etapas en las que se divide el plazo del Contrato, la vigencia del amparo de pago de salarios y prestaciones sociales será la siguiente:

(i) Fase de Preconstrucción: El plazo señalado en la Sección 3.8(a) y una vigencia adicional de tres (3) años más. En el caso en que la duración efectiva de la Fase de Preconstrucción sea mayor al plazo señalado en la Sección 3.8(a) de esta Parte Especial, la vigencia de la garantía deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días hasta cubrir por lo menos la totalidad de la duración efectiva y/o la vigencia adicional.

(ii) Fase de Construcción: El plazo señalado en la Sección 3.8(b) y tres (3) años más. En el caso en que la duración efectiva de la Fase de Construcción sea mayor, la vigencia de la garantía deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días, hasta cubrir por lo menos la totalidad de la duración efectiva y/o la vigencia adicional.

(iii) Etapa de Operación y Mantenimiento: Para efectos de este amparo, la Etapa de Operación y Mantenimiento será dividida en periodos de cinco (5) años, siendo el último de tales periodos el término igual o inferior a cinco años remanente para la terminación del Contrato. Para cada periodo, el Concesionario obtendrá un amparo con una vigencia equivalente a la duración de dicho periodo y tres (3) años más.

(iv) Etapa de Reversión: El Concesionario obtendrá un amparo con una vigencia equivalente a la duración de dicho periodo y tres (3) años más.

(b)    Para cada una de las Fases y Etapas en las que se divide el plazo del Contrato, el valor del amparo de pago de salarios y prestaciones sociales será el siguiente:

(i) Fase de Preconstrucción: Cincuenta y tres mil ochocientos trece millones ($53.813.000.000) de Pesos del Mes de Referencia.

(ii) Fase de Construcción: Cincuenta y tres mil ochocientos trece millones ($53.813.000.000) de pesos del Mes de Referencia.

Página 38 de 41



**Vía Perimetral del Oriente de Cundinamarca**
**Parte Especial**

(iii) Fase de Operación y Mantenimiento: Seis mil quinientos veinte cuatro millones ($6.524.000.000) de Pesos del Mes de Referencia por cada uno de los periodos quinquenales.

(iv) Etapa de Reversión: Cuatro mil ciento diecinueve millones ($4.119.000.000,0 ) de Pesos del Mes de Referencia.

7.3    Valor de Otros Amparos

(a)    El valor asegurado del amparo de estabilidad y calidad de las obras será el que se establece en la siguiente tabla para cada Unidad Funcional, expresado en pesos del Mes de Referencia.

| Unidad Funcional | Valor amparo |
|---|---|
| UF1 | Seis mil quinientos sesenta y cinco millones ($6.565.000.000   ) |
| UF2 | Nueve mil seiscientos seis millones ($9.606.000.000   ) |
| UF3 | Ocho mil ciento cincuenta y dos millones ($8.152.000.000   ) |
| UF4 | Treinta y cinco mil ciento sesenta y seis millones ($35.166.000.000   ) |
| UF5 | Veinticuatro mil ochocientos cuarenta y cinco millones ($24.845.000.000   ) |

(b)    El valor del amparo de calidad de los bienes y equipos suministrados será el que se establece en la siguiente tabla para cada Unidad Funcional, expresado en Pesos del Mes de Referencia.

| Unidad Funcional | Valor amparo |
|---|---|
| UF1 | Cuatrocientos setenta y ocho millones ($478.000.000) |
| UF2 | Mil quinientos cuatro millones ($1.504.000.000) |
| UF3 | Mil ciento setenta y cinco millones ($1.175.000.000) |
| UF4 | Trescientos setenta y siete millones ($377.000.000) |
| UF5 | Setecientos treinta y seis millones ($736.000.000) |

(c)    El valor del amparo de calidad de las obras de mantenimiento será el que se establece en la siguiente tabla para cada Unidad Funcional, expresado en Pesos del Mes de Referencia.

Vía Perimetral del Oriente de Cundinamarca
Parte Especial

| Unidad Funcional | Valor amparo |
|---|---|
| UF1 | Novecientos cuarenta y un millones ($941.000.000) |
| UF2 | Mil doscientos setenta y dos millones ($1.272.000.000) |
| UF3 | Mil cuatrocientos sesenta y dos millones ($1.462.000.000) |
| UF4 | Dos mil cuatrocientos once millones ($2.411.000.000) |
| UF5 | Dos mil ciento cincuenta y tres millones ($2.153.000.000) |

7.4    Valor de la Garantía de Responsabilidad Extracontractual

(a)    Fase de Preconstrucción: El valor del amparo mínimo es de Veintiún mil millones ($21.000.000.000) de Pesos del Mes de Referencia.

(b)    Fase de Construcción: El valor del amparo mínimo es de veintinueve mil cuatrocientos setenta y cinco millones ($29.475.000.000) de Pesos del Mes de Referencia.

(c)    Etapa de Operación y Mantenimiento: El valor del amparo mínimo es de veintinueve mil cuatrocientos setenta y cinco millones ($29.475.000.000) de pesos del Mes de Referencia.

(d)    Etapa de Reversión: El valor del amparo mínimo es de veintinueve mil cuatrocientos setenta y cinco millones ($29.475.000.000) de Pesos del Mes de Referencia.

7.5    Vigencia para el Seguro de Obras Civiles

(a)    Fase de Preconstrucción: La vigencia inicial de este seguro, será igual al plazo estimado de duración de la Fase de Preconstrucción, según se señala en la Sección 3.8(a) de esta Parte Especial. En el caso en que la duración efectiva de la Fase de Preconstrucción sea mayor, la vigencia del seguro deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días hasta cubrir por lo menos la totalidad de la duración efectiva.

(b)    Construcción: La vigencia inicial de este seguro será igual al plazo previsto en el Plan de Obras para la terminación de la Unidad Funcional respectiva. De ampliarse los plazos del Plan de Obras, o de superarse por cualquier causa el plazo establecido en dicho Plan de Obras para la terminación de la Unidad Funcional respectiva, la vigencia del seguro deberá prorrogarse por plazos mínimos sucesivos de sesenta (60) Días hasta la suscripción del Acta de Terminación de Unidad Funcional correspondiente.



Via Perimetral del Oriente de Cundinamarca
Parte Especial

(c)     Operación y Mantenimiento: El Concesionario podrá constituir esta póliza por un plazo inicial de un (1) año contado desde la fecha de suscripción del Acta de Terminación de cada Unidad Funcional y prorrogarla por períodos sucesivos de un (1) año hasta la suscripción del Acta de Reversión. Esta prórroga deberá hacerse con una anticipación no menor a los treinta (30) Días Hábiles anteriores a la fecha establecida para su expiración.

(d)     El Concesionario se obliga a mantener este seguro siempre vigente durante la ejecución del Contrato, de tal forma que no exista lapso alguno sin este cubrimiento.


En constancia de lo anterior, las Partes suscriben el presente Contrato, en la ciudad de Bogotá D.C., en dos (2) originales del mismo tenor y validez uno para cada parte, a los   0 8 SEP 2014



**LUIS FERNANDO ANDRADE MORENO**
CC No. 79.152.446 de Usaquén
**Presidente**
**AGENCIA NACIONAL DE INFRAESTRUCTURA**



**AIDEK ALHADEF**
Pasaporte No. 51 126429
**Representante Legal**
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**
Nit. No. 900761657-8


Proyectó: Estructurador Integral Grupo 3
Revisó Aspectos Jurídicos: Héctor Jaime Pinilla Ortiz - Vicepresidente Jurídico
Revisó Aspectos Técnicos, Financieros y de Garantías: Beatriz Eugenia Morales Vélez - Vicepresidente Estructuración
Revisó Aspectos Jurídicos: Camilo A. Salazar Camacho - Abogado - Gerencia Jurídica de Estructuración - Vicepresidencia Jurídica
Revisó Aspectos Jurídicos: Diana P. Bernal Pinzón - Gerente - Gerencia Jurídica de Estructuración - Vicepresidencia Jurídica
Revisó Aspectos Técnicos: David Díaz Granados - Ingeniero - Gerencia Proyectos Carreteros 1 - Vicepresidencia Estructuración
Revisó Aspectos Técnicos: Camilo A. Jaramillo Berrocal - Gerente Proyectos Carreteros 1 - Vicepresidencia Estructuración
Revisó Aspectos Financieros: Leila Durán Sánchez - Financiera - Gerencia Financiera - Vicepresidencia de Estructuración
Revisó Aspectos Financieros: Claudia Soto Cardenas - Gerente Financiera - Gerencia Financiera - Vicepresidencia de Estructuración
Revisó Aspectos de Garantías: Iván Mauricio Fierro Sánchez - Gerente de Proyectos - Vicepresidencia de Estructuración
Revisó Trámite de Suscripción y Legalización del Contrato: Martha L. Mahecha R. - Abogada GIT Contratación - Vicep. Jurídica
Revisó Trámite de Suscripción y Legalización del Contrato: Gabriel Del Toro Benavides - Gerente de Contratación -Vicep. Jurídica

# English Translation
# of Exhibit 3

REPUBLIC OF COLOMBIA

MINISTRY OF TRANSPORTATION

NATIONAL INFRASTRUCTURE AGENCY'.

CONCESSION AGREEMENT UNDER THE APP SCHEME NO.

Between:

Grantor:
NATIONAL INFRASTRUCTURE AGENCY

Dealer:
PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.

GENERAL PART

**CHAPTER I        Definitions** .................................................................................,..........................12

1.1    "Act of Calculation of Remuneration"........................................,........,............,. ...................12

1.2    "Act of Infrastructure Handover". ............................................................................12

1.3    "Acta de Inicio".....................,.................................................,. .....................................12

1.4    "Acta de Inicio de la Fase de Construcción". .........................................................12

1.5    "Minutes of Liquidation of the Contract". ..............................................................13

1.6    "Act of Reversion". .................................................................................................13

1.7    "Acta de Terminación de Unidad Funcional"...................,............,. ...........................13

1.8    "Acta de 4'erminación Partial de Unidad Funcional". .............................................13

1.9    "Guarantee Agreement".............................................................................................13

1.10    "Permanency Agreement".................................................,. .....................................13

1.11    "Friendly CompoEedor". ........................................................................................14

1.12    "ANI".........................................................................................................................14

1.13    "Appendices".............................................................................................................14

1.14    "Financial Appendices"........................................................,. ...............................14

1.15    "Technical Appendices"........................,. ..............................................................14

1.16    "ANI Contributions"................................................................................................15

1.17    "Environmental Authority"......................................................................................IS

1.18    "Governmental Authority"......................................................................................IS

1.19    "Corporate Commercial Appraisal"........................,. ..............................................15

1.20    " Owner".....................................................................................................................16

1.21    "Change 'tributary" .......................................................,. .....................................l6

1.22    "Special Ccsionary" ................................................................................................16

1.23    "Financial Close".....................................................,. ............................................17

1.24    "Circulation". ...........................................................................................................17

1,25    "Penalty Clause" ..........................................,. .......................................................17

1,26    "Success Commission" ...,. .....................................................................................17

1.27    "Fiduciary Commission". .........................................................................................17

1.28    "Trust Committee". ..................................................................................................17

1.29    "Special Compensation"................................"...,.,. ..............................................17

1.30    "Environmental Offsets".........................................................,..,. ........................18

1.31    "Socioeconomic Compensations". ..........................................................................18

1.32   "Dealership" ........,............................................................................18

1.33   "Contractors" ..........................................................................18

1.34   "Concession Contract" or "Contract"...................................,. .................18

1.35   "Construction Contract". ..............................................................19

1.36   "Design Contract" ..................................................................,. 19

1.37   "Contrato de Fiducia Mercantil".............,.......................................19

1.38   "Contrato de Interventoría". ........................................................l9

1.39   "Operation and Maintenance Contract" ....................................,. 19

1.40   "Project Corridor".....................................................................19

1.41   "ANI Account"........................................................,. .......20

1.42   "Project Account". ....................................................................20

1.43   "Deductions".....................................................,. .....................20

1.44   "Right to Collect"......................................................................20

1.45   "Discounts".............................................,. .............................20

1.46   "DIa"...................................................,........................,......20

1.47   "Business Day". .......................................................................20

1.48   "Difference in Collections to Afio 8 or DR8" .......................,. .................20

1.49   "Difference in Collections as of Year 13 or DRl3"......................................21

1.50   "Difference in Collection at Year 18 or DRl 8". ................................21

1.51   "Project Manager".......................................,........,.    21

1.52   "Dollars" or "US$ ......................................................................21

1,53   "DTF"..........,................,...........................................,. ...............i

1.54   "Technical Specifications". ..........................................................22

1.55   "Toll Stations". .................................................................,22

1.56   "Weighing Stations".................................................................22

1.57   "Structured". ............................................................................22

1.58   "Environmental Impact Study".....................................................22

1.59   "Detailed Studies" ..................................,.................,..............,. ...22

1.60   "Layout and Geometric Design Studies"...................................................23

1.61   "Operation and Maintenance Stage" ........................................,..23

1.62   "Reversion Stage"....................................................................23

1.63   "Preoperational Stage"...................................................,. ...........-25



1.64    "Fvento Eximente de Responsabilidad". ...............................................................23

1.65    "Faja" ...................................................................................................................23

1.66    "Preconstruction base". .......................................................................................24

1.67    "Construction Phase"......................,.. ...............................................................24

1.68    "Commencement date". .......................................................................................24

1.69    "Operation and Maintenance Stage Completion Date"...,...,. ............................24

1.70    "Fiduciary" ..................................................................,.............................24

1.71    "Private Equity Fund". .......................................................................................25

1.72    "Contingency Fund ..............................................................................................25

1.73    "Force Majeure" or "Fortuitous Event" ..............................................................25

1.74    "Environmental Force Majeure"...................,.........,. .....................................25

1.75    "Force Majeure by Networks". ............................................................................25

1.76    "Predial Force Majeure". .....................................................................................25

1.77    "Guarantee of the Proposal's Seriousness" ........................................................25

1.78    "Carantfa Única de Cumplimiento"...,...,..........................................................25

1.79    "Property Management". ......................................................................................26

1.80    "Social and Environmental Management". ..........................................................26

1.81    "Equity Turnaround". ............................................................,. ..........................26

1.8:i    "Indicators". ..........................................................................................................26

1.83    "Compliance Index" ............................................................................................26

1.84    "Financial Information"...................,. .............................................................26

1.85    "Auditor's Report". ..............................................................................................27

1.86    "Commercial operating income". .......................................................................27

1.87    "Intervention. .......................................................................................................27

1.88    "Interventoria" or "Interventor" ...,........,. ......................................................27

1.89    "Inventory of Concession Assets". .....................................................................28

1.90    "Invitation to Prequalify". ...................................................................................28

i.sl    "IPC". ...................................................................................................................28

1.92 "    "Applicable Law". .............................................................................................28

1.93    "Leader"................................................................................................................28

1.94    "Environmental License". ....................................................................................29

1.95    "Licenses and Permits" ........................................................................................29



1.96    "Maintenance or Maintenance Works"..............................,.................,.................................29

1.97    "Operation and Maintenance Manual"........................................................................29

1.98    "Improvement"..........................................................................................................29

1.99    "Technical Report"....................................................................................................29

1.100    "Month"...................................................................................................................30

1.i0i    "Reference Month" .................................................................................................30

1,102    "Fines" ..................................,...................................,..........................................30

1.103    "Notification" .................................................................,.,..................................30

1.104    "Notification Right of Taking".....,.......................................................................30

Ll05    "Notice For Taking".....,...........................................................................................30

1.106    "Complementary Works". ........................................................................................31

1.107    "Construction Works". .............................................................................................31

1.108    "Voluntary Obms"...................................................................................................31

1.109    "Offer" or "Dealer's Offer"......................................................................................31

1.110    "Operation. ..............................................................................................................31

1.111    "Party" or "Parties". ...............................................................................................31

1,112    "Partc General" .......................................................................................................31

1.113    "Special Part"....................,......,...................................................,.,... ..................32

1.114    "Autonomous Patrimony".......................................................................................32

1.115    "Autonomous Equity-Debt".....................................................................................,    32

1.116    "Toll".......................................................................................................................32

**1.117**    "Pesos" or "COL$"............................................................................,.....,..................32

1.118    "Plan de Acquisición dc Predios"...............................................,.........................32

1.119    "Socioeconomic Compensation Plan".....................................................................33

i. 120    "Environmental Management Plan". ........................................................................33

1.121    "Plan de Obras"......................................................................................................33

1.122    "Resettlement Plan" .............."................................................................, 33

1.123    "Term of Cure" .................................................................,....................................34

1.124    "Maximum Reversion Stage Timeframe". ...............................................................34

1.125    "Prequalification" ......,...............,. .....................................................................34

1.126    "Predio"....................................................................,. ...........................................34

1.127    Missing Properties ....................................................................,...................,34

1.128    "Lenders" ....................................................................................34

1,129    "Selection Process".......................................................................35

1.130    "Project,. ...................................................................................35

1.131    "Toll Collection". .........................................................................35

1.132    "Debt Resources".........................................................................35

1.133    "Heritage Resources"...................................................................35

1.134    "Networks". ................................................................................36

1.135    "Rehabilitation"...................................................................,. .........36

1.136    "Enabling Requirement" ...............................,...........,............,. .............36

1.137    "Penje Resolution".....,.......,.................................,.........,. ...............36

1.138    "Retribution." ..............................................................................37

1.139    "Reversion" ................................................................,.........,.......................,. 37

1.140    "Section"......................................................................,. ...............37

1.141    "Additional Services" ...................................................................37

1.142    "Subaccount Friendly Composition"...............................................38

1.143    "ANI Contributions Subaccount". ..................................................38

1.144    "Environmental Offsets Subaccount" .............................................38

1.145    "Contractual Support Subaccount".....,............................................38

1.146    "Subaccount Exccdcntes ANI"......................................................38

1.147    "Subaccount Income from Commercial Operations". ........................38

1.148    Subaccount "Interventoría y Supervisión",.......................................38

1.149    "Minor Works Subaccount" ...........................................................39

1,150    "Subaccount Predios". ..................................................................39

1.151    "Toll Collection Subaccount"..............,.,.,. .....................................39

1.152    "Networks Subaccount"................................................................39

1.153    "Supervision" or "Supervisor" .......................................................39

1.154    "Early Termination of the Contract" or Termination".......................39

1.155    "Maximum Correction Time for IndiGadoi'es" ...,......................,. ......40

1.156    "arbitration tribunal"....................................................................40

1.157    "Functional Unit"..........................................................................40

1.158    "Value of Contiato". .....................................................................40

1.159    Estimated Value of Environmental Offsets. .....................................40

1.160    Estimated Value of Premises and Socioeconomic Compensations ...................................41

1.161    Estimated Value of Receivables ..........................................................,. ...................................41

.162    "PIP". .................................................................................................................................41

J 63    " PIP8". ..............................................................................................................................41

1.164    "VPIP13" .........................................................................................................................41

1.165    "VPIP18" ...................................................,. ..................................................................41

1.166    "VPIPm" ..........................................................................................................................42

1.167    "VPIP'm" ............................................................................................,.........................42

1.168    "Variation IFRS" ..................................................................,. ...................................42

CHAPTER II           GENERAL ASPECTS OF THE CONTRACT.............................................43

2.1    Ob,jeto..........,. ..................................................................................................................43

2.2    Contract Value and Budgetary Contributions. .................................................................43

2.3    Perfection and Commencement of Execution of the Contract...................................43

2.4    year of the . ....................................................................................................................4s

2.5    Stages of Contractual Execution. ........................................................................................45

2.6    Representations and Warranties of the Parties.....................................................,,........................46

CHAPTER III           CHAPTER ECONOMIC ASPECTS OF THE CONTRACT52

3.1    Remuneration. ..................................................................................................................52

3.2    Performance Deductions. .................................................................................................54

3.3    Tolls, Collection Fees and Revenues from Commercial Operations. ....................................54

3.4    Obtaining VPIP ..................................................................................................................57

3.5    Discounts ...........................................,. ...........................................................................62

3.6    Interest on Remuneration and Delinquency. .......................................................................62

3.7    Funding Obligation.........................................................................,. ...........................63

3.8    Financial Close...............................................................................................,. ...........64

3.9    Equity...........................................................................................,. ................................66

3.10    Registration of Lenders. ...................................................................................................68

3.11    Development of Financial Structures.................................................................................68

3.12    Takeover of Lenders ...............................,.........,. ...........................................................69

3.13    The Autonomous Patrimony. Generalities...............................................,.,..,. ..............................75

3.14    Accounts and Subaccounts of the Autonomous Patrimony.................................................76

3.15    Terms and conditions of mandatory inclusion in the Commercial Trust Agreement 87

3.16    Tax Change .................................................................,..................................................90

**CHAPTER IV        PREOPERATIONAL STAGE - GENERAL...........................................94**

4,1     Conditions Precedent for Commencement of Preconstruction Phase...............................94

4.2     Main Obligations of the Concessionaire during the Preconstruction Phase94

4.3     ANI's Main Obligations during the Preconstruction Phase .............................................101

4.4     Conditions Precedent for the Commencement of the Construction Phase.......................102

4.5     Main Obligations of the Concessionaire during the  Phase.103

4.6     Principalcs ANIs Obligations during the Construction Phase.........................................107

4.7     Effects of the Delay in the Work Plan .............................................................................108

4.8     Proceeding to request the extension of the deadline of the Obi'as ..................................109

4.9     Additional Term without Penalties for the Concessionaire .............................................109

4.10    Commissioning of the Functional Units ...........................,......................................110

4.11    Technical specifications and quality of the interventions. ...............................................111

4.12    Modification of the Technical Specifications ...........,.....................................................112

4.13    Sources of materials .......................................................,...........................................11.5

4.14    Tests and trials..............................................................................................................115

4.15    Equipment Location ........................................,.........................................................115

4.16    Technical Report.,..................................,......,.............................................................116

4.17    Verification procedure.......,..............................,.........................................................116

4.18    Works Plan .....................................................,..........................................................120

**CHAPTER** V        **STAGE    PRE-OPERA'£IVA  -  CONTRACTS    FROM        DESIGN CONTRACTS,**

cor'sTRucciöN v orEnnciö ……………………………………………i2i

5.1     General.............................................................,.......,. .....................................121

5.2     Contractors. ....................................................................................................121

5.3     Certification and Verification...............,...............,..............................,. .....................122

**CHAPTER VI        PRF.OPERATIVE STAGE-STUDIES** AND **DESIGNS. ..........................124**

6.1     Presentation of the Studies .........................................................,. ...............................124

6.2     Review of Studies and Disefios..........................................,. ......................................124

6.3     Modifications and Adjustments to the Designs ...............,......,.. ....................................125

6.4     Deadline for Adjustments by the Concessionaire.............................................................126

**CHAPTER VII        PREOPERATIONAL STAGE - PROPERTY MANAGEMENT...,.... .....127**

7.1    Gcneralidades dc la Gestión Predial ..................................,............................127

7.2    Resources for Land Acquisition and Socioeconomic Compensationl28

7.3    Special Provisions for the Property Acquisition Procedure. ...............................130

7.4    Force Majeure Predial .......,...............................................................................130

**CHAPTER VIII        PRE-OPERATIONAL STAGE - SOCIAL AND ENVIRONMENTAL MANAGEMENT, NETWORKS, OTHERS        132**

8.1    Social and Environmental Management......................................,. .........................132

8.2    Redes.............................,. ...................................................................................135

8.3    Implementation of new technologies for the electronic collection of Tollg ....................138

8.4    Tunnel construction ...,...................................................,..................................138

**CHAPTER IX        OPERATION AND MAINTENANCE PHASE AND REVERSION PHASE        139**

9.1    Conditions Precedent for the Start of the Operation and Maintenance Stage 139

9.2    Main obligations of the Concessionaire during the Operation and Maintenance Phase 139

9,3    ANI's main obligations during the Operation and Maintenance Stage 142

9.4    Maintenance of Interventions and Indicators ,............,. ....................................142

9.5    Operating and Maintenance Manual.......................................,. .............................143

9.6    Scope of Maintenance Works........................................................................143

9.7    Stage dc Reversion....................................................................,. ..........................144

**CHAPTER X        PENALTIES AND ENFORCEMENT SCHEMES ............................147**

10.1    Fines. .......................................................................................................147

10.2    Term of Cure and Payment of Fines ...............................................,......................147

10.3    Procedure for the imposition fines.................,.......,. ..........................................148

10.4    Fines Update .............................................................................................148

10.5    Penalty Clause ............................................................................,. ....................149

**CHAPTER XI        CLAUSES THAT DEROGATE FROM THE COMMON LAW150**

11.1    Expiration............................,.........................................,................................1 0

11.2    Unilateral termination .................................................................................151

11.3    Other clauses exceptional to common law......................,. ...............................151



**CHAPTER XII        GUARANTEES AND RISK COVERAGE MECHANISMS 153**

12.1    Guarantees as a Requirement for the Commencement of the Contract and its Phases or Stages.        153

12.2    Types of Guarantees .............................................................., ..........................153

12.3    General Rules Applicable to Guarantees .........................................,.................153

12.4    Approval of Warranties ..............................................................................156

12.5    Division of Guarantees. ............................................................................157

12.6    Single Performance Bond........................................................................158

12.7    Extracontractual Liability Guarantee ......................................,...............................,159

12.8    All risk insurance ..................................,.....................................160

12.9    Update of collateral values ,.........,.........,.........,..........:......, ..............................161

**CHAPTER XIII        CONTRACTUAL EQUATION AND RISK ALLOCATION        )**
                      162

13.1    Contractual Equation...................................................................162

13.2    Risks assigned to the Concessionaire.........................................163

13.3    ANI Risks................................................................................167

**CHAPTER XIV        TERMINATION        PARTIAL  PROVIDED BY        FROM ..UNIT
                     FUNCTIONAL UNIT, EXONERATING EVENT OF LIABILITY AND
INDEMNITIES.        171**

14.1    Impossibility of Termination due to Events Exempting from Liability or for reasons attributable to ANI ....................................................................171

14.2    Accountability Event ......................................,....................................173

14.3    Indemnity..............................................................................178

**CHAPTER XV        SETTLEMENT OF DISPUTES. ..........................................180**

15.1    Amigablc Componcdor..............................................................180

15.2    National Arbitration.,.............,.......................................188        }

15.3    International Arbitration ..................................................190

15.4    Continuity of execution ..................................................192

**CHAPTER3 XVI        LABOR AND INDUSTRIAL SAFETY MATTERS193**

16.1    Dealership Staff ...............................,..........,. ..........................193

16.2    Safety and Industrial Hygiene.......................................194

16.3    Relationship between the Parties .,.............................................194

**CHAPTER XVII        TERMINATION OF THE CONTRACT ...........................................195**



17.1    Ocurrencia.......................................................................................,..............................195

17.2    Grounds for Early Termination of the Contract .................................................195

17.3    Effects of the Occurrence of a Cause of "Early Termination due to causes attributable to the Concessionaire ....................................................................................................196

**CHAPTER XVIII        SETTLEMENT OF THE CONTRACT ....................................,...................197**

18.1    Term ...................................................................................................................197

18.2    Obligations of the Trustee in the Liquidation. .................................................197

18.3    Contract Settlement Formulas.......................,...........................................199

18.4    Payment of the settlement amounts..................................................................212

18.5    Payments in case of conflict .............................................................................215

**CHAPTER XIX        MISCELLANEOUS...........................................................................216**

19.1    Unplanned minor works requested by Governmental Authorities or **por** communities. 216

19.2    Complementary Works ......................................................................................217

19.3    Voluntary Works. ..............................................................................................218

19.4    Subcontracts.........................................................................,..............................219

19.5    Session. .............................................................................................................220

19.6    Renuncia a la reclamación diplomática.,...,......,.,,,,,.....,,.,......,.,,...,,,.,,,,,.,, ,,222

19.7    Disabilities and incompatibilities ...............................,..................,. ...............222

19.8    Contract Language..............................................,. ............................................222

19.9    Taxes ...................................................................................................................222

19.10      Contract Modification .................................................,. .....................................222

19.i 1      Subsistence of Obligations. .............................................................................222

19.12      No waiver of rights ...........................................................................................223

19.13      Adjustments per Controller's Request ...............................,...,..........................223

19.14      Priority of Documents.................................................................,....................223

19.15      Financial Information.........................................................................................224

19.16      Environmental and Social Guidelines...............................,......................,. ........224

19.17      Notifications.,..........................,. .....................................................................224

19.18      Statistical Formation. ........................................................................................224

19.19      Information Management.................,...........,,..................................,. ...........................225

## CHAPTER I                    Definitions

For purposes of this Agreement, unless expressly provided otherwise or defined elsewhere in this Agreement (including its Appendices and Exhibits), capitalized terms used herein, whether used in the singular or plural form, shall have the meanings assigned to such terms as set forth below. Section and Chapter headings are included for convenience and reference purposes but in no way limit, define or describe the scope and intent of this Agreement and are not deemed to be part of this Agreement. Technical or scientific words not expressly defined in this Agreement shall have the meanings appropriate to the respective technique or science and other words shall be construed in their natural and obvious sense according to their general usage.

1.1     "Remuneration Calculation Act".

For each Functional Unit, it is the document to be signed by the Comptroller and the Concessionaire where the basis for the calculation of the Concessionaire's Remuneration and results of such calculation shall be stated. When the Special Compensation is caused, an act with the same content and for the same purposes as the Act of Calculation of the Remuneration must be subscribed, clarifying in its text that it is the calculation of the Special Compensation.

1.2     "Act of Infrastructure Handover".

F.s the document to be signed ANI, the Interventor and the Concessionaire for the purpose of delivering the infrastructure to the Concessionaire. The obligation of ANI will be limited to the delivery of the Premises and the existing works in the state in which they are and in no case implies the obligation on the part of ANI to deliver the Premises corresponding to the Project Corridor. No reservation, condition, objection or observation related to the state of the infrastructure delivered may be included in this act, since it is the Concessionaire's obligation to receive it in the state in which it is found.

1.3     "Act of Commencement"

This is the document to be signed by the Vice President of Contract Management or acting in his stead, the ANI Supervisor, the Interventor and Concessionaire for the purpose of initiating the execution of the Contract, after verification of requirements set forth in Section 2.3 of this General Part.

1.4     "Act of Commencement of the Construction Phase".

This is the document to be signed by the ANI Supervisor, the Comptroller and the Concessionaire for the purposes of commencing the Construction Phase, after verification of the requirements established for this purpose in this Contract, especially in Section 4.4 of this General Part.

## 1.5    "Minutes of Contract Settlement"

This is the document to be signed by the Vice President of Contractual Management or whoever takes his place, the ANI Supervisor, the Interventor and the Concessionaire in accordance with the provisions of this Contract, especially in CHAPTER XVIII of this General Part, for the purposes set forth in Article 60 of Law 80 of 1993 (as amended by Article 217 of Decree 19 of 2012) and in Article 11 of Law 1150 of 2007, or the rules that modify, supplement or replace them.

## 1.6    "Act of Reversion"

This is the document to be signed by ANI Supervisor, the Interventor and the Concessionaire to record the Reversion of the concession assets and the consequent termination of this Contract. This document will verify compliance with the Indicators indicated in Technical Appendix 4.

## 1.7    "Act of Completion of Functional Unit".

This is the document to be signed by the Vice President of Contract Management or whoever takes his place, the ANI Supervisor, the Interventor and the Concessionaire when the requirements set forth in Section 4.10 of this General Part are met.

## 1.8    "Act of Partial Completion of a Functional Unit".

This is the document to be signed by the Vice President of Contract Management or whoever is acting in his stead, the ANI Supervisor, the Interventor and the Concessionaire in accordance with the provisions of Section 14.1 of this General Part.

## 1.9    "Guarantee Agreement"

It is the document identified as such in the Invitation to Prequalify and in the rules of the Bidding Process, duly signed.

## 1.10    "Permanency Agreement".





It is the document identified as such in the Invitation to Prequalify and in the rules of the Bidding Process, duly signed.

## 1.11  "Component Friendly"

Refers to the permanent and mandatory instance for the final settlement of certain disputes provided for in Section 15.1 of this General Part.

## 1.12  "ANI"

It is the National Infrastructure Agency created by Decree 4165 of 2011, as a national state agency of social nature, of the decentralized sector of the executive branch of the national order, with legal personality, its own assets and administrative, financial and technical autonomy, attached to the Ministry of Transportation. ANI acts in this Contract as the contracting public entity.

## 1.13  "Appendices"

Refers to the Technical Appendices, together with the Financial Appendices.

## 1.14  "Financial Appendices"

They are the financial documents attached to the Contract. Any modification to a Financial Appendix shall imply the modification of this Contract. The Financial Appendices are as follows:

Financial Appendix 1: Financial Information
Financial Appendix 2: Special Assignment of Remuneration Financial
Appendix 3: Guarantees and Insurances

## 1.15  "Technical Appendices"

These are the documents attached to the Contract of a technical, environmental, social and property nature, which contain obligations to be borne by the Concessionaire. Any modification to a Technical Appendix will imply the modification of the present Contract. The Technical Appendices are the following:

Technical Appendix 1: Project Scope
Technical Appendix 2: Conditions for Operation and Maintenance Technical Appendix 3: Gcncralcs Specifications
Technical Appendix 4: Availability, Security, Quality and Service Level Indicators

Technical Appendix 5: Interference with Networks
Technical Appendix 6: Environmental Issues
Technical Appendix 7: Property Management
Technical Appendix 8: Social Management
Technical Appendix 9: Work Plan

## 1.16   ANI Contributions".

These are the amounts corresponding to the profile of annual contributions requested by the Concessionaire in its Offer, expressed *in* constant Pesos of the date indicated in the Special Part (according to what is indicated in the rules of participation of the Bidding Process) with respect to the resources of the General Budget of the Nation. The ANI Contributions do not include the value added tax or any other tax of the national order -not applicable at the time of submission of the Offer- that may affect the integrity of such contributions after such date, therefore if such taxes are imposed during the term of the Contract, ANI shall adjust the value of the ANI Contributions to compensate the effect of such taxes. This provision shall not apply to departmental or municipal taxes, which shall be governed by the provisions of Section 3.16 of this General Part.

ANI's Contributions will be provided by ANI under the terms, amounts and terms established in the Special Part. In order to comply with such terms, ANI will take the corresponding steps to have the due programming of resources in the Annual Monthly Cash Program (PAC), in application of the Applicable Law.

## 1.17   "Environmental Authority"

It is any authority of the Republic of Colombia that has competence in environmental matters, including but not limited to the Regional Autonomous Corporations, the Ministry of Environment and Sustainable Development and the National Environmental Licensing Authority.

## 1.18   "Governmental Authority"

It is any authority of the Republic of Colombia other than ANI, including but not limited to the Ministry of Transportation, Ministry of Finance and Public Credit and National Tax and Customs Directorate, National Authority of Environmental Licenses, among others, that have authority over matters related to this Contract.

## 1.19   "Corporate Commercial Appraisal"



A Corporate Commercial Appraisal is understood to be that which, in application of the provisions of Law 1682, is performed by a real estate guild or real estate market with the collegiate participation of its members. The Corporate Commercial Appraisal must be endorsed by the legal representative of the real estate guild or auction, by the president or coordinator of the technical committee and by the appraisal expert, who in any case must comply with the requirements for the practice of the profession of appraiser as established in Law 1673 or in the rules that complement, modify or substitute it. Therefore, each Corporate Commercial Appraisal must be signed by at least three persons, including the professional appraiser, in order to guarantee the provisions of Article 11 of Decree 1420 of 1998.

For the sole purpose of this Contract, the appraisals developed by IGAC shall be considered as Corporate Commercial Appraisals.

## 1.20  " Owner"

It is any person or group of persons who, directly or indirectly, by themselves or through an interposed person, by virtue of contract, agreement or in any other manner, have decision-making capacity with respect to the Contract, the Concessionaire, the Autonomous Equity (including any Autonomous Equity-Debt); that is, the power or authority to vote in the election of directors or representatives or to direct, guide and control such vote, as well as the power or authority to dispose of and order the alienation or encumbrance of the interest in the Concessionaire or the participation in the Contract or in the Autonomous Patrimony (including any Autonomous Patrimony-Debt). The spouses or permanent partners and the relatives within the second degree of consanguinity, second degree of affinity and only civil degree of the Concessionaire or of any of the shareholders of the Concessionaire shall also be the same Kcal Beneficiary. Likewise, the parent companies and their subordinates constitute the same beneficial owner.

## 1.21  "Tax Change".

It refers to the imposition of new taxes or the elimination or variation of the existing ones, with respect to those in force at the time of the presentation of the Offer, which directly and by themselves affect positively or negatively the cost of execution of the Contract for the Concessionaire.

Exceptions to this definition are changes in taxes levied on income.

## 1.22  "Special Assignee"

Corresponds to any of the persons, funds or estates referred to in Financial Appendix 2 to whom the Concessionaire's economic rights have been effectively assigned, in accordance with the terms of said Appendix.



1.23    "Financial Closing"

It is the attainment of a minimum amount of Debt Resources for the Project, under the terms and conditions set forth in this Agreement, especially in Section 3.8 of this General Part.


1.24    "Circulation"

Corresponds to the situation in which vehicles can travel in both directions simultaneously, at least on a bi-directional roadway.


1.25    "Penalty Clause"

It is the pecuniary penalty to be caused at the expense of the Concessionaire, in accordance with the provisions of Section 10.5 of this General Part.


1.26    "Success Commission".

This is the amount corresponding to the part of the Structurer's fees to be paid by the Concessionaire and which will be part of the cost of the Project to be paid by the Concessionaire as part of its obligations, as established in the Special Pass.


1.27    "Fiduciary Commission"

The remuneration received by the Trustee for the administration of the Trust Estate in with the terms and conditions set  in Section 3.15(c) of this General Part.


1.28    "Fiduciary Committee"

It is the body in charge of overseeing and giving instructions to the Trustee for the development of the purpose of the Autonomous Equity, whose composition and powers shall be determined in the Commercial Trust Agreement, without prejudice to the powers attributed to the ANI in accordance with provisions of this Agreement.


1.29    "Special Compensation"



Corresponds to the payments that will be made to the Concessionaire in the case provided for in Section 14.1 of this General Part. The recognition of the Special Compensation shall be verified within the same terms and by means of the same mechanisms provided in this Agreement for the recognition of the Remuneration. For all purposes provided for in this Agreement, the Special Compensation corresponds to an economic right in favor of the Concessionaire, which may be assigned to the Lenders and, in general, which the Concessionaire may dispose of in the same way as it may dispose of the Remuneration.

## 1.30   "Environmental Offsets"

Corresponds to the requirements included in the administrative acts specific to the Project adopted by the competent Environmental Authorities, corresponding to i) loss biodiversity, ii) use and exploitation of natural resources, and iii) Resettlement Plan, as these concepts are specified in Technical Appendix 6 and Technical Appendix 8. The Environmental Offsets will be executed and financed according to the provisions of this Contract, especially in Section 8.1(c) of this General Part.

## 1.31   "Socioeconomic Compensation".

Corresponds to the catalog of recognitions to certain persons, to be made by the Concessionaire and to be granted in accordance with Resolution 545 of 2008 issued by the 1NCO (today ANI) or the regulations that modify, complement or replace it, to mitigate the specific socioeconomic impacts caused by the acquisition of land for the Project.

## 1.32   "Dealership."

It is the sole purpose company fully identified in the Special Part, established by the successful bidder(s) the framework of the Bidding Process.

## 1.33   "Contractors."

They are the legal or natural persons or plural structures integrated by several persons, with whom the Concessionaire subscribes the Construction Contract, the Design and/or the Operation and Maintenance Contract under the terms of CHAPTER V of the Contract.

## 1.34   "Concession Contract" or "Contract".

The following document (the "General Part"), the Special Part, its Appendices and Annexes, the Invitation to Prequalify, the rules of the Bidding Process with its addenda and annexes, and the Bidding Rules, shall be deemed to be following documents (the "General Part").



Guarantee Agreement and the Permanence Agreement, duly executed in accordance with the provisions of the Invitation to Prequalify and the rules of the Bidding Process. All the foregoing documents are understood to be incorporated to the Contract, and therefore their content shall be of mandatory compliance for the Parties.

1.35   "Construction Contract".

It is the contract to be entered into by the Concessionaire with a Contractor for the execution of the Interventions.

1.36   "Contento de Diseñío"

It is the contract that the Concessionaire will enter into with a Contractor for the execution of the Layout and Geometric Design Studies and the Detailed Studies of the Project.

1.37   "Commercial Trust Agreement".

This is the commercial trust agreement to be executed with the Trustee, by means of which the Autonomous Patrimony is constituted in compliance with the provisions of Section 3.13 of this General Part and in development of the provisions of Article 24 of Law 1508 of 2012.

1.38   "'Inventory Contract".

This is the contract that ANI will enter into with Interventor.

1.39   "Operation and Maintenance Contract".

It is the contract that the Concessionaire may enter into with a Contractor for the execution of the Operation and Maintenance, as provided in CHAPTER V of this General Part. The Concessionaire may enter into one or several Operation and Maintenance Contracts.

1.40   "Project Corridor".

Corresponds to the physical corridor within which the Project is located as defined in Technical Appendix 1. The properties corresponding to the Project Corridor, which have not been delivered with the Infrastructure Delivery Act, must be acquired as part of the Property Management.



1.41  "ANI Account"

Fs the account of the Autonomous Patrimony to be constituted in accordance with the provisions of Section 3.14 of this General Part.


1.42  "Project Account"

It is the account of the Autonomous Patrimony to be established in accordance the provisions of Section 3.14 of this General Part.


1.43  "Deductions

Corresponds to those that will be applied to the Concessionaire's Remuneration -or to the Special Compensation, when applicable- as a result of the measurement of the Compliance Index, in accordance with the provisions of this Agreement.


1.44  "Right to Collect"

Shall be understood in accordance with the provisions of Section 3.3 of this General Part.


1.45  "Discounts"

Corresponds to the concepts set forth in Section 3.5 of this General Part.


1.46  "Day"

Is any calendar day comprising twenty-four (24) hours. When this Agreement provides for a term in Days for the performance of an obligation and such term does not expire on a Business Day, the expiration shall occur on the immediately following H^abi1 Day.


1.47  "Business Day"

Any day of the week, Monday through Friday (inclusive), excluding holidays in the Republic of Colombia.


1.48  "Difference in Collections at Year 8 or DR8".



It shall be understood as the difference between the present value of the Toll Collection accumulated up to year eight (8) and the VPIP8, in accordance with the provisions of Section 3.4(b) of this General Part.

## 1.49    "Difference in Collection to Affio 13 or DRl3".

It shall be understood as the difference between the present value of the Toll Collection accumulated up to year thirteen (13) and VPIP13, in accordance the provisions of 3.4(c) of this General Part.

## 1.50    "Collection Difference at Year 18 or DRl 8".

It shall be understood as the difference between the present value of the Toll Collection accumulated up to year eighteen (18) and VPIP18, in accordance with the provisions of Section 3.4(c) of this General Part.

## 1.51    "'Project Director"

This is the natural person appointed by the Concessionaire as its representative before ANI and the Interventor, who will be interlocutor of the latter in the execution of this Contract and who will also have the capacity to make decisions on behalf of the Concessionaire. This person must have: (i) a power of attorney granted by the legal representative of the Concessionaire; or (ii) a power of attorney granted by the legal representative of the Concessionaire; or (iii) a power of attorney granted by the Concessionaire.
(ii) to be the legal representative of the Concessionaire.

## 1.52    "Dollars" or USD"

It shall be understood as the currency with liberatory power and compulsory course in the United States of America.

## 1.53    "ATF"

It is the variable interest rate calculated based on the weighted average of effective interest rates for ninety (90) day deposits of banking establishments, financial corporations, commercial financing companies and savings and housing corporations, certified weekly by the Banco de la República or the entity that may replace it. For the purposes of this Contract, the DTF rate shall be understood as an annual nominal rate quarterly in advance. If the DTF rate ceases to be certified or is modified, the equivalent rate determined by Banco de la República, or the entity that assumes its functions, shall be applied.
its functions. All interest referred to in this Agreement and which involve the use of the DTF shall be made daily
which imply the use of the DTF, shall be made daily by applying the DTF certified for each day.





1.54   "Technical Specifications"

The standards and parameters contained in the Technical Appendices, which establish the minimum results and parameters required from the Concessionaire with respect to the Interventions, Operation and Maintenance, shall be understood as such. The standards and parameters set forth in these Technical Appendices are minimums that do not excuse the Concessionaire from obtaining the results set forth in these Technical Appendices and in this Agreement, particularly with respect to the Indicators.

1.55   "Toll Stations".

These are the existing facilities and/or those to be installed or relocated for the collection of tolls and for which the Concessionaire must comply with the obligations described in the following paragraphs. Technical Appendices, as well as any other obligation provided for in this Contract.                                          ",

1.56   "Weighing Stations"

These are the existing and/or to be installed facilities, in which case the Concessionaire must design, build, equip, maintain and operate them, which are necessary to perform the weighing of vehicles, in the number and with the characteristics determined in the Technical Appendices, including the land where they are located, which must be acquired by the Concessionaire in favor of ANI.

1.57   Structuring".

Corresponds to the group of firms identified in the Special Part.

1.58   "Environmental Impact Study".

It is the document prepared by the Concessionaire that has been required by the Authority. Environmental as a basis for the approval and issuance of an Environmental License.

1.59   "Fztudios de Detail".

Correspond to the studies and designs necessary for the execution of the Interventions and that will have the scope and must comply the provisions of Technical Appendix 3 and Technical Appendix 1. They include all the detailed design activities in each and every one of the technical areas of engineering, environmental, social, property and traffic considerations.



1.6G "Layout and Geometric Design Studies".

Layout and geometric design studies correspond to studies related to design of the geometric characteristics of the road in terms of speed, horizontal design, vertical design, cross section and other technical aspects related to the geometric design of a road under the terms of Technical Appendix 3.

1.61  "Operation and Maintenance Stage".

It refers to the second stage of execution of the Concession Contract during which the main object of the Contract will be the performance of the Operation and Maintenance activities on the Project. This stage will run from the subscription of the last Functional Unit Completion Act until the Operation and Maintenance Stage Termination Date. Once the Operation and Maintenance Stage is completed, the Reversion Stage of the Contract will begin.

1.62  "Reversion Stage".

Refers to the third stage of the Concession Contract, during which all the following will be carried out the activities necessary for the Reversion of the assets of the Concession, under the conditions set forth in this Contract. This stage will begin on i) the Termination Date of the Operation and Maintenance Stage or ii) when the Early Termination of the Contract is declared in any of its stages and will culminate when i) the Reversion Act is subscribed or ii) the Maximum Term of the Reversion Stage expires, whichever occurs first. During the Reversion Stage the Concessionaire shall continue with the Operation and Maintenance activities of the Project.

1.63  "Preoperational Stage".

Refers to the first stage of the Concession Contract, as defined in Section 2.5(a)(i) of this General Part.

1.64  "Event Exonerating Liability"

It shall have the meaning assigned to it in Section 14.R     , this General Partc.

1.65  Girdle

It refers to the withdrawal or exclusion zones of the highways, in the terms set forth in article 2 of f.ey 1228 of 2008. Although the Concessionaire is not obliged to acquire all the lands corresponding to the strips (only the lands necessary for the Project Corridor), it is its obligation to adopt all the measures within its reach, and to initiate all the actions, provide all the reports and make all the requests before the competent Authorities, to protect the destination that the strips must have, in accordance with the Applicable Law.

## 1.66 "Preconstruction Phase".

This is the first phase of the Preoperational Stage that will extend from the Commencement Date until the date of execution of the Construction Phase Commencement Deed.

## 1.67 "Construction Phase"

This is the second phase of Preoperational Stage, during which the Concessionaire, mainly, must carry out the Interventions. This Construction Phase extends from the moment of the signing of the Act Commencement of the Construction until the subscription of the last Act of Completion of the Functional Unit.

## 1.68 "Start Date"

It is the day following the date on which the Parties sign the Act of Commencement for the execution of the Contract.

## 1.69 "Date of Completion of the Operation and Maintenance Stage".

Shall be construed in accordance with Section 2.4(b) of this General Part.

## 1.70 "Fiduciary"

It is the financial services company incorporated in Colombia and supervised by the Financial Superintendency of Colombia, authorized to enter into mercantile trust agreements, which has a risk rating in portfolio management or asset management quality, which corresponds to at the second best rating on the scale used by the respective risk agency authorized by the Financial Superintendency of Colombia, which is chosen by the Concessionaire - to act as administrator and spokesperson of the Autonomous Patrimony.

1.71   <u>Private Equity Fund".</u>

It will be defined in accordance with the definition included in the Invitation to Qualify.

1.72   <u>"Contingency Fund"</u>

This is the State Entities Contingency Fund created by Law 448 of 1998 and to which ANI will make the contributions approved by the Ministry of Finance and Public Credit; these contributions will be destined to fund the contingencies assumed by ANI this Contract.

1.73   <u>"Puerza Mayor" or "Fortuitous Case".</u>

In accordance with the provisions Article 1 of Law 95 of 1890, Force Majeure or Fortuitous Event shall be understood to mean an unforeseen event that cannot be resisted.

1.74   <u>"Environmental Force Majeure"</u>

Refers to the event described in Section 8.1(e) of this Gencral Part.

1.75   <u>"Force Majeure by Networks"</u>

Refers to the event described in Section 8.2(i) of this General Part.

1.76   <u>"Predial Force Majeure".</u>

Sc refers to the event described in section cn Section 7.4 of this General Part.

1.77   <u>"Guarantee of the Seriousness of the Proposal".</u>

It is the guarantee that was submitted as part of the Offer of the Concessionaire, in the terms applicable to the Bidding Process, but to guarantee the seriousness of such Offer.

1.78   <u>Single Performance Bond".</u>

It refers to the guarantee to be provided by the Concessionaire in the terms and conditions of Section 2.3(b)(i), as well as in CHAPTER XII of this General Part.





1.79 "Gcstión Predial"

These are the obligations of the Concessionaire related to the acquisition of Land for the Project and the implementation of the Socioeconomic Compensation . These obligations are described in this Contract, including Technical Appendix 7.

1.80 "Social and Environmental Management".

These are the obligations of the Concessionaire related to the timely and effective compliance with the environmental and social legal framework applicable to the development of the Project, as well as the application of the best practices that guarantee an adequate environmental and social performance of the Project. These obligations are described in this Contract, mainly in Section 8.1 of this General Part and in Technical Appendices 6 and 8.

1.81 "Equity Turnaround."

It is the minimum value corresponding to drawings to be made by the Concessionaire to the Autonomous Equity (Project Account) under the terms and conditions set forth in this Contract, especially in Section 3.9 of this General Part. The Equity Drawing may be subordinated debt of partners to the Project. However, in no event shall this debt be at the same level as the debt of the Lenders and , the payment of the subordinated debt of the partners shall be subordinated to the payment of the debt of the Project, unless otherwise expressly agreed by the Lenders.

1.82 "Indicators"

These are the availability, quality and service level indicators as defined in Technical Appendix 4.

1.83 "Compliance Index"

fis the result of the application of the Indicators as a result of the methodology set forth in Technical Appendix 4.

1.84 "Financial Information"

It is the table of financial data submitted by the Concessionaire at the time of the Financial Closing and reviewed by ANI and the Developer, which will be constructed based on the guidelines set forth in Financial Appendix 1. The Parties understand that the Financial Information contains some reference data provided by the Concessionaire, and therefore



does not generate any obligation for ANI, who may use such Information, at its sole discretion and with the scope determined ANI itself, in the cases in which this Contract so provides. Notwithstanding the foregoing, the Financial Information shall not serve as an interpretation criterion of this Contract within the framework of the Arbitration Court, the Amigable Componedor or any other dispute resolution mechanism, for which reason such instances may not rely on such information to adopt any decision within their competence, pursuant to the Contract.

## 1.85 "Interventoria Report".

It is the report to be delivered every two months by the Interventor to the ANI Supervisor, with a copy to the Concessionaire, where the status of the execution of the Interventions and in general the fulfillment of the obligations of the Concessionaire contained in this Contract is reported in detail, including but not limited to the fulfillment of the Works Plan.

## 1.86 "Income from Commercial Operations"

It refers to the gross revenues effectively obtained as a consequence the rendering of the Additional Services. For all the purposes of this Contract, Commercial Operating Revenues shall be considered not only those received directly by the Concessionaire, but also those received by any other person in which the Concessionaire, its partners or the Beneficial Owners of the Concessionaire have any participation or share in any way the results of its economic activity. Two point two percent (2.2%) of the Commercial Operating Revenues shall be transferred to the ANI Surplus Subaccount. The remaining ninety seven point eight percent (97.8%) will be consigned to the *Commercial* Operating Subaccount *as* one of the sources for the payment of the Remuneration -or the Special Compensation, when applicable-.

## 1.87 "Intervention"

It shall have the scope established in Technical Appendix 1.

## 1.88 "Controller a" or "Controller".

It shall be the natural or legal person, consortium or temporary union or any other form of association permitted by the Applicable Law, chosen by ANI to perform the auditing functions set forth in this Contract.

Prior to the execution of the Commencement Deed, ANI shall communicate to the Concessionaire the address to which all the documents required by this Contract to be sent to the Comptroller's Office must be sent. All communications to the Comptroller's Office shall include the following information




in writing, and the digital version of the same and its annexes must be attached with the same. Any term shall begin to run from the Business Day following the date of proof receipt at the Comptroller's offices.

For the purposes of the communications that the Comptroller is obliged to send to the Concessionaire and/or the ANI, the same shall be made in compliance with the requirements contained in Section 1.103 of this General Part.

1.fi9 "Inventory of Concession Assets".

It corresponds to the minutes signed by the Parties in which a detailed inventory of all the assets delivered by ANI and received by the Concessionaire will be included, and a description of the condition of such assets at the time of delivery. In no case shall the content of this Inventory or the descriptions contained therein -nor its updates- imply any limitation of the responsibility and risk of the Concessionaire to execute the Interventions, as well as to maintain and operate the Project, complying with all the obligations of result established in this Contract.

1.90   "Invitation to Prequalify"

Corresponds to the document, together with its annexes and appendices which are understood to be integrated to it, which contains rules, terms, conditions, and procedures to which the acts of invitation, reception, evaluation, decision and other aspects related to the Prequalification process were submitted.

1.91   "CPI"

It is consumer price index based on December 2008 =l00, for the national total, officially published by the National Administrative Department of Statistics - Departamento Administrativo Nacional de Estadística (DNAS).
DANE-, or the entity that replaces it. In the event that in the consumer price index').
published officially by the DANE has a different base than December 2008 =100, the Index with the new base will be used for the calculation of the CPI, considering in any case the CPI of the same base for all calculations in  with the present Contract.

1.92   "Applicable Law"

Refers to the law, regulations, administrative acts and other rules in force in the Republic of Colombia.

1.93   "Lfder"



It shall be understood in accordance with the provisions of the rules of participation of the Invitation to Prequalify and the Bidding Process.

1.94    "Environmental License"

It is the administrative act issued by the Environmental Authority authorizing the execution of works of the Project, of a Functional Unit or Intervention, in the event that such License is required in accordance with the Applicable Law and whose processing and cost will be borne by the Concessionaire, its own risk and expense, including the follow-up actions thereof.

1.95    "Licenses and Permits"

Permits, concessions, authorizations and/or licenses to be granted by any Governmental Authority, necessary for the execution of the Project by the Concessionaire, the processing and cost of which shall be borne by the Concessionaire at its own risk and expense.

1.96    "Maintenance or Maintenance Works"

These are the maintenance activities to be carried out by the Concessionaire on the Project during the different stages of this Contract. All of the foregoing subject to the terms of this Contract, especially in accordance with provisions of Technical Appendix I.

1.97    Operation and Maintenance Manual".

It is the document to be prepared by the Concessionaire based on the guidelines indicated in Technical Appendices 2 and 3, which will contain, but not limited to, the procedures for the Operation and Maintenance of the Project and of each Functional Unit.

1.98    "Improvement"

It shall have the meaning given to it in Technical Appendix 1.

1.99    "Technical Report"

This is the document to be prepared by the Concessionaire in which all the information necessary for the Comptroller and the ANI to evaluate that the Interventions and the Operation and Maintenance comply with the results required in this Contract shall be included. The Technical Report shall include at least the information referred to in Section 4.16 of this General Part.

1.100  "Month"

Any of the twelve months of the calendar year.


1.1 b1  "Reference Month

Month in which the constant values are expressed. For the purposes of this Contract, the Reference Month is the month set forth in the Special Part.


1.102  "Fines"

These are the pecuniary penalties for breach of the Contract, which may be imposed on the Concessionaire by ANI, in accordance with this Contract, especially with CHAPTER X of this General Part.


1.103   "Notification"

It is a written communication to be sent by the Parties and the Trustee, to inform or communicate situations related to the Project and the execution of the Contract. The Notification sent by the Concessionaire must be filed with the ANI. A Notification to ANI shall only be valid when it has the respective proof of filing from the entity. Any term shall be counted as from the Business Day following the date shown on the seal of the filing with ANI or the proof of receipt at the offices of the Concessionaire or the Trustee. Any other means of written communication between the Parties and/or the Trustee shall be valid for information purposes but shall not be binding on **them.**


1.104  "Notification Right of Taking".

Shall mean in accordance with Section 3.12(d)(v) of this General Part.


1.105  "Notification To Tomó"

Shall mean in accordance with Section 3.12(d)(ii) of this General Part. ,

1.106 "Complerncntary Works".

Those works -including, in addition to civil works, the acquisition and assembly of traffic control equipment, Tolls or any other related to the Project- that are not contemplated in the obligations to be performed by the Concessionaire as part of Interventions in accordance with the provisions of this Contract and the Technical Specifications, under the terms of Section 19.2 of this General Conditions.

1.107 "Construction Works".

Refers to those Interventions that correspond to construction of second roadways or new roads for the Project, in accordance with what is indicated in Technical Appendix 1.

1.108 "Voluntary Works".

Those works referred to in Section 19.3 of this General Part, executed the sole risk and expense of the Concessionaire, without their approval or execution implying a modification of the conditions of the Concession Contract and especially of the Concessionaire's Remuneration.

1.109 "Ofena" or Dealer's offer".

It shall be understood as the offer submitted by the bidder that was awarded the contract in the Bidding Process and that granted it the right to incorporate the company -special purpose vehicle- that subscribes this Contract as Concessionaire.

1.110 "Operation"

It is understood in the terms of Technical Appendix 1.

1.111 "Party" or "Parties"

They are, individually or jointly, the Concessionaire and ANI, as identified in the heading of this General Part.

1.112 "General Part"

Refers to the present document that is part of the Concession Contract.



1.113 "Special Part"

Refers to the document that is part of the Concession Contract that contains certain special stipulations applicable to the Project and that takes precedence over all other Contract documents.

1.114 "Autonomous Patrimony"

is the autonomous patrimony to be constituted by the Concessionaire through the execution of the Commercial Trust Agreement with the Trustee. The Autonomous Patrimony will be the center of accounting imputation of the Project and therefore all the economic facts of the Project will be accounted for in said Patrimony including but not limited all the revenues and expenses of the Project.

1.115 "Autonomous Equity-Debt"

This is the autonomous equity that the Concessionaire may constitute to implement the mechanism to in Financial Appendix 2, a mechanism that is not mandatory for the Concessionaire, who may freely design the financing instruments it deems necessary to assume the obligation and the risk of financing the Project. The Autonomous Equity-Debt may not affect the function provided for in Article 24 of Law 1508 of 2012 for the Autonomous Equity.

1.116 "Toll"

This is the fee for the use of the infrastructure that each user of the Project must pay to the rate corresponding to its vehicle category at each of the Toll Stations in accordance with the Toll Resolution, without including the values for contribution to the Road Safety Fund, or any other surcharge or similar contribution that has a different purpose than the Project.

1.117 "Pesos" or "COL$".

It will be understood as the currency of compulsory course and liberatory power in Colombia.

1.118 "Premises Acquisition Plan".

This is the document to be prepared by the Concessionaire and delivered to ANI where it will establish a schedule for the acquisition of Premises as well a work methodology to carry out the Property Management. Once it is not objected by the Interventory and the Supervisor, said Plan will serve as the basis for the compliance of the obligations set forth in this Contract related with

Property Management. I..he application of the Land Acquisition Plan shall be subject to the provisions of Technical Appendix 7.

1.119 "Socioeconomic Compensation Plan".

It corresponds to the document that will contain the planning of the activities of identification and execution of the Socioeconomic Compensations. Once it is not objected by the Comptroller's Office and the Supervisor, said Plan will serve as the basis for the fulfillment of the obligations foreseen in this Contract related to the Socioeconomic Compensations.

1.120 "Environmental Management Plan".

It is the document to be prepared and implemented by the Concessionaire as part of the Study. Environmental Impact Assessment, the product of an environmental and social assessment, which, among others, includes the following

requirements establishes in detail the actions to be implemented to prevent, control, mitigate, correct or compensate the negative environmental impacts and effects caused by the execution of the Interventions and Maintenance Works and other activities included in this Contract and its Appendices.

This document will include the applicable follow-up, monitoring, contingency and abandonment plans according to the nature of the Project and will contemplate the obligations described in Technical Appendices 6 and 8.

1.121 "Plan de Obras".

It is the document to be delivered by the Concessionaire to the Comptroller that will contain the works schedule discriminated by Functional Units and the way in which the Interventions will be planned so that the construction of Functional Units is completed no later than the dates specified the Special Part. The Works Plan shall also contain the information at the level of detail required by Technical Appendix 9. Once not objected by the Comptroller and the Supervisor, the Works Plan shall be mandatory for the Concessionaire, although it shall be adjusted, at the Concessionaire's risk and expense, whenever it is necessary to comply the obligations of results, within the foreseen terms, contained in this Contract.

1.122 "Resettlement Plan".

Refers to the plan ordered by the Environmental Authority or whoever takes its place, as a condition for the issuance of the Arribiental License, pm'a that in application of Rcsolution 077 of 2012 issued by the ANI or those that modify, complement or replace it, the rcsidcntes or productive social units that do not have legal rights.



The public utility and social interest land areas required for the execution of the Project, but which claim rights over the buildings they occupy at the time of the information survey, are transferred and benefited with a replacement dwelling.

### 1.123 "Term of Cure"

This is the period during which the Concessionaire may remedy the non-compliances detected by ANI and/or the Comptroller, during which no Fines will be caused.

### 1.124 "Maximum Term of the Reversion Stage".

It corresponds to the term of one hundred and eighty (180) Days counted from the date of Termination of the Operation and Maintenance Stage as provided in Section 2.4(b) of this General Part. In case of Early Termination of the Contract, the Maximum Term of the Reversion Stage may be extended -by autonomous and exclusive decision of ANI- in any additional term, up to a maximum of five hundred and forty (540) Days counted from the date on which the occurrence of an Early Termination of the Contract in any Stage is declared.

### 1.125 "Prequalificaeibn"

Corresponds to the prequalification process identified in the Special Part, opened by the ANI.

### 1.126 "Predio"

Means the physical unit consisting of land, buildings, annexed buildings, crops and species, necessary for the complete disposition of Project Corridor, which must be acquired by the Concessionaire, in the name of ANI, or made available to the Concessionaire by ANI or by a third party for the execution of the obligations the Concessionaire derived from this Contract and subject to the provisions of Technical Appendix 7.

### 1.127 Missing Properties

Shall mean in accordance with the provisions of Section 7.4(a) of this General Part.

1.) 28 "Lenders".



They shall be the persons -other than the Concessionaire or its shareholders (with respect to their capital contributions or subordinated debt) and ANI-, funds and other modalities provided in Section 3.8(d) of this General Part, that provide the Concessionaire with the Debt Resources necessary for the financing of the Project, by means of any financing modality, contract or instrument. For the Financial Closing, the Lenders shall meet the qualifications required for them in Section 3.8(d) of this General Part. The Lenders may be natural persons only if the financing is made through placements of securities in the markets.

1.129 "Selection Process

Corresponds to the one identified in the Special Part of this Contract, by means of which the Concessionaire was selected from the group of prequalified bidders.

1,130 o P y e    t

It shall be understood as the set composed, among others, of all activities, services, goods, obligations and rights necessary for the execution of this Contract.

1.131  "Toll Collection".

Corresponds to the result of multiplying the effective traffic of the Toll Stations by the rate for each vehicle category for a given period, net of the value added tax, of the values for the contribution to the Road Safety Fund, of another surcharge or similar that has a different destination than the Project or of other national taxes (in the case of departmental or municipal taxes, the provisions of Section 3.16 of this Part C of this Part 1) that may be imposed on it after the of submission of the Bid. F.i traffic by category of vehicles shall be verified by the Comptroller.

1.132 "Debt Resources"

are the resources earmarked for the Project from the Lenders, which will be delivered to the Autonomous Patrimony (Project Account) whose payment will prevail over the recovery of the Patrimony Resources, unless the Lenders agree to a different scheme.

1.133 "Heritage Resources".

These are the resources contributed to the Project by the partners of the Concession: The Equity Resources will be delivered to the Autonomous Patrimony (Project Account).



The Concessionaire shall comply with the minimum Equity Drawings defined in this Agreement. These resources may constitute subordinated debt of the shareholders (not of the Concessionaire); in this case, until indebtedness giving rise to the Debt Resources is paid in full, the available resources of the Project Account may not be used to pay the subordinated debt of the Concessionaire's shareholders, unless otherwise expressly agreed by the Lenders. In no case shall subordinated debt of shareholders be understood to be bank debt of the Concessionaire backed by the shareholders. In order to comply with the obligation to contribute Equity Resources, the contribution must be accounted for exclusively as i) contribution to the capital stock (subscription of shares, capital quotas or parts of interest) of the shareholders, ii) premium in placement of shares and/or iii) debt of the shareholders to the company. Any remuneration of the Equity Resources (including the payment of intcrcses and principal of the subordinated debt, as well as the distribution of profits resulting from the operation of the Concessionaire) shall be subordinated to the payment of all costs and expenses of the Project and to the remuneration of the Debt Resources and may only be made during the Operation and Maintenance Stage, unless expressly agreed to by the Lenders.

## 1.134 "Networks"

Refers to infrastructures for the transportation and supply utilities, telecommunications, hydrocarbons and, in , of any fluid or cable. The concept of Networks includes "Networks and assets" as defined by Law 1682 of 2013.

## 1,135 "Rehabilitation".

For the purposes of this Agreement, it shall have the meaning ascribed to it in the Technical Appendix.

## 1.136  "Enabling Requirement"



These are the minimum requirements of legal capacity, investment experience and investment capacity. included in the Invitation to Prequalify.

## 1.137 "Toll Resolution".

Refers to the administrative act identified in the Special Part, issued by the Colombian Ministry of Transportation, which sets the Toll rates to be applied at the Project's Toll Stations. This Toll Resolution will be in force for the entire term of the Concession Contract.

1.138 "Retribution."

Refers to the economic consideration to which the Concessionaire is entitled under the terms of Section 3.1 of this General Part. The recognition of the Remuneration -and of the Special Compensation, when applicable- shall be verified by means of the transfers between the sub-accounts of the Autonomous Patrimony referred to in said Section. In event that the Concessionaire decides to implement financing mechanisms through one or several Autonomous Patrimony-Debt, including the mechanism provided in Financial Appendix 2, the recognition of the Retribution shall be verified through the transfer of the sub-accounts of the Autonomous Patrimony that correspond, in accordance with this Contract, to such Autonomous Patrimony(ies)-Debt. The recognition of the Remuneration -and of the Special Compensation, if applicable- may also be effected by transferring resources directly to the Special Assignees, as provided Financial Appendix 2.

1.139 "Reversion"

Corresponds to the procedure indicated in Section 9.7 of this General Part, whereby the Concessionaire delivers the assets associated with the Project to ANI to terminate the Contract.

1.140 "Section"

Corresponds to a specific reference of this General Part which shows the complete context in which the referenced part is located. Sections are presented in hierarchical order, starting with the number of the chapter of the General Part and indicating the subsequent numbering, up to the specific location of the referenced part, in the form x.y(a)(i)(1), where:

    x:      Chapter number
    y:      Numeral inside the chapter (a):
    Literal to the interior of the numeral.
    (i):    Roman numeral inside the literal.
    (1):    Arfibigo numeral inside the Roman numeral.

1.141 "Additional Services"

Such services shall be understood as advertising in the Project area, the sale of goods and services to the users of the **Project** and all **others that, in**  with the Applicable Law, may be rendered to such users by the Concessionaire. The Additional Services governed by this Agreement are exclusively those provided within  Project Corridor. The Concessionaire's charges for the provision of Additional Services shall in all cases comply with the regulations in force under the Applicable Law. The following will not be considered




Additional Services all those services whose provision is an obligation of the Concessionaire, as described in Technical Appendix 2.


## 1.142 "Subaccount Friendly Composition"

This is the sub-account of the ANI Account in which amounts that the Concessionaire must contribute pursuant to Section 3.14(i)(vi) of this General Part shall be deposited.


## 1.143 "Subaccount ANI Contributions"

This is the sub-account of the ANI Account in which the funds from ANI's budget, which will be contributed for the payment the Concessionaire's Remuneration as provided in Section 3.14(i)(ii) of this General Part, will be deposited.


## 1.144 "Environmental Offsets Subaccount"

This is the sub-account of the Project Account into which the sums to be contributed by the Concessionaire pursuant to Section 3.14(g) of this General Part shall be deposited,


## 1.145 "Contractual Support Subaccount"

This is the sub-account of the ANI Account into which the amounts to be contributed by the Concessionaire pursuant to Section 3.14(i)(v) of this General Part shall be deposited.


## 1.146   ANI Surplus Subaccount".

This is the sub-account of the ANI Account in which surpluses in  of ANI shall be deposited as provided in Section 3.14(i)(vii) of this Goncial Part and whose resources shall be destined by ANI to cover any expenses incurred by ANI for the assumption of any of the risks borne by the grantor entity.


## 1.147 "Commercial Operating Income Subaccount".

This is the subaccount of the ANI Account into which Commercial Operating Revenues shall be deposited, as provided in Section 3.14(i)(viii) of this General Part.


## 1.148 "Subaccount Interventoria y Supervisión".



This is the sub-account of the ANI Account into which the amounts to be contributed by the Concessionaire pursuant to Section 3.14(i)(iv) of this General Part shall be deposited.

1.149 "Minor Works Subaccount".

This is the subaccount of the ANI Account in which the financial yields of all the subaccounts of the ANI Account -with the exception of the yields of the Toll Collection Subaccount and the Commercial Operating Revenues Subaccount, which shall be credited to the respective subaccounts- as provided in Section 3.14(i)(ix) of this General Part and whose resources shall be used by ANI for the minor works referred to in Section 19.1 of this General Part.

1.150 "Subaccount Predios"

This is the sub-account of the Project Account into which the sums to be contributed by the Concessionaire pursuant to Section 3.14(f) of this General Part shall be deposited.

1.151 "Toll Collection Subaccount"

This is the sub-account of the ANI Account in which the Toll Collection that occurs during the term of the Contract will be deposited. The Toll Collection Subaccount will also be deposited the amounts corresponding to the contribution to the Road Safety Fund or the Road Safety Fund.
Any other surcharge, contribution or similar that has a different purpose other than the Project, provided that they are collected by the Concessionaire, OOH Cl so that the Trustee may assign them the corresponding purpose in accordance with the Applicable Law.

1.152 "Subaccount Rcdcs"

This is the sub-account of the Project Account into which the sums to be contributed by the Concessionaire pursuant to Section 3.14(h) of this General Part shall be deposited.

1.153 "Supervision" or "Supervisor"

It is the person appointed by In ANI for the performance of the functions of supervision of the execution of this Contract provided for in the Applicable Law.

1.154 "Early Termination of Contract" or Early Termination".



The Early Termination of the Contract, in any of its stages, shall be a consequence of the occurrence of any of the grounds set forth in Section 17.2 of this General Part. In any case, the respective cause shall only be deemed to have occurred when: i) the Parties accept the occurrence of the same, or -if they do not agree on this point- when so declared, in a final decision, by the Arbitration Tribunal, ii) if the issuance of an administrative act is necessary for the occurrence of the cause, when it is final in accordance with the provisions of the Applicable Law, or iii) when ANI notifies the Concessionaire of the decision to in Section 17.2(d) of this General Part.

## 1.155 "Maximum Correction Time for Indicators".

For each Indicator, it is the maximum period of time during which the Licensee must correct a non-compliance of the respective Indicator, so that the Compliance Index is not affected.

## 1.156 "Court of Arbitration"

lis the collegiate body corresponding to the arbitration mechanism provided for the settlement of disputes arising between the Parties and submitted to arbitration, in  with the provisions of Sections 15.2 and 15.3 of this General Part.

## 1.157 "Functional Unit"

Refers to each of the divisions of the Project as presented in the Special Part, which correspond to a single wave or a set of engineering structures and facilities essential for the provision of services with functional independence, which will allow it to function and operate individually in compliance with the provisions of Technical Appendix 4.

## 1.158 "Contract Value"

Shall mean in accordance with the provisions of Section 2.2 of this General Part.

## 1.159 Estimated Value of Environmental Offsets

Corresponds to the amount that must be supported by the Concessionaire in the Environmental Compensations Subaccount, under the terms and conditions set forth in the Special Part, and that shall be destined to such compensations, in accordance with the provisions of this Contract, especially in Sections 3.14(g) and 8.1(c) of the General Part.

1.160  Estimated Value of Properties and Socioeconomic Compensations

Corresponds to the amount to be contributed by the Grantee to the Predios Subaccount, under the terms and conditions set forth Sections 3.14(f) and 7.2 of this General Part and which shall be used exclusively for the payment for the acquisition of Predios from their owners and for the execution of the Socioeconomic Compensation Plan. In no case may the amounts deposited in the Predios Subaccount be used for the performance of studies, appraisals, legal services or any other activity related or unrelated to the Property Management, other than the payment  the acquisition of Predios and the Socioeconomic Compensations.

1.161  Estimated Value of Networks

Corresponds to the amount to be contributed by the Grantee the Networks Subaccount, under the terms and conditions set forth in the Special Part and which shall be used for the transfer and/or protection the Networks, in accordance with the provisions of this Contract, especially in Section 8.2 of the General Part.

1.162  "VPIP"

It is the present value at the Reference Month of the Toll Collection, offered by ANI to the Concessionaire under the rules of the Bidding Process. The amount of VPIP is indicated in the Special Part.

{.163  "VPIP8"

It is the present value at the Reference Month of the Toll Collection until the expiration of year eight (8) counted from the Commencement Date, offered by ANI to the Concessionaire in the rules of the Bidding Process, The amount of VPIP8 is indicated in the Special Part.

1.164  "VPIP 13"

It is the present value at the Reference Month of the Toll Collection until the expiration of aho trccc (13) counted dcsdc the Commencement Date, offered by ANI to the Concessionaire in the rules of the Bidding Process. The amount of VPIP13 is indicated in the Special Part.

1.165  "VPIP18"

It is the present value at the Reference Month of the Toll Collection until the expiration of the eighteenth (18) year counted from the Commencement Date, offered by ANI to the Concessionaire in the rules of the Bidding Process. The amount of VPIP18 is indicated in the Special Part.



1.166 "VPIPm"

It is the present value at the Reference Month of the Toll Collection effectively observed in the Project accumulated up to any Month of the execution of the present Contract (the "m" Month), including the eventual compensations for toll difference.

1.167  "VPIP'm"

It is the present value at the Reference Month of the Toll Collection effectively observed in the Project accumulated up to any Month of the execution of this Contract (Month "m"), without including eventual compensations for difference in collection.

1.168 "IFRS Variation"

Refers to the variation in the effective amount to be paid by the Concessionaire (directly or through the Autonomous Equity) for income tax purposes, derived exclusively from the implementation of the international financial reporting standards (IFRS) referred to in Article 165 of Law 1607 of 2012.



CHAPTER II        GENERAL ASPECTS OF THE CONTRACT

## 2.1   Object

The purpose of this Concession Contract under a public-private partnership scheme under the terms of Law 1508 of 2012, is the granting a concession so that in accordance with the provisions of this Contract, the Concessionaire, at its own risk, carries out the Project. The physical scope of the Project is described in the Special Part and in Technical Appendix 1.

## 2.2   Contract Value and Budgetary Contributions

(a)      The Contract Value shall be the amount indicated in the Special Part corresponding to the estimated investment budget under the terms of Law 1508 of 2012 and Article 26 of Decree 1467 of 2012.

(b)      The Term of the Contract shall have the meaning and effects expressly set forth in Law 1508 of 2012 and its regulatory decrees, in addition to those expressly set forth in this Contract.

(c)      The Contract Value shall in no event serve as a basis for any claim between the Parties for any alleged or actual discrepancy between the Contract Value, the actual costs of performance of the Contract and/or any pre-calculation made by either Party, whether known or unknown to its counterparty.

(d)      Neither may the concept of Contract Value be used to support any claim seeking a guarantee of income in favor of the Concessionaire, since the Concessionaire's Remuneration will be determined based on Section 3.1 of this General Part, which will be conditioned under the terms of Law 1508 of 2012, to the verification of the availability of the infrastructure and compliance service levels and quality standards.

(e)      The value of the contribution of resources from the General Budget of the Nation corresponds to the amounts detailed in the Special Part, which in turn are framed within the authorization of the commitment of the full terms approved by the CONFIS for this Contract.

## 2.3   Perfection and Commencement of Performance of the Contract

(a)      The Concession Contract is understood to be perfected with the signature of the Parties.

Page 43 of 225

(b)    In order to begin the execution of this Contract, the Initiation Act shall be executed provided that the following requirements have been met:

(i)    Presentation by Concessionaire and approval by ANI of the Sole Contract Performance and of the other guarantees that must be delivered with the Sole Performance Bond as a requirement to start the execution of this Contract, as set forth in Section 12.1(a) of this General Part.

(ii)    The delivery by the Concessionaire of a certification issued by its Legal Representative, or when it is obliged to have one, by the latter and the Statutory Auditor, stating that it is up to date in the payment of salaries, social benefits and parafiscal contributions of its employees, in the terms established by Article 50 of Law 789 of 2002.

(iii)    The constitution of the Autonomous Patrimony and the funding of the Subaccounts as established in this Agreement in Sections 3.13 and 3.14 of General Paragraph.

(iv)    The appointment of the ANI's Supervisor, which, in any case, shall be carried out within thirty (30) days after the execution of the Contract.

(v)    The subscription by ANI of the Interventory Contract within a maximum term of one hundred and eighty (180) days from the subscription of the Concession Contract.

(vi)    Execution of the Act of Delivery of the Infrastructure scheduled to be received by the Concessionaire at the beginning of the Contract under the terms set forth in the Special Part.

(vii)    The payment by the Licensee of the first installment of the Structured Success Fee, under the terms set forth in the Special Part.

(viii)    Reimbursement of the value of the studies performed during the Prequalification to the Prequalified not awarded the present Contract, if applicable, in accordance with the rules applicable to the Prequalification process. This reimbursement shall be made twenty (20) Business Days following the signing of the Contract.

(ix)    That the Concessionaire has effectively received the Equity Resources foreseen up to the Commencement Date from its partners and/or Private Equity Funds, as the case may be, and with this the respective Equity Drawing has been complied with, in accordance with the provisions of the Special Part.

(x)    The designation of the members of the Amiable Component.



(xi)   The others indicated in the Special Part.


2.4   Contract Term

(a)       The term of the Contract shall run from the Commencement Date to the date on which the Reversion Stage ends, at the latest upon expiration of the Maximum Term of the Reversion Stage.

(b)       The Operation and Maintenance Stage Termination Date will occur in any of the following events, whichever occurs first:

   (i)    On the TWENTY-FIVE (25) year of the Commencement Date if the VPIP has been reached or exceeded, or;

   (ii)   At the moment in which, after TWENTY-FIVE (25) years have elapsed, it is verified in accordance with the procedure for verification of the PVIP that the PVIP has been reached or exceeded, for which purpose the termination date shall be the tenth Business Day of the Month corresponding to the date on which such circumstance is verified, or;

   (Jii)  Upon the expiration of TWENTY-NINE (29) years from the Commencement Date, even in the event that upon such date the Licensee has not obtained the VPIP.


2.5   Contract Execution Stages

(a)       The execution of the Contract will be carried out in Stages. The estimated duration of the phases of the Preoperative Stage is specified in Special Part:

   (i)    Pre-operational Stage:

       (1)      This stage will be composed of the Preconstruction Phase and the Construction Phase.

       (2)      The Preconstruction Phase will run from the Commencement Date until the date on which Construction Phase Contract is executed, from which date   ^&rror: the Construction **Phase** will end when the last Functional Unit Completion Contract is executed, on which date the Preoperational Stage will end.



(3)     Upon completion of the Interventions of each Functional Unit according to the terms set forth in Section 4.10 of this General Part, the respective Functional Unit's Termination Act shall be subscribed.

(4)     The obligations of the Concessionaire related to the Operation and Maintenance of those Functional Units with respect to which a Functional Unit Termination Act has been subscribed, shall be enforceable and subject to all the stipulations established in this Contract for the Operation and Maintenance Stage in relation to such Functional Units, therefore, the performance bonds in the Preoperative Stage shall also cover the Operation and Maintenance obligations of those Functional Units for which the Functional Unit Termination Act has been subscribed.

(ii)   Operation and Maintenance Stage:

(1)     This stage will begin with the execution of the last Functional Unit Completion Act and will extend until the Operation and Maintenance Stage Completion Date, as regulated in Section 2.4(b) of this General Part.

(2)     At the end of this stage, the Reversion Stage begins.

(iii)  Reversion Stage:

(1)     This stage will begin once the Operation and Maintenance Stage is concluded or the Early Termination of the Contract has been declared and will conclude with the execution of the Reversion Act.

(2)     In any case, the Reversion Stage will conclude upon the sale of the Term Maximum Reversion Stage.

(b)    The duration of the phases of the Preliminary Stage, as set forth in the Special Part, is only an estimate. The commencement and completion of each phase will depend on the fulfillment of the requirements established for this purpose in this Contract.

2.6    Representations and Warranties of the Parties

(a)    From the Dealer

Fon the date of execution of the Contract, the Concessionaire represents and warrants the following next:

(i)  Creation and existence: the Concessionaire is a corporation validly incorporated and organized under the laws of the Republic of Colombia, and is domiciled in Colombia. The Concessionaire is currently in force, its duration is not less than (32) years counted from its incorporation, it validly carries out its corporate purpose and not in the process of liquidation or subject to any cause for dissolution, nor has it voluntarily or compulsorily entered into any type of bankruptcy process or restructuring agreement and no petition has been filed for it to be admitted in a process of this nature, nor has it given rise to initiation of such type of process.

(ii)  Sole Purpose: The Concessionaire has been incorporated as new company whose sole purpose is the execution of this Contract and therefore has no obligations prior to the execution of this Contract, other than those incurred at the time of its incorporation or those necessary for the execution of this Contract and may not execute any activity unrelated to the execution of this Contract.

(iii)  Capacity: The Concessionaire and its legal representative have the statutory and legal capacity as well as sufficient authorizations under the terms of its bylaws and the Law to (i) enter into the Contract; and (ii) be bound by the terms and conditions set forth in the Contract.

(iv)  Authorizations: The Concessionaire has the required corporate authorizations to enter into the Contract and be bound by its terms. No authorization from any authority other than a corporate body (which has been obtained) is required for the execution, execution and performance of the Contract.

(v)  Acceptance of the Contract: the Concessionaire has carefully read the terms of the Contract, General Part and Special Part, its Appendices and Annexes and other documents that are part of it, made the comments that in its opinion were necessary and, with the submission of the Offer, determined that the modifications made by ANI during the Bidding Process were adequate and sufficient to address its concerns. It also declares that in the terms of Article 24 of Law 80 of 1993 and in general of the rules and principles applicable to public contracting, it informed ANI of those sections that in its opinion were not clear and with the presentation of the Offer it considered that such sections were duly clarified so that in this Contract there are no confusing sections or contradictions among its terms and conditions and therefore it also accepts the terms and conditions of the Contract to the extent that it has studied them,

<center>Pfig. 47 of 225</center>



has assessed the cost involved in the full, timely and timely performance in accordance with the terms of the Contract of all the obligations and assumption of the risks provided for in the Contract, its Appendices and Annexes. In particular, it declares that it has made an assessment of the risks to be borne by it in accordance with the terms of this Contract and accepts such assumption of its favorable and unfavorable effects without any limitation whatsoever.

(vi)  Sufficiency of the Remuneration: the Concessionaire declares and guarantees that the value of the Remuneration, calculated based on the Offer submitted in Bidding Process and the other conditions established herein, is sufficient to comply with all the obligations set forth in this Contract and its Appendices and to assume the risks assigned to it without the occurrence of the same affecting the sufficiency of said Remuneration.

(vii)  Actual Beneficiary of the Contract: The Concessionaire declares that the legal and natural persons identified in the Offer are the only Actual Beneficiaries of the Contract and particularly of the Remuneration agreed herein. The foregoing, except for those payments that, for the full execution of the Project, must be made through the Autonomous Patrimony to third parties, among which are the Contractors and Lenders authorized in the terms of this Contract. It also declares that it shall inform ANI in the event that during the execution of the Contract the Beneficial Owners of the Contract change for any reason within five (5) days following such change.

(viii)  Beneficiaries of the Autonomous Patrimony: the Concessionaire declares and guarantees that it will include in the Trust Agreement the obligation the Trustee to report to the Unidad de Información y Análisis Financiero, UIAF del Ministerio de Hacienda y Crédito Público, within three (3) Díns following the constitution of the Autonomous Equity the names of the Trustor and bcncficiary(ies) of the Autonomous Equity, which may not different from those indicated in this Agreement, Asf also, declares that it is aware that the only beneficiary of the ANI Account is the ANI.

(ix)  The Concessionaire declares and guarantees that each and every one of funds managed in the Project will be administered and registered in the Autonomous Patrimony. Likewise, that it will have truthful and timely information available that supports each and every one of said resources and the economic events that affect them, which may be consulted at any time by the Comptroller and/or the ANI, said information is under the control of the Concessionaire or the Autonomous Equity.

(x)  Uses of the resources: during the execution of the Contract, the uses to be given to the Remuneration and other resources coming from the Equity Drawings and Debt Resources regulated in the Contract shall be solely and exclusively for the execution of the obligations foreseen in this Contract. In the same



In this way, the declares and guarantees that it will always have truthful and timely information available to support each and every one of the payments it makes to third parties, which will be easily consultable, at any time, by the Comptroller and/or ANI, whether such information is under the control of the Concessionaire or the Autonomous Patrimony.

(fxi) The Concessionaire represents and warrants that it is aware of and has carefully reviewed all matters and information relating to the execution and performance of the Contract, the financial nature of the Contract, the schedule for the payments

ANI's responsibility, the real possibility of executing all the services of the Contract the available resources, as well the places where the Contract will be executed, including security conditions, public order, transportation to the work sites, procurement, handling and storage of materials, transportation, handling and disposal of waste, availability of materials, labor, water, electricity, communications, access roads, soil conditions, climatic conditions, rainfall and topographic conditions, characteristics of the equipment required for its execution, characteristics of the automobile traffic, including the categories of vehicles and the volume and weight of the vehicles, the tax regime to which it will be subject, the characteristics of the vehicles and the volume and weight conditions of the vehicles, the tax regime to which it will be subject, characteristics of the equipment required for its execution, characteristics of the automobile traffic, including the vehicle categories and the volume and weight conditions of the vehicles, the tax regime to which the Concessionaire will be subject, applicable legal regulations and, in general, all other aspects that may affect the performance of the Contract, all of which were taken into account in the preparation of the Concessionaire's Bid. Likewise, the Concessionaire declares and guarantees that it has carried out a complete examination of the work sites and that it has fully investigated the risks associated with the Project, and in general, all the determining factors of the costs of execution of the works, which are included in the economic components of its Offer, strictly taking into account the contribution structure stipulated in the Contract, without prejudice to the coverage of the effects derived from some risks under the strict terms of the Contract, The fact that the Concessionaire has not obtained all the information that may influence the determination of the costs shall not exempt it from responsibility for the complete execution of the Project in accordance with the Contract, nor shall it entitle it to any additional recognition by ANI, since the Concessionaire assumed the burden of diligence to carry out the investigations and investigations necessary to prepare its Offer.

(xii) The Concessionaire represents and warrants that it is aware of the regulations in force in Colombia for the hiring of personnel, as well as the provisions of Article 22 of Law 842 of 2003, these regulations -or those that modify, complement or substitute them- to which it will fully apply.

(xiii) The Concessionaire represents and warrants that it will comply with the commitment to incorporate domestic oomponentc, in the event that such commitment has been included in Concessionnri OfCrto.



(xiv) The Concessionaire declares and guarantees that it will fully comply with all its tax obligations, both those referring to compliance with formal obligations, such as the filing of returns and the submission of exogenous and/or tax-relevant information to the tax administration, as well as those referring to the payment of taxes and withholdings at the source. Likewise, the Concessionaire undertakes not to engage in conduct that, in accordance with the Applicable Law, may be qualified as abusive conduct in tax matters.

(b)      From ANI

As of the date of execution of the Contract, ANI represents and warrants the following:

(i)      It is a National F.statal Agency of Special Nature, attached to the Ministry of Transportation according to Decree Law 4165 of November 3, 2011, to there is no law or decision of competent authority that tends to the liquidation of ANI.

(i)      The officer who signs the Contract has the authority to do so based on the regulations and description of his functions.

(iii)    The execution of the Contract does not contravene any regulation applicable to ANI and, on the contrary, is carried out in the development of the activities permitted ANI.

(iv)    It has made available to the Concessionaire the information available to it in connection with the Project. Notwithstanding the foregoing, ANI states that it does not guarantee that such information is complete, adequate or sufficient, being the responsibility of the Concessionaire to perform due diligence on each of these aspects.

(v)     Meanwhile, (A) in accordance with Article 1 of Law 1508 of 2012, consortia and/or joint ventures are not applicable to the Contract, and (B) in accordance with Article 18 of Law 1682 of 2013, the liability regime for legal entities that execute infrastructure projects under the Public-Private Partnership modality will be the one that to be established      civil and commercial laws in accordance with the type of in

The third paragraph of Article 7 of Law 80 of 1993 shall not apply to the Concessionaire and its partners. Consequently -unless the Concessionaire opts for corporate type that implies joint and several liability of the partners with respect to the obligations of the company- the joint and several liability among the partners of the Concessionaire ceases with the signing of the Concession Contract and does not apply to the obligations corresponding to its execution. The foregoing without prejudice to the liabilities arising from the Agreement of Guarantee.





**CHAPTER** III       **CHAPTER ECONOMIC ASPECTS OF THE CONTRACT**

3.1     <u>Remuneration</u>

(a)     The right to the Concessionaire's retribution with respect to each Functional Unit shall commence as from the subscription of the respective Functional Unit Termination Act. The subscription of the Functional Pai'cial Termination Act, when applicable, in accordance with this Contract, shall give rise to the causation and payment of the Special Compensation.

(b)     Sources of the Remuneration. The sources for the payment of the Concessionaire's Remuneration -or of the Special Compensation, when applicable- shall be the following:

     (i)     ANI contributions.

     (ii)    Toll Collection.

     (iii)   Revenues from Commercial Operations.

(c)     The Compensation corresponding to each Functional Unit will be calculated in accordance with In methodology defined in the Special Part.

(d)     The Concessionaire's Remuneration -and the Special Compensation, when applicable- shall be calculated between the Comptroller and the Concessionaire, within the first ten (10) Days of the Month following the Month in respect of which the Remuneration is calculated. The Comptroller and the Concessionaire shall record the calculation basis in the Act of Calculation of the Remuneration.

(e)     The Act of Calculation of In Remuneration shall be sent by the Interventor to In ANI and to the Fiduciary, no later than the Business Day following its execution.
Fiduciary, no later than the Business Day following its subscription. If there is no objection from ANI within twelve (12) Business Days following the receipt of said minutes, the Fiduciary shall proceed to transfer the Remuneration.
The foregoing without prejudice to the fact that if errors are subsequently identified in the calculation of the Compensation, any of the Parties may request the corresponding correction, which will be recognized - updated with the variation of the CPI - in the next immediately following Compensation of the Functional Unit with respect to which the error has been identified.

(Ç     If there is no agreement between the Concessionaire and the Comptroller, and unless ANI agrees with the Concessionaire, it shall proceed as follows:



(i)    The Remuneration shall be recognized according to the calculation made by the Financial Controller, provided that such calculation has not been objected by In ANI.

(ii)    The Concessionaire may ask the Amigable Componcdor to define the controversy.

(iii)    The existence of a dispute shall not stop the transfer of undisputed sums in accordance with the terms and mechanisms provided for in the Uotitrato.

(iv)    If there is ultimately a difference betweenn the translateddvalue anddthe value resulting from the applicationnof the dispute resolutionnmethod,,this difference will be updateddtoothe date of the strike in accordance withhthe formula includeddinnthe Special Part.

(v)    Payment of the diterence shall be made within the terms and with the interest referred to in Section 3.6 of this General Part.

(g)    The recognition of the Remuneration -and of the Special Compensation, when applicable- shall be made in accordance with the following:

(i)    The Remuneration will be recognized through the transfer of the corresponding resources from the sub-account of the respective Functional Unit of Sub-accounts ANI Contributions, Income from Commercial Operation and Toll Collection, as applicable, to the Project Account or to the Autonomous Equity(ies) - Debt or to the Special Assignees, as applicable.

(ii)    The Trustee shall make the transfer effective each month within two (2) days after the expiration of the term provided in Section 3.1(e) above, without objection from ANI or, upon notice from ANI that the dispute has been overcome or defined by the Amigable Composer, upon presentation by the Grantee of a certification in the same terms and for the same effects as that provided in Section 2.3(b)(ii) of this General Part. The Grantee shall also be entitled to notify the Trustee of the resolution of the dispute, provided that it attaches to such Notice a copy of the decision of the Amiable Compositeur.

(fi)    The Remuneration total of theConcessionaire shall be the sum of the Remuneration corresponding to each of the Functional Units that make up the Project.

(i)    The Concessionaire declares that it knows and accepts that the Remuneration will depend on the Compliance Index, which is derived from the weighting of the Indicators.



3.2    Performance Deductions

(a)    The Concessionaire's Remuneration, per Business Unit, may be subject to Deductions based on compliance with the Indicators set forth in the Contract and the consequent effect on the Compliance Index, according to the methodology defined in Technical Appendix 4 and in the Special Part.

(b)    The Deductions are subject to the limits provided in the Special Part. If the Deductions reach such limits, ANI may apply Section 11.1 of this General Part, without prejudice to rights of the Lenders.

(c)    The value corresponding to the Deductions, as such value is determined in the Calculation of the Withdrawal, shall be transferred by the Trustee -from the ANI Contributions Subaccount, Commercial Income and Toll Collection Subaccount, to the ANI Surplus Subaccount, at the same time that the respective Remuneration is transferred to the Project Account, to the Autonomous Equity(ies)-Debt or to the Special Assignees, as the case may be.

3.3    Tolls, Collection Fees and Commercial Operation Taxes

(a)    The option of the Toll Stations (the "Collection Right") will be assigned to the Concessionaire on the same date of delivery of the infrastructure, except for the exceptions set forth in the Special Part.

(b)    The Concessionaire shall have the obligation to collect the Toll Collection of all the Toll Stations of the Project when they are delivered by ANI, as well as the amounts for contribution to the Road Safety Fund or any other surcharge, contribution or similar that has a different purpose other than the Project. The proceeds of the previous collections shall be deposited in full in the Toll Collection Subaccount and shall be handled in accordance with the provisions of Section 3.14(i)(iii) of this General Part.

(c)    In the event that the Concessionaire charges a rate higher than that authorized in this Contract, which corresponds to that set forth in the Toll Resolution, in addition to the Fines caused in accordance with the Special Part, the Concessionaire shall deposit the amount charged in excess in the ANI Surplus Subaccount.

(d)    The proceeds of the Toll Collection will be used by ANI as a source of resources for the disbursement of the Concessionaire's Remuneration under the terms and conditions set forth in this Contract.

(e)    The Collection Fees to be paid to the Concessionaire are listed in Technical Appendix 1.



(f)     If the Project requires the installation of new Toll Stations, both the authorization and the details of the location of the new Toll Stations are also described in Technical Appendix 2.1.

(g)     In the event that for any reason not attributable to the Concessionaire:

     (i)    The installation of any of the new Toll Stations is not possible;

     (ii)   If the installation of Toll Stations is imposed in locations other than mentioned in Technical Appendix 1, the rules set forth in Section 3.3(h) below shall apply.

(h)     The rules and 1s referred to in the preceding Section shall be:

     (i)    No compensation will be paid by ANI -without prejudice to the eventual recognition of the VPIP, DR8, DR13 and/or DR18, if applicable- for any of the circumstances described in Section 3.3(g) during the first ninety (90) days following the first ninety (90) days following the first ninety (90) days following the first ninety (90) days:

          (i)    For the event referred to in Section 3.3(g)(i): the day of execution of the Functional Unit Termination Act -or the Functional Unit Partial Termination Act, as applicable- within which the Technical Appendix 1 contemplates the installation of the uninstalled Toll Station; or

          (2)    For the event referred to in Section 3.3(g)(ii): Fl Day installation or reinstallation of the Toll Plaza at the new location.

     (ii)   The calculation of the term provided for herein shall be accounted for independently for each Toll Station affected.

     (iii)  If the situation described in Section 3.3(g) is maintained for a term exceeding ninety (90) Days, the Concessionaire shall be compensated for the lower Toll Collection in the amounts described in this Section 3.3(h).

     (iv)  The compensation shall be calculated for each quarter of execution of the Contract after the expiration of the ninety (90) DfáS term, as ninety percent (90%) of the difference between the Toll Collection that would have occurred had the Toll Station been installed in accordance with the terms of Appendix "1 "eenico 1 -determined in accordance the provisions Section 3.3(h)(v) - and:



(}})        For the cases described in Section 3.3(g)(i): Zero (0).

(2)        For the cases described in Section 3.3(g)(ii): The Toll Charge of the affected Toll Station in such quarter.

(v)    In order to determine the Toll Collection that would have occurred had the Toll Station been installed in accordance with the terms of Technical Appendix 1, prior to the expiration of the term indicated in Section 3.3(h)(iii), the Concessionaire shall install at the original location of the affected Toll Station, at its sole cost and risk, traffic counting equipment with the characteristics described in Technical Appendix 2.The Intervener shall verify and certify that the traffic counting equipment is adequate for the purposes intended and that the counts made correspond to the actual vehicle traffic.

(vi)   The calculation made in accordance with Section 3.3(h)(iv) shall be recorded in a written record within five (5) days after the end of the quarter.

(vii)  In the event of differences between the Parties, they shall turn to the Amiable Component to resolve the dispute.

(viii) The difference shall be consigned by ANI to the Toll Collection Subaccount with the resources available in the Contingency Fund, taking into account the rules applicable to such Fund and the sufficiency of resources. If this is not possible, resources shall be transferred from the ANI Surplus Subaccount. If such resources are insufficient, the necessary resources shall be included in ANI's budget after exhausting the requirements of the Law. In any case, the terms and interests set forth in Section 3.6 of this Part C'enern1 shall apply. These time periods shall begin to run from the execution of the quarterly calculation act or from the resolution of the dispute, as the case may be. These resources thus contributed by ANI shall be taken into account as part of the Toll Collection, for all the purposes set forth in this Contract, including, among others -but not limited to, the calculation of the Compensation, DR8, DR13, DR18 and VPIPm.

(i)    If the Ministry of Transportation or the entity that is competent to set the Toll rates decides to i) modify such rates, ii) create exemptions or special rates for certain users, or iii) in any other way affect the rate structure that emerges from the Toll Resolution, the following rules shall apply:

(i)    For each quarter of the execution of the Contract, the difference between the Toll Collection that would have occurred if the tariff structure had been applied shall be calculated between the Comptroller, the Supervisor and the Concessionaire.

(duly indexed) foreseen in the Toll Resolution and the Toll Collection corresponding to the modifications adopted by the Ministry of Transportation, which shall be recorded in an act signed within five (5) days following the end of said quarter. In case of differences between the Parties, they shall resort to the Amigable Componedor to resolve the controversy.

(ii)   The resulting value derived from the lower Toll Collection shall be deposited by ANI in the Toll Collection Subaccount with the resources available in the Contingency Fund, taking into account the rules applicable to such Fund and the sufficiency of resources. If this is not possible, resources shall be transferred from the ANI Surplus Subaccount. If such resources are insufficient, necessary resources shall be included in ANI's budget after the exhaustion of the requirements of the Law. In any case, the terms and interest provided in Section 3.6 of this General Part shall apply. These periods shall begin to run from the execution of the quarterly calculation act or from the resolution of the dispute, as the case may be.

(iii)  These resources thus contributed by ANI shall be taken into account as part of the Toll Collection, for all the purposes set forth in this Contract, among them -but not limited to - for the calculation of Remuneration, DR8, DR13, DRl 8 and VPIPm.

(j)    Commercial Operating Revenues actually received for the rendering of Additional Services shall be deposited in the Commercial Operating Revenues Subaccount after deducting the 2.2%  to in Section
1.86 of this General Part.

(k)    The administration of the Toll Collection Subaccount and the Commercial Operating Revenues Subaccount shall be the responsibility of ANI, under the terms set forth Sections 3.14(i)(iii) and 3.14(i)(viii) of this General Part.

.(1)   The Additional Services shall comply in all cases with the rules and regulations applicable to each of them. The Concessionaire undertakes not to abuse its dominant position in the provision of the Services, and not to adopt conducts that affect free competition for the provision of the Additional Services.

3.4    Obtaining the VPIP

(a)    Calculation of the PIPV. At any time during the execution of the Contract (Month "ni") the present value may be calculated at the Reference MonthNcl VPIP accumulated up to that moment (VPIPm), according to the following formula:



$$VPIP_m = \sum_{1}^{m} \frac{Peaj\,es;}{(1 - r\,TD\,I\,y\cdot q} \quad \sum F*S'+{}^3{}_1$$

Where,

| | |
|---|---|
| VPIP, | Present value - as of the Reference Month - of toll collection and compensation for toll collection, accumulated up to the end of the Reference Month. |
| Tolls, | Value of Toll Collections, strictly in accordance with the terms of Section 3.14(i)(iii)(2) of this General Part Month i expressed in constant Pesos of the Reference Month, calculated in accordance with the following formula: $$Tolls_i \,\text{--}\, TollsE \left(\frac{lPc,}{}\right)^{lPCI}$$ Where, TollsE,= Value of Toll Collections during the Month /, in current Pesos including, if applicable, the toll paid to the Concessionaire in accordance with Sections 3.3(i) and 3.3(h) of this General Part. CPI,= CPI corresponding to the Month of Rcfei'eneia 1PC,= lPC corresponding if Orfes i |
| TDI | Actual discount rate of the amounts expressed in effective monthly terms and that for the purposes of this formula will be the one included in the Specific Part, |
| *i* | Counter ble for each of the Months from the Start Date until the Month in |
| | Month in which VPIPm calculation is made |
| *q* | Number of Months elapsed from the Reference Mc to the Start Date |



| | |
|---|---|
| F | Year ccirres{iondientc to óF tդt2c is calculated, ñ8, A13 and A1 fi, s-as appropriate. |
| ΔF | It corresponds to the difference between the VPlPt and VPIPr calciilarla according to the following formula:<br><br>*4 p -- VPIP;' - V PI PQ*<br><br>VPIPr =- The present value of the drying up to the high F offered by ANI (VPIP8, VPIP13 and VPIP18, as appropriate) according to definitions 1.1 or 3,<br>1,164 and 1,165, respectively.<br><br>VPIPm is the VPIP calculated in the present Sccciòn, and is not equal to f, according to the formula for calculating the VPll', for the Months f=96, f=l 56 and N 216.<br><br>f= Number of Months elapsed between the Start Date and the last day of the period F'. When F - 8, f' - 96; when F 1' - 13; f= 156 and when F= 18, f= 21 fi<br><br>AF will be calculated for Years 8, 13 and 18.<br>the FA formula is less than zero, F will be equal to zero(0). Upper limit |
| J | of the summation of the AF'. If m<=96, aÜ 0and JJv Ç 5j)3 U. For 96<m<=l 56, J=1; p8ra 156<mk=21 6,<br>J-2 and for m+21li, J=3. |
| j | HF summation counter that reeorrcs integer values of<br>1 in 1, from the lower limit of the summation to the upper limit J. |

(b) If at the expiration of the year eight (8) counted from the Start Date, the value of the VPIPm is lower than the VPIP8, ANI will pay the Concessionaire the difference (DR8) - weighted by the average Compliance Index observed up to said year eight (8).
(b) -, taking into account the following rules:

(i) No later than forty-five (45) days after the expiration of the eighth (8th) year of execution of the Contract, counted from the Commencement Date, the ANI shall validate the DR8 calculation to be performed by the Consultant.

/ ) The calculation of DRS shall be made in accordance with the formula provided in Part E.Special.

(iii) In the event that the DR8 is positive, ANI will recognize and pay5 to the Concessionaire such difference with the resources available in Contingency , taking into account the rules applicable to such Fund and the sufficiency of resources. If this is not possible, the transfer of resources from the Concession Fund will be made.

the ANI Surplus Subaccount. If such resources are insufficient, the necessary resources shall be included in ANI's budget after the exhaustion of the requirements of the Law. In any case, the terms and interest provided in Section 3.6 of this General Part shall apply. These time periods shall commence upon ANI's approval of the DR8 calculation, provided in Section 3.4(b)(i) above.

(c)     The same procedure indicated in Section 3.4(b) above shall apply for the calculation and payment -if applicable- of DR13 and DR18. These shall be weighted with the average Compliance Ratio observed as applicable in the Special Part.

(d)     If at the Operation and Maintenance Stage Termination Date the Concessionaire has not obtained the VPIP, ANI will recognize and pay to the Concessionaire the unearned balance of the VPIP, in accordance with the formula specified in Section 18.3(d) of this General Part.

(e)     The Parties acknowledge that in order to establish whether at a given point in time the PPVIP has been reached or exceeded, the formula contained in Section 3.4(a) above shall be strictly applied regardless of the actual balance of the Toll Collection Subaccount at the time of calculation. The Comptroller shall continuously monitor the Toll Collection for the purpose of establishing the time at which the PPIV is reached.

0     Calculation of Cumulative PVIP without offsets: For the purposes of Section 3.4(g) below only, at any time during the execution of the Contract (Month "m"), the present value as of the Reference Month of Penje's Collection without offsets for difference in collection up to that time (VPIP' ) may be calculated in accordance with the following formula:

$$VPIP' \quad = \sum_{i=1} \frac{\textbf{\textit{Tolls,}}}{(1 - I - TDI)'' +}$$

**Where**

| VPIP'$_m$ | Present Value -at Reference Rates- of Toll Collection without compensation for difference in collection, accumulated up to Month m |
|---|---|
| Tolls, | Value of the Toll Collection, strictly understood in the terms of Section 3.14(i)(iii)(2) of this General Patte Month i expressed in constant Pesos of the Reference Month, calculated in accordance with the following formula:<br><br>$$Tolls, -- Pea\ jesE, - \underline{!\qquad})$$<br><br>Where,<br><br>TollsE,= Value of Toll Collections during Month i, in current Pesos including, if applicable, the amount that has been charged to the Concessionaire in application the provisions of Sections 3.3(i) and 3.3(h) of this General Part.<br><br>CPI - CPI corresponding to the Reference Month IPCC<br><br>= CPI corresponding to Month i |
| TDI | The real discount rate of income expressed in effective monthly terms and which for the purposes of this formula will be the one included in the Special Pue. |
| *i* | Counter of each of the Months from the Start Date to the Month ri |
| m | Month in which VPIP'm calculation is made |
| g' | Xilineiti of Months elapsed from the Month of Reference to the Start Date |

(g)    **As of** a prior to the year TWENTY-FIVE (25) counted from the Commencement Date, when the mVIPP, calculated pursuant to Section 3.4(a) above, equals the mVIPP, the Concessionaire shall be entitled, as of such date, to the percentage of the Toll Collection (%RPi) -weighted by the Compliance Index of each Month in which the Compensation is due- . As from the date that the VPIP'm, calculated in accordance with Section 3.4(Ç above, equals the VPIP, the percentage of the Toll Collection will be applied.




Toll 2 (%RP2), instead of %RP¡. f. The values corresponding to %RPi and %RPi are established in the Special Parie.

(h)     The right to receive %RP¡ or %RPz, as applicable, will be extended until the date on which the Reversion Stage is completed.

3.5     Discounts

(a)     The Concessionaire authorizes ANI to deduct and pay the following amounts from the amounts to be transferred to the Project Account (or to the Autonomous Equity-Debt or directly to the Special Assignees, if applicable) or from the liquidation of the Contract, as may be, provided that the Concessionaire has not made the corresponding payments:

    (i)     All deductions and withholdings provided for in the applicable tax regulations during the term of the Contract.

    (ii)     FI value of the Penalty Clause, once the administrative act by which it is imposed becomes final.

    (iii)     The amounts of the fines imposed by any Governmental Authority on ANI and which are final, for causes attributable to the Concessionaire, when such imputability has been recognized by the Concessionaire or defined through the application of the dispute resolution mechanisms set forth in the Concession Agreement.

    (iv)     The value of the Fines for non-compliance with the obligations of this Contract that are final.

(b)     In the event of a dispute as to the Discounts referred to in Section 3.5(a) above, the provisions of Section 3.1(f) of this General Part shall apply, insofar as such Discounts affect the Compensation.

3.6     Interest on Remuneration and Interest on Arrears

(a)     The default rate applicable to the payments due by the Parties under this Agreement shall be the equivalent of DTF plus ten percentage points (10%), but in no a rate higher than the maximum rate permitted by Applicable Law.

(b)     Late payment interest applicable to the NA, payment obligations other than those of making Contributions II,     will only be accrued when they have been paid.



Five hundred and forty (540) days have elapsed since the date on which ANI's payment obligation has been verified.

(c)    Default interest applicable to ra ANI, in the case of disbursements of ANI Contributions corresponding to each Functional Unit referred to in Section 3.14(i)(ii)(1), shall be accrued as from A) the expiration of one hundred twenty (120) days from the date of the disbursement of the ANI Contributions.
(120) days counted from the date on which, in accordance with this Contract, such Contributions must be made to the ANI Contributions Subaccount, or B) the subscription of the Functional Unit Termination Act (or the Functional Unit Partial Termination Act); whichever occurs later between A) and B). The interest to be paid ANI shall be credited to the ANI Contributions Subaccount.

(d)    For cash payment obligations other than those of making ANI Contributions, from the date of payment payable by ANI and during the period *from* the date of payment of the ANI Contributions to the date of payment of the ANI Contributions and during the period from the date of payment of the ANI Contributions to the date of payment of the ANI Contributions.
(45) days, no interest will be charged and from the expiration of forty-five (45) days until the expiration of five hundred and forty (J40) days, interest will be charged at the DTF rate plus five percentage points.

(G)    In the case of disbursements of ANI Contributions, interest at DTF rate plus five percentage points (5%) shall be accrued from the expiration of forty-five (45) days from the date referred to in Section 3.6(c) above until the expiration of one hundred and twenty (120) days from same date.

(0    The provisions of this Section 3.6 are without prejudice to any special provisions on payment terms for sums of money and interest contained elsewhere in the Contract.

3.7    <u>Financing Obligation</u>

(a)    FI Concessionaire shall have the obligation to manage and obtain the necessary firm financing and Equity Resources to execute all the obligations it is responsible for under this Contract, including those that, despite not being stipulated, are necessary to obtain the **Tezultoáos** foreseen in this Contract, its Appendices and Annexes. The Concessionaire shall determine at its sole discretion the level of indebtedness, which shall not imply the reduction of its capital contributions, without prejudice to the minimum amounts of Equity Drawings and Financial Closing, described below.

(b)    FI Concessionaire shall finance the execution of the Project with Equity Resources and Debt Resources; the latter shall be taken by the Concessionaire with the Lenders and may be secured by the Contract, the Remuneration or any other economic right in favor of the Concessionaire arising from this Contract, without prejudice to other guarantees that may be requested from the Concessionaire.

Concessionaire by the Pi'estainistas, which shall be for the account and risk of the Concessionaire.

(c)    The obligation to provide Debt Resources contained in this Agreement may be satisfied by the to provide Debt Resources:

    (i)    Bank loans.
    (ii)    Issuance of securities in the capital market.
    (iii)    Resources of Private Equity Funds.
    (iv)    The others provided for in the Special Patte Fspecial.
    (v)    Combination of the above modalities.

## 3.8   Financial Closing

(a)    The Financial Close(s) of the Project, as defined in the Special Part and in accordance with the values indicated therein, shall be evidenced by submitting to ANI the following documents (without prejudice to such other documents and additional requirements as may be requested in the Special Part), as applicable to the financing modality chosen by the Concessionaire, within the term established in the Special Part:

    ( Q  Bank loans: The following must be provided: a) the credit agreement signed and/or b) a certification issued by the Lender (or the lead bank, agent, or agent's agent) (i) value of the credit; (ii) creditor; (ii) guarantees; (iv) payment term; (v) rate; (vi) disbursement . In addition, a certification signed by the legal representative of the Trustee or the Lender (or of the lead bank in the case of syndicated loans) must be attached, stating that the loan documents provide that the disbursement of funds will be made to the Autonomous Trust.

    (ii)    Issuances in the capital market: A certification issued by the legal representative of holders of the securities indicating at least the following: (a) value of the **issue;** (b) guarantees; (c) payment term; and (d) rate. Likewise, a certification signed by the legal representative of the Trustee must be attached stating that the funds were disbursed to the Trust. It will also be acceptable to demonstrate the Financial CieiTe incdiante in underwriting of the corresponding issue, provided that i) it is firm underwriting - it will not be acceptable on a best effort basis -, ii) the underwriter is an entity authorized by the laws of the country where the placement is made to carry out this type of operations and iii) if it  an issue in countries other than Colombia, the underwriter must have a risk rating of its long-term debt corresponding to "investment grade", in the international scale, without accepting local scales applicable in the country of domicile of the underwriter. If

if the issuance is made in Colombia, the underwriter must have a long-term debt rating of at least AA+ according to the local scale of the rating agencies approved by the Superintendence of Finance according to 13RC Inventor Services, Fitch Ratirigs Colombia S.A., Value and Risk Rating S.A., or its equivalent if it is another rating agency.

(HI) Debt Resources from Private Equity Funds. The financing of the Project may be accredited through loans of resources granted by Private Equity Funds incorporated in Colombia and/or abroad. The same documents indicated in Section (i) above shall be required to credit the financing of the Project.

(iv) Any others provided for in the Special Part.

(b)  The Financial Closing shall be evidenced by any of the methods set forth in Section 3.8(a) above, or by a combination thereof.

(c)  he certifications must be accompanied by the documents that support the existence of the person issuing it and the status of legal representative or authorized officer of the person who subscribes it. Neither the certification nor the documents evidencing the existence and legal representation may be older than sixty (60) days.

(d)  Characteristics of Lenders:

(i)  If the Lenders are Colombian financial entities, they must be supervised by the Colombian Financial Superintendency.

(ii)  If the Lenders are foreign financial entities, they must have an external creditor code, issued in accordance with the rules issued Banco de la República, in accordance with the applicable regulations. They must also be entities supervised by the equivalent of the Superintendencia FinanGiera of the ¡urisdiction of incorporation (in the case of international financing).
In the case of capital market transactions, this condition will not be accredited).

(iii)  If the Lenders are Private Equity Funds, they must comply at least with the requirements set forth in the rules applicable to the admissible investments of the resources managed by the pension and severance fund management companies operating in Colombia contemplated in Decree 2555 of 2010 -or the rules that modify, complement or substitute it- and prove such compliance by means of the issuance of a certification from the professional or the manager or fund *manager.*

(iv)  If the Lenders are individuals or legal entities other than the above, they must be holders of securities issued in the capital market for their contributions to be considered Debt Resources.



(v)    The Lenders may also fall under any of the modalities set forth in Financial Appendix 2 to be an Acceptable Assignee (as such term is defined in such Appendix),

(vi)   Lenders may also be (A) multilateral whose principal shareholders are sovereign governments; or (B) export credit owned by sovereign governments.

(vii)  The other characteristics established in the Special Porte.

(e)    It shall be deemed that the Concessionaire has obtained the Financial Close when ANI states, expressly and in writing and within a term of twenty (20) L)fas counted from the complete submission of the documentation referred to in Section 3.8(a) above, its agreement with the documents provided by the Concessionaire to evidence such Financial Close. If ANI remains silent within this term, it shall be understood that the Financial Closing has not been approved. In this case and in any other case of dispute regarding compliance or non-compliance with the obligation to obtain the Financial Close, the dispute shall be submitted to the Amicable Settlor.

(f)    I.The obtaining of the Financial Close, at the Concessionaire's risk and expense, in no way limits its obligation to procure all the Resources necessary to carry out all the obligations of the Contract within the terms and conditions established therein, even if the Debt Resources required by the Project should be greater than those committed through the Financial Close.

(g)    Although the Concessionaire shall determine at its sole discretion the level of indebtedness, in no event shall the minimum value of the Equity Investments, nor the minimum amount of the Financial Closing, as such amounts are defined in Part F.special, be decreased.

(h)    The Concessionaire's obligation to finance the Project is not exhausted with the obtaining of the Financial Closing. Therefore, if after such , the Lender defaults or withdraws from the Project for any reason, whether justified or not, the Concessionaire shall ensure the attainment of the additional resources required to complete the Project, complying with all the requirements set forth in the Contract. Such withdrawal of the Lender shall not serve as a pure excuse for noncompliance with the obligations of the Concessionaire or to allege noncompliance due to an Event Exonerating of Liability.

3.9    Equity's Turnarounds

(a)    The Concessionaire must transfer to the Project Account at least the amounts indicated in the Special Part, corresponding to Equity Transfers within the terms set forth therein,



(b)    The Trust shall update the value of the Equity Drawings based on the following adjustment factor, on the date of its contribution to the Project Account.

$$E_n = E_r * \frac{IPC_n}{IPC_r}$$

Where:

| | |
|---|---|
| $E_n$ | Given to Equity that is made in the Me Ü Esoji Pas Besta Mes Mes $n$ |
| $E_r$ | Equity drns, expressed in constant l*esoss constantes del Mes de Referein |
| $IPC_n$ | IPC of the Mcg immediately preceding Month with Mes $n$ |
| $IPC_r$ | IPC of the Month |

'(c)    The above formula shall be used to update other values when such update is expressly provided for in this Contract (except when particular update formulas are established), which case it will be necessary to adjust the Ext and Poi' variables accordingly, in accordance with the amounts to be updated.

(ti)    It shall be incumbent upon the Project Manager to certify to the Inter ventor and the ANI that the corresponding resources have been effectively received by the Autonomous Equity in maximum amount foreseen and in the terms required in this Contract by sending a Notification within five (5) working days following the date on which the payment of Equity is made.

(e)    In the event that an Üxiirien k esJionsability Event makes it totally impossible to initiate or continue the Inter vcntions of one or several Functional Units, the obligation of the Concessionaire shall be deemed suspended for the duration of the
The suspension will not affect the Equity Drawings already made. The partial amount of the Equity Drawings whose contribution will be suspended, corresponds to the resultant of multiplying the corresponding Equity Drawing by the percentage of participation of the International Financial Unit(s) whose Interventions had to be totally parnlized by the fixed Liability Event, percentage that is established for these effects in the Special Part. The Equity to which the provision contained herein shall apply shall correspond exclusively to those to be paid during the Special Period (as defined and regulated in Section 1.4.2 of this General Part), taking into account the schedules and amounts of Equity Drawings set forth in the Special Part. In any case, once the Maximum Liability Event has passed and within the following five (5) Business Days, the Concessionaire must provide the funds subject to suspension, updating them as follows



the CPI up to the time of the effective contribution, as indicated Section 3.9(b) of this General Part.

3.10  oiesi   o       P es a    s

(a)     The Concessionaire shall send a Notice to ANI when the Financial Closing is accredited, in which it shall identify each and every one of the Lenders (in the case of placements in the capital market, it shall be sufficient to identify the administrator or structured placement agent, as well as the representative of the holders). Only those who appear in such list will be considered by ANI as Lenders and will have the rights assigned to the Lenders as set forth in this Agreement.

(b)     They shall also designate a representative of the Lenders who shall be in charge of receiving all the Notifications of ANI related to this Contract. If each Functional Unit has different Lenders, this shall be specified in the communication and different representatives of the Lenders may be appointed for each Functional Unit.

(c)     ANI must be notified of any change in the Prcstamers by sending a Notification.

(d)     Lenders providing Debt Resources subsequent to the Financing Agreement shall comply, at the time of executing the Credit Documents, with characteristics required in Section 3.8(d).

3.11  Development of Financial Structures

(a)     The Concessionaire may structure or use for its financing the financial structures it deems appropriate. Among them, it may use the special figure of assignment of the flows of the Remuneration per Functional Unit, in which case the provisions set forth Financial Appendix 2 shall apply.

(b)     The Concessionaire may structure securities issues to be placed in the Colombian and/or foreign capital market using as backing the Contract and in particular the flows of the Remuneration per Functional Unit to which it is entitled, under the terms and conditions set forth in Section 3.7(a) of this General Part.

(c)     In order to facilitate the attainment of the necessary resources for the Project, the Concessionaire or the Trustee may develop any other financial schemes, such as securitization, issuance of bonds and syndications, among others, For these purposes, the economic rights in favor of the Concessionaire, derived from this Agreement, may be unconditionally assigned to the Lenders.



(d)    When the special assignment regulated in Financial Appendix 2 is used for the issuance of securities aimed at the capital market, it may be done through the Autonomous Equity-Debt at the Concessionaire's discretion. The foregoing shall be understood without prejudice to the fact that the accounting must be centralized in the Autonomous Equity and without prejudice to the inspection and audit rights of ANI and/or the Comptroller provided for this Contract.

## 3.12  Takeover of Lenders

(a)    The Lenders shall be entitled to take possession of the Project when:

(i)    The Dealer fails to comply with its financial obligations in accordance with the terms of the loan documents (or placement regulations).
-(or similar - in the case of placement of securities in the capital markets) entered into with the Lenders, or

(ii)    When ANI notifies them that they may exercise such right before the Early Termination is declared when it is under any of the grounds that may give rise to the declarations provided for in Section 17.2(a) of this General Part.

(b)    The taking of possession of the Project may only be exercised by those Lenders that are duly registered with the ANI, in accordance with the terms of Section 3.10 of this General Part. ANI's notification to the Lenders shall be made by sending a Notice to the registered representatives of the Lenders. Where there are several Lenders, the rights granted in this Section 3.12 in their favor shall be exercised respecting the majorities and other conditions that such Lenders have established in an agreement among them. In the absence of such agreement, such rights may only be exercised jointly among the Lenders, which shall require the unanimous approval of all Lenders.
them. If the corresponding approval has not been obtained in accordance with the above sefíalar, the right to take possession of the Project may not be exercised.

(c)    The taking of possession by the Prcstdirííslas may be exercised in any of the following ways:

(i)    By requesting the assignment of the Contract to person they designate in writing by sending a Notice to ANI. This assignment shall imply that the terms and conditions of the Contract, especially the economic conditions, may not vary. , it shall not be a condition of the assignment that the conditions of the Contract be modified.

(ii)    By sending a Notice to ANI announcing the modification of the Concessionaire's shareholding composition, either on account of the purchase made directly or indirectly by the Lenders or by the purchase made by a person designated by the Lenders. In this case, they must send a certificate signed by the statutory auditor of the Concessionaire showing the shareholding composition of the Concessionaire and evidencing that the initial shareholders of the Concessionaire do not have any shareholding interest in the transferee. If the shareholders are legal entities, they must also attach a sworn statement stating that the initial shareholders of the Concessionaire are not Beneficial Owners of the new shareholders of the Concessionaire.

(iii)   For the purposes of Section (ii) above, an indirect purchase shall be understood as a purchase made by legal entities of the same corporate group of the Lender(s).

(iv)    The terms and conditions of the purchase of the shares or the assignment of the Contract agreed by the Lenders with the Concessionaire or with the initial shareholders of the Concessionaire, as applicable, shall be freely agreed and ANI  not interfere with them. The latter without prejudice to ANI's right to verify that the new Concessionaire and/or the new shareholders comply with the requirements set forth in Section 3.12(f) of this General Part.

(d)     Procedure for the Taking of Possession

(i)     When any of the grounds for taking possession of the Project by the Borrowers are verified, the Lenders shall automatically have the right to take possession of the Project. This right shall prevail over ANI's right to terminate the Contract, provided that it is in the cases taxativemcntc listed in Section 17.2(a) of this General Part.

(ii)    If the cause for taking possession is a breach of the Concessionaire's financial obligations to the Lenders, the representative of the Lenders shall send a Notice to ANI informing that a breach of the financial obligations has occurred and that, pursuant to the provisions of this Contract, they exercise their right to take possession of the Project (the "Pam Takeover Notice"). The 3 "oma Notice shall also indicate who are the persons designated to act on their behalf as ANI's counterparty, in order to carry out the takeover procedure. The Lenders shall send a copy of the Notice for Taking to the spokesperson and representative of the Autonomous Equity and the Autonomous Debt Equity, if any. ANI shall send a copy of the Notice for Taking to the Comptroller and to the companies issuing the guarantees of the Project.

(iii)   Within thirty (30) days after the Notice of Taking, the Lenders shall send a new Notice to ANI in which they shall inform under which of the modalities provided in Sections 3.12(c)(i) and 3.12(c)(ii), the taking of the session shall take place.

(iv)   The Lenders shall have a maximum term of one hundred and eighty (180) cold, counted from the date of Notice to Takeover, to specify the terms and conditions of the chosen takeover modality and inform ANI about the person who will continue with the execution of the Contract (if it is the assignment) or the name of the new shareholders of the Concessionaire (if it is the purchase and sale of shares by the Lenders -directly or indirectly- or a third party designated by the Lenders).

(v)   If the cause for taking possession is the occurrence of a cause for "l'erminación Anticipada dcl Q£esCnte Contrato de las señaladas en la Sección 17.2(a), ANI shall notify the representative(s) of the Lenders by sending a Notice stating that they have the right to exercise the right to take possession of the Project (the "Right of Possession Notice") and that, if they do not exercise such right, ANI will proceed to terminate the Contract. A copy of this Notice of Right of '1 "oma will be sent to the representative and spokesperson of the Autonomous Equity and the Autonomous Equity-Debt (if any) by the Concessionaire and to the companies that issued the guarantees and to the Comptroller by ANI.

(vi)   Within forty-five (45) days following Ja Notification Right to Take, the Lenders shall send a Notice to ANI stating whether or not they exercise their right to take possession of the Project and the modality chosen. If ANI does not receive any communication within the term indicated herein, it shall be understood that the Lenders have no interest in taking possession of the Project.

(vii)   If the Lenders exercise the right to take possession of the Project, they shall have a maximum term of eighty (180) days, counted as from the Notice of Right of Taking, to specify and perfect the conditions of the modality of possession chosen and inform ANI about the person who will continue with the execution of the Contract (if it is the assignment) or the name of the new shareholders of the Grantee (if it is the purchase and sale of the Project), as well as the name of the new shareholders of the Grantee (if it is the purchase and sale of the Project), and the name of the new shareholders (if it is the transfer of the Project).

(e)       Effects of the 'l'oma of Possession

(i)   lin Relation to Interventions: As of the date of the Notice to Take or of the Notice of Right to Take, the Concessionaire shall refrain initiating new Interventions. As from that same date and until the time when the Contractors take possession of the Project, the Concessionaire will only execute those Interventions initiated and only those that are not yet in progress.

whose completion Jn ANI estimates, according to the Works Plan, must be completed in less than one hundred and eighty (180) days the date of said Pam Toma Notice or Right to Take Notice. All other Interventions shall be suspended.

(i)    The Operation and Maintenance activities will continue to be developed in accordance with the provisions of this Contract.

(W) The Outgoing Concessionaire shall refrain from incurring any additional indebtedness while the takeover process takes place. Once the takeover is completed, the new Concessionaire will have the possibility of obtaining debt or structuring any financial mechanism, under the same conditions and with the same freedoms provided for in this Contract.

(v)    In relation to the Trust Estate: Upon receipt of the Notice to Take or the Notice of Right to Take, the Trustee administering the Trust Estate shall:

   (i)    Notify Contractors, Lenders and other contractors and suppliers to the Project of the commencement of the Project takeover process;

   (2)    Refrain from making payments to the Concessionaire's shareholders and/or the Concessionaire for any concept;

   (3)    Deliver to ANI a list of the liabilities of the Autonomous Equity and the financial statements as of the last day of the month immediately preceding the month of the Notice to Take or of the Notice of Right to Take;

   (4)    To allocate the resources available in the unrestricted subaccounts of the Concessionaire or its shareholders to meet the payments to be made by the Trust Fund and in favor of the Contractors, Lenders and other contractors and suppliers of the Project. Any payment made by the Autonomous Equity to the Concessionaire or its shareholders, regardless of which subaccount it is made from, shall be considered a breach of the Commercial Trust Agreement that shall result in its immediate termination, without prejudice to the legal actions that ANI may bring against the Trustee;

   (5)    With respect to transfers from the ANI Account authorized by the ANI as of the date of the Notice to Take or the Notice of Right to Take or during the takeover process, it shall be the responsibility of the Trustee to ensure that such resources are used as indicated in Section (4) below.

(v)  When the procedure is concluded, the Concessionaire may, together with the Lenders, establish the destination of the resources in the Project Account and its subaccounts (excluding the Predios, Redes and Compensaciones Ambientales Subaccounts), respecting the purposes and conditions set forth in this Contract. In relation to the ANI Account and its subaccounts, they shall remain under the control of ANI and shall not be affected by the takeover process. In the event that the Autonomous Equity is liquidated due to the assignment of the Contract to a party designated by the Lenders or by ANI, ANI shall give instructions on the management of the resources of the ANI Account and of each of its sub-accounts. If the Autonomous Equity is liquidated, the Trustee shall deliver a special report to ANI on the income and uses of the resources of the ANI Account and a report from the statutory auditor on the uses of such resources. The Fiduciary shall deliver the **resources** of the ANI Account to the autonomous patrimony reported by the assignee of the Contract, prior written instruction from ANI. In the event that the Autonomous Equity is liquidated, the assignee of the Contract shall constitute a new Autonomous Equity that complies with the conditions set forth in this Contract, guaranteeing that the process of change of trust does not hinder the development of the Project. During the period between the Notice to Take or the Notice of Right to Take and the conclusion of the ***takeover***, the Trustee shall send to ANI, the Comptroller and Lenders, a monthly report detailing all the movements of the resources of the Autonomous Equity in all the Accounts and Subaccounts. If the Project has Autonomous Equity-Debt, the herein shall apply *mutatis mutandi.*

(Vi) In relation to the Contract: If this Contract is assigned as a consequence of the takeover, ANI, the Interventor, the outgoing concessionaire and the incoming concessionaire shall sign a Project delivery deed, which shall detail at least the following:

(i)       Completed Functional Units and the progress status of unfinished Functional Units.

(2)       Remunerations -and Special Compensations, when applicable- transferred by Functional Unit to the outgoing concessionaire (and to the authorized assignees if applicable), up to the day prior to the date of execution of the delivery deed, and any other transfer made from the ANI Account to the Project Account.

(3)       Technical status of each of the Operating Units.

(4)       List of the pending interventions to be carried out and which will be in charge of the incoming concessionaire.

     (5)        Status of compliance with the Indicators.

     (6)        If necessary, the assignment -in favor of the new concessionaire- of the Licenses and Permits held by the Concessionaire will be formalized.

(vii) In relation to the guarantees: The guarantees required in this Contract must remain in force until they are replaced by the new guarantees - approved by ANI - taken by the incoming Concessionaire. In any case, the Project must always have the required coverage and it will be the responsibility of the outgoing and incoming Concessionaire to ensure that this situation is verified.

(viii) **In relation** to **fines:** As from the Notification for Taking or the Notification Right to Take, as applicable, no new Fines will be generated. This stipulation shall only apply until A) the expiration of the sixtieth Day counted from the approval of the new concessionaire by ANI, or B) the Day after the Notification of non-approval of the new concessionaire by ANI. The provisions of this Section shall not affect the processing and collection of fines arising from non-compliance prior to the Notice to Take or the Notice of Right to Take.

(f)     New Concessionaire Approval

(i)     The new Concessionaire or shareholder of the Concessionaire, as the case may be, must be previously approved by ANI, which approval will be given provided that the entity designated by the Bidders complies with all the Qualifying Requirements established in the Invitation to Prequalify and that were evaluated by ANI during the Prequalification or Bidding Process.

(ii)     Likewise, should it be necessary to replace any of the Contractors, the new Contractor must also comply with the minimum requirements that were taken into account in accordance with the requirements of this Contract.

(iii)     In the two aforementioned cases, ANI's approval must be given within thirty (30) Business Days following the submission by Lenders of their proposal pursuant to Sections 3.12(d)(iv) and 3.12(d)(vii) above; in the ANI does not issue a decision within thirty (30) Business Days following the Lenders' request, such request shall be deemed to have been approved by ANI. If ANI does not approve the new Concessionaire or the shareholders, as the case may be, the Concessionaire's default vis-à-vis the Lenders shall also be deemed to constitute a serious default by the Concessionaire vis-à-vis the Lenders.

Concession Contract and may proceed to declare the expiration thereof, in accordance with the provisions of Section 11.1 of this General Part.

### 3.13   The Autonomous Patrimony. Gencralidadcs

(a)   The Concessionaire, acting as trustor, shall incorporate an Autonomous Patrimony through which all assets and liabilities are channeled and, in general, all the resources of the Project are administered as a requirement for the execution of the Commencement Deed of this Contract. At the discretion of the Concessionaire and its Lenders, Autonomous Patrimony-debt may be constituted, different from the Autonomous Patrimony, on which the same duties and information obligations set forth in this Contract for the Autonomous Patrimony shall apply, without being understood as the same Autonomous Patrimony,

(b)    The selection of the Trustee shall be the Concessionaire's responsibility. However, ANI shall verify that the Trustee proposed by the Concessionaire meets the qualifications required in Section 1.70 of this General Part, and the Concessionaire may not enter into the Commercial Trust Agreement with it if it does not meet such qualifications or if ANI has requested its removal in any project in the last five (5) years.

(e)    The verification procedure shall be as follows: the Concessionaire shall send a Notice to ANI informing the name of the Trustee and sending the minutes of the Commercial Trust Agreement to be executed with the Trustee, no later than five (5) Business Days from the execution of this Agreement and ANI shall have a term of twenty (20) Business Days to verify the Trustee and issue a decision. The silence of the API shall be considered as no objection of the Trustee proposed by the Concessionaire, notwithstanding the responsibility of the Concessionaire to verify that the Trustee complies with all the characteristics established in the Contract and to replace it at any time when ANI, the Comptroller or the Concessionaire itself notices that the Trustee does not comply with the requirements set forth in this Contract purely because the Trustee is acceptable. In case of rejection, a new Fiduciary shall be submitted for verification.

(d)    Once the Trustee proposed by the Concessionaire has been approved by ANI, it will proceed as follows:

(i)    ANI shall have up to thirty (30) Business Days to verify that the Commercial Trust Agreement is subject to the conditions set forth in this Agreement and to make the corresponding comments and observations to the draft of the Commercial Trust Agreement submitted by the Concessionaire; such comments and observations shall be addressed and incorporated to the final text of the Commercial Trust Agreement to be executed. Upon expiration of the aforementioned term of thirty (30) Business Days without ANI informing the Concessionaire of comments or observations to the text of the Commercial Trust Agreement, it shall be understood that

ANI has no objection to proceed with the execution of such Agreement, notwithstanding , at any time during the execution of this Agreement, ANI may request the modification of the Commercial Trust Agreement, in accordance with the provisions of Section 3.15(h) of this General Part.

(ii)  In any case, the Commercial Trust Contract must be executed and perfected no later than twenty (20) Business Days following  date on which ANI has made its decision or on which the term of thirty (30) Business Days has expired.
(30) Business Days referred to in Section (i) above, without ANI's pronouncement.

(iii)  ANI's comments and requests for modification shall be solely for the purpose of ensuring that the minutes of the Commercial Trust Agreement comply with the minimum terms and conditions set forth in this Agreement.

3.14  Accounts and Sub-Accounts of the Autonomous Patrimony

(a)  Description of Accounts and Subaccounts:

Without prejudice to the other subaccounts provided for in the Special Part, Autonomous Patrimony shall have at least the following Accounts and Subaccounts:

(i)  Project Account:

(1)  Subaccount Predios
(2)  Subaccount Environmental Offsets
(1)  Subaccount Networks
(4)  Other subaccounts created by the Licensee

(ii)  ANI account:

(1)  Subaccount ANI Contributions
(2)  Toll Collection Subaccount
(3)  Subaccount Supervision and Supervision
(4)  Contractual Support Subaccount
(5)  Subaccount Friendly Composition
(6)  ANI Surplus Subaccount
(7)  Subaccount Income from Commercial Operations
(8)  Minor Works Subaccount.

(b)  There may be different beneficiaries for each of the subaccounts and accounts into which the Autonomous Equity is divided, but in any case the sole beneficiary of the ANI Account together with the respective subaccounts of this account shall be ANI. The beneficiaries of the other accounts and subaccounts shall be designated by the Grantee, provided that the provisions of the Contract are respected.

(c)    The transfer of the resources of the ANI Account and of each of the Subaccounts into which it is divided may only be made by instructions from ANI to the Trustee, without prejudice to provisions of Section 3.1(g) of this General Part. The resources of these Subaccounts may be invested in the investments permitted by Decree 1525 of 2008, as amended or supplemented.

(d)    The investments made by the Trustee from the resources of the ANI Contributions Subaccount shall be made based the instructions of the Trust Committee, provided that such investments i) are eligible, in accordance with Decree 1525 of 200 'i) the issuer, debtor and/or recipient of the investments is not the Concessionaire, nor its partners, nor the Beneficial Owners of the Concessionaire, nor any other person in which the Concessionaire(s), its partners or the Beneficial Owners of the Concessionaire have any interest or share in any manner whatsoever in the Concessionaire, i) the issuer, debtor and/or recipient of the investments are not the Concessionaire, nor its partners, nor the Concessionaire's Beneficial Owners, nor any other person in which the Concessionaires, its partners or the Concessionaire's Beneficial Owners, have any participation or share in any way the results of its economic activity and iii) seek, as a priority, to generate operations exchange rate hedge for the dollar portion of the ANI Contributions.

(e)    Project Account:

   (i)    The Project Account shall be created with the execution of the Commercial Trust Agreement, and shall be funded primarily with the Equity Drawings in accordance with Section 3.9 of this General Part and with such other contributions as the Concessionaire may deem necessary for the performance of its obligations under this Agreement. To this Account shall also be paid the Debt Resources obtained from the Lenders and any transfers that, in accordance with this Agreement, must be made from the ANI Account, including the transfers corresponding to the Remuneration -and the Special Compensation, when applicable- (except when the Concessionaire has requested that the Remuneration be made to the Autonomous Debt Trust(s) or to the Special Assignees). Any other payments provided for in this Agreement in favor of the Concessionaire shall be made to the Project Account.

   (ii)    The resources available in this Project Account shall be destined solely and exclusively to the attention of all Jos payments, costs and gestures payable by the Concessionaire arising from the execution of this Contract - unless such payments are to be made from another of the accounts or subaccounts in accordance with the provisions of this Contract - including but not limited to:

      (1)    The funding of the Predios Subaccount, the Networks Subaccount, the Interventoria y Supervisión Subaccount, the Environmental Compensation Subaccount, the Contractual Support Subaccount, the Amicable Composition Subaccount and the other Subaccounts mentioned in the Special Part, as the case may be.

      (2)    Pay the expenses of the Autonomous Patrimony such as: taxes incurred in connection with the subscription and



J*

execution of the Commercial Trust Agreement and the Fiduciary Commission.

(3)     Remunerate Contractors and any other subcontractors performing any of the activities provided for in this Contract.

(4)     Purchase of supplies and materials and payment of all administrative costs and expenses of the Dealer.

(5)     Payment of interest and principal on the Debt Resources, as well as remuneration and return of the Equity Drawings and recognition of profits to the Concessionaire's partners.

(6)     Payment of the Success Fee.

(iii)   As a consequence of the financing and organizational schemes, the Concessionaire may create additional sub-accounts in the Project Account, provided that the funding of such sub-accounts is subordinated to the funding of the sub-accounts established in this Agreement.

(iv)   The remaining resources of this Project Account, purpose has been fulfilled, shall be at the disposal of the Concessionaire, as long as the Contract is in the Operation and Maintenance Stage, except for the resources of the Premises Subaccount, the Environmental Compensations Subaccount and the Networks Subaccount. The yields generated by the resources of this Project Account, will accrue to this account. The yields generated by the Environmental Compensations, Land and Networks Subaccounts will accrue to each of said subaccounts.

(í)     Subaccount Predios.

(i)     The Premises Subaccount of the Project Account will be created with the execution of the Commercial Trust Agreement and will be funded with the resources of the Project Account, in the amounts and terms set forth in the Special Part.

(ii)    The funds available in this Predios Subaccount shall be used solely and exclusively for the payments provided for in Section 7.2(a) of this General Part, and if there are any remainders, they shall be distributed in accordance with the provisions of said Section. Such remainders as correspond to ANI shall be transferred to the ANI Surplus Subaccount, upon express written instruction of ANI.

(iii)   The resources of this subaccount may be invested under the terms of Decree 1525 of 2008, as amended or supplemented, and the yields of these treasury will accrue to the resources of this subaccount.

(g)    Subaccount Environmental Compensations.

    (i)    The Environmental Offsets Subaccount of the Project Account will be created with the execution of the Commercial Trust Agreement and will be funded with the resources of the Project Account, in the amounts and terms indicated in the Special Part.

    (ii)    The resources available in this Environmental Offsets Subaccount shall be used solely and exclusively for the Environmental Offsets payments provided for in Section 8.1(c)(i) of this General Part, and if there are any remainders, they shall be distributed in accordance with the provisions of said Section. Those remainders that correspond to ANI shall be transferred to the ANI Surplus Subaccount, prior express and written instruction of ANI.

    (iii)    The resources of this subaccount may be invested under the terms of Decree 1525 of 2008, as amended or supplemented, and the yields of these treasury operations will be credited to the resources of this subaccount.

(h)    Subaccount Networks

    (i)    The Networks Sub-Account will be created with the execution of the Commercial Trust Agreement and will be funded with the resources of the Project Account, in the amounts and terms indicated in the Special Part,

    (ii) The resources available in this Network Account shall be used solely and exclusively to cover the payments provided for in Section 8.2 of the General Part, and if there are any remainders, they shall be distributed in accordance with the provisions of said Section. Those remainders that correspond to ANI shall be transferred to the ANI Surplus Subaccount, prior express and written instruction of ANI.

    **(iii)** The resources of this subaccount may be invested under the terms of Decree 1525 of 2008, as amended or supplemented, and the yields of these treasury operations shall be credited to the resources of this subaccount.

(i)    ANI Account

    (i)    The ANI Account will be created with the execution of the Commercial Trust Agreement, and will be funded as indicated below.

    (ii)    Subaccount ANI Contributions.

        (i)    I.a Sub-account ANI Contributions will be divided into sub-accounts for each Functional Unit of the Project. In each of the

subaccounts per Functional Unit, the amount resulting from multiplying the ANI Contributions (including interest on remuneration and late payment, if applicable, in accordance the provisions of Sections 3.6(b) and 3.6(d) of this General Part) by the percentage of participation corresponding to the respective Functional Unit, percentage established in the Special Part, shall be recorded.

(2)    This sub-account will be created with the execution of the Commercial Trust Agreement, and will be funded with the ANI Contributions in accordance with the provisions of the Special Part, discriminating what corresponds to each Functional Unit.

(3)    ANI's obligation to make the ANI Contributions shall be deemed to be fulfilled on the date of entry of resources to the ANI Contributions Subaccount.

(4)    The Trustee shall record the corresponding value of ANI Contributions to each Functional Unit in the respective sub-account per Functional Unit, in order to have the necessary resources to comply with the disbursements of the Remunerations -and of the Special Compensation, when applicable- according to the calculation and within the terms established for such disbursements in Section 3.1. of this Part Cieneral.

(5)    As soon as the ANI Contributions are deposited in each subaccount per Functional Unit of the ANI Contributions Subaccount, the values corresponding to the Dollar portion of those ANI Contributions, established in the Special Part, shall be subject to a mechanism -defined by the Fiduciary Committee- that maintains at least their Dollar value. This last value in Dollars will be part of the Remuneration under the terms of the Special Part.

(6)    Without prejudice to the mechanism mentioned in Section 3.14(i)(ii)(5) above, the yields of the treasury operations carried out with charge to the resources of this subaccount shall be transferred to the Minor Works Subaccount within five (5) Days following the payment of each Remuneration that has ANI Contributions as its source.

(7)    In case of liquidation, the resources available in this sub-account will belong to ANI.

(iii)  Toll Collection Subaccount :

(1)    The Toll Collection Subaccount shall be divided into subaccounts for each Functional Unit of the Project. In each of subaccounts per Functional Unit, the sum resulting from multiplying the Toll Collection by the percentage of participation corresponding to the respective Functional Unit, percentage established in the Special Part, shall be recorded.

(2)    The Toll Collection Subaccount of the ANI Account will be created with the execution of the Commercial Trust Agreement, and will be funded with the Toll Collection, understood as the result of multiplying the effective traffic of vehicles by the rate for each vehicle category indicated in the Toll Resolution and its modifications (net rate without including the contribution to the Road Safety Fund or any other surcharge or similar that has a different purpose other than the Project), regardless of the amount actually collected by the Concessionaire, since the risk of evasion is borne by the Concessionaire.

(3)    The Toll Collection Subaccount shall also receive the amounts corresponding to the contribution to the Road Safety Fund or any other surcharge, contribution or similar that has a different purpose other than the Project, provided that they are collected by the Concessionaire. The Trustee shall be in charge of transferring these resources from the Toll Collection Subaccount to the accounts of the beneficiary(ies) of these surcharges and/or contributions, in accordance with the Applicable Law.

(4)    The Concessionaire shall be obliged to deposit every third Day total Toll Collection, as well as the amounts referred to in Section (3) above in the Toll Collection Subaccount. If the day of the consignment is a non-business day, the consignment shall be made on the following Business Day.

(s)    The collection period shall correspond to the Days elapsed from the Day on which the last consignment was made (inclusive) until the Day prior to the next consignment.

(6)    In the event that the amount deposited by the Concessionaire to the Toll Collection Subaccount is less than the amount that corresponds according to the provisions of this Agreement, the Concessionaire shall pay default interest -to be deposited to the ANI Surplus Subaccount- from the date on which the deposit was made until the payment of the difference, which interest shall be calculated in accordance with the provisions of Section 3.6(a) of this General Part.-



(7)           In the event that the amount consigned by the Concessionaire to the Toll Collection Subaccount is higher than the amount corresponding to the provisions of this Contract, ANI shall order the transfer of the difference, without interest, to the Project Account within five (5) days following the verification of this situation.

(8)           From the moment in which the amounts corresponding to the Toll Collection are transferred until the moment in which the right in favor of the Concessionaire to have resources transferred to the Project Account (or to the Autonomous Patrimony-Debt or directly to the Assignees, as the case may be) becomes enforceable, such sums shall be kept available in the Toll Collection Subaccount and/or the Special Compensation, when applicable, under the terms of this Contract, as the case may be), for having caused the Remuneration -and/or the Special Compensation, when applicable- under the terms of **this** Contract, such sums shall be kept available in the Toll Collection Subaccount and shall be administered exclusively under instructions from ANI.

(9)           The **Commercial** Trust Agreement shall clearly and expressly state that if this Agreement is terminated early for any reason, all sums available in the Toll Collection Subaccount shall be immediately and promptly delivered to ANI. The foregoing, except when the event set forth in Section 18.4(b) of this General Part occurs.

(10)         The yields from treasury operations charged to the resources of this subaccount will be credited to the same.

(i i)         The remaining resources of the Toll Collection Subaccount, once the VPTP has been obtained, shall be used to meet the expenses derived from risks assigned to ANI, provided that i) they are expenses whose causation has already occurred at that moment and
ii) that there are no resources available either in the Contingency Fund or in the ANI Surplus Subaccount to meet such expenses.

(12)         If there are additional remainders, after meeting said expenses, they will be destined to cover the payment obligations of the Remuneration payable by ANI, which will consequently imply a reduction in the programming of future cash flows available to the entity to meet the payment of the Remuneration.

(iv)  Sub-account for Supervision and Supervision.



(1)      I. The Interventory and Supervision Subaccount of the ANI Account will be created with the execution of the Commercial Trust Agreement, and will be funded with the resources of the Project Account in the amounts and terms set forth in the Special Part.

(2)      ANI will be in charge of giving instructions to the Trustee for the use of these resources, which in any case must be destined to attend to the activities related to the supervision and supervision of the Contract.

(3)      The funds available in the Supervision and Supervision Subaccount shall be used to make payments to the supervision and supervision of the contract. In order for the Trustee to make each payment, it shall always be required the corresponding Notification by ANI.

(4)      The remaining resources of this Subaccount, which were not necessary for the payment to the Comptroller or the Supervisor of the Contract, upon termination of the Contract, may be transferred to the ANI Surplus Subaccount, upon express and written instruction of ANI.

(5)      The yields from treasury operations charged to the resources of this subaccount will be transferred monthly to the Minor Works Subaccount.

(v)  Contractual Support Subaccount:

ti)      The Contractual Support Subaccount will be created with the execution of the Commercial Trust Agreement and will be funded with the resources of the Project Account, in the amounts and terms indicated in the Special Part.

(2)      The financial yields from treasury operations charged to the resources of this subaccount will be transferred monthly to the Minor Works Subaccount.

(3)      ANI will be in charge of instructing the Fiduciaria pam the use of these resources, which in any case must be destined to cover the necessary costs and expenses -which according to this Contract correspond to activities in charge of ANI- of technicians and auditors, to attend to the technical follow-up, processing, support for the management, control and/or supervision related to the obtaining of Environmental Licenses and





prior consultation procedures and permits required for the proper execution of the Project.

(4)     The Fiduciary must request the supports to ANI (such as copies of contracts, invoices, collection accounts, etc.), in order to execute the transfer.

(vi)  Subaccount Friendly Composition.

(i)     The Amicable Ownership Subaccount of the API Account will be created with the execution of the Commercial Trust Agreement, and will be funded with the resources of the Project Account in the amounts and terms set forth in the Special Part.

(2)     ANI shall be in charge of giving instructions to the Trustee for the use of such resources, which in any case shall be destined to attend as a priority the activities related to the Amicable Settlement of the Contract under the terms set forth in Section 15.1 of this General PartC. If there are surplus resources in this Subaccount or in the event that the Concessionaire does not accept the Amicable Composite Settlement as a mandatory dispute resolution mechanism, within the term provided in Section 15.1(n) of this General Part, the resources of the Amicable Settlement Subaccount may be used for the payment of arbitrators' fees and other common expenses incurred in connection with the convening of the Arbitration Court, as well as for the expenses of any other alternative dispute resolution mechanism to which the Bonds agree to resort at the a dispute arises.

(3)     The Amicable Composite Composite Composite Composite Composite Composite Subaccount shall be the beneficiaries of payments from the Amicable Composite Composite Subaccount. The resources available in the Amicable Settlement Subaccount shall be used to make payments to the Amicable Settlor of the Contract as provided in Section 15.1(i) of this General Part.

(4)     The remaining resources of this Subaccount, which are not necessary for the payments of the Amigable Component, may be transferred to the ANI Surplus Subaccount, upon ANA's express and written instruction.



(5)    Income from treasury operations charged to the resources of this subaccount will be transferred monthly to the Minor Works Subaccount.

(vii) ANI Surplus Subaccount.

(1)    The ANI Surplus Subaccount of the ANI Account will be created with the execution of the Commercial Trust Agreement and will be funded with the surpluses or remainders of other subaccounts, as applicable, and the other resources that, in accordance with this Agreement, must be transferred to the ANI Surplus Subaccount.

(2)    The resources available in the ANI Surplus Subaccount shall be used as instructed by ANI by means of a Notice to the Trustee, to attend to the risks for which ANI is responsible, in accordance with the terms set forth in this Agreement.

(3)    The yields of the treasury operations carried out with charge to the resources of this subaccount will be transferred monthly to the Minor Works Subaccount.

(4)    In the event of liquidation, the resources available in this subaccount will be used to belong to ANI.

(viii) Subcucnta of Income from Commercial Operations.

(i)    The Commercial Operating Income Subaccount shall be divided into subaccounts for each Functional Unit of the Project. In each of the sub-accounts per Functional Unit shall be recorded the amount resulting from multiplying the Commercial Operating Income, -after deducting the 2.2% referred to in Section 1.86 of this General Part- by the percentage of participation corresponding to respective Functional Unit, percentage established in the Special Part.

(2)    The Commercial Operating Revenues Subaccount of the ANI Account will be created with the execution of the Commercial Trust , and will be funded with the proceeds of the effective collection of Commercial Operating Revenues.

(3)    The Concessionaire shall have the obligation to record monthly, within the first five (5) days of each month, the value of the Commercial Operating Revenues.





actually collected in the previous Month to the Commercial Operating Revenues Subaccount. If the day of the appropriation is a non-business day, the appropriation will be made on the next Business Day.

(4)    The amount to be consigned by the Concessionaire shall be the amount resulting from the rendering of Additional Services. For the corresponding verification, the Concessionaire shall send to the Controller, within the first five (5) days of each month, a copy of all the receipts actually received in the previous month for Additional Services.

(5)    From the moment the amounts corresponding to Commercial Operating Income are transferred until
the time at which the right becomes enforceable in favor of the                    )
The Concessionaire to which resources are transferred or the Project Account -after deducting the 2.2% referred to in Section 1.86 of this Part, as well the Deductions and Discounts-, for having caused the Remuneration -or the Special Compensation, when applicable- under the terms of the prescribed Contract, such amounts shall be kept available in the Commercial Operating Income Subaccount and shall be administered exclusively under instructions from ANI.

(6)    The Commercial Trust Agreement shall clearly and expressly state that if this Agreement is terminated early for any reason, all sums available in the Commercial Operating Income Subaccount shall be delivered immediately and without delay to ANI.

(7)    Income from treasury operations charged to the resources of this subaccount will be credited to  subaccount.

(ix)  Subaccount Minor Obrns.

(1)    The Minor Works Subaccount of the ANI Account will be created with the execution of the Commercial Trust Agreement and will be funded with the financial yields of all the subaccounts of the ANI Account, with the exception of the yields of the Toll Collection Subaccount and the Commercial Operating Income Subaccount, which will be credited to the respective subaccounts.



(2)     The resources available in the Minor Works Subaccount shall be used, as instructed by ANI by Notice to the Trustee, to cover the expenses incurred by ANI to meet the risk described in Section 13.3(o) of this General Part.

(3)     The yields of treasury carried out with charge to the resources of this subaccount shall be credited to the subaccount. In the event of liquidation, the resources available in this subaccount shall belong to ANI.

## 3.15   Terms and conditions of obligatory inclusion in the Commercial Trust Agreement

(a)     Incorporation: the Concession Agreement shall be deemed to be fully incorporated into the Indenture.   such, all obligations of the Trustee incorporated in the Indenture shall be assumed by the Trustee upon execution of the Indenture. The Fiduciary shall be liable for the damages that the breach of such obligations may cause to ANI. For its part, the Concessionaire shall be liable to ANI if the non-incorporation of such obligations causes damages to ANI.

.(b)     Term: The term of the Mercantile Trust Contract shall include the term of the Reversion Stage and shall extend until the completion of the Liquidation of this Contract.

.(c)     Fiduciary Commission: the Fiduciary Commission shall be freely agreed between the Concessionaire and the Fiduciary, but in no case may this commission be discounted either totally or partially from the amounts (including their yields) that are in the ANI Account including their respective Subaccounts, nor from the Predios, Redes and Compensaciones Ambientales Subaccounts.

(d)     Fiduciary Committee: ANI shall attend each and every one of the meetings held by the Fiduciary Committee with voice, but without vote in the decision making that is submitted therein for consideration. For purposes of clarity, it is specified that the attendance of ANI to the meetings of the Trust Committee shall not be considered as an acceptance or approval by ANI of the decisions taken within the framework of each meeting of the Committee, nor shall the provisions presented or adopted the members of the Trust Committee be notified.

(e)     VARIOUS

(i)     The Commercial Trust Agreement may not be revoked by the Grantee and/or the Trustee;



(ii) Nor may it be modified or terminated without the prior, express and written authorization of ANI, which authorization shall be given in any case when the modification does not imply a breach of the stipulations agreed in the Contract. The only modifications that shall not require prior information and approval of ANI shall be related to the value of the Fiduciary Commission, provided that the provisions of the Contract are complied with;

(iii) The Concessionaire and the Trustee shall be liable to ANI for the breach of their respective obligations or for the disregard of the rights set forth in the Contract or in the applicable law; and

(iv) The Commercial Trust Agreement shall expressly provide that the Trustee undertakes to comply with each and every one of its obligations under the Agreement.

(f)    Termination: The Early Termination of the Contract shall give rise to the early termination of the Commercial Trust Contract, provided that the liquidation of the Contract has been completed or has become final and the final report has been approved by ANI and the Comptroller. The foregoing, unless the Lenders decide and the Lenders' representative so notifies ANI.

(g)    No fraud: the Commercial Trust must expressly state that the Trust is not constituted in fraud of the Concessionaire's creditors or of any of its shareholders.

(h)    Prcvalence: The stipulations of the Commercial Trust Contract that contradict the provisions of the Contract shall be deemed unwritten and ANI may, at any time during the execution of the Contract, request the modification of the same in order to adjust it to the provisions of the Contract.

(i)    Audit: ANI and/or the Comptroller shall out a permanent control over the Autonomous Equity, its accounts and subaccounts, for which purpose it shall be agreed in the Commercial Trust Agreement that the Trustee shall provide all the necessary support to ANI and/or the Comptroller so that it may carry out its audit work, under the terms required by ANI. In order to comply with this right, ANI and/or the Comptroller may request from the Fiduciary all the information deemed appropriate, all the supports of payments made by the Autonomous Equity and address the concerns of ANI and/or the Comptroller through the manager that administers the Autonomous Equity and the other persons that in the judgment of the manager are competent to answer ANI's concerns. The right to audit the Autonomous Equity may not be limited by the Concessionaire or the Trustee. The Contract Supervisor and/or the Comptroller may exercise the right to visit for auditing purposes at any time, without prior notice to the Trustee or the Concessionaire. The Trustee shall provide a suitable place and the necessary tools for the audit to be carried out.



(@)   Special Obligations of the Trustee: The Trustee shall promptly make Discounts and Deductions from Remuneration, and Special Compensation where applicable, in accordance with the provisions of this Indenture.

(k) External Auditor: The Trustee shall appoint an external auditor of the Trust Patrimony paid from the Trust Commission, to review and audit the accounts and subaccounts and the financial information delivered in execution of the Commercial Trust Agreement during its entire term. The external auditor of the Autonomous Patrimony must be an auditing firm of recognized reputation that renders its services at an international level, that is to say, that renders its auditing services in at least two countries other than Colombia.

(l)   Information: Independently of the audit right of ANI and the Interventor and the right to directly request information, reports and certifications from the Trustee in the form, formats, protocols and times defined by ANI for each case, the Trustee must submit at least the information specified below, in the form, p)azos and formats established by ANI for each case:

(i)   P.n the terms set forth in the Contract, it shall report to ANI and to the Comptroller the entry  the Concessionaire's Equity Drawings, as well as the periodic compliance with the contributions that the Concessionaire must make according to the Equity Drawings schedule.

(ii)   Within the terms set forth in the Contract, it shall report to ANI and to the Comptroller the entry of the resources indicated in the Contract to all the Subaccounts of the ANI Account, as well as to the Subaccounts Predios, Compensaciones Ambientales and Redes.

(iii)   On a monthly basis, the first ten (10) days, report the income and expenses (including specific destination) of the ANI Account and its Subaccounts.

(iv)   On a monthly basis, during the Pre-operational Stage, within the first ten (10) days, report the income and expenses (including specific destination) of the Predios Subaccount, specifying, among others, identification of the Predio, beneficiary, concept, value, date of payment, balances, etc.

(v)   On a monthly basis, during the Preoperative Stage, within *the* first ten (10) Days, report the income and expenses (including specific destination) of the Networks Subaccount and the Environmental Compensations Subaccount.

(vi) Certify to ANI the values corresponding Toll Collection, Commercial Operation Income, investments made by the Concessionaire, ANI Contributions or any type of information required. This certification



must be delivered within five (5) days from the date of notification of the request.

    (vii)  Within the following five (5) days, report to the ANI and the Interventor the income from Debt Resources and Equity Resources.

(viii)  Within ninety (90) days following the date of execution of the Reversion Act, the Fiduciuia shall submit to ANI a detailed report on the status of the Autonomous Patrimony as of said date. This report shall serve as the basis for the liquidation of the Contract.

(ix)  Every fifteen (15) days, within the first fifteen (15) days, submit a general report on the operation of the Autonomous Patrimony.

(x)  On a monthly basis, within the first fifteen (15) Dtas, submit a report on the costs and expenses of the Concessionaire, duly discriminated by operation and maintenance and investment activities.

(xi)  Without prejudice to the provisions of the Financial Superintendency of Colombia, deliver to ANI the audited financial statements of the Autonomous Equity, with cuts as of December 31 and June 30 of each year. The audit must be carried out by an external auditor that renders its services internationally, that is to say, that renders its auditing services in at least two countries other than Colombia. This documentation must be delivered within the first ten (10) days of the months of September and March of each year.

(m)  Replacement of the Trustee: The Concessionaire may, during the execution of the Contract, change the Trustee in charge of the management of the Autonomous Equity, provided that the new Trustee complies with the characteristics required in this Contract and fully adopts the minutes of the Commercial Trust Contract accepted by ANI, which may request the opinion of the Comptroller's Office. In any case ANI must approve the change, for which it shall have a term of thirty (30) days from the communication notifying the change, after which the change shall be deemed approved. Likewise, ANI may request the removal of the Trustee when in its opinion or that of the Comptroller, the Trustee does not comply with its obligation to allow ANI and the Comptroller to exercise their rights to audit the Autonomous Equity, in accordance with the provisions of this Contract.

### 3.16  Tax Change

(a)      The economic impact generated by a tax change will be borne by the companies that are
               Parts annually,  follows:



(Í) If the variation in the value of the taxes effectively paid by the Concessionaire for a given calendar year (January to December), originated by the Tax Change, does not exceed positively or negatively an amount equivalent to three percent (3%) of the value of the gross income of the Concessionaire corresponding to the same calendar year, the economic impact will be assumed by the Concessionaire, at its own risk.

(ii) If the variation in the value of taxes effectively paid by the Concessionaire, originated by the Tax Change, generates an unfavorable effect for the Concessionaire that exceeds three percent (3%) of such gross income of the corresponding calendar year, the Concessionaire may request ANI to recognize the difference that exceeds such percentage.

(iii) If the variation in the value of the taxes originated by the Tax Change generates a favorable effect for the Concessionaire that exceeds three percent (3%) of the gross income of the corresponding calendar year, ANI may request the Concessionaire to recognize the difference, insofar it exceeds such percentage.

(b) The Party that considers that there is a claim shall submit a request to the other Party to establish the amounts due in accordance with the preceding paragraphs within one hundred (100) days after the end of the corresponding calendar year.

(c) If the Parties fail to reach an agreement within sixty (60) Days after either Party sends a NOtification to the other Party stating that, in its opinion, one of the situations described in Sections 3.16(a)(ii) and 3.16(a)(iii) above has , the Amicable Conciliator may be called upon. The decision shall be valid only for the calendar year to which the complaint refers,

(d) For purposes of calculating the impact of the Change 'I'ributai'io, changes in taxes levied on income will not be taken into account.

(e) <u>Change in IFRS</u>

(i) If the variation in the value of the income tax effectively paid by the Concessionaire (directly or through the Autonomous Equity), originated by the IFRS Variation, generates an unfavorable effect for the Concessionaire, the Concessionaire may request ANI to recognize the difference in accordance with the provisions of Section 7.2(d)(iv) of this General Part. The payment made by ANI pursuant to the foregoing shall be understood as a transitory liquidity provided by ANI, to be returned -adjusted with the variation of the CPI- by the Concessionaire under the terms set forth below.

(ii)   For purposes of establishing the amount of the IFRS Variation, the Concessionaire must submit to ANI, with a copy to the Comptroller, within twenty (20) days following the date of payment of the income tax corresponding to each calendar year of execution of the Contract in which an IFRS Variation occurs, the financial statements with which such income tax was settled. Additionally, it shall submit the financial statements that would have corresponded to the same fiscal year, if the IFRS Variation had not occurred. All these financial statements must be audited by an independent auditor that renders its services at an international level, that is to say, that renders its services in at least two countries other than Colombia.

(iii)   At the time of the request for recognition of the difference described in the previous Section, the Concessionaire shall submit a proposal regarding the form and term for the return of such resources to ANI. Said proposal shall consider that the total refund shall be completed under conditions set forth below:

   (1)   For the requests for IFRS Variation Recognition that are submitted prior to the expiration of the tenth year counted from the Commencement Date, the return of the resources may not begin after the expiration of the eleventh year counted from the Commencement Date.

   (2)   The refund may be made in annual payments commencing on the minimum term set forth in Section 3.16(e)(iii)(l) above, provided that each payment shall be equal to the division of the IFRS Variation by the number of payments proposed by the Grantee.

   (3)   In no case may payments be proposed to you after the expiration of the twenty-fifth year from the Commencement Date.

   (4)   For requests for recognition of IFRS Variation submitted after the expiration of the tenth year of the                                                    !
submitted after the expiration of the tenth year of the year
counted from the Commencement Date, the return of the resources may not commence after the three hundred and sixty-fifth (365) Day counted from the date ANI has paid the respective IFRS Variation to the Concessionaire. The provisions of Sections 3.16(e)(iii)(2) and 3.16(e)(iii)(3) above shall apply to these refunds.

(iv)   If ANI does not accept the amount of the IFRS Variation that emerges from the financial statements submitted by the Concessionaire and the Parties do not reach an agreement, the Amigable Componedo will be resorted to.



(v)   I.he sums returned to ANI by the Concessionaire shall be deposited in the ANI Surplus Subaccount and shall be used for the purposes set forth in this Contract for such subaccount.

(vi)  If, for any reason, this Contract is terminated without the total refund of the amounts paid by ANI under the IFRS Variation, the unpaid balance shall be included within the D&M variable foreseen in the settlement formulas included in Section 18.3 of this General Part.



## CHAPTER IV          PREOPERATIONAL STAGE -

### 4.1    Conditions Precedent for Commencement of the Preconstruction Phase

These are conditions precedent for the commencement of the Preconstruction Phase of the Contract:

(a)    The execution of the Commencement Deed complies with the provisions of Section 2.3 of this General Part.

(b)    Regarding the infrastructure designated to be delivered by ANI, directly or indirectly, at the beginning of the Contract, it must also have subscribed the Operation and Maintenance Contract during the Preoperative Stage or state the condition that it will perform the related obligations directly.

(c)    Designate the Project Director.

(d)    The others indicated in the Special Part.

### 4.2    Principle Obligations of the Concessionaire during the Preconstruction Phase

Without prejudice to the other obligations set forth elsewhere in this Contract, or in its Appendices and/or Annexes, the Concessionaire shall have the following obligations during the Preconstruction Phase:

(a)    Obtain financing for the Project in accordance with the terms of Section 3.7 and obtain the Financial CieiTe in accordance with the provisions of Section 3.8 of this General Part.

(b)    To make the Equity Transfers to the Autonomous Patrimony under the terms of the Section 3.9 of this General Part.

(c)    Fund the subaccounts of the Autonomous Patrimony that so require, in the terms and amounts set forth in the Contract, an obligation that also applies to Construction Phase and the Operation and Maintenance Stage.

(d)    Enter into the Design and Construction Contracts at the time and under the terms indicated in the Contract.

(e)    Submit the Land Acquisition Plan. This plan shall have sufficient illustration of activities and timing so that the Comptroller can make a judgment as to the time frame within which the plan will be implemented. The delivery of this Plan shall be made within the time frame indicated in Technical Appendix 7.



(f)    Submit the Socioeconomic Compensation Plan. This plan must have sufficient illustration of the activities and times, so that the Comptroller can make a judgment about the terms in which said plan will be  in accordance with the obtaining of the land inputs and the development of acquisition process of the Predios.

(g)    Prepare and submit for review by the Comptroller, the Layout and Geometric Design Studies **of all the** Functional Units, **within the maximum** term provided Section 6.1(a) of this General Part.

(h)    After obtaining the no objection of the Comptroller on the Layout and Geometric Design Studies, submit for the Comptroller's review, within the maximum term indicated in Section 6.1(b) of this General Part, the Detailed Studies of the Interventions of the Functional Units whose execution must begin at the beginning of the Construction Phase, in  with the Works Plan.

(i)    Submit the information required in the Contract and its Appendices on the stipulated dates, in the defined formats and using the information systems established by ANI in each case. The above includes the delivery of documents in compliance with ANI Circular 0013 (or the regulations that modify, complement or supplement it).
and other instructions of ANI for the delivery of studies, plans and property folders. This obligation is also applicable for the Construction Phase, the Operation and Maintenance Stage, the Reversion Stage and until the liquidation of the Contract.

(j)    Establish under its own responsibility the need to obtain the necessary Environmental Licenses to carry out the Interventions.

(k)    To process and obtain before the Governmental and/or Environmental Authorities all permits, licenses, authorizations and concessions to carry out the Project and for the use and exploitation of natural resources and for the deposit of materials. Likewise, prepare all studies requested by such Authorities.

(l)    To carry out all the necessary property management in order to technically, legally and opportunely dispose and acquire the properties required for the development of the interventions, following the current regulations and the guidelines and indications of Technical Appendix 7, as well as the Property Acquisition Plan.

(m) Make an inventory of the Networks that may be affected by the Interventions, indicating the condition of the same and list all the Networks including those that have not been identified in Technical Appendix 5. At the end of the Construction Phase, this inventory shall be updated and guarantee that the Networks are at least in the same condition as those recorded.



in the initial inventory, except for the wear and tear of such Nets due to use and the passage of time. The management of the risks associated with the cost of moving or handling of Nets, as applicable, shall be in accordance with the provisions of this Agreement, particularly Section 8.2.

(n)     Submit to ANI and to the Interventor a plan for the transfer and/or management of Wdcs within the term specified in the Special Plan.

(0)     Deliver to ANI and the Comptroller, within the terms set forth in the Contract, the Works Plan that complies with the obligations set forth in the Contract, in particular with the provisions of Technical Appendix 9, with sufficient illustration of the times, so that the Comptroller may make a judgment about the terms in which the Interventions will be executed. The content of this Works Plan shall not modify in any case, any of the obligations foreseen in the Contract or in any of its Appendices and shall be consistent with the maximum operation start dates of each Functional Unit according to the Special Plan.

(p)     To receive the infrastructure of the Project under concession, on the date indicated by ANI, including the Toll Stations and the Weighing Stations in the state in ANI delivers it without any objection, and to assume, from its receipt, all the obligations of result provided for in this Contract and its Appendices. This receipt shall be recorded in a record duly signed by the Parties, which shall include an inventory of assets delivered and a description of the condition of such assets at the time of delivery (the "Concession Asset Inventory").

(q)     Submit to ANI and the Interventor the audited financial statements of the Concessionaire and the Autonomous Patrimony, as of December 31 and June 30 and not audited on a quarterly basis. The audit of said financial statements must be carried out by an independent auditor that renders its services at an international level, that is to say, that renders its services in at least two countries other than Colombia. Additionally, it must keep in its accounting clearly identified the income and expenses corresponding to each Functional Unit and must submit to ANI and to the Interventor a monthly report (within the first fifteen (15) days of the month) signed by its auditor on the criteria used by the Concessionaire to account for the accumulation of income and expenses by Functional Unit.

(r)     Give the corresponding notices to the competent traffic authorities and collaborate with them in the control of the use of vtas that have the purpose or effect of evasion and/or avoidance in the payment of tolls, an obligation that also applies to the Construction Phase and to the Stage     e O r                                            M  nimieuto. To this end, it shall, at its own cost, with the support and under the coordination of ANI, enter into an agreement with the competent traffic authorities and agree with them on the logistical support required to provide the service. In addition to these and other stipulations that may be agreed upon at the time, such agreement shall contain the following:

Page 96 dñ 225

       (i)       Procedures for inspection and verification of devices that allow remote Toll payment, when such equipment is available.

       (ii)     Communications protocol between the Concessionaire and the Highway .

       (iii)    Procedures for the prevention of the use of detours, shortcuts and in general to prevent the non-payment of tolls through the circulation of vehicles outside the road.

(s)      Collaborate with traffic authorities in the design and implementation of programs and projects for road education and road safety plans.

(t)      To legally defend assets that make up the infrastructure delivered in concession and the rights it has been granted, especially the defense and protection of the Project Corridor and the protection of the legal destination of the strips.

(u)      Allow ANI and/or the Comptroller to review the accounts of the Autonomous Equity, make the Trustee deliver the complete and truthful information requested by ANI and/or the Comptroller, so that controls may be carried out with the periodicity determined by ANI and/or the Comptroller to the Autonomous Equity. Non-delivery of information or incomplete delivery thereof shall be grounds for termination of the Commercial Trust Agreement and the Borrowers shall be notified.

(v)      Carry out the Operation and Maintenance of the Project, in accordance with the requirements set forth in Technical Appendix 2 and comply with the minimum level of service of the infrastructure foreseen for this Preconstruction Phase.

(w)     Based on the provisions of Article 7 of Resolution 237 of August 20, 2010 issued by the General Accounting Office of the Nation, submit to ANI within fifteen (15) days following the reporting period the duly completed and signed Forms Fni 112 A (Private Investment), Fm 57 (execution of resources) and Fm 112 B (Collection of Revenues), or those required in accordance with the Applicable Law.

(x)      To keep and keep updated a *zeglktzo* on the activities and steps taken before the Governmental Authorities that are necessary for the fulfillment of the obligations it is responsible for contained in this Contract. This record may be consulted by ANI and/or the Comptroller at any time, for which purpose they shall  notice to the Concessionaire two (2) Business Days prior to the date of consultation.

(y)      During the execution of the Contract, consideration must be given in all cases to the possibility that ANI may be affected by decisions of the Environmental Authority or other related authorities, and therefore the Concessionaire is obliged to inform the following

immediately to ANI, so that it may make use of the right of defense and the legal remedies within the applicable process. If this is not complied with, the Concessionaire shall be liable for the measures or actions to which ANI is compelled.

(z)     Annually update the Asset Inventory of the Concession and send this update to ANI within the first three (3) Months of each .

(m)     Design and deliver to ANI and the Interventor within the first ninety (90) days of this Phase, the following documents -in order that ANI and Interventor may verify that the documents are subject to the conditions set forth in this Contract-:

   (i)     A corporate governance manual to be applied by the Concessionaire during the entire term of the Concession. Said good governance manual shall conform at least to the following guidelines:

      (i)     Public disclosure of its corporate information on an Internet portal. The information shall at least contain:

         • Objectives, mission and vision.
         • Scope of the Project.
         • Corporate governance policies.
         • The structure, shareholder composition of the Concessionaire, changes of control, voting rights and procedures, composition of the management bodies.
         • Semiannual reports on the management of its main and changes in corporate strategy.
         • Information on possible conflicts of interest.
         • Technical, legal, financial and financial auditing and the annual corporate governance report.

      (2)     The above documents (except for the annual corporate governance report, which shall be published on the Internet portal no later than two (2) months after having been approved by the board of directors) shall be published on the Internet portal no later than six (6) months after the signing of the Contract.

      (3)     Public disclosure on its website of its financial information reported to the authorities or that is of public information, maximum two (2) months after having been approved by the board of directors.

      (4)     Adoption of a specific system that allows the board of directors and shareholders, in a timely and comprehensive manner, to be informed of information related to financial events.



extraordinary events of the company, such as: the need for a new investment, a capital loss, indemnities, litigation expenses, the need for an earmarking of funds or the need to draw on legal or voluntary reserves. These mechanisms will be reported to the Comptroller and the Supervisor of ANI as soon as they are adopted.

(5)     Appointment of an auditor or audit committee with independent members and that is a firm of recognized reputation that provides its auditing services at an international level, that is to say, that provides its auditing services in at least two countries other than Colombia. The Concessionaire shall inform the Intervenor and the Supervisor of ANI the name and contact information of the person or committee appointed for such purpose, within a maximum of six months.

(6) Mcscs after the signing of the Contract, and shall communicate each year the name and contact details of such person or committee no later than three (3) Months after having been approved by the board of directors.

(6)     Mechanisms to facilitate the prevention and management of conflicts of interest. Such mechanisms should include a steering committee with at least one independent director who has the capacity to hire an independent consultant to analyze the subject matter of the conflict.

(7)     Information instruments for all shareholders regardless of their level of participation.

(8)     Indicate the procedure for the selection of members of the Board of Directors that includes at least twenty-five percent (25%) of independent members. The independence   to in this Section is predicated of the persons who are not employees, officers or contractors of the Concessionaire, of the shareholders of the Concessionaire or of any of the Beneficial Owners.

(9}     Procurement procedures governed by principles of economy, transparency and good faith.

(t0)    Obligatory nature of the corporate governance manual and penalties for non-compliance.

(i i)   Appointment of a person (general secretary of the Concessionaire) or committee in charge of the monitoring and effective implementation of corporate governance requirements.

mentioned in this Chapter, which reports to the board of directors. directive and annually to ANI.

the documents mentioned in Sections (4) to (11) above shall be delivered to the Comptroller and the Supervisor of ANI no later than six (6) Months after the signing of the Contract, and each year any adjustments and/or supplements to such documents shall be delivered to the Comptroller and the Supervisor of ANI no later than three (3) Months after having been approved by the Board of Directors.

(ii)  An environmental and social responsibility plan applicable to the execution of the Project during the entire term of this Contract, in accordance with Global Reporting Initiative (https://www.globalreporting.org). In this plan the Concessionaire shall describe the mechanisms - additional to the obligations contained in this Contract - that it decides to implement related to social investment in the communities affected by the Project, road education plans for the communities affected by the Project, implementation of road safety measures to protect communities affected by the Project and environmental sustainability of the Project with respect to the natural resources of the community affected by the Project. And applicable, initiate the implementation of such plans. F.1 The environmental and social responsibility plan shall adopt the environmental and social standards and guidelines referred to in the Equator Principles -as long as they do not contravene Applicable Law- and shall provide the information derived from the application of such principles to the Lenders, the Comptroller and ANI.

(iii) A contingency and emergency plan that incorporates a risk reduction component and consults the guidelines of the risk management plans of the municipalities or departments of the area of direct influence of the concession where the investments will be made, all of this in line and in compliance with the provisions of Law 1523 of 2012. This plan will be applied by the Concessionaire during the entire term of the Concession.

(iv) Lin plan to implement, develop and execute preventive actions to avoid that any natural or legal person uses public or private entities that participate in the Project as an instrument for the laundering of assets and/or channeling of resources towards the financing of terrorism and/or acts of corruption, in compliance with the Applicable Law. This plan will be applied by the Concessionaire during the entire term of the Concession.

(bb) Conduct the study of the Project Corridor in the aspects associated with the components of the physical environment (including geological, geomorphological, agrological, hydrometeorological, hydrological, hydraulic, geotechnical aspects,  others), with the purpose of determining the locations in the corridor where the Project Corridor will be located.



critical or vulnerable areas that may hinder the monitoring and monitoring of such points and/or areas.

(ce) As a result of the above, prepare a monitoring and follow-up program indicating the types of measurements required, the specific equipment best suited to the site conditions, the location and depth of the instrumentation, the reading methodology and the presentation of information and decision making on the same, subject to verification by the Comptroller's Office.

### 4.3    ANI's Main Obligations during the Preconstruction Phase

(a)    Deliver the Project under concession to the Concessionaire, including the existing Weigh Stations and Toll Stations within the term indicated in Technical Appendix 1. This delivery will be made in the condition in which such assets are found, without any type of reservation, condition, objection or observation of the Concessionaire related to the condition of the infrastructure delivered being acceptable. The handover will be made by means of an act signed by ANI, the Concessionaire and the Comptroller.

(b)    To cooperate with the Concessionaire in the advancement of the proceedings before the Governmental Authorities, to obtain the necessary Licenses and Permits to start the Interventions.

(c)    To cooperate with the Concessionaire in the development of the Property Management, and to grant the Concessionaire the powers required for the proper development of the Property Management.

(d)    To develop all the necessary activities to carry out a control and follow-up of the Property Management carried out by the Concessionaire, the support and participation of the Auditor's Office.

(e)    Prepare and deliver to the Concessionaire a communication addressed to the registrars of public instruments in the area of influence of the Project notifying: (i) the existence of the Contract and the power of attorney; and (ii) the Concessionaire's power to act in the name and on behalf of ANI. Both the power of attorney and the communication referred to in this paragraph shall be delivered to the Concessionaire within three days.
(3) Business Days following the execution of the Minutes.

(f)    Make the corresponding contributions to the Contingency Fund under the terms and conditions approved by the Ministry of Finance and Public Credit.

(g)    Coordinate with the Concessionaire and the Concessionaires and the Concessionaires of Rcdes in relation to the inventory of the Networks and the eventual interventions to be made on them and sign, jointly with the Concessionaire, the minutes recording the inventory and condition of the same. The management of the risks associated with the cost of the transfer or handling, as the case may be, of the Networks, will be made by the Concessionaire.

in accordance with the provisions of this Agreement, in particular Section 8.2 of this Part General.

(h)     Delegate an ANI official or the Contract Supervisor to accompany the Concessionaire in the consultations with indigenous and Afro-descendant communities, and coordinate with the Ministry of the Interior the necessary procedures to advance and conclude these consultations, when required by law.

(i)     Inform the departmental and/or municipal authorities of the start of the Project within five (5) working days following the signing of the Start-up Deed.

(j)     Inform the Highway Police of the commencement of the Project within five days. (5) Business days following the execution of the Initiation Deed.

(k)     Request the Highway Police to comply with its obligations contained in the Law and in the existing agreements, when so requested by the Concessionaire by means of a Notification, an obligation that also applies to the Construction Phase and to the Operation and Maintenance Stage.

(l)     Request Highway Police to give the correct use to assets of the concession that are provided by it and to initiate, when appropriate, the pertinent legal actions when a , deviant use or mistreatment of such assets by the Highway Police is verified. This procedure will be carried out when the Concessionaire so requests by means of a Notification and provides the corresponding evidence, an obligation that also applies to the Construction Phase and to the Operation and Maintenance Stage.

(m)     Control, directly or through the Comptroller, the fulfillment of the obligations derived from the Agreement.

(n)     To subscribe, jointly with the Comptroller and the Concessionaire, the nctns and reports foreseen in the Contract.

4.4     Conditions Precedent for the Commencement of the Construction Phase

(a)     Having obtained the non-objection of the Layout and Geometric Design Studies of all the Functional Units, in accordance with the provisions of the Section 6.2 of this General Part.

(b)     Having obtained the non-objection of the Detailed Studies of the Interventions of the Functional Units whose execution must begin at the start of the Construction Phase in accordance with the Work Plan, in accordance with the provisions of Section 6.2 of this General Part.



(c)    To have executed the Construction Contract subject to provisions of CHAPTER V of this General Part.

(d)    ɛTo have completed the Financial Closing(s), as applicable under the terms of Section 3.8 of this General Part, and made the Equity Drawings expected to be disbursed in the Preconstruction Phase.

(e)    With respect to the Premises, the Concessionaire must (i) have acquired; or (ii) demonstrate that it has availability -understood as the tenure that allows the Concessionaire to physically access the premises- over forty percent (40%) (either by (i), (ii) or by the sum of both) of the effective length of the Premises necessary for the execution of the first Functional Unit whose Interventions must be undertaken at the beginning of the Construction Phase in accordance with the Works Plan. The above percentage may be higher, if so defined between the Concessionaire and the Lenders.

(f)    To have obtained the Licenses and Permits -including the Environmental License, if applicable- required by the Governmental Authority and by the Environmental Authority for the commencement of the Interventions of the first Functional Unit referred to in Section 4.4(e), required under the Applicable Law of Licenses and/or Permits.

(g) With respect to compliance with the process of prior consultation with ethnic communities, in those cases in which it is applicable for the start of Interventions of the Functional Units to be undertaken at the beginning of the Construction Phase, to have reached the definitive and signed agreements by the Ministry of the Interior.

(h)    To have complied with the obligations set forth in the Appendices and Annexes of the Contract that must be fulfilled during the Preconstruction Phase.

(i)    Obtain and maintain in force the guarantees referred to in CHAPTER XII of this Part.

(j)    Fondenr .the subaccounts of the Autonomous Patrimony that so require, in accordance the provisions of this Contract.


4.5    Main Obligations of the Concessionaire during the Construction Phase

(a)    Comply with all the obligations corresponding to the Construction Phase included in the different Appendices and Annexes, and in the various Sections and Chapters of the Contract.

(b)    To carry out the Interventions in accordance with the provisions of the Contract and its Appendices, for which it shall be governed in  performance, qualities

of the works, and in general all technical aspects, by the provisions of the Contract and its Annexes and Appendices and in the Works Plan.

(c)    To carry out the Operation and Maintenance of the Project, including that of those Functional Units for which the Functional Unit Termination Act or the Functional Unit Partial Termination Act -as applicable- has been subscribed, in accordance with the requirements set forth Technical Appendix 2.

(d)    To obtain and maintain in force the guarantees to in CHAPTER XII of this General Part.

(e)    Ensure that the Contractors: (i) obtain and keep in force the guarantees required in this Contract; (ii) maintain all the equipment, materials and ol personnel they need for the execution of the works and activities corresponding to the contracted object; (iii) comply with the labor and professional risk regulations in force; (iv) comply with the schedules and deadlines for the execution the corresponding works; (v) comply with the investment plans of resources provided by the Concessionaire for the adequate execution of the contracted activities and (vi) comply with the environmental and social obligations established in the Environmental Licenses and other permits, authorizations and commitments issued by the competent authorities.

(f)    1 "To from the Governmental and/or Environmental Authorities all permits, licenses, authorizations and concessions to carry out the Interventions of each Functional Unit and for the use and exploitation of natural resources and for the deposit of materials. Likewise, prepare all the studies requested by the Environmental Authority, necessary for the processing and obtaining of the Environmental License(s) or those additional studies requested by the Environmental Authority or any other Governmental Authority during the execution of the Project, as well assume all the costs and time required for the performance of such studies.

(g)    To attend in a timely and complete manner the requirements of the Governmental Authorities, including the requirements of the Environmental Authority.

(h)    Organize and carry out the works in such a way that the procedures used comply with the applicable environmental provisions. Any contravention of such provisions shall be the responsibility of the Concessionaire. The Comptroller or ANI may order the modification of procedures or the suspension of the works, for this reason, without this implying an extension of the contractual terms or generating any compensation in favor of the Concessionaire.

(i)    To avoid the imposition of fines on ANI for non-compliance attributable to the Concessionaire environmental and/or social management and/or environmental and/or social management provisions.



other Law Applicable to the Project, and in the event of any penalty, fine or indemnity payable by ANI as a consequence of the Concessionaire's noncompliance, the Concessionaire shall hold ANI harmless for any of these concepts.

(j)     To sign the various minutes provided for in the Contract and its Appendices, jointly with the ANI Supervisor and/or the Comptroller in accordance with the provisions of the Contract and its Appendices.

(k)     Cooperate with the employees, advisors or agents determined by ANI, with the Comptroller, with other contractors that develop works in the area of influence of the Project and with the control entities to carry out activities of study, analysis or inspection of the execution of the Contract and for the other functions that correspond to them for which, among others, it shall deliver all the information, reasonably required, related to the execution of the Contract.

(l)     Avoid the revocation, for causes attributable to the Concessionaire, of any of the permits, licenses or governmental approvals required for the execution of the Contract.

(m)    Coordinate with ANI the procedures before the entities that own the affected Networks to the Traxing and Gcometric Discfecting Studies and Detail Studies, so that the transfers and any other management that may be required may be carried out - or carry out the corresponding transfers as agreed with the respective owning entity.

(n)    Perform the Property Management in such a way that before starting the Interventions of each Functional Unit, the Concessionaire must at least (i) have acquired; or (ii) demonstrate that it has availability -understood as the tenure that allows the Concessionaire to physically access the land- of forty percent (40%) (either by (i), (ii) or by the sum of both) of effective length of the Predios ncccsarios for the execution of the respective Functional Unit. The foregoing percentage may be higher, if so defined between the Concessionaire and the Lenders.

(0)    Establish, document and maintain a quality management system as a means to ensure compliance with its obligations, including the delivery of reports requested by ANI, including the completion of forms for reporting and monitoring activities related to climate change events, among others.

(p)    Pay the Fines and/or Penalty Clause agreed in the Contract or accept the Discounts of these Fines or Penalty Clause from the balances in its favor.

(q)    Submit to ANI and the Comptroller the audited financial statements of the Concessionaire and the Autonomous Patrimony (including those of the Autonomous Patrimony).

The external audit must be carried out by a reputable auditing firm that renders its services at , that is to say, that renders its services in at least two countries other than Colombia. The external audit must be carried out by a reputable auditing firm that renders its services at an international level, that is to say, that renders its services in at two countries other than Colombia. Additionally, it shall keep in its accounting clearly identified the income and expenses corresponding to each Functional Unit and shall submit to ANI and to the Interventor a monthly report (within the first fifteen (15) days of the month) signed by its auditor on the criteria used by the Concessionaire to account for the accumulation of income and expenses by Functional Unit.

(r)    Deliver to the satisfaction of the Interventor and the ANI the executed Interventions within the terms foreseen in the Works Plan and be responsible for their quality and stability the terms foreseen in the Contract and its Appendices.

(s)    Collaborate with traffic authorities in the design and implementation of programs and projects for road education and road safety plans.

(t)    To defend the assets that make up the Project's road infrastructure and rights granted to the Concessionaire, especially the defense and protection of the Project's Corridor and the protection of the legal degtination of the strips.

(u)    Based on the provisions Article 7 of Resolution 237 of August 20, 2010 issued by the General Accounting Office of the Nation, submit to ANI within fifteen (15) days following the  period the Forms Fm 112 A (Private Investment), km 57 (execution of resources) and Fm 112 B (Toll Collection) -or those required in accordance with the Applicable Law- duly filled out and signed, forms that are attached to this Contract.

(v)    Keep and maintain an updated record of the activities and steps taken before the Governmental Authorities that are necessary for the fulfillment of its obligations under this Contract. This record may be consulted by ANI and/or the Comptroller at any time, for which they shall give notice to the Concessionaire two (2) Business Days prior to the date of consultation.

    (w)    Annually update the Asset Inventory of the Concession and send such update to the ANf within the first three (3) months of each year.

(x)    Implement the corporate governance manual and the environmental and social responsibility plans and contingency and emergency plan.

(y)    To implement the instrumentation and monitoring of the sites previously defined in Preconstruction Phase, accordance with the provisions of Sections 4.2(bb) and 4.2(cc) of this General Part, and to initiate the reporting of the information (whose periodicity of reports will depend the hydro-meteorological conditions).





with a view to follow-up and monitoring for the prevention of events associated with nature the Project Corridor, generating timely warnings and executing the necessary prevention and/or mitigation works, subject to verification by the Comptroller's Office. This obligation is also applicable to the Operation and Maintenance Stage.

## 4.6  ANI's Main Obligations during the Construction Phase

(a)  To make the ANI Contributions to the Autonomous Equity, in the amounts and within the terms set forth in the Special Part and to pay the remuneration and/or default interest, any, in accordance with the provisions Sections 3.6(b) and 3.6(d) of this General Part.

(b)  To carry out the budgetary procedures provided for in the Law in such a way as to ensure that, for all the corresponding fiscal years, the resources necessary to make the ANI Contributions to the Autonomous Equity are included in ANI's budget. In the event of omissions in the Nation's budgetary procedures that affect ANI's budget, ANI must ensure that such omission is remedied, without prejudice to the payment of interest, in with the provisions of Sections 3.6(b) and 3.6(d) of this General Part.

(c)  To sign, jointly with the Comptroller and the Concessionaire, the minutes and reports. provided for in the Contract that so require.

(d)  Develop all the necessary activities to control and follow up on the Concessionaire's property management, with the support and participation of the Comptroller's Office.

(e)  Control, directly or through the Comptroller, compliance with the obligations of the Concessionaire under Contract.

(Q  Make the corresponding contributions to the Contingency Fund under the terms and conditions approved by the Ministry of Finance and Public Credit.

(g)  To cooperate with the Concessionaire in the advancement of the procedures before the Governmental Authorities to obtain the necessary Licenses and Permits to start the Operations.

(h)  To cooperate with the Concessionaire in the advancement of the Property Management, through the granting the powers of attorney required for the due development of the Property Management, and the communication addressed to the registrars of public instruments of the Project's area of influence notifying: the existence of the Contract, the power of attorney and the Concessionaire's power to act on behalf of and represent ANI.

(i) Coordinate with the Concessionaire and the owners of the Networks, related to eventual Interventions to be made on the same.

@) Delegate an ANI official, who may be the Contract Supervisor, to accompany the Concessionaire in the consultations with the indigenous and Afro-descendant communities and coordinate with the competent Governmental Authority the necessary procedures to carry out and conclude these consultations.

(k) SOliCitate the Highway Police to comply with its obligations contained in the Law, when so requested by the Concessionaire by means of a Notification.

(l) Request the Highway Police to give correct use to assets of the concession that are administered by csta c initiate, when necessary, the legal actions that are pertinent when a wrongful use, a deviant use or mistreatment of such assets by the highway police is verified. For this purpose, an agreement must be made with the competent traffic authorities and the logistic support required for the provision of the service must be agreed upon with them.

(ru) Without prejudice to the provisions of Section 3.1(g) of this General Part, to order the Trustee to transfer the respective resources from the ANI Account to the Project Account of the Autonomous Equity in  with the provisions of this Agreement, as well as to order other transfers between accounts and subaccounts of the Autonomous Equity, when such transfers are provided for in this Agreement.


4.7    Effects of the Delay of the Work Plan

(a) If during the Construction Phase any of the circumstances catalogued in the Contract as Events Exempting from Liability or events attributable to ANI occur that affect the execution schedule of the Interventions, it shall be understood that Works Plan shall be displaced by a period equal to that of the suspension of the execution of the Interventions caused by the Event Exempting from Liability or due to causes attributable to ANI, provided that such suspension has been total. If the suspension only affects a portion of the Project, the Works Plan will be adjusted with respect to the affected portion only. Likewise, the Land may be adjusted, provided that it affected by a Liability Exonerating Event,

(b) If there are two (2) or more concurrent causes of delay and only one of them entitles the Concessionaire to an extension in the term, the Concessionaire shall be entitled to an extension equivalent to the term of the cause that entitles the Concessionaire to the extension. In this case, if the Parties are unable to agree on the extension term, the Amiable Composer shall define the extension term.

of the Works Plan so that only the impact of the delay caused by the ANI or by an Exempt Liability Event is into account for the extension.

(c)    The provisions of this Section 4.7 shall be without prejudice to the provisions of Section 14.1 of this General Part.

4.8    Procedure for requesting an extension of the deadline for the Works Plan

(z)    When a situation occurs that affects its ability to comply with the Works Plan, the Concessionaire must send a Notice to the Comptroller and ANI stating the cause that generates the delay, the impact and the estimated time in the Works Plan. Likewise, if the cause is generated by an Exempt Event of Responsibility or by ANI, it shall describe the event and give the why it considers that such cause is not attributable to it.

(b)    A copy of the Notice shall be sent to the Lenders' representative.

(c)    ANI and the Comptroller shall have maximum term of sixty (fi0) days to analyze the reasons given by the Concessionaire and issue a written opinion.

(d)    If there is agreement between the Parties as to the reasons of the Concessionaire and the impact on the Works Plan, the Parties shall mutually agree to modify the Works Plan within sixty (0) Days after the expiration of the period set forth in paragraph (c) above.

(e)    If there is no agreement between the Parties as to the reasons of the Concessionaire and/or the impact on the Works Plan, the Amiable Composer shall be called upon, within five (5) Days after the expiration of the term set forth in Section (c) above, to settle the dispute.

(f)    ANIs silence to the request for modification of the Works Plan made by the Concessionaire shall be understood as a negative answer that may be submitted, by the Concessionaire, to the decision of the Amigable Componedor.

(8)    The provisions of this Section 4.8 shall be without prejudice to the provisions of Section 14.1 of this General Part.

4.9    Additional Term without Penalties for the Concessionaire

(a)    Before the expiration of the term foreseen in the Works Plan to complete a Functional Unit, the Concessionaire may request an extension of such term, without the need to demonstrate that the need for extension is for reasons not attributable to it, and the following rules shall apply to such request





(i)    For each Day of additional term effectively required for the completion of the Functional Unit, a reduction of the Remuneration in favor of the Concessionaire shall be generated for the amount foreseen for such effect in the Special Part. The value of this reduction to the Remuneration does not correspond to a Deduction and, therefore, will not be taken into account for the purposes of calculating the maximum Deduction or the limit to the Deductions, provided for in the Special Part.

(ii)   The reduction shall be effective in the calculation of the Remuneration associated to the corresponding Functional Unit, for the first payment period. If it is not sufficient, it shall be discounted from the calculations applicable to subsequent periods.

(iii)  The extension of the term referred to in this Section shall have a maximum length of ninety (90) days.

(b)    The request must be submitted at least thirty (30) days prior to the date originally foreseen for the complete completion of the respective Functional Unit, by means of a Notice addressed to both ANI and the Comptroller and with a copy to the Lenders.

(c)    The request for extension of the term for the completion of a Functional Unit under the terms of Section, shall be accepted in any case by ANI, as long as it complies with the requirements established in this Section 4.9.

(d)    The application of the provisions of this Section 4.9 shall not constitute non-compliance nor shall it generate a penalty for the Concessionaire.

## 4.10   Commissioning of lris Functional Units

(a)    Once the works corresponding to a Functional Unit are completed by the Concessionaire and accepted by the Interventor and ANI, the corresponding Functional Unit Completion Act will be subscribed and they will be put into service during the Construction Phase, and the Operation and Maintenance obligations foreseen for the Functional Units already constructed will begin with respect to said works, as indicated Technical Appendix 2.

(b)    As of the Functional Unit Termination Act, the Remuneration associated with the corresponding Functional Unit will begin to be recognized (including the accumulated values that could not be accrued due to the pending termination of the corresponding Functional Unit, under the terms of the Special Part), which amount will be variable based on the Indicator Compliance Index as established Technical Appendix 4.



4.11    Technical Specifications and Quality of Interventions

(a)    Compliance with the Technical Specifications shall not exempt the Concessionaire from complying with and obtaining the results foreseen in the Contract and its Appendices.

(b)    Consequently, claim, nor request for extension of terms, nor requests for compensation derived from insufficiencies in the Technical Specifications, intended or real, will be accepted, since these specifications are minimum requirements that the Concessionaire shall deepen and improve as necessary to guarantee the achievement of results foreseen in the Contract and its Appendices.

(c)    The application of the provisions contained in the Technical Appendices generates obligations of result and not of means on the part of the Concessionaire. In any case, the Interventions shall comply with the Technical Specifications contained in said Appendices, especially in terms of quality, resistance and durability.

(d)    The Concessionaire, on its own initiative or at the request of the Comptroller, shall, at its own risk and expense, rectify to the satisfaction of ANI after verification by the Comptroller any technical errors it may have committed in compliance with the activities foreseen for the execution of the Contract.

(e)    During the entire Construction Phase, it will be the Concessionaire's responsibility to immediately warn the Comptroller of any type of error it detects and consequently, without prejudice to the applicability of the penalties and/or guarantees that may apply, the Concessionaire must correct, review and fix any defect, flaw or error that arises due to it. In the event that the defects, flaws or errors were not noticed during the Construction Phase, they must be corrected at the time they are identified during the Operation and Maintenance Stage and even during the term of the stability and quality policy.

(f)    If, during the performance of this Contract, there is a change in the Applicable Law that may in turn imply a change in the Technical Specifications, such modification shall not be mandatory for the Concessionaire, unless ANI so requires by means of a Notice, indicating the manner in which ANI will cover the higher costs -if applicable- involved in performance of the change in the Technical Specifications. If the modifications referred to in this Section do not imply higher costs, the iTtisms will be of mandatory compliance by Concessionaire, without the need any requirement by ANI.

(g)    It is the responsibility of the Concessionaire to detect and correct any errors that may be contained in the Technical Appendices, both in terms of compliance with the applicable regulations and in relationtothe sustainability of the infrastructure and the





services to be provided by the Concessionaire, under the terms of Section 4.12 of this General Part.

(h)     Disputes related to the provisions of this Section 4.11 shall be resolved by the Amiable Component.


### 4.12   Modification of the Technical Specifications

(a)     The Concessionaire shall propose to ANI -with a copy to the Comptroller- the necessary modifications to the Technical Specifications, provided that ANI finds that the Concessionaire is not able to meet the requirements:

    (i)     Any of the Technical Specifications prevent it from complying with the performance obligations set forth in the Concession Contract, or

    (ii)    When     the Dealer     finds     that   there is  incompatibility or contradiction between two or more Technical Specifications, or

    (iii)   When any of the Technical Specifications requires the performance of any activity that is strictly prohibited by the Applicable Law.

(b)     Incompatibility between Technical Specifications.

    (i)     It is understood that there is incompatibility between two Technical Specifications, when the execution or compliance with one of them,

        (1)     prevents the execution or performance of the otrn,
        (2)     destroys its results, or
        (3)     generates variations in the results.

    (ii)    In the event that -in the judgment of the Concessionaire- there are Specifications Techniques that are incompatible with each other, shall so indicate to ANI -with copy to Interventor-    at   a    document    at   at  in which          submit      the Technical Specifications that in its criterion are incompatible, together with a technical substantiation of the causes of its incompatibility and the consequences thereof. In such case, the Concessionaire shall propose the corresponding modification, stating in detail the technical variations that would be introduced. The risk for the higher or lower costs derived from the modification of the Technical Quality Specifications will be entirely borne by the Concessionaire. of the Dealer.

)

\*

(c)     Contradiction between Technical specifications

    (i)     It is understood that there is a contradiction between two Technical Specifications, when:



(1)    The Concession Contract or any of its Annexes or Appendices provide for different procedures for the performance of the same activity, expressly establishing a priority among the different documents to solve such contradiction, or

(2)    When different specifications are foreseen for the same object.

(ii)    In the event that -in the opinion of the Concessionaire- there are Technical Specifications that contradict each other, it shall so inform ANI -with copy to the Comptroller- in a document in which it shall present the Technical Specifications that in its opinion are contradictory, together a technical substantiation of the causes of the alleged contradiction. In such case, the Concessionaire shall indicate which part of the Technical Specifications it intends to implement in the execution of the Concession Contract, for which it shall take into account that in the event of contradiction of two different Technical Specifications, the one from which a higher quality of the work, equipment or system is derived, or a higher degree of service, shall be selected, without this implying in any case a variation in the Concessionaire's Remuneration, since it is an obligation in any case foreseen in the Contract.

(d)    Impossibility in Obtaining Results

(i)    The impossibility of obtaining results is considered to exist when the Concession Contract or its Appendices provide for the performance of a procedure or define the characteristics of a good or service in such a way that they do not allow the fulfillment of an obligation of result also provided for in Concession Contract or its Appendices.

(ii)    In the event that -in the opinion of the Concessionaire- there are Technical Specifications that prevent the fulfillment of the performance obligations set forth in the Concession Contract, the Concessionaire shall submit to ANI -with a copy to the Comptroller- a document stating which are the Technical Specifications that prevent it from complying with such performance , indicating in any case the modifications that should be introduced to obtain the results foreseen. The Concessionaire shall take into account that the proposed solution may not imply an increase in the Remuneration, since these are obligations of result to whose fulfillment it has been committed since the subscription of this Contract.

(e)    Conflict with the LawMplicabl



(i)    It is understood that there is a conflict between the Technical Specifications and the Applicable Law when compliance with the Technical Specifications results in an act or conduct prohibited by the Applicable Law in force at the time of submission of the Offer.

(iij There is no conflict between the Technical Specifications and the Applicable Law when the Technical Specifications require a higher quality of a work, equipment, good or system, or a higher level of service. In such a case, the provisions of the Technical Specifications shall apply.

(iii)  In the event that -in the Concessionaire's opinion- there are Technical Specifications in conflict with the Applicable Law, it shall submit to In ANI -with copy to the Interventor- a document stating:

    (i)          The Technical Specifications that are in conflict with the Applicable Law, indicating those norms that prohibit the conduct or acts established in the Concession Contract, for which it will propose an alternative that allows compliance with the Applicable Law without altering the levels of service or the quality of the goods, works, equipment and systems foreseen in the Contract, which will not generate additional Remuneration for the Concessionaire.

    (2)          Those that establish higher quality levels than those foreseen in the Contract for the services, works, goods, equipment or systems, in which case the Applicable Law will be applied at the full cost and expense of the Concessionaire.

(f)      Study of the Application by ANI

(i)    ANI will have a maximum period of twenty (20) days to analyze and give its opinion. response to the document submitted by the Concessionaire in which it is sustained technically the existence of a contradiction, incompatibility, impossibility of fulfillment of an obligation of result, or conflict with Applicable Law, which shall be counted as from the presentation of the modification request to ANI -with a copy to the Comptroller-. In the event that ANI remains silent within this term, the request shall be deemed denied.

(ii)   If the bid is not approved ANI and it is a specification that the Concessionaire considers essential to modify, in order to solve contradictions, incompatibilities and in any case, comply with the conditions established in the Contract and its Appendices and in the Applicable Law, it may resort to the Amigable Component, which will make its decision taking into account the criteria set forth in this Section 4.12.

4.13    Sources of materials

(a)    The Concessionaire shall be responsible for obtaining and maintaining, during the term of the Contract, the Licenses and Permits and/or concessions for the exploitation of the sources of materials, borrow areas and waste unloading areas, as well as the costs of leasing or acquisition of land, construction, improvement and maintenance of the access roads to the sources of materials and/or waste deposits and other expenses necessary for their execution and obtaining (including, without limitation, taxes, tolls or beach exit charges, etc.). All of the foregoing shall be in accordance with the provisions of this Agreement and its Appendices.

(b)    On the other hand, the Concessionaire will be responsible for the payment of any costs of exploitation of the sources of materials, the fees for the use of water, forced investments, the rights of use of borrow areas and their corresponding easements, the construction and maintenance of access roads to the waste areas, the right to exploit them and the environmental impact mitigation works that have been determined as necessary, as well as the transportation of the materials; all of which is understood to be included in the Concessionaire's Offer. This provision shall not be understood as a prohibition for the Concessionaire to acquire materials instead of producing them directly, in which case it shall verify that the third party that provides them complies with the standards and assumes the costs mentioned in this numeral, without prejudice to the Concessionaire's obligation to respond directly for such third parties.

4.14    P ueb       ns  o

(a)    The Concessionaire shall provide the Inspector or whoever ANI may indicate all the indispensable facilities to examine, measure and test the executed works as well as to provide the necessary and usual facilities in this type of operations to carry out the tests of the materials used.

(b)    The officials of the Interventoria, or those designated by ANI, including ANI's Supervisor, shall at all times have free access to the Project, to the sources of materials and to all workshops and places where work is being carried out for the execution of the Interventions; the Concessionaire shall accompany the Interventoria (if so requested) and provide all the facilities and all the corresponding assistance to make this right of inspection and supervision effective.

4.15    Location of equipment

(a)    The Concessionaire is obliged to place in a timely manner, at the site of the Interventions, all the equipment required for the timely, efficient and qualified performance of



its obligations. The Concessionaire shall be responsible for the adequacy of the roads and structures that may be necessary for the transportation of the same.

(b)     The verification by ANI or the Interventor of any equipment does not exempt the Concessionaire from the obligation to timely supply the necessary additional equipment, adequate in capacity and characteristics, to comply with the programs, deadlines and Technical Specifications.

## 4.16   Technical Report

During the execution of the Contract, the Concessionaire shall keep updated and available to the Comptroller and the ANI at all times a single Report published on the Internet or available on magnetic media, which shall include at least the following information related to the Interventions:

(a)     Table of works executed.

(b)     Technical reports that include, among others, the abscission, the transfer of networks, record plans, tests and trials, environmental, social and land management

(c)     Description of the studies performed.

(d)     Materials.

(e)     Drainage.

(f)     Camps.

(g)     Materials testing.

(h)     Equipment Testing.

(i)     Accidents on construction sites.

(j)     Remarks of the Comptroller.

(k)     Other eventualities in the development of works

## 4.17   Verification procedure

(a)     Verification of Functional Units:

(i)    For purposes of verification of the Interventions by the Comptroller and the ANI, the Concessionaire shall make such Interventions available to the Comptroller and the ANI by sending a Notice to which it shall attach a magnetic copy of the "technical" Report or indicate the electronic address for accessing the same.

(ii)   Once made available, the Comptroller and the ANI shall have a maximum term of sixty (60) days to verify the completion of the Functional Unit and, if applicable, to make requests for correction or supplementation if the Technical Specifications or any other provision of the Contract or its Appendices are not met, including that of acquiring all Premises associated with such Functional Unit, in accordance with the provisions of Technical Appendix 7. For purposes of the verification of the obligations contained in Technical Appendix 4, the respective Functional Unit shall comply with the minimum acceptance values for the Indicators identified in the Special Part, of those established in Technical Appendix 4.

**(iii)**  If there are no corrections or complements, the Functional Unit Completion Act or the Functional Unit Partial Completion Act -if applicable- shall be signed no later than ten (10) Business Days after the expiration of the verification period

(iv)   If the Comptroller and ANI find that the Functional Unit does not fully comply with the Technical Specifications or with any other stipulation of the Contract or its Appendices, it shall proceed as follows:

   (1)    except as provided in Section 4.17(a)(iv)(2) below, ANI shall notify the Concessionaire in order for it to correct the non-compliances within the maximum reasonable term that ANI shall specify by Notice, which term shall be considered as the Cure Period. If the Concessionaire does not agree with the requested corrections and/or adjustments, it shall so indicate to ANI within the following two (2) Days and shall resort to the Amigable Componedor to settle the dispute.

   (2)    If the Interventions of the respective Functional Unit, in spite of not complying with all the Technical Specifications, comply at least with (A) the minimum acceptance values for the Indicators referred to in the final part of Section 4.17(a)(ii) above, and (B) each and every one of the Technical Specifications identified for this event in Technical Appendix 1; the Functional Unit Termination Act -or the Functional Unit Partial Termination Act if applicable- shall be executed and the Remuneration or the Special Compensation shall begin to be accrued and paid, pursuant to





this Contract. However, if after one hundred and eighty (180) days from the execution of said Act, the Concessionaire has not fully complied with the Technical Specifications, the payment of the Remuneration shall be suspended until said Specifications are duly complied with. Additionally, if applicable, the corresponding Fines will be caused by the non-compliance with the Technical Specifications. Disputes arising from the application of the provisions of this Section shall be settled by the Amiable Composer.

(v)    No later than the expiration of the Curation Period, the Concessionaire shall make the Interventions (together with the Technical Report) available to ANI and the Comptroller for a second review, for which the Comptroller and ANI shall have fifteen (15) Business Days to verify that the Interventions comply with the adjustments requested in the first review. In this review, only the specific matters subject to correction may be addressed and no additional or different corrections may be requested with respect to matters not addressed in the initial review, notwithstanding the provisions of Section 4.17(d) of this General Part.

(vi)   If the second review verifies the Concessionaire's compliance with the Technical Specifications of the Functional Unit, the Functional Unit Termination Act or the Functional Unit Partial Termination Act, as the case may be, will be subscribed and no fines will be charged to the Concessionaire.

(vii)  If the Cure Period expires without the Concessionaire completing all the adjustments or corrections to the satisfaction of the Comptroller or the second review does not show compliance of the adjustments or corrections with the Technical Specifications, fines will be imposed on the Concessionaire, in the terms set forth in the Special Part of this Contract, until the Concessionaire corrects or adjusts the Interventions to the satisfaction of the Comptroller. When term indicated in the Special Part, counted from the expiration of the Cure Period, elapses without the noncompliance having been cured, ANI may apply Section 1.1 of this General Part, without prejudice to the rights of the Bidders. during this term the Comptroller and ANI must **be** available to make the verifications within fifteen (15) Business Days following the Notification sent by the Concessionaire. The Fines shall be suspended when the Concessionaire sends the Notification to ANI and the Comptroller. However, if it is verified, in the review, that the corrections and adjustments still do not comply with the Technical Specifications, the Fines will continue  be imposed retroactively to those days during which their imposition was suspended until compliance is achieved.

(viii) If the Concessionaire does not agree with the second review, it may request the intervention of the Amiable Component.

(b)    Completion of the Construction Phase:

(i)    The Construction Phase will end when the Functional Unit Completion Act corresponding to the Interventions of the last Functional Unit to be executed by the Concessionaire is subscribed.

(ii)   When such minutes are signed, it will be understood that the Pre-operational Stage has ended.

(c)    Silence eri the verification of the Interventions.

(i)    If the Intervener and ANI do not express their approval or disapproval during the terms provided, the Concessionaire shall again request the Intervener and ANI to express their approval or rejection within a maximum term of five (5) days. If within such term they have not expressed their opinion, it shall be understood that the Comptroller and ANI have answered in negative. To dispute this decision, the Concessionaire may convene the Amigable Componedor.

(d)    Scope of verification.

(i)    The verification made by the Comptroller and the ANI of the Interventions does not imply their definitive acceptance. Therefore, if after the execution of the Act of Completion of the Functional Unit, the Comptroller or ANI notices that the executed Interventions do not comply with any of the stipulations of the Contract, especially with the provisions of the Technical Specifications required at the time of their receipt and approval, the Concessionaire shall take immediate corrective measures, without prejudice to the application of the provisions of the Technical Specifications, the Concessionaire shall take immediate corrective measures, without prejudice to the application of Fines, in accordance with the provisions of the Special Part and the eventual affectation of the Compliance Index with the consequent Deduction of the value of the Retribution per Functional Unit.

(ii)   In any case, if a non-compliance with a specification is found after the Functional Unit Termination Act has been subscribed, it will not imply in any way that the Operation and Maintenance Stage will be suspended, nor that the disbursement of the Functional Unit Remuneration to the Concessionaire will be suspended.

(iii)  In no  shall it be understood that the execution of the Functional Unit Termination Act implies the exoneration of any of the liabilities



The Contractor's obligations under the Contract, especially with respect to the quality, consistency and durability of the Interventions.

4.18  Works Plan

(a)    The Concessionaire shall submit its Works Plan to the Comptroller and the ANI within the deadlines set forth in Technical Appendix 9 of this Contract.

(b)    The Works Plan to be entered into shall be reviewed by ANI and the Comptroller to verify that it allows compliance with the maximum terms for the execution of the Interventions set forth in this Contract. Once this procedure is completed, it will be mandatory for the Concessionaire.

(c)    ANI shall have a maximum term of fifteen (15) days to review the Works Plan, after which, if there is no pronouncement by ANI, it shall be understood that it finds it in accordance with the obligations set forth in this Contract. ANI may only review the consistency of this Plan with respect to the requirements contained in Technical Appendix 9 and the dates set forth in the Special Part of the Contract for the completion of the Interventions of each Functional Unit.

(d)    The Comptroller will verify the progress of the Interventions object of the Contract on a bimonthly basis and will leave a record of the percentage of work progress of each of the Functional Units, measurement to be made in accordance with the methodology defined by ANI; however, compliance with the works schedule will be verified on the date of completion of the Interventions to be indicated in the Works Plan.

(e)    If on the date foreseen for the completion of a Functional Unit, the Interventions are not completed, fines will be imposed on the Concessionaire unless the delay is due to Exempt Events or worse causes attributable to ANA



CHAPTER V     PREOPERATIONAL STAGE - DESIGN CONTRACTS, CONSTRUCTION AND

5.1     General

(a)     Design Contract: At any time from the execution of the Contract and the latest within the following month counted from the Commencement Date, the Concessionaire shall have executed with the Design Contractor one (1) Design Contract for the execution of the Layout and Geometric Design Studies and the Detailed Studies of the Interventions.

(b)     Construction Contract: At any time from the execution of the Contract and at the latest within two hundred and forty (240) Days counted from the Commencement Date, the Concessionaire shall have entered into with the Construction Contractor one (1) Construction Contract for the execution of the Interventions. The Social and Environmental Management as well as the Prcdial Management may be contracted with persons different from the Construction Contractor.

(c)     Operation and Maintenance Contract: The Concessionaire may or may not contract the Operation and Maintenance with third parties or do it directly. In any case, it will be its responsibility to  out all Maintenance Works necessary to comply with the Indicators and deliver the Project in the state foreseen in the Technical Appendix 1 at the time of Reversion.

(d)     The Concessionaire may merge the contracts referred to in this Section 5.1 into one or more contracts.

(e)     The hiring of the Design Contractor, the Construction Contractor or any other third party for the performance of the obligations of the Contract shall not imply in any way the delegation of responsibility of the Concessionaire before ANI for the full and timely performance of the obligations contained in the Contract, which shall remain with the Concessionaire.

5.2     Contractors

(a)     The minimum experience requirements to be met by the Contractor in charge of the execution of the Construction Contract shall be those set forth in the Special Part.

(b)     The Construction Contractor may accredit experience obtained under associative figures with third parties, including autonomous patrimonies, provided that the participation of the Contractor in such associative figure has been (during the whole of the



The experience acquired may be credited for at least twenty percent (20%), which case the experience acquired may be credited for one hundred percent (100%).

(c)    The Contractor (Design, Construction and Maintenance, as the case may be) may be a person - legal or natural - or a consortium, joint venture or any form of association permitted by law, composed of several legal and/or natural persons. In the case of the Construction Contractor that is a plural structure, the following shall apply
-As stated above, the persons that compose it may jointly accredit the experience requested in the Special Part by declaring under oath that the information they accredit is true and that those who accredit experience have a participation in the plural structure of at least twenty-five percent (25%).

(d)    Each Contractor must also provide the guarantees in  of the Concessionaire, which are sufficient to cover the fulfillment of its obligations under the respective contract (whether Design, Construction or Operation and Maintenance). The insured amounts may not be less the percentages established Decree 734 of 2012 for the Single Performance Bond, applied to the amounts of each of the Design, Construction and Operation and Maintenance Contracts.

(e)    In all cases, the Concessionaire shall remain liable to ANI for the performance of all the obligations contained in this Contract, including but not limited to those performed by the Contractors and their respective subcontractors, and shall hold ANI harmless for defaults and claims of the Contractors and subcontractors.

## 5.3    Certification and Verification

(a)    Before proceeding with their contracting, the Concessionaire shall accredit that the Contractors comply with the profile foreseen in the Special Part, by means of the submission of a sworn statement made before a notary public in which both the Concessionaire and the respective Contractor declare that said Contractor complies with the respective profile and list the projects executed that allow him to comply with said profile.

(b)    ANI will apply the principle of good faith regarding the information contained in the affidavit. However, it may require, at its discretion, the information it deems necessary to corroborate what is stated in the affidavit and, if it finds statements that do not coincide with reality, ANI will initiate the corresponding legal actions.

je) The foregoing shall not prevent the correction of eventual eiTerrors committed in good faith when filling out the declaration. If they are noticed, the Comptroller shall send a Notification to the Concessionaire requesting the correction of the same, within





five (5) Business Days following the date of delivery of the statement by the Dealer.

(d)     l he correction of the declaration must be made within five (5) Business Days following the Comptroller's Notification to that effect.

(e)     If the declaration contains incorrect information or if it is not submitted within the period specified in this paragraph, the penalties for non-compliance provided for in this Agreement shall apply.

## CHAPTER VI          PRE-OPERATIONAL STAGE - STUDIES AND DESIGNS

### 6.1   Presentation of the Studies

(a)     The Concessionaire must have prepared and delivered to the Comptroller the Layout and Geometric Design Studies for all the Functional Units, complying with the Technical Specifications, within two hundred and ten (210) Days following the Commencement Date.

(b)     In addition to the foregoing, the Concessionaire shall submit to the Comptroller, within the same term of two hundred and ten (210) Days, the Detail Studies corresponding to the Functional Units whose execution must begin at the beginning of the Construction Phase in accordance with the Works Plan.

(c)     For the Functional Units whose execution is to begin after the start of the Construction Phase, if any, the Detail Listings shall be submitted to the Comptroller no less than ninety (90) days prior to the date foreseen for the start of the Interventions, in accordance with the Work Plan.

(d)     In order to initiate the execution of any Intervention, the procedures set forth in Section 6.2 below for the corresponding Detailed Studies must have been followed, provided that there is no objection from the Comptroller or that the objections have been resolved.

(e)     Failure to deliver the Detailed Studies sufficient for the Auditor make a judgment about the scope of the work within the term indicated above, shall give rise to fines, in accordance with the Special Part.

### 6,2   Review of Studies and Designs

(a)     The Auditor shall analyze the Layout and Geometric Design Studies and the Detailed Studies, for which he shall have a maximum term of forty-five (45) days from the date of delivery thereof.

(b)     The Comptroller, within the term provided herein, shall warn and communicate to the Concessionaire and to ANI any inconsistency between such studies and the possibility of obtaining the results required in the Contract, especially in Technical Specifications; such communication of the Comptroller shall not be understood as approval or disapproval of the Layout and Geometric Design Studies or of the Detailed Studies and shall not serve as an excuse to the Concessionaire for not approving or disapproving the Concessionaire's failure to obtain the results required in the Contract, especially in the Technical Specifications.          -
or of the Detailed Studies and shall not serve as an excuse to the Contractor for the non



performance of the results required in such Technical Specifications or for failure to any other of its obligations under the Contract.

(c)  If the Comptroller does not pronounce on the Layout and Geometric Design Studies or Detailed Studies within the established term, it will be understood that he has no comments on said documents.

(d)  It should be understood that the observations presented by the Comptroller to the Concessionaire, regarding the Layout and Geometric Design Studies and the Detailed Studies, are technical considerations formulated as recommendations with the purpose of achieving the results required in the Contract, especially those contained in the Technical Specifications.

(e)  The Comptroller may object to the Layout and Geometric Design Studies and/or Detailed Studies only when the same do not conform to the provisions of the Contract and/or its Appendices, provided that (i) it does so within the term provided in Section 6.2(a) above; and (ii) the Concessionaire has not made the adjustments requested by the Comptroller or the Concessionaire and the Comptroller have not been able to agree on the relevance of the comments.

(f)  In case of disagreement between Concessionaire and the Interventor at any stage of the review of the Layout and Geometric Design Studies and/or Detailed Studies, unless ANI shares the Concessionaire's position, Amiable Componedor may be called upon.

6.3  Modifications and Adjustments to Designs

(a)  Except for the express exceptions of the Contract, the adjustments and/or modifications made by the Concessionaire during the Construction Phase to its own Detailed Studies and/or to the Layout and Geometric Design Studies will be at its cost and risk and under its responsibility, in order to guarantee the achievement of the results required in the Contract, considering that the Concessionaire always maintains the obligation to deliver the Interventions under the terms and conditions established in the Contract, especially with respect to results indicated in the Technical Specifications.

(b)  The Concessionaire will give notice of these adjustments or modifications to the Controller, providing him with the corresponding technical documents for his analysis and observations. Likewise, the Concessionaire shall inform if the modifications and adjustments to the designs imply a change in the property requirements, in terms of not being necessary in relation to the initial identification or the need for new areas.

(c)  The Comptroller shall have a period of twenty (20) days in which to comment on the modifications and make any recommendations it deems appropriate. Silence on the part of the Comptroller within the time limit shall be understood as not having

comments, without prejudice that at any later time both the Intcrventor and the ANI may make the corresponding observations, in order to ensure that the Detailed Studies and/or the Layout and Geometric Design Studies allow the fulfillment of the result obligations foreseen in this Contract.

6.4    oPlyaezo aaAuts            on  on e

(a)    Any adjustments to be made by the Concessionaire to the Detail Studies and/or Layout and Geometric Design Studies at the request of the Comptroller shall be made within a maximum term of fifteen (15) Business Days, which may be extended the discretion of the Comptroller.

(b)    Unless the Concessionaire has not complied with the Comptroller's requests, the Comptroller shall only verify that the requested adjustments have been made and may not rule on new matters with respect to the Detailed Studies and/or the Layout and Geometric Design Studies.

(c)    The Comptroller shall have fifteen (15) days to rule on the Concessionaire's modifications submitted pursuant to Section (a) above.





**CHAPTER** VII        **PRE-OPERATIONAL STAGE** - PROPERTY **MANAGEMENT**

7.1    Property Management Generalities

(a)    The acquisition of the Premises required for the execution of the Interventions shall be the responsibility of the Concessionaire who shall perform such work in favor of ANI, in accordance with the provisions of Article 34 of Law 105 of 1993, as amended or supplemented from time to time, in full compliance with the distribution of obligations and responsibilities set forth in this Contract, in accordance with the laws &.... of 1989, 388 of 1997 and its regulatory decrees, 01 "Title III of Chapter I of the General Code of the Process, Law 1682 of 2013 and other concordant and current regulations on the matter.

(b)    The Property Management is the obligation and responsibility of the Concessionaire. The cost of the Property Management will be assumed by the Concessionaire. The cost of the purchase of the Premises either by voluntary alienation or expropriation and of the Socioeconomic Compensation Plan will be funded with the resources of the Premises Subaccount.

(c)    ANI shall grant the Concessionaire or the person appointed by the Concessionaire as its attorney-in-fact sufficient powers to:

(i)    Acting in judicial expropriation processes.

(ii)    To act or carry out activities related to Property Management, when so by Governmental Authorities.

(d)    To initiate the Interventions of a Functional Unit, the Concessionaire must (i) have acquired; or (ii) demonstrate that it has availability - understood as the tenure that allows the Concessionaire physical access to the property - of forty percent of the land, or (iii) demonstrate that the Concessionaire has access to the land, or (iv) demonstrate that the Concessionaire has access to the land.
percent (40%) (either by (i), by (ii) or by the sum of both) of the length
of the properties necessary for the execution of the respective Unit. For the purposes of this Contract, it shall be understood that a Premises has been acquired when
(i) in real estate registration folio there is a notation that the owner is ANI, free of encumbrances and limitations to the domain and (ii) the value of the Corporate Commercial Appraisal has been paid to the owner and in the appropriate cases, the value of the Socioeconomic Compensations has been paid. It is the responsibility of the Concessionaire to hold ANI harmless for the existence of claims for damages in properties-impaired by the road due to the development of the works.



7.2     Resources for Land Acquisition and Socioeconomic Compensations

(a)     The Concessionaire will provide the resources for the acquisition of the Predios and the Socioeconomic Compensations, by transferring the necessary resources to the Predios Subaccount. The resources of the Predios Subaccount will be used solely and exclusively for the payments to the owners of the Predios and for the application of the Socioeconomic Compensations Plan. All other expenses associated with the Property Management shall be assumed by the Concessionaire, at its own risk and expense. The Trustee, in its capacity as spokesperson of the Autonomous Patrimony, will make the payments to the owners of the Predios, prior instruction of the Concessionaire. Once the acquisition of one hundred (100%) of the Premises of the Project has been verified and the Socioeconomic Compensation Plan has been fully executed, the remainder of the resources of the Premises Subaccount will be distributed between the Concessionaire and ANI in a sixty/forty ratio respectively, provided that: (i) more than eighty percent (80%) of the Predios have been acquired by voluntary alienation during the expropriation process or before, and (ii) no additional contributions have been required from ANI as set forth in Section (c) below; , there shall be no distribution and ANI shall be the beneficiary of the totality of the remaining resources. The remainder in favor of ANI shall be transferred to the ANI Surplus Subaccount.

(b)     The Concessionaire must verify before making the formal offers for the purchase of Predios, that the availability of one hundred percent (100%) of the value of the commercial appraisals offered and of the Socioeconomic Compensations is available in the Predios Subaccount.

(c)     If the Estimated Value Properties and Socioeconomic Compensations should be insufficient to complete the payments to the owners of the Properties and for the implementation of the Socioeconomic Compensations Plan, the additional resources will be provided from the following monies:

(i)     Between one hundred percent (100%) and one hundred and twenty percent (120%) inclusive, the Concessionaire will assume in full the additional costs to the Estimated Value of Premises and Socioeconomic Compensations.

(ii)     Higher than one hundred and twenty percent (120%) and up to two hundred percent (200%) inclusive, the Concessionaire shall contribute thirty percent (30%) and ANI seventy percent (70%).

(iii)     More than two hundred percent (200%) will be charged to ANI.

(d)     The total amounts payable by ANI, in accordance  the provisions of Section 7.2(c) above, subject to ANI's approval, shall be contributed by the Concessionaire and reimbursed by ANI, in accordance with the following procedure:

(Í) The Concessionaire shall submit, for the approval of the Interventory and ANI, a bimonthly collection account showing the value of the amount contributed by the Concessionaire in such bimonthly period.

(ii) The collection account must be validated and verified by the Comptroller's Office to ensure that the disbursements made by the Concessionaire for amounts payable by ANI strictly correspond to the purposes set forth in this Contract for the Premises Subaccount and that the Property Management has been carried out in accordance with the provisions of this Contract, particularly in Technical Appendix 7. The Comptroller's Office shall issue its opinion within a term not to exceed ten (10) days from the presentation of the collection account by the Concessionaire.

(iii Once the collection account has been approved by the Interventory, ANI shall have a maximum term of ten (10) days to approve the collection account. Within this term, if it has no *objections,* and in accordance with the budgetary rules in force, ANI shall deliver to the Concessionaire a document expressly stating exclusively the following: 1) That all the contractual conditions have been complied with so that the right of the Concessionaire to obtain the reimbursement of the resources contributed by the Concessionaire during the corresponding two-month period and which, in accordance with Section 7.2(c) above are payable by ANI, 2) The exact principal value of the amount to be reimbursed, 3) The precise date on which interest shall begin to accrue and the applicable rate (which rate shall correspond to that agreed in Section 3.6 of this General Part), 4) The precise date on which interest in arrears shall begin to accrue and the applicable rate (rate that shall correspond to the one agreed in Section 3.6 of this General Part), and 5) the express acknowledgement that, in compliance with the provisions of this Contract, ANI shall pay both the principal and interest in case of .

(i ) AN1 shall comply with the obligation hereunder with the resources available in the Contingency Fund. In the event that resources are not available to meet the obligation in Contingency Fund or are insufficient, the transfer of resources from the ANI Surplus Subaccount will be made. If it is not possible to transfer the resources because they are insufficient, ANI shall include the necessary resources in its own budget, after exhausting the requirements of the Law and complying with the Applicable Law. In all these cases, the rates and terms for the accrual of interest and interest in arrears shall be those established in Section 3.6 of this General Part.

(v) If ANI does not approve the collection account in the terms provided herein and/or does not issue the document referred to in Section 7.2(d)(iii) above, the obligation of the Concessionaire to continue to make

disbursements for the amounts for which ANI is responsible, until the collection account is approved and the corresponding document is issued.

(vi) Likewise, if ANI does not reimburse any of the amounts contributed by the Concessionaire in compliance with the provisions of this Section 7.2(d) prior to the accrual of interest in arrears pursuant to Section 3.6(b), the obligation of the Concessionaire to continue making disbursements for the amounts payable by ANI shall also be deemed suspended, until ANI reimburses -together with interest- the totality of the amounts in arrears.

(vii) Discrepancies related to the approval of the collection account shall be resolved by the Amiable Composer at the request of either Party.

(e) The Concessionaire shall inform ANI and the Comptroller immediately 90% of the Estimated Value of Premises and Socioeconomic Compensations have been executed.

7.3 Dis   si ione E    e iales a    tion of the P ocedi     iento d Ad u s c n Prcd

Property acquisition are as stipulated in Technical Appendix 7.

7.4 <u>Force Majeure Predial</u>

(a) It shall be understood that an Exempt Event of Liability ("Predominant Force Majeure") has occurred when any of the following events occurs:

(i) In the event that, in accordance with the provisions of Technical Appendix 7, expropriation by judicial means is appropriate, if ninety (90) Days have elapsed since the admission of the claim without obtained the delivery of the Premises by the owner(s) (the "Missing Premises"), and: (i) provided that such situation is not due to causes attributable to the Concessionaire; and (ii) the delivery of such Missing Premises is necessary to A) conclude a Functional Unit, or B) complete the percentage of Premises required by this Agreement as a prerequisite to start the Interventions of a given Functional Unit.

(ii) In the event that in accordance with the provisions of Technical Appendix 7, expropriation by administrative means is appropriate, if one hundred and eighty (180) days have elapsed since the execution of the administrative act that decides the expropriation, without the delivery of the Missing Predominiums having been achieved, and: (i) provided that such situation is not due to causes attributable to the. Concessionaire; and (ii) the delivery of such Missing Premises is necessary to .

A) to conclude a Functional Unit, or B) to complete the percentage of Premises required in this Contract as a prerequisite to start the Interventions of a certain Functional Unit.

(iii) Occurrence of the circumstances foreseen in Appendix "1" Technical 8, identified in said Appendix as generating Predominant Force Majeure.

(b)     Upon the occurrence of a Predial Force Majeure, ANI will proceed to review the scope of the respective Functional Unit in order to remove from it the works associated with the Missing Property(ies), or modify the layout, among other options, ensuring that the requirements set forth in the Law are maintained in order for the Functional Unit to continue to be a Functional Unit.

(c)     The value of the Remuneration corresponding to the affected £'untional Unit shall be recalculated to reflect the modifications made, to the extent that there an Exempt Event of Liability, which ANI may use the Financial Information as a reference. In case of disagreement between the Parties, the Amicable Settler will be called upon.

(d)     If the Functional Unit cannot be redefined on account of the Missing Premises, it shall also be considered as a Predial Force Majeure and the execution of the Interventions of said Functional Unit shall be suspended until the Missing Premises are obtained. In this case, the provisions of Section 14.1 hereof may be applied, if the conditions set forth in said Section are met.

(c)      As soon as the Missing Property(ies) are delivered to the Concessionaire, the Concessionaire shall complete the missing works, within the term agreed with the Comptroller.

(/        If applicable, the provisions of Section 14.2(h) of this General Part shall apply.

(g)     If the Force Majeure Event generates the need to acquire additional Predios, the risk of the costs associated with such acquisition will be managed in accordance with
        as provided for in Section 7.2 of this General Part

**CHAPTER** VIII          **PRE-OPERATIONAL STAGE - SOCIAL** AND **ENVIRONMENTAL MANAGEMENTL NETWORKS, OTHERS**

8.1    Social and Environmental Management

(a)     The Social and Environmental Management required for the execution of the Interventions will be the responsibility of the Concessionaire, who will carry out said work in full compliance with the distribution of obligations and responsibilities established in the Technical Appendices ń and 8 of this Contract, in accordance with Law 99 of 1993 and its regulatory decrees, and other concordant and current regulations on the matter, as well as the Political Constitution of Colombia -and the regulations that develop it- regarding consultations with indigenous and Afro-descendant communities, in accordance with the Applicable Law.

(h)     In order to start interventions in a Functional Unit, the Concessionaire must have the Environmental License and/or the Environmental Management Guide Adaptation Program - PAGA, and the other environmental permits, licenses and concessions, as applicable to each Functional Unit.

(c)     The Environmental Compensations shall be made by the Concessionaire, charged to the resources established below:

(i)     The Environmental Compensations will be in charge of the Concessionaire for which it will count with the resources of the Environmental Compensations Subaccount. The resources of the Environmental Compensations Subaccount will be used solely and exclusively for the assumption of the Environmental Compensations. The other expenses associated to the Social and Environmental Management will be assumed by the Concessionaire, at its own risk. At the end of the execution of the Environmental Compensations, the remainder of the resources of the Environmental Compensations Subaccount, if any, will be distributed among the Concessionaire, at its own risk. Concessionaire and ANI in a ratio of sixty/one hundred respectively.
The remainder in favor of ANI will be transferred to the Subaccount.
Excedentcs ANI.

(ii)    If the Estimated Value of Environmental Offsets becomes insufficient to meet the Environmental Offsets, additional resources will be provided as follows:

(1)    -Between one hundred percent (100%) and up to and including one hundred and twenty percent (120%), the Concessionaire will assume in full the additional costs to the Estimated Value for Environmental Compensations.



(2)        Higher than one hundred and twenty percent (120%) and up to two hundred percent (200%) inclusive, the Concessionaire shall contribute thirty percent (30%) and ANI seventy percent (70%).

(3)        More than two hundred percent (200%) will be charged to ANI.

(iii)    The total amounts payable by ANI, pursuant to the provisions of Section 8.1(c)(ii) above, shall be contributed by the Concessionaire and reimbursed by ANI, for which the same procedure provided in Section 7.2(d) of this General Part shall apply *mutatis mutandis*.

(iv)    The Concessionaire shall inform ANI and the Comptroller as soon as 900th of the Estimated Value for Environmental Compensations has been executed.

(d)    In addition to the special provisions set forth in Technical Appendix 6, the Concessionaire must take into account that, in the request made to the Environmental Authority to obtain any environmental license, permit or concession, ANI will have the right (for which the Concessionaire must inform it at least ten Business Days prior to the beginning of the process) to participate in the process as a third party intervening in the process as a third party, ANI shall have the right (for which the Concessionaire must inform it at least ten Business Days prior to the commencement of the process) to participate in the process as an intervening third party so that it is notified of all the acts of said Authority and may file the appeals of law in case it does not agree with the decision. ANI's intervention in this process will be coordinated, as far as possible, with the Concessionaire. However, in the case of the Environmental License procedure, if such license is required, ANI may unilaterally make decisions aimed at obtaining the Environmental License, provided that the corresponding procedures are previously carried out so that the procedure is in its hands.

(e)    Environmental Force Majeure. There shall be an Environmental Force Majeure if any of the following events occur:

(i}    More than an additional one hundred and fifty percent (150%) of the maximum time established by the Applicable Law for the issuance of the Environmental License -if such License is required- elapses, counted from the filing of the Environmental Impact Study by the Licensee (or from the last complementation of such study, if the Environmental Authority requires complementations by the Licensee), without the Environmental Authority granting the Environmental License; or

(ii)    If, in accordance with the applicable law, prior consultation with communities is necessary for the execution of the project, and more than three hundred and sixty days elapse
(360) Days counted from the first summons -formulated in accordance with the provisions of the Applicable Law- to the community affected by the Project, without having been able to complete the prior consultation procedure.



(iii)    The Environmental Force Majeure shall be applicable provided that the situations described in Sections 8.1(e)(i) and 8.1(e)(ii) above are not due to causes attributable to the Concessionaire. For these purposes, the Concessionaire shall submit a report describing the causes of Force Majeure, attaching the respective documentary supports that prove the sufficiency of its actions. Any controversy on the occurrence or not of an Environmental Force Majeure shall be settled by the Amiable Component.

(iv)    In the event of an Environmental Force Majeure, the Work Plan of the respective Functional Unit shall be revised, trying as far as possible not to affect the execution of the other Functional Units or the Work Plan of the rest of the Project.

(v)    In the events of Environmental Force Majeure, the Interventions will begin in respective Functional Units once the respective Environmental Licenses have been obtained. The direct costs of the suspension will be recognized under the terms of Section 14.2(h).

(vi)    "As soon as the Environmental License is issued, the Concessionaire shall initiate t
he Interventions of the respective Functional Unit and finish them within the agreed time frame (according to the revision of the Work Plan referred to in Section (iv) above), and once concluded, the Remuneration associated to the corresponding Functional Unit shall begin to be accrued under the terms and conditions set forth in this Agreement.

(vii)    If the Major Environmental Event results in the need for additional expenditures under the items set forth in Section 1.30 of this General Part, the risk of such costs shall be managed in accordance with Section 8.1(c) of this General Part.

(f)    If the Environmental Authority subjects the processing and/or granting of the Environmental License to modifications in the Layout and Geometric Design Studies or to the execution of works not foreseen in Technical Appendix 1, it shall proceed as follows, provided that the condition imposed by the Environmental Authority is not due to causes attributable to the Concessionaire:

(i)    ANI will assume the cost overrun (understood as the difference between the cost of the works not foreseen and the cost of the works foreseen in this Contract) arising from the final decision of the Environmental Authority, subject to agreement between the Comptroller, the Supervisor of ANI and the Concessionaire on the value of the cost overrun (and/or on the impact on the Works Plan when applicable). For these purposes, prior approval of the Comptroller and ANI, the Concessionaire shall pay the respective cost overruns and ANI shall reimburse the Concessionaire accordingly, for which the same procedure provided in Section 7.2(d) of this General Part shall be applied *mutatis mutandis.* ' '



       (ii)   If the Parties are unable to agree on the value of the additional costs referred to in Section (i) above, within a maximum period of sixty (60) Days counted from the Notification made by one Party to the other about the beginning of the negotiation phase, Amiable Composer may be called upon. The foregoing, without prejudice that at the request of one of the Parties the Amiable Composer may be called from the beginning of the review of additional costs.

(g)      If an Environmental Force Majeure has occurred and despite the Concessionaire's due diligence, the Environmental Authority does not grant the Environmental License or if, the opinion of ANI, carrying out the modifications and/or additional works referred to in Section (f) above, required by the Environmental Authority, is too onerous for ANI, the Parties in good faith shall review the scope of the Contract to determine if it is feasible to eliminate the Functional Unit that does not have the Project's Environmental License (which must be approved by the Lenders) or if the scope of Interventions can be modified - in all these cases prior calculation of the Retribution reflecting the modifications made, such recalculation to be made mutual agreement of the Parties or by the Amigable Component. If it is not feasible to modify the scope of the present Contract, any of the Parties may request the Early Termination of the Contract.

(h)      If, after obtaining the Environmental License -when required-, the Environmental Authority requires the execution of works and/or activities not foreseen in Technical Appendix 1, nor in the Environmental License, the provisions of Section 8.1(f) above shall apply.

## ,8.2   Networks

(a)      Pursuant to the provisions of this Contract, the Concessionaire shall make an inventory of the Networks found within the Project Corridor prior to any Intervention, during the Preconstruction Phase, which inventory shall be recorded in a record duly signed by the Parties and the Comptroller. In addition to the information to be gathered from the entities that may be owners of said Networks, the Concessionaire shall carry out surveys and adopt other procedures that, in accordance with the state of the art, allow it to identify the real existence of Networks that may be affected by the Interventions.

(b)      At the time of carrying out the Layout and Geometric Design Studies, the Concessionaire shall analyze the pcrtincnce of affecting existing Networks by applying the criteria set forth in artlctil 47, numeral 1, of Law 1682 of 2013.

(c)      The Concessionaire shall assume the costs of the transfer or protection of the Networks (except when such costs must be assumed by the owners of the Networks or by another third party, in accordance **with any** agreement entered into between ANI and such third party or in accordance with the Applicable Law), by transferring the necessary resources to the Autonomous Patrimony (Project Account - Networks Subaccount). It is estimated



that the value of the transfer or protection of the Nets corresponds to the sum indicated in the Special Part, (the "Estimated Value of Nets") which must be available in the Nets Subaccount on the dates also provided for in the Special Part. These values will be updated using the formula in Section 3.9(b) of this General Part on the date of their transfer to the Networks Subaccount.

(d)     The resources of the Networks Subaccount shall be used solely and exclusively for the transfer or protection of Networks carried out by the Concessionaire necessary for the execution of this Contract. At the end of the Preoperational Stage, the remaining resources of the Networks Subaccount, if any, shall be distributed between the Concessionaire and ANI in a sixty/forty ratio respectively. The remainder in favor of ANI will be transferred to the ANI Surplus Subaccount. The value of all the works, acquisitions and other investments and expenses to be made against the resources of the Networks Subaccount, must be previously approved, for each case, by the Comptroller, in order to verify that such value corresponds to normal market conditions in force at that time.

(e)     If the Estimated Network Value proves to be insufficient, the additional resources will be **will be** contributed  follows:

    (i)     Between one hundred percent (100%) and up to and including one hundred and twenty percent (120%), the Concessionaire will assume in full the additional costs to the Estimated Network Value.

    ii) Higher than one hundred and twenty percent (120%) and up to two hundred percent (200%) inclusive, the Concessionaire shall contribute thirty percent (30%) and ANI shall contribute thirty percent (30%) and ANI shall contribute seventy percent (70%).

    (iii) Higher than two hundred percent (200%) will be charged to In ANI.

(f)     I.he total amounts payable by ANI, pursuant to the provisions of Section 8.2(e) above, shall be contributed by the Concessionaire and reimbursed by ANI, for which the same procedure provided in Section 7.2(d) of this General Part shall apply *mutatis mutandi*.

    The Concessionaire shall inform ANI and the Comptroller immediately 90% of the Estimated Network Value has been executed.

(8)

(h)     When, in accordance with the agreement with the owner of the respective Network or in accordance with Applicable Law, the costs of the transfer or protection must be assumed by the owner and the latter states that it does not have the resources to carry out the transfer or refuses to assume such costs, such costs may be assumed with the resources of the Network Subaccount, without prejudice to the right to repeat against the owner of the Network to claim the cost, for which purpose the Concessionaire shall provide all its cooperation by delivering the necessary information, said cost may be assumed with the resources of the Networks Subaccount, without prejudice to the right to repeat against the Network owner to claim the cost, for which the Concessionaire shall provide all its cooperation by delivering the necessary information to make the claim, which shall be made by ANI.

(i)     Force Majeure for Networks:

    (i)    If one hundred and eighty (1SO) days elapse from the submission of the request referred to in Article 48 of Law 1682 of 2013, **by** the Concessionaire to the company in charge of the Networks, without having been able to start the works of protection, transfer or relocation of the networks and provided that i) the Concessionaire demonstrates to the Comptroller that it has diligently, completely, technically and adequately and within the deadlines, all the procedures in charge of the company in charge of the transportation infrastructure, as defined in the aforementioned rule, and iJ) that the Concessionaire has not started the works of protection, transfer or relocation of the networks, i) the Concessionaire demonstrates to the Comptroller that it has diligently, completely, technically and adequately carried out all the procedures in charge of the person responsible for the transportation , as defined in aforementioned norm, and iJ) that the non-commencement of the works on the Networks is not due to causes attributable to the Concessionaire, the Parties may:

        (1)       To redefine the Works Plan after receiving the opinion of the Comptroller's Office. Once the Works Plan has been redefined, it will be understood that the Concessionaire has not failed to comply with the obligation to deliver the Interventions on the dates initially foreseen. As soon as the transfer or protection of the Networks is carried out, the Concessionaire must execute the missing Interventions. In this case, the provisions of Section 14.1 of this General Part may be applied, if the conditions set forth in said Section are complied with.

        (2)       Redefine the scope of the works. In this case, the value of the Remuneration corresponding to the affected Functional Unit will be recalculated to reflect the modifications made, to the extent that an Exempt Event of Responsibility is involved, for which ANI may use the Financial Information as a reference. In case of disagreement between the Breads, the Amiable Component shall be used.

    (ii)   If, during the Construction Phase, Networks appear that could not be identified in the inventory to be carried out by the Concessionaire in accordance with Section 8.2(a) of this General Part, it shall be understood that a Major Force per Network has occurred, provided that the Comptroller certifies that the non-identification is not attributable to the Concessionaire.

    (iii)  When a Force Majeure occurs for Networks, if any, the provisions Section 14.2(h) of this General Part shall apply.

    **(iv)**  If Force Majeure for Networks results in the need to incur additional costs for relocation or protection of the Networks, the risk of such costs shall be managed in accordance with the provisions of Sections 8.2(c), 8.2(d), 8.2(e), 8.2(f), 8.2(g) and .2(h) of this General Part.

(v)   Any dispute arising out of the application of this Section 8.2(i) may be brought to the Amiable Composer.

8.3   <u>Implementation of new technologies for electronic collection of tolls.</u>

At any time during the execution of the Contract, the Concessionaire shall implement the technological protocol for electronic toll collection indicated by ANI. In the event that such implementation implies additional costs to those corresponding to the obligations of the Concessionaire related to the adoption of collection technologies provided for in this Contract, particularly in Technical Appendix 2, ANI shall assume the additional costs implied by such change. For this purpose, ANI will meet its obligation from the Contingency Fund, feasible. Otherwise, with the resources available in the ANI Surplus Subaccount and, finally, through resources from its budget, prior compliance with the requirements set forth in the Applicable Law. If as a consequence of the implementation of the change in the technological protocol, cost savings are generated at the expense of the Concessionaire, ANI will access the benefit caused, by means of the mechanism agreed by the Parties. Any controversy related to the amount of the higher or lower costs and/or the form of their recognition will be resolved by the Amiable Component.

8.4   <u>Tunnel construction</u>

In the event that the Project includes tunnels, the provisions of the Special Part shall apply.



CHAPTER **IX**          **OPERATION AND MAINTENANCE STAGE AND REVERSION**

9.1    Conditions Precedent for the Start of the O  peration and Maintenance Cap

(a)        The Operation and Maintenance Stage will begin with the subscription of the last Functional Unit Completion Act.

(b)        Notwithstanding the foregoing, and under the terms of Technical Appendix 2, from the delivery of the Project in the Operational Stage, the Project shall be Operated and Maintained by the Concessionaire, under the terms Technical Appendix 2.

9.2    Concessionaire's main obligations during the Operation and Maintenance Stage

(a)        Operate, maintain, provide the services, maintain the trafficability and level of service and quality standards foreseen in the Contract and in , operate the Project within the parameters established in the Operation and Maintenance Manual, in the Contract and Appendices, and especially as foreseen in Technical Appendix 2.

(b)        Maintain and replace, under the terms specified in Technical Appendix 2, the weighing equipment, software and hardware, communications equipment, and vehicles provided by the Concessionaire. In no case shall compliance with this obligation be subject to the prior delivery or recovery of the goods to be replaced.

(c)        Submit the reports required in this Contract.

(d)        Submit the corresponding information, with the periodicity indicated in the Special Part and in accordance with the formats previously delivered by ANI for the reporting and follow-up of activities related to climate change events. The reports to be submitted by the Concessionaire ANI delivers the corresponding data shall be submitted with the format adopted by the Concessionaire for such purposes.

(e)        Implement the actions established in Technical Appendices 6 and 8 and the environmental and social measures defined in the Environmental Impact Study, the Environmental and Social Management Plan, the Environmental License and other Licenses and Permits, for the Operation and Maintenance Stage, with the requirements imposed by the Environmental Authorities for this stage, and prepare all the studies requested by the Environmental Authority.



(9  If necessary, process, at its own risk, before the Governmental Authority and/or the Environmental Authority and obtain all licenses and permits, environmental licenses, authorizations and concessions for the use and exploitation of natural resources and for material deposit areas.

(g)  In those cases in which it is required, due to emergencies caused in Project Corridor, and there is a technical justification, to advance the acquisition of land, applying, as appropriate, the procedures established CHAPTER VII of this General Part and in the Technical Appendix.
7. The foregoing, provided that ANI has the necessary resources in a timely manner.
previous.

(h)  Avoid the revocation, for causes that are impiitablcs to it, of any of the Licenses and Permits or any other governmental approvals required for the execution of the Contract.

(I)  In the event that during the Operation and Maintenance Stage it is necessary to carry out new Interventions for reasons not attributable to the Concessionaire, the Concessionaire shall apply, as applicable, the provisions of Section 8.2. The foregoing, provided that ANI has the necessary resources for the relocation and/or protection of the Networks, prior to the start of the execution of the new Interventions.

(j)  To pay the Fines agreed in the Contract or to accept the Deductions of these Fines from the balances in its favor, when these are caused in accordance  the  of the Contract.

(k)  To sign the various minutes and reports provided for in the Contract and its Appendices, jointly with the ANI's Supervisor and/or the Comptroller in accordance with the provisions of the Contract and its Appendices.

( )  Cooperate with the employees, advisors or agents appointed by ANI, with the Comptroller, with other contractors that develop works in the area of influence of the Project and with the control cntcs, so that they may carry out activities of study, analysis or inspection of the execution of the Contract and for the other corresponding functions; for which purpose, among others, it shall deliver all the information reasonably required, related to the execution of the Contract.

(n)  Submit to ANI and the Intervener the audited financial statements of the Concessionaire and Autonomous Equity, as of December 31 and June 30 and not audited on a quarterly basis. The audit of said financial statements must be carried out by an external auditor of recognized reputation that renders its services at an international level, that is to say, that renders its auditing services in at least two (2) countries other than Colombia. Additionally, it must maintain in its accounting clearly identified the income and expenses corresponding to each Functional Unit and must be clearly identified in its financial statements.    as g e   t22 to ANI and to the Intervener a report



monthly (within the first fifteen (15) days of the month) signed by its auditor on the criteria used by the Concessionaire to account for the accrual of income and expenses by Functional Unit.

(n)    Collaborate with traffic authorities in the design and implementation of programs and projects for road education and road safety plans.

(0) To go out in legal defense of the assets that make up the road infrastructure and of the rights conferred to it, especially the defense and protection of the Project Corridor and the protection of the legal destination of the Strips, implementing at its own cost all the necessary measures for the due surveillance and protection of the corridor that has been delivered to it and giving timely notices to respective local authorities, collaborating and agreeing with them the logistical support required to fulfill these purposes.

(p)    Participate with Financial Controller in the review of the Indicators with the periodicity and according to the procedure specified in Technical Appendix 4.

(q) Based on the provisions of Article 7 of Resolution 237 of August 20, 2010 issued by the General Accounting Office of the Nation (or the regulations that modify, complement or replace it), submit to ANI within fifteen (15) days following the reporting period the Forms Fm 57 A (private investment), Fm 57 (execution of resources) and Fm 112 B (toll collection and maintenance value) and other forms requested by the Accounting Office or required by Applicable Law, duly completed, Fm 57 (execution of resources) and Fm 112 B (Toll Collection and Maintenance value) and other forms requested by the Accounting Office or required in accordance with the Applicable Law, duly completed and signed,

(r)    To keep and maintain an updated record of the activities and formalities carried out before the Governmental Authorities that are necessary for the fulfillment of the obligations it is responsible for contained in this Contract. This record may be consulted by ANI and/or the Interventor at any time, for which purpose they shall give notice to the Concessionaire with two (2) Business Days prior to the date of the consultation.

(s)    Annually update the Inventory of Assets of the Concession and send such update to ANI within the first three (3) Months of each year,

(t)    Implement the corporate governance manual and the environmental and social responsibility plans and the contingency and emergency plan.

(u)    To obtain and maintain in force the guarantees referred to in CHAPTER XII of this General Part.

(v) The Concessionaire shall also comply with all the other obligations corresponding to this Operation and Maintenance Agreement that are included in the different Appendices, and in the other Sections and Chapters of the Contract.



9.3     Main obligations of ANI during the Operation and Maintenance Stage

(a)     To make the transfers of resources to the Autonomous Patrimony, as may be required by the Contract.

(b)     To make the corresponding contributions to the Contingency Fund under the terms and conditions approved by the Ministry of Finance and Public Credit,

(c)     To sign, jointly with the Comptroller and the Concessionaire, the minutes and reports provided for in the Contract.

(d)     Control, directly or through the Financial Controller, the fulfillment of the obligations derived from the Contract.

(e)     Participate, through the Interventoria, in the review of compliance with the Indicators carried out under the terms Technical Appendix 4. ANI may directly verify compliance with the Indicators as it deems necessary.

(f)     Acknowledge to the Grantee the Differences in Collections at Years 8, 13 and 18 in accordance the provisions Sections 3.4(b) and 3.4(c) of this General Part.

(g)     Any others provided for in the Contract, its Annexes and Appendices,


9.4     Maintenance of Interventions and Indicators

(a)     During the Operation and Maintenance Stage, the Concessionaire shall maintain the Interventions executed during the Construction Phase and the other works and assets of the Project in such a way that they always comply with the Indicators and other obligations specified for this stage in Technical Appendices 2 and 4 of this Contract.

(b)     The Auditor shall verify compliance of the Maintenance Works with the provisions Technical Appendix 2 and in particular shall verify compliance with the Indicators as provided in Technical Appendix 4.

(c)     All the works and activities to be performed by the Concessionaire during the Operation and Maintenance Stage to ensure compliance with the Indicators and other obligations contained in this Contract, especially in Technical Appendix 4, regardless of their magnitude, shall be at the sole risk and expense of the Concessionaire, except when expressly established in this Contract risk coverage by ANI.



9.5     Operation and Maintenance Manual

(a)     Within thirty (30) Days following the Commencement Date, the Concessionaire shall deliver to the Concessionaire the Operation and Maintenance Manual that complies with the terms of Technical Appendix 2 of the Contract.

(b)     The Comptroller shall have a term of fourteen (14) days to review it and suggest modifications to the Concessionaire so that the procedures contained therein are adequate to obtain the results foreseen in Technical Appendix 2. If the Comptroller does not pronounce itself within this term, it shall be understood that it has no objections to the Operation and Maintenance Manual.

(c)     If the Comptroller has comments on said manual, he will grant a reasonable period of time to the Concessionaire to make the corresponding adjustments. In the second verification, the Comptroller may not pronounce additional matters. This verification shall be carried out in seven (7) days.

(d)     The Concessionaire, under its own responsibility, may accept or not the recommendations made by the Comptroller, but in no case will it be exempted from responsibility if the application of the Operation and Maintenance Manual is not sufficient to obtain the results foreseen in Technical Appendix 2.

(e)     Although compliance with the Operation and Maintenance Manual is mandatory for the Concessionaire, this does not exempt it from complying with any of the performance obligations set forth in this Contract and its Appendices, for which reason said Manual must be supplemented and/or corrected at the Concessionaire's initiative or at the request of ANI or the Comptroller when it is found that it does not contemplate all the mechanisms necessary for compliance with said performance obligations.

9.6     Scope of Maintenance Works

(a)     During the Operation and Maintenance Stage, the Maintenance Works shall be executed by the Concessionaire in timely compliance with the results indicated in Technical Appendix 2, with the Indicators and all other obligations set forth in the Contract.

(b)     The obligations of the Concessionaire will include the repair or repair of all the damages in the Interventions executed by the Concessionaire that occur after the subscription of each of the Completion Agreements 4e Functional Unit.                    -

(c)     For these activities of repair or repair of damages, the Concessionaire will not charge any additional value to the Remuneration.



9.7    Stage dc Reversion

(a)    The day after the Termination Date of the Operation and Maintenance Stage, or the declaration of Early Termination of the Contract, the Concessionaire and Interventor shall initiate the final verification of the Project in order to proceed with the Reversion.

(b)    Without prejudice to the Concessionaire's obligation regarding the execution of the Interventions, the Operation and the Maintenance Works  to in the Contract, it shall be understood that ANI shall be the owner of the works that make up the Project at the time of its execution, including, but not limited to, the Toll and Weighing Stations, together with all the movable or immovable property by destination or accession, which are in the works, notwithstanding the fact that the Concessionaire shall keep all the movable or immovable property by destination or accession that are in the works, the Toll and Weighing Stations, together with all movable or immovable property by destination or accession, which are in the same, notwithstanding which, the Concessionaire shall retain the mere tenancy for the purposes of the performance of the Contract and shall therefore be responsible for the material and legal custody of the aforementioned assets that make up the Project.

(c)    These assets owned by ANI, and, in general, all the real property with all its annexes and the equipment, software and other assets that are part of the Project, shall be delivered to ANI, as appropriate, in the conditions set forth in Technical Appendix 2 at the time of the completion of the Reversion Stage.

(d)    The procedure for the Reversion shall include:

    (i)    Update of the Inventory of Assets of the Concession, which will include all the real estate by accession and destination and in general all those assets that (1) have been acquired by the Concessionaire and are destined to the Operation activities, which in no case will include construction machinery; (2) have been delivered by ANI; and (3) that have been of individuals that have been required by the Project. In any case, this list shall include at least the list of reversible assets that appears in Technical Appendix 2.

    (ii)    A tour of the Project Corridor with the  in which the technical conditions of the Project will be recorded, including the measurement of the Indicators, the condition of the Predios that make up the Project Corridor and the Fajas.

    (iii) The shall update the Technical Report corresponding to all the Functional Units that are part of the Project.



(iv)  In the event that there are assets under lease or leases of any nature, such contracts must be terminated in advance by the Concessionaire (and assume the cost of such termination) so that the ownership of such assets can be transferred to ANI.

(v)   If necessary, the public deeds required for the transfer of real estate and the contracts for the transfer of movable property subject to registration must be executed.

(vi)  The Concessionaire shall advance all the procedures aimed at perfecting the transfer of movable and immovable property.

(vii) The Concessionaire shall deliver the assets related to Property, Plant and Equipment in with the accounting procedure for the recognition and disclosure of facts related to property, plant and equipment, contemplated in the Public Accounting Regime and in the public accounting doctrine.

(viii) The Confessional shall make the delivery of intangible assets in accordance with the accounting procedure for the recognition and disclosure of intangible assets, contemplated in the Public Accounting Regime and in the public accounting doctrine.

(ix)  The Concessionaire shall deliver the goods, constructions and real estate that were delivered to the Concessionaire at the time of the execution of the Contract in accordance with the provisions of Resolution 237 of 2010 of the General Accounting Office of the Nation and other regulations that modify, supplement or substitute it.

(x)   The Concessionaire shall submit a duly updated appraisal of the fixed assets.

(xi)  The Concessionaire shall deliver, filled out and reconciled with the Interventofla, 10 fprmntos fm 57 (state contributions), fm 112A (private investment) and fm 112B (Toll Collection).

(e)   The procedure for the Reversion will be carried out within the Maximum Term of the Reversion Stage. Once the same has been concluded, the Reversion shall be executed, in which the technical conditions of the Project, including the measurement of the Indicators, the updated Inventory of Concession Assets and all other aspects of the Reversion procedure referred to in Section 9.7(d) above shall be recorded.

(f)   During the Reversion Stage, the Concessionaire shall continue with the Operation and Maintenance tasks and shall be entitled to receive the percentage of the Collection.





(%RP i or %RPz, as appropriate) to be reflected in Section 3.4(g) of the
this General Part.

(g)    The Indicators shall comply with those foreseen in Technical Appendix 4 for the receipt of the Project.

(h) The non-compliance with the Indicators foreseen for the Reversion or the non-compliance with any other obligation of the Concessionaire foreseen in this Contract, in order to make the Reversion effective, shall not delay the Maximum Term of the Reversion Stage, nor shall it prevent the execution of the Reversion Deed. Such non-compliance shall be recorded in the Reversion Deed. The penalties and other consequences that in accordance with this contract and the Applicable Law have the non-compliances shall be the object of the Minutes of Liquidation.                                                                ,



**CHAPTER X**                    **PENALTIES AND ENFORCEMENT SCHEMES**

## 10.1   Fines

(a)     If during the execution of the Contract, the Concessionaire defaults, the Fines detailed in the Special Part shall be caused in accordance with the procedure set forth in Section 10.3 below.

(b)     The Fines referred to in this Section are an obligation to the Concessionaire to comply with its obligations and, therefore, they do not have the character of an advance estimate of damages, so that they may be accumulated with any other form compensation, in the terms provided for in Article 1600 of the Civil Code.

(c)     The payment or Discount of such Fines shall not exonerate the Concessionaire from executing or completing the Interventions or adequately carrying out the Operation and Maintenance of the Project, nor from complying with any of the obligations with respect to which the respective Fine has been generated.

## 10.2   Cure Period and Payment of Fines

(a)     The Concessionaire will have a Cure Period to cure the detected non-compliance. This Cure Period will be determined by the Comptroller, prior no objection from the Vice President of Contractual Management of ANI, based on the seriousness of the noncompliance and the reasonable time to remedy it. In no case may the Cure Period exceed a term of sixty (60) Days.

(b)     The Cure Period will be counted from the Day on which the Comptroller or ANI notifies the Concessionaire of the non-compliance, after which, if the non-compliance persists, ANI will impose the Fine from the date on which the non-compliance began.

(c)     If the Concessionaire cures the noncompliance within the Cure Period, as set forth in Section 10.2(a) above, the corresponding Fine shall not be imposed.

(d)     Upon expiration of the Cure Period without the Concessionaire having cured the noncompliance, the corresponding Fines shall be caused, until the Concessionaire cures the noncompliance. If the non-compliance in question persists for more time than the



If the time periods provided in the Special Part are exceeded, ANI may apply Section 11.1 without prejudice to the rights of the Lenders.

(e)     The Fines shall be paid or discounted by the Concessionaire or ANI, respectively, in the Month following the Month in which the non-compliance that gave rise to imposition of the Fine occurred. If the Concessionaire contests the imposition of the Fine, the discount or payment shall be made in the Month following the Month in which the administrative act becomes final. If the Fines are imposed during the Pi'eoperative Stage and the Concessionaire does not make the payments, the Discounts will be made from the following disbursements of Remunerations to be made by ANI, in the manner set forth in Section 3.5 of this General Part.

(f)     if deemed proccdentc, ANI -at its sole discretion- will apply the provisions of the third paragraph of Article 17 of Law 1682 of 2013.

(g)     Upon reaching the maximum total limit of the value of the Fines that may be imposed on the Concessionaire established in the Special Part, ANI may apply Section 11.1 of this General Part, without prejudice to the rights of the Lenders.

## 10.3    Procedure for the imposition of fines

(a)     The procedure for the imposition of fines shall be as set forth in Article 86 Law 1474 of 2011 or the rules that modify, supplement or replace it.

(b)     This procedure will be initiated when ANI or the Comptroller verifies that there is a non-compliance that may generate any of the Fines, and the Cure Period has elapsed without the Concessionaire having remedied the non-compliance.

(c)     The administrative act by which the fine is imposed shall indicate the date on which the fine begins to accrue.

(d)     In application of the figure of compensation, ANI may deduct the value of the Fines imposed by administrative act that is in firmc from any amount that ANI owes to the Concessionaire.

(e)     The imposition of the Fines does not exonerate the Concessionaire from compliance with the obligations agreed upon in this Contract.

## 10.4    Updating of Fines

The values of the fines that are stated in current legal monthly minimum wages will be updated according to the variation of the CPI between the month of the occurrence of the event.



The date of payment of the fine and the month prior to the date on which the fine is paid in full by the Concessionaire.

## 10.5    Penalty Clause

(a)    In the event of a declaration of Early Termination of the Contract for any of the reasons set forth in Section 17.2(a) of this General Part, a monetary penalty shall be  to the Concessionaire in the amounts set forth in the Special Part, which shall be updated on the date of such declaration in  with the provisions of Section 3.9(b).

(b)    The amount of this Penalty Clause may be deducted directly from any balance due to the Concessionaire.

CHAPTER XI          CLAUSES THAT DEROGATE FROM COMMON LAW

11.1  Expiration

(a)     If there is any breach of obligations of the Concessionaire established in the Contract, which seriously and directly affects the execution of the same, in such a way as to evidence that it may lead to its paralyzation or if the causes set forth in Laws 40 of 1993, 80 of 1993, 418 of 1997, extended by Law 1421 of 2010, 610 of 2000 and other applicable regulations are present, ANI, by means of a duly motivated administrative act, may decree the expiration of the Contract and order the termination of the Contract and the termination of the Concession, 418 of 1997 extended by Law 1421 of 2010, 610 of 2000 and other applicable regulations, ANI, by means of a duly reasoned administrative act, may decree the expiration of the Contract and order its liquidation in the state in which it is found, unless the Lenders exercise their right to take possession regulated in Section 3.12 of this General Part.

(b)     For the purposes of this Contract, and without prejudice to the general authority set forth above and the need for the requirements set forth in the Applicable Law to be met, the Parties understand that the following are breaches that seriously and directly affect the performance of the Contract, and evidence that may lead to its paralyzation:

        (i)     When the Concessionaire does not correct the non-compliances that give rise to the application Fines, within the maximum term - counted from the expiration of the Term of Curn - that for each cause of Fine is established in the Special Part.

        (ii)    When the total maximum limit of the total value of the Fines that may be imposed on the Concessionaire is reached, as this limit is stated in the Special Order.

        (11)    When the limit of Deductions established in the Special Patte is reached.

        (iv)    The non-curable breach (which pursuant to the Credit Agreements is of such gravity that it generates the acceleration of the respective credit and which, pursuant to such Credit Agreements, gives rise to the application of the taking of possession established in this General Part) of the obligations of the Concessionaire to its Lenders, unless the Lenders or a new Concessionaire proposed by them, continues with the execution of the Agreement, under the terms set forth in Section 3.12 of this General Part.

(c)     Upon the occurrence of a cause for forfeiture, procedure provided for in Section 10.3 of this General Part shall be followed to ensure the Concessionaire's right of defense.

(d)     If after the procedure has been carried out, the occurrence of the cause for expiration has not been disproved in the opinion of ANI, the Concessionaire shall have a term of twenty (20) Business Days to correct the noncompliance to the satisfaction of ANI or to submit to ANI a plan and a defined schedule to correct the noncompliance. If within such term default has not been corrected to ANI's satisfaction or if the plan and schedule of correction submitted is not satisfactory to ANI, ANI shall notify the Lenders of the occurrence of the uncured default for purposes of the provisions of Section 3.12 of this General Part. If, in accordance with the terms of said Section, the Lenders do not take possession of the Project, either because they do not express their willingness to do so or because ANI does not approve the taking of possession, ANI may declare the expiration immediately.

(e)     In the event that ANI declares the expiration of the Contract, by means of the respective reasoned administrative act, it will proceed to the Reversion of the Project, without any additional term to correct the noncompliance. If the Concessionaire  not deliver the Project, **ANI** may take possession of the Project, for which purpose it will prepare a record in which an inventory of the work performed, the equipment and other elements provided by the Concessionaire, as well as the details considered pertinent, must be included. These minutes shall be signed by ANI Supervisor, by Comptroller and by a representative of the Concessionaire, if it so desires. If applicable, once the Project has been received or taken over, ANI will immediately proceed to the liquidation of the Contract.

(¢     Once the expiration resolution has been executed, ANI will make effective the guarantees that may be applicable, the fines pending payment and the corresponding Penalty Clause.

## 11.2   Unilateral termination

(a)     ANI may decree the Early and Unilateral Termination of the Contract for the causes and under the conditions set forth Article 17 of Law 80 of 1993 or in the regulations that modify, complement or substitute it, only during the Preoperative Stage, in accordance with the provisions of Article 32 of Law 105 of 1993.

(b)     In the event of the occurrence of any of the causes set forth in Article 17 of Law 80 of 1993, the provisions of the Contract may be applied, as applicable, to continue the execution of the Project with the Lenders or the entity designated by them.

## 11.3   Other clauses that derogate from common law

(a)    Unilateral Modification: If it is necessary to introduce variations in the Contract to avoid the paralysis or serious affectation of the service and previously the Ports did not reach the respective agreement, ANI by means of a duly motivated administrative act, prior compliance the requirements established in the Applicable Law, will modify it by means of the suppression or addition of works, supplies or services. If the modifications alter the Value of the Contract by twenty percent (20%) or more, the Concessionaire may waive the continuation of its execution. In this event ANI will order the liquidation of the Contract and will order the necessary measures to guarantee the termination of its object.

(b)    Unilateral interpretation: if discrepancies arise between the Parties on the interpretation of any of the stipulations of the same, which may lead to the paralysis or the affectation of the service, ANI, if no agreement is reached, prior compliance with the requirements established in the Applicable Law, will interpret in a duly motivated administrative act, the stipulations that are the object of the difference.    - -

**CHAPTER XII**        **GUARANTEES AND RISK COVERAGE MECHANISMS**

12.1    Guarantees as a Requirement for Commencement of the Contract and its Phases or Stages

(a)      An indispensable requirement for the execution of the Commencement Deed is the presentation by the Concessionaire and approval by ANI of (i) the Single Performance Bond, (ii) the tort liability policy referred to in Section 12.7 of this General Part, and (iii) the insurance policy against all risks, in the event that the Project includes pre-existing road infrastructure, as provided in Section 12.8(a)(ii) of this General Part.

(b)      As a requirement for the initiation of each one of the Phases and Stages into which the Contract is divided, the Concessionaire shall renew and/or constitute the guarantees and warranties required for the corresponding Phase or Stage, in accordance with the provisions of this Contract.


12.2    Types of Warranties

(a)      The guarantees may have any of admissible modalities in accordance with the provisions of Decree 734 of 2012, being these:

(i)     Insurance policy.
(ii)    Commercial guarantee trust.
(iii)   Bank guarantee on first demand.
(iv)    Deposit of money in guarantee.

(b)      The non-contractual liability of ANI arising from the actions, facts or omissions of the Concessionaire, its Contractors and/or subcontractors may only be covered by an insurance policy.

(c)      In the case of insurance policies, these shall be issued under the same terms provided for in Financial Appendix 3.

(d)      In the case of guarantees other than the insurance policy, these shall incorporate the same coverages provided for insurance policies in this Contract and in Financial Appendix 3, without it being possible to add exclusions, conditions or additional requirements for  to become effective. In all , the bank guarantees shall allow their collection at the first request of ANI once the loss has occurred.


12.3    General Rules Applicable to Warranties



(a)     The Concessionaire shall replenish the value of the guarantees when the value thereof is affected by the value of the claims paid. Such replacement shall be made within thirty (30) days following decrease of the value initially guaranteed or insured, by virtue of the occurrence and indemnity of a claim. In the event that any of the guarantees must be enforced, the value of the reissuance (and/or the value of any other economic rights in  of the guarantor) of the guarantees shall be borne by the Concessionaire.

(b)     The Concessionaire shall maintain the guarantees or coverage mechanisms in full force and effect for terms expressed in Contract and shall pay the amounts or premiums and other expenses necessary to constitute, maintain, extend or add to themFailure to comply with this obligation shall give rise to the imposition of the corresponding fines and eventually to the declaration of the expiration of the Contract if the Sole Performance Bond is not in force.

(c)     The Sole Performance Bond shall not expire for lack of payment of the premium (or any other cost required for its issuance or maintenance, in the case of guarantees other than insurance policies) or for unilateral revocation,

(d)     If the Sole Performance Bond corresponds to an  policy, it must strictly comply with the provisions of Section I of Chapter II of Title V of Decree 734 of 2012.

(e)     The Concessionaire must evidence the payment of the premium and other costs of the guarantees or coverage mechanisms other than the Single Performance Bond. If it does not comply with this obligation, it will be understood that it has failed to comply with the obligation to constitute the policy or coverage mechanism and therefore ANI may impose the corresponding fines.

( ç   end any case of modification of the Contract, the Concessionaire is obliged to obtain a certification from the insurance company or the entity issuing the guarantee, stating that such company is aware of and accepts the modification and the variation of the risk status that such modification entails, if such is the case. If the modification of this Contract implies the modification of the guarantees, the Concessionaire must send to ANI the original of the modification of the policy or guarantee granted within the term indicated by ANI, by means of a Notification.

(g)     Since it is a state contract, the obligations acquired by the Concessionaire through the Concession Agreement must remain guaranteed, without any type of revocation by the entity issuing the guarantee and/or the Concessionaire being admissible, until the liquidation of the Contract and the extension of its effects, therefore, in event that the term of the guarantee expires without its renewal by its issuer being possible and provided that the notice of non-renewal referred to in Article 5.1.9. of Decree 734 of 2012, Concessionaire will



shall obtain from the latter the respective certification of its declination to renew the guarantee and shall replace the guarantee, at its own cost, with one of the other permitted classifications, with the corresponding scope, guaranteed value and validity.

(h)  The insurance policies must have been issued by an insurance company legally authorized to operate in Colombia, duly supervised by the Superintendence of Finance, which has a surplus technical equity, having considered in the equity the value of the risk that the company shall retain corresponding to guarantees issued by virtue of this Contract, so that it is sufficient to issue the required guarantees, and to continue with a surplus figure in its technical equity. The securities must be certified by an accountant and statutory auditor, according to the 480 format implemented by the Superintendence of Finance,

(i)  In the case of incorporating reinsurance, the reinsurers must be registered in Registry of Foreign Reinsurers and Reinsurance Brokers (REACOEX) administered by the Financial Superintendency of Colombia and must also comply with the following characteristics:

(i)  In the case of automatic reinsurance, the reinsurer must have a risk rating on the long term scale allowed in REACOEX.

(ii)  In the case of facultative reinsurance, the reinsurer must have at least one of the following minimum risk ratings on the long-term applicable in REACOEX:

(1)  Standard & Poor's: A
(2)  A. M. Best: a
(3)  Fitch Ratings: A
(4)  Moody's: Aa3

Pursuant to Article 1095 of the Commercial Code, coinsurance of risks is admissible.

(k)  If it is a first demand bank guarantee:

(i)  The bank guarantee must be unconditional

(ii)  The guarantor must expressly state for the record that he waives the benefit of excusion.

(iii)  It must be issued by a bank authorized by the Superintendence of Finance. If the guarantee is granted by a bank not domiciled in Colombia, it must be issued under the rules of the International Chamber of Commerce, URDG 758 in force as of July 1, 2010 and duly confirmed by a correspondent bank in Colombia and payable in Colombia.



(iv)  The risk rating of the guarantor bank domiciled abroad, of its debt, must correspond to "investment grade" on the international scale, without accepting local scales applicable in the country of domicile of the bank issuing the guarantee.

(v)  The minimum rating for banks domiciled in Colombia must be, according to the local scale of the rating agencies approved by the Superintendency of Finance: AA according to BRC Investor Services, Fitch Ratings Colombia S.A., Value and Risk Rating S.A., or its equivalent if it is another firm.

(l)  In order to avoid the inoperability of the insurance contract derived from the delay in payment of the premium, established in Article 1068 of the Code of Commerce, the Concessionaire shall submit the receipt of payment of the totality of premiums of all the insurances issued under this Contract. The foregoing is not necessary for the Single Compliance Insurance since the special rule contemplated Article 5.2.1.1.1.5 of Decree 734 of 2012 applies to it.

(ir)  The Concessionaire may not, by means of a particular condition, reduce or modify the scope and conditions of the covers, clauses and coverage of any of the insurances and guarantees issued pursuant to the provisions of this Contract. Therefore, if so requested without ANI's written consent, the insurer shall not modify the policy, and if it does so, it shall be deemed not to have done so in writing. This condition shall be included in the particular conditions of each of the insurances in order to proceed with its approval.

(n)  The provisions exptesamenle referring to the insurance policies shall apply *mutatis mutandi to* the other types of guarantees, under the principle that such other types of guarantees in no case may offer less favorable conditions for ANI than those required in this Contract and in the hey Applicable for insurance policies. Additionally, these other types of guarantees, if used, must strictly comply with the provisions for them in Sections Il, III and V of Chapter II of Title V of Decree 734 of 2012.

(o)  The others that are indicated in the Special Part.

## 12.4  Approval of Warranties

(a)  Within twenty (20) Business Days from the date of execution of the Contract, the Concessionaire shall deliver to ANI the Sole Contract Performance Bond and the other bonds to delivered with Sole Performance Bond as provided in Section 12.1(a) above.

(b)  ANI shall have ten (10) Business Days to object or approve the guarantees submitted by the Concessionaire, counted as from the Business Day following the date of delivery of the same by the Concessionaire.

(c)  If the Guarantees delivered by the Concessionaire do not comply with the requirements set forth above, ANI will request the correction of the same and will set reasonable term for doing so. In the event that within such term the Concessionaire does not deliver the guarantees duly modified to the satisfaction of ANI or if the terms and conditions of the corrections and/or modifications do not satisfy the observations made by ANI, ANI will not approve the guarantees provided by the Concessionaire, will impose the corresponding fine and may declare the expiration of the Contract if the Sole Performance Bond is not in force.

(d)  If the Sole Performance Bond is not accepted, ANI will demand the Bid Bond and may declare the expiration of the Contract.

(e)  Notwithstanding the foregoing, if ANI notices at any time during the execution and/or liquidation of the Contract that the guarantees do not comply with any of the requirements set forth in the Contract or the rules governing the matter, it may require the Concessionaire correct, extend or adjust such guarantees within the term determined by ANI for such purpose, a term that in any case shall not exceed thirty (30) days. Failure to correct, expand or adapt within the term indicated by ANI shall entitle ANI to impose the corresponding fine and may declare the expiration of the Contract.

(f)  ANI will return  Bond to the Concessionaire within five (5) Business Days following the date on which the Sole Performance Bond has been approved.


## 12.5  Division of Warranties

(a)  As an exception to the principle of indivisibility of the coverage mechanisms for risks, the guarantees of this Contract shall be granted for each stage or contractual phase, in accordance with the provisions Article 5.1.9 of Decree 734 of 2012, as follows:

  (i)  Pre-oppressive Stage
    (1)    Preconstruction Phase
    (2)    Construction Phase

  (ii) Operation and Maintenance Stage, which will be subdivided into five-year periods, except for the last period, which will correspond to the fraction of the five-year period necessary to cover the entire stage.

  (iii)   Reversion Stage



(b)    The Concessionaire is obliged to extend the validity of the guarantees that make up the Single Performance Bond as provided in the Contract, with a notice not less thirty (30) Business Days prior to its expiration, in the event that the term of execution of the corresponding Stage or Phase is extended.

## 12.6  Single Performance Bond

The Sole Performance Bond shall contain the following coverages

(a)    Performance: The performance bond will guarantee the obligations of the Concessionaire either due to the execution or liquidation of the Contract, including the payment of the penalty clause and fines and other penalties caused during each of the phases and stages of the Contract as described below.

   ( Q   Fl The insured value and the term of this coverage for each of the Stages and cattle shall be as indicated in the Special Part.

   (ii)    The extension or renewal of this coverage for subsequent phases shall be covered by the same performance bond, which shall also cover the renewal and extension of the other bonds comprising the Single Guaranty, as well as the constitution and extension of the other bonds required in this Contract.

   (iii)    The risks covered shall be those corresponding to the non-performance of the obligations arising and enforceable in each of the stages of the contract, even if their performance extends to the subsequent stage, in such a way that the guarantee covering the obligations of respective stage shall be sufficient.

(b)    Payment of Salaries and Social Benefits: The purpose of this coverage shall be to guarantee the payment of salaries, social benefits and indemnities of the personnel to be used by the Concessionaire for the execution of the Contract. The insured value and the term of this coverage for each of the Stages and Phases shall be indicated in the Special Part.

(c)    Stability and Calldad of the Works: The purpose of this coverage shall be to cover ANI for the damages caused to it as a consequence of any type of damage or deterioration of the Intorventions that is attributable to the Concessionaire:

   (i)    The value of this coverage shall be as indicated in the Special Part.

   (ii)    This coverage shall be valid for five (5) years from the date of execution each Functional Unit Termination Act.

(iii) The stability and quality of the work shall not necessarily be included in the Sole Performance Guaranty from its initial presentation. In case it is not included initially, the Sole Performance Bond must be extended by Concessionaire to include the stability and quality of the work, as a requirement for the subscription of each Functional Unit Completion Act.

(d)   Quality of Goods and Equipment Supplied: This coverage will cover ANI for the damages attributable to the Concessionaire arising  the poor quality or technical deficiencies of the goods or equipment supplied by it, in accordance with the Technical Specifications set forth in the Contract or due to noncompliance with the technical parameters or standards established for the respective goods or equipment.

(i)   This coverage shall be valid for five (5) years from the date of execution of each Functional Unit Termination Act.

(ii)   The value of this coverage shall be as stated in the Special Part.

(iii)   The coverage of quality of goods and equipment supplied shall not necessarily be included in the Sole Performance Guaranty from its initial presentation. In case it is not included initially, the Sole Performance Bond must be extended by the Concessionaire to include the coverage of quality of goods and equipment,  a requirement for the subscription of each Functional Unit Completion Act.

(e)   Quality of the Maintenance Works: The purpose of this coverage shall be to cover ANI for the damages caused as a consequence of any type of damage or deterioration of the reverted infrastructure attributable to the Concessionaire due to poor quality in the execution of the Maintenance Works:

(i)   The value of this coverage shall be as indicated in the Special Part.

(ii)   This coverage shall be valid for five (5) years as from the termination of the Reversion Stage.

(iii)   The quality coverage of the Maintenance Works shall not necessarily be included in the Sole Performance Bond from its initial submission. In case it is not included initially, the Sole Performance Bond must be extended by the Concessionaire to include this coverage, as a requirement for the execution of the Reversion Deed.

12.7   Extracontractual Liability



(a)  The Concessionaire shall obtain a non-contractual liability guarantee, which shall be contained in an insurance policy, with the following characteristics:

  (i)  The guarantee will cover the Concessionaire's civil liability for its actions or omissions as well those of its agents, Contractors and/or subcontractors, in the performance of any activity executed in connection with the Concession Contract, which cause damage to property or to the life or personal integrity of third parties or of ANI, including those of any of its employees, agents or subcontractors.

  (ii)  The value of this guarantee shall be as defined in the Special Part.

  (iii)  No coverage may be less than the minimum insured value required, except for employer's liability and owned and non-owned vehicles, which may not be less than 50% of the minimum insured value per event. No other type of sublimits shall be accepted.

(b)  This warranty shall be in effect for the entire duration of the contract.

(c)  The Concessionaire may establish this policy for an initial term of one (1) year and extend it for successive periods of one (1) year. This extension shall be made not less than thirty (30) Business Days prior to the date established for its expiration.

(d)  The provisions of article 5.2.1.2 shall apply to this guarantee. of decree 734 of 2012.


## 12.8 All-risk property insurance

(a)  Civil Works Insurance

  (i)  This insurance shall be taken out for each Functional Unit and shall cover the damages that may be suffered by the infrastructure of such Functional Unit, regardless of the cause that generates the damage.

  (ii)  When the Functional Unit includes the delivery of infrastructure, the civil works policy shall cover the existing works, as from the Commencement Date. The initial insured value of this policy will correspond to an indicative sum to be agreed between the Concessionaire and respective insurance company.

  (iii)  When the Fimtional Unit does not include the delivery of existing infrastructure, the coverage shall be in force from the date which, according to the terms of the Fimtional Unit, it is delivered.

The Work Plan, the Interventions of the respective Functional Unit must be initiated.

(iv)   As a requirement for the subscription of each Functional Unit Completion Deed, the object of this insurance shall be extended to cover the Interventions and the insurable value of this guarantee shall be increased to value equivalent to the total value of the Construction Contract applicable to the corresponding Functional Unit, including materials, , freight, customs duties, taxes and materials or items supplied by the Concessionaire. The insured value shall be established based on a probable maximum loss study to be contracted by the Concessionaire with a person of recognized suitability and experience in similar work that demonstrates having prepared at least three similar studies for projects of equal or greater value than that of the Project, either in Colombia or abroad.

(v)   Pursuant to Section 14.2(i)(i) of this General Part, and except for the events listed in Section 14.2(i)(ii), any loss or damage suffered by the infrastructure and not covered by this warranty shall be borne entirely by the Concessionaire, which includes underinsurance and deductibles.

(b)     Automobile Insurance and Machinery and Equipment Insurance (Yellow Machinery)

(i)   Throughout the term of the Concession Contract, the Concessionaire must have individual or collective insurance policies that insure the Concessionaire's motor vehicles that are authorized to travel as Project vehicles and those that are directly or indirectly related to the execution of the Concession, including those that do not have license plates or are considered yellow machinery.

(ii)   The Concessionaire shall submit a copy of these policies to ANI together with the Single Performance Bond and its extensions.

## 12.9 Restatement of collateral values

(a)     The values of the guarantees shall be indexed at the time of their creation by applying the formula set forth in Section 3.9(b) of this General Part.

(b)     Within the first fifteen (15) days of January of each year, the value of the total amount of the guarantees shall be adjusted, for which purpose the formula set forth in Section 3.9(b) of this contract shall be applied.                -



## €APPlTICLEXüi CONTRACTUAL ECUATION AND ASSIGNMENT OF RIGHTS

13.1   Contractual Equation

The contractual equation of this Contract shall be comprised of the following factors:

**(a)**    The Concessionaire assumes (A) the compliance of the obligations it is responsible for; and (B) risks assigned to it through this Contract, as well as the risks associated to the execution of its obligations. The foregoing inasmuch as the Concessionaire declared with the presentation of the Proposal during the Selection Process, that it had understood and known the scope of the obligations arising from this Contract as well as that it had made an assessment of the risks assigned to it. The Concessionaire, therefore, acknowledges that the Remuneration includes all costs and expenses, including capital, financial and financing costs, operation and maintenance costs, administration costs, taxes, fees, contributions, contingencies and profits of the Concessionaire, arising from the execution and settlement of Contract, of the scope of its obligations as Concessionaire, considering the operational, social, political, economic, property, cadastral, topographic, geotechnical, geological, meteorological, environmental, geographic, access conditions and the limitations of space, relations with the communities, availability of materials and temporary facilities, equipment, transportation, labor. For the foregoing, the Concessionaire expressly acknowledges that no adjustments, compensations, indemnities or claims shall be applicable for the causes indicated or due to or originating from these factors, or to any other cause or factor occurring during the performance of the Contract, except for the consequences expressly foreseen in this Contract when the risks assigned to ANI occur. Consequently, the Concessionaire shall assume the risks inherent to the execution of this Contract, since compliance with the obligations resulting from the same is at the Concessionaire's risk.

(b)    The foregoing does not prevent that, upon the occurrence of risks that i) have not been foreseen in the Contract and, ii) although not expressly foreseen, do not correspond to those that by the nature of the obligations of the Concessionaire are assigned to it; the reestablishment of the economic balance of the contract may proceed when the risk, besides being unforeseen and unforeseeable, and not attributable to the Concessionaire, has the characteristics of seriousness, abnormality and magnitude for such reestablishment to proceed, in accordance with the Applicable Law.

(c)    ANI assumes the cost of the risks expressly assigned to ANI, and of the fulfillment of its obligations.

13.2  <u>Risks assigned to the Concessionai'io</u>

(a)     Unless provided in the Special Part, the following are the risks assigned to the Concessionaire, in addition to those assigned to it in other parts of the Contract (including its Appendices) or those which by their nature must be assumed the Concessionaire:

(i)     The favorable or unfavorable effects derived from the conditions of the infrastructure corresponding to the Project in the state in which it is delivered by ANI, as well as its performance obligations for the delivery of the Interventions and for the Operation and Maintenance -even in the Preoperative Stage- will not be reduced, nor will the Remuneration be increased by such conditions, whatever may be.

(ii)    The favorable or unfavorable effects derived from variations in: (i) the market prices of the necessary inputs (including labor and services) to advance the Interventions and (ii) of the quantities of work that result necessary for the achievement of the results foreseen for the Interventions in order to comply with its contractual obligations, since it is a contractual obligation of the Concessionaire to obtain the results foreseen in Technical Appendix 1 and in this Concession Contract, without there being any coverage or compensation on the part of ANI as a consequence of the variation of **any** initial estimate of the quantities of work for the Interventions compared to what is actually executed or for the variation between any estimate of prices initially made for the inputs necessary for the execution of the Interventions and those that actually existed in the market at the time of the execution of the Interventions.

(iii)   The favorable or unfavorable effects derived from the variations in the market prices of the inputs necessary to carry out the Maintenance Works and of the quantities of work that may be necessary for the achievement of the results foreseen for the Maintenance Works in order to comply with its contractual obligations, since it is an ongoing obligation of the Concessionaire to obtain the results foreseen in accordance with this Concession Contract without any coverage or compensation on the part of ANI, as a consequence of the variation between any initial estimate of quantities of work for Maintenance Works versus what was actually executed or due to the variation between any price estimate initially made for the necessary inputs for the execution of the Maintenance Works and those that actually existed in the market at the time of the execution of the Maintenance Works.

(iv)    The favorable or unfavorable effects of changes in market prices of the inputs necessary to advance the



in accordance with the provisions of the Technical Specifications of Technical Appendix 2 of this Contract, it is the obligation of the Concessionaire to obtain the results foreseen under this Contract without any coverage or compensation by ANI as a consequence of the variation of any initial estimate of the scope of the Operation and of the work associated to it and what is actually required.

(v)     The favorable or unfavorable effects derived from the variations in the market prices of the inputs necessary to carry out the activities during the Preoperational Stage, since it is the Concessionaire's obligation to obtain the results foreseen in this Contract without any coverage or compensation by ANI as a consequence of the variation of any initial estimate of the scope of obligations under its responsibility during the Preoperational Stage, except for the hedges expressly foreseen in this Contract.

(vi)    The favorable or unfavorable effects derived from the design, on the work schedule, on the costs, and/or in general on any situation that may be affected as a consequence of its execution during any of stages, under the terms established in this Contract.

(vii)   Except for the coverage expressly provided for by ANI in this Contract, the unfavorable effects derived from the risk of insufficiency of the Estimated Value of Premises and Socioeconomic Compensations.

(viii)  The favorable or unfavorable effects derived from the costs of Property Management, it is the obligation of Concessionaire to manage and acquire on behalf of the ANI, under the terms of CHAPTER VII of this General Pai4c, the Properties necessary to carry out the Interventions.

(ix)    Except for the coverage expressly provided by ANI in this Contract, the favorable or unfavorable effects derived from the Social and Environmental Management, since it is the Concessionaire's obligation to carry out the Social and Environmental Management and comply with the regulations in force that regulate the matter.

(x)     Except for the coverages expressly provided for by ANI in this Contract, the favorable or unfavorable effects derived from the transfer or intervention of the Networks.

(xi)    The favorable or unfavorable effects of obtaining and/or altering the financing conditions and/or liquidity costs resulting from the variation in market variables, since it is a contractual obligation of the Concessionaire to obtain full financing for the execution of the Project, for which the Concessionaire has full freedom of choice.



establish with the Lenders the stipulations related to the loan agreement -or any other financing mechanism- necessary for the development of the Project and there will be no coverage or compensation on the part of ANI, as a consequence of the alleged or real variation between any initial estimate of the financing conditions and those actually obtained.

(xii)  The unfavorable effects derived from any and all damages, harm or loss of its property caused by third parties other than ANI, without prejudice to its right to demand from third parties other than ANI the repair or compensation of the direct and/or subsequent damages when applicable.

(xiii)  The favorable or unfavorable effects derived from variations in the profitability of the business and obtaining profits or suffering losses, since the Concessionaire's Remuneration compensates all the obligations and risks assumed by the Concessionaire. The mechanisms for calculating the Remuneration, as well as the compensation payments to the Concessionaire for the risks fully or partially assumed by ANI, expressly contained *in this* Agreement, are designed to reestablish and maintain the contractual equation.

(xiv)  In general, the favorable or unfavorable effects of the variations of the economic and technical components necessary to comply with the obligations of the Concessionaire necessary for the full execution of this Contract, related to the attainment of financing, the preparation of its own Detailed Studies and Layout and Geometric Design Studies, the hiring of Contractors, the hiring of personnel, the administrative work, the construction procedures used, the equipment and materials required, the environmental and social management, the traffic management, among others.

(xv)  Except for the express coverage by ANI, provided for in this Contract and its Appendices, the favorable and unfavorable effects derived from the risks of changes in the geological costs for the construction of tunnels in accordance with the provisions of the Contract.

(xvi)  The favorable or unfavorable effects arising from the occurrence of events covered by the policies provided for in CHAPTER XII of this General Part.

(xvii)  Except for the hedges to be paid by ANI expressly provided for in this Agreement consisting of the incorporation of the Dollar/Peso exchange rate and inflation within the updating variables of the ANI Contributions until the time such contributions are deposited in the ANI Contributions Subaccount, the favorable or unfavorable effects derived from changes in (i) the value of the Peso in relation to any other currency,

including but not limited to the Dollar, (ii) Colombian economic indicators, (iii) the Colombian economy or the economy of the country of origin of the Concessionaire (or any of its shareholders or members) or the country of origin of the Borrower(s).

(xviii)     The effects derived from the total or partial destruction or theft of the goods, materials and equipment of the Concessionaire or its subcontractors.

(xix) The favorable or unfavorable effects of the variation of traffic during the life of the Project, with respect to the liquidity of the Toll Collection only.

(xx) The favorable or unfavorable effects of the variation in the Commercial Operating Revenues derived from the provision of the Additional Services.

(xxi) The unfavorable effects corresponding to losses, damages, expenses, charges or expenses incurred by the Concessionaire due to the invasion of the Project Corridor by third parties, inasmuch as it is the Concessionaire's obligation to take the necessary measures provided for in the Applicable Law for the defense and protection of the Project Corridor. The foregoing is understood without prejudice to A) the provisions of this Contract regarding the financing of the Compensation Plan, B) the applicable compensations, in the event that an Exempt Event of Liability occurs, under the terms set forth in Section 14.2(h) of this General Part and C) the reimbursements to be paid by ANI when the circumstance set forth in Section 14.2(i)(ii) of this General Part occurs.

(xxii) The favorable or unfavorable effects derived from the constitution, extension or reissuance of the risk coverage mechanisms under its responsibility, in the different stages of the Project and for all the Functional Units that compose it, including those that due to the level of interventions to be carried out by the Concessionaire, generate the loss of existing coverage of sections that are part of the scope of the Project.

(xxiii)     The favorable and unfavorable effects derived from modifications to the designs **during** the Construction Phase under the terms of Section 6.3. of this General Part.

(xxiv)     The favorable or unfavorable effects derived from the evasion of """Tolls by users.     Tolls by users.

(xxv)     The favorable or unfavorable effects derived from changes in laws. The foregoing except for the provisions of this Agreement, with respect to the assumption of the Foreign Exchange risk and the liquidity effects generated by the Variation NH

Pfig. 166 of 225

(b)     The Concessionaire's Retribution includes the cost of assuming all the risks assigned to the Concessionaire. Therefore, the increase of the risks assigned to the Concessionaire, or the negative or positive effects derived therefrom, in any proportion or amount, shall not give rise to modification, reduction or addition of the Remuneration, nor shall they give rise to recognition or compensation by ANI in   of the Concessionaire. The foregoing notwithstanding the provisions of Section 13.1(b).


13.3   <u>ANI Risks</u>

Unless provided in the Special Part, the following are the risks assigned to ANI, in addition to those assigned to it in other parts of the Contract (including its Appendices and Annexes):

(a)     Partially, the unfavorable effects derived from the occurrence of a Liability Exempt Event when the same generates idle costs due to a longer stay on site, inasmuch as the assumption of this risk entails, exclusively, the recognition of the same under terms of Section 14.2(h) of this General Part.

(b)     Partially, the unfavorable effects arising from consequential damage caused by the Liability Exempting Events referred to in Section 14.2(i)(ii) to the extent that the assumption of this risk entails, exclusively, the provisions of Section 14.2(i) of this General Part.

(c)     Partially, the unfavorable effects derived from the fact that, for reasons not attributable to the Concessionaire, the installation of the new Toll Stations indicated in Technical Appendix 1 becomes impossible, or in general, the collection of the Toll Stations becomes impossible. The foregoing to the extent that the assumption of this risk entails, exclusively, the obligation of ANI to make the payments, under the conditions, terms and amounts expressly provided in Section 3.3(h) of this General Part.

(d)     Partially, the favorable or unfavorable effects of the change of location of the Toll Stations when such modification is imposed by ANI or by any Colombian public entity with the capacity to order such modification, to the that the assumption of this risk entails, exclusively, the obligation of ANI to make the payments, under the conditions, terms and amounts expressly provided in Section 3.3(h).

(e)     Partially, the unfavorable effects of the risk of insufficiency of the Estimated Value of Premises and Socioeconomic Compensations, inasmuch as the assumption of this risk entails, exclusively, the obligation of ANI to make the disbursements, under the conditions, terms and amounts expressly provided in this Contract of what corresponds to the percentage in which ANI assumes such risk,

strictly in accordance with the provisions of Section 7.2 of this General Part.

(f) Partially, the favorable or unfavorable effects of the Predominant Force Majeure to the extent that the assumption of this risk is made, exclusively, under the terms provided in Section 7.4. of this General Part.

(g) Partially, the unfavorable effects of the risk of insufficiency of the Estimated Value for Environmental Compensations, insofar as the assumption of this risk entails, exclusively, the obligation of ANI to make the disbursements, under the conditions, terms and amounts expressly provided in this Contract of what corresponds to the percentage in which ANI assumes such risk, strictly in accordance with the provisions of Section 8.1(c) of this General Part.

(h) Partially, the favorable and unfavorable effects of the decisions of the Environmental Authority to the extent that the assumption of this risk entails, exclusively, the obligation of ANI to comply with the provisions of Sections 8.1(e), 8.1(iJ. 8.1(g) and 8.l(h) of this General Part.

(i) Partially, the unfavorable effects of the risk of insufficiency of the Estimated Network Value, to the extent that the assumption of this risk entails, exelusivamentc, the obligation of ANI to make the disbursements, under the conditions, terms and amounts expressly provided in this Contract of what corresponds to the percentage in which ANI assumes such risk, strictly in accordance the provisions of Sections 8.2(e) and 8.2(f) of this Part €ieneral.

(j) Partially, the favorable or unfavorable effects of Force Majeure by Rede as the assumption of this risk entails, exclusively, the effects described in Section 8.2(i) of this General Part.

(k) Partially, the favorable or unfavorable effects associated with the geological costs of tunnel construction, insofar as the assumption of this risk entails, exclusively, the provisions of the Special Part for this purpose.

(l) I.the risks associated with the total traffic of vehicles during the life of the Project in relation to impact on Toll Collection only, to the extent that the assumption of this risk entails, exclusively, the obligation of ANI to make the payments, under the conditions, terms and amounts expressly provided in this Contract for Concessionaire to effectively obtain the VPIP, under the terms of Sections 3.4 and 18.3(d) of this General Part.

(m) The risk of insufficiency of the resources to be contributed by the Concessionaire to the Interventory and Supervision Subaccount, to make the payments to which ANI commits with the Interventory and/or the Supervisor without default by the Concessionaire, in this case ANI will contribute the difference, for which it may
the available resources of the Contingency Fund or, if this is not ellie

If possible, authorize the use of resources from the ANI Surplus Subaccount to meet the remaining obligation and if, once these resources have been exhausted, a balance is still pending, it will be returned to the general budget of the Nation, after obtaining the corresponding budgetary authorizations.

(n)    Partially, the unfavorable effects of modifications to rates foreseen in the Toll , the implementation of new differential rates in the existing Toll Stations and/or new Toll Stations, in the roads that are part of the Project or, in general, any change in the rate structure foreseen in the Toll . The foregoing, to the that the assumption of this risk entails, exclusively, the obligation to make the disbursements referred to in Section 3.3(i) of this General Part, when the event described in that Section occurs. In the latter case, ANI shall comply with the obligation set forth herein with the resources available in the Contingency Fund, if feasible and possible, taking into account the rules applicable to such Fund and the sufficiency of resources. If   is not possible, the transfer of resources the ANI Surplus Subaccount shall proceed. If these resources are insufficient, the necessary resources shall be included in its own budget after exhausting the requirements of the Law. In any case, the terms and interests foreseen in Section
3.6 of this General Part.

(o)    The costs to be incurred for unforeseen minor works referred to in Section 19.1 of this General Part, strictly in accordance with the provisions of that Section. For their payment, ANI shall use the resources available in the Minor Works Subaccount. If there are insufficient resources, it may authorize the use of the resources of the ANI Surplus Subaccount to meet such obligation or as a last resort, it will meet it from its budget (prior exhaustion of the requirements set forth in the Applicable Law), within the terms and under the conditions set forth in Section 3.6 of this General Part.

(p)    Partially, the favorable or unfavorable effects derived from the circumvention of the Toll Users, understood as the legitimate use of alternate *lanes* that have the effect of not passing through the Project's **Toll** Stations, as long as the assumption of this risk entails, exclusively, the obligation of ANI to make the payments, under the conditions, terms and amounts expressly provided in this Contract for the Concessionaire to effectively obtain the VPIP, under the terms of Sections 3, 4 and 1.3.(d) of this General Part,

(q)    The costs for the implementation of new technologies for electronic toll collection determined by the National Government, as provided in Section 8.3 of this General Part. The form of assumption of these costs and the source of resources shall be determined autonomously by ANI. If the entity does not have the availability of such resources, such technologies shall not be implemented.

(r)   The costs associated with design changes, including the performance of works not foreseen in this Contract, provided that i) they are decided autonomously and exclusively by ANI, ii) that they are not necessary to comply with this Contract (especially with the Technical Specifications) and iii) that they do not correspond to those described in Section 6.3 of this General Part, inasmuch as the latter are performed at the Concessionaire's risk and expense. The manner of assumption of these costs and the source of resources will be determined autonomously by ANI. If the entity does not have the availability of these resources, these changes or unforeseen works will not be executed.

(s)  Partially, the favorable or unfavorable effects derived from a Tax Change, as provided in Section 3.16 of this General Part.



## CHAPTER XIV     PARTIAL TERMINATION FUNCTIONAL UNIT, EVENT EXEMPTING FROM LIABILITY AND INDEMNITIES

### 14.1   Impossibility of Termination due to Events Exempting Liability or for reasons attributable to ANI

(a)     If, upon expiration of the term foreseen in the Works Plan for the completion of a Functional Unit, it has not been completed due to Events Exempting Responsibility or for reasons attributable to ANI, a Partial Completion of Functional Unit Act will be subscribed and the Interventions that have been carried out will be put into service, provided that each and every one of the following conditions are met:

      (Í) The Interventions carried out allow the availability of the Furicional Unit through the Circulation of vehicles in adequate safety conditions, in the judgment of the Parties or, in case of disagreement, of the Amiable Composer.

      (ii) The Interventions that have not been affected by the Exonerating Event of Responsibility and/or by actions or omissions attributable to ANI, which are completed in the sections or sectors of the Functional Unit, comply with the minimum acceptance values of the Indicators identified in the Special Part, of those set forth in Technical Appendix 4. For purposes of calculating the Special Compensation Compliance Index referred to in Section 14.1(b), the Parties shall agree which of the Indicators not mentioned above may be measured, for which purpose they shall do so by mutual agreement (or, if not possible, by the Amiable Component), into account the fact that the Functional Unit has not been fully completed.

      (1H) The value of missing interventions does not exceed sixty percent (6F%).
          -or other percentage to be established in the Special Part- of the total value of the estimated Interventions for the Functional Unit. Compliance with this condition shall be verified by mutual agreement of the Parties or, in case of disagreement, by the Amiable Component.

      (iv) There is no non-compliance by the Concessionaire in its obligations with respect to that Functional Unit.

(b)     As from the Final Completion Act of the Functional Unit, a Special Compensation will begin to be paid equivalent to a portion of the Compensation that would have been caused if the Functional Unit had been fully completed. This part will correspond to the percentage that represents the proportion between the investment effectively made and that which corresponds to the totality of the Functional Unit, multiplied by the corresponding fraction, in accordance with the following table:

| % Inversión efectivamente realizada | Fracción para establecer la Compensación Especial |
|---|---|
| 40% to 60%. | 0,75 |
| **Sup**less than 60% and less than | 0,80 |
| 80% From 80% onwards | 090 |

The percentage of the investment effectively made herein shall be defined by mutual agreement of the Parties or, if this is not possible, by the Amiable Composer.

(c)    The Deductions based on the Compliance Index of Indicators that can be measured and that were agreed under Section 14.1(a)(ii) above shall be applicable to the Special Compensation caused from the Partial Termination Act of the Functional Unit. In the case of the Indicators that cannot be measured, for purposes of calculating the Compliance Index, they shall be considered to comply with the minimum acceptance value provided in Technical Appendix 4, until the end of the Functional Unit.

(d)    Once the affected Functional Unit is completed to full satisfaction, within the new term of the Works Plan (modified in accordance with the provisions of Section 4.8), the Act of Completion of the Functional Unit shall be subscribed and, as from such subscription, the total Remuneration (without prejudice to the Deductions) associated to the corresponding Functional Unit shall be payable. The Concessionaire shall also be acknowledged the accumulated differential between the Remuneration that would have been caused if the Functional Unit had been fully completed and the
Special Compensation, during the period '1"= between the Partial Termination Act of the International Unit and the complete termination of the International Unit, weighted by the average rate of compliance observed during the period '1"=, weighted by the average rate of compliance observed during the period '1'=.
cse period.

(c)    If new amended Work Plan referred to in Section 14.1(d) , or if seven hundred and thirty (730) Days elapse from the expiration of the term originally foreseen for the termination of the affected Functional Unit, whichever occurs first, without the corresponding Interventions being completed, the payment of the Special Compensation corresponding to such Unit shall be suspended, until the Functional Unit Termination Act has been executed. If the reason for non-completion is an Existing Event of Responsibility or attributable to ANI, the Parties in good faith shall review the scope of the Contract to determine if it is feasible to modify the scope of the Interventions, including the possibility of modifying or terminating the respective Functional Unit -prior recalculation of the Reimbursement that reflects the modifications made, recalculation that shall be made by mutual agreement of the Parties .



or by the Amiable Conciliator. If it is not feasible to modify the scope of the Interventions, either Party may request the Early Termination of the Contract.

(f)    When the Project contemplates the installation and operation of a new Toll Station, subject to the termination of a Functional Unit, this last requirement shall be deemed fulfilled with the execution of the Partial Termination Act of the Functional Unit.

## 14.2    Event Exonerating Liability

(a)    The Parties shall be relieved of all liability for any delay in the performance of the obligations under the Contract, when upon due verification it is concluded by agreement of the Parties or, failing such agreement, by the Amiable Component, that the delay is the result of facts that may be defined as an Event Exempting from Liability under the terms of this Section 14.Delay in the performance of any subcontractor shall not in itself be deemed a Releasing Event, unless the existence of such Circumstance is itself the result of a Releasing Event.

(b) An Event Exempting from Liability shall mean any event, circumstance or combination of events or circumstances beyond the reasonable control of the Party invoking it, which materially and adversely affects the performance of the obligations under the Contract, in respect of which it is invoked, after having taken all reasonably possible actions to avoid it. It is understood to be included within the concept of Event Exempting from Liability, any event of Force Majeure, including Preliminary Force Majeure, Environmental Force Majeure and Force Majeure due to Networks.

(c)    The occurrence of a Liability Exempting Event shall exempt the Parties from the performance of the obligations imposed on them under the Contract to the extent provided for in the Applicable Law, except for the obligations to pay money (without prejudice to the provisions of Section 3.9(e) of this General Part). The occurrence of a Liability Exonerating Event affecting a Functional Unit after the execution of the Functional Unit Termination Act or the Partial Functional Unit Termination Act, as applicable, shall not suspend the disbursement of the Special Re(ribution or Compensation for such Functional Unit to the Concessionaire, without prejudice to the possibility of requesting the Early Termination of the Contract, pursuant to the provisions of Section 17.2(b)(i), in the latter case, only the payment of the value of the corresponding liquidation shall proceed in  with the provisions of Section 17.2(b)(i).
18.3 of this General Part.

(d)    Information Procedure:



Page 173 of z25

(i)     Within ten (10) Business Days after the occurrence of a Liability Event or the date communications are restored if affected, the Party affected by the Liability Event in the performance of its obligations (the "Affected Party") shall advise the other Party of the occurrence of the Liability Event, the obligations affected, including such information and other details as may be relevant and, to the extent practical and possible, a preliminary estimate of the length of time during which the Affected Party will be affected. From the date of the occurrence of the Liability Releasing Event the duration of the period during which the Affected Party is prevented from performing its obligations shall be referred to as the "Special Period".

(ii)    Within ten (10) Business Days after the cessation of a Liability Exempting Event, the Affected Party shall notify the other Party (i) of the occurrence of the cessation of the Exempting Event; (ii) of its consequent ability to resume performance of the suspended obligations; and (iii) of the date on which it will resume performance which shall not be more than thirty (30) Business Days from the date of the Notice provided herein.

(iii)   Once the Notification has been made within the term indicated in Section 14.2(d)(i) above, the notified Party shall, within fifteen (15) Days following such Notification, express whether or not it accepts the occurrence of the Exigent Liability Event.

(iv)    In the event that the notified Party does not accept the occurrence of the Exonerating Event of Liability, the matter shall be resolved by the Amiable Composer.

(v)     The Affected Party shall, during the Special Period, be excused from the performance of the affected obligations provided that the notified Party accepts the existence of the Liability Exonerating Event, or the Ainigablc Component verifies its existence. As long as the Notice required herein has not been given, the Affected Party shall not be relieved from the performance of the affected obligations unless the Exonerating Event of has affected the communications.

(vi)    During the Special Period, the Affected Party shall provide weekly information on the development of the Exonerating Event of Liability and on the measures that have been adopted to mitigate and reduce its effects as well as to overcome them. At the request of any of the Parties, they shall meet to seek, in good faith, solutions aimed at resuming the performance of the Affected Party, as soon as possible.

(e)    During the Special Period, the Affected Party shall be relieved from performing the affected contractual obligations to the extent that such failure to perform was caused directly and solely by a Liability Event. In such event, the other Party shall have no liability for the recognition of any losses, damages, expenses, charges or expenses incurred by the Affected during the Special Period, including but not limited to those necessary to mitigate, reduce and overcome the effects of the Liability Event. Any period provided in this Agreement for the performance of the obligation affected by the Hold Harmless Event shall be extended for a term equal to that of the Special Period.

( Ç    The Party Affected by an Event Exempt from Liability is obligated do all that is reasonably advisable and possible, under the extraordinary circumstances, to mitigate and reduce the effects of the Event Exempt from Liability as well as to overcome it in the shortest possible time,

(g)    Extension due to Event Exonerating Liability

(i)    As long as the circumstances of the Event Exempting Liability persist and these prevent the total execution of the contracted object, the execution of the Contract shall be suspended and the term this Contract shall be extended by a term equal to that of the Special Period.

(il)    If the facts constituting an Exonerating Event of Liability do not prevent the performance of all the obligations of the stage in which the Contract is in its execution, but only the performance of some or some of the obligations arising therefrom, the Parties shall agree whether or not such circumstances entail the suspension of the contractual term, taking into account the corresponding factual conditions and the degree of importance of the suspended obligations. Disagreements on this point shall be resolved by the Amiable Component.

(iii)    In the event of suspension of the Contract due to a Liability Exonerating Event, the Concessionaire shall take the necessary measures, at its own expense, so that the validity of the Guarantees and Coverage Mechanisms of this Contract are extended in accordance with the suspension period.

(h)    Compensation for Non-Liability Events

(i)    Notwithstanding the provisions of Section 14.1 of this General Part, upon the occurrence of a Liability Event, the Parties shall not be obliged to pay compensation or indemnities to and/or in favor of any of them, with the sole exception set forth below:

(ii)  Whenever during the execution of the Contract, Exempt Events of Responsibility arise that force the Concessionaire paralyze the execution of the works or tasks derived from the execution of this Contract, the Concessionaire may be compensated for the idle costs of the greater work stoppage caused by these events, by means of the recognition of a daily sum to be mutually agreed upon by the Parties.

(iii)  This recognition will only apply when the following requirements are met:
(A) the Liability Event prevents the execution of all or a substantial part of Interventions; and (Bsuch paralysis necessarily implies that one hundred resources of the Concessionaire are idle because they cannot be used for any activity related or not related to this Agreement.

(iv)  The definition of the daily value for longer stay on site shall be made exclusively to cover the fixed costs associated with the resources (equipment, equipment and administrative expenses) of the Concessionaire that necessarily had to be rendered unusable due to the occurrence of the Event Exempting Liability. In no case shall values corresponding to lost profits be included.

(v)  In case of controversy on the application of this recognition or its appraisal, the discrepancy will be submitted to the Amiable Component.

(vi)  Once the value of the compensation has been determined, ANI shall pay the Concessionaire the corresponding amount, for which ANI shall resort to the Contingency Fund, if possible and if the resources therein provided are insufficient, ANI may authorize the use of the resources of the ANI Surplus Subaccount to meet such obligation or, as a last resort, meet the payments charged to its budget (prior exhaustion of the requirements set forth in the Applicable Law), within the terms and under the conditions set forth in Section 3.6 of this General Part.

(vii)  Such compensations, when applicable, shall be included in the Auditors' Reports corresponding to the periods in which the Exempted Events of Responsibility already referred to occur.

(i)  Necessary Repairs for Liability Exempt Event.

(i)  In the event of an Event Exempting Liability, the expenses required for the repairs, reconstruction or replacement of the works, goods or equipment forming part of the Project shall be borne by the Concessionaire at its own risk and expense, for which it shall have the insurance against all risks that the Concessionaire considers sufficient (although at least with the insurance referred to in Section 12.8 of this General Conditions). Any costs not covered by this General Pnrte shall be borne by the Concessionaire.

is borne by the insurance contracted by the Concessionaire, shall be borne by the Concessionaire.

(ii) However, ANI shall reimburse the Concessionaire for the costs incurred    the Concessionaire for such repairs, replacements or replacements, excluding lost profits, only for the following events, to the extent that A) they meet the requirements to be considered Liability Requiring Events, as provided in Sections 14.2(a) and 14.2(b) above, and B) when they occur within or directly Colombia:

    (1) Any act of war, declared or undeclared, invasion, armed conflict or act of foreign enemy, blockade or embargo.

    (2) Coup d'Etat, revolution, conspiracy and guerrilla act (This concept does not include strikes, riots, riots, civil and/or popular commotion, malicious *acts* of third parties, terrorist acts and terrorism, risks which must be insured by the Concessionaire).

    (3) Archaeological finds and discoveries of treasures, mines or other deposits.

    (4) Any other event for which, at the time of its occurrence, insurance is not offered to cover these goods, works and/or equipment from the risk occurred, under reasonable market conditions, in accordance with the Applicable Law. In case of disagreement between the Parties, the dispute shall be defined by the Amigable Component.

(iii) In order for the recovery referred to in Section 14.2(i)(ii) above to proceed, the Concessionaire shall be required to have given notice to ANI and the Comptroller of the occurrence of such events within a term not exceeding ten (10) Business Days from their occurrence. The evaluation of such events, the causes that motivated them and the diligence with which the Concessionaire acted before them, shall be recorded within thirty (30) Days following the date on which such causes cease, in minutes signed by the Comptroller and the Concessionaire, which shall be submitted to ANI for approval.

(iv) In the event that ANI concludes that the event did not originate in a circumstance provided for in Section 14.2(i)(ii), either Party *may submit the* dispute to the Amiable Composer.

(v) In the event that the Amiable Composer determines that any of the Exonerating Events of Liability reflected in the contract did not exist, the Amicable Composer shall determine that there were no such events.

Section 14.2(i)(ii), the Concessionaire shall be  for all the repairs, expenses and indemnities to which it may be entitled.

(vi)  If the reimbursement by ANI is appropriate, the value of such costs shall be agreed upon by the Parties, after verification by the Interventoría. In case of disagreement, the value determined by the Amigable Componedor, at the request of any of the Parties, shall be applied.

(vii)  Once the value of such repairs and/or reconstructions has been determined, ANI shall pay the Concessionaire the corresponding amount, for which ANI shall resort to the Contingency Fund, if possible, and if the resources provided therein are insufficient, ANI may authorize the use of the resources of ANI Excodcntcs Subaccount to meet such obligation or, as a last resort, meet the payments from its budget (prior exhaustion of the requirements set forth in the Applicable Law), within the terms and conditions set forth in Section 3.6 of this General Part.

## 14.3  Indemnity

(a)  The Concessionaire undertakes to hold ANI harmless from any claim from third parties from its actions or those of its subcontractors or dependents.

(b)  For these purposes, ANI shall notify the Concessionaire of the corresponding claim or action:

(i)  If it is extrajudicial, within five (5) Business Days following the date on which such claim is filed;

(ii)  If it is judicial (of any nature), within three (3) Business Days following

(i)  The date on which the claim was personally notified to **ANI;** or

(2)  The date on which it is legally understood that ANI has been duly notified of the order admitting the claim through which the claim is made, if such notification has been made by means of notice or edict in accordance with the Law.

(c)  Coadjutants and other procedural behaviors.

(i)  The Concessionaire shall have the right to participate and join at its own expense, with the attorneys it chooses, in the defense of ANI in any action or suit brought against ANI for causes attributable to the Concessionaire.



Concessionaire, but in case of conflict between the Concessionaire and ANI on the course of the defense or the solution of the corresponding process, ANI will have the exclusive competence to make the corresponding decisions or take the corresponding actions, unless the Concessionaire has accepted that the respective claim with all its consequences corresponds to the one whose economic consequences it must assume, in which case it will be understood that the criteria of the attorneys appointed by the Concessionaire will prevail over those of ANI to make any decision or take any action that must be advanced in the development of its defense.

(ii)   The Concessionaire shall pay -on behalf of ANI- the sums necessary to comply with any conviction, or even to meet the embargoes or the requirement of policies or other provisional measures issued by the authorities, within thirty (30) Business Days counted from the request in that sense made by ANI, supported by a copy of the corresponding order of the authorities.

(iii)   If the relevant sentence or order is appealed by ANI and the appeal is one of those granted with suspensive effect, the obligation of the Concessionaire to pay will be postponed until the date on which the corresponding appeal is decided.

(iv)   In the event of delinquency, interest on delinquency shall be payable at the rate set forth in Section 3.6(a) of this General Part.

(v)   All of the foregoing without prejudice to the use of procedural instruments that may be applicable, by any of the Parties.

## CHAPTER XV          DISPUTE RESOLUTION

The provisions of this chapter do not prevent the Parties from directly resolving any patrimonial and reconcilable controversy between them arising from this Agreement at any time. The provisions of Law 1563 of 2012 and Article 14 of Law 1682 of 2013 shall apply  the dispute resolution mechanisms.


## 15.1   Component Friendly

(a)      I..he Parties agree to resort to an Amiable Compositeur to define all those controversies that have been expressly indicated in the present Contract for the knowledge of the Amiable Compositeur. The decision of the Amiable Composer shall be final and binding on the Parties.

(b)      Prior to the execution of the Contract, the Concessionaire must express to ANI whether it chooses to accept the use of this mechanism on a permanent basis to define the disputes referred to in the Contract. Its will must be expressed by the legal representative, or whoever takes its place, in writing and unequivocally to ANI. If it does not opt for the mechanism on a permanent basis, it shall be understood that it accepts to use it under the figure of the temporary amiable compositeur (case by case).

(c)      In the event of being the Amiable Composer on a transitory basis (case by case), the contributions to the Amiable Composer Subaccount shall be made in any case by the Concessionaire. These resources shall be destined to the payment of the transitory Amicable Composer's fees and to the arbitration expenses, as well as to the expenses demanded by any other alternative dispute resolution mechanism to which the Parties agree to resort at the time a dispute arises.

(d)      The Amiable Component shall be composed of three (3) natural persons selected in accordance with the provisions of Section 15.1(e) below, who shall define in a binding and impartial manner for the Parties the controversies arising between them and with respect to which this Contract expressly establishes the possibility of resorting to the Amiable Component. The foregoing without prejudice that any other controversy may be submitted to this mechanism of solution, prior agreement between the Parties.

(c)      The members of the Amiable Component shall be chosen within an estimated period of thirty (30) Business Days following the date of execution of this Contract, in accordance with the following rules:

(i)      Within twenty (20) Calendar Days following the date of execution of the Concession Contract, each of the Parties shall select one member of the Amiable Uomponent to perform the functions foreseen in this Agreement.

Contract for the entire term of the Concession Contract, notwithstanding that any of the members may be replaced in accordance with the provisions of the following Section.

(ii)   If at the expiration of this period either or both Parties have not selected one or both of the two (2) members of the Amiable Composer to be selected by the Parties, he or they shall be drawn by lot by the Arbitration and Conciliation Center selected as provided in Section 15.1(e)(iii) below, from its list of amiable compositeurs, upon request made by either Party, which request shall in any event be made prior to the execution of the Memorandum of Commencement.

(iii)  Within five (5) Business Days following the execution of the Concession Contract, the Concessionaire must inform ANI the Center that will perform the functions delegated by the Parties with respect to draws and challenges of the Amiable Co-concessionaires. Upon expiration of this term without any manifestation from the Concessionaire, ANI **will make** such election. The Center chosen -by the Concessionaire or by ANI, as the case may be- shall correspond to one of the following: a) The Arbitration and Conciliation Center of the Chamber of Commerce of Bogotá; b) The Center for Arbitration, Conciliation and Amicable Composition of the Infrastructure and Transportation Sector, or c) the International Centre for Dispute Resolution of the American Arbitration Association (hereinafter ICDR).

(iv)  The Parties delegate the appointment of the third member of the Amiable Composer to the two (2) amiable compositeurs appointed by them or by default drawn by lot by the chosen Center, who shall appoint him/her within ten (10) Days from the date of the last acceptance of the members of the Amiable Composer already appointed. If within such period, the two (2) amicable compositeurs fail to reach the corresponding agreement, the third member of the Amicable Composer shall be appointed by the Center chosen pursuant to Section 15.1(e)(iii) above.

(v)   The **amiable** compositeurs must be civil engineers, economists, business administrators, industrial engineers, lawyers or professions related to the above, in accordance with Article 14(g) of Law 1682 of 2013. In any case, one of the amiable compositeurs must be a lawyer who has the personal and professional qualifications referred to in the aforementioned paragraph, as well as professional experience in alternative dispute resolution mechanisms.

(vi)  Members of the Amigable Cornponedor shall be subject to the grounds for impediment and recusal set forth in Article 16 Law 1563 of 2012 or in the rules that modify, supplement or replace it. In all



In any case, no member of the panel may be an employee, partner or contractor of the Concessionaire, of the members or partners of the Concessionaire, of ANI, the Ministry of Transportation or its decentralized or affiliated entities, of the Interventor or of the attorneys-in-fact of the Parties. Neither may they be shareholders of the Concessionaire or any of the companies that are partners thereof, nor may they be related up to the fourth degree of consanguinity, second degree of affinity or sole civil relationship with the employees of the management level of ANI, of the Concessionaire, of the Interventor, or the members or shareholders of the Concessionaire or of the Interventor. If applicable, the prohibitions set forth Article 3 of Law 1474 of 2011 shall apply.

v:i)  Within two (2) days following their appointment, the amiable compositeurs shall make a declaration of independence and impartiality with respect to the Parties at the time of accepting the appointment, and state therein that they have no disqualification or incompatibility as required by the Applicable Law. If during the course of the Contract it is established that any of the amiable compositeurs did not disclose information that he/she was required to provide at the time of accepting the appointment, he/she shall be disqualified by that fact alone, and shall so declare, under penalty of being disqualified. In such case, the Center delegated by the Parties pursuant to In Section 15.1(e)(iii) shall decide on the removal or continuation of the amiable compositeur. In the event that a fact arises which may give rise to doubt in the mind of any of the Parties as to the independence or impartiality of the Amiable Composer, the Amiable Composer shall promptly disclose it to the Parties. If any of the parties considers that such a circumstance affects the impartiality or independence of the member of the Amiable Composer, the Center shall decide on his separation or continuance.

(f)  Scope of the decisions of the Amiable Component.

(i)  The process by which the Amiable Composer decides on the controversy shall be based on the principles of due process, and its decision shall be based on the evidence or expert opinions validly obtained in the process, as well as respecting the Applicable Law. The Amiable Composer may not decide in equity and must decide in law.

(ii)  The Amigable Componedor shall not have jurisdiction to hear disputes arising from the exercise of the exceptional powers to the common law enjoyed by ANI.

(iii)  The decisions of the Amiable Composer shall be taken preferably by unanimity, but in the absence of unanimity by the majority of its members. Any dissenting member shall state in detail the reasons for his dissent.

(iv)  In defining the dispute, the Amiable Composer may interpret the content of the present Contract, but in no case may, with its decision,

subrogate, modify, substitute, increase, add to, supplement or repeal the contents of this Agreement.

(v)     The Amiable Composer may, at any time, request the assistance of experts or expert evidence in accordance with the nature of controversy submitted to him by the parties. The costs that this generates, will be assumed by the Parties in equal parts.

(vi)    The decisions of the Amiable Composer that define the controversy may be submitted to the arbitration jurisdiction, in accordance with the provisions of Applicable Law for the effects of the transaction.

(g)     Amigable Componcdor transitional and replacement of its members.

(Í)     The appointment of each of the members of the Amiable Compositeur shall be ratified by the person who selected him every two (2) years. In case of failure to ratify, the person who selected him shall appoint the new member of the Amiable Compromisor within a term not to exceed ten (10) working days following the expiration of the two (2) years indicated above. If the interested party omits to indicate the name of the new member of the Amiable Composer, it shall be understood as a tacit ratification of the one in office.

(ii)    In the event of resignation or absence of a member of the Amiable Composer, the latter shall be replaced by the person who made the appointment or who was entitled to do so, within ten (10) days following the receipt of the resignation by the Parties. Upon expiration of this term without the corresponding appointment having been made, the new member of the Amiable Composer shall be appointed by the Center, upon request of any of the Parties.

(iii)   In case of resignation or absence of the third member of the Amiable Composer, his replacement shall be selected by the two (2) members of the Amiable Composer appointed by the Parties.

(iv)    Likewise, the Parties, at the expiration of every two (2) months after their appointment, may request the replacement of the third member of the Amiable Composer who has been appointed by the other two members or who has been appointed by lot, in which case his replacement shall be selected by the two (2) members of the Amiable Composer appointed by the Parties or, in case of disagreement, by the chosen Center. The Party requesting the replacement shall not have the duty to give reasons for its decision. If at the expiration of the respective two (2) year period a proceeding pursuant to Section 15.1(k) is pending, the reinstatement of the third member shall not take effect for the resolution of such dispute once the proceeding is terminated.

(h)     Amigable Componedor pei'manente and replacement of its members.

(i)     In the event that the Concessionaire has opted for the use of a permanent Amiable Composite Component, it shall remain active from the moment of the appointment of its members until the date on which the Reversion Act is subscribed, during which time its members shall be obliged -and they shall expressly acknowledge it when accepting their appointment- to know in detail the characteristics of the Concession Contract and all its Appendices, as well  the applicable national and international standards. Likewise, the members of the Amiable Component shall be obliged to know in detail all the aspects of the execution of the Contract, its modifications and any other relevant aspect regarding its development, in such a way that they are able to give a prompt and informed response in all the cases in which they are summoned. To such effects, the Parties shall be obliged at all times of contractual execution to send all the information of the contract to the members of the Amiable Component. During the period in which they perform their functions, the members of the Amiable Compositeur shall be entitled to receive the fixed part of their remuneration, in the terms set forth in Section 15.1(i)(iv) below.

(ii)    The Amiable Compositeur may be convened to settle disputes between the Parties after the date of execution of the Reversion Deed, in which case the Parties may choose to constitute the Amiable Compositeur with the same members that were part of it at the  of the Reversion, or make a new appointment, following the procedure set forth in Section 15.1(c). In the absence of agreement between the Parties, the latter option shall apply. The actions of the Amiable Composer after the Effective Date of Termination of the Concession Contract shall be subject to the fixing of fees by the Amiable Composer itself, without prejudice to the possibility of the Parties to establish a limitation as to such fees.

(ii)  The members of the Amiable Composer shall not have any employment relationship with the Parties. Their relationship with the Project is framed and strictly limited to the functions that the applicable law provides for the role of the Amiable Composer.

(iv)   The appointment of each of the members of the Amiable Compositeur shall be ratified by the person selected him/her every two (2) years. In case of failure to ratify, the person who selected him shall appoint the new member of the Amiable Composer within a term not to exceed ten (10) Business Days following the expiration of the two (2) years previously mentioned. If the interested party omits to indicate the name of the new member of the Amiable Composer, it shall be understood as a tacit ratification of the incumbent.



(v)    In the event of resignation or absence of a member of the Amiable Composer, the latter shall be replaced by the person who made the appointment or who was entitled to make it, within ten (10) days following the receipt of the resignation by the Parties. Upon expiration of this term without the corresponding appointment having been made, the new member of the Amiable Composer shall be appointed by the Center, upon request of any of the Parties.

(vi)    In the event of resignation or absence of the third member of the Amiable Composer, his replacement shall be selected by the two (2) members of the Amiable Co-conspirator designated by the Parties.

(VII)    Likewise, the Parties, at the expiration of every two (2) years after their appointment, may request the replacement of the third member of the Amiable Composer who has been appointed by the other two members or who has been appointed by lot, in which event his replacement shall be selected by the two (2) members of the Amiable Composer appointed by the Parties or, in case of disagreement, by the chosen Center. The Party requesting the replacement shall not have the duty to give reasons for its decision. If at the expiration of the respective two (2) year period any proceeding is ongoing pursuant to Section 15.1(k), the reinstatement of the third member shall only be effective for the resolution of such dispute once the period has expired.

(i)    Remuneration of the Amiable Composer.

(i)    The value of the fees for administrative expenses for the chosen Center, and the remuneration for the fees of the members of the Amiable Coinponder shall be charged to the Amiable Composition Subaccount, as provided in Section 3.14(i)(vi) of this General Part.

(ii)    The Fiduciaria de fomia mensual re:ititirá a la ANI y al Concesionario la relación de los pagos realizados por concepto de la Amigable Composición.

(iii)    Remuneration of the fees of the Interim Amiable Composer (on a case by case basis): The fees of the members of the Temporary Amiable Composer (case by case) shall be limited according to the value of the claims or reasoned estimate of the amount of the controversy, as established in the table below and in any case shall not exceed a maximum of THREE HUNDRED    WAGES    MINIMUM WAGES MONTHLY LEGAL
VIGEN'l "ES    0G SMMLV) for each member.

| | Ran go Inferior | | Ran go Superior | Tariff |
|---|---|---|---|---|
| Hasta | | | $6160.000,00 | 40.00 SMMLV |
| From | $6.160.001,00 | A | $108.416.000,00 | 13,00% |



| %De ":'if\**;r4.29*. | \9i*.l*ái'di4\1i#,ó2s,1*!fi%-k.*'ii,4il¥l°i2fi'áí'.ó:ó4*bi | | | feJ*"g'is='é%. |
|---|---|---|---|---|
| **De** | $325.864.001,00 | A | $543.312.000,00 | 8,00% |
| ~"was<%' | i' 't' miüi'p,; | '¯l*i..xai+- | "" >f'i'\$i,nc"i:i-"-"¢ | |
| | **More about** | | **il.086.624.íl01.00** | 300. MLV |

    (iv) The following components will be part of the permanent Friendly Component members' meeting:

        (1)      A fixed monthly sum of seven million Pesos ($7'000,000.oo) of the Reference Month, for each member of the Friendly Contributor, which shall be paid monthly in arrears, charged to the Friendly Contributor Subaccount within the first five (5) Business Days of each Month, from the appointment of all the members of the Friendly Contributor and until the date of execution of the Reversion Act, and

        (2)      A variable sum, according to the number of controversies that are submitted by the Parties to its definition. The value of the Amiable Composer's variable remuneration shall four million Pesos ($4'000,000) of the Reference Month, per member of the Amiable Composer, for each of the compositions carried out. However, the Amiable Composer may request, subject to the approval of both Parties, an increase in the value provided for in this Section, in the event that he/she duly justifies it based on the special characteristics of the dispute in question.

        (3)      The value of the fixed and variable remuneration of the members of the Amigable Componedoi shall be readjusted as of January of each year, in accordance with the formula contained in Section 3.S(b) of this General Part.

(j)      The Concessionaire must make the contributions to the Amicable Settlement Subaccount indicated in the Special Part.

(k)      Procedure for Amicable Settlement.

    (i) The amicable composition process shall be initiated by filing an application for the intervention of the Amiable Compositeur. Such request shall contain -at least- the following elements:

        (1)      Complete identification of the Party requesting the intervention of the Amiable Composer.

        (2)      Description of the facts that generated In controversy between the Parties.

(3)        Fixation of the controversy.

(4)        Requests submitted to the Amiable Component.

(5)        Technical, accounting, financial, contractual and/or legal basis supporting the requests.

(6)        List of evidence provided or requested to the Amigable Coinponder.

(ii)  Once the summoned Party has received a full copy of the request for intervention of the Amiable Composer made by the interested Party, the summoned Party shall, within a term of up to ten (10) Business Days, make a written statement to the Amiable Composer on the request for intervention submitted by the interested Party. Said term shall be counted as from the day following the day on which the summoned Party has been notified. The written statement of the summoned Party shall contain at least the following elements:

(t)        Full identification of the Party submitting the response to the request for intervention of the Amiable Composer.

(2)        Pronouncement on the facts that, according to what was stated in the request for intervention of the Amiable Composer, generated the controversy between the Parties.

(3)        Statement on the issues in which it  in agreement with the convening Party.

(4)        Its position in relation to the controversy fixation.

(5)        Requests submitted to the Amiable Component.

(6)        Technical, accounting, financial, contractual and/or legal basis supporting the requests.

(7)        List of evidence provided or requested to the Amigable Coirponedor.

(iii)  Evidentiary Period: Once the term of transfer to the summoned party has expired, within the following five (5) Business Days, the Amiable Composer shall decide on the necessity, conduciveness and usefulness of evidence provided and requested by the Parties. Dc the decision of the Amiable Composer on the decree of evidence will be transferred to the Parties for a term of five (5) Business Days in order for them to pronounce themselves.

(iv) Based on the initial decree of evidence and, eventually, on the modifications that the Amiable Composer may decide upon in view of the pronouncement of the Parties, as well on ex officio decisions adopted by the Amiable Composer, the evidence decreed, other than the evidence provided, shall be taken within a period of fifteen (15) Business Days, which may be extended by the unanimous decision of the members of the Amiable Composer, if the nature of the evidence so requires.

(v) Transfer of the evidence. In the event that the Amiable Composer had proceeded to the decree and practice of evidence, at the end of the evidentiary period indicated in the previous paragraph, the Parties shall be notified for a period of five (5) Business Days so that they may pronounce themselves on the same and submit their final allegations in writing.

(vi) Term for the adoption of the decision. The Amiable Composer shall have a maximum term of thirty (30) Business Days to define the controversy, which shall be counted as of the day following the filing of the written answer of summoned party, or the expiration of the term set for the Parties to express their opinion on the evidence(s) taken in accordance with the preceding Sections. This time limit may be extended at the request of the Amiable Composer, provided that such request is accepted by both Parties.

(vii) Binding Force. Each Party shall cooperate in the conduct of any proceedings that the Amiable Composer may conduct relating to the dispute in question. The decisions adopted by the Amiable Composer, as a result of the amicable composition procedure, shall have binding force for the Parties and shall have transactional effects accordance with the Applicable Law.

(viii) The Amigable Componedor shall inform the Procuraduría General de la National Agency for the Legal Defense of the State on the opening of the of each amicable composition process, for the purposes  the provisions of Article 49 of Law 15fi3 of 2012. If necessary, the aforementioned terms may be suspended for such purpose.

(ix) The initiation of the Amigable Componedor does not entitle the Parties to unilaterally suspend the performance of obligations of the Contract.

## 15.2   National Arbitration

(a)     Any contfoversy arising between the Parties on the occasion of this Contract shall be resolved by a National Arbitration Tribunal in accordance with Law 1563 of 2012, in harmony with the procedural rules applicable to eolitrovcrsia and.

Article 14 of Law 16fi2 of 2013, or in the rules that modify, supplement or replace them and the rules set forth below.

(b)    The Arbitration Tribunal shall also be informed of the final decisions adopted by the Amigable Co-Player, in accordance with the provisions  the Applicable Law for the effects of the transaction.

(c)    Within fifteen (15) Business Days following the execution of the Concession Contract, the Concessionaire shall inform In ANI the Arbitration and Conciliation Center that will perform the functions delegated by the Parties with respect to draws and challenges of the Arbitrators appointed and that will serve as the seat of the arbitration. If upon expiration of this term, the Concessionaire has not notified the designation, ANI shall carry out such election. The Center chosen -by the Concessionaire or by ANI, as the case may be- shall be one of the following: i) the Arbitration and Conciliation Center the Chamber of Commerce of Bogotá, or ii) the Arbitration, Conciliation and Amicable Composition Center of the Infrastructure and Infrastructure Sector of Colombia, or iii) the Arbitration, Conciliation and Amicable Composition Center of the National Infrastructure and Infrastructure Sector of Colombia, as the case may be.
Transportation.

(d)    The tribunal shall be composed of three (3) **arbitrators to be** appointed by mutual agreement of the Parties. For this purpose, the parties shall draw up lists of candidates suitable for the subject matter and characteristics of the Contract. If no agreement is reached, the Arbitration Center chosen pursuant to Section 15.2(c) above shall appoint the arbitrators by lot in with its rules of procedure.

(e)    The arbitrators shall decide in law.

(f)    The arbitrators' fees shall be limited according to the value of the claims, as set forth in the table below, and in any case shall not exceed a maximum of FIFTY ONE HUNDRED AND FIFTY THOUSAND LEGAL MINIMUM MONTHLY WAGES IN VIGENT LAW (500 SMMLV) for each arbitrator.

| | Run gr Lower | | Ran go Superior | Tariff |
|---|---|---|---|---|
| Hasta | | | $6.160.000,00 | 10,00% SMMLV |
| Fr | $6.160.001,00 | A | $108.416.000,00 | 13,00% |
| De | $108.416.001,00 | A | $325.864.000,00 | 9,00% |
| | **$325.864.00\,00** | A | $543.312.000,00 | 8,00% |
| De m | $543.312.001,00 | A | $1.086.624.000,00 | 7,00% |
| | | | More than $1.086.624.001,00 | 500 SMMLV |

(g)    The initiation of the arbitration proceeding shall not inhibit the exercise of exceptional powers to the common law available to ANI under the Contract and the Applicable Law. The administrative acts resulting from the exercise of such powers may not be submitted to arbitration because they fall under the jurisdiction of the contentious-administrative jurisdiction.



(h)     The arbitrators appointed shall make a declaration of independence and impartiality with respect to the Parties at the time of accepting the appointment, a situation that must be maintained on their part at all times during the process. In any case, no member of the panel may be an employee, partner or contractor of the Concessionaire, of the members or partners of the Concessionaire, of ANI, the Ministry of Transportation or its decentralized or attached entities, of the Interventor or of the attorneys-in-fact of the Parties. Neither may they be shareholders of the Intervener or of the Concessionaire or of any of the companies that are partners thereof, nor may they be related up to the fourth degree of consanguinity, second degree of affinity or sole civil relationship with executives of ANI, of the Concessionaire, of the Intervener, of the shareholders of the Concessionaire, of the Intervener or of the attorneys-in-fact of the Parties. Likewise, an arbitrator may not be an arbitrator who at the time of appointment is a co-arbitrator in proceedings in which the attorneys-in-fact of the Parties are also co-arbitrators or attorneys-in-fact in those proceedings.

(i)     The term of the arbitration process as well as the suspensions of the process shall be governed by the provisions of Articles 10 and 11 of Law 1563 of 2012 or the rules that modify, supplement or replace them. In any case, the Parties, by mutual agreement and prior to the installation hearing, may grant the Tribunal a longer term than the one established by the Law, for which it shall be sufficient to sign a joint memorial informing appointed arbitrators.

(j)     The Parties agree that in the event that the Arbitration Tribunal is convened, the effects of the co-promissory clause shall be extended to those companies, corporations or natural persons that have jointly submitted the Offer, to the extent that such subjects gave their consent by reference at the time of the submission of the Offer.

(k)     The initiation of arbitration proceedings does not entitle the Parties to unilaterally suspend the performance of obligations under the Contract.

15.3    International Arbitration[1]

(a)     Any dispute arising between the Parties in connection with the Contract shall be resolved by an International Arbitral Tribunal in accordance with the provisions of paragraph c) of article 62 of law 1563 of 2012 and the following rules.

---

In the event that the winning bid has direct or indirect foreign investment, the arbitration clause of the contract shall be only that regulated in Section 15.3. However, if the arbitrators or any authority with jurisdiction to do so declare that, for this Contract, the legal grounds for international arbitration do not exist, the national arbitration provided for in Section 15.2 above shall be deemed to have been agreed upon.

(b)     The final decisions of the amicable settlement may also be submitted to it, in accordance with the provisions of the Applicable Law for the effects of the settlement.

(c)     International arbitration shall be administered by the International Centre for Dispute Resolution of the American Arbitration Association (ICDR), in accordance with its International Arbitration Rules, as well as the following terms:

    (i)     The place of arbitration will be Bogotá, Colombia.

    (ii)     The language of arbitration shall be Spanish.

    (iii)     The law applicable to the Contract shall be the Colombian law in force at the time of the execution of the Contract as well as the procedural rules of law applicable to the dispute.

    (iv)     The tribunal shall be appointed by the Parties on the basis of a list drawn up by the ICDR, which shall take into account the observations of suitability and experience reported by the Parties. In the event that the Parties do not reach an agreement, the ICDR shall be in charge of appointing all the arbitrators, in accordance with its rules of procedure.

    (v)     Once the request for arbitration has been filed by one of the Parties, the summoning Party shall proceed to additionally notify Office of the Attorney General of the Nation, who may intervene in the process through its agents as it does in local arbitration, as well as the National Agency of Legal Defense of the Colombian State, who may intervene in the arbitration process by means of a proxy on behalf of ANI or as a mere intervening party enjoying the same powers, rights and procedural and evidentiary guarantees of the Parties.

    (vi)     The arbitrators will decide on the right.

    (vii)     The fees of the International Arbitral Tribunal shall be limited to the same amounts as set forth in Section 15.2(f) of this Part C, unless the Parties agree to modify such amounts.

    (viii)The same provisions of Section 15.2(h)  apply to the arbitrators of the International Arbitral Tribunal and the provisions of Sections 15.2(i) and 15.2(j) of this General Part shall apply to the international arbitration.

(d)     The initiation of the arbitration proceeding shall not inhibit the exercise of exceptional powers available to ANI under the Agreement and In



Applicable Law. Administrative acts resulting from the exercise of such powers may not be submitted to arbitration because they fall under the jurisdiction of the contentious-administrative jurisdiction.

(e)     The Parties agree that in the event that the Arbitration Tribunal is convened, the effects of the arbitration clause shall be extended to those companies, partnerships or individuals who have jointly submitted the Offer, to the extent that such parties gave their consent by reference at the time of submission of the Offer.

(f)     The initiation of arbitration proceedings does not entitle the parties to unilaterally suspend the performance of the obligations under the Contract.

## 15.4   Continuity of execution

The intervention of the Amigable Componedor or the Arbitration Tribunal will not suspend the execution of the Contract, except for those obligations and/or activities that by mutual agreement are considered necessary to guarantee the success of the Project. i



**CHAPTER XVI**          **LABOR AND INDUSTRIAL SAFETY MATTERS**

16.1  Dealer Personnel

(a)     The Concessionaire undertakes that its employees, agents, suppliers, Contractors and subcontractors have the experience, knowledge and capacity to perform *the specific* duties assigned *to* them for the due and proper performance of the Contract. The liability shall include, in addition to the consequences set forth in the Law, any damage or harm caused to property, life, personal integrity of third parties, of ANI or of any of its employees, agents or contractors, originated in any act, fact or omission of employees, agents, suppliers, Contractors or subcontractors of the Concessionaire that do not meet such professional requirements.

(b)     All the workers of the Project will be appointed and hired by the Concessionaire or by the Contractors, who must comply with all applicable legal provisions, among others, those related to the hiring of foreign personnel and the regulation of professions. The workers of the Concessionaire or its subcontractors shall not have any labor relationship with ANI.

(c)     The Concessionaire shall be responsible for the payment of salaries, wages, legal or extra-legal social benefits, parafiscal contributions of all the workers hired by cste for the fulfillment of the object of the Contract and shall be responsible for any liability for labor liabilities. For such purpose, the Concessionaire shall strictly comply with any applicable legal and conventional norms. ANI shall have no liability whatsoever for such concepts. If for any reason ANI is obliged to assume any payment derived from the labor obligations of the Concessionaire, the Concessionaire undertakes to reimburse such amounts within five (5) days following the written request made by ANI.

(d) In any case, it shall be the obligation of the Concessionaire to ensure that all the personnel it uses, with or without an employment relationship, is duly linked to the social security system provided for in the Law. Failure to comply with this obligation and the other obligations set forth in this Chapter shall be understood as a breach of the Contract and shall be subject to fines, without prejudice to the effects set forth in the Law, including the declaration of the expiration of the Contract.

'e)     On a monthly basis, the Concessionaire shall require the Contractors and any of the Concessionaire's subcontractors to demonstrate to the Concessionaire that they have performed in a timely manner and in a satisfactory manner.

This obligation shall also apply with respect workers without an employment relationship, in which case it shall be evidenced that such workers have made the payments referred to in this paragraph that correspond to them.

16.2   Se u id d e Hi   ene nd        r

It shall be the responsibility of the Contractor to design the industrial hygiene and safety program to be applied during the execution of the Contract, for which, in addition to the applicable rules and regulations, it shall take into account the provisions of the Annexes of the Contract, compliance with which shall be verified by the Comptroller.

16.3   <u>Relationship between the Parties</u>

The Contract does not create any partnership, joint venture, joint venture or joint venture relationship.         "
Venture), partnership or agency between the Parties, nor does it impose any obligation or liability of a corporate nature on either Party. Neither Party shall have any right, power or obligation whatsoever to act on behalf of, be the agent or representative of, or otherwise bind the other Party. None of the provisions of the Contract shall be construed to create any relationship between the Parties other than that of a business relationship under the terms of the Contract. The Parties do not intend to create any right or grant any action to any third party beneficiary of the Contract.

## CHAPTER XV)I          TERMINATION OF THE CONTRACT

### 17.1   Occurrence

This Agreement shall terminate at the end of the Reversion Stage, which shall occur no later than the expiration of the Maximum Term of the Reversion Stage.

### 17.2   Causes for Early Termination of the Contract

This Agreement shall terminate early in the following cases:

(a)     For the following causes attributable to the Concessionaire in any of the Stages of the Contract:

    (i)     By declaration of expiration of the Contract.

    (ii)    By declaration of Unilateral Termination, unless this is due to the application of cause 1 of Article 17 of Law 80 of 1993.

(b)     For the following causes not attributable to any of the Parties, in any of the Stages of the Contract:

    (i)     At the request of any of the Parties due to the occurrence of a Liability Exempt Event whose duration exceeds ninety (90) Days and the performance of the Contract has been paralyzed in its entirety. This provision shall also apply when the Parties (or the Amiable Co-Partner, in case of disagreement) conclude that the obligations affected by a Liability Event are of such importance that they have led to the total suspension of the contractual term, as provided in Section 14.2(g)(ii) of this General Part.

    (ii)    By declaration of Unilateral Termination based on the application of the cause 1 of Article 17 of Law 50 of 1993.

    (iii)   At the request of either Party upon the occurrence of the event provided for in Section 8.1(g) and 14.1(e) of this General Part.

(c)     At the request of the Concessionaire if there is a delay of more than sixty (60) days in the payment of any monetary obligation payable by ANI, provided that the value is The payment rate is higher than that defined in the Special Part. It shall be understood that

there is a default by ANI only as soon as, in accordance with this Agreement, they proceed default interest, in accordance with the provisions of Section 3.6 of this General Part.

(d)     By ANI's unilateral decision in accordance with the authorization given by Article 32 of Law 1508 of 2012.


## 17.3   Effects of the Occurrence of a Cause of Early Termination for causes attributable to the Concessionaire

(a)     Upon the occurrence of a cause for Early Termination as provided in Section 17.2(a) above, ANI shall inform the Lenders and initiate the procedure provided in Section 3.12 of this General Part. If the Lenders take possession of the Contract, the Contract shall continue its execution. If the Lenders decide not to continue with the execution of the Contract, the Reversion Stage shall commence on the Day following the declaration of the Early Termination of the Contract.

(b)     In the event that the Lenders decide not to continue with the execution of the Contract, ANI may hire a new concessionaire to continue the execution of the Project and/or adopt all other measures that may be appropriate in accordance with the Applicable Law to guarantee the execution of the contracted object.



**CHAPTER** XVIII        **LIQUIDATION OF THE CONTRACT**

## 18.1  Term

The Contract shall be liquidated within a maximum term of one hundred and eighty (180) Days counted from the date of execution of the Reversion Act, in accordance with the provisions of Article 60 of Law 80 of 1993 (as amended Article 217 of Decree 19 of 2012).

## 18.2  Obligations of the Trustee in the Liquidation

The following rules shall be applied to determine the use of the resources of the accounts and subaccounts of the Autonomous Patrimony:

(a)    When ANI notifies the Trustee administering the Trust Fund of the termination of the Contract at the end of the Reversion Stage, the Trustee shall immediately refrain from making payments or transfers charged to any of the accounts and subaccounts of the Trust Fund, with the only exceptions set forth below, provided that, in each case, it obtains the express written authorization of ANI:

(i)    With resources of the Project Account, except for the resources of the Predios Subaccount, Environmental Compensations Subaccount and Redex Subaccount, payments to third parties (other than i) the Concessionaire, ii) its partners, iii) the Concessionaire's Beneficial Owners, or iv) any other company in which the Concessionaire, its partners or the Concessionaire's Beneficial Owners, have any participation or share in any way the results of its economic activity) caused prior to the date of the Reversal, its partners or the Concessionaire's Beneficial Owners, have any participation or share in any way the results of its economic activity) caused prior to the date of the Reversion and directly related to the execution of the Project.

ii)    With resources from the Premises Subaccount, Environmental Compensations Subaccount, Networks Subaccount and Contractual Support Subaccount, payments to third parties (other than i) the Concessionaire, ii) its partners, iii) the Concessionaire's Beneficial Owners, or iv) any other person in which the Concessionaire, its partners or the Concessionaire's Beneficial Owners, have any participation or share in any way the results of its economic activity) caused prior to or on the date of the Reversion and which have any participation or share in any way the results of its economic activity, its partners or the Concessionaire's Beneficial Owners, have any participation or share in any way the results of its *economic* activity*)* caused prior to or on the date of the Reversion and which are strictly and directly related to the purposes of such Sub-Accounts, as defined in this Agreement.

(iii) With resources from the Interventoría y Supervisión Subaccount and the Amigable Componedor Subaccount, payments to the Interventor and Supervisor of the Contract or to the members of the Amigable Componedor, as applicable, ordered by ANI.

(b) The Trustee shall provide ANI within ninety (90) days following the execution of the Reversion Deed, a detailed report on the status of each of the accounts and sub-accounts of the Autonomous Equity; this report shall be used by the Parties for the liquidation of the Contract.

(c) The surpluses of the Subaccounts of the Autonomous Patrimony shall be used for the following purposes:

(i) The surplus of the Project Account, except for the resources of the Premises Subaccount, Environmental Compensations Subaccount and Networks Subaccount, shall be delivered to the Concessionaire, except when the event provided in Section 18.4(d) below occurs, in which case such surplus shall be transferred to ANI up to the amount that the Concessionaire must pay to ANI. The excess, if any, shall be made available to the Concessionaire. If so agreed by the Concessionaire with its Lenders, these resources (or up to the amount agreed between them) shall be delivered to the Lenders. The Trustee has the duty to ensure that this allocation is complied with, provided that it has verified the existence of the agreement between the Concessionaire and the Lenders.

(ii) The surpluses of the ANI Account, with all its subaccounts, as well as of the Predios Subaccount, Environmental Compensations Subaccount and Networks Subaccount, shall be delivered to ANI, except when the event provided in Section 18.4(b) below occurs, in which case such surpluses shall be transferred to the Concessionaire up to the amount that ANI must pay to the Concessionaire. The surplus, if any, shall be delivered to ANI.

(d) Once the bilateral or unilateral liquidation of the Contract has been carried out, in accordance with the provisions of Articles 60 (as amended by Article 217 of Decree 019 of 2012) of Law 80 of 1993 and 11 of Law 1150 of 2007, ANI shall send to the Trustee a copy of the Minutes of Liquidation of the Contract, which shall state the destination that the Trustee shall give to the resources available in the Autonomous Equity. The Trustee shall fully comply with the provisions of the Contract Liquidation Act within a term not to exceed ninety (90) days from the date of receipt of the corresponding Contract Liquidation Act.

(e) Once the Fiduciary has made all the payments indicated in the Contract Liquidation Act, it shall send ANI a report of the statement of accounts duly supported with a copy to the Interventor, who shall send it to ANI within a period not exceeding thirty (30) days from its receipt,

When this report has been approved by ANI, it may proceed to liquidate the Autonomous Equity. The report shall be deemed approved if ANI does not make observations thereon within sixty (60) days following the delivery of the report made by the Trustee.

## 18.3   Contract Settlement Formulas

(a)     In the event that (i) the Termination Date of the Operation and Maintenance Stage arrives without having obtained the VPIP, or (ii) the Early Termination of the Contract occurs, the payments between the Parties resulting from the formulas included in this Section 18 shall be caused.In the other cases of termination of the Contract, the liquidation shall offset the amounts caused during and by virtue of the execution of the Contract that are pending payment between the Parties, for the purpose determining the balances to be paid between Parties.

(b)     The Parties agree that within the amounts resulting from the application of the formulas included in Sections 18.3(e), 18.3(f), 18.3(g) and 18.3(h) below, mutual indemnities for all damages resulting from the Early Termination of the Contract, including but not limited to consequential damages, loss of profits, direct and indirect, present and future damages, loss or interruption of business, and the like, are included.

(c)     For purposes of calculating the value of the liquidation of this Contract, the formulas included in this Section 18.3 may be calculated by Functional Unit, in which case the corresponding variables for each of the Functional Units of this Contract shall be used.

(d)     Settlement of the Contract in the Event of Expiration of the Term without Obtaining VPIP

If the situation set forth in Section 2.4(b)(iii) arises, ANI will recognize to the Concessionaire the missing balance of the VPIP -weighted by the average Compliance Index observed during the entire execution of the Contract- at the termination of this Contract, by applying the following formula:

$$VL -- \{VPI\,P - VPIPg\} \,'\{ICP\} - \qquad ----') \,.\, t1 + TDI)'^{\wedge}+''^{*} - D\,)\!Vp \qquad -F\,0ANlg+$$

| VL | This is the of the liquidation of the Concession Contract. e                                    e                         esponds to the Month in    which the Act of the Lid   Mc ió of the   ntr. |
|------|---------------------------------------------------------------------------------------------------|
| VPIP | Present value -at Reference Month- of VPIP |

| VPIP | Present value - as of Reference Month - of accumulated Toll Collection up to cl Mes m, calculated with the formula contained in Section 3.4(a) of this General Part. |
|---|---|
| ICP | This is the Average Compliance Rate over the entire life of the Concession, calculated according to the following formula: $$ICP -- (\text{-})_{C^i}{}' \frac{lc_{,}}{-,}$$ Where,      i = Each of the periods in which, in accordance with Agreement, the Compliance Ratio is measured.      ICi - Project Compliance Index measured for the period i , calculated from **according** to the following formula: $$lCE - \quad lCUFui \left( \frac{'}{,} \frac{0}{---} \right)$$ $$u=1$$ Where,      fCi= **Project** Compliance Rate measured for period i.      li;'uF "i --Index of Gumplimentation of Functional Unit x for period f.      °Xopur"-- Percentage of participation of the Functional Unit n, in accordance with the provisions of the Special Part.      T - Sum of the total of the iorccntajcs 'ic participation of the Functional Units pam í the Ctimplimíenlo Index was measured in the period i.      z= Number of Functional Units for which the Compliance was measured in et pcriOdO i. |
| $IPC_r$ | CPI for the Reference Month |
| $IPC_{m+l}$ | CPI corresponding to the Month immediately preceding the Month $in+l$. |
| $DyM_{m+l}$ | This is the value of the Ductions, as well as the Fines, other Discounts and monetary obligations pending payment payable by the Concessionaire, caused up to the moment of termination of the Concession Contract, expressed in Pesos of the Mcs m*/. |
| "rḊi | Real rate of decline expressed in effective monthly terms and which for For purposes of this formula will be the one included in the Special Part. |
| $m$ | Month in which the Contmto term ends. |
| $l$ | Number of Months elapsed since Month of Contract termination until the month in which the Contract Liquidation Act is signed. |



| $q$ | Number of Months elapsed from the Month of RCfereneia to the Start Date. |
|---|---|
| $\overline{OANI_{m+t}}$ | Pending monetary obligations payable ANI, accrued up to the time of termination of the Concession Contract, expressed in Pesos of the Month $m+l$. |

(e)    Anticipated Completion prior to the start of the Construction Phase

If the Early Termination of the Contract occurs prior to the beginning of the Construction Phase, the value of the liquidation of the Concession Contract will be established by applying the following formula:

$$VL_{(pc)} = \Delta - (DyM_{m+l} + CP_{m+l}) + OANI_{m+t}$$

Being

$$\Delta = \sum^{m+l} \left[ (AR_h) * \binom{IPC_{m+t}}{IPC_h} * (1 + TE)^{m+l-h} \right]$$

If A is mcnor to cei'o t0), then A= zero(0) Where,

| VLp j | This is the value of the liquidation of the Concession Contract when the Early Termination occurs prior to the beginning of the Construction Phase. This value is ex}erted in Pesos of the Month $m+f$ that corresponds to the Month in which the Contract's Liquidation Act is signed. |
|---|---|
| $AR_l$ | Costs during the last month (provided that they are costs incurred up to the end of the month). |
| | The concessionaire will be required to pay the costs associated with the activities performed by the Concessionaire prior to the beginning of the Construction Phase and which have been recognized by ANI, in current Pesos. |
| | The recognized activities include exclusively those related to the Concessionaire's obligations prior to the beginning of the Concession Phase. |
| | For Months $h$ after the Commencement Date, costs associated with the following activities will be recognized exclusively: |
| | • Amount actually disbursed for insurance premiums and commissions for obtaining and maintaining (i) the Single  Bond, (ii) the Tort Liability Policy referred to in Section 12.7 of this Part |

General, and (iii) the all-risk damage insurance to be inferred from the Section 12.8 of this General Part, in Month *h.*

- Value of the contributions made by the Concessionaire to the Subaccounts of the ANI Account as well as the Subaccount Predios, Subaccount Compensaciones Ambientales and Subaccount Redes, in the Month *h.*
- Value of the Success Fee effectively disbursed to the Structured in Month *h.*
- Value of the studies referred to in Section 2.3(b)(viii), if such value is actually paid, in Month fi.
- Value of the Layout and Geometric Design Studies and Detailed Studies, in Month *h.*
- Social and Environmental Management Costs (except those incurred against the Environmental Offsets Subaccount), in Month li.
- Property Management Costs (except those incurred against the Property Subaccount), in Month *h.*
- Operating and maintenance costs, administrative expenses and taxes, in Month *h.*
  Commissions and other payments to the Pensioners, other than debt service (interest and principal), in Month *h.*

For the Months prior to the Commencement Date, the following costs will be recognized exclusively:

- Value effectively disbursed for insurance premiums and commissions for obtaining i) the Single Performance , ii) the contractual liability policy referred to in Section 12.7 of this General Part, and iii) the all risk liability insurance referred to in Section 12.8 of this General Part, in the last month.7 of this General Part, and iii) the all risk liability insurance referred to in Section 12.8 of this General Part, in Month u. The foregoing, provided that the policies have been approved under the terms of Section 12.1(a) of this General Part; otherwise, these costs shall not be recognized.
- Value of the contributions made by the Concessionaire to the Subaccounts of the ANI Account, as well as the Subaccount Predios, Subaccount Compensaciones Ambientales and Subaccount Redes, in Month *h.*
- Value of the Success Fee effectively disbursed to the Structurer in Month fi.

The value recognized for these activities will be defined based on gross values (not including depreciation, amortization or valuation) that will correspond exclusively to the direct costs associated with these activities and will be established by the Parties by mutual agreement or, failing that, by the Amigable Componcdoi, but in any its value may not be higher than the value recorded in the accounting records of the



| | |
|---|---|
| | Autonomous Patrimony for these items, recorded in the financial statements and certified by the Comptroller. |
| lPCh | CPI for Month *h*. |
| m*/ | CPI corresponding to the month immediately preceding the month m+/. |
| TE | Real discount rate expressed in monthly effective terms and that for<br>For purposes of this formula will be the one included in the Special Part. |
| DyMo+i | It is the value of Deductions, as well as Fines, other Deductions and other Deductions.<br>and outstanding monetary obligations payable by the Concessionaire, caused up to the time of termination of the Concession Contract, expressed in Pesos of the Month m*f. |
| CP" | Penalty Clause, if applicable, pursuant to Section 10.5 of the<br>this General Part, provided that it has not been paid by the Grantee, expressed in Pesos of Month m+f. |
| *h* | Each of the Months from the subscription of the Contract until Month "i. |
| *m* | Month in which the Early Termination of the Contract occurs. |
| *l* | Number of Months elapsed since Month of Contract termination<br>until the month in which the Act of Liquidation of the Contract is signed. |
| *OANI 'i* | Monetary obligations pending payment payable by ANI, caused up to the time of termination of the Concession Contract, expressed in Pesos of the Month *m+l*. |

(f)    "1"crininación Anticipado en Fase de Construcción

If the Early Termination of the Contract occurs during the Construction Phase, the value of the liquidation of the Contract shall be established in accordance with the terms of the Contract.
"    Grant, by applying the following formula:

$$VL_{(c)} = \Delta - (DyM_{m+l} + CP_{m+l}) + OANI_{m+l}$$

Being

$$\Delta = \sum_{h=1}^{m+l} \left[ (AR_h - R_h) * \left( \frac{IPC_{m+l}}{IPC_h} \right) * (1 + TE)^{(m+i-h)} \right] * \left[ (1 - FUSD') + \left( \frac{TRM_{m+l}}{TRM_h} * FUSD' \right) \right]$$

If ñ is less than zero (0), then ó= zero(0) Where,

VL¿,j    *It is the value of the liquidation of the Concession Contract when the Early Termination occurs during the Construction Phase. This value is expressed in the Month m+/ which corresponds to the Month in which the Contract Liquidation Act is subscribed.

$AR_h$    Cc'stos during the Month li (provided that they are costs incurred up to the completion of the Reversion Stage), associated with activities

l'áyinn 203 of 2z5

that the Concessionaire has carried out prior to the beginning of the Stage and Maintenance and that have been recognized by ANI, in current Pesos.

The recognized activities include exclusively those related to the obligations of the Concessionaire during the Pre-operational Stage.

For Months ñ after the Commencement Date, only costs associated with the following activities will be recognized:

- Amount actually disbursed for insurance premiums and commissions for obtaining and maintaining i) the Single Performance Bond, ii) the tort liability policy referred to in Section 12.7 of this General Part, and iii) the all risk damage insurance referred to in Section 12.8 of this General Part, in Month $h$.
- Value of the contributions made by the Concessionaire to Subaccounts of the ANI Account, as well as the Subaccount Predios, Subaccount Compensaciones Ambientales and Subaccount Redes, in lot $h$.
- Value of the Success Fee actually disbursed to the Strueturner in Month $h$.
- Value of the studies referred to in Section 2.3(b)(viii), if such value is actually paid, in Month $h$.
- Value of Layout and C)eometric Design Studies and Detailed Studies, in Month $h$.
- Social and Environmental Management Costs (except those incurred against the Environmental Compensation Subaccount), in the last month.
- Property Management Costs (except those incurred against the Property Subaccount), in Month $h$.
- Value of the Interventions executed by the Concessionaire and verified by the Comptroller, in Month $h$.
- Operating and maintenance costs, administrative expenses and taxes, in the last month.
- Commissions and other payments to Lenders, other than debt service (interest and principal), in the Month $h$.

In all Months prior to the Commencement Date, only the following costs will be recognized:

- Amount actually disbursed for insurance premiums and commissions to obtain i) the Single Performance Bond, ii) the tort liability policy referred to in Section 12.7 of this General Part, and iii)

| | |
|---|---|
| | all-risk damage insurance referred to in Section 12.8 of this Essential Part, in Month *h*. <ul><li>Value of the contributions made by the Concessionaire to Subaccounts of the ANI Account, as well as the Premises Subaccount, Environmental Compensations Subaccount and Networks Subaccount, in Month lt.</li><li>Value of the Success Fee actually disbursed to the listributor Month *h*.</li></ul><br>The value recognized for these activities will be defined based on the gross values (not including depreciation, amortization or valuation) that will correspond exclusively to the direct costs associated with these activities and will be established by the Parties by mutual agreement or, failing that, by the Amiable Component, but in any case its value may not exceed the value recorded in the accounting records of the Autonomous Equity for these items, recorded in the financial statements and certified by the Financial Controller. |
| **R***h* | Corresponds to the value of the Compensation (including the Compensation Special, when applicable) adjusted in Month *h*, calculated according to the following formula:<br><br>$$R_h = (Retribución_h) * \frac{\cdots}{IC_h} + D_h$$<br><br>*Ru*         -Adjusted compensation for Month *h*.<br><br>*ftetribucidni* = Value of the Remuneration (including the Compensation Bspeciel, when applicable) received by the Concessionaire in each Month lt.<br><br>$IC_h$        = Compliance Index applied to the *Ratributbn*<br><br>*Dh*        --Discounts made to the *Retribn,cidn* . |
| IPCC, | CPI for the last month. |
| IPCin *J | CPI corresponding to the Month immediately preceding Month *m El*. |
| TE | Real discount rate expressed in effective monthly terms and which for<br>For purposes of this formula, the formula included in the Special Part will be used. |
| D&M "+i | This is the value of the Deductions, as well as Fines, other Discounts and pending monetary obligations payable by the Concessionaire, caused up to the moment of termination of the Concession Contract, expressed in Pesos of the Month m+/. |

| | |
|---|---|
| $CP_{m+l}$ | Penalty that, if applicable, has no application conforme a la Sección General, provided it has not been paid by the Concessionaire, expressed in Pesos of the Month $m+l$. |
| $h$ | Each of the Months from the subscription of the Contract up to Month $m$. |
| $m$ | Month in which the Early Termination of the Contract occurs. |
| | Number of Months elapsed since Month of Contract termination until the month in which the Contract Liquidation Act is signed. |
| $OANI_{m+l}$ | Monetary obligations pending payment payable by ANI, caused up to the time of termination of the Concession Contract, expressed in Pesos dc1 Month ni+/. |
| TRM ,n+i | RM of the last Business Day of the Month immediately preceding the Month m+f certified by the Financial Superinlcndcncia. |
| TRMh | TRM of the last Business Day of the Month immediately prior to Month $h$ certified by the Superintendence of Finance. |
| FUSD'. | Corresponds to the proportion of the Concessionaire's remuneration. denominated in Dollars, cfllG1ll&da according to the following formula: $$FUSD' \quad \frac{FLtSD - VPAA}{VPAA + VPIP}$$ Where, F SD= Simple arithmetic average of the fJccicncs of Ius Aportes AN I in Dfilars requested by the Conccs iunario and that for the purposes of this formula will be those included in the Special Part. V.° IP= It is the present value of the Toll Collection at the Repetition Month, calculated by ANI to the Concessionaire in accordance with the rules of the SCCCCcifin Prt'ccio. F.i mnnto of VPIP is indicated in the Special Part. VPAA = Present Value calculated to the Month of Rcterence of the ANI Contributions accumulated up to Month ni (expressed in Pesos of the Reference Basis) as stated by the Bidder in its Economic Bid in accordance with the clause set forth in the I-1st Schedule of Conditions. |

l. In the event that at the time of Early Termination during the Construction Stage, any of the compensation for difference in price (l9R8, DR13 and/or DR18) had been caused, these payments would be taken into account at the time of making the above calculation, applying the provisions of the following Section 18.3(g).

(g)     Early Termination in Operation and Maintenance Stage

If the Early Termination of the Concession Contract occurs during the Operation and Maintenance Stage, the value of the liquidation of the Concession Contract will be established by applying the following formulation:

$$VL_{(om)} = \Delta - DyM_{m+l} - CP_{m+l} + OANI_{m+l} - (DR8_{m+l} + DR13_{m+l} + DR18_{m+l})$$



Being,

$$\Delta = \sum_{h=1}^{m+t}\left\{ (AR_h - R_h) * \left(\frac{IPC_{m+t}}{IPC_h}\right) * (1 + TE)^{(m+t-h)} * \left[ \left( 1 - FUSD'_{\ h}\right)\ \frac{ITRM_{\ m+t}}{1\backslash TRM_z} * FUSD'_{\ h}\right] \right\}$$

If fi is less than zero (0), then fi= zero(0) Where,

| $\overline{VL}_{(am)}$ | It is the value of the liquidation of the Concession Contract when the Early Termination occurs during the Operation and Maintenance Stage. This value is expressed in Pesos of the Month iirl-f that<br>The amount of the Contract shall be equal to the Month in which the Minutes of Liquidation of the Contract are subscribed. |
|---|---|
| $AR_h$ | Costs during Month $h$ (provided they are costs reimbursed until the completion of the Reversion Stage), associated with the activities performed by the Concessionaire prior to the completion of the Operation and Maintenance Stage and which have been recognized by ANI, in current Pesos.<br><br>The activities recognized include exclusively those related to the obligations of the Concessionaire prior to the termination of the Operation and Maintenance Stage. For Months $h$ after the Commencement Date, only the costs associated with following activities will be recognized:<br><br>• Amount actually disbursed for insurance premiums and commissions for obtaining and maintaining i) the Single Performance Bond, ii) the tort liability policy to in Section 12.7 of this General Part, and iii) the all risk liability insurance referred to in Section 12.d of this General Part, in the Month fi.<br>• Value of contributions made by the Concessionaire to the ANI Account, as well as to the Predit's Subaccount, Environmental Compensations Subaccount and Networks Subaccount, in the Month $h$,<br>• Value of the Success Commitment effectively disbursed to the Structures at the end of the period.<br>• Value of the studies referred to in Section 2.3(b)(viii), Mc having actually paid such value, Month $h$.<br>• Value of Layout and Geometric Design Studies and Detailed Studies, in Month $h$.<br>• Social and Environmental Management Costs (except for those charged against the Environmental Compensations Subaccount), in Month $h$. |

- Property Management Costs (except for those incurred against the Property Subaccount), in Month *h.*
- Value of the Interventions executed by the Concessionaire and verified by the Comptroller, in Month *h.*
- Operating and maintenance costs, administrative expenses and taxes, in Month *li.*
- Commissions and other payments to the Lenders, other than debt service (interest and principal), in Month *h.*

In all Months *h* prior to the Commencement Date, the following shall be recognized
only the following costs:

- Value actually disbursed for insurance premiums and commissions for obtaining i) the Single Performance , ii) the contractual liability profile referred to in Section 12.7 of this General Part, and iii) the all risk liability insurance referred to in Section 12.8 of this General Part, in Month *h.*
- Value of the contributions made by the Concessionaire to the Subaccounts of the ANI Account, as well as the Subaccount Predios, Subaccount Compensaciones Ambientales and Subaccount Redes, in Month *h.*
- Value of the Success Fee effectively disbursed to the Structurer in Month *h.*

The value recognized for these activities will be defined based on the gross values (not including depreciation, amortization or depreciation) that will correspond exclusively to the direct costs associated with these activities and will be established by the Parties by mutual agreement or, in the absence thereof, by the Amiable Component Manager, but in any case its value may not be higher than that recorded in the accounting records of the Autonomous Patrimony for these items, recorded in the financial statements and certified by the Financial Controller.

---

**$R_h$**

Corresponds to the value of the Compensation (including the Compensation Special, when applicable) adjusted in Month *h,* calculated according to the following formula:

$$R_h = (Retribución_h) * \frac{1}{IC_h} + D_h$$

Where,

$R_h$      -Adjusted remuneration for Month *h.*

*Compensation* iii   Value of Compensation (including Executive Compensation, when applicable) received by the Grantee in Month *h* .

| | |
|---|---|
| | $IC_h$  = Compliance index applied to Oct' íóuctóm <br><br> $Dx$  - Discounts made to )a Retrfbucidtt . |
| *1YCh* | CPI for Month *h*. |
| IPC," *ii* | CPI corresponding to the Month immediately preceding Month m+/ |
| DR8+'i | It will be calculated according to the following formula: <br><br> $$DR8_{m+l} = DR8 * \left(\frac{IPC_{m+l}}{IPC_{96}}\right)(1+TE)^{m+l-96}$$ <br><br> Where, <br><br> DR8u+/- Is the DR8 in pesos for Month "t+/ <br><br> DR8= It is the amount effectively paid to the Licensee for Receivable Difference at Aflo 8, in the event that, in accordance with this , such payment has been made, in Pesos of Month 96 counted from the Commencement Date. <br><br> IPC,-/= TPL corrcSpotJdicrtc to f'vfcs im.ediatamerite prior to Month ml I <br><br> iPC=CPI for Month 96 counted from the Start Date <br><br> " - k1es in which the ") Early **Termination** of the Contract occurs. <br><br> /= Number of Months elapsed from Month of Contract termination to the Month in which the Contract Liquidation is written. |
| Dk13, "+i | It shall be calculated according to the following formula: <br><br> $DR13 * DR13$   $\left(\frac{IPC_{m+l}}{IPC_{156}}\right)$ DR13 *   $(1+TE)$ "*'o' <br><br> Where, <br><br> Dh.t3 : /= Es cl DRI3 in weights of Month m +/ |



| | |
|---|---|
| | DR13= Is the amount effectively paid to the Concessionaire for the Collection Difference as of Year 13, in the event that, in accordance with this Agreement, such payment has been caused, in Pesos of the Month l5fi counted from the Commencement Date.<br><br>CPI ,./ = CPI corresponding to the Month immediately Month m+1 I PCin= CPI<br><br>corresponding to Month 156 counted from the Inception Date m = Month in<br><br>which the Early Termination of the Contract occurs.<br><br>/ - Number of months elapsed from the month of the  of the contract until the month in which the Contract is subscribed to the Contract Settlement Agreement |
| DR18 +i | It shall be calculated according to the following formula:<br><br>$$DR18_{m+i} = DR18 * \left(\frac{IPC_{m+l}}{216}\right)^{(1\text{ -l- }TE)} \quad *''''$$<br><br>Where,<br><br>DR18 -/= Is the DR18 in pesos of the Month ni +/= Is the DR18 in pesos of the Month ni +/<br><br>I3Rl b= Is the amount actually paid to the Concessionaire for the Collection Differeiice on Year l8. in the period in which, in accordance with this Agreement, such payment has been made, in Pesos of Month 216 counted from the date of Commencement.<br><br>CPI.i= CPI corresponding to the Month immediately preceding Month m*1<br><br>lPCzn= CPI corresponding to Month 2 l6 cut from the Commencement Date m =<br><br>Month in which the Atticipated Termination of the Contract takes place.<br><br>/= Number of Months elapsed from the Month of termination of the Account up to Month the signing of the Deed of Lii}iiidatii"n riel Contrato |
| 'I'li | Actual discount rate expressed in effective monthly terms, which for purposes of this formula will be the one included <u>in the Special Part.</u> |
| $DyM_{m+i}$ | This is the value of the Deductions, Fines, other Discounts and monetary obligations pending payment, or payable by the Concessionaire, caused up to the time of termination of the Concession Contract, expressed in Pesos of the Month m+f. |
| $CP_{m+l}$ | Penalty Clause, if applicable, pursuant to Section 10.5 of the this General Part, sicmprc that has not been paid by the Concessionaire, expressed in Pesos of Month m+f. |
| $h$ | Each of the Months from the subscription of the Concession Agreement up to Month m. |
| $m$ | Month in which the Early Termination of the Contract occurs. |
| $l$ | of interest elapsed since the Month of termination of the Contract. until the month in which the Act of Liquidation of the Contract is signed. |




| | |
|---|---|
| $OANI\ _{+i}$ | Monetary obligations pending payment payable by ANI, caused up to the time of termination of the Concession Contract, expressed in Pesos of the Month m+/. |
| $TRM\ _{m+1}$ | TRM of the last Business Day of the Month immediately preceding the Month rt+f certified by the Superintendency of Finance. |
| $TRMh$ | TRM of the last Business Day of the Month immediately preceding Month $h$ certified by the Superintendence of Finance. |
| $FUS\ _{h'}$ | Corresponds to the proportion of the Concessionaire's remuneration. denominated in Dollars, calculated according to the following formula:<br><br>$$FUSD'.\quad \frac{Z\ _h\text{-}3A\ Contributions\ \text{-}\ FUSDp\ ''\left(\frac{I'IPC\ _{+i}S}{IPC_y}\right)}{\sum_{y=1}^{h} R_y * \left(\frac{IPC_{m+l}}{IPC_y}\right)}$$<br><br>Where,<br><br>FUSDt = Fraction of the ANI Contributions in Dollars requested by the Concessionaire, corresponding to the Afro in which the Mcs is located *and*, for the purposes of this formula, will be the one included in the Special Part.<br>Contributions = The value of the ANI Contribution requested by the Concessionaire corresponding to Month y. expressed in current pesos of such Month. In the Months in which no ANI Contribution is available, the x value of the ANI Contribution will be set to OTTO (0).<br>and -　　　Accountant of each of the Months since the subscription of the Concession Contract for the Month in question. |

(h)　　Early Termination by unilateral decision of ANI, as authorized by Article 32 of Law 1508 of 2012.

　　　If the Early Termination of the Contract occurs by unilateral decision of ANI, as authorized by Article 32 of Law 1508 of 2012, at any stage of execution of the Contract, the value of the liquidation of the Concession Contract will be established, by applying the following formula:

$$(sec)'\quad fnpresospq,\qquad Future\ costsosp\qquad \text{-}\ DdMp+\qquad OAN\ If$$

Where,

| | |
|---|---|
| $VL_{(rec,}$ | It is the value of the settlement of the Concession Agreement when the Early Termination occurs by unilateral decision of ANI as authorized Article 32 of Law 1508 of 2012. This value is |

| | expressed in Pesos of Month m+f which corresponds to the Month in which the Contract Liquidation Act is signed. |
|---|---|
| $Ingresos_{m+l}$ | Corresponds to the value of the income not yet received by the Concessionaire for Toll Collection, ANI Contributions and Commercial Operation Income for the occurrence of the Early Termination cause, expressed in Pesos of the Month m3-/ and discounted to Present Value with a rate that reflects the market conditions associated to the project risk. Such value and rate shall be determined by the Parties, or by a third party expressly delegated by them.<br><br>In the event that the Parties are unable to agree on the revenues and/or the rate within sixty (60) days after the occurrence of the cause of action, these shall be determined by cl Friendly Component. |
| $Costos$ $futuros_{m+l}$ | The value of the costs foregone by the company for the Concessionaire for the occurrence of the cause of Early Termination, expressed in Pesos of Month m+f and discounted to Present Value with a rate that reflects the market conditions associated to the risk of the project. The value of such costs and rate shall be determined by the Parties, or by a third party expressly delegated by them, taking into account comparable values in the market for similar activities.<br><br>In the event that the Parties fail to agree on the costs and/or rate within sixty (60) days after the occurrence of the cause, these shall be determined by the Amiable Composer. |
| D&M",+i | It is the velot of the Deductions, as well as Fines, other Discounts and pending monetary obligations payable by the Concessionaire, caused and not paid at the time of termination of the Contract. Concession, expressed in Pesos of Month m+/. |
| $OANI_{m+l}$ | Monetary obligations pending payment to be charged to ANI, caused up to moment of termination of the Concession Contract, expressed in Pesos of the Month m+/. |
| $m$ | Month in which the Early Termination of the Contract occurs. |
| $l$ | Number of Months elapsed since Month of Contract termination until the month in which the Contract Liquidation Act is signed. |

## 18.4   Payment of the amounts for the Liquidation

(a)    If the result of the calculation of the value of the liquidation of the Concession Contract (VL, VL(pc), VL(q), VL( or VL(rcc) as applicable) is positive, the disbursement of the resources will be in charge of ANI and in favor of the Concessionaire. If the calculation of the value of the liquidation of the Concession Contract is negative, the disbursement of the resources will be in charge the Concessionaire and in favor of ANI.

(b)    Amounts payable to ANI: Whenever from the formulas set forth in Section 18.3 above arises the obligation of any economic recognition payable to ANI and in favor of the Concessionaire, AU shall cancel this obligation with the available balances in the accounts and subaccounts referred to in Section 18.2(c)(ii) of this General Part. If such resources are not sufficient, ANI shall have a term of five hundred and forty (540) Days from the Business Day following the date on which the Contract Liquidation Deed is executed for the payment of the balance. The following rules shall apply for the calculation of the value to be paid on the effective date on which such payment is made:

(i)    If any of the formulas contained in Sections 18.3(d) or 18.3(e) of this General Part have been used in the liquidation, the provisions of Section 3.6 of this General Part shall apply to the outstanding balance of the liquidation value for the time elapsing between the date of the Contract Liquidation and the effective date of payment.

(ii)    If any of the formulas in Sections 18.3(f), 18.3(g) or 18.3(h) were used in liquidation, the following formula will be applied:

$$VL_{m+l+p} = \sum_{a=1}^{p} (VL_{m+l} - VLS_{m+l}) * (I_g)$$

$$+ \left[ (VL_{m+l} - VLS_{m+l}) * \left\{ 1 + FUSD'_m * \phantom{xxxx} 1) \right) \right.$$

Where.

| | |
|---|---|
| $VL_{m+l+p}$ | Vslor of the balance to be paid by ANI in Mon $\left( \dfrac{TRM_{m+l+p}}{TRM_{m+l}} \right.$ The settlement concept calculated in current Pesos of the Month $m$-$\underline{ll+p}$. |
| $P$ | Number of Months elapsed from the Month in which the Act of Liquidation of the Contract is subscribed until the date on which the payment of the balance of my sutures payable by ANI for the concept of the liquidation. |
| $VL_{m+l}$ | Result from the calculation of the value of the liquidation tlcl Contract tic Concession (VLt'j, Vl ( '' ) OR VL(t'c), as appropriate). |
| $VLS_{m+l}$ | Result of the calculation of the value of the settlement of the Grant (VI.¡:¡, VI.(pq¡ or VL¡'''', corrcspoflda scgíin) paid from available balances in the accounts and subaccounts referred to in Section 18.2(c)(ii) of this General Part. |
| $I$ | Interest rate provided in Section 3.6. For periods in which p*30 ñ 45, I=0. For periods in which 45< p*30 N 540, 1 shall be equal to the rate of remunerative interest set forth in Section 3.6(d). For periods in which p*30> 540, I will be equal to the default set forth in Section 3.6(a). |



| | |
|---|---|
| $FUSD'_m$ | Corresponds to the proportion of the Concessionaire's Remuneration denominated in Dollars consolidated up to Month $m$, which will be equivalent to:<br><br>• The variable $l'USD$ established in Section 18.3(f), provided that it has been applied in the liquidation:<br>  (i) The formula set forth in Section 18.3(f); or<br>  (ii) The formula set forth in Section 18.3(h) and the Early Termination would have occurred during the  Phase.<br><br>• The arithmetic average of the $FUSD'h$ vai iables set forth in Section 18.3(g), if applied in the liquidation:<br>  (i) The formula set forth in Section 18.3(g); or<br>  (ii) The formula set forth in Section 18.3(h) and the Early Termination would have occurred during the Operation and Maintenance Stage. |
| $TRM_{m+l+p}$ | TRM of the last Business Day of the Month immediately preceding the Month $m+lap$ certified by the Superintendencia Financiera. |
| $TRM_{m+l}$ | TRkl of the last Business Day of the Month immediately preceding Month m+/ certified by the Superintendence of Finance. |
| $m$ | Month in which the Early Termination of the Contract occurs |
| $l$ | Number of Months elapsed from the Month of termination of the Contract until the Month in which the Act of Liquidation of the Contract is signed. |
| $8$ | Accountant for each of the Months from the Month in which the Act of Liquidation of the Contract is signed until the Month in which the payment of the balance of the amounts payable by ANI actually occurs. |

(c)    t'.n the event that the Concessionaire and the Lenders have so agreed, the amounts owed by ANI (or up to the amount agreed between the Concessionaire and the Lenders) shall be delivered to the Trustee. The Trustee has the duty to

The Concessionaire shall monitor compliance with this assignment, provided that it has verified the existence   of   the   agreement   between   the   Concessionaire   and   the   Lenders.
a

greement between the Concessionaire and the Lenders. If this is the case, the following shall apply

The Company's financial statements are included in Exhibit 2.

(d)    Amounts payable to the Concessionaire: When the formulas set forth in Section 18.3 above give rise to a payment obligation payable by the Concessionaire and in favor of ANI, the Concessionaire **shall pay** this obligation with the available balances of the Project Account, except for the resources of the Property Subaccount, Environmental Compensations Subaccount and Networks Subaccount. If these balances are not sufficient, the Concessionaire shall have a term of five hundred and forty (540) days to pay the remainder, counted from the Business Day following the date on which the Contract Liquidation Act is subscribed. During this period, interest shall be payable. Upon expiration of this period, interest for late

payment shall be accrued in accordance with the terms of the Contract.

provided for in Section 3.6 of this General Part. ANI shall give the corresponding destination to the resources paid by the Concessionaire, in accordance with the Applicable Law.

## 18.5   Payments in case of conflict

In the event that there is no agreement between ANI and the Concessionaire in relation to the amounts of the liquidation of the Contract, payments will be for the amounts that are not in dispute. For the rest sc may resort to the Amigable Cornponedor. Payments and/or refunds resulting from the decision of the Amiable Proposer shall be cancelled within the same terms and conditions set forth in Section 18.4 above.



<u>CHAPTER XIX</u>     <u>MISCELLANEOUS</u>

19.1   <u>Unplanned minor works, requested by Governmental Authorities or by communities</u>

(a)     During the execution of this Contract ANI may decide to execute minor works not foreseen in the Technical Specifications of the Contract or in Environmental License and/or other environmental permits or concessions, requested by the governmental authorities of the national, departmental or municipal order or by communities located within the areaof direct influence of the Project and which are indispensable for the normal execution of the Project. Through the mechanism of execution of minor works referred to in this Section, works intended to substantially expand the capacity of the roads that are part of the Project or other types of investments that substantially change the scope of the Project may not be included. The latter type of works (other than minor works) shall be processed, if applicable, in compliance with the requirements set forth in this Contract Complementary Works.

(b)     The execution of the minor works, as well as their Operation and Maintenance, shall be carried out by the Concessionaire, provided that the Parties, with the prior opinion of the Comptroller, have reached an agreement on the unit prices for each of the typical items of this type of works, which shall serve as reference for the definition of the cost of each work, at the time the need to execute it arises. Said agreement shall be drawn up within sixty (60) days following the Commencement Date. The unit prices shall be indexed with the CPI from the time they are agreed upon until the time the execution of a specific minor work is agreed upon.

( c )   In the event that the above agreement is not reached or if, in each particular case, an agreement as to the cost of each work is not reached prior to its execution, the works shall be executed by a third party to be contracted by the Concessionaire, in accordance with the following rules:

(i)     The Concessionaire shall select the contractor by applying mechanisms that guarantee the free concurrence of interested parties with sufficient experience and financial capacity for the purpose.

(ii)    The experience and financial capacity requirements will be defined by mutual agreement between Concessionaire and ANI. If no agreement is reached, the definition will be made by the Amiable Component.

(iii)   The main award criterion will be the lowest price, although the following criteria may be used mechanisms to avoid artificially low bids.



(iv) The decision on the selected contractor and on the final content of the work contract shall be subject to ANI's prior non-objection, which must be made within twenty (20) days after the Concessionaire has made the corresponding information available to ANI.

(v) If ANI objects to such decisions (which shall be understood not only when it expressly states but also when it remains silent within the term of twenty (20) days established herein), contracting of the third party may not proceed until ANI expressly states that such contracting is acceptable to ANI.

(vi) The Concessionaire shall be obliged to supervise the execution of the works performed by the third party contractor, taking into account that, regardless of the third party's liability to the Concessionaire, the Concessionaire shall be responsible for the execution of the works executed by the third party contractor.
Concessionaire, the Concessionaire shall be responsible to ANI for the quality and stability of the works executed by the third party.

(vii) Notwithstanding that the contract with the third party may include the Operation and Maintenance activities of the constructed works (under the supervision of the Concessionaire), the Concessionaire, at its own account and risk, shall be the sole responsible before ANI for the result obligations (including the compliance with the Indicators) corresponding to such Operation and Maintenance activities, under the conditions set forth in this Contract until the execution of the Reversion Act.

(viii)The Concessionaire shall hold ANI harmless at all for any claim of the third party contractor, under the terms set forth in Section 6.1.1 of this Agreement.
14.3 of this General Part.

(d) ANI shall assume the payment of the price of the minor works performed by the Concessionaire or by the third party, in the terms and amounts established in (i) the agreement with the Concessionaire referred to in Section 19.1(b), or (ii) in the contract not objected to by ANI referred to in Section 19.1(c), against the sources of resources provided in Section 13.3(o) of this General Part.

## 19.2   Complementary Works

(a)    For the purposes of this Contract, Additional Works are considered to be those not contemplated in the obligations to be performed by the Concessionaire, in accordance with the provisions of this Contract and its Appendices and, in any case, different from the Voluntary Works and the minor works referred to in Section 19.1. above.

(b)     The Complementary Works may only be agreed and executed after the expiration of the third year counted from the Commencement Date until the expiration of the two hundred and sixty-first (261st) month counted from the Commencement Date.

(c)     The contracting Complementary Works will be subject to the limits set forth in the Applicable Law additions to public-private partnership contracts.

(d)     The Contractor shall execute the Complementary Works requested by ANI, prior subscription of the corresponding addendum to this Contract, considering the limitations as to their amount and object in accordance with the applicable legal norms. In no case shall the Concessionaire execute Complementary Works without the prior subscription of the respective addendum.

(e)     The contracting of Complementary Works will be subject to the existence of sufficient resources to pay for them.

(f)     The value of the Complementary Works and their form of payment will be determined by mutual agreement of the Parties or -in case of disagreement- the Amiable Composer will be followed. If the value or the form of payment set by the Amiable Composer is not acceptable to ANI, ANI may decide not to execute the Complementary Works with the Concessionaire.

(g)     In any case, it will be ANI who will determine whether or not it is necessary to carry out elementary works, which will occur by ANI's unilateral decision or by request of the Concessionaire approved by ANI.

(h)     The cost of the Complementary Works and -if applicable- the higher cost for the operation and maintenance thereof, will be assumed entirely by ANI.

## 19.3   Voluntary Works

(a)     Notwithstanding the Concessionaire's obligation to carry out the Interventions under the conditions and terms set forth in this Contract, the Concessionaire may develop Voluntary Works at its own account and risk, both in the Construction Phase and in the Operation and Maintenance Stage, without this implying a variation in the Remuneration, and in any case, prior approval of such Voluntary Works by ANI and the Comptroller.

(b)     The following procedure shall be followed for the execution of the Voluntary Works.

        (i)     For the execution of any Voluntary Works, the Concessionaire shall submit to ANI and to the Comptroller the corresponding request.           request.    The The Concessionaire must submit a schedule for the execution of the Work.

The project will include a program for the operation and maintenance of the Voluntary Work and a program for the execution of Voluntary Work identifying the mechanisms that will be used so that the execution of the Voluntary does not affect the execution of the Project, in accordance with the provisions of this Contract.

(ii) Once the project of the Voluntary Work has been submitted by the Concessionaire, ANI will have thirty (30) days from its delivery to approve or disapprove the request submitted by the Concessionaire. In case of silence, the request will be denied.

(iii) Once ANI's permission has been obtained, the Concessionaire may proceed with the execution of the Voluntary Work.

(c) The execution of Voluntary Works may not affect compliance with the Indicators, the Technical Specifications or any other obligation of the Concessionaire. In no case shall the approval of the Voluntary Works given by ANI be considered as an exemption of liability.

(d) ANI directly, through the Comptroller, or through a Comptroller specifically selected for the supervision and control of the Voluntary Work in view of its magnitude or quality, will supervise compliance with the technical conditions of the Voluntary Work, in accordance with the project approved by ANI and, if applicable, will impose the penalties provided in this Contract for non-compliance with the conditions of the approval granted.

(e) The Voluntary Works will be subject to Reversion,

## 19.4  Subcontracts

(a) The Concessionaire may subcontract the performance of the Contract to persons legal entities or with associations of legal entities that have the suitability and capacity to develop the subcontracted activity, including the Contractors. Notwithstanding the foregoing, the Concessionaire shall continue to be solely responsible to ANI for compliance with the obligations of the Contract.

(b) The Concessionaire is solely responsible to ANI for the execution of subcontracts. In any case, ANI reserves the  to request the Concessionaire to change the subcontractor(s), including the Contractors, when, in its judgment, it (they) does do) not comply with the necessary qualities for the execution of the subcontracted work(s).

19.5    Assignment

(a)    Assignment of the Contract. Unless expressly authorized in writing by the ANL, the Concessionaire may not assign the Contract in whole or in part. For the purposes of the authorization, ANI will take into account that the guarantees of the Contract are not reduced as a result of the assignment, and that the Concessionaire complies with: (i) all the Qualifying Requirements established in the Invitation to Prequalify and that were evaluated by ANI, during the Prequalification or the Bidding Process, to consider the assignor qualified and (ii) the obligation of information established in Article 23 of Law 1508 of 2012 and the others established in the Applicable Law.

(b)    Assignment of shareholders of the Concessionaire.

   (i)    During the Preoperational Stage and during the first year after the beginning of the Operation and Maintenance Stage, the Concessionaire's shareholders that have been Leaders or, without being Leaders, have accredited Financial Capacity (as these terms are defined in the Invitation to Prequalify) must remain as shareholders of the Concessionaire, and maintain -during the Preoperational Stage- at least, i) their original percentage of participation (accredited in the V.OI. or in the Offer, ii) twenty-five percent (25%) of the shareholding when the Offer has been submitted by a Bidder, and it is a Lead Bidder, or iii) twenty-five percent (25%) of the shareholding when the Offer has been submitted by an Individual Bidder. The foregoing, unless ANI authorizes the change of shareholder, which in any case shall be authorized when:

      (1)    The assignee complies with all the Qualifying Requirements established in the Invitation to Prequalify and that were evaluated by ANI during the Prequalification or the Bidding Process to consider the assignor qualified,

      (2)    The guarantees of the contract are not diminished on the occasion of the cesión,

      (3)    Transferees comply with the reporting obligation established in Article 23 of Law 1508 of 2012 and the others established in the Applicable Law, and

      (4)    Remain at least one of the Leaders who participated in the Offering, with a minimum of 25% participation.

   (ii)   As of expiration of the first year after the beginning of the Operation and Maintenance and until the termination of the Contract, the shareholders of1

Concessionaire that have been Leaders or that, without being Leaders, have accredited Financial Capacity (as these terms are defined in the Invitation to Prequalify) must remain as shareholders of the Concessionaire, unless ANI authorizes the change of shareholder, authorization that in any case will be given when the guarantees of the contract are not reduced as a result of the assignment, and upon by the assignee of: (A) The Qualifying Requirements established in the Invitation to Prequalify and that were evaluated by ANI, during the Prequalification or the Selection Process, to consider the assignor qualified -except for the investment experience requirement (as the same is defined in the Invitation to Prequalify), which compliance will not be necessary for the assignment to proceed-, and (B) The information obligation established in Article 23 of Law 1508 of 2012 and the others established in the Applicable Law.

(c)     The Private Equity Funds (as that term is defined in the Invitation to Prequalify) that have participated in the Offering may assign **their participation without** the need for prior approval of ANI or for the assignee to comply with the Qualifying Requirements of investment experience and financial capacity that were included in the Invitation to Prequalify, provided that such Private Equity Funds (as that term is defined in the Invitation to Prequalify) that have participated in the Offering may assign **their participation without** the need for prior approval of ANI or for the assignee to comply with the Qualifying Requirements of investment experience and financial capacity that were included in the Invitation to Prequalify, provided that ANI verifies that such Funds (A) have made the disbursements to which they are committed under the terms of the participation they have agreed to, (B) the guarantees of the contract are not reduced as a result of the assignment, and (c) I.The assignees comply with the information obligation set forth in Article 23 of Law 1598 of 2012 and the others established in the Applicable Law, and

(d)     The approvals of ANI referred to in Sections 19.5(a) and 19.5(b) above must be given within thirty (30) Business Days following Notification of the assignment request; in the event that ANI does not issue a decision within the following thirty (30) Business Days, the assignment shall be deemed denied and the Concessionaire may resort to the Amigable Componedor in order to have the controversy heard in this instance.

(e)     The assignment rules set forth in the preceding Sections are without prejudice to the provisions of this Agreement for purposes of the transfer of possession by the Lenders.

(f)     ANI may not assign the Contract or any of the rights or obligations derived , without the prior written consent of the Concessionaire, except when the assignment occurs as a result of policies of restructuring or modernization of the Colombian State and the guarantees of the Contract are kept intact. -

19.6 <u>Waiver of diplomatic claim</u>

The Concessionaire and the person(s) or entity(ies) that may be subcontractor(s) or assignee(s) of the Contract submit to the jurisdiction of the Colombian courts and waive diplomatic claim with respect to the obligations and rights arising from the Contract, except in the case of denial of justice, understood in accordance the definitions of Applicable law.

19.7    <u>Disabilities and incompatibilities</u>

With the subscription of the Contract, the Concessionaire declares under oath that it is not subject to any of the inabilities, incompatibilities or prohibitions set forth in the Applicable Law, which prevent it from executing the Contract.

19.8    <u>Contract Language</u>

For all purposes the official language of this Agreement Spanish. In the event of translations into another language, for purposes of interpretation of any of the Chapters or Sections, Spanish language document shall prevail.

19.9    <u>Taxes</u>

Each Party shall pay the taxes applicable to them in accordance with the Applicable Law.

19.10 <u>Modification of the Contract</u>

The Contract together with its Appendices may not be modified except by written agreement duly signed bO1' IC.prcsontantes arttorizados of the Parties and in compliance with the requirements imposed by the Applicable Law, without prejudice to the provisions regarding the unilateral modification of the same by ANI under the terms of this Contract and the Applicable Law.

19. J 1 <u>Subsistence of Obligations</u>

The termination of the Contract for any cause whatsoever shall not extinguish the obligations that by their nature subsist in such event, including, among others, those derived from the guarantees and liability.

## 19.12 No waiver of rights

Except as expressly provided in the Contract, the failure or delay of either Party to exercise any of the powers or rights set forth in the Contract or to require performance thereof shall not be construed as a waiver of such rights or powers, nor shall it affect the total or partial validity of the Contract, nor the right of the respective party to subsequently exercise such powers or rights, unless otherwise provided by law.

## 19.13 Adjustments per Comptroller's Request

When the present Contract indicates that the Comptroller requests corrections or adjustments to documents and as a consequence of the foregoing, the Concessionaire submits again the document with the corrections and adjustments without the Comptroller's agreement, the Comptroller and the Concessionaire shall meet to finalize the document jointly until an agreement is reached. These meetings shall be in person and may be attended by ANI and the Amigables Componedores, so that after a maximum of three (3) meetings the document is concluded to the satisfaction of the Concessionaire and the Intervertor. If the disagreement persists, any of the Parties may turn to the Amiable Composer to solve the controversy.

## 19.14 Priority of Documents

The following will be the prelacifin of the different documents that are part of the present Contract:

Special Part
General Part.
Technical Appendix l
Technical Appendix 9
Technical Appendix 4
Technical Appendix 2
Technical appendix 5
Technical Appendix 3
Technical Appendix 6
Technical appendix 7
Technical Appendix 8
Financial Appendix 1
Financial Appendix 2
Financial Appendix 3
Rules of the Selection Process Invitation to Prequalify.

r



J9.15 Financial Information

Financial Appendix 1, duly completed in accordance with its instructions, contains the information that the Concessionaire has delivered to ANI. Since it is information delivered by the Concessionaire, such information shall be considered as a mere reference, which may or may not be taken into account by ANI, and with the scope determined by ANI, for the purposes of i) any negotiation to be carried out between the Parties during the execution of this Contract that implies the revision of the Concessionaire's Remuneration or the execution of additional Interventions, ii) defining the value of any of the variables of the formulas for the liquidation of the Contract, applicable for the cases of Early Termination.

## 19.16 Environmental and Social Guidelines

Notwithstanding the provisions of CHAPTER VIII of this General Part, Preoperational and Operational Stage activities must be consistent with the environmental and social standards and guidelines referred to in the Equator Principles (Exhibit III) to the extent they do not conflict with Applicable Law. The standards and guidelines are available at the following link: http://www.equator-princip1es.com/resources/equator principles III.pdf.

## 19.17 Notifications

Notifications to each of the Parties shall be made at the places indicated for such purpose in the Special Part. Notices to the Trustee shall be made at the place indicated in the Commercial Trust Indenture.

## 19.18 Statistical In formation

The Concessionaire undertakes to deliver quarterly reports with statistical information of the costs actually incurred in each quarter, as well as the accumulated costs per Phase, Stage and total execution of the Contract, necessary for the Property Management, the Social and Environmental Management, the management of Networks, the execution of Interventions, discriminating the costs and investments in homogeneous groups of activities, bridges, viaducts and tunnels) and the Operation and Maintenance costs. The information will be presented in accordance with the instructions provided by ANI, so that such information may be consolidated with other information of the same type from other projects to establish trends and allow the necessary analysis for future planning of other projects in charge of ANI.



19.19 Information Management

Notwithstanding the provisions elsewhere in this Agreement, all information related to the Project shall be exchanged between the Parties, the Project Manager, the Trustee and/or the Amiable Component, including through Office 365 and Pi'oject Online, or later versions.

F.it GOflStailGlR of the foregoing, the Parties hereto enter into this Agreement, in the city of BOgOt&. D.C., in two (2) originals of the same tenor and validity, one for each party, at the following addre **SEP 2014**

LUIS FERNANDO ANDRA DE Mfi)REN(J
CC No. 79.l52.446 de Usaquén
Chairman
NATIONAL INFRASTRUCTURE AGENCY

**ALBER ALHADEF**
Passport No. 51126429 **Legal**
Representative
PERIMETRAI. (ORIENTAL DK **Ht)Cít**    FÁ S.A.S.
Nit. No. 900761657-8

Projec4ó: Intçgrtil Struçturudor Group 3                                              y/
Reviewed Legal Aspects: Héctor Jaime Pinilla Ortíz - Vice President - Legal Jz/
Reviewed technical, financial and collateral aspects: Beatriz Eugenia Moralcd Vélez - Viccprcsidcntc Structuring.
Reviewed AspectO9 JHFldioos: Camilo A. Salazar Camacho - Lawyer - Gerenoia Jurídica de Eseucturaoión - Vicepresidencia Jurídica
Reviewed Legal Aspects: nina . nenial Pinzón - €ferente - iereiicia Jurídica de Esliucfuraci6n - Vicepresidencia Jurídica Reviewed Technical
Aspects: Dovid Diez Granados - Ingeniei o - G esencia Proyectos Cerreteros 1 - Vicepresidenciii Estniciiirmción Reviewed Technical Aspects:
Camilo A. Jaramillo Retrocal - Manager Proyectos Cerreteros 1 - Vicepresidencia Estructuración Ittvisó Financial Aspects: Lcila Durán
Sánchez- Finanoiere - Gerencia Financiera - Viocprcsidenoio Gto bclruclur0clón
Reviewed Financial Aspects; Claudia Soto Cardenes - Financial Manager - Financial Foundation - Vice-Presidency of Construction.
Reviewed Aspects of: Iván Mauricio Ficrro tiánchez - Project Manager - Struoliiration Vice-Presidency
KƐvixÓ Tr5mile of Subscription and Legalization of the Contract: Mnrtha L. Mttíleclia R. - Lawyer GIT Contrataci6n - Vicep
Reviewed the Contract Subscription and Lega1ixation Process: Ciabriel Del Toro Benavides - Contracting Manager -Viccp. urldica



Libertad y Orden

---

REPUBLIC OF COLOMBIA

MINIS"['l'RIO DE TRANSPORTE

NATIONAL AGENCY OF JNFRAHSTRUCI' "UkA

---

CON7 "RATO DE CONCESSION UNDER THE SCHEME iii APP NO.  082 DE 0 8 SEP 2014
Between:

Cc'ncedent:
National Infrastructure Agency

Dealer:
PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.

SPECIAL FEATURE





cxríTuro i    **ezGLES FOR IN3'F.RPRETATION OF THIS** DOCUMENT. .........................3

**CHAPTER II        TABLE Ilk REFERENCES TO THE GENERAL PART.............................4**

CHAPTER III    GENERAL ASPECTS ..................................",.........................12

3.1    Identification of the Parties. .....................................". .....................12

3.2    Project Scope ...........................",.................................""........"........................12

3.3    Project Division .............",...........................,.............,.."...........", ....................12

3.4    Contract Value .......................................,. ................................................13

3.S    Acta ble Entrega tle lu Infraestitictiii a .....,.............,..........."......................". .............................13

3.fi    Toll Stations.............,.............................,..........................,...............".'...............................13

3.7    Success Commission ....................,..............."..................................,.........................l6

3.8    Estimated Timeframes for the Phases of the Preoperational Stage ............,,...........,. .........16

**CHAPTER** IV    ECONOMIC **ASPECTS** n THE CO        RATo .................................7

4.1    Percentage of Participation of Functional IJnidailes ...................................,. .............................17

4.2    Tariff Structure...................................................."......................,. .......................17

, 4:3    Calculation of the Remuneration ""...............................................""...................,. .............19

4.4    Equity's twists...,."............."......................................................." .........................23

4.5    Funding of Subaccounts of the Autonomous Patrimony. .........................................,..............24

4.ii    Calculation of the Collection Difference ........",...........................,............"",. ..............29

**CAP1'UL+,** V        STAGE P<"orE""iIV<..................................................................31

5.1    Characteristics of Contractors. ...........................................",. .......................31

5.2    Programming of the Works ",.,..............................,.""........."""',. ........................31

c    trI'i urO **VI        SANCTIONS AND ENFORCEMENT SCHEMES........................",. ...........32**

ó.1    Mesh Imposition Generating Events. ..............................,............"""". 32

6.2    Value of the Penalty Clause.........................................................................36

**CHAPTER** VII    GARAN "I "ÍAS .,..............................................................."", .................................37

7.1    Value and Validity of the Amparo de Cumplimiento .......................",.................................37

7.2    Value and Validity of the Wages and Social Benefits Payment Bond..................................38

7.3    Value of Other Protections. .........................................................................39

7.4    Value of the Tort Liability Guaranty ........",...................,.,. ................................................40

7.5    Validity for Civil Works Insurance.,................................................,........................4

Via Perlnictral dcl Orttntc 'le Cundtnainsrcn
Special Part

CHAPTER I             RULES OF IN'I'ERPRE "1'ATION ICE THIS
DoCUMzN'ro

(e) In accordance with the provisions of Section 19.14 of the General Part, the Special Part of
    the Concession Contract takes precedence over any other document that forms part of
    the Contract.

(fi)    The definitions contained in the General Part shall apply to this Special Part.

(c)     In CHAPTER II of the Special Part of the Concession Contract a table is included in
        which the first column identifies the provisions of the General Conditions that are
        developed, supplemented, modified or eliminated.

(d)     The second column of the table contains the corresponding description,
        supplementation, modification or deletion, or itlentilication of the Section of the Special
        Part in which this information appears.

(e)     In the event that the Special Part expressly or tacitly modifies the content of any part of the
        General Part, the provisions of the Special Part shall apply. .

Vfa Perimetral of the Orlente of Cundinamarca
**Special Part**

**CHAPTER II**        **TABLE OF REFERENCES TO THE GENERAL PART**

| Section of the | DATA SPECIFIC TO THIS SPECIAL PART |
|---|---|
| **1.16** | For the terms, amounts and terms of the ANI Contributions, see Sections 4.3(e) and 4.5(d) of this Part Hspeeinl. |
| **1.24** | For the purposes of this Project, "Circulation" corresponds to the sanation in which vehicles can travel on a paved bi-directional roadway, in both directions simultaneously. For the Functional Units in which the construction of nucrave roadways is carried out, the roadway will not be paved. |
|  | The value and method of payment°of the Success is set forth in Section 3.7 of this Special Part. |
| **1.26** | The Grantee is identified in Section 3.1(b) of this Special Part. |
| **1.32** | The Structured Company is the Temporary Union Huroestudios - Deloitte - Durán & O.sorio. |
| **1.57** | F.i Month of kefcicncia is cl December 31, 2012. |
| **1.101** | The maximum deadlines for the commencement of operation of the Functional Units are set forth in Section 5.2 of this Special Patte. |
| **1,121** | Invitation to Prequalify No. VI-VE-IP-010-2013, Public Bidding No. VI-VE-IP-LP-010-2013. |
| 1.125 | In this Project there are Toll Stations in charge of a third party contractor whose |
| 1.129 | economic consideration affects the calculation of the Toll Collection, , this definition |
| 1.131 | is modified in accordance the provisions of Section 3.6(c) of the Special Part, |
|  | J. The Peajc xc Resolution is identified in Section 4.2 of this Special Part. The description of Functional Units is found in Section 3.3 of this Special Part. |
| 1.137 | The Estimated Value of Environmental Offsets and the schedule of contributions cst5 cn Section 4.5(b) of this Special Part. |
| **1.157** | The Estimated Value of Networks and the contribution schedule are in Section 4.5(c) of this Special Part. |
|  | The VPIP is equivalent to five hundred and seventy-four thousand seven hundred and |
| **1.159** | million four hundred and twenty-seven thousand twenty-seven thousand one hundred and twenty-three ($574,788,427,023) Pesos of the Reference Month. |
| 1.161 | The VPIP8 is equivalent to one hundred and ninety-eight thousand six hundred and |
| **1.162** | fifty-five million two hundred and forty thousand six hundred and ninety-eight ($198,625,240,698) Pesos of the Month of lteference. |
| **1.163** |  |



Vín Perimetral del **Oriente** tte Cundinamarca
**Special Part**

| | |
|---|---|
| 1.164 | The VPiP 13 el@value is three hundred and thirty-seven hundred and thirty-seven million one hundred and one thousand five hundred and ninety-seven ($337,0Ii7. 1,00,597) Pesos of the Me.s of Reference. |
| **1.165** | The VPIP18 is equivalent to four hundred and fifty thousand eight hundred and fifty nine million forty eight thousand one hundred and eighty one ($450,559,04d,18 l) Pesos of the Month of iteferenria. |
| 2.1 | The physical scope of the Project is defined in Sections 3.2, 3.3 and 3.5(b) of this Special Part. |
| | The Contract Value is specified Section 3.4 of this Special Part. The value and schedule of the ANI Contributions are set forth in Section 4.5(d) of this Special Part. |
| **2.2(a)** | |
| **2.2(e)** | The Infrastructure Delivery Act is regulated Section 3.5 of this Special Part. |
| | The deadline for the p_b_ of the first meeting of the Success Committee is set forth in Section 3.7(h)(i) of this Part Es}ieeial, |
| **2.3(b)(vi)** | Equity Drafts are regulated in Section 4.4 of this Special Part. |
| **2.3(b)(vii)** | There are no additional requirements for the execution of the Execution Initiation Act for this project. |
| **2.3(b)(ix)** | The estimated timing of the Pre-Operational Stage Phases is set forth in Section 3.8 of this Special Part. |
| **2.3(b)(xi)** | |
| 2.5(a) | For this Project a new section 2.6(a)xv is included: The Concessionaire represents and warrants that it will comply with all co-initiatives acquired in its Technical Offer. |
| 2.6(a) | The estimated duration of the phases of the Pieoperational Stage is set forth in Section 3.8 of this Special Part. |
| | The contribution shall be calculated as provided in Section 4.3 of this Special Part. |
| | The formula for calculating the difference is given in Section 4.3(g) of Special Prime. See Section 4.3 of this Special Part. |
| **2.fi(li)** | The other limits on Deductions are regulated in Section 4.3(d) of this Special Part. |
| 3.1(c) | Considering that in this Project there are PeRje Stations run by In the case of a third party contractor, this Section of the General Part is amended as appropriate in with the provisions of Section 3.6 of this Special Part. |
| **3.1(f)(iv)** | |
| 3,2(a) | |
| 3,2(b) | |
| 3,3(a) | |
| *3.3(f)" | °The conditions and timing for the installation of new toll lanes in Technical Index 1 are set forth in Section 3.6(g) of this Special Part, |



Vlr Pcriinclrnl dcl Oriente de Cundinamarca
**Special Part**

| | |
|---|---|
| ñ.4(a) | The real discount rate (TDf) expressed in effective monthly terms, for the purposes of this Project, will zero point fifty-six seventy-one percent (0.5671%). |
| | The formula for the calculation of DR8 is found Section 4.6 of this Special Part. |
| **3.4(b)(ii)** | The formula for the calculation of DR13 and DR18 can be found in Section 4.6 of this Special Partc. |
| 3.4(c) | The real discount rate (TDI) expressed in effective monthly terms, for the purposes this Project, will zero point fifty-six seventy-one percent (0.5671%). |
| 3.4(f) | For this Project the %RPi will be twelve point fifty-four percent (12.54%). |
| | For this Project the %RP2will be fifty percent (50%). |
| | There are no additional modalities for obtaining Financial Close for this Project. |
| 3.4(g) | This Project will have a (l) Financial Close. |
| | The minimum amount of the Financial Closing is six hundred and fourteen thousand nine hundred million ($614,900,000.000) Pesos of the Reference Month. |
| 3.7(e)(iv) | The term for the Concessionaire to present the totality of the documentation to accredit the Financial Closing is three hundred (300) Days counted from the Commencement Date. |
| **3.8(a)** | There are no additional modalities for obtaining Financial Close for this Project, |
| **3.8(a)** | No additional characteristics are for the Borrowers in this Project, Equity Costs are regulated in Section 4.4 of this Special Pnrt. |
| 3.8(a) | The percentage of participation of each Functional Unit is established Section 4.1 of this Special Part. |
| | The establishment of any other Sub-Account in the Autonomous Patrimony is not mandatory for this Project. |
| **3.8(a)(lv)** | The constitution any other Sub-Account in the Autonomous Patrimony for this Project is not mandatory. |
| 3.8(d)(vii) | |
| 3.9(a) | The amounts and terms for the funding of the Premises Subaccount are set forth |
| 3.9(e) | Section 4.5(a) of this Special Part. |
| 3.14(a) | The amounts and deadlines for the funding of In Subcucnta dc Environmental CompcnsaCioncS are found in Section 4.5(b) of this Special Part. |
| **3.14(e)(ii)(l)** | The amounts and terms for the funding the Sub-Credit Networks are set forth in Section 4.5(c) of this special Part I. |
| 3.14(f)(i) | The percentage of participation of each Functional Unit is established Section 4.1 of this Special Pürtc. |
| **3.14(g)(i)** | |
| **3.14(h)(i)** 3.J 4(i)(ii)(l) | |
| | |

Perimetral road East of Cundinaninrcn Railroad
**Special Part**

| | |
|---|---|
| 3.14(i)(ii)(2) | The funding of the ANI Contributions Sub-Account, and the distribution of the ANI Contributions among the sub-accounts for each Functional Unit that are part of it, are set forth in Sections 4.1 and 4.5(d) of this Special Part. |
| **3.14(i)(ii)(5)** | The portion of the ANI Contributions in Dollars is requested by the Concessionaire in accordance with Section 4.3.5 of the Conditions. |
| 3.14(i)(ii)(S) | The terms on which the Dollar share of the ANI Shareholders' A}iortes recorded in the ANI Contributions Subaccount shall form part of the Compensation are set forth in Section 4.3 of this Part Rs¡ieciat. |
| **3.14(i)(lii)(l)** | The percentage of participation of each Functional Unit is established in Section 4.1 of this Special Porte. |
| **3.14(i)(iii)(2)** | In this Project there are Toll Stations in charge of a Contractor whose economic consideration affects the calculation of the Toll Collection, therefore, this Section of the General Part shall be deemed to be modified in accordance with the provisions of Section 3.6(c) of this Special Part. |
| | The amounts and deadlines for the Ia Subaccount for Supervision and Oversight fund are set forth in Section 4.5(e) of this Special Plan. |
| 3.14(i)(i*)(1) | The amounts and terms for the funding  the Contractual Support Suhcient are set forth in Section 4.5(f) of this Special Part. |
| 3.J4(i)(v)(l) | The amounts and terms for the funding of the Aiiiigible Composition Subaccount are set forth in Section 4.5(g) of this Special Pai'tc. |
| **3.14()(vi)(1)** | The percentage of participation of each Functional Unit is set forth in Section 4.1 of this Special Part. |
| **3.14(i)(viii)(1)** | There are no additional conditions precedent for the commencement of the Preconstruction Phase of this Project. |
| 4.1(d) | The deadline for the delivery of the plan for the settlement and management of the weds shall from 270 days from the Commencement Date. |
| 4.2(n) | The maximum date of commencement of operation of each Functional Unit is indicated in Section 5.2 of this Special Part. |
| 4.2(o) | In the event that, according to the Works Plan, the Interventions of Functional Unit 5 must be undertaken at the beginning of the Construction Phase, the Concessionaire, at its discretion and at its own risk, may begin the Construction Phase even without the Licenses and Permits that may be required by the Governmental Authority and/or by |
| **4.4(fl** | the Environmental Authority for the beginning of Interventions of the Choachí Bypass - as described in the Technical Appendix I. The foregoing shall not modify the Works Plan, nor the maximum term for the start of operation of Functional Unit 5, nor - in general - any other provision of this Contract. The foregoing shall not modify the Works Plan, nor the maximum term of entry into operation of Functional Unit 5, nor - in general- any other stipulation of this Contract. |




Vía Perimetral del Oriente de Cuiidinamarcn Farte
Especial

| | |
|---|---|
| | In any case, the Concessionaire shall obtain each and every one of the Licenses and Permits that, in accordance with the Applicable Law, are necessary for the execution of the Interventions of the Choac)íí vniante with the following conditions prior to the beginning of the same. |
| 4.6(a) | I.he amounts and terms of the ANI Contributions are set forth in Section 4.5(d) of this Special Part. |
| 4.9(a)(1) | 131 daily amount of reduction of the Remuneration for each additional day of time to complete the Functional Unit will be, for cfccts of this Project,   of   forty   million eight hundred   two   one thousand   four hundred ($40,802.400) Pesos of the Reference Month. |
| 4.9(a)(i) | the maximum Deduction and the limit to Deductions can be found in the Sections 4.3(c) and 4.3(d) of this Special Part. |
| 4.10(b) | fl1 limit on deductions is found in Section 4.3{d} of this Part. |
| 4.17(a)(ii) | For the purposes of this Project, in the verification of compliance with the obligations contained in Technical Appendix 4 related to the completion of Functional Units, it must be verified that they comply with the minimum acceptance values for Indicators E to E) 7 and 06. of said Appendix. |
| 4.17(a)(vile) | The fine-generating events applicable to this Project are established in   this Project are established in Section 6.1 of this Special Part. |
| 4.17(d)(i) | The Penalty for non-compliance with the "l'écritical Specifications is in the Section 6.1(k) of this Part ÓS]3GC-íll. |
| 4.18(c) | The start-up dates for each Functional Unit are as follows indicated in Section 5.2 of this Part hspccial. |
| 5.2(n) | The minimum experience requirements to be met by the Contractor are as follows The terms and conditions for the execution of the Construction Contract are set forth Section 5.1 of this Special Part. |
| 5.2(c) | The minimum experience requirements to be met by the Contractor in charge of the execution of the Construction Contract are indicated in the Section 5.1 of this Special Part. |
| 5.3(a) | The minimum experience requirements to be met by the Contractor in charge of the execution of the Construction Contract are indicated in the Section 5.1 of this Special Position. |
| I(e) | The fine for non-compliance with the studies and designs is as follows set forth in Section 6.1(b) of this Special Part. |
| 8.1(b) | For the purposes of this Section, the Grantee, in its discretion and by its sole discretion, may, at its sole discretion and by its sole discretion, determine and at its own risk, it could start the Interventions of Functional Unit 5, min without having the Licenses and Permits that may be required by |

Vfa Pcrlineirnl of the East rIe Cundlnainarcii
**Special Part**

| | |
|---|---|
| | the Governmental Authority and/or the Environmental Authority for the commencement of Choachí Bypass Interventions -as described in the Technical Appendix I-. The foregoing shall not modify the Works Plan, nor the maximum term of entry into operation of Functional Unit 5, nor -in general- any other stipulation of this Contract. |
| | In any case, the Concessionaire must obtain each and every one of the I.icencias and Permits that, in accordance with the Applicable Law, are necessary for the execution of the Interventions of the Choachí vnriantc prior to the beginning of the same. |
| **tL2(c)** | The amounts and terms for the funding of the Networks Subaccount are set forth in Section 4.5(c) of this Special Fund. |
| **9.2(d)** | Information related to climate change events, for the purposes of the Project, shall be submitted every three (3) months. |
| **10.1(a)** | The Fining events applicable to this Project are set forth in Section 6.1 of this Special Part. |
| **10.2(d)** | The maximum term for the imposition of each Fine, counted from the expiration of the Term, is set forth in Section fi.1 of this Special Part. |
| **10.2(g)** | The total maximum limit of the value of the Fines that may be imposed on the Concessionaire, for the purposes of this Project, shall be three twenty-seven percent (3.27%) of the Contract Value. |
| | The values of the Penalty Clause are described in Section 6.2 of this Part. |
| **10.5(a)** | The maximum term of imposition of each Penalty, counted from the expiration of the Cure Period, is set forth in Section 6.1 of this Part. |
| **11.l(b)(i)** | The total maximum limit of the value of the Fines that may be imposed on the Concessionaire, for the purposes of this Project, shall be three point twenty-seven percent (3.27%) of the Contract Value. |
| **11.1(b)(f)** | The limit on i9eductions is set forth in Section 4.3(ti) of this Special Part. |
| | There are no general rules in addition to those provided for in the General Part. |
| **11.1(b)(111)** | The insured amount and the term of the performance coverage are included Section 7.1 of this Special Part, |
| **12.3(o)** | The insured value and the term of the wage and benefit payment coverage are included Section 7.2 of this Special Part. |
| **12.6(a)(i)** | The insured value of the of work is included in Section 7.3(a) of this Special Part. |
| **12.6 b)** | The insured value of the quality of goods and equipment supplied coverage is included in Section 7.3(b) of this Special Pete. |
| **12.6(c)(i)** | |
| **12.6(d)(ii)** | |



**Vtn Perimetral del Oriente île** tundlnamarca
**Special** Part

| | |
|---|---|
| **12.6(e)(i)** | The insured value of the quality level of the maintenance work will be included in Section 7.3(c) of this Special Part, |
| **12.7(a)(ii)** | The insured value per occurrence of the tort liability policy is included in Section 7.4 of this Special Part. |
| **12.8** | The term of the Civil Works Insurance is set forth in Section 7.5 of this policy. Physical part. |
| **14.1(a)(i)** | In the West Project, no!irculation will be required for the configuration of the Special Compensation of Functional Units 4 and 5. |
| 14.1(a){ii) | For the purposes of this Project, the Interventions that have not been affected by the Exonerating Event of Responsibility and/or by actions or omissions attributable to the ANI shall comply with the rrrriinniin values of aeeptacifin of Indicators E1 to El7 and O6, |
| 15.1(i) | The amounts   and terms for funding   of 1s Subaccount   of   Amigable Composition are found in Section 4.5(g) of this Special Part. |
| **17.2(c)** | lil value minimopendiente of payment by ANI in moi'a for the configuration of the cause for termination, for the purposes of this Project, shall be one hundred and fifteen billion ($115,000,000.00()) Pesos of the Reference Month. |
| **18.3(d)** | H1 participation rate for each functional unit is established in the Section 4.1 of this Special Part. |
| **18.3(d)** | The real discount rate (RDI) expressed in effective monthly terms, for the purposes of this Project, shall be zero point five hundred and seventy-seven percent. one percent (0.5671%). |
| **18.3(e)** | The ART includes the costs associated with the activities necessary to comply with with the minimum sei'vice levels for the Pre-Oppei'ative Htnpa established in the Technical Appendix 2, |
| **18.3(c)** | 1.    When the Early Termination of the Contract falls under the grounds included in Sections 17.2(c) of the General Part, the TE value shall be zero point ninety ninety forty-five percent (0.9045%).<br>2.    When the Early Termination of the Contract is due to the causes included in Section 17.2(b) of the General Part, the value of TE shall be zero eighty-three seventy percent (0.8370%).<br>3.    When the Early Termination of the Contract is due to the causes included in Section 17.2(a) of the General Part, the value of TE shall be zero point eighty-one sixty-five percent.<br>*(G,*$165⁰Z). |
| **18.3(f)** | The ART includes the costs associated with the activities necessary to comply with with minimum levels of service for the Operational Stage as set forth in Technical Appendix 2. |

Via **Perimetral** del Oriente do Ciindin uniarca
**For the Special**

| | |
|---|---|
| 18.3(f) | 1.   When the Early Termination of the Contract is due to the causes included in Sections 17.2(c) of the General Conditions, the value of TE will be zero point ninety forty-five percent (0.9045°S).<br><br>2.   When the Early Termination of the Contract is due to the causes included in Section 17.2(b) of the General Part, the value of 'TI'. shall be one hundred and eighty-three point eighty-three seventy percent (0.8370%).<br><br>3.   When the Early Termination of the Contract is due to the grounds included in Section 17.2(a) of the General Pass, the value of TE shall be zero eighty-one sixty-five percent (0.S165%). |
| 18:3(g) | ART includes the costs associated with the activities necessary to meet with minimum levels of service for the Preoperational Stage as set forth in Technical Appendix 2. |
| 18.3(g) | 1.   When the Early Termination of the Contract is due to the<br>In the event of any of the causes included in Sections 17.2(c) of the General Partc, the TE value shall be zero point ninety-nine point ninety-five percent (0.9045%).<br><br>2.   When the Early Termination of the is due to the causes included in Section 17.2(b) of the General Part, the TE value shall be zero point eighty-three seventy percent (0.fi370%).<br><br>3.   When the "Early Termination of the Contract obscures the grounds included in Section 17.2(a) of the General Part, the value of TE shall be zero coina eighty-one sixty-five percent.<br>(0,8 l 65%). |
| 19.17 | Notifications to the Parties shall be made in the following 1ugai'cs:<br><br>a)   To ANI<br>Address: Calle 24 A # 59 - 42 Edificio T3 Torre 4 Piso 2. Ciudadela Empresarial Sarmiento Angulo<br>City: Bogotú D.C<br><br>b)   To the Dealer<br>Address: Cnllc 100 No. 13-21 Floor fi. City:<br>Bogotá D.C |

Vin Perlmetral 'lei Oriente de Cundinomercs Parte
fispeclal

## **CHAPTER III**        **GENERAL ASPECTS**

3.1    Identification of the Parties.

(a)    ANI, represented in this act by LUIfi    **FERNANïlO    ANDRADE**
MORENO, in their capacity as Presidents of the entity.

Ø)    The Concessionaire is the sole proprietorship **PERIMETRAL ORIENTAL DE
BOGOTÁ S.A.S.,** formed by SHJKUN & HlNtJI VT AG with a 37.5% shareholding
in the capital stock, COLOMBIANA INVEkSIONßS DE INFRAESTRUCTURAS
S.A.S., with a 37.5% shareholding in the capital stock and C.I. GRODCO S. IiN C.A.
INGENIEROS CIVILfiS with a 25% shareholding in the capital stock; a company
incorporated under the laws of Colombia, represented in this act by Mr. **ALBER
ALHADEF,** in his capacity as General Manager,

3.2    Project Scope

The financing, construction, rehabilitation, improvement, operation and maintenance of the Via
Peiimetral del Oriente de Cundinamarca corridor, in accordance with Technical Appendix 1 and
other Appendices of the Contract.

3.3    Project Division

(a)    The Project corresponds to the Vía Perimetral del Oricnte dc Cundinamarca, which is
divided into 5 Functional Units:

| iJr | SECTOR | TYPE OF INTERVENTION | LENGTH |
|---|---|---|---|
| UFI | Salitre - Guasca and Guasca -Sesquilé | Improvement and Rehabilitation | 38 26 P |
| UF2 | Sopó    La Calera | Improvement | 24.0b km |
| UP3 | La Calera - Patios and Bogota - Bogota boundary Choachi | Improvement and Rehabilitation | 32.62 km |
| UF4 | La Calera - Choaclií | Improvement | 3i,    in |
| UF5 | Choachí - Câqueza and Choachi Variant | Improvement and Construction | 27 $5 pp |
| **TOTAL** | | | 153.8 km |



Via Perimetral dcl East of Cundluamnrea
**l'arte Special**

(b)    In any case, the Concessionaire shall perform all the activities that may be necessary to comply with the performance obligations established in the Contract and its Technical Appendices; especially, what is established in Technical Appendix 1,

## 3.4    Value of the Contract

The Value of the Contract is one billion six hundred and four hundred and seven thousand seven hundred and seventy-seven million one hundred and eleven thousand one hundred and sixty-nine ($1,647,776,111,169) Pesos of the Reference Month.

## 3.S    Act of Infrastructure Delivery

(a)    The Act of Delivery of the Infrastructure must be subscribed prior to the subscription of the Act of Commencement of Execution.

(b)    Within the programmed infrastructure          to be provided by the Concessionaire to the The following ways can be found at the beginning of the Contract:

| Track Code (NonienclatuF○ | Origin (Name - PR) | Destination (Name - Plt) |
|---|---|---|
| 50CN03 | Ci'uce Route 50 (El Salitre) | Sopó |
| 5009 | I3ogotá | Guasca |
| 40CN06 | Choaclií | La Calera |
| 4006 A | Bogota boundary | Clioacli |
| 4006 A | Ulioachí | Cáqueza |
| 05-04 | Guasca | Guatavita |
| 05-03 | Guatavita | Sesquilé |

## 3.6    Toll Stations

(a)    When this Toll Gestation is included in Contract 250 of 2011 entered into between INVIAS and ODINSA (hereinafter the "Contract 250/11"), the purpose of which is: "/the *concession of the pure operation, exploitation, organization and total management of the service of collection of Toll Fees in light Toll Stations and the operation of the Weighing Stations that will be in charge of INVIAS".*The delivery of the existing stnci6n will be replaced by the assignment that ANI will make to the Concessionaire of the collections that INVIAS currently makes in favor that third party, while Contract 250 of 2011 is in force, under the same terms and deadlines indicated therein.



(b)     ANI will make the necessary arrangements with INVIAS so that (i) Contract 250/11 is not extended beyond the term originally stipulated and (ii) the contractor of Contract 250 of 2011 collects the tolls established in this Concession Contract and in Resolution No. 1462 of May 29, 2014.

(c)     all purposes outlined in this Concession , for the Toll Stations that will be operated under Contract 250 of 2011 (corresponding to the Los P'itios and La Cabafia Toll Stations), the Toll Charge, while Contract 250 of 2011 is in force, will correspond to those net amounts that will be obtained by deducting from the Tolls the value charged by third party contractor of Contract 250 of 2011 as consideration for its services. The value charged by the third party contractor of INVIAS is that stipulated in Contract 250 of 2011.

(d)     Upon expiration of the term established in Contract 250 of 2011 or termination of such contract for any reason, the corresponding Toll Stations shall delivered to the Concessionaire so that the Concessionaire may operate them and directly collect Tolls under the terms of this Contract. This delivery shall be made under the same conditions established in Section 1.2 of the General Part.

(e)     Notwithstanding the foregoing, within ten (10) Days following the delivery of the Toll Stations referred to in Section 3.6(d) above, the Concessionaire shall submit to the Comptroller a work schedule describing the activities and deadlines to be followed by the Concessionaire to ensure that such Toll Stations comply with the provisions of the Technical Specifications of the Contract, in particular, with the provisions of Technical Appendices 2 and 3. The Comptroller shall have ten (10) days to accept or disapprove the schedule based on technical reasonableness of the activities and deadlines proposed, and that they comply with the requirements of the Contract for this purpose. In the event that the schedule is rejected by the Contractor or that the latter does not respond within the term provided, the matter shall be resolved by the Amiable Co-Inventor.

( Ç   In addition, the applicable Indicators will not be measured at the aforementioned Toll Stations and, therefore, the Concessionaire's Remuneration will not be affected until, in accordance with the construction schedule, the following is completed
        due to the completion of the activities on the Toll Station.

(g)     Notwithstanding the provisions of Technical Appendices 1 and 2, the operation of each of the new Toll Stations indicated in Technical Appendix 3 may begin prior to the signing of the Act of Completion or Partial Completion of the Functional Unit, provided that ANI so decides in accordance with the provisions of this Section.

(i)     ANI shall send a Notice to the Concessionaire no less than one hundred and eighty (180) days prior to the date on which the operation of the new Toll Station is to commence.

(ii)    In any case, ANI may not request the start of the operation of the new Toll Station prior to the investment of a value equivalent to fifty percent (50%) of the total value of the estimated Interventions for the Functional Unit in which new Toll Station is located in accordance with Technical Appendix 1, and to the existence of Circulation in said Functional Unit. If there is no Circulation at the completion of fifty percent (50%) of the Interventions, the respective new Toll Station may not start operating until there is Circulation in the corresponding Functional Unit, The fulfillment of these conditions shall be verified by mutual agreement by the Breads or, in case of disagreement, by the Amiable Co-provider.

(iii) The Toll Collection derived from the operation of each of the new Toll Stations until the signing of the Act of Termination of the Functional Unit to which they belong -or Act of Partial Termination of the Functional Unit, as the case may be- will not be counted as part of the VPIP or for any of the effects provided for in Section 3.4 of General Part.

(v) The Toll Collection referred to in Section 3.u(g)(ii) above, shall be deposited by the every three (3) days in the Toll Collection Subaccount, up to a maximum amount per Month of forty million Pesos (\$ 40,000,000) of the Reference Month for each Toll Station, which amount shall be updated each Month according to the formula in Section 3.u(g)(ii) above, and shall not exceed the amount of forty million Pesos (\$ 40,000,000) of the Reference Month for each Toll Station, which amount shall be updated each Month according to the formula in Section 3.u(g)(ii) above.
3.9 (b) of the General Part.

(v)     Once the maximum amount per Month referred to in Section 3.6(g)(iv) above has been reached, the Toll Collect shall be appropriated by the Toll Collector to the Toll Collector.
Concessionai'io every three (3) days in the Minor Works Subaccount.

(vi)    The above procedure shall be performed for each Month that the Concessionaire executes the provisions this Section and until the respective Functional Unit Termination Certificate or Functional Unit Partial Termination Certificate, as the case may be, is issued.

(vii) Whenever any of the events referred to in Sections 3.3(g)(i), 3.3(g)(it) and 3.3(g)(iii) of the General Part affect new Toll Stations prior to the execution of the Act of Termination of the Functional Unit to which they belong - or Act of Partial Termination of the Functional Unit, as applicable - it shall be understood that the provisions of Section 3.3(h) of the General Law shall only apply to such new Toll Stations as from the Subscription of the Act of Termination of the Functional Unit.



Functional rcspective -or Act of Partial Tcnnination of Functional Unit, as applicable-.

(viii) Likewise, for purposes of the Compensation referred to in 3.3(i) of the General Part, it shall be understood that this only applies to the Toll Collection derived from Toll Stations that were opened as of the date of the Act of Termination of the Functional Unit to which they belong or Act of Partial Termination of Functional Unit, as the case may be.

## 3.7   ÉKito Commission

(a)   The Concessionaire shall owe the sum of four thousand three hundred and eighty seven million nine hundred and sixty two million sixty two million one hundred and eight ($4,387,962,108) Pesos of the Reference Month plus VAT for the concept of Success Commission to the Temporary Union Eiu'oestudios - Deloitte - Durán & Osorio.

{b)    This amount shall be paid the following terms, upon presentation of the corresponding invoice by the Temporary Union Euroestudios - Deloitte - Durán & Osorio:

(i)   Seventy percent (70%) within thirty (30) days after the execution of the Contract.

(ii)   Thirty percent (30%) within thirty (30) days after obtaining the Financial Closing.

## 3.8   Estimated Timeframes for the Phases of the Coprative Stage

(a)   Estimated duration of Preconstruction Phase: Three hundred and sixty (360) days from the Commencement Date.

(b)   Estimated duration of the Construction Phase: One thousand eight (1,080) days from the date of the Construction Phase Commencement Deed.

**Vln Perimetral** 6el East the Cundlnainnrcn
**Special Pr rte**

## ca    IvuLE **IV**      **F.CONOMIC ASPECTS OFI CONTRA3 "O**

### 4.1    POTOTOTllPatticipation of the Functional Units

As described in Technical Appendix 1, the Project is divided into five (5) Functional Units, which are assigned the following percentage of participation in the Project, for the purpose of calculating the Remuneration for each Functional Unit:

| Functional Unidatl | J38Fa Toll Collection and Operating Revenues Percentage of Ownership J38Fa Toll Collection and Operating Revenues Commercial | Percentage Ue Participation (Future Yields 2017 n 20J ti) | Participation Percentage (Future Vigencias 2019 to 2039) |
|---|---|---|---|
| Functional Unit 1 | 9,17'Z" | | 9,J |
| Functional Unit 2 | 15,56% | | 15,56*1 |
| Fuiic}ona13 Unit | 1fi.81% 1fi.81% 1fi.81% 1fi.81% 1fi.81% 1fi.81 | 40,47% | 1 ti.81 % 1 ti.81 % 1 ti.81 % 1 ti.81 % 1 ti.81 % 1 ti.81 % 1 ti.81 |
| Functional Unit 4 | 30,80% | 22,08% | 30,80% |
| Unit_Function15 | 27,66% | 30,00% | 27.ti6% 27.ti6% 27.ti6% 27.ti6% 27.ti6% 27.ti6 |

### 4.2    Tariff Structure

(a)    For purposes of the provisions of Section 1.128 of Part (ieneral, and in accordance with the provisions of Resolution No. 1462 of May 29, 2014, the tax rate to be paid by the Project, including the rates corresponding to the Road Safety Fund, will be composed of the following rates (in pesos as of December 31, 2012):

*[EL CONTENIDO DE ESTA TABLA ES DE CARÁCTER REFERENCIAL. LAS TARIFAS QUE HARÁN*
*PM CTE DE Lzí ESTRUCTURA TARIFA IRIA SHALL BE* **THOSE THAT SOL** *ESTABIISHED IN THE*
*RESOLUCIÓN RESPECTIVA POR EL MINISTERIO DE TRANSPORTE]*

| Csseta Name La Cabaiio | Cat I | Citt IE | Rt II | Cat He | Cat HE | Cat IU | Cst IV | Cal V |
|---|---|---|---|---|---|---|---|---|
| Patios | 7,500 | 0 | 11,800 | 0 | 5.000 | 1it.200 | 26.S 00 | 36.600 |
| Ubaquc | 7.500 | 3.900 | 11.800 | 4.100 | 8.000 | 18.200 | 26.80G | 36.500 |
| | 7.500 | 3.900 | 1J.800 | 4.J0_0 | 8,000 | _18,200 | _26.500 | 36.600 |
| | 7.500 | L500 | ↑T.800 | 4. 00 | 8.000 | I 9.900 | 29.300 | .19.900 |
| | 'f.500 | 3.900 | 11,800 | 4.100 | 8.0D0 | 18.200 | 26.800 | 3C.600 |

I-Jylna 17 of 41




Sopo- Salitre
Choachí



(b)    The value of the rates shall be adjusted no later than January sixteenth (16) of each year and shall be applied for each calendar year until January fifteenth (15) of the following year, in accordance with the increase in the CPI by applying the following adjustment formula:

$$Tai\ ifaSR, \cdots Tarifa\ U.\ uOTlGt\_\quad (\frac{IPC_{t-1}}{IPC_{t-2}})$$

Where,

| | |
|---|---|
| *TarifnSR* | For each category of vehicles and each Toll Station, it is the value of the Tariff adjusted with the variation of the CPI expressed in current Pesos of year *t*, without rounding to the hundredth. |
| *Tari[aUsiary ...;* | For each category of vehicle and each toll category is the value of the toll (not including the contribution to the Road Safety Fund) for the calendar year immediately preceding the year in which the toll was charged. |
| $IPC_{t\text{-}1}$ | CPI for December of the year immediately preceding /. CPI for |
| $IPC_{t\text{-}2}$ | December of the year immediately preceding f-7. Calendar year |
| | in which xc calculates the *Tari a3R* . |

(c)    Once the rate is established without rounding to the nearest hundredth, the corresponding rates shall be added to the Road Safety fund and this result shall be adjusted no later than January sixteenth (16) of each year and shall be applied for each calendar year until January fifteenth (15) of the following year, rounding to the nearest hundredth according to the following formula:

$$Tari\ faUser -- fledondeol00 - [Tari\ faSR + FSV\ ]$$

Where,

| | |
|---|---|
| *TarifaUsuario$_t$* | Acniolized value of the pure tariff for the year. |
| *TarifaSR$_t$* | Pam for each category of vehicles and for each Penjing Station is the value of the Tari fa adjusted with the variation of the CPI expressed in current Pesos of the year /, without rounding to the nearest hundred. |
| *rsr,* | **üs the xpotte** n} **ve\ot** of the **xpotte** n} Sogyzidnd V\z,l Fund for the xfio / vigu etc at the me "Jgnto of the calculation, expressed in current Pesos of the year r. |

Vía Perimetral dot Oriente He Cundinamarca
Special Part

| Re anchorage100 | the number that corresponds to a number to the multiple of a hundred (100), if the remainder of dividing the number by one hundred (100) is greater than or equal to fifty (50), Round to the lower hundred (50), if the remainder of dividing the number by one hundred (00) is less than fifty (SO). |
|---|---|
| | Calcndary year in which the Fai'i/aSñ is calculated. |
| *t* | |

## 4.3    Calculation of Compensation

(a)    The Total Compensation shall be the sum of the Compensation of the Functional Units.

(b)    The calculation of the Jtett'i1'ution per Functional Unit for each Month will be made *according* to the following fóYniiils:

$$kJ,= A\}iortes*+_{Tollsh}+ EC_h - D_h$$

Where,

| $R_h''$ | Remuneration corresponding to the Functional Unit on cii cl Month *h*. |
|---|---|
| Contributions¡." | *A parts -- Contributions".*    *ICPfi*<br><br>Where,<br><br>Apprirtes" =Value of the available balance in the Unit's sub-account.<br>FilnUitilltll ïf (£1c the Apostes ANI Subaccount) in Month /t.<br><br>ICT'h'= Average Rhythmic Average of the Functional Unit's Quantification Indexes ii from the Month following the last Month in which *"Apoi tesi,"* was greater than zero (0) until the Month fi, |
| | Pszjes    = Pe ajes Ez - lC j'<br><br>*Donde,*<br><br>*PeajesE*ₕ*"*= In the Months in which *there* is no Toll Collection, the value will be zero (0}). In the Months in which there is no Toll Collection the value will be zero (0}. In the event that the Month£ corresponds to the first period of calculation of the Remuneration, subsequent to the Act of Termination, the value will be zero (0}. rie the                     Unit Functional Unit<br>ii.     this This amount shall correspond to the accumulated amount of the Toll Collection recorded in the subaccount of the Functional Unit el (of Toll Collection Subaccount) from the date of IniCio until the last Month, together with the yields existing in said subaccount. |



Via Perlinetral of the East of **Cun'linamarca**
Special Part

| | |
|---|---|
| | $IC_h^{it}$ = This is the Functional Unit ii Compliance Rate measured for Month li.<br><br>In the event that in *Month* /i the Concessionaire has reached the VPIP, *Tolls$"* will be calculated according to the following formula:<br><br>$$Pea\ jes \quad -- Pe\ a\ jesE\ ' _{ICJ}' - \%RP$$<br><br>II onde,<br><br>%RP - Rs et %RP; or the %RP as applicable in accordance with In Section 3.4(g) of In General Part, LI amount of the % 1a is set forth Tah la etc References of this Special Part. |
| $EC_h^u$ | $$EC_h^u = ECE_h^u * IC_h^u$$<br>Where,<br><br>*ECE,"*- Commercial Operating Income corresponding to the month recorded in the sub-account of the Functional Unit r (of the Commercial Operating Income sub-account) plus the yields existing in said sub-account. In the Months in which there is no Income from Commercial Operations, the value will be zero.<br>(0). In the event that the Month u corresponds to the first period of calculation of the Remuneration, subsequent to the ADTR of Termination of the Functional Unit rt, this value will correspond to the accumulated amount of the Income pop EXF Gtación Commercial recorded in the subaccount of the Functional Unit u (of the Subaccount Income by Commercial Exploitation) from the date of Beginning until the Month lt<br>together with existing rcndiniientus cu 'licha subcucntu.<br><br>$IC_h^u$ = lis the Compliance Index 'le ra ra UiiiflRd l'uncional ir measured for cl Month fi.<br>Any outstanding Discounts for cl Month £ |
| IJ<br><br>II | Month Counter. Starts in the month corresponding to the month of subscription. Concession Control. |

(c)    The maximum Deduction allowed in Month *h* shall correspond to ten percent (10%) of the value of the Compensation in such Month that would have been generated if the corresponding Compliance Index had not been applied,

The deductions that are not made in a period as a consequence of the maximum deduction referred to in this paragraph will be carried over to the following period.

(d)    Deductions Limit. The limit of Deductions shall be reached in the following events:

(i)    When the cumulative value of the Remuneration during thirty-six (36) consecutive Months - calculated without applying the Deduction stipulation



Vie Pcriincti'al of the East of Cnndiiia brand Psrte
£ispecial

The maximum monthly maximum referred to in Section 4.3(c) above, would have been less ninety percent (90%) of the accumulated Compensation that would have been accrued for the same period, if no Deduction had been applied.

(fi) When, within any consecutive sixty (60) Month period, the weighted $p$ Compliance Index (calculated taking into account Percentage of Participation of the Functional Units defined in Section 4.1 of this Special Part) of the Functional Units whose Act of Incorporation has been approved by the Board of Directors of the Functional Unit or Units whose Act of Incorporation has been approved by the Board of Directors of the Functional Unit or Units whose Act of Incorporation has been approved by the Board of Directors of the Functional Unit or Units whose Act of Incorporation has been approved by the Board of Directors of the Functional Unit.
Functional Unit Termination - or Partial Unit Termination Act
Funcíonal, if applicable,   has been subscribed, corresponding to thirty-six (36) Months or more -continuous or discontinuous- has been equal to or less than the ninety (0.90) running time in each of those thirty-six (36) Months. Once the assumption described in this Section has been complied with, the limit shall be configured without it being necessary for the totality of the aforementioned period of sixty (ti0) Months to have elapsed.

(c)    The Value of the ANI Apui4e to be deposited in the ANI Contributions Subaccount, for each Functional Unit, not later than December of each of the budget periods provided in Section 4.5(d) of this Special Part (as of the Month of the Calendar Year / in which the ANI Contribution is made) shall be calculated in accordance with the following formula:

$$Aportes_t^u = AportesUSD_t * TRM_t * P^u + Aportes_t * \left( \frac{IPC_t}{IPC_r} \right) * (1 - FUSD_t) * P^u$$

13on4e,

| | |
|---|---|
| $Aportes_t^u$ | The Value of the ANI Contribution pdTR the Functional Unit ii responding to the High r, in current ¡ssesos of the Month in which the ANI Contribution is made. |
| $AportesUSD_t$ | ANI's share of ANI's contribution to the Aito / in Dollars of the Business day prior to the date of the ficlcccit'n Process, calculated in accordance with  provisions of Section 4.3(f) of the Special Part, |
| $Aportes_t$ | The   Value   of Contribution   ANI   requested                                        by   on Concessionaire corresponds to the High t expressed in weights clclcl Month of Rufcrcnci". |
| FUSD , | rraction of the ANI Contributions fixed in Dollars requested pur e1 Concessionaire f'Or'i r.'ida 'nto t, in accordance with *Section 4.3.5 of the Specifications.'*. |
| $IPC_r$ | CPI of the Rcfei ence. |
| CPI, | CPI of the Month immetliataincnte untcritir al Mes dcl Afín f on which s 'rectíiu the Ayolt" ANI. |

Vía Perimetral tlel Oriente de CundÍnamnrca
**Spatial Part**

| | |
|---|---|
| TRV, | TRM of the last Business Day of the Month immediately preceding the Month of the Year in which the Contribution is made, certified by the Superintendence of Finance. |
| $P'$ | Percentage of participation by Functional Unit u, in accordance with the of Section 4.1 of this Special Part. |
| $T$ | Accountant of each of the CDlTospoiid AfiOS CDlTospoiid to the ANI Contributions in Section 4.5(d) of this Special Parto. |

(f)      The portion of the ANI Contribution for year f in Dollars will be calculated according the following formula:

$$ContributionUSD \frac{Aporte_t \left(\frac{IPC_c}{IPC_r}\right) * (FUSD_t)}{TRM\$}$$

Where,

| | |
|---|---|
| $AporteUSD_t$ | Portion of the ANI Contribution for the*year / in Dollars of the Business Day prior to the date of the closing of the Bidding Process. |
| $Aporte_t$ | FI Value of the ANI Contributed by the Conccsionfirio corresponding to the Year / in pesos dcI Reference Month, $     e$ Month of the date ilc cicrre dei Process dei Process dei |
| $IPC_c$ | |
| $CPI,.$ | CPI of the Month 'Ie Iteforencia. |
| $FUSD$ | fraction of the ANI Contributions in Dollars requested by the Concessionaire *I**!'*- r.'ida year t, of icnei'do e,on Sc-cciói 4.3.5 of the Plivgo de C.auditions. |
| $TRM$ | Arithmetic average of the TRM of the 10 Business Days prior to the closing date of the Selection Process, calculated based on the TRM certified by the Superintendence of Finance for each one of these cold. The arithmetic average of the TRM must be rounded to two decimal places. For rounding purposes, if the third decimal place is greater than five, the second decimal place is increased by one unit; if the third decimal place is less than or equal five, second decimal place is not modified. |

**Via Perimetral dcl** Oriente de CHllitinnrnnrcR
**Special Part**

(g)     The formula or that referred to in Section 3.l(í)(iv) of *the* General *Paitc*, *the* next:

$$D\,i\,ferenaiv \qquad -\text{F} \qquad -\,VSC) \qquad \left(p\,\S q— \qquad (I+\,TDI)^{no'}\right.$$

Dondc,

| | |
|---|---|
| *Diferencia_h* | Value of the difference to be known by the Parties. If the difference is positive, ANI shall pay the Concessionaire. If the difference is positive, the Concessionaire shall pay ANI. |
| *VT* | Value of the RelribiÉcíon calculated by the Controller prior to the nolíticíon of the controversy, |
| *VSC* | Value of Compensation cfeclivaln determined by the Arnígeble Coniponedor or the Court of Arbitration. CPI for the month immediately preceding the month in question. |
| IPCC, | CPI of the Month immediately preceding Month n. |
| IPC | |
| TDI | The actual discount rate of income expressed in effective monthly terms, for the purposes of this Project, shall be zero seventy-one percent (0.567 l %). |
| | Month in which the controversy regarding the Concessionai io kciribution arises. |
| *a* | |
| *h* | Month in which the solUci0tlit Jft GOntroVolSiit l'0SbflCtO it Ut ltelribucióii of the Concessionaire. |

## 4.4   d G e i e o s   u t

The Concessionaire must transfer at least the following amounts to the Project Account within the terms established below:

| EQ Giruses | Minimum amount | Contribution Deadline |
|---|---|---|
| Giro 1 | Twenty-three thousand four hundred and sixty-two million one hundred and sixty-nine thousand five hundred and ninety-two ($23,462,169,592) Pesos of the Month of ltc_ferencia. | Date    fro    uonsiiiuclon Autonomous Patriii onio.    fro m |
| Giro 2 Giro 3 Ci | Thirty   and five   inil   twenty-three   iiiifioncs four   hundred   and   nine   thousand   fourteen ($35,023,409,014) Pesos per Reference Month, "cueiiia and sere niil four hundred and eighty-three million eighty-eight thousand fourcieiitos sits ($Sú.4S3.0b8.460) Pesos of the Reference Month. | Dcnti n of the five (5) God following the lapse of one hundred and eighty (180)   D1as   contacts   from   the Commencement Date. |
| | | Within five (5) Days after the expiration of three hundred and sixty   (3ti0)   Days   from Commencement Date. |




Vih Perimetral dcl Oriente de Ciindinamarca
Special Part

| Giro 4 | Fifty-six thousand and ninety-nine hundred and hundred and one inil following the expiration of ($56.399.Ó0l.7d0)<br><br>Reference Month Pesos, | Within five (5) Days nine million six seven hundred and eighty five hundred and four hundred and forty-four (540) Dlas counted as of the Date of |
|---|---|---|
| Giro S | thousand, one hundred and forty-four million, three hundred and fifty-nine thousand, one hundred and forty-four million three hundred and fifty-nine seven hundred sixty ($48,144.359.763) Pesos fro Month Reference. m fro | Within five (5) Days following fbl course of seven hundred and twenty (720) days from the Commencement Date. Within five (5) Days after the lapse of nine hundred (Sfiff) Diss counted from the Feclin of Commencement. |
| Drawing 6 | thousand one hundred and forty-four million three hundred and fifty-nine thousand one hundred and forty-four million three hundred and fifty-nine seven hundred sixty thousand one hundred and fifty-nine thousand ($48,144.359.763) Pesos of the Reference Month. | |
| Ciiro 7 | Twenty-eight thousand four hundred and thirty-six hundred and thirty-six thousand following the expiration of cliccioclio ($28,436,736.2 l8) eighty (1 080)<br><br>Reference Month Weights. | x Within five (5) Dlas million seven hundred one thousand two hundred Dlns counted at<br><br>Start . |
| Draft 8 | Twenty-eight thousand four hundred and thirty-six " and thirty-six million seven hundred and thirty-six mi two hundred and eighteen ($28,436,736.2 lS)<br><br>Month of Reference Pesos. | Within five (5) million seven hundred following the expiration of one thousand twelve hundred and sixty (1260) days from the Date of |

The maximum dates and minimum amounts of Drafts 3 to 8 indicated in the table above may be modified, provided that: i) such change is expressly authorized by the Lenders, ii) such authorization is evidenced by the Financial Closing documents, and iii) the sum of the minimum amounts of the modified Drafts -expressed in Pesos of the Reference Currency- is equal to or greater than seventy percent (70%) of the total sum of the drafts established in this Special Part.

4.5    Funding of Subaccounts of the Autonomous Patrimony.

(a)    Subaccount Predios.

E} Estimated Value of Premises and Compensations that the Concessionaire must contribute to the Premises Subaccount corresponds to the sum of fifty nine thousand eight hundred ninety nine million eight hundred thirty five thousand five hundred ($59,h99,835,500) Pesos of the Reference Month, which must be available in the Premises Subaccount as set forth below:

| Contribution to the Real Estate Subaccount | iYtonto | FechR Móxiina del A orte |
|---|---|---|
| Contribution 1 | Three thousand one hundred seventy you're million six hundred forty-seven thousand two hundred and seventy-five ($ 3,573,647,275) Pesos of Reference Month. | Date of constitution of the Autonomous Patrimony. |

Pggina 24 of 42



Cuntlina's Pct'imetral tlcl Clrlente **brand name**

| | | |
|---|---|---|
| Apozte22 | Bocen mil eight hundred and senty-eight millones Eincuenda y dos thousand eight hundred and twenty-five (\$ bl.878.252.825 )Pesos dcl hfics de Refcrencin. | Within the five (5) Days after the expiration of one hundred and eighty (l 80) Days from the Date of Commencement. |
| Contributi on 3 | Cuarcnta y cuatro mil four hundred and million, ninety-three million and thirty five inil ($44.447.935.400) l'esos dcl from the Month of Iteference. | within five (5) (5) Days after iranscutso of three hundred dcsojbths ays counted parllr of the l-eclia tte |

(b)     Environmental Offsets Subaccount.

1/1 The The Estimated Amount Environmental Offsets that the Coiicesionmio shall contribute to the Environmental Offsets Subaccount corresponds to the sum of trcintn mii five hundred and forty five million one hundred and seventy six thousand nine hundred and fifty six ($30,545,176.956) Pesos dc1 Reference Nies, which shall be available in the Environmental Offsets Subaccount as set forth below:

| Contribution | DIIIO | Max. date of Hurry |
|---|---|---|
| Contribution l | Six hundred ten one million ninety-nine million ninety-three hundred and thirty-nine (ii6l0,903,539) Pesos of the Reference Month, | Fa la Fccloi tie Jnicio. |
| Contribution 2 | Two thousand ctialrocieiitos four million six hundred and fourteen thousand one hundred and fifty-nine hundred and sci9 ($2,443,614. 56 ) Pesos from Month from Jtefercnuia. | Dcntro ble the five (5) **Días siguientes a**l The period of time shall be one hundred and eighty (180) days counted from the date of commencement. |
| 7\ÇO1'tC3 | Twenty-seven inil cuati mientos noventa iiiiilloncs seiscientos cínuucnlit y nueve inil doscientos seseiiia y ull ($27.490.o59.261 ) Weights of the Mos do Rcfciencia. | Within five (5) **Días siguientes a**l three hundred and sixty years of (360) Dial counted from the Commencement Date. |



(c)    Subaccount Networks.

The Estimated Value of Networks that the Concessionaire shall contribute to the Networks Subaccount corresponds to the amount of eleven thousand five hundred and fifty million nine hundred and thirty-six thousand eight hundred and eighty-eight ($11,550,936,808) Pesos of the Reference Month, which shall be available in the Networks Subaccount as established below.

| Aporle | Amount | Fecha Máxima del |
|---|---|---|
| Contribution 1 | CiilCo one thousand seven hundred seven hundred seveniiíl and five million four hundred sixty eighty eight thousand four hundred quan'o ($5,775,468,404) Pesos of the Month of the Reference Month. | Within five (5) Days following the course of trcücicnl'is scscnta (360) Days from the Date of |
| Contribution 2 | Five thousand seven hundred and seventy five million four hundred and sixty eight thousand four hundred and forty four ($5,775,468,404) Pesos dcl Month of the Reference Month. | Within five (5) days after the expiration of five hundred ctiarenln (540) D RS COlitndos n as of the Commencement Date. |

(d)    Subaccount ANI Contributions

The following table sets forth the values corresponding to the ANI Contributions, as well as the maximum disbursement dates for each of them. The values are expressed in Pesos of the Relevant Month and will be updated, for the calculation of the Remuneration, as provided in Section 4.3(e) of this Part Hspccinl.

| Contribution | Pesps of the Reference Month | Fechn |
|---|---|---|
| i | 131.883.434.634 | December 31, 2017 |
| 2 | 37.554.149.429 | December 31, 2018 |
| 3 | 228.903.563.446 | December 31, 2019 |
| 4 | 90.423.152.186 | December 31, 2020 |
| 5 | 90.423.152.186 | December 31, 2021 |
| 6 | 90.423.152.186 | 3.1 December 1, 2022 |
| 7 | 90.423.152.186 | December 3l, 2023 |
| 8 | 90.423.152.186 | December 31, 2024 |
| 9 | 90.423.152.186 | December 31, 2025 |
| 10 | 90.423.152.186 | December 31, 2026 |
| 11 | 90.423.152.186 | December Pn, 2027 |
| 12 | 90.423.152.186 | 3J de üiciemhre 3028 |



**Via Perlnietral del Oriente rIe** Cundina "nu'cu
**Special Part**

| | | |
|---|---|---|
| 13 | 90.42'i, lÉ2.186 | December 31, 2029 |
| J4 | 90.423,132.386 | December 3, 2030 |
| 15 | 90.423.152.186 | December 31, 2003 í |
| 16 | 90.423.152.1116 | December 31, 2032 |
| 17 | 90.423.152.186 | December 31, 2033 |
| 18 | 90.423.152.186 | December 31, 3034 |
| 19 | 90.423.152.186 | December 31, 2035 |
| 20 | 90.423.152.156 | June 31, 20136 |
| 2t | 90.423.152.ld6 | 31 ble dicieÜbrc 2037 |
| 22 | 90.423.152.ld6 | December 31, 2038 |
| 23 | 90.423.152.ld6 | December 31, 2039 |

(e)    Sub-account for Supervision and Supervision.

As part of its obligations, the Concessionaire shall make the following contributions to the Supervision and Control Subaccount.

| Contribution | Moiito | Contribution |
|---|---|---|
| Preconstruction Contributions | Two inil nine hundred twenty- million one three hundred one hundred seventeen thousand and eeis ($ fifty 29'23,117,956) l'those Month Reference. fro m | The date of the Autonomous Patriinuiliu's incorporation, and, applicable, within five five (5) days following the beginning of de each period de y three hundred sixty five (365) Tell me with all from the Start Date. Mu the case in qvie cl last period has a duration less than three hundred sixty and five (365) The respective contribution *will be* proportional to its duration. |
| Contributions C;onstruction | fJiez neil one hundred and subscribed million three hundred and sixty sicte three inil fifty and hundred and one ($ 10.160.3 b7.351) Weights of Month Reference. the Ten thousand one hundred and sixty one million fi "escientos sixty and sictc inil three hundred cliicuenta y un ($ J 0.160. 367,351) **Pesos** dcl Reference Month. | Within five (5) days after the execution of the Act of Initiation of the Construction Phase. Within five (5) consecutive days at the beginning of each three hundred and sixty-five-day period (365) Days counted 4cScle the date of commencement of the Consirvictioii Phase. |



Perimetral road of eastern CIindínainsrca

| Annual contributions during the Operation and Maintenance | Three thousand fourc forty and six mi six hundred six hundred and thirty six hundred twenty ($3,446,637,624) Pes. Reference Month. | ete thousan d and four thousan d and four thousan d and four thousan d and four thousan d and four thousan d and four | Den]io of the five (5) The following d the following the the following the the the the the the the the the the the of three hundred and (365) days counted from the subscription of the last Act of Termination of Functional Unit. In the case in which the period has a shorter duration three hundred and sixty sixty a an five (365) Days, d th The respective contribution will be proportional to its duration. |

(f)     Contractual Support Subaccount.

As part of its obligations, the Concessionaire and shall annually make the following contributions to the Contractual Support Subaccount.

| Contribution | Amount | Maximum Date of opt |
|---|---|---|
| Initial contributions | Three hundred and ffive million ($35 D.000.00) Pesos for the Month Reference. | On the date of incorporation of the Autonomous Patrimony. |
| Annual contribution | 2 "rescientos fifty million ($350,000.00) Pesos of the Reference Month. | Within 30 days of each three hundred and sixty-five (365) day period from the date of issuance of the Patrimony Auh'ntirno. |

(g)     Subaccount Friendly Composition.

As part of its , the Concessionaire shall make the following contributions to the Amicable Composition Account.

| A orte | Amount | Fcchn Máxima del A orte |
|---|---|---|
| A¡iorte anunl | Two hundred ciiicuentn and llo.s million ($25.2.000.000.000) Pesos dcl Month of Iteference. | Within the first 30 days of each year of execution of the Contract, counted from the constitution of the Autonomous Patrimony. |

Viv Perimetral del Oriente ile C'iindlnainarcn

| Semiannual contribution | Sixty million ($60,000,000) of l'those of the Month of lteference. | The first five (5) *days* of January and July of each year of execution of the Contract. The value of the first contribution shall be proportional to the time elapsed between the date of constitution of the Autonomous Patrimony and the beginning of the following month of January or July, whichever occurs first. |

4.ti    <u>Calculation of the Rccaud Diffi'ence</u>

The formula referred to in Section 3.4(b)(ii) of the General Law for the calculation of DR8, Dk13 and DR18 is as follows:

$$DR_F = \Delta_F * ICP_f * \binom{IPC_f}{IPC_r} * (1 + TDI)^{f+q}$$

| DR p | It is the Collection Difference expressed in values of Month f, counted at As of the <u>Start Date</u>. |
| $\overline{\Delta F}$ | /iF= (VPIPC - VPIPt), AP will be calculated for years S, 13 and 18. If the result of applying the Al' formula is less than zero (0), AI' will be i al to <u>zero (01)</u>. |
| F | Year corresponding to the keeRudo Di fercncia being calculated, DRh, DR 13 or DR 1.8, scbún currcspuiida. |
| f | Number of Months elapsed between the Start Date and the last day of the year for which Collection is calculated. For DRd, f=96; E 'J R dl'Ms     coiit do    plit     do a iechR de Inicio. |
| $\overline{IPC_f}$ | |
| VPIPz | Is the l*resetite Value of the ñecaute 'Io*Éesjes liÁkift the year P offered ANI, foru F=8, I*=13 and r-1 s (VPI 8, VPIP 13 or VPIP18      as applicable, and in accordance with definitions 1.153, 1.164 and l.l fi5 of Part General, iespect_ivainent). |
| VPIP/ | iis the VPII'" calculated amount and is not equal to f, according to the pure fúrnutln calculating the VPIP" contained in the General Part, for Months 1-96, f156 and U2 i ii. This is the CPI for the Reference Month. |
| $IPC_r$ | The "real rate of decrease in real income expressed in terms of monthly income, for the purposes of this Project, shall be zero (0.567 1 %), It is the Compliance Index of the month f, calculated as follows formula: |
| $ICP_f$ | |




Where,

and - Conlator of the number of months. Start of the Month  the Contract Start Date.
The initial value 'h' varies depending on Difference in Receivable to be
calculated, as follows: (i) for Dlt8, j starts in month 1;
(ii) for RD 1.3, j starts in month =97 and (iii) for RD 8, j starts in month =97 and (iv) for RD 8, j starts in month =97,
in month 157.

n - Number of months elapsed in the calculation of each RCCntidn : (i) for the l3Rb,
n = 96; (ii) for the DR13, il = 60 and (iii) for the DR18, n - 60.

IC; = Compliance Index in the period y, calculated according to the following
formula:

$$IC_j = \sum_{u=z} IC_{UFuj} * \left( \frac{\% p_{uFu}}{T} \right)$$

Doiide,

*ICE*    --Project Compliance *Indicator* measured for the periodj.
*IGzz,* -- Ft¡national Unit Compliance Index r for the period

   *pqz,*--' Porccntnjc of participation of the Functional Unit n, in  with the provisions
        of Part BspcüfRl.
    f    =Sum   of the percentages of pai'ticipaciúii d              Units
                                        yo
               ur
        Punctuations for which the Compliance Index was measured in the
        period and.
   ñ    =Number of national units for which Compliance Index was measured in
        period j.

Number of months elapsed between the Reference Month and the Start Date Month

*q*



Periineti Road to the East of Cundinamarca
Special Part

## CHAPTER V                PRE-OPERATIONAL STAGE

### 5.1   Characteristics of the Contractors.

For purposes of Section 5.2(a) of the General Part, the Contractor responsible for the performance of the Construction Contract shall meet the minimum experience requirements set forth .

(a)        Experience in Construction and/or Improvement and/or Rehabilitation of roads.

     (i)    For these purposes, the following must be accredited:

          (l) The construction of new roads and/or the improvement of existing roads and/or the widening of at least one of existing highways or urban roads, the total which shall be ninety (90) kilometers of road; or

          (2) The rchabilitnci'in of one hundred and thirty (130) kilometers of caiicterns; or

          (3) A combination of (1) and (2) totaling one hundred thirty (130) kilometers in which the Construction and/or Improvement kilometers are multiplied by a factor of one-point-five (1.4) before being added to the Rehabilitation kilometers.

     (ii)   To qualify for this experience only up to five (5) may be added contracts.

(b)        Experience in Bridge and/or Viaduct Construction. In addition to the experience referred to in Section 5.1(a) above, the Construction of a minimum of sixty-five hundred and seventy-five (675) meters of Bridges and/or Viaducts must be accredited. See may aggregate up to five (5) contracts, provided that at least one of them includes the construction of a bridge or viaduct of at one hundred and fifty (l 50) meters in length.

### 5.2   Programming of the Works

The following table shows the ináKimog schedules for the beginning of the operation of the Functional Units, which shall be counted as of the date of execution of the Act of Commencement of the Construction Permit.

| Functional Unit | Maximum Time |
|---|---|
| Functional Unit 1 | 18 Months |
| Functional Unit 2 | lb Months |
| Functional Uniclad 3 | 18 Months |
| Functional Unit 4 | Sfi í4cscscs |
| Operating Unit 5 | 3G Months |



l'4glna 3t 4c 4t





## CHAPTER VI          PENALTIES AND ENFORCEMENT SCHEMES

6.1     Fines Generating Events.

For purposes of the provisions of Section 10.1(a) of the General Part, in the event of a total or partial breach by the Concessionaire with respect to any of the following obligations stipulated in the Contract, ANI shall impose on the Concessionaire the Fines in  amounts and under the conditions regulated hereinafter:

(ti)     Fine for non-receipt Functional Units: For not receiving the Functional Units or not occupying or not receiving the Premises included in the Project, within the terms and other terms and conditions established in the Contract, a fine equivalent to twenty (20) legal monthly minimum wages in force will be applied for each Day elapsed from the date set for compliance with this obligation, For purposes of the provisions of Section 10.2(d) of the General Part, the maximum county term from the expiration of the Cure Period is thirty (30) Days.

**(b)**     Fine for failure to deliver the Studies and Designs: For failure to deliver the Detailed Studies or the Layout and Geometric Design Studies, in the terms, time and conditions set forth in the Contract, a fine equivalent to ten (10) legal monthly minimum wages in force for each Dla ttonscui'rido as of the date set for compliance with this obligation will be imposed. For purposes of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is thirty (30) days.

(c)     Fine for non-completion of Functional Unit: For not completing the Interventions of each Functional Unit, within the terms established in this Contract, a fine equivalent to ninety (90) legal monthly minimum wages in force shall be caused for each Day elapsed from the date established for compliance with this obligation. For the purposes of Section 10.2(d) of the General Part,
the maximum time limit for the expiration of the Cure Period is one hundred and twenty (120) days.

For the purposes of this Memorandum, Section 10.2(a) of the General Part shall be amended to the effect that the Cure Period to cure the default in the completion of the Interventions of a Functional Unit may be up to twenty percent (20%) of the period provided in this Contract for the completion the respective Functional Unit.

(d)     Fine for failure to deliver the Works : For failure to deliver the Works Plan or to comply with the conditions for its preparation and presentation, a fine equivalent to twenty (20) legal minimum monthly salaries in force shall be imposed for each day after the date of the date of the revocation of the Works Plan.
for the fulfillment of this obligation. For the purposes of the provisions of this Section,

Eastern Ciin'llnamarcn Pcrinictrnl Way
**Parte Especial**

10.2(d) of the General Part, maximum period from expiration of the Cure Period is thirty (30) Days.

(e)    Fine for failure to comply with the Work Plan: For failure to comply with the progress of the work foreseen in the Work Plan, a fine equivalent to fifty (50) legal minimum wages in force shall be imposed for each day after the date foreseen in the Work Plan for compliance with this obligation. Ü8 For the purposes of the provisions of Section J 0.2(d) of the General Pete, the maximum term counted from the expiration of the Term of Qui'a is ninety (90) Days. This penalty shall not apply when the event provided for in Section 6.1(c) of this Special Part occurs, in which case only the penalty provided for in said Section shall apply.

(f}    Fine for non-compliance with the Environmental Obligations: If the Concessionaire fails to comply with any of the obligations corresponding to the Social and Environmental Management that according to this Contract are required, including those contained in the Environmental License or in any other authorization issued by the Environmental Authority, a daily fine of fifteen (15) minimum monthly wages in force will be caused for each day that has elapsed as from the requirement made by the Comptroller to the Concessionaire. This fine will be caused without ʝ*GfjllielO of the administrative sanctions that may be applicable, by the
correcting authority. For purposes of Section 10.2(d) of Part 10.2(d) of Part
General, the maximum time limit counted from the expiration of the Swearing Period is thirty (30) days.

(g)    Fine for failure to comply with the property obligations: If the Concessionaire fails to comply with Property Management obligations that are required under this Contract, a daily fine of fifteen (15) legal monthly minimum wages in force shall be imposed for each day that has elapsed as from the day the Concessionaire is notified by the Comptroller. For purposes of the provisions of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Plan is thirty (30) Days.

(h)    Fine for non-compliance in the delivery of information to the Interventor and/or ANI: If the Concessionaire does not deliver the complete information requested by the Comptroller, as long as it is related to the object of the Contract, within the terms and conditions of each requirement, a daily fine of seven (7) legal monthly minimum wages in force for each Day elapsed from the date foreseen for compliance with this obligation shall be assessed, in accordance with the provisions of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is three (3) days.
(30) Days.

(i)    Penalty for failure to deliver any of the documents mentioned in Section 4.2(aa) of the General Part. For failure to deliver any of the plans and/or manuals within the time limits and in compliance with last .



Via **Perimetral del East of Cundinamarca**
Special Part

The term of the Cure Period, as described in the Contract, shall cause a daily fine equivalent ten (10) legal monthly minimum wages in force for each Day elapsed as from the date foreseen for the fulfillment of this obligation. For the purposes of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is thirty (3D) Days.

@) Fine for Recurrent Non-compliance with Indicators.s: If for non-compliance with the minimum acceptance values of any of the Indicators (as those values are defined in Technical Appendix 4) for the same Functional Unit, Deductions are generated during (i) three (3) consecutive Months or (ii) six (6) Months of the same high calendar, regardless of whether they are continuous or discontinuous, a daily fine of thirty (30) *minimum monthly* salaries in force shall be caused, for each elapsed period as from the requirement made by the Comptroller to the Grantee. For the purposes of the provisions of Section 10.2(d) of the Consortium Contract, the maximum term counted from the request of the Comptroller is thirty (30) days. There shall be no Cure Period for the *setting* of this Penalty.

(k)     Fine for Noncompliance with the Technical Specifications and Service Levels: If the Concessionaire fails to comply with any of the Technical Specifications, a daily fine of twenty (20) legal monthly minimum wages in force shall be caused for each Day elapsed as from the requirement made by the Comptroller to the Concessionaire. For the purposes of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure is fifty (50) days.

(l)     Fine for Excessive Toll Collection: In case the Concessionaire has collected Toll rates in amounts higher than the contractually authorized rates, in addition to immediately lowering the rates when this situation is noticed, a fine of fifteen (15) legal monthly minimum wages in force will be applied for each Day during which the Concessionaire has collected tolls in excess of what was authorized. For the effects of the provisions Section 1 0.2(d) of the General Conditions, the maximum term counted from the expiration of the Cure Period is fifteen (15) Days.

(n) Fine for failure to constitute and fund Subaccounts: For failure to constitute and/or fund the subaccounts referred to in Section d.5 of this Special Part, within the terms and in the amounts specified, a daily fine equivalent to twenty (20) legal monthly minimum wages in force shall be imposed for each Day elapsed as from the date set for compliance with this obligation. For purposes of the provisions of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is thirty (30) days. (30) Days.

(n) Penalty for non-compliance with the Financial Closing: For failure to obtain the Financial Closing within the terms, conditions and amounts established herein.

Page 34 of 41

**Perimetral** Road **of the East of Cundinamarca**
**Special Part**

*Contract,* its cause shall be a daily fine equivalent to seventy (70) Legal Minimum Monthly Salaries in force for each minute elapsed from the date foreseen for the fulfillment of this obligation. For purposes of the of Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is ninety (90) Days.

(O)      Penalty for failure to make the Equity Transfers: For failure to make the Equity Drafts, in accordance with the terms, conditions and amounts established in this Contract, a fine equivalent to seventy (70) legal minimum monthly salaries in force shall be imposed for each Day elapsed after the date established for the fulfillment of this obligation, For the purposes of the provisions of Section III.2(d) of the General Law, the maximum term counted from the expiration of the Cure Period is ninety (90) Days.

(p)      Failure to pay , social benefits and parafiscal contributions: For failure to comply with the obligation to be up to date in the payment of salaries, social benefits and parafiscal contributions of the Concessionaire's employees, as well as of any worker (whether of the Concessionaire, the Contractors or Subcontractors), ANI may impose a daily fine equivalent to twenty (20) legal monthly minimum wages for each Day elapsed as from the date set compliance with this obligation. For the purposes of Section 10.2(d) of the General Part, the maximum period counted from the expiration of the Cure Period is ninety (90) Days.

(q)      Penalty for use of unlicensed software: For use of unlicensed software or software or goods in any of the equipment provided by the Concessionaire, a fine shall be imposed at a rate of $16.00 per month for the use of unlicensed software.
(10) legal monthly minimum wages in force for each day elapsed from the date on which the good or element of software or in has been installed by the Contractor and until the moment in which it is duly licensed. In case it is not possible to determine the installation date, the fine will be censured from the moment in which license is verified. For purposes of the provisions Section 10.2(d) of the General Part, the maximum term counted from the expiration of the Cure Period is ninety (90) days.
(90) Days.

**(r)**      Penalty for non-compliance in construction and maintenance of the Guarantees: For not maintaining in force, renewing, extending, obtaining for the next stage, coi'rcgir or adding the Guarantees, within the terms and for the amounts established in the Contract, a Fine equivalent to twenty (20) legal monthly minimum wages in force shall be caused for each Day elapsed from 1s date foreseen for compliance with this obligation. For the purposes of the provisions of Section
10.2(d) of the General Part, the término        the expiration of the Cure Period is twenty (20) Days.



**Vía Perimetral dcl Oriente de Cundinamarca**
**Special Part**

(s)     Fine for non-compliance with other obligations of the Project: If the Concessionaire fails to comply with any of the obligations contained in the Contract, which are not included in the other fines referred to in this clause, a daily fine of seven (7) legal monthly minimum wages in force shall be imposed for each month elapsed from the date foreseen for compliance with the corresponding obligation. For purposes of the provisions of Section 10.2(d) of the General Part, there shall be no maximum term of imposition.

6.2     <u>Penalty Clause Value</u>

(a)     One point nine percent (1.9%) of the Contract Value, if the Early Termination of the Contract occurs within the period between the date of execution of the Contract and the date of execution of the Act of Commencement of the Construction Phase.

(b)     F.l four point five percent {4.5%) of the Contract Value, if Early Termination of the Contract occurs within the period between the date of execution of the Act of Commencement of the Construction Phase and the date of execution of the last Fiinational Unit Completion Act.

(c)     One point nine percent (i,9%) of the Contract Value, if the Early Termination of the Contract occurs within the period between the date of execution of the Final Unit Termination Deed and the Reissuance Deed. -

*Vía* **Perímetral def Oriente** *de* Ciiiiilínainarca Special
Part

## **CHAPTER VII    GARAN3 "IAS**

7.1    Value and Term of the Compliance Bond

(a)    For each of the Phases and Stages into which the term of the *Cont 'etc.* is divided, the validity of the compliance schedule shall be as follows:

(i)    Reconstruction Fund: The term stated in Section 3.8(a) of this Special Part and an additional term of sixty (60) Days, except in the case of a bank guarantee, whose term shall cover the term of said Section and an additional term of two hundred and forty (240) more days. In the event that the effective date of the Preconstruction Phase is longer than the term indicated Section 3.8(a) of this Special Part, the term of guarantee shall be extended for successive minimum periods of sixty (60) Days until covering at least the entire effective term and/or the additional term.

(ii)    Construction Phase: The term indicated in Section 3.8(b) of this Special Part and have an additional term of sixty (60) additional Days, except in the case of a bi-unit warranty, whose term shall cover the term of said 8section and have an additional term of two hundred and forty (240) additional Days. In the event that the effective duration of the Construction Phase is greater than the term indicated in Section 3.8(b) of this Special Part, the term of the guarantee may be extended for successive minimum periods of sixty (60) Days until covering at least the entire effective duration and/or additional term.

(iii)    Operation and Maintenance Stage: For the purposes of this coverage, the Operation and Maintenance Stage shall be divided into periods of five (5) years, the last of such periods being the term equal to or less than five years for the termination of the Contract. For each period, the Concessionaire shall obtain a coverage with a term equivalent to the duration of such period and an additional term of sixty (60) more days, except in the case of a bank guarantee, whose term shall cover the five-year period and two hundred and forty (240) more days.

(v)    Reversion Stage: The term indicated in Section 1.120 of the General Part and sixty (60) more days, except in the case of a bank guarantee, the term of which shall cover the term of said Stage and have an additional term of two hundred and forty (240) more days.

(b)    For each of the Phases and Stages in which the term of the Contract is divided, the value of the performance fee shall be as follows:

(i)    Preconstruction cost: One hundred and seven thousand seven hundred and twenty-seven million ($1.07.G27,000.000.000) of the Month of References

(ii)  Construction Cost: One hundred and seven thousand eight hundred and twenty-seven million ($107,627,000,000) Reference Month Pesos.

(iii)  Operation and Maintenance Stage: Thirty-five thousand three hundred and sixty-one million ($35,361,000,000,000) pesos of the Reference Month for each of the five-year periods.

(iv)  Kcvcrssion Stage: Eight thousand two hundred and thirty-nine million ($8,239,000.000) pesos of the Reference Month,

7.2   <u>Value and Validity of the</u> Amparo_de Pa    of S    i s    Pres c    nes Soc a e

(a)    For each of the Passes and Stages into which the term of the Contract is divided, the term for the payment of salaries and social benefits shall be as follows:

(i)  Preconstruction Phase: The term stated in Section 3.8(a) and an additional term of three (3) high muscle. In the event that the effective duration of the Preconstruction Phase is longer than the term indicated in Section 3.8(a) of this Special Part, the term of the guarantee shall be extended for successive minimum terms of at least sixty (0) days until covering at least the entire effective duration and/or additional term.

(ii)  Construction Phase: The term stated Section 3.S(b) and trcs (3) mio8 ln addition, Hu the case in which the effective duration of the Construction Phase is longer, the term of the guarantee shall extended for successive minimum terms of sixty (60) DfáS, until covering at least the entire effective duration and/or the additional term.

(iii)  Operation and Maintenance Stage: For the purposes of this protection, the Operation and Maintenance Stage shall be divided into periods of five (5) years, the last such period being equal to or less than five years.
remainder    the termination of the    of the    Contract. For each    period, the Concessionai'io will obtain a protection with a validity equivalent to the duration of said period and three (3) more years.

(iv)  Reversion Stage: 1-.1 Concessionaire will obtain an indemnity with a term equivalent to the duration of said period and three (3) more years.

(b)    For each of the Phases and Stages in which term of the Contract is divided into, the valox of the payment of wages and social benefits shall be as follows:

(i)    Preconstruction phase: Fifty-three billion, eight hundred and thirteen million (**$53,813,000,000**) of Reference Month Pesos.

(ii)  Construction Phase: Fifty-three billion, eight hundred and hundred and eighteen million ($53,813,000,000) pesos dcl Month of References.

**Vía Perlinctral del O rientc de Cundinamarca**
**Pai'tc Especial**

(iii) Operation and Maintenance Phase: Six thousand five hundred and twenty four million ($6,524,000,000.000) Pesos of the Reference Month for each of the five-year periods.

(iV) Etapfi    dG  Rcvcrssion:    Four        thousand        one hundred and nineteen hundred and nineteen   million ($4,119,000,000.0) Pesos of the Reference Month.

7.3    <u>Value of Other </u>Friends

(a)    The insured value of the stability and quality of works coverage shall be as set forth in the following table for each Fiscal Unit, expressed in pesos of the Reference Month.

| Functional Unit | Value of protection |
|---|---|
| UF1 | Six thousand, five hundred and sixty five million ($6,565,000,000,000 ) |
| UF2 | Nine thousand six hundred and six million ($9.60ñ.000.000.000 ) |
| UF3 | Eight billion, one hundred and fifty-two million ($8,152,000,000) Thirty-five thousand, one hundred and sixty-two million ($8,152,000,000) thousand, one hundred and sixty |
| UF4 | six million ($35,166,000,000) Twenty- |
| UF5 | four billion eight hundred and forty-five million ($24,fi45,000,<u>000</u> |

(b)    The value of the quality coverage of the goods and equipment supplied shall be the ʇic sc cstablccc in the following table for each Functional Unit, expressed in Pesos of the Reference Month.

| Functional Unit | Value amysro |
|---|---|
| UFF | Four t        ete t        ho      one      47,000,000) |
| UF2 | One billion four hundred and fifty-four million ($ |
| **uri** | l,504,000,000,000 |
| UF4 | One thousand one hundred seventy      inco illo      $ |
| UF5 | 75 0    000) Three hundred and sctcnta        seven million ($377,000,000) |
| | Seven hundred and thirty-six million ($736,000,000) |
| | Seven hundred and thirty-six million ($736,000,000) |

(c)    The value of the quality warranty for the maintenance works will be that established in the following table for each Functional Unit, expressed in Pesos of the Reference Month.

VJa Perimetral VJa Perimetral tlel Oriente de
Cundinamarca
Special Part

| Functional Unit | Value of protection |
|---|---|
| VP I | Ninety-one hundred and forty-one inilloncs ($941.000.000) |
| UF2 | One billion two hundred and seventy-two million$1,272,000,000 |
| UF3 | One thousand four hundredscscnto y two millioncs ($1,462,000,000) |
| UF4 | Two billion five hundred and eleven million ($2,411,000,000) |
| UF5 | Two thousand one hundred and fifty-three million ($2.153,000,000) |

## 7.4    Value of the Contractual Liability Warranty

(a)       Preconstruction Phase: The value of the minimum bond is $21 billion. ($21,000,000,000.000) Pesos of the Month of Refcicncia.

(b)       Construction Phase: The value of the minimum cover is twenty-nine thousand four hundred and seventy-five million ($29,475,000,000,000) Pesos of the Month of lteference,

(c)       Operation and Maintenance Stage: The value of the minimum coverage is twenty-nine thousand four hundred and seventy-five million ($29,475,000,000 pesos of the Reference Month.

(d)       Revocation Stage: The value of the minimum coverage is twenty-nine thousand four hundred and seventy-five million ($25,475,000,000) Pesos of the Reference Month.

## 7.5    Validity for Civil Works Insurance

(a)       Preconstruction Phase: The initial term of this insurance shall be equal to the estimated duration of the Preconstruction Phase, as indicated in the Section
3.8(a) of this Special Part. In the event that the effective duration of the
If the term of the insurance is longer, the term of the insurance shall be extended for successive minimum periods of sixty (60) days until covering at the totality of the effective term.

(b)       Construction: The initial term of this insurance shall be equal to the term provided in the Works Plan for the completion of the respective Functional Unit. Should the terms of the Works Plan be extended, or should the term established in said Works Plan for the completion of the respective Functional Unit be exceeded for any reason, the term of the insurance shall be extended for successive minimum terms of sixty (60) days until the corresponding Functional Unit Completion Act is subscribed.



Vía Perimetral del Oriente de Cund lnama rea
**Special Part**

(c)    Operation and Maintenance: The Concessionaire may establish this policy for initial
term of one (1) year from the date of subscription of the Completion Certificate of each
Functional Unit and extend it for successive periods of one (1) year from the date of
subscription of the Completion Certificate of each Functional Unit and extend it for
successive periods of one (1) year from the date of subscription of the Completion
Certificate of each Functional Unit.
(l) to extend it until the execution of the Reversion Deed. This extension shall be made
no less than thirty (30) Business Days prior to the date established for its expiration.

(d)    The Concessionaire is obliged to maintain this insurance always in force during the
execution of the Contract, in such a way that there is no lapse of time without this
coverage.

In evidence of the foregoing, the Parties hereby execute this Agreement, in the city of Bogoté
D.C., in two (2) copies of the same tenor and validity, one for each party, on the following dates

08 SEP 2014

LUIS FERNANDO ANDRADE MORENO
CC No. 79,152,446 of Usaquén
**Chairman**
**NATIONAL** INFRASTRUCTURE **AGENCY**

ATBER ALHADEF
Passport No. 51126429
Legal Representative
PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S. Nit.
No. 900761657-8

Projected: Integral Structuring Group 3
Reviewed Legal Aspects: Héctor Jaime Pinilla Ortiz - Vice President Legal /
Reviewed @pevtos Téciiicos, financieros y de Garantlas: Beatriz rtigonia Mora    les Véz - Vice President Rslructuraoión
Reviewed Legal Aspects: Camilo A. Salazar Camacho - Lawyer - Legal Managementde listnicturacifín - Vicepresidencia Jurídicas
Reviewed Legal Aspects: Di8na P. Tíemal Pinxún - Manager - Gerencia Jurídica de Estructuración - Viccprusidvncia Jurldi **Reviewed** Technical
Aspects: Dovid Dlbz Granados - lngcnicro - Gtrencie Proyectos Carreteras i - Vicepresidencia Eslructuraci n Reviewed Technical Aspects:
Camilo A. Jaramillo Berrocal - Carrcterq# 1 Projects Manager - Vicepresidencia Hstnicturacióri Reviewed Financial Aspects: Leila Durtn
Sánchez- financial - t3erencia Piilanciera - Vicepresidencia de Estructuraciócióri - Vicepresidencia de Estructuración
Reviewed Financial Aspects: Claudia Soto Cardenas - Financial Manager - Financial Management - Vice-Presidency of Construction Reviewed
Collateral Aspects: Iván Mauricio Pierm 3fínchez - Project Manager - Vice-Presidency of Struoturavion
Reviewed the Contract Subscription and Legalization Process: A4arlha L. Mahccha R. - Lawyer GIT **Contracting** - Vicep. Reviewed
'Ir4niite of Subscription and f.eggJization of the Contract: Ciahriel Del Toro Betiavides - Manager 'Si Contracting -Viccp.