IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., | |
| *Petitioner*, | |
| v. | Civil Action No. _____ |
| AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA | |
| *Respondents*. | |

**<u>Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award</u>**

# EXHIBIT 4

# DECRETO 4165 DE 2011

(3 de noviembre)

D.O. 48.242, noviembre 3 de 2011

por el cual se cambia la naturaleza jurídica, cambia de denominación y se fijan otras disposiciones del Instituto Nacional de Concesiones (INCO).

**Nota 1: Modificado por el Decreto 08 de 2024, por el Decreto 746 de 2022 y por el Decreto 1745 de 2013.**

**Nota 2: Adicionado por el Decreto 746 de 2022.**

**Nota 3: Derogado parcialmente por el Decreto 746 de 2022.**

**Nota 4: Ver Decreto 1079 de 2015.**

El Presidente de la República de Colombia, en ejercicio de las facultades extraordinarias que le confieren los literales e) y f) del artículo 18 de la Ley 1444 de 2011, y

CONSIDERANDO:

Que el Instituto Nacional de Concesiones (INCO) está organizado como un establecimiento público de la Rama Ejecutiva del orden nacional que cumple funciones de estructuración y administración de contratos de concesión de infraestructura de transporte.

Que con el fin de lograr mayor eficiencia y eficacia en la administración de la infraestructura del país, así como fortalecer la vinculación de capital privado a los proyectos asociados con la infraestructura del sector transporte y el desarrollo de las asociaciones público privadas, y hacer coherente la organización y funcionamiento de la administración de los proyectos de infraestructura es necesario cambiar la naturaleza jurídica del Instituto Nacional de Concesiones (INCO) para adaptarla a las condiciones del mercado y otorgarle la estructura acorde con las actuales necesidades y potencialidades del país.

Que en el literal e) del artículo 18 de la Ley 1444 de 2011 se confieren facultades extraordinarias al Presidente de la República para cambiar la naturaleza jurídica de los establecimientos públicos y otras entidades u organismos de la rama ejecutiva del orden nacional, facultad que se ejerce parcialmente para el Instituto Nacional de Concesiones.

DECRETA:

CAPÍTULO I

**Nombre, naturaleza jurídica, objeto, funciones y domicilio**

Artículo 1°. Cambio de naturaleza jurídica y denominación del Instituto Nacional de Concesiones. Cámbiase la naturaleza jurídica del Instituto Nacional de Concesiones (INCO) de establecimiento público a Agencia Nacional Estatal de Naturaleza Especial, del sector descentralizado de la Rama Ejecutiva del Orden Nacional, con personería jurídica, patrimonio propio y autonomía administrativa, financiera y técnica, que se denominará Agencia Nacional de Infraestructura, adscrita al Ministerio de Transporte.

Artículo 2°. Domicilio. La Agencia Nacional de Infraestructura, tendrá como domicilio la ciudad de Bogotá, D. C.

Artículo 3°. Objeto. Como consecuencia del cambio de naturaleza, la Agencia Nacional de Infraestructura, tendrá por objeto planear, coordinar, estructurar, contratar, ejecutar, administrar y evaluar proyectos de concesiones y otras formas de Asociación Público Privada (APP), para el diseño, construcción, mantenimiento, operación, administración y/o explotación de la infraestructura pública de transporte en todos sus modos y de los servicios conexos o relacionados y el desarrollo de proyectos de asociación público privada para otro tipo de infraestructura pública cuando así lo determine expresamente el Gobierno Nacional respecto de infraestructuras semejantes a las enunciadas en este artículo, dentro del respeto a las normas que regulan la distribución de funciones y competencias y su asignación. **(Nota: Ver artículo 1.2.1.2. del** Decreto 1079 de 2015**, Decreto Único Reglamentario del Sector Transporte.).**


Artículo 4°. Funciones generales. Como consecuencia del cambio de naturaleza, son funciones generales de la Agencia Nacional de Infraestructura:

1. Identificar, evaluar la viabilidad y proponer iniciativas de concesión u otras formas de Asociación Público Privada para el desarrollo de la infraestructura de transporte y de los servicios conexos o relacionados.

2. Planear y elaborar la estructuración, contratación y ejecución de los proyectos de concesión u otras formas de Asociación Público Privada para el diseño, construcción, mantenimiento, operación, administración y/o explotación de la infraestructura pública y de los servicios conexos o relacionados, que hayan sido previamente identificados por el Ministerio de Transporte o asignados por el Gobierno Nacional.

3. Crear y administrar un banco de proyectos de infraestructura de transporte que sean susceptibles de desarrollarse mediante concesión u otras formas de Asociación Público Privada.

4. Definir metodologías y procedimientos en las etapas de planeación, preadjudicación, adjudicación, postadjudicación y evaluación de proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

5. Elaborar los estudios para definir los peajes, tasas, tarifas, contribución de valorización y otras modalidades de retribución por el diseño, construcción, operación, explotación, mantenimiento o rehabilitación de la infraestructura relacionada con los proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

6. Elaborar los estudios y adelantar las acciones necesarias para recopilar la información de carácter predial, ambiental y social requerida para una efectiva estructuración y gestión de los proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

7. Identificar y proponer, como resultado del análisis de viabilidad técnica, económica, financiera y legal, las modificaciones requeridas a los proyectos de concesión u otras formas de Asociación Público Privada a su cargo, con la finalidad de asegurar condiciones apropiadas para el desarrollo de los mismos.

8. Realizar directa o indirectamente la estructuración técnica, legal y financiera de los proyectos de concesión u otras formas de Asociación Público Privada a su cargo, con base en los lineamientos y políticas fijadas por las entidades encargadas de la planeación del sector transporte y por el Consejo Nacional de Política Económica y Social, (Conpes).

9. Coordinar y gestionar, directa o indirectamente, la obtención de licencias y permisos, la negociación y la adquisición de predios y la realización de las acciones requeridas en el desarrollo de los proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

10. Adelantar los procesos de expropiación administrativa o instaurar las acciones judiciales para la expropiación, cuando no sea posible la enajenación voluntaria de los inmuebles requeridos para la ejecución de los proyectos a su cargo.

11. Identificar, analizar y valorar los riesgos de los proyectos de concesión u otras formas de Asociación Público Privada a su cargo e incorporar en todos los contratos de concesión y sus modificaciones las reglas de distribución de riesgos de forma que sea explícita la asunción de riesgos de cada una de las partes.

12. Evaluar y hacer seguimiento a los riesgos contractuales e institucionales y proponer e implementar medidas para su manejo y mitigación.

13. Controlar la evolución de las variables relacionadas con las garantías otorgadas por la Nación durante la vigencia de los contratos de concesión u otras formas de Asociación Público Privada a cargo de la entidad, y calcular y actualizar los pasivos contingentes, si hubiere lugar a ello, para cubrir dichas garantías, de acuerdo con las normas legales vigentes y los lineamientos impartidos por el Ministerio de Hacienda y Crédito Público.

14. Coordinar con el Instituto Nacional de Vías (Invías) y la Unidad Administrativa Especial de la Aeronáutica Civil (Aerocivil) la entrega y recibo de las áreas y/o la infraestructura de transporte asociadas a los proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

15. Ejercer las potestades y realizar las acciones y actividades necesarias para garantizar la oportuna e idónea ejecución de los contratos a su cargo y para proteger el interés público, de conformidad con la ley.

16. Supervisar, evaluar y controlar el cumplimiento de la normatividad técnica en los proyectos de concesión u otras formas de Asociación Público Privada a su cargo, de acuerdo con las condiciones contractuales.

17. Realizar la medición y/o seguimiento de las variables requeridas en cada proyecto para verificar el cumplimiento de los niveles de servicio y demás obligaciones establecidas en los contratos de concesión u otras formas de Asociación Público Privada a su cargo.

18. Asesorar a las entidades descentralizadas, territorialmente o por servicios y a las entidades nacionales, en la estructuración técnica, legal y financiera de proyectos de concesión u otras formas de Asociación Público Privada, para lo cual se suscribirán los convenios y contratos que sean necesarios.

19. Administrar y operar de forma temporal la infraestructura ferroviaria nacional cuando por razones de optimización del servicio esta haya sido desafectada de un contrato de concesión y hasta tanto se entregue a un nuevo concesionario o se disponga su entrega definitiva al Instituto Nacional de Vías (Invías).

20. Adelantar con organismos internacionales o nacionales, de carácter público o privado, gestiones, acuerdos o contratos para el desarrollo de actividades relacionadas con su objeto, tales como la realización de estudios o la estructuración de proyectos de concesión u otras formas de Asociación Público Privada o la prestación de servicios de consultoría.

21. Las demás funciones que se le asignen de conformidad con lo establecido en la ley.

Artículo 5°. Recursos y patrimonio. Los recursos y el patrimonio de la Agencia Nacional de Infraestructura, estarán constituidos por:

1. Los recursos del Presupuesto General de la Nación que se le asignen.

2. Los recursos de crédito que contrate el Gobierno Nacional para el cumplimiento del objetivo de la Agencia.

3. Los recursos de crédito interno o externo que contrate a título propio la Agencia para el cumplimiento de su objetivo conforme a la ley.

4. Las donaciones públicas o privadas para el desarrollo de los objetivos de la Agencia.

5. Los aportes de cualquier clase provenientes de recursos de Cooperación Internacional para el cumplimiento del objetivo de la Agencia.

6. Los bienes muebles e inmuebles, así como acciones o títulos representativos de capital de sociedades o activos de la Nación, que le transfiera el Ministerio de Transporte, las entidades del sector y demás instituciones públicas.

7. Las propiedades y demás activos que adquiera con recursos propios a cualquier título.

8. **Numeral modificado por el Decreto 08 de 2024, artículo 1º.** El valor de los peajes, y contraprestaciones por el uso, gestión o explotación de la infraestructura de transporte, las tasas, derechos y multas que imponga y recaude, además de los ingresos que se generen por el desarrollo de los contratos que la Agencia ejecute en los porcentajes que defina la Ley, los decretos reglamentarios y las normas que los modifiquen o adicionen.

Texto inicial del numeral 8: El valor de los peajes, las contraprestaciones por el uso, gestión o explotación de la infraestructura de transporte, las tasas, derechos y multas que imponga y recaude, además de los ingresos que se generen por el desarrollo de los contratos que la Agencia ejecute. Lo anterior, con excepción de la contraprestación por el uso o explotación de áreas y la infraestructura portuaria de que trata la Ley 1° de 1991 que seguirán siendo recursos del Instituto Nacional de Vías (Invías) y de las respectivas entidades territoriales, así como de las contraprestaciones por el uso o explotación de las áreas de los aeródromos que seguirán siendo recursos de la Unidad Administrativa Especial de la Aeronáutica Civil (Aerocivil).

9. El valor de la contribución de valorización de los proyectos a su cargo.

10. Los ingresos propios y los rendimientos producto de la administración de los mismos.

11. Los recaudos por concepto de servicios de asesoría y los demás que obtenga a cualquier título.

12. Los demás que reciba en desarrollo de su objeto.

Parágrafo. Los ingresos provenientes de peajes que hacen parte de proyectos concesionados, seguirán siendo parte del patrimonio autónomo de cada uno de los proyectos, hasta la fecha de reversión de los mismos.

Artículo 6°. **Modificado por el Decreto 746 de 2022, artículo 1º.** Órganos de Dirección y Administración. La dirección y administración de la Agencia Nacional de Infraestructura estará a cargo del Consejo Directivo y del Presidente.

Parágrafo. La administración de la Agencia está a cargo de un Presidente, el cual tendrá la calidad de empleado público, de libre nombramiento y remoción del Presidente de la República, y quien será el representante legal de la entidad.

Texto inicial del artículo 6º: Órganos de Dirección y Administración. La dirección y administración de la Agencia Nacional de Infraestructura estará a cargo del Consejo de Directivo y del Presidente.

CAPÍTULO II

**Estructura y funciones de las dependencias**

Artículo 7º. **Modificado por el Decreto 746 de 2022, artículo 2º.** Estructura. Para el desarrollo de sus funciones, la Agencia Nacional de Infraestructura, tendrá la siguiente estructura:

1. Consejo Directivo

2. Presidencia

2.1. Oficina de Comunicaciones

2.2. Oficina de Control Interno

3. Vicepresidencia Ejecutiva

4. Vicepresidencia de Estructuración

5. Vicepresidencia de Gestión Contractual

6. Vicepresidencia de Planeación, Riesgos y Entorno

7. Vicepresidencia Jurídica

8. Vicepresidencia de Gestión Corporativa

9. Órganos de Asesoría, Coordinación y Control.

Texto anterior del artículo 7º. **Modificado por el Decreto 1745 de 2013, artículo 1º.** Estructura. Para el desarrollo de sus funciones la Agencia Nacional de Infraestructura, tendrá la siguiente estructura:

1. Consejo Directivo

2. Presidencia

2.1. Oficina de Comunicaciones

2.2. Oficina de Control Interno

3. Vicepresidencia Ejecutiva

4. Vicepresidencia de Estructuración

5. Vicepresidencia de Gestión Contractual

6. Vicepresidencia de Planeación, Riesgos y Entorno

7. Vicepresidencia Jurídica

8. Vicepresidencia Administrativa y Financiera

9. Órganos de Asesoría y Coordinación

9.1 .Consejo Asesor de Estructuración

9.2. Consejo Asesor de Gestión Contractual

9.3. Comisión de Personal

9.4. Comité de Coordinación del Sistema de Control Interno.

Texto inicial del artículo 7º: "Estructura. Para el desarrollo de sus funciones la Agencia Nacional de Infraestructura, tendrá la siguiente estructura:

1. CONSEJO DIRECTIVO

2. PRESIDENCIA

2.1. OFICINA DE COMUNICACIONES

2.2. OFICINA DE CONTROL INTERNO

3. VICEPRESIDENCIA DE ESTRUCTURACIÓN

4. VICEPRESIDENCIA DE GESTIÓN CONTRACTUAL

5. VICEPRESIDENCIA DE PLANEACIÓN, RIESGOS Y ENTORNO

6. VICEPRESIDENCIA JURÍDICA

7. VICEPRESIDENCIA ADMINISTRATIVA Y FINANCIERA

8. ÓRGANOS DE ASESORÍA Y COORDINACIÓN

8.1. CONSEJO ASESOR DE ESTRUCTURACIÓN

8.2. CONSEJO ASESOR DE GESTIÓN CONTRACTUAL

8.3. COMISIÓN DE PERSONAL

8.4. COMITÉ DE COORDINACIÓN DEL SISTEMA DE CONTROL INTERNO.".

**Artículo 8°. Modificado por el Decreto 746 de 2022, artículo 3°.** Integración del Consejo Directivo. El Consejo Directivo de la Agencia Nacional de Infraestructura, estará integrado por nueve (9) miembros, así:

1. El Ministro de Transporte, quien lo presidirá.

2. El Ministro de Hacienda y Crédito Público.

3. El Ministro de Ambiente y Desarrollo Sostenible.

4. El Director del Departamento Nacional de Planeación.

5. Cinco (5) miembros independientes.

Parágrafo 1°. El Presidente y Vicepresidente Ejecutivo de la Agencia Nacional de Infraestructura, asistirán de manera permanente a las sesiones del Consejo Directivo con voz, pero sin voto.

Parágrafo 2°. Con el fin de garantizar la integralidad de la planificación de la infraestructura de transporte, el Director General de la Unidad de Planeación de Infraestructura de Transporte será invitado permanentemente ante el Consejo Directivo, con voz, pero sin voto.

Parágrafo 3°. Los ministros podrán delegar su asistencia al Consejo Directivo exclusivamente en los Viceministros y el Director del Departamento Nacional de Planeación en un Subdirector General.

Parágrafo Transitorio. Los miembros independientes serán elegidos de acuerdo con las políticas que establezca el Consejo Directivo de la Agencia Nacional de Infraestructura.

Texto inicial del artículo 8º: Integración del Consejo Directivo. El Consejo Directivo de la Agencia Nacional de Infraestructura estará integrado por nueve (9) miembros, así:

1. El Ministro de Transporte, quien lo presidirá.

2. El Ministro de Hacienda y Crédito Público.

3. El Ministro de Minas y Energía.

4. El Ministro de Ambiente y Desarrollo Sostenible.

5. El Director del Departamento Nacional de Planeación.

6. Dos (2) representantes del Presidente de la República.

7. El representante del Consejo Asesor de Estructuración.

8. El representante del Consejo Asesor de Gestión Contractual.

Parágrafo. El Presidente de la Agencia Nacional de Infraestructura, asistirá a las sesiones del Consejo Directivo con voz pero sin voto.

Los Ministros podrán delegar su asistencia al Consejo Directivo exclusivamente en los Viceministros y el Director del Departamento Nacional de Planeación en el Subdirector General.

Artículo 9°. **Modificado por el Decreto 746 de 2022, artículo 4º.** Funciones del Consejo Directivo. El Consejo Directivo de la Agencia Nacional de Infraestructura, tendrá las siguientes funciones:

1. Aprobar los objetivos y estrategias de la Agencia, así como su revisión periódica y la verificación de su cumplimiento.

2. Aprobar el Plan Estratégico de largo, mediano y corto plazo de la entidad (objetivos, metas y proyectos) y los planes operativos.

3. Aprobar, con base en la recomendación del presidente de la Agencia la política general de la entidad, los planes, proyectos y programas para su incorporación a los planes sectoriales y a través de estos al Plan Nacional de Desarrollo.

4. Señalar los criterios generales para la ejecución de los planes, programas, proyectos y recursos de la Agencia, acorde con el objeto y funciones de esta.

5. Orientar el funcionamiento general de la Agencia para el cumplimiento de los objetivos, planes y programas definidos y su conformidad con las políticas del sector transporte y las políticas específicas de los proyectos de concesión u otras formas de Asociación Público-Privada.

6. Verificar previa solicitud del Presidente de la Agencia Nacional de Infraestructura, los asuntos, planes, proyectos, contratos y actividades que deben estar a cargo del Vicepresidente Ejecutivo de la Agencia y el Vicepresidente de Gestión Contractual, en aras de garantizar la oportuna e idónea ejecución de las funciones a cargo de estas. La asignación de los asuntos, planes, proyectos, contratos y actividades constará en las Actas del Consejo Directivo o del órgano que este delegue.

7. Aprobar el anteproyecto de presupuesto anual de la Agencia y sus modificaciones en los componentes de Funcionamiento, Deuda e Inversión y hacer un adecuado seguimiento a su gestión de conformidad con las normas vigentes.

8. Aprobar los Estados Financieros de la Agencia.

9. Conocer y hacer seguimiento a la integridad y confiabilidad de los sistemas contables y de información interna.

10. Aprobar las políticas y los lineamientos definidos para la gestión institucional.

11. Hacer seguimiento al sistema integrado de gestión de riesgos institucionales, así como al sistema de control interno.

12. Conocer y hacer seguimiento para que la gestión de la entidad se desarrolle bajo un adecuado entorno de control.

13. Promover la adopción de buenas prácticas de gobierno corporativo.

14. Adoptar el Código de Buen Gobierno de la entidad y establecer los mecanismos para la verificación de su cumplimiento.

15. Aprobar los lineamientos de gestión institucional y de planeación, priorización y coordinación interinstitucional de los proyectos de concesión u otras formas de Asociación Público-Privada.

16. Formular directrices y recomendaciones durante la ejecución de los proyectos de concesión y de Asociación Público-Privada, previa presentación de los informes a cargo de las Vicepresidencias de Gestión Contractual y Ejecutiva de la Agencia.

17. Autorizar las concesiones portuarias, previo estudio de otorgamiento por parte de la Agencia, de conformidad con el artículo 2.2.3.3.1.1 del Decreto número 1079 de 2015.

18. Formular recomendaciones a los proyectos de Asociación Público-Privada de iniciativa privada, previo a la aprobación de factibilidad por parte de la Agencia.

19. Formular recomendaciones a los proyectos de Asociación Público-Privada de iniciativa pública previo a la apertura del proceso de contratación de los proyectos.

20. Formular recomendaciones a los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada, previo a la adjudicación de los proyectos.

