IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

    *Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

    *Respondents*.

**Civil Action No. _____**

**<u>Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award</u>**

# EXHIBIT 6

(https://www.gov.co)

(https://www.gov.co/home/)


(https://www.ani.gov.co/)

Buscar

- Quiénes somos
- Sistema Integrado de Planeación y Gestión
- Gestión del talento humano
- Directorio (/informacion-de-la-ani/directorio-de-funcionarios-principales)
- Informe anual de gestión (/informacion-de-la-ani/informe-anual-de-gestion)
- Gobierno Corporativo de la ANI (/informacion-de-la-ani/quienes-somos/gobierno-corporativo-ANI)

# QUIÉNES SOMOS

Inicio (/)   >   **Quiénes Somos**

La Agencia Nacional de Infraestructura - ANI, es una Agencia Nacional Estatal de Naturaleza Especial, del sector descentralizado de la Rama Ejecutiva del Orden Nacional, con personería jurídica, patrimonio propio y autonomía administrativa, financiera y técnica, adscrita al Ministerio de Transporte, según decreto 4165 del 03 noviembre de 2011.

La Agencia Nacional de Infraestructura - ANI, tiene por objeto planear, coordinar, estructurar, contratar, ejecutar, administrar y evaluar proyectos de concesiones y otras formas de Asociación Público Privada - APP, para el diseño, construcción, mantenimiento, operación, administración y/o explotación de la infraestructura pública de transporte en todos sus modos y de los servicios conexos o relacionados y el desarrollo de proyectos de asociación público privada para otro tipo de infraestructura pública cuando así lo determine expresamente el Gobierno Nacional respecto de infraestructuras semejantes a las enunciadas en este artículo. Dentro del respeto a las normas que regulan la distribución de funciones y competencias y su asignación. Su domicilio es la ciudad de Bogotá D.C.

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

Cuéntanos tu experiencia con nuestro sitio web

## Agencia Nacional de Infraestructura

**Dirección:** Calle 24A # 59 - 42 Edificio T3 Torre 4 Piso 2 (Bogotá, D.C - Colombia)

**Código Postal:** 111321

**Horario de Atención:** Lunes a Viernes 08:00 am - 05:00 pm.

**Teléfono Conmutador:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Línea gratuita: 01 8000 410151 (tel:01 8000 410151)

**Línea anticorrupción:** +57 601 484 88 61 (tel: +57 601 484 88 61)

**Correo institucional:** contactenos@ani.gov.co (mailto:contactenos@ani.gov.co)

**Notificaciones judiciales:** buzonjudicial@ani.gov.co (mailto:buzonjudicial@ani.gov.co)

/AgenciaNacionaldeInfraestructura (https://www.facebook.com/AgenciaNacionaldeInfraestructura/) /ani_colombia (https://www.instagram.com/ani_colombia/) @ANI_Colombia (https://twitter.com/ANI_Colombia) /ANIColombia1 (https://www.youtube.com/user/ANIColombia1)

Políticas (/politicas-0) Mapa del sitio (https://www.ani.gov.co/sitemap) Términos y condiciones (https://www.ani.gov.co/sites/default/files/sobre-definicion_de_terminos_y_condiciones-de_uso.pdf) Derechos de autor (https://www.ani.gov.co/sites/default/files/sobrelosderechosdeautor.pdf)





Conoce GOV.CO aquí (https://www.gov.co)



(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

# English Translation of Exhibit 6

(https://www.gov.co)

(https://www.gov.co/home/)



(https://www.ani.gov.co/)

Look for

- Who we are
- Integrated Planning and Management System
- Human talent management
- Directory (/informacion-de-la-ani/directorio-de-funcionarios-principales)
- Annual management report (/informacion-de-la-ani/informe-anual-de-gestion)
- ANI Corporate Governance (/informacion-de-la-ani/quienes-somos/gobierno-corporativo-ANI)

# WHO WE ARE

Start (/)   >   Who We Are

The National Infrastructure Agency (ANI) is a special state agency of the decentralized sector of the Executive Branch of the National Order, with legal personality, its own assets, and administrative, financial, and technical autonomy, attached to the Ministry of Transportation, pursuant to Decree 4165 of November 3, 2011.

The National Infrastructure Agency (ANI) is responsible for planning, coordinating, structuring, contracting, executing, managing, and evaluating concession projects and other forms of Public-Private Partnerships (PPPs) for the design, construction, maintenance, operation, administration, and/or exploitation of public transportation infrastructure in all its modes and related or connected services, as well as for the development of public-private partnership projects for other types of public infrastructure when expressly determined by the National Government regarding infrastructure similar to that stated in this article. This Agency shall comply with the regulations governing the distribution of functions and responsibilities and their assignment. Its registered office is Bogotá, D.C.

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

National Infrastructure Agency

**Address:** Calle 24A # 59 - 42 Building T3 Tower 4 Floor 2 (Bogotá, DC - Colombia)

**Postal Code:** 111321

**Business Hours:** Monday to Friday 8:00 am - 5:00 pm.

**Switchboard Telephone:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Toll-free number: 01 8000 410151 (tel:01 8000 410151)

**Anti-corruption hotline:** +57 601 484 88 61 (tel: +57 601 484 88 61)

**Institutional email:** contactenos@ani.gov.co (mailto:contactenos@ani.gov.co)

**Judicial notifications:** buzonjudicial@ani.gov.co (mailto:buzonjudicial@ani.gov.co)

/National Infrastructure Agency (https://www.facebook.com/AgenciaNacionaldeInfraestructura/) /ani_colombia (https://www.instagram.com/ani_colombia/) @ANI_Colombia (https://twitter.com/ANI_Colombia) /ANIColombia1 (https://www.youtube.com/user/ANIColombia1) (https://www.instagram.com/ani_colombia/) (https://twitter.com/ANI_Colombia) (https://www.youtube.com/user/ANIColombia1)

Policies (/politicas-0) Site Map (https://www.ani.gov.co/sitemap) Terms and Conditions (https://www.ani.gov.co/sites/default/files/sobre-definicion_de_terminos_y_condiciones-de_uso.pdf) Copyright (https://www.ani.gov.co/sites/default/files/sobrelosderechosdeautor.pdf)





Learn about GOV.CO here (https://www.gov.co)



(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)