IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br> *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA <br> and <br> THE REPUBLIC OF COLOMBIA <br><br> *Respondents*. | **Civil Action No.** _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 7

**DECRETO NÚMERO 1800 DE 2003**

(junio 26)

*Por el cual se crea el Instituto Nacional de Concesiones, Inco, y se determina su estructura.*

El Presidente de la República de Colombia, en ejercicio de las facultades extraordinarias conferidas por el artículo 16, literal f) de la Ley 790 de 2002 y,

CONSIDERANDO:

Que la Ley 790 de 2002 en su artículo 16, literal f) confirió facultades extraordinarias al Presidente de la República para crear las entidades u organismos que se requieran para desarrollar los objetivos que cumplían las entidades u organismos que se supriman, escindan, fusionen o transformen, cuando a ello haya lugar;

Que el Gobierno Nacional, en el marco del Programa de Renovación de la Administración Pública ha determinado la necesidad y conveniencia de reunir en una sola entidad las funciones y responsabilidades de la gestión para la estructuración, planeación, contratación, ejecución y administración de los contratos de concesión de infraestructura de transporte y en general de vinculación de capital privado al sector transporte, como una medida para proteger el patrimonio de la Nación y en consecuencia, racionalizar el funcionamiento de la administración pública y garantizar la sostenibilidad financiera de la Nación. Razón por la cual se ordenó la liquidación de la Empresa Colombiana de Vías Férreas, Ferrovías y la reestructuración de otras entidades del sector Transporte;

Que la vinculación del capital privado en el desarrollo de la infraestructura de transporte requiere de capacidades especializadas de estructuración y administración de contratos por parte del Estado, así como de las condiciones para propiciar el desarrollo e institucionalización de las mismas,

DECRETA:

CAPITULO I

**Creación del Instituto Nacional de Concesiones, Inco**

Artículo 1°. *Creación y naturaleza jurídica.* Créase el Instituto Nacional de Concesiones, Inco, como un establecimiento público del orden nacional, adscrito al Ministerio de Transporte, con personería jurídica, patrimonio independiente y autonomía administrativa y financiera. El Instituto tendrá su sede principal en la ciudad de Bogotá, D.C.

Artículo 2°. *Objeto.* El Instituto Nacional de Concesiones, Inco, tendrá por objeto planear, estructurar, contratar, ejecutar y administrar los negocios de infraestructura de transporte que se desarrollen con participación del capital privado y en especial las concesiones, en los modos carretero, fluvial, marítimo, férreo y portuario.

Artículo 3°. *Funciones generales.* Son funciones generales del Instituto Nacional de Concesiones, Inco:

3.1 Planear la ejecución de los proyectos con participación de capital privado en infraestructura a cargo de la Nación que hayan sido previamente identificados por el Ministerio de Transporte.

3.2 Identificar y proponer iniciativas de vinculación del capital privado para el desarrollo de la infraestructura de transporte y de los servicios conexos o relacionados, para ser considerados e incluidos cuando sea del caso por el Ministerio de Transporte en los planes, programas y estrategias del sector.

3.3 Estudiar la viabilidad y proponer esquemas de participación del capital privado de acuerdo con las políticas fijadas por el Ministerio de Transporte.

3.4 Estructurar en forma integral distintas modalidades de participación del capital privado en la infraestructura de transporte.

3.5 Unificar los procedimientos de evaluación, preparación de estudios, pliegos, negociación y en general la estructuración de concesiones.

3.6 Elaborar los estudios de viabilidad técnica, legal y financiera de los proyectos de vinculación del capital privado en el desarrollo de infraestructura del sector transporte.

3.7 Elaborar los estudios requeridos para definir los peajes, tasas, tarifas, contribución de valorización en los proyectos a su cargo y otras modalidades de financiación a cobrar por el uso o para la construcción, mantenimiento o rehabilitación de la infraestructura del sector transporte.

3.8 Elaborar los estudios y adelantar las acciones necesarias para recopilar la información de carácter predial, ambiental y social requerida para una efectiva gestión de los proyectos a su cargo.

3.9 Identificar y proponer, como resultado del análisis de viabilidad técnica, financiera y legal, las modificaciones requeridas a los proyectos de participación de capital privado identificados por el Ministerio de Transporte, con la finalidad de asegurar condiciones apropiadas para el desarrollo de los mismos.

3.10 Realizar directa o indirectamente la estructuración técnica, legal y financiera de los proyectos de participación de capital privado a su cargo, con base en los lineamientos y políticas fijadas por las entidades encargadas de la planeación del sector transporte y por el Consejo Nacional de Política Económica y Social, Conpes.

3.11 Coordinar la obtención de licencias y permisos, la negociación y la adquisición de predios y la realización de las gestiones requeridas para el des arrollo del respectivo proyecto.

3.12 Adelantar los procesos de expropiación administrativa o instaurar las acciones judiciales para la expropiación, cuando no sea posible la enajenación voluntaria de los inmuebles requeridos para la ejecución de los proyectos a su cargo.

3.13 Estructurar los contratos relacionados con los proyectos a su cargo y realizar todos los actos necesarios para llevar a cabo los procesos de contratación.

3.14 Evaluar e incorporar en todos los contratos, las reglas de distribución de riesgos de forma que sea explícita la responsabilidad de cada una de las partes.

3.15 Controlar la evolución de las variables relacionadas con las garantías otorgadas por la Nación durante la vigencia de los contratos, y calcular y actualizar los pasivos contingentes, si hubiere lugar a ello, para cubrir dichas garantías, de acuerdo con las normas legales vigentes y los lineamientos impartidos por el Ministerio de Hacienda y Crédito Público.