21. Formular recomendaciones a las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada suscritos por la Agencia.

22. Aprobar la propuesta de asignación y cobro de la contribución de valorización relacionada con obras de infraestructura de competencia de la Agencia, de conformidad con la ley y las normas reglamentarias sobre la materia.

23. Evaluar el perfil profesional de los miembros independientes de acuerdo con el procedimiento de elección que se establezca para este fin y seleccionarlos.

24. Definir los miembros y funciones de las Mesas Técnicas y Consejos Asesores.

25. Conocer y evaluar los conflictos de interés entre los miembros del Consejo Directivo.

26. Aprobar, adoptar y modificar su propio reglamento.

27. Hacer seguimiento al reporte de avances en el desarrollo de proyectos de concesión y Asociaciones Público-Privadas presentado por el Presidente.

28. Promover la adopción de buenas prácticas que promuevan la igualdad de género e inclusión.

29. Hacer seguimiento al cumplimiento de las políticas, lineamientos institucionales, normas y procedimientos internos necesarios en la implementación de la Política de Transparencia.

30. Autoevaluar su gestión anualmente y socializar sus resultados.

31. El Consejo Directivo podrá crear, Consejos Asesores y Mesas Técnicas para el estudio, análisis y asesoría en temas de su competencia.

32. Las demás funciones que le señalen la ley y los reglamentos.

Texto inicial del artículo 9º: Funciones del Consejo Directivo. El Consejo Directivo de la Agencia Nacional de Infraestructura, tendrá las siguientes funciones:

1. Orientar el funcionamiento general de la Agencia y verificar el cumplimiento de los objetivos, planes y programas definidos y su conformidad con las políticas del sector transporte y las políticas específicas de los proyectos de concesión u otras formas de Asociación Público Privada.

2. Aprobar, con base en la recomendación del Presidente de la Agencia la política general de la entidad, los planes, proyectos y programas para su incorporación a los planes sectoriales y a través de estos al Plan Nacional de Desarrollo.

3. Aprobar el anteproyecto de presupuesto de inversión anual de la Agencia y las modificaciones al presupuesto de inversión aprobado, de conformidad con las normas vigentes.

4. Señalar los criterios generales para la ejecución de los planes, programas, proyectos y recursos de la Agencia, acorde con el objeto y funciones de la misma.

5. Aprobar la distribución, asignación y cobro de la contribución de valorización relacionada con obras de infraestructura de competencia de la Agencia, de conformidad con la ley.

6. Establecer los lineamientos para la planeación, priorización y coordinación interinstitucional de los proyectos.

7. Aprobar el Plan Estratégico de largo, mediano y corto plazo de la entidad (objetivos, metas y proyectos) y los planes operativos.

8. Designar los miembros de los Consejos Asesores de Estructuración y de Gestión Contractual y solicitar y recibir opinión de los Consejos Asesores en los asuntos que considere necesarios. La sesión en la que se designen los miembros de los Consejos Asesores se realizará sin la presencia de sus representantes en el Consejo Directivo.

9. Adoptar el Código de Buen Gobierno de la entidad y establecer los mecanismos para la verificación de su cumplimiento.

10. Aprobar los Estados Financieros de la Agencia.

11. Aprobar, adoptar y modificar su propio reglamento.

12. Las demás funciones que le señalen la ley y los reglamentos.

## Artículo 10. Presidente. La administración de la Agencia está a cargo de un Presidente, el cual tendrá la calidad de empleado público, de libre nombramiento y remoción del Presidente de la República, y quien será el representante legal de la entidad.

## Artículo 11. **Modificado por el Decreto 746 de 2022, artículo 5º.** Funciones de la Presidencia. Las funciones de la Presidencia de la Agencia son las siguientes:

1. Garantizar el cumplimiento de los objetivos y estrategias de la Agencia.

2. Someter a la aprobación del Consejo Directivo el Plan Estratégico Institucional y el Plan Operativo Institucional.

3. Dirigir y promover la formulación de los planes, programas y proyectos relacionados con el cumplimiento de las funciones de la Agencia.

4. Aprobar la estructuración técnica, legal y financiera de los proyectos a cargo de la Agencia.

5. Dirigir, orientar, coordinar, vigilar y supervisar el desarrollo de las funciones a cargo de la Agencia.

6. Garantizar el cumplimiento de las políticas, normas y procedimientos internos necesarios para el funcionamiento y prestación de los servicios de la Agencia.

7. Dirigir las actividades administrativas, financieras y presupuestales, y establecer las normas y procedimientos internos necesarios para el funcionamiento y prestación de los servicios de la Agencia.

8. Solicitar al Consejo Directivo, definir e identificar los asuntos, planes, proyectos, contratos y actividades que deben estar a cargo del Vicepresidente Ejecutivo y Vicepresidente de Gestión Contractual de la Agencia, en aras de garantizar la oportuna e idónea ejecución de las funciones a cargo de las mismas. La asignación de los asuntos, planes, proyectos, contratos y actividades constará en las Actas del Consejo Directivo o del órgano que este delegue.

9. Presentar al Consejo Directivo el anteproyecto de presupuesto, las modificaciones al presupuesto aprobado y los planes de inversión de la Entidad, con arreglo a las disposiciones legales que regulan la materia.

10. Presentar para aprobación del Consejo Directivo los estados financieros de la Entidad.

11. Establecer mecanismos que aseguren la integridad y confiabilidad de los sistemas contables y de información interna.

12. Ordenar los gastos, expedir los actos y celebrar los convenios y contratos con personas naturales o jurídicas, así como con entidades públicas o privadas, nacionales o extranjeras, necesarios para el cumplimiento del objeto y funciones de la Agencia.

13. Garantizar el cumplimiento de las políticas, lineamientos institucionales, normas y procedimientos internos necesarios para el funcionamiento y prestación de los servicios de la Agencia, entre ellos, la política de transparencia, sostenibilidad ambiental y gestión social y las políticas de gestión y administración de los riesgos.

14. Garantizar la adecuada gestión de los riesgos inherentes a la gestión institucional y a la gestión de proyectos de concesión y de Asociación Público-Privada.

15. Dirigir y hacer seguimiento al Sistema de Control Interno y al Modelo Integrado de Planeación y Gestión de la Agencia, de acuerdo con la normativa vigente.

16. Garantizar el adecuado despliegue y apropiación de prácticas de Gobierno Corporativo que incluyan aspectos de equidad de género e inclusión social, en relación con los marcos de referencia nacionales e internacionales.

17. Garantizar la adopción de instrumentos o mecanismos de seguimiento al cumplimiento y funcionamiento de las prácticas de Gobierno Corporativo.

18. Ejercer la facultad nominadora, con excepción de los que corresponda a otra autoridad y dirigir la administración del talento humano de la Agencia.

19. Imponer multas y demás sanciones establecidas en los contratos y en la ley en caso de incumplimiento de las obligaciones pactadas en los mismos.

20. Ejercer la representación de la Agencia y designar apoderados que representen a la Agencia en asuntos judiciales y extrajudiciales, para la defensa de los intereses de la misma.

21. Promover la coordinación de la Agencia con las entidades u organismos públicos y privados.

22. Definir las políticas de comunicación de la Agencia y dar las instrucciones para que estas se cumplan de manera integral y coherente.

23. Poner a consideración del Gobierno nacional modificaciones a la estructura y planta de personal de la Agencia.

24. Distribuir los empleos de la planta de personal de acuerdo con la organización interna y las necesidades del servicio.

25. Distribuir entre las diferentes dependencias de la Agencia las funciones y competencias que la ley le otorgue a la entidad, cuando las mismas no estén asignadas expresamente a una de ellas.

26. Ejercer la función de control disciplinario interno en los términos de la ley.

27. Garantizar el cumplimiento de las directrices y recomendaciones efectuadas por el Consejo Directivo durante la ejecución de los proyectos de concesión y de Asociación Público-Privada, incluida la presentación de los informes a cargo de las Vicepresidencias de Gestión Contractual y Ejecutiva de la Agencia.

28. Suscribir las concesiones portuarias, previa autorización del Consejo Directivo, de conformidad con el artículo 2.2.3.3.1.1 del Decreto número 1079 de 2015.

29. Aprobar los proyectos de Asociación Público-Privada de iniciativa privada en etapa de prefactibilidad o factibilidad, previo conocimiento evaluación o recomendación del Consejo Directivo.

30. Aprobar la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública previo conocimiento,

evaluación o recomendación del Consejo Directivo.

31. Suscribir la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

32. Suscribir las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

33. Proponer, la asignación y cobro de la contribución de valorización en los proyectos que lo requieran, de conformidad con la ley y las normas reglamentarias sobre la materia.

34. Proponer al Ministerio de Transporte o a las entidades competentes, las tarifas de peajes y tasas a cobrar por el uso de las áreas e infraestructura de transporte que haga parte de proyectos a cargo de la Agencia, de acuerdo con las políticas del Ministerio de Transporte.

35. Solicitar al Ministerio de Transporte concepto vinculante previo para la instalación de las casetas de peaje y otros puntos de cobro de acuerdo con las normas vigentes y las políticas del Ministerio para los proyectos a cargo de la Agencia.

36. Aprobar la estrategia de promoción de los proyectos de concesión u otras formas de Asociación Público-Privada.

37. Orientar y dirigir el seguimiento al desarrollo de los contratos de concesión y demás formas de Asociación Público-Privada a su cargo y, en caso de incumplimiento de cualquier obligación, adoptar de acuerdo con la ley, las acciones necesarias.

38. Convocar a sesiones ordinarias y extraordinarias del Consejo Directivo y de los Consejos Asesores.

39. Sugerir al Consejo Directivo la creación de Consejos Asesores, recibir recomendaciones y asesoría, de estos y/o de las Mesas Técnicas.

40. Cumplir y hacer cumplir las decisiones del Consejo Directivo.

41. Ejercer las demás funciones que le delegue o encargue el Consejo Directivo.

42. Crear y organizar con carácter permanente o transitorio Comités y grupos internos de trabajo.

43. Solicitar a los Consejos Asesores y Mesas Técnicas sesionar de acuerdo con lo establecido en su propio reglamento.

44. Gestionar los conflictos de interés entre los funcionarios de la Agencia.

45. Recibir de la Vicepresidencia de Estructuración para su aprobación la estructuración técnica, legal y financiera de los proyectos de concesión u otras formas de Asociación Público-Privada a ser desarrolladas por la Agencia.

46. Conocer y hacer seguimiento a la base de datos de bancos de inversión, asesores técnicos y demás consultores que se contraten en los procesos de estructuración de proyectos de concesión u otras formas de Asociación Público-Privada, en concordancia con los lineamientos del Ministerio de Transporte.

47. Cumplir con los lineamientos sobre buenas prácticas de gobierno corporativo con enfoque de equidad de género e inclusión establecidos por la ANI que contribuyan a mejorar los estándares y procesos administrativos y operativos de la Agencia y su Consejo Directivo.

48. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamentos en ellas definidos.

49. Sustentar periódicamente ante el Consejo Directivo el reporte de avances en el desarrollo de proyectos de concesión y Asociaciones Público-Privadas. Este reporte incluye los avances, metas alcanzadas, problemática identificada y riesgos potenciales para el desarrollo de las concesiones y Asociaciones Público- Privadas.

50. El Presidente podrá crear Comités permanentes, transitorios y grupos internos de trabajo para el estudio, análisis y asesoría en temas de su competencia, así como proponer al Consejo Directivo la creación de otros Consejos Asesores, que se requieran para el cumplimiento de los objetivos institucionales.

51. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Texto inicial del artículo 11: Funciones del Presidente. Son funciones del Presidente de la Agencia las siguientes:

1. Dirigir, orientar, coordinar, vigilar y supervisar el desarrollo de las funciones a cargo de la Agencia.

2. Dirigir las actividades administrativas, financieras y presupuestales, y establecer las normas y procedimientos internos necesarios para el funcionamiento y prestación de los servicios de la Agencia.

3. Ejercer la representación de la Agencia y designar apoderados que representen a la Agencia en asuntos judiciales y extrajudiciales, para la defensa de los intereses de la misma.

4. Dirigir y promover la formulación de los planes, programas y proyectos relacionados con el cumplimiento de las funciones de la Agencia.

5. Presentar para aprobación del Consejo Directivo los estados financieros de la entidad.

6. Aprobar la estructuración técnica, legal y financiera de los proyectos a cargo de la Agencia.

7. Aprobar la estrategia de promoción de los proyectos de concesión u otras formas de Asociación Público Privada.

8. Orientar y dirigir el seguimiento al desarrollo de los contratos de concesión a su cargo y, en caso de incumplimiento de cualquier obligación, adoptar de acuerdo con la ley las acciones necesarias.

9. Ordenar los gastos, expedir los actos y celebrar los convenios y contratos con personas naturales o jurídicas, así como con entidades públicas o privadas, nacionales o extranjeras, necesarios para el cumplimiento del objeto y funciones de la Agencia.

10. Someter a la aprobación del Consejo Directivo el Plan Estratégico Institucional y el Plan Operativo Institucional.

11. Promover la coordinación de la Agencia con las entidades u organismos públicos y privados.

12. Definir las políticas de comunicación de la Agencia y dar las instrucciones para que estas se cumplan de manera integral y coherente.

13. Proponer al Consejo Directivo la distribución, asignación y cobro de la contribución de valorización en los proyectos que lo requieran, de conformidad con la ley, y distribuir dicha contribución de acuerdo con las normas vigentes y los lineamientos del Consejo Directivo.

14. Proponer al Ministerio de Transporte o a las entidades competentes, las tarifas de peajes y tasas a cobrar por el uso de las áreas e infraestructura de transporte que haga parte de proyectos a cargo de la Agencia, de acuerdo con las políticas del Ministerio de Transporte.

15. Solicitar al Ministerio de Transporte concepto vinculante previo para la instalación de las casetas de peaje y otros puntos de cobro de acuerdo con las normas vigentes y las políticas del Ministerio para los proyectos a cargo de la Agencia.

16. Solicitar recomendaciones a los Consejos Asesores de Estructuración y Gestión Contractual.

17. Convocar a sesiones ordinarias y extraordinarias del Consejo Directivo y de los Consejos Asesores.

18. Presentar al Consejo Directivo el anteproyecto de presupuesto, las modificaciones al presupuesto aprobado y los planes de inversión de la entidad, con arreglo a las disposiciones legales que regulan la materia.

19. Poner a consideración del Gobierno Nacional modificaciones a la estructura y planta de personal de la Agencia.

20. Distribuir los empleos de la planta de personal de acuerdo con la organización interna y las necesidades del servicio.

21. Distribuir entre las diferentes dependencias de la Agencia las funciones y competencias que la ley le otorgue a la entidad, cuando las mismas no estén asignadas expresamente a una de ellas.

22. Crear y organizar con carácter permanente o transitorio comités y grupos internos de trabajo.

23. Imponer multas y demás sanciones establecidas en los contratos y en la ley en caso de incumplimiento de las obligaciones pactadas en los mismos.

24. Dirigir y desarrollar el sistema de control interno de la Agencia, de acuerdo con la normativa vigente.

25. Cumplir y hacer cumplir las decisiones del Consejo Directivo.

26. Ejercer la facultad nominadora, con excepción de los que corresponda a otra autoridad y dirigir la administración del talento humano de la Agencia.

27. Ejercer la función de control interno disciplinario en los términos de la ley.

28. Las demás funciones que le sean asignadas de conformidad lo establecido en la ley.

Artículo 12. **Modificado por el Decreto 746 de 2022, artículo 6º.** Oficina de Comunicaciones. Las funciones de la Oficina de Comunicaciones son las siguientes:

1. Establecer las metodologías y proponer los lineamientos de política al Presidente de la Agencia para los procesos de comunicación internos y externos de la Entidad.

2. Coordinar y/o elaborar las comunicaciones internas y externas con el Ministerio de Transporte, entidades públicas, sector privado, y con comunidades y usuarios de la infraestructura relacionada con los proyectos de concesión u otras formas de Asociación Público-Privada.

3. Diseñar, liderar y ejecutar las estrategias para el posicionamiento, imagen y promoción de la Entidad, y de divulgación de los programas y proyectos, en coordinación con el Ministerio de Transporte.

4. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamentos en ellas definidos.

5. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

6. Las demás que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Texto inicial del artículo 12: Oficina de Comunicaciones. Son funciones de la Oficina de Comunicaciones las siguientes;

1. Establecer las metodologías y proponer los lineamientos de política al Presidente de la Agencia para los procesos de comunicación internos y externos de la entidad.

2. Coordinar y/o elaborar las comunicaciones internas y externas con el Ministerio de Transporte, entidades públicas, sector privado, y con comunidades y usuarios de la infraestructura relacionada con los proyectos de concesión u otras formas de Asociación Público Privada.

3. Diseñar, liderar y ejecutar las estrategias para el posicionamiento, imagen y promoción de la entidad, y de divulgación de los programas y proyectos, en coordinación con el Ministerio de Transporte.

4. Las demás que le sean asignadas de conformidad lo establecido en la ley.

Artículo 13. **Modificado por el Decreto 746 de 2022, artículo 7º.** Oficina de Control Interno. Las funciones de la Oficina de Control Interno son las siguientes:

1. Asesorar y apoyar al Presidente de la Agencia en el diseño, implementación y evaluación del Sistema de Control Interno, y verificar su operatividad.

2. Desarrollar instrumentos y adelantar estrategias orientadas a fomentar una cultura de autocontrol y de calidad que contribuya al mejoramiento continuo en la prestación de los servicios de competencia de la Agencia.

3. Diseñar los planes, métodos, procedimientos y mecanismos de verificación y evaluación del Sistema de Control Interno de la Agencia.

4. Aplicar el control de gestión e interpretar sus resultados con el objetivo de presentar recomendaciones al Presidente de la Agencia haciendo

énfasis en los indicadores de gestión diseñados y reportados periódicamente por la dependencia competente.

5. Verificar el cumplimiento de las políticas, normas, procedimientos, planes, programas, proyectos y metas de la Agencia, recomendar los ajustes pertinentes y efectuar el seguimiento a su implementación.

6. Asesorar a las dependencias en la identificación y prevención de los riesgos que puedan afectar el logro de sus objetivos.

7. Asesorar, acompañar y apoyar a los servidores de la Agencia en el desarrollo y mejoramiento del Sistema de Control Interno y mantener informado al Presidente sobre la marcha del Sistema.

8. Presentar informes de actividades al Presidente de la Agencia y al Comité de Coordinación del Sistema de Control Interno.

9. Preparar y consolidar el Informe de Rendición de Cuenta Fiscal que debe presentarse anualmente a la Contraloría General de la República al comienzo de cada vigencia.

10. Coordinar y consolidar las respuestas a los requerimientos presentados por los organismos de control respecto a la gestión de la Agencia.

11. Apoyar el desarrollo, sostenimiento y mejoramiento continuo del Sistema Integrado de Gestión Institucional, supervisar su efectividad y la observancia de sus recomendaciones.

12. Desarrollar programas de Auditoría de conformidad con la naturaleza objeto de evaluación, formulando las observaciones y recomendaciones pertinentes.

13. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y

lineamentos en ellas definidos.

14. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

15. Las demás que le sean asignadas de conformidad con lo establecido en la ley los reglamentos.

Texto inicial del artículo 13: Oficina de Control Interno. Son funciones de la Oficina de Control Interno las siguientes:

1. Asesorar y apoyar al Presidente de la Agencia en el diseño, implementación y evaluación del Sistema de Control Interno, y verificar su operatividad.

2. Desarrollar instrumentos y adelantar estrategias orientadas a fomentar una cultura de autocontrol y de calidad que contribuya al mejoramiento continúo en la prestación de los servicios de competencia de la Agencia.

3. Diseñar los planes, métodos, procedimientos y mecanismos de verificación y evaluación del Sistema de Control Interno de la Agencia.

4. Aplicar el control de gestión e interpretar sus resultados con el objetivo de presentar recomendaciones al Presidente de la Agencia haciendo énfasis en los indicadores de gestión diseñados y reportados periódicamente por la dependencia competente.

5. Verificar el cumplimiento de las políticas, normas, procedimientos, planes, programas, proyectos y metas de la Agencia, recomendar los ajustes pertinentes y efectuar el seguimiento a su implementación.