3.16 Ejecutar las actividades requeridas para la promoción de los proyectos entre los inversionistas nacionales o extranjeros.

3.17 Coordinar con el Instituto Nacional de Vías - INVIAS la entrega mediante acto administrativo de la infraestructura de transporte, en desarrollo de contratos de concesión.

3.18 Ejercer las potestades y realizar las acciones y actividades necesarias para garantizar la oportuna e idónea ejecución de los contratos a su cargo y para proteger el interés público, de conformidad con la ley.

3.19 Supervisar, evaluar y controlar el cumplimiento de la normatividad técnica en los proyectos a su cargo.

3.20 Supervisar el cumplimiento de los compromisos de inversión establecidos en los contratos a su cargo.

3.21 Realizar la medición de las variables requeridas en cada proyecto para verificar el cumplimiento de los niveles de servicio y demás obligaciones establecidas en los contratos.

3.22 Establecer para cada negocio de infraestructura de transporte los esquemas de retribución de la inversión.

3.23 Hacer seguimiento al desarrollo de los proyectos de vinculación de capital privado en infraestructura de transporte y, en caso de incumplimiento de cualquier obligación, adoptar de acuerdo con la ley las acciones necesarias.

3.24 Imponer las multas y demás sanciones establecidas en los contratos y en la Ley, en caso de incumplimiento de las obligaciones pactadas en los mismos.

3.25 Asesorar a las entidades descentralizadas, territorialmente o por servicios y a las entidades nacionales, en la estructuración técnica, legal y financiera de proyectos de vinculación de capital privado cuando estas lo soliciten.

3.26 Efectuar, de acuerdo con la ley el cobro por jurisdicción coactiva de las sumas que le adeuden por razón del ejercicio de sus funciones.

3.27 Las demás funciones que se le asignen.

CAPITULO II
**Dirección y administración**

Artículo 4°. *Dirección y administración.* La dirección y administración del Instituto Nacional de Concesiones, Inco, estará a cargo de un Consejo Directivo y de un Gerente General, quien será su representante legal.

Artículo 5°. *Estructura*. Para el desarrollo de sus funciones el Instituto Nacional de Concesiones, Inco, tendrá la siguiente estructura:

1. CONSEJO DIRECTIVO
2. GERENCIA GENERAL
2.1 Oficina de Evaluación.
3. SUBGERENCIA DE ESTRUCTURACION Y ADJUDICACION
4. SUBGERENCIA DE GESTION CONTRACTUAL
5. SUBGERENCIA ADMINISTRATIVA Y FINANCIERA
6. ORGANOS DE ASESORIA Y COORDINACION
6.1 Comité de Coordinación del Sistema de Control Interno
6.2 Comisión de Personal

Artículo 6°. *Integración del Consejo Directivo*. El Consejo Directivo del Instituto Nacional de Concesiones, Inco, estará integrado por:

1. El Ministro de Transporte, quien lo presidirá y sólo podrá delegar en el Viceministro de Transporte.

2.  El Ministro de Hacienda y Crédito Público o su delegado.

3.  El Ministro de Ambiente, Vivienda y Desarrollo Territorial o su delegado.

4.  El Director del Departamento Nacional de Planeación o su delegado.

5.  Un (1) representante del Presidente de la República.

Parágrafo. El Gerente General del Instituto asistirá a las sesiones del Consejo Directivo con voz y sin voto.

A las sesiones del Consejo Directivo podrán asistir, con voz y sin voto, los servidores públicos y demás personas que el Consejo estime conveniente.

Artículo 7°. *Funciones del Consejo Directivo.* El Consejo Directivo del Instituto Nacional de Concesiones,  Inco, tendrá además de las funciones que establece la Ley 489 de 1998, las siguientes:

7.1 Orientar el funcionamiento general del Instituto y verificar el cumplimiento de los objetivos, planes y programas definidos y su conformidad con las políticas generales del sector transporte y las políticas específicas de vinculación del capital privado para el desarrollo de la infraestructura.

7.2 Aprobar el anteproyecto de presupuesto anual del Instituto y las modificaciones al presupuesto aprobado, de conformidad con las normas vigentes.

7.3 Proponer al Gobierno Nacional la planta de personal del Instituto y las modificaciones a la misma.

7.4. Señalar los criterios generales para la ejecución de los planes, programas, proyectos y recursos del Instituto, acorde con el objeto y funciones del mismo.

7.5 Aprobar los estados financieros del Instituto.

7.6 Aprobar la distribución, asignación y cobro de la contribución de valorización por la ejecución de obras de infraestructura de competencia del Instituto, de conformidad con la ley.

7.7 Aprobar la estructuración técnica, legal y financiera de los proyectos a cargo del Instituto.

7.8 Aprobar, adoptar y modificar su propio reglamento.

7.9 Las demás funciones que le señalen la ley, los reglamentos y sus estatutos.
Parágrafo. Los actos o decisiones del Consejo Directivo del Instituto en ejercicio de sus funciones, se denominarán acuerdos, que deberán llevar la firma del Presidente y del Secretario del Consejo Directivo.

Artículo 8°. *Gerencia general.* Son funciones de la Gerencia General, además de las señaladas en la Ley 489 de 1998 las siguientes:

8.1 Ordenar los gatos, expedir los actos administrativos, realizar las operaciones y celebrar los contratos y convenios necesarios para el cumplimiento de los objetivos y funciones del Instituto.

8.2 Promover la coordinación de las actividades del Instituto con las entidades u organismos públicos que tengan relación con el sector transporte.