6. Asesorar a las dependencias en la identificación y prevención de los riesgos que puedan afectar el logro de sus objetivos.

7. Asesorar, acompañar y apoyar a los servidores de la Agencia en el desarrollo y mejoramiento del Sistema de Control Interno y mantener informado al Presidente sobre la marcha del Sistema.

8. Presentar informes de actividades al Presidente de la Agencia y al Comité de Coordinación del Sistema de Control Interno.

9. Preparar y consolidar el Informe de Rendición de Cuenta Fiscal que debe presentarse anualmente a la Contraloría General de la República al comienzo de cada vigencia.

10. Coordinar y consolidar las respuestas a los requerimientos presentados por los organismos de control respecto de la gestión de la Agencia.

11. Apoyar el desarrollo, sostenimiento y mejoramiento continuo del Sistema Integrado de Gestión Institucional, supervisar su efectividad y la observancia de sus recomendaciones.

12. Desarrollar programas de Auditoría de conformidad con la naturaleza objeto de evaluación, formulando las observaciones y recomendaciones pertinentes.

13. Las demás que le sean asignadas de conformidad a lo establecido en la ley.

Artículo 13A. **Adicionado por el Decreto 746 de 2022, artículo 8º.** Vicepresidencia Ejecutiva. Las funciones de la Vicepresidencia Ejecutiva son las siguientes:

1. Ejercer la representación legal de la Agencia Nacional de Infraestructura en los contratos que le sean asignados por el Presidente de la Agencia con la recomendación del Consejo Directivo.

2. Liderar los comités operativos que se creen para el impulso y seguimiento a la debida ejecución de los proyectos que le asigne el Presidente de la Agencia Nacional de Infraestructura con la recomendación del Consejo Directivo.

3. Coordinar las funciones de las Vicepresidencias misionales de la Agencia, atendiendo las competencias asignadas a cada una de ellas.

4. Dirigir el proceso de entrega y recibo de las áreas e infraestructura, de acuerdo con lo estipulado en los contratos de concesión u otras formas de Asociación Pública-Privada, que le sean asignados por el Presidente de la Agencia y los proyectos que tenga a cargo, en coordinación con las demás Vicepresidencias de la Agencia, las entidades del sector y los concesionarios.

5. Dirigir la elaboración de los pliegos de condiciones y apoyar el proceso de contratación de las interventorías de los contratos de concesión u otras formas de Asociación Público-Privada -APP, de acuerdo con las normas vigentes y los lineamientos del Presidente de la Agencia.

6. Controlar el pago de los aportes y las garantías por ingresos mínimos, así como hacer seguimiento a los ingresos reales, de acuerdo con lo estipulado en los contratos de concesión y demás formas de Asociación Público-Privada que le sean asignados por el Presidente de la Agencia y para los proyectos que tenga a cargo.

7. Coordinar, supervisar, evaluar y controlar el cumplimiento y desarrollo de los contratos de concesión u otras formas de Asociación Público-Privada, así como de los contratos de interventoría a cargo de la Agencia Nacional de Infraestructura, que le sean asignados por el Presidente de la Agencia, con la recomendación del Consejo Directivo.

8. Evaluar y controlar la gestión financiera de los contratos de concesión u otras formas de Asociación Público-Privada a cargo de la Agencia Nacional

de Infraestructura, que le sean asignados por el Presidente de la Agencia con la recomendación del Consejo Directivo.

9. Gestionar ante el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación, las necesidades de recursos de los proyectos que le hayan sido asignados, en coordinación con las demás vicepresidencias de la Agencia y el Ministerio de Transporte, y bajo la directriz del Presidente.

10. Analizar y evaluar las controversias contractuales que se puedan presentar en el desarrollo de la ejecución de los contratos de concesión y de otras formas de Asociación Público-Privada a su cargo, proponiendo y adoptando fórmulas dirigidas a superar los inconvenientes que obstruyan el avance o ejecución del contrato, prevenir la eventual parálisis de las obras y suspensión del servicio público al que se encuentra destinada la infraestructura, salvaguardando el interés de la Entidad.

11. Coordinar el desarrollo y evaluación de los planes, programas y proyectos especiales o de carácter transversal que le sean asignados por el Presidente de la Agencia.

12. Proponer, adoptar e implementar las medidas que se requieran para la gestión de los proyectos de concesión y demás formas de Asociación Público-Privada que le sean asignados por el Presidente, para su fluida y eficaz ejecución, y proponer, adoptar e implementar metodologías y estrategias de carácter preventivo para garantizar la efectividad en la supervisión, seguimiento, administración y control; ejecución y liquidación de las concesiones y demás Asociaciones Público-Privadas a su cargo, e impartir las autorizaciones que correspondan, ordenar pagos, y suscribir en general todos los documentos que requiera el seguimiento a la gestión contractual.

13. Aprobar, administrar, controlar y hacer seguimiento a la constitución y vencimiento de garantías relacionadas con los contratos de concesión y demás formas de asociación público-privada que le sean asignados por el Presidente de la Agencia, de acuerdo con lo estipulado en las cláusulas contractuales.

14. Definir los criterios técnicos, para otorgar los permisos y autorizaciones relacionados con el uso o intervención de las áreas e infraestructura concesionada asignada a la Agencia, de acuerdo con lo

estipulado en los contratos de concesión y demás formas de Asociación Público-Privada.

15. Atender, aplicar y coadyuvar en la implementación de las normas y procedimientos del Modelo Integrado de Planeación y Gestión.

16. Recomendar ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

17. Recomendar ante la instancia que corresponda, los proyectos de Asociación Público-Privada de iniciativa privada, que pasan a etapa de prefactibilidad o factibilidad.

18. Recomendar ante la instancia que corresponda la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública.

19. Recomendar ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

20. Proponer ante la instancia que corresponda, la suscripción de las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

21. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en Mesas técnicas, Comités internos, y demás instancias de decisión creadas para la toma de decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

22. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamientos en ellas definidos.

23. Adoptar las decisiones relacionadas con las modificaciones a los contratos de concesión y demás formas de asociación público privada que le sean asignados por el Presidente de la Agencia, y suscribir los contratos modificatorios, compromisos, otrosí, transacciones o conciliaciones que documenten los acuerdos, en nombre y representación de la Agencia Nacional de Infraestructura, con base en los análisis de viabilidad técnica y financiera realizados bajo su dirección y coordinación que garanticen la plena observancia del marco legal aplicable y la preservación del patrimonio público.

24. Proponer ante la instancia que corresponda la suscripción de las prórrogas y adiciones de los contratos de concesión y de Asociación Público-Privada.

25. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

26. Presentar al Consejo Directivo previa aprobación del Presidente, el informe de ejecución de los proyectos de concesión y de Asociación Público-Privada a su cargo.

27. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades.

28. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Artículo 14. **Modificado por el Decreto 746 de 2022, artículo 9º.** Vicepresidencia de Estructuración. Las funciones de la Vicepresidencia de Estructuración son las siguientes:

1. Orientar la estructuración de proyectos de infraestructura de transporte, de acuerdo con las normas legales, las políticas del Gobierno nacional, las directrices del sector transporte y los lineamientos del Presidente de la Agencia.

2. Estructurar y evaluar técnica, financiera y legalmente los proyectos de concesión u otras formas de Asociación Público-Privada para el diseño, construcción, mejoramiento, mantenimiento, operación, administración y/o explotación de las áreas e infraestructura pública de transporte y de los servicios conexos y relacionados, así como de la demás infraestructura asignada a la Agencia, de conformidad al objeto de la entidad.

3. Analizar, evaluar y consolidar los documentos de soporte, requeridos para obtener la aprobación del Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación de los recursos y garantías de los proyectos de infraestructura de transporte de la Agencia.

4. Elaborar los pliegos de condiciones, apoyar la contratación, y supervisar los trabajos y proyectos de asesoría externa relacionados con la estructuración técnica, legal y financiera de los proyectos a desarrollar por parte de la Agencia.

5. Realizar investigaciones sobre las condiciones de los mercados relacionados con la inversión en infraestructura de transporte, tanto a nivel nacional como internacional, niveles de inversión, esquemas de financiación para proyectos de infraestructura y demás que estime necesarios para el proceso de estructuración de los proyectos y el mejoramiento continuo de la Agencia.

6. Proponer al Presidente de la Agencia, la estrategia de gestión y promoción de los proyectos de infraestructura de transporte y hacer seguimiento a su desarrollo, de acuerdo con los lineamientos y directrices del sector transporte.

7. Identificar y dirigir para cada uno de los proyectos en estructuración, la formulación y criterios de distribución de los riesgos inherentes a los proyectos de infraestructura de transporte, con sujeción a los lineamientos establecidos por el Gobierno nacional, y en coordinación con la Vicepresidencia de Planeación, Riesgos y Entorno.

8. Definir las metodologías requeridas para la estructuración técnica, legal y financiera de los proyectos de infraestructura de transporte, de acuerdo con las directrices del sector.

9. Evaluar, controlar y hacer seguimiento a la ejecución del presupuesto, cronogramas e indicadores de gestión planes en materia de estructuración de proyectos de infraestructura de transporte, orientados hacia el mejoramiento continuo de la Entidad.

10. Registrar, actualizar y mantener las bases de datos relacionadas con la estructuración de proyectos de infraestructura de transporte, incluyendo los bancos de inversión, asesores técnicos y demás consultores que se contraten en los procesos de estructuración de proyectos de concesión u otras formas de Asociación Público-Privada, de tal forma que sirvan de apoyo para la gestión del área correspondiente de conformidad con los lineamientos del área competente de la Agencia.

11. Atender, aplicar y coadyuvar en la implementación de las normas y procedimientos del Modelo Integrado de Planeación y Gestión.

12. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en mesas técnicas, comités internos, y demás instancias de decisión creadas para la toma de decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

13. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamentos en ellas definidos.

14. Proponer ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

15. Proponer ante la instancia que corresponda, los proyectos de Asociación PúblicoPrivada de iniciativa privada que pasan a etapa de prefactibilidad o factibilidad.

16. Proponer ante la instancia que corresponda la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública.

17. Proponer ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

18. Recomendar ante la instancia que corresponda la suscripción de las prórrogas y adiciones de los contratos de concesión y de Asociación Público-Privada.

19. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

20. Presentar ante el Presidente de la Agencia para su aprobación la estructuración técnica, legal y financiera de los proyectos de concesión u otras formas de Asociación Público-Privada a ser desarrollados por la Agencia.

21. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades, y administrar y consolidar la información generada en los procesos de estructuración de los proyectos de infraestructura.

22. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la Ley y los reglamentos.

Texto inicial del artículo 14: Vicepresidencia de estructuración. Son funciones de la Vicepresidencia de Estructuración las siguientes:

1. Estructurar y evaluar técnica, financiera y legalmente los proyectos de concesión u otras formas de Asociación Público Privada para el diseño, construcción, mejoramiento, mantenimiento, operación, administración y/o explotación de las áreas e infraestructura pública de transporte y de los servicios conexos y relacionados, así como de la demás infraestructura asignada a la Agencia, de conformidad al objeto de la entidad.

2. Analizar, evaluar, valorar y apoyar la presentación para aprobación ante el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación, las necesidades de recursos y las garantías de los proyectos a desarrollar por parte de la Agencia.

3. Elaborar los pliegos de condiciones, apoyar la contratación, y supervisar los trabajos y proyectos de asesoría externa relacionados con la estructuración técnica, legal y financiera de los proyectos a desarrollar por parte de la Agencia.

4. Realizar investigaciones sobre las condiciones de los mercados relacionados con la inversión en infraestructura de transporte, tanto a nivel nacional como internacional, niveles de inversión, esquemas de financiación para proyectos de infraestructura y demás que estime necesarios para el proceso de estructuración.

5. Presentar ante el Presidente de la Agencia para su aprobación la estructuración técnica, legal y financiera de los proyectos de concesión u otras formas de Asociación Público Privada a ser desarrollados por la Agencia.

6. Definir metodologías para la estructuración de los proyectos de concesión u otras formas de Asociación Público Privada en todos los aspectos técnicos, financieros y jurídicos.

7. Identificar, analizar y proponer criterios de distribución de riesgos en los proyectos de concesión u otras formas de Asociación Público Privada, con sujeción a los lineamientos establecidos por el Gobierno Nacional y en coordinación con la Vicepresidencia de Planeación, Riesgos y Entorno.

8. Solicitar recomendaciones al Consejo Asesor de Estructuración sobre criterios, estrategias y condiciones de los proyectos de concesión u otras formas de Asociación Público Privada en proceso de estructuración.

9. Ejercer la Secretaría Técnica del Consejo Asesor de Estructuración.

10. Controlar y hacer seguimiento a las variables de presupuesto, cronograma e indicadores de gestión del proceso de estructuración de los proyectos de concesión u otras formas de Asociación Público Privada a su cargo.

11. Mantener y actualizar la base de datos de bancos de inversión, asesores técnicos y demás consultores que se contraten en los procesos de estructuración de proyectos de concesión u otras formas de Asociación Público Privada.

12. Administrar y consolidar la información generada en los procesos de estructuración de proyectos de concesión u otras formas de Asociación Público Privada.

13. Las demás que le sean asignadas de conformidad lo establecido en la ley.

**Nota, artículo 14: Ver Resolución 57 de 2019. Ver Resolución 56 de 2019, M. Transporte.**


Artículo 15. **Modificado por el Decreto 746 de 2022, artículo 10.** Vicepresidencia de Gestión Contractual. Las funciones de la Vicepresidencia de Gestión Contractual son las siguientes:

1. Dirigir, orientar, hacer seguimiento y supervisar la evaluación y control de la ejecución de los proyectos de infraestructura de transporte y los contratos de interventoría de la Agencia Nacional de Infraestructura, de acuerdo con lo estipulado en los contratos de concesión y demás formas de Asociación PúblicoPrivada.

2. Dirigir el proceso de entrega y recibo de infraestructura de transporte, de acuerdo con lo estipulado en los contratos de concesión y demás formas de asociación pública privada, en coordinación con las entidades del sector, los concesionarios y las demás vicepresidencias.

3. Dirigir la elaboración de los pliegos de condiciones y apoyar el proceso de contratación de las interventorías de los contratos de concesión u otras formas de Asociación Público-Privada -APP, de acuerdo con las normas vigentes y los lineamientos del Presidente de la Agencia.

4. Aprobar el pago de los aportes y las garantías por ingresos mínimos, así como de los ingresos reales, de acuerdo con lo estipulado en los contratos de concesión y demás formas de Asociación Público-Privada.

5. Hacer seguimiento y exigir el cumplimiento de las obligaciones relacionadas con la distribución de riesgos, de acuerdo con lo estipulado en los contratos de concesión y demás formas de asociación público-privada, en coordinación con la Vicepresidencia de Planeación, Riesgos y Entorno.

6. Dirigir y orientar los estudios relacionados con las modificaciones pertinentes a los contratos de concesión y demás formas de asociación público-privada de la Entidad, de acuerdo con los análisis de viabilidad realizados por las áreas competentes, según las normas y directrices sobre la materia, para ser propuestas ante las instancias de aprobación y suscripción.

7. Adelantar las solicitudes y acompañar los procesos para la imposición de multas y demás sanciones, por incumplimiento de las obligaciones contractuales, de acuerdo con las normas vigentes y lo estipulado en los contratos de concesión y demás formas de asociación público-privada.

8. Dirigir y orientar el control y verificación del cumplimiento de los aspectos técnicos, legales y financieros de los contratos de concesión y demás formas de Asociación Público-Privada, así como los de interventoría y consultoría inherentes a los mismos.

9. Aprobar y administrar la constitución y vencimiento de garantías relacionadas con los contratos de concesión y demás formas de asociación público-privada, de acuerdo con lo estipulado en las cláusulas contractuales.

10. Definir las metodologías requeridas para la gestión contractual de la infraestructura concesionada y demás formas de Asociación Público-Privada, de acuerdo con las directrices del Sector.

11. Evaluar, controlar y hacer seguimiento a la ejecución de los planes, programas y proyectos en materia de gestión contractual de la infraestructura concesionada y demás formas de Asociación Público-Privada, orientado hacia el mejoramiento continuo de la Entidad.

19/12/24, 10:1...    Presencia ... República ... de ... 2011

12. Presentar al Consejo Directivo previa aprobación del Presidente, el informe de ejecución de los proyectos de concesión y de Asociación Público-Privada a su cargo.

13. Atender, aplicar y coadyuvar en la implementación de las normas y procedimientos del Modelo Integrado de Planeación y Gestión.

14. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en Mesas Técnicas, Comités internos, y demás instancias de decisión creadas para la toma de decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

15. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamientos en ellas definidos.

16. Recomendar ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

17. Recomendar ante la instancia que corresponda, los proyectos de Asociación Público-Privada de iniciativa privada, que pasan a etapa de prefactibilidad o factibilidad.

18. Recomendar ante la instancia que corresponda la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública.

19. Recomendar ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

20. Proponer ante la instancia que corresponda, la suscripción de las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

21. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

22. Realizar seguimiento a la gestión de los recursos e indicadores financieros comprometidos en los contratos de concesión u otras formas de Asociación Público- Privada.

23. Supervisar la ejecución de las obras de ingeniería, la entrega de equipos, la gestión económica y comercial, el cumplimiento de los indicadores de servicio y financieros de las concesiones, y otras obligaciones incluidas en los contratos a su cargo.

24. Dar recomendaciones sobre los términos contractuales de los proyectos a cargo de la entidad, previo inicio del proceso de contratación.

25. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades.

26. Las demás que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Texto inicial del artículo 15: Vicepresidencia de Gestión Contractual. Son funciones de esta Vicepresidencia las siguientes:

1. Supervisar, evaluar y controlar el cumplimiento de los contratos de interventoría y de concesión u otras formas de Asociación Público Privada de los proyectos relacionados con áreas e infraestructura de transporte en todos sus modos o cualquier otra que le haya sido asignada a la Agencia.

2. Coordinar con las entidades del sector y con los concesionarios el recibo y entrega de las áreas e infraestructura, de acuerdo con los términos establecidos en los respectivos contratos de concesión u otras formas de Asociación Público Privada –APP.

3. Elaborar los pliegos de condiciones y apoyar el proceso de contratación de las interventorías de los contratos de concesión u otras formas de Asociación Público Privada –APP.

4. Coordinar los trámites relacionados con el control y pago de los aportes y las garantías establecidas en los contratos de concesión u otras formas de Asociación Público Privada –APP.

5. Gestionar los procesos para la imposición de multas y demás sanciones establecidas en los contratos y en la ley en caso de incumplimiento de las obligaciones pactadas en los mismos.

6. Hacer seguimiento y exigir el cumplimiento de las obligaciones relacionadas con la distribución de riesgos establecida en los contratos de concesión u otras formas de Asociación Público Privada –APP.

7. Identificar y proponer, como resultado del análisis de viabilidad financiera, legal y técnica, las modificaciones requeridas a los contratos de concesión u otras formas de Asociación Público Privada – APP, asegurando el cumplimiento de los lineamientos y políticas de vinculación del capital privado

emitidos por las entidades encargadas de la planeación del sector transporte de otros sectores cuando corresponda y del Gobierno Nacional en los términos del artículo 3° del presente decreto.

8. Establecer metodologías para la supervisión, seguimiento, administración y control de los contratos a su cargo, en las diferentes etapas de los proyectos de concesión u otras formas de Asociación Público Privada.

9. Establecer los criterios técnicos de evaluación y otorgar los permisos y autorizaciones relacionados con el uso o intervención de las áreas e infraestructura asignada a la Agencia, de acuerdo con los términos establecidos en los contratos de concesión u otras formas de Asociación Público Privada.

10. Realizar seguimiento a la gestión de los recursos e indicadores financieros comprometidos en los contratos de concesión u otras formas de Asociación Público Privada.

11. Supervisar la ejecución de las obras de ingeniería, la entrega de equipos, la gestión económica y comercial, el cumplimiento de los indicadores de servicio y financieros de las concesiones, y otras obligaciones incluidas en los contratos a su cargo.

12. Administrar y hacer seguimiento a la constitución y vencimiento de garantías relacionadas con los proyectos de concesión u otra forma de Asociación Público Privada a su cargo.