8.3 Designar apoderados que representen al Instituto en asuntos judiciales y extrajudiciales, para la defensa de los intereses del mismo.

8.4 Suscribir los contratos y expedir los demás actos necesarios para el desarrollo de las funciones del Instituto.

8.5 Suscribir convenios con las entidades territoriales y descentralizadas por servicios de cualquier orden, para el cumplimiento de su objeto.

8.6 Proponer al Consejo Directivo la distribución, asignación y cobro de la contribución de valorización en los proyectos que lo requieran, de conformidad con la ley.

8.7 Distribuir la contribución nacional de valorización de acuerdo con las normas vigentes, previa autorización del Consejo Directivo.

8.8 Proponer al Ministerio de Transporte, previa aprobación del Consejo Directivo, las tarifas de peajes y tasas a cobrar por el uso de la infraestructura de transporte a desarrollar con vinculación de capital privado, de acuerdo con las normas legales vigentes y las políticas del Ministerio de Transporte.

8.9 Proponer al Ministerio de Transporte, previa aprobación del Consejo Directivo, la instalación de las casetas de peaje y otros puntos de cobro de acuerdo con las normas vigentes y las políticas del Ministerio para los proyectos a su cargo.

8.10 Presentar al Consejo Directivo el anteproyecto de presupuesto, las modificaciones al presupuesto aprobado y los planes de inversión del Instituto, con arreglo a las disposiciones legales que regulan la materia.

8.11 Presentar al Consejo Directivo las modificaciones de estructura y planta de personal del Instituto.
8.12 Cumplir y hacer cumplir las decisiones del Consejo Directivo.

8.13  Dictar las disposiciones que regulan los procedimientos y trámites administrativos internos.

8.14 Vincular y remover al personal del Instituto, conforme a las normas legales, reglamentarias y estatutarias vigentes.

8.15 Dirigir la administración del talento humano del Instituto.

8.16 Las demás funciones que se le asignen.
Artículo 9°. *Oficina de evaluación.* Son funciones de la Oficina de Evaluación las siguientes:

9.1 Diseñar lo s estudios y metodologías necesarias para efectuar la evaluación económica, financiera y social de los proyectos y de los contratos del instituto, así como recopilar y procesar la información requerida para los mismos efectos.

9.2 Elaborar recomendaciones a las Subgerencias con base en las evaluaciones sobre aspectos relacionados con la estructuración y administración de los proyectos y de los contratos del Instituto.

9.3 Planear los requerimientos de recursos asociados a las tareas y funciones a su cargo.

9.4 Las demás que le sean asignadas.

Artículo 10. *Subgerencia de estructuración y adjudicación.* Son funciones de la Subgerencia de Estructuración y Adjudicación las siguientes:

10.1 Estructurar técnica, financiera y legalmente los proyectos de concesión y de vinculación de capital privado para el desarrollo de la infraestructura a su cargo.

10.2 Analizar, evaluar, valorar y presentar para aprobación ante la Dirección de Crédito Público del Ministerio de Hacienda y Crédito Público, las garantías de los proyectos a desarrollar por parte del Instituto.

10.3 Definir los requerimientos de adquisición predial, manejo ambiental y social de los proyectos a estructurar.

10.4 Coordinar ante las entidades competentes la obtención de licencias y permisos requeridos, cuando así se establezca en los respectivos contratos.

10.5 Identificar y proponer, como resultado del análisis de viabilidad financiera, legal y técnica de los proyectos, las modificaciones requeridas a los mismos, asegurando el cumplimiento de los lineamientos y políticas de vinculación del capital privado emitidos por las entidades encargadas de la planeación del sector transporte.

10.6 Elaborar los términos de referencia, supervisar la contratación, los trabajos y proyectos de asesoría externa relacionados con la estructuración técnica, legal y financiera de los proyectos a desarrollar por parte del Instituto.

10.7 Realizar investigaciones sobre las condiciones de los mercados relacionados con la inversión en infraestructura de transporte, tanto a nivel nacional como internacional, niveles de inversión, esquemas de financiación para proyectos de infraestructura y demás que estime necesarios.

10.8 Presentar los estudios definitivos de las estructuraciones técnicas, legales y financieras desarrollados, para su aprobación por parte de la Gerencia y del Consejo Directivo.

10.9 Promocionar los proyectos estructurados aprobados entre los potenciales inversionistas.

10.10 Adelantar los procesos de selección, su legalización y supervisar el perfeccionamiento de los contratos relacionados con el objeto del Instituto.

10.11 Elaborar los términos de referencia y supervisar el proceso de contratación de las interventorías.

10. 12. Las demás que le sean asignadas.

Artículo 11. *Subgerencia de Gestión Contractual.* Son funciones de la Subgerencia de Gestión Contractual las siguientes:

11.1 Coordinar con las entidades del sector y con los concesionarios el recibo y entrega de la infraestructura, en los términos establecidos en los contratos.

11.2 Coordinar con el concesionario la entrega de información predial, social y ambiental requerida para el cumplimiento de los contratos, en los términos establecidos en estos.

11.3 Coordinar ante las entidades competentes las modificaciones a las licencias y permisos requeridos en los términos establecidos en los contratos.

11.4 Supervisar, evaluar y controlar el cumplimiento de los contratos de concesión y de interventoría y los demás contratos que suscriba el Instituto.

11.5 Realizar la medición de las variables requeridas en cada proyecto para verificar el cumplimiento de niveles de servicios y otras obligaciones establecidas en el contrato.

11.6 Realizar los trámites relacionados con el pago y control de las garantías requeridas por cada uno de los proyectos de acuerdo con las definiciones contractuales con respecto a las mismas.