13. Solicitar recomendaciones al Consejo Asesor de Gestión Contractual sobre asuntos relacionados con el seguimiento, gestión y modificación de los contratos de concesión u otras formas de Asociación Público Privada –APP.

14. Ejercer la Secretaría Técnica del Consejo Asesor de Gestión Contractual.

15. Dar recomendaciones sobre los términos contractuales de los proyectos a cargo de la entidad, previo inicio del proceso de contratación.

16. Las demás que le sean asignadas de conformidad con lo establecido en la ley.

**Nota, artículo 15: Ver Resolución 57 de 2019. Ver Resolución 56 de 2019, M. Transporte.**

Artículo 16. **Modificado por el Decreto 746 de 2022, artículo 12.** Vicepresidencia Jurídica. Las funciones de la Vicepresidencia Jurídica son las siguientes:

1. Orientar al Presidente en la formulación de las políticas, planes, programas y proyectos relacionados con la gestión jurídica de la Agencia de acuerdo con las normas vigentes.

2. Dirigir y coordinar los procesos de contratación de la entidad, así como la expedición de los actos administrativos inherentes de acuerdo con las normas vigentes.

3. Asesorar jurídicamente la estructuración y gestión contractual de los proyectos de concesión y demás formas de Asociación Público-Privada, conforme a las normas vigentes.

4. Elaborar los pliegos de condiciones, apoyar la contratación, y supervisar los trabajos y proyectos de asesoría externa relacionados con la estructuración legal de los proyectos a desarrollar por parte de la Agencia.

5. Emitir los conceptos que definan la posición jurídica de la Entidad de acuerdo con las normas vigentes y la jurisprudencia, así como administrar el banco de conceptos emitidos.

6. Representar judicial y extrajudicialmente a la Agencia Nacional de Infraestructura directamente o con abogados externos, en los procesos y actuaciones que se instauren en su contra o que esta deba promover, mediante poder o delegación recibidos del Presidente de la Agencia y supervisar el trámite de los mismos.

7. Analizar, conceptuar y/o elaborar los proyectos de actos administrativos necesarios para la gestión de la entidad, coordinar la notificación de los mismos, en los casos en que se requiera, y llevar el registro, numeración y archivo de toda la producción normativa de la entidad.

8. Establecer lineamientos para la producción de actos administrativos, para lo cual se definirán criterios tales como la vigencia de los actos, las modificaciones y demás que sean relevantes.

9. Dirigir, controlar y coordinar la gestión del proceso de jurisdicción coactiva para lograr el eficiente cobro de las sumas adeudadas a la Entidad.

10. Establecer estrategias de prevención de daño antijurídico y participar en la definición de los mapas de riesgos jurídicos de la entidad.

11. Custodiar en coordinación con las diferentes áreas los contratos de la Agencia de acuerdo con las normas aplicables y las políticas institucionales.

12. Dirigir y coordinar la recopilación de normas, jurisprudencia y doctrina relativa a los asuntos de la Agencia, promover su difusión y velar por su actualización.

13. Atender, aplicar y coadyuvar en la implementación de las normas y procedimientos del Modelo Integrado de Planeación y Gestión.

14. Recomendar ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

15. Recomendar ante la instancia que corresponda, los proyectos de Asociación Público-Privada de iniciativa privada, que pasan a etapa de prefactibilidad o factibilidad.

16. Recomendar ante la instancia que corresponda la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública.

17. Recomendar ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

18. Recomendar ante la instancia que corresponda, la suscripción de las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

19. Dirigir y hacer seguimiento a los procedimientos administrativos sancionatorios contractuales de acuerdo con los términos establecidos y las normas vigentes.

20. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en mesas técnicas, comités internos, y demás instancias de decisión creadas para la toma de decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

21. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamientos en ellas definidos.

22. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

23. Analizar la existencia o no de conflictos de interés reales o potenciales, de acuerdo con las revelaciones que reciba y notificar al solicitante si existe o no conflicto de interés mediante comunicación escrita incluyendo las recomendaciones a que haya lugar.

24. Hacer seguimiento y reportar periódicamente en las instancias o comités internos (según se defina) el resultado de las gestiones adelantadas frente a los conflictos de interés revelados o conocidos.

25. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades.

26. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Texto inicial del artículo 16: Vicepresidencia Jurídica. Son funciones de la Vicepresidencia Jurídica las siguientes:

1. Asistir al Presidente de la Agencia en la determinación de las políticas, objetivos y estrategias relacionadas con el fortalecimiento de los procesos de asesoría jurídica, contratación, defensa judicial y gestión normativa.

2. Planificar, dirigir y coordinar la ejecución de los procesos de contratación misionales y de funcionamiento de la entidad, incluida la adjudicación, así como elaborar los proyectos de actos administrativos relacionados con dichos procesos, en los casos que se requiera.

3. Hacer la gestión y soporte legal en los procesos de estructuración y gestión contractual de los proyectos de Asociación público Privada a cargo de la Agencia.

4. Conceptuar jurídicamente sobre los temas que requieran el Presidente de la Agencia, así como los de las áreas misionales y de soporte de la entidad.

5. Representar judicial y extrajudicialmente a la Agencia Nacional de Infraestructura directamente o con abogados externos, en los procesos y actuaciones que se instauren en su contra o que esta deba promover, mediante poder o delegación recibidos del Presidente de la Agencia y supervisar el trámite de los mismos.

6. Estudiar, conceptuar y/o elaborar los proyectos de actos administrativos necesarios para la gestión de la entidad, coordinar la notificación de los mismos, en los casos en que se requiera, y llevar el registro, numeración y archivo de toda la producción normativa de la entidad.

7. Establecer lineamientos para la producción de actos administrativos, para lo cual se definirán criterios tales como la vigencia de los actos, las modificaciones y demás que sean relevantes.

8. Dirigir y coordinar las actividades relacionadas con el proceso de jurisdicción coactiva y efectuar, de acuerdo con la ley, el cobro de las sumas que le adeuden por razón del ejercicio de sus funciones.

9. Establecer estrategias de prevención de daño antijurídico y participar en la definición de los mapas de riesgos jurídicos de la entidad.

10. Custodiar en coordinación con las diferentes áreas, los contratos misionales y de funcionamiento de la entidad.

11. Administrar y actualizar el banco de conceptos jurídicos de la entidad.

12. Identificar, analizar y llevar el registro de la normatividad, doctrina y jurisprudencia que le aplica a la entidad.

13. Las demás que le sean asignadas de conformidad lo establecido en la ley.

## Artículo 17. **Modificado por el** **Decreto 746 de 2022**, **artículo 11.** Vicepresidencia de Planeación, Riesgos y Entorno. Las funciones de la Vicepresidencia de Planeación, Riesgos y Entorno son las siguientes:

1. Establecer metodologías y desarrollar estudios económicos, sectoriales, de priorización de proyectos y de mercados, así como los demás estudios requeridos, previo al proceso de estructuración de los proyectos de concesión u otras formas de asociación pública privada a cargo de la entidad.

2. Dirigir el banco de proyectos de la Agencia, en concordancia con las directrices del Ministerio de Transporte, el Departamento Nacional de Planeación y la Presidencia de la Entidad.

3. Asesorar en la definición estratégica de la reversión de las áreas e infraestructura asociada a los contratos de concesión u otras formas de Asociación PúblicoPrivada a cargo de la Agencia.

4. Definir los lineamientos para la formulación, actualización e implementación de la política de gestión del conocimiento de la Agencia, en coordinación con las demás Vicepresidencias.

5. Establecer las metodologías para los procesos de planeación estratégica y operativa, coordinar su implementación, elaborar en coordinación con otras áreas el plan estratégico y de acción de la Agencia, y una vez aprobados hacer el seguimiento y evaluación de los mismos y proponer los ajustes correspondientes.

6. Diseñar metodologías y coordinar los estudios necesarios para efectuar la evaluación de impacto de los proyectos a cargo de la Agencia.

7. Definir los lineamientos para las evaluaciones de los procesos de la entidad y formular los ajustes pertinentes.

8. Elaborar en coordinación con las demás dependencias la programación y consolidación del plan de inversiones, y coordinar y actualizar la información requerida en los sistemas establecidos para el seguimiento de los proyectos de inversión a cargo de la entidad.

9. Coordinar y consolidar el anteproyecto de presupuesto de la Agencia, así como las modificaciones al presupuesto aprobado y realizar el análisis de la ejecución del presupuesto.

10. Definir lineamientos para la adecuada implementación de las metodologías, relacionadas con la gestión integral de los riesgos corporativos de procesos institucionales, de lucha contra la corrupción, contractuales y los asociados a los proyectos de infraestructura de transporte y dirigir la gestión de riesgos de la Agencia.

11. Definir lineamientos para la adquisición predial, manejo jurídico predial, manejo ambiental y social de los proyectos de infraestructura de transporte y demás formas de asociación público privadas, durante su estructuración y contratación.

12. Dirigir y hacer seguimiento a la gestión social, predial, jurídico predial y ambiental de los proyectos de infraestructura de transporte, en coordinación con las demás áreas de la Entidad, así como orientar la definición de metodologías y estrategias inherentes a dicho proceso.

13. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades.

14. Apoyar y promover la interacción entre las diferentes áreas de la entidad con las entidades del Gobierno para el desarrollo de los proyectos de infraestructura de transporte.

15. Dirigir, orientar y hacer seguimiento al Modelo Integrado de Planeación y Gestión Institucional, en coordinación con las dependencias

de la Entidad.

16. Definir la estrategia tecnológica, diseñar, implementar y administrar los sistemas de información, los recursos tecnológicos y el soporte técnico requerido por la Entidad.

17. Recomendar ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

18. Recomendar ante la instancia que corresponda, los proyectos de Asociación Público-Privada de iniciativa privada, que pasan a etapa de prefactibilidad o factibilidad.

19. Recomendar ante la instancia que corresponda la apertura del proceso de contratación de los proyectos de Asociación Público-Privada de iniciativa pública.

20. Recomendar ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

21. Recomendar ante la instancia que corresponda, la suscripción de las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

22. Orientar la formulación, ejecución, seguimiento, evaluación y proyección de los ajustes requeridos al plan estratégico y de acción de la Agencia, de acuerdo con el Plan Nacional de Desarrollo y las políticas y directrices del Sector.

23. Establecer lineamientos, para la adecuada implementación de la política de transparencia y sus mecanismos asociados, con el fin de contribuir al fortalecimiento institucional.

24. Definir lineamientos para el seguimiento y el ejercicio de la representación y defensa judicial en los procesos de expropiación judicial o administrativa, procesos ejecutivos, administrativos, acciones de tutela y policivas, relativos a la adquisición de inmuebles para los proyectos de infraestructura de transporte a cargo de la Entidad.

25. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en mesas técnicas, comités internos, y demás instancias de decisión creadas para la toma de decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

26. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamientos en ellas definidos.

27. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

28. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la ley y los reglamentos.

Texto inicial del artículo 17: Vicepresidencia de Planeación, Riesgos y Entorno. Son funciones de la Vicepresidencia de Planeación, Riesgos y Entorno las siguientes:

1. Establecer las metodologías para los procesos de planeación estratégica y operativa, coordinar su implementación, elaborar en coordinación con otras áreas el plan estratégico y de acción de la Agencia, y una vez aprobados hacer el seguimiento y evaluación de los mismos y proponer los ajustes correspondientes.

2. Establecer metodologías y desarrollar estudios económicos, sectoriales, de priorización de proyectos y de mercados, así como los demás estudios requeridos, previo al proceso de estructuración de los proyectos de concesión u otras formas de asociación pública privada a cargo de la entidad.

3. Administrar el banco de proyectos de la Agencia, en concordancia con las directrices del Ministerio de Transporte y el Departamento Nacional de Planeación.

4. Asesorar en la definición estratégica de la reversión de las áreas e infraestructura asociada a los contratos de concesión u otras formas de Asociación Público Privada a cargo de la Agencia.

5. Establecer las metodologías, ejecutar y coordinar el proceso de gestión del conocimiento de la entidad.

6. Diseñar metodologías y coordinar los estudios necesarios para efectuar la evaluación de impacto de los proyectos a cargo de la Agencia.

7. Consolidar y analizar las evaluaciones de los procesos de la entidad y formular los ajustes pertinentes.

8. Elaborar en coordinación con las demás dependencias la programación y consolidación del plan de inversiones, y coordinar y actualizar la información requerida en los sistemas establecidos para el

seguimiento de los proyectos de inversión a cargo de la entidad.

9. Coordinar y consolidar el anteproyecto de presupuesto de la Agencia, así como las modificaciones al presupuesto aprobado: y realizar el análisis de la ejecución del presupuesto.

10. Establecer las metodologías, apoyar y/o coordinar la identificación, valoración, distribución, administración y el seguimiento de los riesgos en los proyectos de concesión u otras formas de asociación pública privada a cargo de la entidad, así como de los riesgos asociados a los procesos misionales y de apoyo de la entidad.

11. Definir los requerimientos de adquisición predial, manejo ambiental y social de los proyectos con anterioridad al inicio de los procesos de contratación.

12. Establecer metodologías y estrategias de manejo, y dirigir y/o supervisar la gestión social, predial y ambiental en cumplimiento de los contratos, permisos y licencias, incluidos los procesos de expropiación que se requieran en el desarrollo de los proyectos a cargo de la Agencia.

13. Diseñar, implementar y administrar los sistemas de información y definir la estrategia tecnológica de la entidad.

14. Coordinar la elaboración de los informes requeridos por los entes de control y demás autoridades.

15. Apoyar y promover la interacción entre las diferentes áreas de la entidad y con las entidades del Gobierno para el desarrollo de los proyectos de concesión u otras formas de Asociación Público Privada.

16. Dirigir y coordinar el desarrollo y sostenimiento del Sistema Integrado de Gestión Institucional y la observancia de sus recomendaciones en el ámbito de su competencia.

17. Las demás que le sean asignadas de conformidad lo establecido en la ley.


Artículo 18. **Modificado por el Decreto 746 de 2022, artículo 13.** Vicepresidencia de Gestión Corporativa. Las funciones de la Vicepresidencia de Gestión Corporativa son las siguientes:


1. Asistir al Presidente de la Agencia en la determinación de las políticas, objetivos y estrategias relacionadas con la administración de la entidad.


2. Dirigir la gestión humana, administración de recursos físicos, gestión financiera, documental, de atención al ciudadano, de acuerdo con las normas legales y los lineamientos del Presidente de la Agencia.


3. Proponer, hacer seguimiento y evaluar los planes, programas y proyectos administrativos y financieros, orientados hacia el mejoramiento continuo de la Entidad.


4. Dirigir la consolidación del anteproyecto de presupuesto de funcionamiento de la Entidad y el plan de compras, según las necesidades y requerimientos de las dependencias y controlar la debida ejecución de los recursos financieros, de acuerdo con las directrices del Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación.

5. Definirla meta global de pagos y/o el Programa Anual Mensualizado de Caja, PAC, que deba adoptar de acuerdo con las directrices que al respecto dicten el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación.

6. Dirigir la gestión de presupuesto, contabilidad y tesorería de la Entidad, de acuerdo con las normas vigentes y los lineamientos del Presidente de la Agencia.

7. Implementar y dirigir la gestión de las políticas y programas de administración de personal, bienestar social, selección, registro y control, capacitación, incentivos y desarrollo del talento humano.

8. Administrar la gestión de archivo y correspondencia de todos los procesos y áreas de la entidad.

9. Coordinar, gestionar y hacer seguimiento a la adecuada atención de las solicitudes, quejas, reclamos y derechos de petición realizados por los ciudadanos.

10. Coordinar la función disciplinaria y aplicar el procedimiento con sujeción a las normas que rigen la materia.

11. Dirigir, controlar y coordinar las actividades relacionadas con los servicios generales para la Agencia.

12. Dirigir el proceso de pagos de las cuentas que debe realizar la Agencia, conforme al procedimiento y plazos establecidos.

13. Dirigir la consolidación y presentación del balance general y demás informes contables de la Entidad, según las normas vigentes.

14. Orientar a las demás dependencias de la Entidad en los asuntos administrativos y financieros, según las directrices del Gobierno nacional y

los lineamientos de la Presidencia de la Agencia.

15. Proponer al Presidente de la Agencia el Manual Específico de Funciones y Competencias Laborales de la Entidad, de acuerdo con las políticas del Gobierno nacional y las normas vigentes.

16. Recomendar ante la instancia correspondiente la suscripción de las concesiones portuarias de acuerdo con las regulaciones vigentes.

17. Recomendar ante la instancia que corresponda, los proyectos de Asociación Público-Privada de iniciativa privada, que pasan a etapa de prefactibilidad o factibilidad.

18. Recomendar ante la instancia que corresponda la suscripción de la apertura del proceso de contratación de proyectos de Asociación Público-Privada de iniciativa pública.

19. Recomendar ante la instancia que corresponda la suscripción de la adjudicación de los proyectos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

20. Recomendar ante la instancia que corresponda, la suscripción de las prórrogas y adiciones de los contratos de Asociación Público-Privada de iniciativa pública e iniciativa privada.

21. Analizar y consolidar los informes administrativos y financieros que sean requeridos por el Presidente de la Agencia, organismos de control y demás entidades gubernamentales, dentro de los plazos establecidos.

22. Atender, aplicar y coadyuvar en la implementación de las normas y procedimientos del Modelo Integrado de Planeación y Gestión.

23. Cumplir con los lineamientos descritos en el Código de Buen Gobierno Corporativo, incluyendo la participación en mesas técnicas, comités internos, y demás instancias de decisión creadas para la toma de

decisiones, la comunicación interna y los reportes e informes que se deban rendir al Consejo Directivo y a la Alta Dirección según corresponda.

24. Cumplir las políticas institucionales establecidas en el marco de buenas prácticas de gobierno corporativo y seguir los compromisos y lineamientos en ellas definidos.

25. Revelar potenciales o reales conflictos de interés, para su adecuada gestión por parte de la Agencia.

26. Conocer y guardar registro de los conflictos de intereses reportados por la Vicepresidencia Jurídica con el apoyo del Grupo Interno de Trabajo de Talento Humano.

27. Apoyar la elaboración de los informes requeridos por los entes de control y demás autoridades

28. Desempeñar las demás funciones que le sean asignadas de conformidad con lo establecido en la Ley y los reglamentos.

Texto inicial del artículo 18: Vicepresidencia Administrativa y Financiera. Son funciones de la Vicepresidencia Administrativa y Financiera las siguientes:

1. Asistir al Presidente de la Agencia en la determinación de las políticas, objetivos y estrategias relacionadas con la administración de la entidad.

2. Dirigir los asuntos administrativos, financieros y de recursos humanos de la entidad.

3. Ejecutar los procesos de presupuesto, contabilidad, tesorería, gestión financiera institucional y gestión documental.

4. Preparar y consolidar el anteproyecto de presupuesto de funcionamiento y elaborar el plan de compras, en coordinación con las demás áreas de la entidad.

5. Definir la meta global de pagos y/o el Programa Anual Mensualizado de Caja, PAC, que deba adoptar de acuerdo con las directrices que al respecto dicten el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación.

6. Realizar el seguimiento y control a la ejecución del presupuesto de la entidad.

7. Implementar las políticas y programas de administración de personal, bienestar social, selección, registro y control, capacitación, incentivos y desarrollo del talento humano, y dirigir su gestión.

8. Administrar la gestión de archivo y correspondencia de todos los procesos y áreas de la entidad.

9. Coordinar, gestionar y hacer seguimiento a la adecuada atención de las solicitudes, quejas, reclamos y derechos de petición realizados por los ciudadanos.

10. Coordinar la función disciplinaria y aplicar el procedimiento con sujeción a lo establecido en la Ley 734 de 2002 o las normas que la modifiquen o sustituyan.

11. Dirigir, controlar y coordinar las actividades relacionadas con proveedores, la adquisición, almacenamiento, custodia, mantenimiento, distribución e inventarios de los elementos, equipos y demás bienes necesarios para el funcionamiento de la Agencia.