11.7 Supervisar el desarrollo de los aspectos legales relacionados con la administración de los contratos de concesión y demás vinculados con el objeto del Instituto.

11.8 Asegurar que la distribución de riesgos se mantenga en los términos establecidos en los contratos.

11.9 Elaborar los actos administrativos que requiera el Instituto para la eficiente ejecución de los proyectos.

11.10 Las demás que le sean asignadas.

Artículo 12. *Subgerencia Administrativa y Financiera.* Son funciones de la Subgerencia Administrativa y Financiera las siguientes:

12.l Elaborar en coordinación con las demás dependencias la programación y consolidación del plan de inversiones y realizar su evaluación y seguimiento.

12.2. Elaborar el anteproyecto de presupuesto de gastos del Instituto, así como las modificaciones al presupuesto aprobado, definir la meta global de pagos y/o el Programa Anual Mensualizado de Caja, PAC, que deba adoptar de acuerdo con las directrices que al respecto dicten el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación.

12.3 Adelantar la programación y ejecución presupuestal y financiera del Instituto.

12.4 Responder por la contabilidad, cartera y tesorería del Instituto.

12.5 Adelantar las acciones de cobro de conformidad con la ley.

12.6 Asesorar a la Gerencia General en la formulación de políticas, planes y programas en lo referente al desarrollo del talento humano, administración de recursos financieros y tecnológicos del Instituto.

12.7 Coordinar y programar las actividades de administración de personal, seguridad industrial y relaciones laborales, de acuerdo con las políticas del Instituto y las normas legales vigentes.

12.8. Mantener actualizado el manual específico de funciones y requisitos de los empleos asignados a la planta de personal.

12.9. Adelantar las acciones para garantizar el suministro de los bienes y servicios requeridos pana su adecuado funcionamiento.

12.10. Administrar el centro documental, responder por la atención al cliente y la gestión de correspondencia y archivo.

12.11. Coordinar la aplicación del control interno disciplinario de acuerdo con las normas vigentes sobre la materia.

12.12. Verificar los procesos relacionados con el manejo de los recursos, bienes y los sistemas de información del Instituto, y recomendar los correctivos que sean necesarios.

12.13. Dirigir, bajo la orientación del Gerente General la elaboración de los informes que sobre el desarrollo de planes, programas y proyectos del Instituto deban presentarse.

12.14. Asesorar y conceptuar en los asuntos jurídicos diferentes de los asignados a la Subgerencia de Gestión Contractual.

12.15. Las demás que le sean asignadas.

Artículo 13. *Organos de coordinación y asesoría.* La Comisión de Personal, el Comité de Coordinación del Sistema de Control Interno, y demás órganos de asesoría y coordinación que se organicen e integren cumplirán sus funciones de conformidad con las disposiciones legales y reglamentarias vigentes.

El Gerente General podrá crear comités permanentes o transitorios especiales para el estudio, análisis y asesoría en temas de competencia de la Institución.

## CAPITULO III
### Recursos y patrimonio

Artículo 14. *Recursos y patrimonio.* Los recursos y el patrimonio del Instituto Nacional de Concesiones, Inco, estarán constituidos por los siguientes bienes:

14.1 Los recursos del Presupuesto General de la Nación que se le asignen.

14.2 Los recursos de crédito que contrate el Gobierno Nacional para el cumplimiento del objetivo del Instituto.

14.3 Los recursos de crédito interno o externo que contrate a título propio el Instituto para el cumplimiento de su objetivo conforme a la Ley.

14.4 Las donaciones públicas o privadas para el desarrollo de los objetivos del Instituto, previa incorporación al Presupuesto General de la Nación, cuando se trate de recursos en dinero.

14.5 Los aportes de cualquier clase provenientes de recursos de Cooperación Internacional para el cumplimiento del objetivo del Instituto.

14.6 Los bienes muebles e inmuebles que le transfiera el Ministerio de Transporte, las entidades del sector y demás instituciones públicas.

14.7 Las propiedades y demás activos que adquiera con recursos propios a cualquier título.

14.8 El valor de los peajes, las contraprestaciones por el uso o explotación de la infraestructura, las tasas, derechos y multas que imponga y recaude, además de los ingresos que se generen por el desarrollo de los contratos que el Instituto ejecute. Lo anterior, con excepción de la contraprestación por el uso o explotación de la infraestructura portuaria de que trata la Ley 1 de 1991.

14.9 El valor de la contribu ción de valorización de los proyectos a su cargo.

14.10 Los ingresos propios y los rendimientos producto de la administración de los mismos.

14.11 Los recaudos por concepto de servicios técnicos y los demás que obtenga a cualquier título.

14.12 Los demás que reciba en desarrollo de su objeto.

Parágrafo. Los ingresos provenientes de peajes que hacen parte de proyectos concesionados, seguirán siendo parte del patrimonio autónomo de cada uno de los proyectos, hasta la fecha de reversión de los mismos.

## CAPITULO IV
### Disposiciones finales

Artículo 15. *Infraestructura de transporte.* Para efectos del presente decreto la infraestructura de transporte a cargo de la Nación o de sus entidades descentralizadas por servicios que será administrada por el Instituto Nacional de Concesiones, Inco, es aquella en la cual exista o se realice la vinculación de capital privado, incluido el traslado o la transferencia de riesgos, para todas o alguna de las actividades de construcción, rehabilitación, mantenimiento, operación y administración de la misma y de los servicios conexos o relacionados con ella.