12. Administrar los recursos tecnológicos de la entidad y el soporte técnico requerido.

13. Las demás que le sean asignadas de conformidad a lo establecido en la ley.

## Artículo 19. **Modificado por el Decreto 746 de 2022, artículo 14.** Órganos de Asesoría, Coordinación y Control. La Agencia Nacional de Infraestructura, contará con las instancias de asesoría, coordinación y control que requiera para el cumplimiento de su objeto, bajo los parámetros de buen Gobierno, de conformidad con las disposiciones legales y reglamentarias vigentes.

Texto inicial del artículo 19: Órganos de Coordinación y Asesoría. La Agencia Nacional de Infraestructura contará con un Consejo Asesor de Estructuración y un Consejo Asesor de Gestión Contractual.

La composición y funciones de la Comisión de Personal y del Comité de Coordinación del Sistema de Control Interno se regirán por las disposiciones legales y reglamentarias vigentes.

El Presidente podrá crear comités permanentes o transitorios especiales para el estudio, análisis y asesoría en temas de competencia de la Agencia.

## Artículo 20. **Derogado por el Decreto 746 de 2022, artículo 15.** *Conformación de los consejos asesores. Cada Consejo Asesor estará conformado por tres (3) miembros, designados por el Consejo Directivo, para períodos fijos de cuatro años, prorrogables hasta por una vez. La sesión en la que se designen los miembros de los Consejos Asesores se realizará sin la presencia de sus representantes en el Consejo Directivo.*

*Si en un mismo período presidencial el Consejo Directivo tuviere que decidir sobre la designación de la totalidad de los miembros de alguno de los Consejos Asesores, este tendrá que prorrogar el período de al menos uno de ellos.*

*Los miembros de cada Consejo Asesor deben tener diferentes perfiles profesionales de manera que se conformen Consejos Asesores multidisciplinarios, en disciplinas relevantes para la Agencia, tales como derecho, ingenierías, finanzas, administración y economía.*

*Los miembros de los Consejos Asesores deberán cumplir con los siguientes requisitos:*

*– Ser profesor o investigador universitario como principal actividad y contar con al menos 15 años de experiencia profesional, o*

*– Ser o haber sido decano o rector de una institución de educación superior.*

*En ambos casos, de alguna de las 10 mejores universidades del país en los resultados del Examen de Evaluación de la Calidad de la Educación Superior en la profesión respectiva.*

*Parágrafo transitorio. Los primeros miembros de cada Consejo Asesor, tendrán los siguientes períodos: un miembro tendrá un período de dos (2) años, otro miembro un período de tres (3) años y otro miembro un período de cuatro (4) años. Al vencimiento de estos períodos, el Consejo Directivo designará el miembro respectivo, con base en los criterios estipulados en el presente artículo, para períodos ordinarios de cuatro (4) años.*

Artículo 21. **Derogado por el Decreto 746 de 2022, artículo 15.**
*Consejo Asesor de Estructuración. Son funciones del Consejo Asesor de Estructuración las siguientes:*

*1. Asesorar al Presidente de la Agencia y al Consejo Directivo sobre lineamientos, metodologías, principios y criterios técnicos, legales y financieros para las fases de preadjudicación y adjudicación de los proyectos de concesión u otras formas de Asociación Público Privada y para las propuestas de iniciativa privada.*

*2. Hacer recomendaciones técnicas, financieras y legales sobre los estudios del proceso de estructuración de proyectos y sobre los documentos contractuales, previo a la adjudicación de los proyectos de concesión u otras formas de Asociación Público Privada.*

*3. Realizar recomendaciones para la definición, estudio y aprobación de propuestas de iniciativa privada impulsadas o recibidas por la entidad.*

*4. Las demás que le asigne el Consejo Directivo*

Artículo 22. **Derogado por el Decreto 746 de 2022, artículo 15.**
*Consejo Asesor de Gestión Contractual. Son funciones del Consejo Asesor de Gestión Contractual las siguientes:*

*1. Asesorar al Presidente de la Agencia y al Consejo Directivo sobre lineamientos, metodologías, principios y criterios técnicos, legales y financieros para las fases de pos adjudicación de los proyectos de concesión u otras formas Asociación Público Privada y para el seguimiento a los proyectos de iniciativa privada.*

*2. Realizar recomendaciones técnicas, financieras y legales sobre adiciones y modificaciones a los contratos de concesión u otras formas de Asociación Público Privada que tengan un impacto fiscal, y sobre modificaciones tarifarías.*

*3. Asesorar en la solución de controversias que se presenten entre entidades prestadoras, y entre éstas y los usuarios, y en las acciones a tomar frente a incumplimientos contractuales.*

*4. Las demás que le asigne el Consejo Directivo.*

CAPÍTULO III

**Disposiciones generales**

Artículo 23. Clasificación de los servidores, régimen salarial y prestacional. El sistema de nomenclatura y clasificación de empleos de la Agencia Nacional de Infraestructura, así como su régimen salarial y prestacional, será el señalado por el Presidente de la República en desarrollo de las normas generales contenidas en la Ley 4ª de 1992.

Artículo 24. Proceso de transición de la planta de personal. Los funcionarios de la planta de personal del Instituto Nacional de Concesiones –INCO continuarán perteneciendo a dicha planta y ejerciendo las funciones a ellos asignadas, hasta tanto sea adoptada la planta de personal de la Agencia Nacional de Infraestructura, se efectúen las respectivas incorporaciones de conformidad con las normas legales y reglamentarias vigentes.

Artículo 25. Derechos y obligaciones. Los derechos y obligaciones que a la fecha de expedición del presente decreto tenga el Instituto Nacional de Concesiones –INCO, continuarán a favor y a cargo de la Agencia Nacional de Infraestructura.

Artículo 26. Transferencia de infraestructura. La infraestructura de transporte y las áreas de los aeródromos (lado tierra y lado aire) a cargo del Instituto Nacional de Vías – Invías, o de la Unidad Administrativa Especial de la Unidad Administrativa Especial de la Aeronáutica Civil – Aerocivil que se requiera para la celebración de contratos de concesión u otra forma de Asociación Público Privada, será entregada a título de administración a la Agencia Nacional de Infraestructura antes de la suscripción del respectivo contrato.

Parágrafo. La Agencia Nacional de Infraestructura, elaborará todos los documentos, actos y convenios necesarios con el Instituto Nacional de Vías, Invías, y/o la Unidad Administrativa Especial de la Aeronáutica Civil, Aerocivil para la estructuración, adjudicación y/o contratación de proyectos de concesión u otras formas de Asociación Público Privada sobre la infraestructura a su cargo.

Artículo 27. Transición reasignación de las funciones relacionadas con la estructuración, celebración y gestión contractual de proyectos de concesión asociados a las áreas de los aeródromos. La Agencia Nacional de Infraestructura asumirá las funciones relacionadas con la estructuración, celebración y gestión contractual de proyectos de concesión asociados a las áreas de los aeródromos a partir del primero (1o) de enero de 2012, con excepción de las competencias referidas a la gestión contractual de los contratos de concesión que hayan sido celebrados hasta dicha fecha por la Unidad Administrativa Especial de la Aeronáutica Civil, las que serán asumidas por la Agencia Nacional de Infraestructura en relación con cada uno de tales contratos a partir de la fecha de la subrogación que se le haga de los mismos a través de acto administrativo. En todo caso, la Agencia Nacional de Infraestructura se

19/12/24, 10:1                    Presidencia de la República de Colombia 2011

subrogará en la totalidad de los contratos de concesión asociados a las áreas de aeródromos a más tardar el 31 de diciembre de 2013.

Artículo 28. Referencias normativas. A partir de la entrada en vigencia del presente decreto, todas las referencias que se hayan hecho o se hagan al Instituto Nacional de Concesiones –INCO deben entenderse referidas a la Agencia Nacional de Infraestructura.

Artículo 29. Vigencia y derogatorias. El presente decreto rige a partir de la fecha de su publicación y deroga las disposiciones que le sean contrarias.

Publíquese y cúmplase.

Dado en Bogotá, D. C., a 3 de noviembre de 2011.

JUAN MANUEL SANTOS CALDERÓN

El Ministro de Hacienda y Crédito Público,

Juan Carlos Echeverry Garzón.

El Ministro de Transporte,

Germán Cardona Gutiérrez.

La Directora del Departamento Administrativo de la Función Pública,

Elizabeth Rodríguez Taylor.

# English Translation
# of Exhibit 4

Machine Translated by Google

## DECREE 4165 OF 2011 (November 3)

DO 48.242, November 3, 2011

by which the legal nature is changed, the name is changed and other provisions of the National Concessions Institute (INCO) are established.

**Note 1: Modified by Decree 08 of 2024, by Decree 746 of 2022 and by Decree 1745 of 2013.**

**Note 2: Added by Decree 746 of 2022.**

**Note 3: Partially repealed by Decree 746 of 2022.**

**Note 4: See Decree 1079 of 2015.**

The President of the Republic of Colombia, in exercise of the extraordinary powers conferred upon him by literals e) and f) of article 18 of the Law 1444 of 2011, and

CONSIDERING:

That the National Concessions Institute (INCO) is organized as a public establishment of the Executive Branch of the national order that performs the functions of structuring and administering transport infrastructure concession contracts.

That in order to achieve greater efficiency and effectiveness in the administration of the country's infrastructure, as well as to strengthen the linkage of private capital to projects associated with the infrastructure of the transport sector and the development of public-private partnerships, and to make the organization and operation of the administration of infrastructure projects coherent, it is necessary to change the legal nature of the National Concessions Institute (INCO) to adapt it to market conditions and give it a structure in accordance with the current needs and potential of the country.

That in literal e) of article 18 of Law 1444 of 2011 Extraordinary powers are conferred on the President of the Republic to change the legal nature of public establishments and other entities or organizations of the executive branch of the national order, a power that is partially exercised for the National Concessions Institute.

DECREES:

CHAPTER I

**Name, legal nature, purpose, functions and address**

Machine Translated by Google

Article 1. Change of legal nature and name of the National Concessions Institute. The legal nature of the National Concessions Institute (INCO) is hereby changed from a public establishment to a Special State Agency of the decentralized sector of the Executive Branch of the National Order, with legal personality, its own assets and administrative, financial and technical autonomy, which will be called the National Infrastructure Agency, attached to the Ministry of Transportation.

Article 2°. Address. The National Infrastructure Agency will have its address in the city of Bogotá, DC.

Article 3. Purpose. As a consequence of the change in nature, the National Infrastructure Agency will have the purpose of planning, coordinating, structuring, contracting, executing, managing and evaluating concession projects and other forms of Public-Private Partnership (PPP) for the design, construction, maintenance, operation, administration and/or exploitation of public transportation infrastructure in all its modes and of the connected or related services and the development of public-private partnership projects for other types of public infrastructure when so expressly determined by the National Government with respect to infrastructures similar to those stated in this article, while respecting the rules that regulate the distribution of functions and powers and their assignment. **(Note: See article 1.2.1.2. of** Decree 1079 of 2015, **Single Regulatory Decree of the Transport Sector.**

———————————————

Article 4. General functions. As a result of the change in nature, the general functions of the National Infrastructure Agency are:

1. Identify, assess the feasibility of and propose concession initiatives or other forms of Public-Private Partnership for the development of transport infrastructure and related or connected services.

2. Plan and prepare the structuring, contracting and execution of concession projects or other forms of Public-Private Partnership for the design, construction, maintenance, operation, administration and/or exploitation of public infrastructure and related or connected services, which have been previously identified by the Ministry of Transportation or assigned by the National Government.

3. Create and manage a bank of transport infrastructure projects that can be developed through concessions or other forms of Public-Private Partnership.

4. Define methodologies and procedures in the planning, pre-award, award, post-award and evaluation stages of concession projects or other forms of Public-Private Partnership under its responsibility.

Machine Translated by Google

5. Prepare studies to define tolls, rates, tariffs, valuation contributions and other forms of remuneration for the design, construction, operation, exploitation, maintenance or rehabilitation of the infrastructure related to the concession projects or other forms of Public-Private Partnership under its responsibility.

6. Prepare the studies and carry out the actions necessary to collect the property, environmental and social information required for the effective structuring and management of concession projects or other forms of Public-Private Partnership under its responsibility.

7. Identify and propose, as a result of the analysis of technical, economic, financial and legal feasibility, the modifications required to the concession projects or other forms of Public-Private Partnership under its responsibility, in order to ensure appropriate conditions for their development.

8. Directly or indirectly carry out the technical, legal and financial structuring of the concession projects or other forms of Public-Private Partnership under its responsibility, based on the guidelines and policies established by the entities in charge of planning the transport sector and by the National Council for Economic and Social Policy (Conpes).

9. Coordinate and manage, directly or indirectly, the obtaining of licenses and permits, the negotiation and acquisition of land and the execution of the actions required in the development of concession projects or other forms of Public-Private Partnership under its responsibility.

10. Carry out administrative expropriation processes or initiate legal actions for expropriation, when the voluntary sale of the properties required for the execution of the projects under its charge is not possible.

11. Identify, analyze and assess the risks of concession projects or other forms of Public-Private Partnership under its responsibility and incorporate into all concession contracts and their modifications the rules for risk distribution so that the assumption of risks by each of the parties is explicit.

12. Evaluate and monitor contractual and institutional risks and propose and implement measures for their management and mitigation.

13. Monitor the evolution of the variables related to the guarantees granted by the Nation during the term of the concession contracts or other forms of Public-Private Partnership under the responsibility of the entity, and calculate and update the contingent liabilities, if applicable, to cover said guarantees, in accordance with the current legal regulations and the guidelines issued by the Ministry of Finance and Public Credit.

14. Coordinate with the National Institute of Roads (Invías) and the Special Administrative Unit of Civil Aeronautics (Aerocivil) the delivery and receipt of the areas and/or transportation infrastructure associated with the concession projects or other forms of Public-Private Partnership under its charge.

15. Exercise the powers and carry out the actions and activities necessary to ensure the timely and appropriate execution of the contracts under its charge and to protect the public interest, in accordance with the law.

16. Supervise, evaluate and control compliance with technical regulations in concession projects or other forms of Public-Private Partnership under its responsibility, in accordance with contractual conditions.

17. Carry out the measurement and/or monitoring of the variables required in each project to verify compliance with the service levels and other obligations established in the concession contracts or other forms of Public-Private Partnership under its responsibility.

18. Advise decentralized entities, territorially or by services, and national entities, on the technical, legal and financial structuring of concession projects or other forms of Public Private Association, for which the necessary agreements and contracts will be signed.

19. Temporarily manage and operate the national railway infrastructure when, for reasons of service optimization, it has been removed from a concession contract and until it is handed over to a new concessionaire or its final handover to the National Railway Institute (Invías) is arranged.

20. Carry out with international or national organizations, public or private, negotiations, agreements or contracts for the development of activities related to its purpose, such as the performance of studies or the structuring of concession projects or other forms of Public-Private Partnership or the provision of consulting services.

21. Other functions assigned to it in accordance with the provisions of the law.

Article 5. Resources and assets. The resources and assets of the National Infrastructure Agency shall consist of:

1. The resources from the General Budget of the Nation that are assigned to it.

2. The credit resources contracted by the National Government to fulfill the Agency's objective.

3. The internal or external credit resources that the Agency contracts on its own behalf to fulfill its objective in accordance with the law.

4. Public or private donations for the development of the Agency's objectives.

5. Contributions of any kind from International Cooperation resources for the fulfillment of the Agency's objectives.

6. Movable and immovable property, as well as shares or securities representing capital of companies or assets of the Nation, transferred to it by the Ministry of Transport, entities in the sector and other public institutions.

7. Properties and other assets acquired with own resources for any reason.

8. **Number modified by Decree 08 of 2024, Article 1.** The value of tolls and compensation for the use, management or operation of the transport infrastructure, the rates, fees and fines imposed and collected, in addition to the income generated by the development of the contracts executed by the Agency in the percentages defined by the Law, the regulatory decrees and the norms that modify or add to them.

Initial text of numeral 8: The value of the tolls, the compensation for the use, management or exploitation of the transport infrastructure, the rates, fees and fines that it imposes and collects, in addition to the income generated by the development of the contracts that the Agency executes. The above, with the exception of the compensation for the use or exploitation of areas and port infrastructure referred to in Law 1 of 1991, which will continue to be resources of the National Roads Institute (Invías) and the respective territorial entities, as well as the compensation for the use or exploitation of the areas of the aerodromes, which will continue to be resources of the Special Administrative Unit of Civil Aeronautics (Aerocivil).

9. The value of the contribution to the valorisation of the projects under its responsibility.

10. Own income and returns from the administration thereof.

11. Collections for advisory services and any other collections obtained from any source.

12. Others that it receives in the development of its object.

Paragraph. Revenues from tolls that are part of concession projects will continue to be part of the independent assets of each of the projects until the date of their reversion.

Article 6°. **Amended by Decree 746 of 2022, Article 1.** Management and Administration Bodies. The management and administration of the National Infrastructure Agency shall be the responsibility of the Board of Directors and the President.

Machine Translated by Google

Paragraph. The administration of the Agency shall be entrusted to a President, who shall be a public employee, freely appointed and removed by the President of the Republic, and who shall be the legal representative of the entity.

Initial text of article 6: Management and Administration Bodies. The management and administration of the National Infrastructure Agency shall be the responsibility of the Board of Directors and the President.

CHAPTER II

**Structure and functions of dependencies**

Article 7°. **Amended by Decree 746 of 2022, Article 2.**
Structure. In order to carry out its functions, the National Infrastructure Agency will have the following structure:

1. Board of Directors

2. Presidency

2.1. Communications Office

2.2. Internal Control Office

3. Executive Vice Presidency

4. Vice Presidency of Structuring

5. Vice-Presidency of Contract Management

6. Vice Presidency of Planning, Risks and Environment

7. Legal Vice-Presidency

8. Vice President of Corporate Management

9. Advisory, Coordination and Control Bodies.

Previous text of Article 7. **Modified by** Decree 1745 of 2013, **Article 1.** Structure.

For the development of its functions, the National Infrastructure Agency will have the following:
structure:

1. Board of Directors

2. Presidency

2.1. Communications Office

2.2. Internal Control Office

3. Executive Vice Presidency

4. Vice Presidency of Structuring

5. Vice-Presidency of Contract Management

6. Vice Presidency of Planning, Risks and Environment

7. Legal Vice-Presidency

8. Administrative and Financial Vice-Presidency

9. Advisory and Coordination Bodies

9.1 .Structuring Advisory Board

9.2. Contract Management Advisory Board

9.3. Personnel Commission

9.4. Internal Control System Coordination Committee.

Initial text of article 7: "Structure. In order to carry out its functions, the National Infrastructure Agency shall have the following
structure:

1. BOARD OF DIRECTORS

2. PRESIDENCY

2.1. COMMUNICATIONS OFFICE

2.2. INTERNAL CONTROL OFFICE

3. VICE PRESIDENCY OF STRUCTURING

4. VICE PRESIDENCY OF CONTRACTUAL MANAGEMENT

5. VICE PRESIDENCY OF PLANNING, RISKS AND ENVIRONMENT

6. LEGAL VICE-PRESIDENCY

7. ADMINISTRATIVE AND FINANCIAL VICE PRESIDENCY

8. ADVISORY AND COORDINATION BODIES

8.1. STRUCTURING ADVISORY BOARD

8.2. CONTRACTUAL MANAGEMENT ADVISORY BOARD

8.3. PERSONNEL COMMISSION

8.4. INTERNAL CONTROL SYSTEM COORDINATION COMMITTEE."

Article 8°. **Amended by Decree 746 of 2022, Article 3.**
Integration of the Board of Directors. The Board of Directors of the National Infrastructure
Agency will be composed of nine (9) members, as follows:

1. The Minister of Transport, who will chair it.

2. The Minister of Finance and Public Credit.

3. The Minister of Environment and Sustainable Development.

4. The Director of the National Planning Department.

5. Five (5) independent members.

Paragraph 1. The President and Executive Vice President of the National Infrastructure Agency
shall permanently attend the sessions of the Board of Directors with voice but without vote.

Paragraph 2. In order to ensure the comprehensiveness of transport infrastructure planning, the
General Director of the Transport Infrastructure Planning Unit will be permanently invited to
appear before the Board of Directors, with voice but no vote.