Artículo 16. *Transferencia de infraestructura.* La infraestructura de transporte a cargo del Instituto Nacional de Vías, INVIAS, será transferida mediante acto administrativo al Instituto Nacional de Concesiones, Inco, previa expedición del acto administrativo respectivo que otorga la concesión.

Antes del recibo de la infraestructura de transporte por parte del sector privado, el mantenimiento de la misma estará a cargo del Instituto Nacional de Vías - INVIAS, el cual deberá llevar a cabo las actividades requeridas para la entrega al Instituto Nacional de Concesiones, Inco y a su vez este al sector privado, sujeto a la disponibilidad presupuestal.

Parágrafo. El Instituto Nacional de Concesiones, Inco, elaborará todos los documentos, actos y convenios necesarios con el Instituto Nacional de Vías, Invías, para iniciar el proceso de estructuración, adjudicación y contratación de nuevos proyectos de la infraestructura a su cargo.

Artículo 17. *Reversión.* A la terminación del contrato de concesión y tomada la decisión de no concesionar nuevamente la infraestructura por parte del Ministerio de Transporte, deberá ser revertida al Instituto Nacional de Concesiones, Inco, para que este la entregue a la entidad originalmente a cargo de la misma, con todas sus mejoras y en las condiciones que se hayan pactado en el contrato o se hayan establecido en el acto administrativo que otorgó el uso o la explotación.

Artículo 18. *Subrogación o cesión de contratos.* Al entrar en vigencia el presente decreto, el Ministerio de Transporte, la Empresa Colombiana de Vías Férreas, Ferrovías en liquidación, el Instituto Nacional de Vías, Invías, y las demás entidades del sector transporte, con excepción de la Unidad Administrativa Especial de la Aeronáutica Civil, Aerocivil, subrogarán o cederán según el caso al Inco, a título gratuito, los convenios y contratos vigentes relacionados con el cumplimiento de la misión institucional.

Las solicitudes o procesos de selección en curso o en trámite, relacionadas con el modo marítimo, carretero o férreo se trasladarán al Inco, dentro del término de treinta (30) días siguientes a partir de la vigencia del presente decreto para su culminación.

Artículo 19. *Transitorio. Disposición presupuestal.* Los cert ificados de disponibilidad presupuestal para proveer los cargos de Gerente General y Subgerente Administrativo y Financiero del Instituto Nacional de Concesiones, Inco, serán expedidos por el Jefe de Presupuesto o quien haga sus veces en el Ministerio de Transporte, con cargo al presupuesto de dicho Instituto.

Artículo 20. *Vigencia y derogatorias.* El presente decreto rige a partir de la fecha de su publicación y deroga las disposiciones que le sean contrarias.

Publíquese y cúmplase.

Dado en Bogotá, D. C., a 26 de junio de 2003.

ÁLVARO URIBE VÉLEZ

El Ministro de Hacienda y Crédito Público,

*Alberto Carrasquilla Barrera.*

El Ministro de Transporte,

*Andrés Uriel Gallego Henao.*

El Director del Departamento Administrativo de la Función Pública,

*Fernando Grillo Rubiano*

# English Translation
# of Exhibit 7

**DECREE NUMBER 1800 OF 2003**

(June 26)

*By which the National Concessions Institute, Inco, is created and its structure is determined.*

The President of the Republic of Colombia, in exercise of the extraordinary powers conferred by the Article 16, literal f) of Law 790 of 2002 and,

CONSIDERING:

That Law 790 of 2002 in its article 16, literal f) conferred extraordinary powers to the President of the Republic to create the entities or organizations required to develop the objectives fulfilled by the entities or organizations that are suppressed, split up, merged or transformed, when appropriate;

That the National Government, within the framework of the Public Administration Renewal Program, has determined the need and convenience of bringing together in a single entity the functions and responsibilities of management for the structuring, planning, contracting, execution and administration of transport infrastructure concession contracts and in general the linking of private capital to the transport sector, as a measure to protect the nation's assets and consequently, rationalize the functioning of the public administration and guarantee the financial sustainability of the nation. For this reason, the liquidation of the Colombian Railway Company, Ferrovías and the restructuring of other entities in the transport sector were ordered;

That the involvement of private capital in the development of transport infrastructure requires specialized capacities for structuring and managing contracts by the State, as well as the conditions to promote their development and institutionalization,

DECREES:

CHAPTER I

**Creation of the National Institute of Concessions, Inco**

Article 1. *Creation and legal nature.* The National Institute of Concessions, Inco, is hereby created as a public establishment of the national order, attached to the Ministry of Transport, with legal personality, independent assets and administrative and financial autonomy. The Institute will have its main headquarters in the city of Bogotá, DC.

Article 2°. *Objective.* The National Institute of Concessions, Inco, will have the objective of planning, structuring, contracting, executing and managing transportation infrastructure businesses that are developed with the participation of private capital and especially concessions in the highway, river, maritime, railway and port modes.

Article 3. *General functions.* The general functions of the National Concessions Institute, Inco, are:

3.1 Plan the execution of projects with private capital participation in infrastructure under the responsibility of the Nation that have been previously identified by the Ministry of Transportation.

3.2 Identify and propose initiatives to link private capital for the development of transport infrastructure and related or connected services, to be considered and included when appropriate by the Ministry of Transport in the plans, programs and strategies of the sector.

3.3 Study the feasibility and propose private capital participation schemes in accordance with the policies set by the Ministry of Transport.

3.4 Comprehensively structure different modalities of private capital participation in transport infrastructure.

3.5 Unify the evaluation procedures, preparation of studies, specifications, negotiation and in general the structuring of concessions.

3.6 Prepare technical, legal and financial feasibility studies for the linking projects of the private capital in the development of transport sector infrastructure.