Paragraph 3. Ministers may delegate their attendance at the Board of Directors exclusively to
Vice Ministers, and the Director of the National Planning Department to a Deputy Director
General.

Transitional Paragraph. Independent members will be elected in accordance with the policies established by the Board of Directors of the National Infrastructure Agency.


Initial text of article 8: Integration of the Board of Directors. The Board of Directors of the National Infrastructure Agency will be composed of nine (9) members, as follows:

1. The Minister of Transport, who will chair it.

2. The Minister of Finance and Public Credit.

3. The Minister of Mines and Energy.

4. The Minister of Environment and Sustainable Development.

5. The Director of the National Planning Department.

6. Two (2) representatives of the President of the Republic.

7. The representative of the Structuring Advisory Board.

8. The representative of the Contract Management Advisory Board.

Paragraph. The President of the National Infrastructure Agency shall attend the sessions of the Board of Directors with voice but without vote.

The Ministers may delegate their attendance at the Board of Directors exclusively to the Vice Ministers and the Director of the National Planning Department to the Deputy Director General.


Article 9°. **Amended by Decree 746 of 2022, Article 4.**

Functions of the Board of Directors. The Board of Directors of the National Infrastructure Agency shall have the following functions:


1. Approve the Agency's objectives and strategies, as well as their periodic review and verification of compliance.


2. Approve the entity's long, medium and short-term Strategic Plan (objectives, goals and projects) and operational plans.


3. Approve, based on the recommendation of the President of the Agency, the general policy of the entity, the plans, projects and programs for their incorporation into the sector plans and through these into the National Development Plan.


4. Identify the general criteria for the execution of the Agency's plans, programs, projects and resources, in accordance with its purpose and functions.

Machine Translated by Google

12/19/24, 10:1...    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 62 of 102
Giant Legacy of the Republic Decree 4165 of 2011

5. Guide the general operation of the Agency to achieve the defined objectives, plans and programs and their compliance with the policies of the transport sector and the specific policies of the concession projects or other forms of Public-Private Partnership.

6. Verify, upon request of the President of the National Infrastructure Agency, the matters, plans, projects, contracts and activities that must be managed by the Executive Vice President of the Agency and the Vice President of Contractual Management, in order to guarantee the timely and appropriate execution of the functions in charge of these. The assignment of the matters, plans, projects, contracts and activities will be recorded in the Minutes of the Board of Directors or of the body delegated by it.

7. Approve the draft annual budget of the Agency and its modifications in the Operating, Debt and Investment components and adequately monitor its management in accordance with current regulations.

8. Approve the Agency's Financial Statements.

9. Know and monitor the integrity and reliability of accounting and internal information systems.

10. Approve the policies and guidelines defined for institutional management.

11. Monitor the integrated institutional risk management system, as well as the internal control system.

12. Know and monitor so that the management of the entity is developed under an adequate control environment.

13. Promote the adoption of good corporate governance practices.

Machine Translated by Google
12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 63 of 102
Constituency of the Republic Decree 4165 of 2011

14. Adopt the entity's Code of Good Governance and establish mechanisms to verify its compliance.

15. Approve the guidelines for institutional management and planning, prioritization and inter-institutional coordination of concession projects or other forms of Public-Private Partnership.

16. Formulate guidelines and recommendations during the execution of concession and Public-Private Partnership projects, following the presentation of reports by the Agency's Vice-Presidencies for Contractual and Executive Management.

17. Authorize port concessions, following a grant study by the Agency, in accordance with article 2.2.3.3.1.1 of Decree No. 1079 of 2015.

18. Formulate recommendations for private initiative Public-Private Partnership projects, prior to feasibility approval by the Agency.

19. Formulate recommendations for public-private partnership projects of public initiative prior to the opening of the contracting process for the projects.

20. Formulate recommendations for Public-Private Partnership projects of public and private initiative, prior to the award of the projects.

21. Make recommendations for extensions and additions to the Public-Private Partnership contracts of public initiative and private initiative signed by the Agency.

22. Approve the proposal for the allocation and collection of the capital gains contribution related to infrastructure works under the jurisdiction of the Agency, in accordance with the law and the regulations on the matter.

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 64 of 102
Gaceta Diario of the Republic Decree 4165 of 2011

23. Evaluate the professional profile of independent members in accordance with the election procedure established for this purpose and select them.

24. Define the members and functions of the Technical Boards and Advisory Councils.

25. Know and evaluate conflicts of interest among members of the Board of Directors.

26. Approve, adopt and modify its own regulations.

27. Follow up on the progress report on the development of concession projects and Public-Private Partnerships presented by the President.

28. Promote the adoption of good practices that promote gender equality and inclusion.

29. Monitor compliance with the policies, institutional guidelines, standards and internal procedures required for the implementation of the Transparency Policy.

30. Self-evaluate your management annually and share your results.

31. The Board of Directors may create Advisory Boards and Technical Committees for the study, analysis and advice on issues within its competence.

32. Other functions assigned by law and regulations.

Initial text of article 9: Functions of the Board of Directors. The Board of Directors of the National Infrastructure Agency shall have the following functions:

Machine Translated by Google
12/19/24, 10:19       Case 1:25-cv-01099-JDB       Document 1-5       Filed 04/11/25       Page 65 of 102
Decree of the Republic: Decree 4165 of 2011

1. Guide the general operation of the Agency and verify compliance with the defined objectives, plans and programs and their conformity with the policies of the transport sector and the specific policies of the concession projects or other forms of Public-Private Partnership.

2. Approve, based on the recommendation of the President of the Agency, the general policy of the entity, the plans, projects and programs for their incorporation into the sectoral plans and through these into the National Development Plan.

3. Approve the draft annual investment budget of the Agency and the modifications to the approved investment budget, in accordance with current regulations.

4. To indicate the general criteria for the execution of the Agency's plans, programs, projects and resources, in accordance with its purpose and functions.

5. Approve the distribution, allocation and collection of the capital gains contribution related to infrastructure works under the jurisdiction of the Agency, in accordance with the law.

6. Establish guidelines for planning, prioritization and inter-institutional coordination of projects.

7. Approve the entity's long-, medium- and short-term Strategic Plan (objectives, goals and projects) and operational plans.

8. Appoint the members of the Structuring and Contract Management Advisory Boards and request and receive advice from the Advisory Boards on matters deemed necessary. The session at which the members of the Advisory Boards are appointed will be held without the presence of their representatives on the Board of Directors.

9. Adopt the entity's Code of Good Governance and establish mechanisms to verify its compliance.

10. Approve the Agency's Financial Statements.

11. Approve, adopt and modify its own regulations.

12. Other functions assigned by law and regulations.

Article 10. President. The administration of the Agency shall be entrusted to a President, who shall be a public employee, freely appointed and removed by the President of the Republic, and who shall be the legal representative of the entity.

Article 11. **Modified by Decree 746 of 2022, Article 5.**
Functions of the Presidency. The functions of the Presidency of the Agency are the following:

1. Ensure compliance with the Agency's objectives and strategies.

2. Submit the Institutional Strategic Plan and the Institutional Operational Plan to the Board of Directors for approval.

3. Direct and promote the formulation of plans, programs and projects related to the fulfillment of the functions of the Agency.

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB Document 1-5 Filed 04/11/25 Page 66 of 102
Gazette of the Republic No. 4 of 2011

4. Approve the technical, legal and financial structuring of the projects managed by the Agency.

## 5. Direct, guide, coordinate, monitor and supervise the development of the functions under the responsibility of the Agency.

6. Ensure compliance with the internal policies, rules and procedures necessary for the operation and provision of the Agency's services.

7. Direct administrative, financial and budgetary activities, and establish the internal rules and procedures necessary for the operation and provision of the Agency's services.

8. Request the Board of Directors to define and identify the matters, plans, projects, contracts and activities that must be managed by the Executive Vice President and Vice President of Contractual Management of the Agency, in order to guarantee the timely and appropriate execution of the functions in charge of them. The assignment of the matters, plans, projects, contracts and activities will be recorded in the Minutes of the Board of Directors or the body delegated by it.

9. Submit to the Board of Directors the draft budget, the modifications to the approved budget and the Entity's investment plans, in accordance with the legal provisions that regulate the matter.

10. Submit the Entity's financial statements for approval by the Board of Directors.

11. Establish mechanisms that ensure the integrity and reliability of accounting and internal information systems.

12. Order expenses, issue acts and enter into agreements and contracts with natural or legal persons, as well as with public or private entities, national or foreign, necessary for the fulfillment of the purpose and functions of the Agency.

Machine Translated by Google

12/19/24, 10:1    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 67 of 102
Constitution of the Republic of Ecuador 2011

13. Ensure compliance with the policies, institutional guidelines, standards and internal procedures necessary for the operation and provision of the Agency's services, including the transparency, environmental sustainability and social management policy and the risk management and administration policies.

14. Ensure the proper management of risks inherent to institutional management and the management of concession and Public-Private Partnership projects.

15. Direct and monitor the Internal Control System and the Agency's Integrated Planning and Management Model, in accordance with current regulations.

16. Ensure the proper deployment and appropriation of Corporate Governance practices that include aspects of gender equity and social inclusion, in relation to national and international reference frameworks.

17. Ensure the adoption of instruments or mechanisms to monitor compliance and operation of Corporate Governance practices.

18. Exercise the nominating power, with the exception of those corresponding to another authority, and direct the administration of the Agency's human talent.

19. Impose fines and other sanctions established in the contracts and in the law in the event of non-compliance with the obligations agreed therein.

20. Represent the Agency and appoint representatives to represent the Agency in judicial and extrajudicial matters, to defend its interests.

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB Document 1-5 Filed 04/11/25 Page 68 of 102
Official Diary of the Republic Decree 4165 of 2011

21. Promote the coordination of the Agency with public and private entities or organizations.

22. Define the Agency's communication policies and provide instructions to ensure that they are carried out in a comprehensive and coherent manner.

23. Submit to the national Government modifications to the structure and staff of the Agency.

24. Distribute staff jobs according to the internal organization and the needs of the service.

25. Distribute among the different departments of the Agency the functions and powers granted to the entity by law, when they are not expressly assigned to one of them.

26. Exercise the function of internal disciplinary control in accordance with the law.

27. Ensure compliance with the guidelines and recommendations made by the Board of Directors during the execution of concession and Public-Private Partnership projects, including the submission of reports by the Vice-Presidencies of Contractual and Executive Management of the Agency.

28. Sign port concessions, subject to prior authorization from the Board of Directors, in accordance with article 2.2.3.3.1.1 of Decree No. 1079 of 2015.

29. Approve Public-Private Partnership projects of private initiative in the pre-feasibility or feasibility stage, after prior knowledge, evaluation or recommendation of the Board of Directors.

30. Approve the opening of the contracting process for Public-Private Partnership projects of public initiative prior to knowledge,

evaluation or recommendation of the Board of Directors.

31. Sign the award of Public-Private Partnership projects of public initiative and private initiative.

32. Sign extensions and additions to Public-Private Partnership contracts of public initiative and private initiative.

33. Propose the allocation and collection of the capital gains contribution in projects that require it, in accordance with the law and the regulations on the matter.

34. Propose to the Ministry of Transportation or the competent entities, the toll rates and fees to be charged for the use of the areas and transportation infrastructure that are part of projects under the Agency's responsibility, in accordance with the policies of the Ministry of Transportation.

35. Request the Ministry of Transport to provide a prior binding opinion for the installation of toll booths and other collection points in accordance with current regulations and the Ministry's policies for projects under the Agency's responsibility.

36. Approve the strategy for promoting concession projects or other forms of Public-Private Partnership.

37. Guide and direct the monitoring of the development of concession contracts and other forms of Public-Private Partnership under its responsibility and, in the event of non-compliance with any obligation, adopt the necessary actions in accordance with the law.

38. Call ordinary and extraordinary sessions of the Board of Directors and the Advisory Boards.

39. Suggest to the Board of Directors the creation of Advisory Boards, receive recommendations and advice from these and/or from the Technical Committees.

40. Comply with and enforce the decisions of the Board of Directors.

41. Carry out other functions delegated or assigned by the Board of Directors.

42. Create and organize internal working committees and groups on a permanent or temporary basis.

43. Request the Advisory Councils and Technical Committees to hold sessions in accordance with the provisions of their own regulations.

44. Manage conflicts of interest among Agency officials.

45. Receive from the Vice Presidency of Structuring for approval the technical, legal and financial structuring of the concession projects or other forms of Public-Private Partnership to be developed by the Agency.

46. Know and monitor the database of investment banks, technical advisors and other consultants hired in the structuring processes of concession projects or other forms of Public-Private Partnership, in accordance with the guidelines of the Ministry of Transportation.

47. Comply with the guidelines on good corporate governance practices with a focus on gender equity and inclusion established by the ANI that contribute to improving the administrative and operational standards and processes of the Agency and its Board of Directors.

48. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

Machine Translated by Google
12/19/24, 10:19          Case 1:25-cv-01099-JDB          Document 1-5          Filed 04/11/25          Page 71 of 102
Gazette of the Republic: Decree 4165 de 2011

49. Periodically submit to the Board of Directors the progress report on the development of concession projects and Public-Private Partnerships. This report includes the progress, goals achieved, problems identified and potential risks for the development of concessions and Public-Private Partnerships.

50. The President may create permanent and temporary committees and internal working groups for the study, analysis and advice on issues within its competence, as well as propose to the Board of Directors the creation of other Advisory Boards, as required for the fulfillment of the institutional objectives.

51. Perform other functions assigned to it in accordance with the provisions of the law and regulations.

Initial text of Article 11: Duties of the President. The duties of the President of the Agency are as follows:

1. Direct, guide, coordinate, monitor and supervise the development of the functions under the responsibility of the Agency.

2. Direct administrative, financial and budgetary activities, and establish the internal rules and procedures necessary for the operation and provision of the Agency's services.

3. Represent the Agency and appoint representatives to represent the Agency in judicial and extrajudicial matters, to defend its interests.

4. Direct and promote the formulation of plans, programs and projects related to the fulfillment of the functions of the Agency.

5. Submit the entity's financial statements for approval by the Board of Directors.

6. Approve the technical, legal and financial structuring of the projects managed by the Agency.

7. Approve the strategy for promoting concession projects or other forms of Public-Private Partnership.

8. Guide and direct the monitoring of the development of the concession contracts under its charge and, in the event of non-compliance with any obligation, take the necessary actions in accordance with the law.

9. Order expenses, issue acts and enter into agreements and contracts with natural or legal persons, as well as with public or private entities, national or foreign, necessary for the fulfillment of the purpose and functions of the Agency.

10. Submit the Institutional Strategic Plan and the Institutional Operational Plan to the Board of Directors for approval.

11. Promote the coordination of the Agency with public and private entities or organizations.

12. Define the Agency's communication policies and provide instructions to ensure that they are carried out in a comprehensive and coherent manner.

13. Propose to the Board of Directors the distribution, allocation and collection of the capital gains contribution in the projects that require it, in accordance with the law, and distribute said contribution in accordance with the current regulations and the guidelines of the Board of Directors.

14. Propose to the Ministry of Transportation or the competent entities, the toll rates and fees to be charged for the use of the areas and transportation infrastructure that are part of projects under the Agency's responsibility, in accordance with the policies of the Ministry of Transportation.

Machine Translated by Google
12/19/24, 10:19
Case 1:25-cv-01099-JDB     Document 1-5     Filed 04/11/25     Page 72 of 102
Official of the Republic: Decree 4165 of 2011

15. Request from the Ministry of Transport a prior binding opinion for the installation of toll booths and other collection points in accordance with current regulations and the Ministry's policies for projects under the Agency's responsibility.

16. Request recommendations from the Contractual Structuring and Management Advisory Boards.

17. Call ordinary and extraordinary sessions of the Board of Directors and the Advisory Boards.

18. Submit to the Board of Directors the draft budget, the modifications to the approved budget and the investment plans of the entity, in accordance with the legal provisions that regulate the matter.

19. Submit to the National Government modifications to the structure and staff of the Agency.

20. Distribute staff jobs according to the internal organization and the needs of the service.

21. Distribute among the different departments of the Agency the functions and powers granted to the entity by law, when they are not expressly assigned to one of them.

22. Create and organize internal working committees and groups on a permanent or temporary basis.

23. Impose fines and other sanctions established in the contracts and in the law in case of non-compliance with the obligations agreed therein.

24. Direct and develop the Agency's internal control system, in accordance with current regulations.

25. Comply with and enforce the decisions of the Board of Directors.

26. Exercise the nominating power, with the exception of those corresponding to another authority, and direct the administration of the Agency's human talent.

27. Exercise the function of internal disciplinary control in accordance with the law.

28. Other functions assigned to it in accordance with the provisions of the law.


Article 12. **Amended by Decree 746 of 2022, Article 6.**
Communications Office. The functions of the Communications Office are as follows:


1. Establish methodologies and propose policy guidelines to the President of the Agency for the internal and external communication processes of the Entity.


2. Coordinate and/or prepare internal and external communications with the Ministry of Transport, public entities, the private sector, and with communities and users of the infrastructure related to concession projects or other forms of Public-Private Partnership.


3. Design, lead and execute strategies for the positioning, image and promotion of the Entity, and for the dissemination of programs and projects, in coordination with the Ministry of Transportation.

Machine Translated by Google
12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 73 of 102
Presidency of the Republic of Colombia

4. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

5. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

6. Others that are assigned in accordance with the provisions of the law and regulations.

Initial text of article 12: Communications Office. The functions of the Communications Office are the following:

1. Establish methodologies and propose policy guidelines to the President of the Agency for the entity's internal and external communication processes.

2. Coordinate and/or prepare internal and external communications with the Ministry of Transport, public entities, the private sector, and with communities and users of the infrastructure related to concession projects or other forms of Public-Private Partnership.

3. Design, lead and execute strategies for the positioning, image and promotion of the entity, and for the dissemination of programs and projects, in coordination with the Ministry of Transportation.

4. Others that are assigned in accordance with the provisions of the law.

Article 13. **Amended by Decree 746 of 2022, Article 7.**
Internal Control Office. The functions of the Internal Control Office are as follows:

1. Advise and support the President of the Agency in the design, implementation and evaluation of the Internal Control System, and verify its operation.

2. Develop instruments and advance strategies aimed at promoting a culture of self-control and quality that contributes to continuous improvement in the provision of the Agency's services.

3. Design the plans, methods, procedures and mechanisms for verification and evaluation of the Agency's Internal Control System.

4. Apply management control and interpret its results with the aim of presenting recommendations to the President of the Agency, making

Machine Translated by Google

emphasis on management indicators designed and reported periodically by the competent department.

5. Verify compliance with the Agency's policies, standards, procedures, plans, programs, projects and goals, recommend relevant adjustments and monitor their implementation.

6. Advise departments on the identification and prevention of risks that may affect the achievement of their objectives.

7. Advise, accompany and support the Agency's employees in the development and improvement of the Internal Control System and keep the President informed about the progress of the System.

8. Submit activity reports to the President of the Agency and the Internal Control System Coordination Committee.

9. Prepare and consolidate the Fiscal Accountability Report that must be submitted annually to the Comptroller General of the Republic at the beginning of each fiscal year.

10. Coordinate and consolidate responses to requests submitted by the supervisory bodies regarding the Agency's management.

11. Support the development, maintenance and continuous improvement of the Integrated Institutional Management System, supervise its effectiveness and compliance with its recommendations.

12. Develop audit programs in accordance with the nature of the evaluation, formulating relevant observations and recommendations.

13. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and

Machine Translated by Google
12/19/24, 10:19          Case 1:25-cv-01099-JDB        Document 1-5        Filed 04/11/25        Page 75 of 102
Gazette of the Republic: Decreto 4165 de 2011

guidelines defined therein.

14. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

15. Others that are assigned in accordance with the provisions of the law and regulations.

Initial text of article 13: Internal Control Office. The following are the functions of the Internal Control Office:

1. Advise and support the President of the Agency in the design, implementation and evaluation of the Internal Control System, and verify its operation.

2. Develop instruments and advance strategies aimed at promoting a culture of self-control and quality that contributes to continuous improvement in the provision of the Agency's services.

3. Design the plans, methods, procedures and mechanisms for verification and evaluation of the Agency's Internal Control System.