3.7 Prepare the studies required to define the tolls, rates, tariffs, contribution to the value of the projects under its responsibility and other financing methods to be charged for the use or for the construction, maintenance or rehabilitation of the infrastructure of the transport sector.

3.8 Prepare the studies and take the necessary actions to collect information of a specific nature. property, environmental and social management required for effective management of the projects under its charge.

3.9 Identify and propose, as a result of the technical, financial and legal feasibility analysis, the required modifications to the private capital participation projects identified by the Ministry of Transport, in order to ensure appropriate conditions for their development.

3.10 Directly or indirectly carry out the technical, legal and financial structuring of the private capital participation projects under its responsibility, based on the guidelines and policies established by the entities in charge of planning the transport sector and by the National Council for Economic and Social Policy, Conpes.

3.11 Coordinate the obtaining of licenses and permits, the negotiation and acquisition of land and the carrying out the procedures required for the development of the respective project.

3.12 Advance administrative expropriation processes or institute legal actions for expropriation, when the voluntary alienation of the properties required for the execution of the projects under its charge is not possible.

3.13 Structure the contracts related to the projects under your charge and carry out all the acts necessary to carry out the contracting processes.

3.14 Evaluate and incorporate into all contracts the risk distribution rules so that it is explicitly states the responsibility of each party.

3.15 Monitor the evolution of the variables related to the guarantees granted by the Nation during the term of the contracts, and calculate and update the contingent liabilities, if applicable, to cover said guarantees, in accordance with the current legal regulations and the guidelines issued by the Ministry of Finance and Public Credit.

3.16 Carry out the activities required to promote the projects among investors national or foreign.

3.17 Coordinate with the National Roads Institute - INVIAS the delivery through administrative act of the transport infrastructure, in development of concession contracts.

3.18 Exercise the powers and carry out the actions and activities necessary to ensure the timely and proper execution of the contracts under its charge and to protect the public interest, in accordance with the law.

3.19 Supervise, evaluate and control compliance with technical regulations in the projects under their responsibility.

3.20 Monitor compliance with the investment commitments established in the contracts under its responsibility.

3.21 Carry out the measurement of the variables required in each project to verify compliance with
service levels and other obligations established in the contracts.

3.22 Establish remuneration schemes for each transport infrastructure business.
investment.

3.23 Monitor the development of private capital linkage projects in transport infrastructure and, in the event of non-compliance with
any obligation, take the necessary actions in accordance with the law.

3.24 Impose fines and other sanctions established in the contracts and in the Law, in the event of non-compliance with the
obligations agreed therein.

3.25 Advise decentralized entities, territorially or by services, and national entities, on the technical, legal and financial structuring
of private capital linkage projects when they so request.

3.26 Carry out, in accordance with the law, the collection by coercive jurisdiction of the sums owed to him for
reason for the exercise of their functions.

3.27 Other functions assigned to it.

CHAPTER II

**Management and administration**

Article 4. *Management and administration.* The management and administration of the National Concessions Institute, Inco, will be
in charge of a Board of Directors and a General Manager, who will be its legal representative.

Article 5. *Structure.* For the development of its functions, the National Concessions Institute, Inco, will have the following structure:

1. BOARD OF DIRECTORS
2. GENERAL MANAGEMENT
2.1 Evaluation Office.
3. SUB-DIRECTORATE OF STRUCTURING AND AWARDING
4. CONTRACTUAL MANAGEMENT SUB-MANAGEMENT
5. ADMINISTRATIVE AND FINANCIAL SUB-MANAGEMENT
6. ADVISORY AND COORDINATION BODIES
6.1 Internal Control System Coordination Committee
6.2 Personnel Commission

Article 6. *Composition of the Board of Directors.* The Board of Directors of the National Concessions Institute, Inco, shall be
composed of:

1. The Minister of Transport, who will preside over it and may only delegate to the Vice Minister of Transport.

2. The Minister of Finance and Public Credit or his delegate.

3. The Minister of Environment, Housing and Territorial Development or his delegate.

4. The Director of the National Planning Department or his delegate.

5. One (1) representative of the President of the Republic.

Paragraph. The General Manager of the Institute shall attend the sessions of the Board of Directors with voice but no vote.

Public servants and others may attend the sessions of the Board of Directors, with voice but no vote.
persons whom the Council deems appropriate.

Article 7. *Functions of the Board of Directors.* The Board of Directors of the National Institute of
Concessions, Inco, will have, in addition to the functions established by Law 489 of 1998, the following:

7.1 Guide the general operation of the Institute and verify compliance with the defined objectives, plans and programs and
their conformity with the general policies of the transportation sector and the specific policies of linking private capital for the
development of infrastructure.

7.2 Approve the draft annual budget of the Institute and the modifications to the budget
approved, in accordance with current regulations.

7.3 Propose to the National Government the Institute's staff structure and any modifications to it.

7.4. Identify the general criteria for the execution of the plans, programs, projects and resources of the
Institute, in accordance with its purpose and functions.

7.5 Approve the financial statements of the Institute.

7.6 Approve the distribution, allocation and collection of the valuation contribution for the execution of
infrastructure works under the jurisdiction of the Institute, in accordance with the law.

7.7 Approve the technical, legal and financial structuring of the projects managed by the Institute.

7.8 Approve, adopt and modify its own regulations.

7.9 Other functions assigned by law, regulations and its statutes.
Paragraph. The acts or decisions of the Board of Directors of the Institute in the exercise of its functions, shall be
They will be called agreements, which must be signed by the President and the Secretary of the Board of Directors.