4. Apply management control and interpret its results with the aim of presenting recommendations to the President of the Agency, emphasizing the management indicators designed and reported periodically by the competent department.

5. Verify compliance with the Agency's policies, standards, procedures, plans, programs, projects and goals, recommend relevant adjustments and monitor their implementation.

6. Advise departments on the identification and prevention of risks that may affect the achievement of their objectives.

7. Advise, accompany and support the Agency's employees in the development and improvement of the Internal Control System and keep the President informed about the progress of the System.

8. Submit activity reports to the President of the Agency and the Internal Control System Coordination Committee.

9. Prepare and consolidate the Fiscal Accountability Report that must be submitted annually to the General Contracting Office of the Republic at the beginning of each fiscal year.

10. Coordinate and consolidate responses to requests submitted by the supervisory bodies regarding the Agency's management.

11. Support the development, maintenance and continuous improvement of the Integrated Institutional Management System, supervise its effectiveness and compliance with its recommendations.

12. Develop audit programs in accordance with the nature of the evaluation, formulating relevant observations and recommendations.

13. Any others that are assigned in accordance with the provisions of the law.

Article 13A. **Added by Decree 746 of 2022, Article 8.**_____
Executive Vice-Presidency. The functions of the Executive Vice-Presidency are as follows:

1. Exercise legal representation of the National Infrastructure Agency in the contracts assigned to it by the President of the Agency with the recommendation of the Board of Directors.

2. Lead the operational committees created to promote and monitor the proper execution of the projects assigned by the President of the National Infrastructure Agency with the recommendation of the Board of Directors.

3. Coordinate the functions of the Agency's missionary Vice-Presidencies, taking into account the responsibilities assigned to each of them.

4. Direct the process of delivery and receipt of the areas and infrastructure, in accordance with the provisions of the concession contracts or other forms of Public-Private Partnership, which are assigned by the President of the Agency and the projects under his/her charge, in coordination with the other Vice-Presidencies of the Agency, the entities of the sector and the concessionaires.

5. Direct the preparation of the specifications and support the process of contracting the supervision of concession contracts or other forms of Public-Private Partnership -PPP, in accordance with current regulations and the guidelines of the President of the Agency.

6. Control the payment of contributions and guarantees for minimum income, as well as monitor actual income, in accordance with the provisions of the concession contracts and other forms of Public-Private Partnership assigned by the President of the Agency and for the projects under its charge.

7. Coordinate, supervise, evaluate and control the compliance and development of concession contracts or other forms of Public-Private Partnership, as well as the supervision contracts under the National Infrastructure Agency, which are assigned by the President of the Agency, with the recommendation of the Board of Directors.

8. Evaluate and control the financial management of concession contracts or other forms of Public-Private Partnerships by the National Agency

Infrastructure, which are assigned by the President of the Agency with the recommendation of the Board of Directors.

9. Manage with the Ministry of Finance and Public Credit and the National Planning Department, the resource needs of the projects that have been assigned to it, in coordination with the other vice presidencies of the Agency and the Ministry of Transportation, and under the directive of the President.

10. Analyze and evaluate contractual disputes that may arise during the execution of concession contracts and other forms of Public-Private Partnerships under its responsibility, proposing and adopting formulas aimed at overcoming the inconveniences that obstruct the progress or execution of the contract, preventing the eventual paralysis of the works and suspension of the public service for which the infrastructure is intended, safeguarding the interest of the Entity.

11. Coordinate the development and evaluation of special or cross-cutting plans, programs and projects assigned by the President of the Agency.

12. Propose, adopt and implement the measures required for the management of concession projects and other forms of Public-Private Partnerships assigned by the President, for their smooth and effective execution, and propose, adopt and implement preventive methodologies and strategies to ensure the effectiveness of supervision, monitoring, administration and control; execution and liquidation of concessions and other Public-Private Partnerships under its charge, and issue the corresponding authorizations, order payments, and generally sign all documents required for monitoring contractual management.

13. Approve, manage, control and monitor the establishment and expiration of guarantees related to concession contracts and other forms of public-private partnership assigned by the President of the Agency, in accordance with the provisions of the contractual clauses.

14. Define the technical criteria to grant permits and authorizations related to the use or intervention of the areas and infrastructure assigned to the Agency, in accordance with the

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB Document 1-5 Filed 04/11/25 Page 78 of 102
Unofficial Copy of the Republished Decree 4165 of 2011

stipulated in concession contracts and other forms of Public-Private Partnership.

15. Attend to, apply and assist in the implementation of the standards and procedures of the Integrated Planning and Management Model.

16. Recommend to the corresponding authority the signing of port concessions in accordance with current regulations.

17. Recommend to the appropriate authority the Public-Private Partnership projects of private initiative, which move to the pre-feasibility or feasibility stage.

18. Recommend to the appropriate authority the opening of the contracting process for Public-Private Partnership projects of public initiative.

19. Recommend to the appropriate authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

20. Propose to the appropriate authority the signing of extensions and additions to Public-Private Partnership contracts of public initiative and private initiative.

21. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in technical committees, internal committees, and other decision-making bodies created for decision-making, internal communication, and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

22. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

Machine Translated by Google

12/19/24, 10:15    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 79 of 102
Gaceta del Diario Oficial de la República de Colombia - Decreto 4165 de 2011

23. Adopt decisions related to modifications to concession contracts and other forms of public-private partnership assigned by the President of the Agency, and sign the modifying contracts, commitments, amendments, transactions or reconciliations that document the agreements, in the name and representation of the National Infrastructure Agency, based on the technical and financial feasibility analyses carried out under its direction and coordination that guarantee full compliance with the applicable legal framework and the preservation of public assets.

24. Propose to the appropriate authority the signing of extensions and additions to concession and Public-Private Partnership contracts.

25. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

26. Submit to the Board of Directors, with prior approval from the President, the report on the execution of the concession and Public-Private Partnership projects under its responsibility.

27. Support the preparation of reports required by supervisory bodies and other authorities.

28. Perform other functions assigned to it in accordance with the provisions of the law and regulations.

Article 14. **Amended by Decree 746 of 2022, Article 9.**
Vice-Presidency of Structuring. The functions of the Vice-Presidency of Structuring are as follows:

1. Guide the structuring of transport infrastructure projects, in accordance with legal regulations, national government policies, transport sector guidelines and the guidelines of the President of the Agency.

2. Structure and technically, financially and legally evaluate the concession projects or other forms of Public-Private Partnership for the design, construction, improvement, maintenance, operation, administration and/or exploitation of public transportation areas and infrastructure and related and connected services, as well as other infrastructure assigned to the Agency, in accordance with the entity's purpose.

3. Analyze, evaluate and consolidate the supporting documents required to obtain approval from the Ministry of Finance and Public Credit and the National Planning Department for the resources and guarantees of the Agency's transportation infrastructure projects.

4. Prepare the specifications, support the contracting, and supervise the work and projects of external advisory services related to the technical, legal and financial structuring of the projects to be developed by the Agency.

5. Conduct research on market conditions related to investment in transport infrastructure, both nationally and internationally, investment levels, financing schemes for infrastructure projects and others deemed necessary for the process of structuring projects and the continuous improvement of the Agency.

6. Propose to the President of the Agency the management and promotion strategy for transport infrastructure projects and monitor their development, in accordance with the guidelines and directives of the transport sector.

7. Identify and direct, for each of the projects being structured, the formulation and criteria for distributing the risks inherent to transport infrastructure projects, subject to the guidelines established by the national Government, and in coordination with the Vice Presidency of Planning, Risks and Environment.

8. Define the methodologies required for the technical, legal and financial structuring of transport infrastructure projects, in accordance with sector guidelines.

Machine Translated by Google
12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 81 of 102
Gazette of the Republic - Decree 4165 of 2011

9. Evaluate, control and monitor the execution of the budget, schedules and management indicators for plans regarding the structuring of transport infrastructure projects, aimed at the continuous improvement of the Entity.

10. Register, update and maintain the databases related to the structuring of transport infrastructure projects, including investment banks, technical advisors and other consultants hired in the structuring processes of concession projects or other forms of Public-Private Partnership, in such a way that they serve as support for the management of the corresponding area in accordance with the guidelines of the competent area of the Agency.

11. Attend to, apply and assist in the implementation of the standards and procedures of the Integrated Planning and Management Model.

12. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in technical committees, internal committees, and other decision-making bodies created for decision-making, internal communication, and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

13. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

14. Propose to the corresponding authority the subscription of port concessions in accordance with current regulations.

15. Propose to the corresponding authority the Public-Private Partnership projects of private initiative that move to the pre-feasibility or feasibility stage.

16. Propose to the appropriate authority the opening of the contracting process for Public-Private Partnership projects of public initiative.

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 82 of 102
Gaceta Legal of the Republic Decree 4165 of 2011

17. Propose to the corresponding authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

18. Recommend to the appropriate authority the signing of extensions and additions to concession and Public-Private Partnership contracts.

19. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

20. Submit to the President of the Agency for approval the technical, legal and financial structuring of the concession projects or other forms of Public-Private Partnership to be developed by the Agency.

21. Support the preparation of reports required by the control entities and other authorities, and manage and consolidate the information generated in the structuring processes of infrastructure projects.

22. Perform other functions assigned to it in accordance with the provisions of the Law and regulations.

Initial text of article 14: Vice-Presidency of Structuring. The functions of the Vice-Presidency of Structuring are the following:

1. Structure and technically, financially and legally evaluate the concession projects or other forms of Public-Private Partnership for the design, construction, improvement, maintenance, operation, administration and/or exploitation of public transportation areas and infrastructure and related and connected services, as well as other infrastructure assigned to the Agency, in accordance with the purpose of the entity.

2. Analyze, evaluate, assess and support the presentation for approval before the Ministry of Finance and Public Credit and the National Planning Department, the resource needs and guarantees of the projects to be developed by the Agency.

3. Prepare the specifications, support the contracting, and supervise the work and projects of external consultancy related to the technical, legal and financial structuring of the projects to be developed by the Agency.

4. Conduct research on market conditions related to investment in transport infrastructure, both nationally and internationally, investment levels, financing schemes for infrastructure projects and others deemed necessary for the structuring process.

5. Submit to the President of the Agency for approval the technical, legal and financial structuring of the concession projects or other forms of Public-Private Partnership to be developed by the Agency.

Machine Translated by Google

12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 83 of 102
Guidelines of the Republic of Colombia 4165 of 2011

6. Define methodologies for structuring concession projects or other forms of Public-Private Partnership in all technical, financial and legal aspects.

7. Identify, analyze and propose risk distribution criteria in concession projects or other forms of Public-Private Partnership, subject to the guidelines established by the National Government and in coordination with the Vice Presidency of Planning, Risks and Environment.

8. Request recommendations from the Structuring Advisory Council on criteria, strategies and conditions for concession projects or other forms of Public-Private Partnership in the process of structuring.

9. Serve as Technical Secretary of the Structuring Advisory Council.

10. Control and monitor the budget variables, schedule and management indicators of the structuring process of the concession projects or other forms of Public-Private Partnership under its responsibility.

11. Maintain and update the database of investment banks, technical advisors and other consultants hired in the structuring processes of concession projects or other forms of Public-Private Partnership.

12. Manage and consolidate the information generated in the structuring processes of concession projects or other forms of Public-Private Partnership.

13. Others that are assigned in accordance with the provisions of the law.

**Note, article 14: See Resolution 57 of 2019. See Resolution 56 of 2019, M. Transport.**

Article 15. **Amended by Decree 746 of 2022, Article 10.**
Vice-Presidency of Contract Management. The functions of the Vice-Presidency of Contract Management are as follows:

1. Direct, guide, monitor and supervise the evaluation and control of the execution of transport infrastructure projects and supervision contracts of the National Infrastructure Agency, in accordance with the provisions of concession contracts and other forms of Public-Private Partnership.

2. Direct the process of delivery and receipt of transport infrastructure, in accordance with the provisions of the concession contracts and other forms of public-private partnership, in coordination with the sector entities, the concessionaires and the other vice-presidencies.

3. Direct the preparation of the specifications and support the process of contracting the supervision of concession contracts or other forms of Public-Private Partnership -PPP, in accordance with current regulations and the guidelines of the President of the Agency.

Machine Translated by Google

4. Approve the payment of contributions and guarantees for minimum income, as well as real income, in accordance with the provisions of concession contracts and other forms of Public-Private Partnership.

5. Monitor and enforce compliance with obligations related to risk distribution, in accordance with the provisions of concession contracts and other forms of public-private partnership, in coordination with the Vice Presidency of Planning, Risks and Environment.

6. Direct and guide the studies related to the relevant modifications to the concession contracts and other forms of public-private association of the Entity, in accordance with the feasibility analyses carried out by the competent areas, according to the rules and guidelines on the matter, to be proposed to the approval and subscription bodies.

7. Advance applications and accompany processes for the imposition of fines and other sanctions for non-compliance with contractual obligations, in accordance with current regulations and the provisions of concession contracts and other forms of public-private partnership.

8. Direct and guide the control and verification of compliance with the technical, legal and financial aspects of concession contracts and other forms of Public-Private Partnership, as well as the supervision and consulting aspects inherent to them.

9. Approve and manage the constitution and expiration of guarantees related to concession contracts and other forms of public-private partnerships, in accordance with the provisions of the contractual clauses.

10. Define the methodologies required for the contractual management of the concessioned infrastructure and other forms of Public-Private Partnership, in accordance with the guidelines of the Sector.

11. Evaluate, control and monitor the execution of plans, programs and projects in the area of contractual management of the concessioned infrastructure and other forms of Public-Private Partnership, aimed at the continuous improvement of the Entity.

Machine Translated by Google

12. Submit to the Board of Directors, with prior approval from the President, the report on the execution of the concession and Public-Private Partnership projects under its responsibility.

13. Attend to, apply and assist in the implementation of the standards and procedures of the Integrated Planning and Management Model.

14. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in Technical Committees, Internal Committees, and other decision-making bodies created for decision-making, internal communication and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

15. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

16. Recommend to the corresponding authority the signing of port concessions in accordance with current regulations.

17. Recommend to the appropriate authority the Public-Private Partnership projects of private initiative, which move to the pre-feasibility or feasibility stage.

18. Recommend to the appropriate authority the opening of the contracting process for Public-Private Partnership projects of public initiative.

19. Recommend to the appropriate authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

20. Propose to the appropriate authority the signing of extensions and additions to Public-Private Partnership contracts of public initiative and private initiative.

21. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

22. Monitor the management of resources and financial indicators committed in concession contracts or other forms of Public-Private Partnership.

23. Supervise the execution of engineering works, the delivery of equipment, economic and commercial management, compliance with the service and financial indicators of the concessions, and other obligations included in the contracts under its charge.

24. Provide recommendations on the contractual terms of the projects under the entity's responsibility, prior to the start of the contracting process.

25. Support the preparation of reports required by supervisory bodies and other authorities.

26. Others that are assigned in accordance with the provisions of the law and regulations.

Initial text of article 15: Vice-Presidency of Contractual Management. The following are the functions of this Vice-Presidency:

1. Supervise, evaluate and control compliance with the supervision and concession contracts or other forms of Public Private Partnership of projects related to areas and transport infrastructure in all its modes or any other that has been assigned to the Agency.

2. Coordinate with the sector entities and with the concessionaires the receipt and delivery of the areas and infrastructure, in accordance with the terms established in the respective concession contracts or other forms of Public-Private Partnership –PPP.

3. Prepare the specifications and support the process of contracting the supervision of concession contracts or other forms of Public Private PPP.

4. Coordinate the procedures related to the control and payment of contributions and guarantees established in concession contracts or other forms of Public-Private Partnership –PPP.

5. Manage the processes for the imposition of fines and other sanctions established in the contracts and in the law in the event of non-compliance with the obligations agreed therein.

6. Monitor and enforce compliance with obligations related to risk distribution established in concession contracts or other forms of Public-Private Partnership –PPP.

7. Identify and propose, as a result of the analysis of financial, legal and technical viability, the required modifications to the concession contracts or other forms of Public Private Partnership – PPP, ensuring compliance with the guidelines and policies for linking private capital.

Machine Translated by Google
12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 87 of 102
Creation of the Republic Filed

issued by the entities in charge of planning the transport sector of other sectors where applicable and by the National Government in accordance with the terms of Article 3 of this decree.

8. Establish methodologies for the supervision, monitoring, administration and control of the contracts under its charge, in the different stages of the concession projects or other forms of Public Private Partnership.

9. Establish the technical evaluation criteria and grant permits and authorizations related to the use or intervention of the areas and infrastructure assigned to the Agency, in accordance with the terms established in the concession contracts or other forms of Public-Private Partnership.

10. Monitor the management of resources and financial indicators committed in concession contracts or other forms of Public-Private Partnership.

11. Supervise the execution of engineering works, the delivery of equipment, economic and commercial management, compliance with the service and financial indicators of the concessions, and other obligations included in the contracts under its charge.

12. Manage and monitor the establishment and expiration of guarantees related to concession projects or other forms of Public-Private Partnership under its responsibility.

13. Request recommendations from the Contract Management Advisory Council on matters related to the monitoring, management and modification of concession contracts or other forms of Public Private Partnership –PPP.

14. Serve as Technical Secretary of the Contract Management Advisory Council.

15. Provide recommendations on the contractual terms of the projects under the entity's responsibility, prior to the start of the contracting process.

16. Others that are assigned in accordance with the provisions of the law.

**Note, article 15: See Resolution 57 of 2019. See Resolution 56 of 2019, M. Transport.**

Article 16. **Amended by Decree 746 of 2022, Article 12.**
Legal Vice-Presidency. The functions of the Legal Vice-Presidency are as follows:

1. Guide the President in the formulation of policies, plans, programs and projects related to the legal management of the Agency in accordance with current regulations.

2. Direct and coordinate the entity's contracting processes, as well as the issuance of inherent administrative acts in accordance with current regulations.

3. Provide legal advice on the structuring and contractual management of concession projects and other forms of Public-Private Partnerships, in accordance with current regulations.

4. Prepare the specifications, support the contracting, and supervise the work and projects of external advisory services related to the legal structuring of the projects to be developed by the Agency.

Machine Translated by Google

12/19/24, 10:1...    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 88 of 102
Decree 4165 of the Republic of Colombia 2011

5. Issue the concepts that define the legal position of the Entity in accordance with current regulations and jurisprudence, as well as manage the bank of concepts issued.

6. Represent the National Infrastructure Agency judicially and extrajudicially, directly or through external lawyers, in the proceedings and actions that are instituted against it or that it must promote, through power or delegation received from the President of the Agency and supervise the processing of the same.

7. Analyze, conceptualize and/or prepare draft administrative acts necessary for the management of the entity, coordinate their notification, in cases where required, and keep the record, numbering and archiving of all regulatory production of the entity.

8. Establish guidelines for the production of administrative acts, for which criteria such as the validity of the acts, modifications and others that are relevant will be defined.

9. Direct, control and coordinate the management of the coercive jurisdiction process to achieve the efficient collection of sums owed to the Entity.

10. Establish strategies for preventing unlawful harm and participate in defining the entity's legal risk maps.

11. To safeguard, in coordination with the different areas, the Agency's contracts in accordance with applicable regulations and institutional policies.

12. Direct and coordinate the collection of regulations, jurisprudence and doctrine relating to the Agency's affairs, promote their dissemination and ensure their updating.

Machine Translated by Google

12/19/24, 10:1... Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 89 of 102
Official Gazette of the Republic of Colombia 2011

13. Attend to, apply and assist in the implementation of the standards and procedures of the Integrated Planning and Management Model.

14. Recommend to the corresponding authority the signing of port concessions in accordance with current regulations.

15. Recommend to the appropriate authority the Public-Private Partnership projects of private initiative, which move to the pre-feasibility or feasibility stage.

16. Recommend to the appropriate authority the opening of the contracting process for Public-Private Partnership projects of public initiative.

17. Recommend to the appropriate authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

18. Recommend to the appropriate authority the signing of extensions and additions to Public-Private Partnership contracts of public and private initiative.

19. Direct and monitor contractual administrative sanctioning procedures in accordance with established terms and current regulations.

20. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in technical committees, internal committees, and other decision-making bodies created for decision-making, internal communication, and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

21. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

Machine Translated by Google
12/19/24, 10:19    Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 90 of 102
Government of the Republic: Decree 4165 of 2011

22. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

23. Analyze the existence or not of real or potential conflicts of interest, according to the disclosures received and notify the applicant whether or not there is a conflict of interest through written communication, including any appropriate recommendations.

24. Monitor and periodically report to internal bodies or committees (as defined) the results of the actions taken in relation to disclosed or known conflicts of interest.

25. Support the preparation of reports required by supervisory bodies and other authorities.

26. Perform other functions assigned to it in accordance with the provisions of the law and regulations.

Initial text of article 16: Legal Vice-Presidency. The following are the functions of the Legal Vice-Presidency:

1. Assist the President of the Agency in determining the policies, objectives and strategies related to strengthening the processes of legal advice, contracting, judicial defense and regulatory management.

2. Plan, direct and coordinate the execution of the entity's mission-related contracting and operating processes, including the awarding of contracts, as well as prepare draft administrative acts related to said processes, where required.

3. Provide management and legal support in the structuring and contractual management processes of the Public-Private Partnership projects managed by the Agency.

4. Provide legal conceptualization on issues required by the President of the Agency, as well as those of the entity's mission and support areas.

5. Represent the National Infrastructure Agency judicially and extrajudicially, directly or through external lawyers, in the proceedings and actions that are instituted against it or that it must promote, through power or delegation received from the President of the Agency and supervise the processing of the same.

6. Study, conceptualize and/or prepare the draft administrative acts necessary for the management of the entity, coordinate their notification, in cases where required, and keep the record, numbering and archiving of all the normative production of the entity.

7. Establish guidelines for the production of administrative acts, for which criteria such as the validity of the acts, modifications and others that are relevant will be defined.

8. Direct and coordinate the activities related to the coercive jurisdiction process and, in accordance with the law, collect the sums owed by reason of the exercise of its functions.

9. Establish strategies for preventing unlawful harm and participate in defining the entity's legal risk maps.

Machine Translated by Google

12/19/24, 10:19          Case 1:25-cv-01099-JDB          Document 1-5          Filed 04/11/25          Page 91 of 102
Gazette of the Republic: Decree 4165 of 2011

10. In coordination with the different areas, safeguard the entity's mission and operating contracts.

11. Manage and update the entity's bank of legal concepts.

12. Identify, analyze and keep track of the regulations, doctrine and jurisprudence that apply to the entity.

13. Others that are assigned in accordance with the provisions of the law.

Article 17. **Amended by Decree 746 of 2022, Article 11.**

Vice-Presidency of Planning, Risks and Environment. The functions of the Vice-Presidency of Planning, Risks and Environment are the following:

1. Establish methodologies and develop economic, sectoral, project prioritization and market studies, as well as other required studies, prior to the process of structuring concession projects or other forms of public-private partnership under the responsibility of the entity.

2. Manage the Agency's project bank, in accordance with the guidelines of the Ministry of Transport, the National Planning Department and the Presidency of the Entity.

3. Advise on the strategic definition of the reversion of areas and infrastructure associated with concession contracts or other forms of Public-Private Partnership managed by the Agency.

4. Define the guidelines for the formulation, updating and implementation of the Agency's knowledge management policy, in coordination with the other Vice-Presidencies.

5. Establish methodologies for strategic and operational planning processes, coordinate their implementation, prepare the Agency's strategic and action plan in coordination with other areas, and once approved, monitor and evaluate them and propose the corresponding adjustments.

6. Design methodologies and coordinate the studies necessary to carry out the impact assessment of the projects under the Agency's responsibility.

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 92 of 102
Official Daily of the Republic of Colombia 4/11/25, 2011

7. Define the guidelines for evaluations of the entity's processes and make the relevant adjustments.

8. Prepare, in coordination with other departments, the programming and consolidation of the investment plan, and coordinate and update the information required in the systems established for monitoring investment projects under the entity's responsibility.

9. Coordinate and consolidate the Agency's draft budget, as well as any modifications to the approved budget, and carry out an analysis of budget execution.

10. Define guidelines for the proper implementation of methodologies related to the comprehensive management of corporate risks in institutional processes, the fight against corruption, contractual risks and those associated with transport infrastructure projects and direct the Agency's risk management.

11. Define guidelines for land acquisition, land legal management, environmental and social management of transport infrastructure projects and other forms of public-private partnerships, during their structuring and contracting.

12. Direct and monitor the social, property, legal, and environmental management of transportation infrastructure projects, in coordination with other areas of the Entity, as well as guide the definition of methodologies and strategies inherent to said process.

13. Support the preparation of reports required by supervisory bodies and other authorities.

14. Support and promote interaction between the different areas of the entity with government entities for the development of transportation infrastructure projects.

15. Direct, guide and monitor the Integrated Institutional Planning and Management Model, in coordination with the departments

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB Document 1-5 Filed 04/11/25 Page 93 of 102
Gaseta jurídica of the Republic of Colombia - 4165 of 2011

of the Entity.

16. Define the technological strategy, design, implement and manage the information systems, technological resources and technical support required by the Entity.

17. Recommend to the corresponding authority the signing of port concessions in accordance with current regulations.

18. Recommend to the appropriate authority the Public-Private Partnership projects of private initiative, which move to the pre-feasibility or feasibility stage.

19. Recommend to the appropriate authority the opening of the contracting process for Public-Private Partnership projects of public initiative.

20. Recommend to the appropriate authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

21. Recommend to the appropriate authority the signing of extensions and additions to Public-Private Partnership contracts of public and private initiative.

22. Guide the formulation, execution, monitoring, evaluation and projection of the adjustments required to the Agency's strategic and action plan, in accordance with the National Development Plan and the Sector's policies and guidelines.

23. Establish guidelines for the proper implementation of the transparency policy and its associated mechanisms, in order to contribute to institutional strengthening.

24. Define guidelines for monitoring and exercising legal representation and defense in judicial or administrative expropriation processes, executive and administrative processes, guardianship and police actions, related to the acquisition of real estate for transportation infrastructure projects under the responsibility of the Entity.

25. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in technical committees, internal committees, and other decision-making bodies created for decision-making, internal communication, and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

26. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

27. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

28. Perform other functions assigned to it in accordance with the provisions of the law and regulations.

Initial text of article 17: Vice-Presidency of Planning, Risks and Environment. The functions of the Vice-Presidency of Planning, Risks and Environment are the following:

 1. Establish the methodologies for the strategic and operational planning processes, coordinate their implementation, prepare the Agency's strategic and action plan in coordination with other areas, and once approved, monitor and evaluate them and propose the corresponding adjustments.

2. Establish methodologies and develop economic, sectoral, project prioritization and market studies, as well as other required studies, prior to the process of structuring concession projects or other forms of public-private partnership under the responsibility of the entity.

3. Manage the Agency's project bank, in accordance with the guidelines of the Ministry of Transport and the National Planning Department.

4. Advise on the strategic definition of the reversion of areas and infrastructure associated with concession contracts or other forms of Public-Private Partnership managed by the Agency.

5. Establish methodologies, execute and coordinate the entity's knowledge management process.

6. Design methodologies and coordinate the studies necessary to carry out the impact assessment of the projects under the Agency's responsibility.

7. Consolidate and analyze the evaluations of the entity's processes and formulate the relevant adjustments.

8. Prepare, in coordination with other departments, the programming and consolidation of the investment plan, and coordinate and update the information required in the systems established for the

Machine Translated by Google
12/19/24, 10:19     Case 1:25-cv-01099-JDB     Document 1-5     Filed 04/11/25     Page 95 of 102
Gazette of the Republic: Decree 04/4/2011

monitoring of investment projects carried out by the entity.

9. Coordinate and consolidate the Agency's draft budget, as well as any amendments to the approved budget, and carry out an analysis of budget execution.

10. Establish methodologies, support and/or coordinate the identification, assessment, distribution, administration and monitoring of risks in concession projects or other forms of public-private partnership under the entity's responsibility, as well as the risks associated with the entity's mission and support processes.

11. Define the requirements for property acquisition, environmental and social management of the projects prior to the start of the contracting processes.

12. Establish management methodologies and strategies, and direct and/or supervise social, property and environmental management in compliance with contracts, permits and licenses, including expropriation processes required in the development of projects under the Agency's responsibility.

13. Design, implement and manage information systems and define the entity's technological strategy.

14. Coordinate the preparation of reports required by supervisory bodies and other authorities.

15. Support and promote interaction between the different areas of the entity and with Government entities for the development of concession projects or other forms of Public-Private Partnership.

16. Direct and coordinate the development and maintenance of the Integrated Institutional Management System and the observance of its recommendations within the scope of its competence.

17. Others that are assigned in accordance with the provisions of the law.

Article 18. **Amended by Decree 746 of 2022, Article 13.**

Vice President of Corporate Management. The functions of the Vice President of Corporate Management are as follows:

1. Assist the President of the Agency in determining the policies, objectives and strategies related to the administration of the entity.

2. Direct human resources management, physical resources administration, financial management, document management, and citizen service, in accordance with legal regulations and the guidelines of the President of the Agency.

3. Propose, monitor and evaluate administrative and financial plans, programs and projects, aimed at the continuous improvement of the Entity.

4. Direct the consolidation of the Entity's draft operating budget and the purchasing plan, according to the needs and requirements of the departments and control the proper execution of financial resources, in accordance with the guidelines of the Ministry of Finance and Public Credit and the National Planning Department.

Machine Translated by Google

12/19/24, 10:1... Case 1:25-cv-01099-JDB Document 1-5 Filed 04/11/25 Page 96 of 102
Gaceta del... of the Republic... decree ... 1510 of 2011

5. Define the global payment goal and/or the Annual Monthly Cash Program, PAC, which must be adopted in accordance with the guidelines issued in this regard by the Ministry of Finance and Public Credit and the National Planning Department.

6. Direct the management of the Entity's budget, accounting and treasury, in accordance with current regulations and the guidelines of the President of the Agency.

7. Implement and direct the management of personnel administration policies and programs, social welfare, selection, registration and control, training, incentives and development of human talent.

8. Manage the file and correspondence management of all processes and areas of the entity.

9. Coordinate, manage and monitor the proper handling of requests, complaints, claims and petitions made by citizens.

10. Coordinate the disciplinary function and apply the procedure in accordance with the rules governing the matter.

11. Direct, control and coordinate activities related to general services for the Agency.

12. Manage the payment process for the accounts that the Agency must make, in accordance with the established procedure and deadlines.

13. Direct the consolidation and presentation of the balance sheet and other accounting reports of the Entity, according to current regulations.

14. Guide the other departments of the Entity in administrative and financial matters, according to the guidelines of the national Government and

Machine Translated by Google
12/19/24, 10:1... Case 1:25-cv-01099-JDB    Document 1-5    Filed 04/11/25    Page 97 of 102
Customs law of the Republic of decree 4165 of 2011

the guidelines of the Presidency of the Agency.

15. Propose to the President of the Agency the Specific Manual of Functions and Labor Competencies of the Entity, in accordance with the policies of the national Government and current regulations.

16. Recommend to the corresponding authority the signing of port concessions in accordance with current regulations.

17. Recommend to the appropriate authority the Public-Private Partnership projects of private initiative, which move to the pre-feasibility or feasibility stage.

18. Recommend to the appropriate authority the signing of the opening of the contracting process for Public-Private Partnership projects of public initiative.

19. Recommend to the appropriate authority the signing of the award of Public-Private Partnership projects of public initiative and private initiative.

20. Recommend to the appropriate authority the signing of extensions and additions to Public-Private Partnership contracts of public and private initiative.

21. Analyze and consolidate the administrative and financial reports required by the President of the Agency, control bodies and other government entities, within the established deadlines.

22. Attend to, apply and assist in the implementation of the standards and procedures of the Integrated Planning and Management Model.

23. Comply with the guidelines described in the Code of Good Corporate Governance, including participation in technical committees, internal committees, and other decision-making bodies created for decision-making.

decisions, internal communication and reports that must be submitted to the Board of Directors and Senior Management as appropriate.

24. Comply with the institutional policies established within the framework of good corporate governance practices and follow the commitments and guidelines defined therein.

25. Reveal potential or actual conflicts of interest, for their appropriate management by the Agency.

26. Know and keep a record of conflicts of interest reported by the Legal Vice Presidency with the support of the Internal Human Talent Working Group.

27. Support the preparation of reports required by control bodies and other authorities

28. Perform other functions assigned to it in accordance with the provisions of the Law and regulations.

Initial text of article 18: Administrative and Financial Vice-Presidency. The following are the functions of the Administrative and Financial Vice-Presidency:

1. Assist the President of the Agency in determining the policies, objectives and strategies related to the administration of the entity.

2. Direct the administrative, financial and human resources affairs of the entity.

3. Execute the budget, accounting, treasury, institutional financial management and document management processes.

4. Prepare and consolidate the draft operating budget and develop the purchasing plan, in coordination with the other areas of the entity.

5. Define the overall payment goal and/or the Annual Monthly Cash Program, PAC, that must be adopted in accordance with the guidelines issued in this regard by the Ministry of Finance and Public Credit and the National Planning Department.

6. Monitor and control the execution of the entity's budget.

7. Implement policies and programs for personnel administration, social welfare, selection, registration and control, training, incentives and development of human talent, and direct their management.

8. Manage the file and correspondence management of all processes and areas of the entity.

9. Coordinate, manage and monitor the proper handling of requests, complaints, claims and petitions made by citizens.

10. Coordinate the disciplinary function and apply the procedure in accordance with the provisions of Law 734 of 2002 or the ___ . regulations that modify or replace it.

11. Direct, control and coordinate activities related to suppliers, the acquisition, storage, custody, maintenance, distribution and inventories of the elements, equipment and other goods necessary for the operation of the Agency.

12. Manage the entity's technological resources and the required technical support.

13. Any others that are assigned in accordance with the provisions of the law.

## Article 19. **Amended by Decree 746 of 2022, Article 14.** Advisory, Coordination and Control Bodies.

The National Infrastructure Agency shall have the advisory, coordination and control bodies required to fulfil its purpose, under the parameters of good governance, in accordance with the legal and regulatory provisions in force.

~~Initial text of article 19: Coordination and Advisory Bodies. The National Infrastructure Agency will have a Structuring Advisory Board and a Contract Management Advisory Board.~~

The composition and functions of the Personnel Commission and the Internal Control System Coordination Committee shall be governed by the legal and regulatory provisions in force.

The President may create special permanent or temporary committees for the study, analysis and advice on matters within the Agency's jurisdiction.

## Article 20. **Repealed by Decree 746 of 2022, Article 15.**

*Composition of advisory boards. Each Advisory Board shall be composed of three (3) members, appointed by the Board of Directors, for fixed periods of four years, extendable up to one time. The session in which the members of the Advisory Boards are appointed shall be held without the presence of their representatives on the Board of Directors.*

*If, during the same presidential term, the Board of Directors has to decide on the appointment of all the members of any of the Advisory Boards, it will have to extend the term of at least one of them.*

*The members of each Advisory Board must have different professional profiles so that multidisciplinary Advisory Boards are formed, in disciplines relevant to the Agency, such as law, engineering, finance, administration and economics.*

*Members of the Advisory Boards must meet the following requirements:*

*– Be a university professor or researcher as your main activity and have at least 15 years of professional experience, or*

*– Being or having been dean or rector of a higher education institution.*

*In both cases, from one of the top 10 universities in the country in the results of the Higher Education Quality Assessment Examination in the respective profession.*

Machine Translated by Google

12/19/24, 10:   Case 1:25-cv-01099-JDB   Document 15   Filed 04/16/25   Page 100 of 102
Customer of the Republic Decree 4165 / 2011

*Transitional paragraph. The first members of each Advisory Board will have the following terms: one member will have a term of two (2) years, another member a term of three (3) years and another member a term of four (4) years. Upon expiration of these terms, the Board of Directors will appoint the respective member, based on the criteria stipulated in this article, for ordinary terms of four (4) years.*

Article 21. **Repealed by Decree 746 of 2022, Article 15.**

*Structuring Advisory Board. The functions of the Structuring Advisory Board are as follows:*

*1. Advise the President of the Agency and the Board of Directors on guidelines, methodologies, principles and technical, legal and financial criteria for the pre-award and award phases of concession projects or other forms of Public Private Partnership and for private initiative proposals.*

*2. Make technical, financial and legal recommendations on studies of the project structuring process and on contractual documents, prior to the award of concession projects or other forms of Public-Private Partnership.*

*3. Make recommendations for the definition, study and approval of private initiative proposals promoted or received by the entity.*

*4. Others assigned by the Board of Directors*

Article 22. **Repealed by Decree 746 of 2022, Article 15.**

*Contract Management Advisory Board. The functions of the Contract Management Advisory Board are as follows:*

*1. Advise the President of the Agency and the Board of Directors on guidelines, methodologies, principles and technical, legal and financial criteria for the post-award phases of concession projects or other forms of Public-Private Partnership and for monitoring private initiative projects.*

*2. Make technical, financial and legal recommendations on additions and modifications to concession contracts or other forms of Public-Private Partnership that have a fiscal impact, and on tariff modifications.*

*3. Provide advice on the resolution of disputes that arise between service providers, and between these and users, and on the actions to be taken in the event of breaches of contract.*

*4. Any others assigned by the Board of Directors.*

CHAPTER III

Machine Translated by Google

**General provisions**

Article 23. Classification of public servants, salary and benefits regime. The system of nomenclature and classification of jobs of the National Infrastructure Agency, as well as its salary and benefits regime, will be the one indicated by the President of the Republic in accordance with the general regulations contained in Law 4 of 1992.

Article 24. Process of transition of the staff. The officials of the staff of the National Concessions Institute – INCO will continue to belong to said staff and perform the functions assigned to them, until the staff of the National Infrastructure Agency is adopted, and the respective incorporations are made in accordance with the legal and regulatory norms in force.

Article 25. Rights and obligations. The rights and obligations that the National Concessions Institute – INCO has on the date of issue of this decree will continue to be in favor of and under the responsibility of the National Infrastructure Agency.

Article 26. Transfer of infrastructure. The transport infrastructure and the areas of the aerodromes (land side and air side) under the responsibility of the National Institute of Roads – Invías, or of the Special Administrative Unit of the Special Administrative Unit of Civil Aeronautics – Aerocivil that are required for the celebration of concession contracts or another form of Public Private Partnership, will be handed over to the National Infrastructure Agency on an administrative basis before the signing of the respective contract.

Paragraph. The National Infrastructure Agency shall prepare all documents, acts and agreements necessary with the National Institute of Roads, Invías, and/or the Special Administrative Unit of Civil Aeronautics, Aerocivil, for the structuring, awarding and/or contracting of concession projects or other forms of Public-Private Partnership on the infrastructure under its responsibility.

Article 27. Transition reassignment of the functions related to the structuring, execution and contractual management of concession projects associated with the aerodrome areas. The National Infrastructure Agency will assume the functions related to the structuring, execution and contractual management of concession projects associated with the aerodrome areas as of the first (1st) of January 2012, with the exception of the powers related to the contractual management of the concession contracts that have been executed up to that date by the Special Administrative Unit of Civil Aeronautics, which will be assumed by the National Infrastructure Agency in relation to each of said contracts as of the date of the subrogation made to it through an administrative act. In any case, the National Infrastructure Agency will be responsible for the contractual management of the concession contracts that have been executed until ...

will subrogate all concession contracts associated with the aerodrome areas no later than
December 31, 2013.

Article 28. Regulatory references. From the date of entry into force of this decree, all references that
have been or will be made to the National Concessions Institute – INCO must be understood as
referring to the National Infrastructure Agency.

Article 29. Validity and repeals. This decree shall enter into force on the date of its publication
and shall repeal any provisions contrary to it.

Let it be published and complied with.

Given in Bogotá, DC, on November 3, 2011.

                                        Juan Manuel Santos Calderon

The Minister of Finance and Public Credit,

                                        Juan Carlos Echeverry Garzon.

The Minister of Transport,

                                        German Cardona Gutierrez.

The Director of the Administrative Department of the Civil Service,

                                        Elizabeth Rodriguez Taylor.