Article 8. *General Management.* The functions of the General Management, in addition to those indicated in the Law, are:
489 of 1998 the following:

8.1 Order expenses, issue administrative acts, carry out operations and enter into contracts and agreements necessary to
fulfill the objectives and functions of the Institute.

8.2 Promote the coordination of the Institute's activities with public entities or organizations related to the transport sector.

8.3 Appoint representatives to represent the Institute in judicial and extrajudicial matters, for the
defense of its interests.

8.4 Sign contracts and issue other acts necessary for the development of the Institute's functions.


8.5 Sign agreements with territorial and decentralized entities for services of any kind,
for the fulfillment of its purpose.

8.6 Propose to the Board of Directors the distribution, allocation and collection of the capital gains contribution in
projects that require it, in accordance with the law.

8.7 Distribute the national contribution to valorization in accordance with current regulations, subject to
authorization of the Board of Directors.

8.8 Propose to the Ministry of Transport, with prior approval from the Board of Directors, the toll rates and fees to be
charged for the use of the transport infrastructure to be developed with the involvement of private capital, in accordance
with current legal regulations and the policies of the Ministry of Transport.

8.9 Propose to the Ministry of Transport, subject to approval by the Board of Directors, the installation of toll booths
and other collection points in accordance with current regulations and the Ministry's policies for the projects under its
responsibility.

8.10 Submit to the Board of Directors the draft budget, the modifications to the approved budget and the investment
plans of the Institute, in accordance with the legal provisions that regulate the matter.

8.11 Submit to the Board of Directors any changes to the Institute's structure and staff.
8.12 Comply with and enforce the decisions of the Board of Directors.

8.13 Issue provisions governing internal administrative procedures and formalities.

8.14 To link and remove the Institute's personnel, in accordance with current legal, regulatory and statutory standards.


8.15 Direct the administration of the Institute's human talent.

8.16 Other functions assigned to it.
Article 9. *Evaluation Office.* The following are the functions of the Evaluation Office:

9.1 Design the studies and methodologies necessary to carry out the economic, financial and social evaluation of
the institute's projects and contracts, as well as collect and process the information required for the same purposes.


9.2 Develop recommendations to the Sub-managements based on evaluations of aspects
related to the structuring and administration of the Institute's projects and contracts.

9.3 Plan the resource requirements associated with the tasks and functions under your responsibility.

9.4 Any others that are assigned.

Article 10. *Sub-directorate of structuring and adjudication.* The functions of the Sub-directorate of
Structuring and Awarding the following:

10.1 Technically, financially and legally structure the concession and private capital linkage projects for the
development of the infrastructure under its responsibility.

10.2 Analyze, evaluate, assess and present for approval to the Public Credit Directorate of the Ministry of Finance and Public Credit, the guarantees of the projects to be developed by the Institute.

10.3 Define the requirements for property acquisition, environmental and social management of the projects to be carried out. structure.

10.4 Coordinate with the competent entities the obtaining of the required licenses and permits, when established in the respective contracts.

10.5 Identify and propose, as a result of the analysis of financial, legal and technical viability of the projects, the required modifications to them, ensuring compliance with the guidelines and policies for linking private capital issued by the entities in charge of planning the transportation sector.

10.6 Prepare the terms of reference, supervise the contracting, work and external advisory projects related to the technical, legal and financial structuring of the projects to be developed by the Institute.

10.7 Conduct research on market conditions related to investment in transport infrastructure, both nationally and internationally, investment levels, financing schemes for infrastructure projects and others deemed necessary.

10.8 Present the final studies of the technical, legal and financial structures developed, for approval by Management and the Board of Directors.

10.9 Promote approved structured projects among potential investors.

10.10 Advance the selection processes, their legalization and supervise the improvement of the contracts related to the purpose of the Institute.

10.11 Prepare the terms of reference and supervise the contracting process for the supervisory bodies.

10. 12. Any others that may be assigned.

Article 11. *Contract Management Sub-directorate.* The functions of the Contract Management Sub-directorate are the following:

11.1 Coordinate with sector entities and concessionaires the receipt and delivery of the infrastructure, under the terms established in the contracts.

11.2 Coordinate with the concessionaire the delivery of property, social and environmental information required for compliance with contracts, under the terms established therein.

11.3 Coordinate with the competent entities the modifications to the licenses and permits required under the terms established in the contracts.

11.4 Supervise, evaluate and control compliance with the concession and supervision contracts and other contracts signed by the Institute.

11.5 Carry out the measurement of the variables required in each project to verify compliance with service levels and other obligations set forth in the contract.

11.6 Carry out the procedures related to the payment and control of the guarantees required by each of projects in accordance with the contractual definitions regarding them.

11.7 Supervise the development of legal aspects related to the administration of concession contracts and others linked to the purpose of the Institute.

11.8 Ensure that risk distribution is maintained in the terms established in the contracts.

11.9 Prepare the administrative acts required by the Institute for the efficient execution of the projects.

11.10 Any others that are assigned.

Article 12. *Administrative and Financial Sub-Management.* The functions of the Administrative and Financial Sub-Management are: Finances the following:

12.l Prepare, in coordination with other departments, the programming and consolidation of the plan of investments and carry out their evaluation and monitoring.

12.2. Prepare the draft budget for the Institute's expenses, as well as any modifications to the approved budget, define the overall payment target and/or the Annual Monthly Cash Program, PAC, which must be adopted in accordance with the guidelines issued in this regard by the Ministry of Finance and Public Credit and the National Planning Department.

12.3 Advance the budgetary and financial programming and execution of the Institute.

12.4 Respond for the accounting, portfolio and treasury of the Institute.

12.5 Advance collection actions in accordance with the law.

12.6 Advise the General Management in the formulation of policies, plans and programs regarding the development of human talent, administration of financial and technological resources of the Institute.

12.7 Coordinate and schedule personnel administration, industrial safety and security activities. labor relations, in accordance with the Institute's policies and current legal regulations.

12.8. Keep the specific manual of functions and requirements for the jobs assigned to the staff updated.

12.9. Take action to ensure the supply of goods and services required for its proper functioning.

12.10. Manage the document center, respond to customer service and management of correspondence and archive.

12.11. Coordinate the application of internal disciplinary control in accordance with current regulations on the matter.

12.12. Verify the processes related to the management of the Institute's resources, assets and information systems, and recommend any necessary corrective measures.

12.13. Direct, under the guidance of the General Manager, the preparation of reports on the development of plans, programs and projects of the Institute that must be submitted.

12.14. Advise and conceptualize on legal matters other than those assigned to the Sub-management of Contract Management.

12.15. Any others that may be assigned.

Article 13. *Coordination and advisory bodies.* The Personnel Commission, the Internal Control System Coordination Committee, and other advisory and coordination bodies that are organized and integrated will fulfill their functions in accordance with the legal and regulatory provisions in force.

The General Manager may create special permanent or temporary committees for the study, analysis and advice on issues of competence of the Institution.

CHAPTER III

**Resources and heritage**

Article 14. *Resources and assets.* The resources and assets of the National Concessions Institute, Inco, will consist of the following assets:

14.1 The resources from the General Budget of the Nation that are assigned to it.

14.2 The credit resources contracted by the National Government to fulfill the Institute's objective.

14.3 The internal or external credit resources that the Institute contracts on its own behalf for compliance of its objective in accordance with the Law.

14.4 Public or private donations for the development of the Institute's objectives, subject to prior incorporation into the Budget General of the Nation, when it involves monetary resources.

14.5 Contributions of any kind from International Cooperation resources for the fulfillment of the Institute's objectives.

14.6 Movable and immovable property transferred to it by the Ministry of Transport, entities in the sector and other public institutions.

14.7 Properties and other assets acquired with own resources for any reason.

14.8 The value of tolls, the compensation for the use or exploitation of the infrastructure, the fees, duties and fines imposed and collected, in addition to the income generated by the development of the contracts executed by the Institute. The above, with the exception of the compensation for the use or exploitation of the port infrastructure referred to in Law 1 of 1991.

14.9 The value of the contribution to the valorisation of the projects under its responsibility.

14.10 Own income and returns from the administration thereof.

14.11 Collections for technical services and others obtained from any source.

14.12 Others that it receives in the development of its purpose.

Paragraph. Revenues from tolls that are part of concession projects will continue to be part of the independent assets of each of the projects until the date of their reversion.

CHAPTER IV

**Final provisions**

Machine Translated by Google

Article 15. *Transport infrastructure.* For the purposes of this decree, the transport infrastructure managed by the Nation or its decentralized service entities, which will be administered by the National Concessions Institute, Inco, is that in which there is or is a linkage of private capital, including the transfer or transfer of risks, for all or some of the construction, rehabilitation, maintenance, operation and administration activities thereof and the services connected or related to it.

Article 16. *Transfer of infrastructure.* The transport infrastructure managed by the National Institute of Roads, INVIAS, will be transferred by administrative act to the National Institute of Concessions, Inco, after the issuance of the respective administrative act granting the concession.

Prior to the receipt of the transport infrastructure by the private sector, its maintenance will be the responsibility of the National Institute of Roads - INVIAS, which must carry out the activities required for delivery to the National Institute of Concessions, Inco, and this in turn to the private sector, subject to budget availability.

Paragraph. The National Concessions Institute, Inco, will prepare all the documents, acts and agreements necessary with the National Highways Institute, Invías, to begin the process of structuring, awarding and contracting new infrastructure projects under its responsibility.

Article 17. *Reversion.* Upon termination of the concession contract and the decision not to grant the infrastructure a new concession by the Ministry of Transport, it must be reverted to the National Institute of Concessions, Inco, so that it can be delivered to the entity originally in charge of it, with all its improvements and under the conditions agreed upon in the contract or established in the administrative act that granted the use or exploitation.

Article 18. *Subrogation or transfer of contracts.* Upon entry into force of this decree, the Ministry of Transport, the Colombian Railway Company, Ferrovías en liquidación, the National Railway Institute, Invías, and the other entities of the transport sector, with the exception of the Special Administrative Unit of Civil Aeronautics, Aerocivil, will subrogate or transfer, as the case may be, to Inco, free of charge, the current agreements and contracts related to the fulfillment of the institutional mission.

Applications or selection processes in progress or in process, related to maritime, road or rail transport, will be transferred to Inco, within thirty (30) days following the validity of this decree for its completion.

Article 19. *Transitory. Budgetary provision.* The certificates of budgetary availability to fill the positions of General Manager and Deputy Administrative and Financial Manager of the National Concessions Institute, Inco, will be issued by the Head of Budget or whoever takes his place in the Ministry of Transport, charged to the budget of said Institute.

Article 20. *Validity and repeals.* This decree shall be effective from the date of its publication and repeals any provisions that are contrary to it.

Let it be published and complied with.

Given in Bogotá, DC, on June 26, 2003.

ALVARO URIBE VELEZ

The Minister of Finance and Public Credit,

*Alberto Carrasquilla Barrera.*

The Minister of Transport,

*Andres Uriel Gallego Henao.*

The Director of the Administrative Department of the Civil Service,

*Fernando Grillo Rubiano*