IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br>    *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br><br>    *Respondents*. | Civil Action No. _____ |

**<u>Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award</u>**

# EXHIBIT 11

| | | |
|---|---|---|
| | SISTEMA INTEGRADO DE GESTIÓN | **Código:** GCSP-P-032 |
| **PROCESO** | SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN | **Versión:** 002 |
| **PROCEDIMIENTO** | TRÁMITE DE EXPROPIACIONES | **Fecha:** 27/01/2020 |

**1. OBJETIVO**

Adelantar el trámite de expropiación para adquirir los predios requeridos para el desarrollo de los proyectos de concesión a cargo de la Agencia Nacional de Infraestructura.

**2. ALCANCE**

El procedimiento inicia con el envío del expediente predial por parte del concesionario a la ANI, para la verificación de las condiciones necesarias para expedir la resolución de expropiación y finaliza con el registro de la sentencia ante la Oficina de Registro de Instrumentos Públicos para hacer efectiva la transferencia de la titularidad del predio a nombre de la ANI.

**3. PROCESOS O PROCEDIMIENTOS RELACIONADOS**

GCSP-P-010 Adquisición Predial.

**4. LÍDER DEL PROCEDIMIENTO**

Coordinador del Grupo Interno de Trabajo de Asesoría Jurídica Predial y Coordinador Grupo Interno de Trabajo Predial

**5. NORMATIVIDAD VIGENTE**

Constitución Política
Ley 9 de 1989 por la cual se dictan normas sobre planes de desarrollo municipal, compraventa y expropiación de bienes y se dictan otras disposiciones.
Ley 388 de 1997 Por la cual se modifica la Ley 9 de 1989, y la Ley 2 de 1991 y se dictan otras disposiciones.
Ley 1437 de 2011 "Código de Procedimiento Administrativo y de lo Contencioso Administrativo- C.P.A.C.A.".
Ley 1564 de 2012 Artículo 399 "Código General del Proceso".
Ley 1682 de 2013 Por medio de la cual se adopta medidas y disposiciones para los proyectos de infraestructura de transporte.
Ley 1742 de 2014 Por medio de la cual se adopta medidas y disposiciones para los proyectos de infraestructura de transporte, agua potable y saneamiento básico, y los demás sectores que requieran expropiación de proyectos de inversión que adelante el Estado.
Ley 1882 de 2018 Por la cual se adicionan, modifican y dictan disposiciones orientadas a fortalecer la contratación pública en Colombia, la Ley de Infraestructura y se dictan otras disposiciones.

**6. OBSERVACIONES**

Para las actividades de la 13 a la 23, se debe tener en cuenta que interpuesto el recurso de reposición, la ANI tendrá un (1) mes para expedir el acto administrativo que resuelve dicho recurso.

**7. DESCRIPCIÓN**

| SÍMBOLO | SIGNIFICADO | SÍMBOLO | SIGNIFICADO | SÍMBOLO | SIGNIFICADO |
|---|---|---|---|---|---|
| | Inicio y fin. | | Conector página. | 1 | Conector de actividades |
| | Operación: desarrollo de actividad o tarea. | | Decisión: toma de decisión | | Archivo definitivo |

| | FLUJOGRAMA | | | RESPONSABLE | REGISTRO |
|---|---|---|---|---|---|
| | INICIO | | | | |
| 1 | 1. Recibir el expediente de expropiación con todos los documentos necesarios para dar inicio a la revisión del mismo remitida por el Concesionario | | | Técnico Predial | GADF-F-012 oficio. Resolución de expropiación con VoBo de la Interventoría Expediente predial |
| | 2. Realizar la revisión técnica del expediente entregado por el concesionario y emitir concepto técnico. | | | Coordinador GIT Predial Técnico Predial | Informe Técnico de revisión GADF-F-010 Memorando de remisión expediente y Concepto técnico |
| | 3. ¿La expediente tiene VoBo técnico predial de la ANI? | NO | 4. Enviar oficio al Concesionario con copia a la Interventoría informando las observaciones técnicas del expediente. | Coordinador GIT Predial Técnico Predial | GADF-F-012 Oficio remisorio al Concesionario e Interventoría |
| | SI | | | | |
| | 5. Remitir al GIT de Asesoría Jurídica Predial el expediente. | | | Coordinador GIT Predial Técnico Predial | Informe Técnico de revisión GADF-F-010 Memorando de remisión expediente y Concepto técnico |
| | 6. Realizar la revisión jurídico predial del expediente entregado por el concesionario. | | | Coordinador GIT de Asesoría Jurídica Predial Abogado Predial | Expediente predial. |
| | 7. ¿La resolución de expropiación y los documentos soporte cumplen con los requisitos para la expropiación? | NO | 8. Devolver los documentos al Concesionario para su revisión y corrección. | 1  Coordinador GIT Predial Coordinador GIT de Asesoría Jurídico Predial | GADF-F-012 oficio. |
| | SI | | | | |

| | SISTEMA INTEGRADO DE GESTIÓN | Código: | GCSP-P-032 |
|---|---|---|---|
| **PROCESO** | SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN | Versión: | 002 |
| **PROCEDIMIENTO** | TRÁMITE DE EXPROPIACIONES | Fecha: | 27/01/2020 |

| FLUJOGRAMA | RESPONSABLE | REGISTRO |
|---|---|---|
| 9. Proyectar la resolución que ordena iniciar el trámite de expropiación. | Abogado Predial | Resolución de expropiación proyectada. |
| 10. Revisar y dar VoBo a la resolución de expropiación y enviar al Vicepresidente de Planeación, riesgos y Entorno. | Abogado encargado de revisión Coordinador GIT de Asesoría Jurídica Predial | Resolución de expropiación proyectada. Base de datos de expropiaciones. |
| 11. Firmar la resolución de expropiación y enviar al Coordinador GIT de Asesoría Jurídica Predial para gestionar la numeración. | Vicepresidente de Planeación, Riesgos y Entorno. | Resolución de expropiación. |
| 12. Numerar la resolución acorde lo establecido en el procedimiento "GEJU-P-007 Numeración y Publicidad de actos administrtivos" | Vicepresidencia Jurídica | Resolución de expropiación numerada. |
| 13. Elaborar, revisar, dar el VoBo y enviar el oficio de citación para notificación del acto administrativo dentro de los cinco (5) días siguientes a la expedición de la resolución, a la dirección, número de fax o al correo electrónico que figuren en el expediente o puedan obtenerse del registro mercantil, para que el propietario comparezca a la diligencia de notificación personal. Artículo 68 del C.P.A.C.A. | GIT de Asesoría Jurídica Predial o Concesionarios | GADF-F-012 oficio Oficio de citación |
| 14. ¿Pasados 5 días desde el envío de la citación por correo certificado, el Propietario se notificó personalmente? NO → 15. Si no pudiese hacerse la notificación personal se procederá a elaborar, revisar, dar el Vo.Bo. y enviar la notificación por aviso al cabo de los cinco (5) días del envío de la citación o previa verificación de la constancia de recibido de la empresa de correo certificado, en los términos del artículo 69 del C.P.A.C.A. Paralelo al trámite de nortificación (Actividades 13-26) continuar con el trámite de ejecutoria (Actividad 27) SI | GIT de Asesoría Jurídica Predial o Concesionarios | Constancia de notificación. GADF-F-012 oficio - Aviso |
| 16. ¿Dentro de los 10 días siguientes a la notificación personal o por aviso de la Resolución de Expropiación el propietario interpuso recurso de reposición? NO → 2 SI | Coordinador GIT de Asesoría Jurídica Predial | |
| 17. Proyectar resolución que resuelve el recurso de reposición y remitir a la Coordinación del GIT de Asesoría Jurídica Predial para revisión y el VoBo. | Concesionario | Resolución que resuelve el recurso de reposición proyectada. |
| 18. Revisar y ajustar por parte del Técnico y Jurídico predial el proyecto de resolución que resuelve el recurso de reposición y enviar al abogado del GIT de Asesoría Jurídica Predial encargado de la revisión. | Técnico Predial Abogado Predial | Resolución que resuelve el recurso de reposición proyectada. |
| 19. Dar VoBo a la resolución que resuelve el recurso de reposición y enviar al Coordinador GIT de Asesoría Jurídica Predial. | Abogado encargado de revisión del GIT de Asesoría Jurídica Predial | Resolución que resuelve el recurso de reposición proyectada. |
| 20. Dar VoBo a la resolución que resuelve el recurso de reposición y enviar al Vicepresidente de Planeación, Riesgos y Entorno. | Coordinador GIT de Asesoría Jurídica Predial | Resolución que resuelve el recurso de reposición proyectada. |
| 21. Firmar la resolución que resuelve el recurso de reposición y enviar al coordinador del GIT de Asesoría Jurídica predial para gestionar la numeración . | Vicepresidente de Planeación, Riesgos y Entorno. | Resolución que resuelve el recurso de reposición. |

| | SISTEMA INTEGRADO DE GESTIÓN | Código: | GCSP-P-032 |
|---|---|---|---|
| **PROCESO** | SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN | Versión: | 002 |
| **PROCEDIMIENTO** | TRÁMITE DE EXPROPIACIONES | Fecha: | 27/01/2020 |

| FLUJOGRAMA | RESPONSABLE | REGISTRO |
|---|---|---|
| 22. Numerar la resolución acorde lo establecido en el procedimiento "GEJU-P-007 Numeración y Publicidad de actos administrtivos" | Vicepresidencia Jurídica | Resolución que resuelve el recurso de reposición. |
| 23. ¿Se revoca la resolución que resuelve el recurso? SI → 24. Devolver el expediente con la resolución de revocatoria al concesionario para que se subsane. NO ↓ | Coordinador del GIT de Asesoría Jurídica Predial | Resolución de revocatoria y Oficio remisorio |
| 25. Iniciar el trámite de notificación de la resolución que decide el Recurso de Reposición. | GIT de Asesoría Jurídica Predial o Concesionarios | GADF-F-012 oficio. |
| 26. Notificar personalmente o por aviso al recurrente, de acuerdo a las actividades 13 y 15 establecidas en el presente procedimiento. | GIT de Asesoría Jurídica Predial o Concesionarios | GADF-F-012 oficio. |
| 27. Proyectar la constancia de ejecutoria y remitir para el VoBo del Coordinador de Asesoría Jurídica Predial. | Abogado Jurídico Predial | Formato GEJU-F-020: Constancia de Ejecutoria |
| 28. Revisar y dar Vo.Bo. de la constancia de ejecutoria. | Abogado del GIT de Asesoría Jurídica Predial encargado de la revisión | Formato GEJU-F-020: Constancia de Ejecutoria |
| 29. Firmar la constancia de ejecutoria. | Coordinador del GIT de Asesoría Jurídica Predial | Formato GEJU-F-020: Constancia de Ejecutoria. |
| 30. Elaborar poder y oficio remisorio de carpeta para presentar la demanda. | Abogado Predial | Poder. GADF-F-012 oficio. |
| 31. Revisar y dar VoBo al poder y oficio remisorio de la carpeta o correo electrónico. | Abogado encargado de la revisión del poder | Poder. GADF-F-012 oficio o correo electrónico. |
| 32. Firmar el poder y oficio remisorio de la carpeta. | Coordinador de GIT de Asesoría Jurídica Predial | Poder. |
| 33. Remitir el expediente predial al Concesionario o al Grupo de expropiación judicial dependiendo del proyecto. | Coordinador GIT de Asesoría Jurídica Predial | GADF-F-012 oficio o GADF-F-010 Memorando interno. |
| 34. Presentar demanda de expropiación dentro de los tres (3) meses siguientes a la ejecutoria del acto administrativo, ante el respectivo juzgado | Apoderado ANI o del Concesionario | Demanda |
| 35. ¿El juzgado admite la demanda? NO → 36. Subsanarla dentro del termino legal. SI ↓ | Apoderado ANI o del Concesionario | Auto |
| 37. Ordenar mediante auto el pago del 100% del avalúo presentado. | Juez de Conocimiento | Auto. |

| SISTEMA INTEGRADO DE GESTIÓN | Código: | GCSP-P-032 |
|---|---|---|
| **PROCESO** SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN | **Versión:** | 002 |
| **PROCEDIMIENTO** TRÁMITE DE EXPROPIACIONES | **Fecha:** | 27/01/2020 |

| FLUJOGRAMA | RESPONSABLE | REGISTRO |
|---|---|---|
| 38. Revisar la documentación y el soporte de pago (ficha predial, avalúo, acto administrativo, auto). | Apoderado ANI o del Concesionario | GADF-F-012 oficio, GADF-F-010 Memorando o correo electrónico. |
| 41. Adelantar la gestión para subsanar las inconsistencias. | Apoderado ANI o del Concesionario | Memorial. |
| 39. ¿El soporte de pago y los documentos cumplen con los requisitos para visto bueno? — NO → 40. Devolver al apoderado para su revisión y corrección. | Apoderado ANI o del Concesionario | GADF-F-012 oficio. |
| 42. Firmar orden de pago y enviar documentos soporte a la Fiducia del proyecto. | Apoderado ANI o del Concesionario | GADF-F-012 oficio. |
| 43. Realizar el pago en depósito judicial por el valor ordenado por el juez. | Fiducia del proyecto | Deposito judicial GADF-F-012 oficio. |
| 44. Solicitar al juez entrega anticipada del predio requerido para el proyecto (en los términos del art. 399 del Código General del Proceso). | Apoderado ANI o del Concesionario | Memorial. |
| 45. ¿Se presenta manifestación frente al avalúo o dictamen pericial? — SI → 46. Presentar y sustentar la oposición | Apoderado ANI o del Concesionario | Memorial. |
| 47. Registrar la sentencia en la Oficina de Registro de Instrumentos Públicos para hacer efectiva la transferencia de la titularidad del predio a nombre de la ANI. | Apoderado ANI o del Concesionario | Folio de matrícula inmobiliaria |
| FIN | | |

## 8. CONTROL DE CAMBIOS

| VERSIÓN | FECHA | DESCRIPCIÓN DEL CAMBIO |
|---|---|---|
| 001 | Abril 26 de 2018 | Creación del documento |
| 002 | Enero 27 de 2020 | Actualización del documento |

## 9. APROBACIÓN

**Participo en la Elaboración del Procedimiento**

| | Nombre | Cargo | Fecha | Firma |
|---|---|---|---|---|
| **Elaborado** | Geovanny Andrés Casanova Diaz | Experto 6 - G.I.T. Predial | 23/01/2020 | ORIGINAL FIRMADO |
| **Revisado y Aprobado** | Xiomara Patricia Juris Jiménez | Coordinador G.I.T. Predial | 27/01/2020 | |
| **Revisado y Aprobado** | Rafael Díaz-Granados Amarís | Coordinador G.I.T. de Asesoría Jurídica Predial | 27/01/2020 | |
| **Vo.Bo. SGC** | Cristian Leandro Muñoz Claros | Contratista | 27/01/2020 | |

# English Translation of Exhibit 11



| | | | | | |
|---|---|---|---|---|---|
| | | INTEGRATED MANAGEMENT SYSTEM | | Code: | GCSP-P-032 |
| | PROCESS | STRATEGIC PLANNING AND MANAGEMENT SYSTEM | | Version: | 002 |
| | PROCEDURE | EXPROPRIATION PROCEDURE | | Date: | 01/27/2020 |

**1. OBJECTIVE**

Advance the expropriation process to acquire the land required for the development of concession projects under the responsibility of the National Infrastructure Agency.

**2. SCOPE**

The procedure begins with the submission of the property file by the concessionaire to the ANI, for verification of the necessary conditions to issue the expropriation resolution and ends with the registration of the judgment before the Office of Registry of Public Instruments to make effective the transfer of ownership of the property in the name of the ANI.

**3. RELATED PROCESSES OR PROCEDURES**

GCSP-P-010 Property Acquisition.

**4. PROCEDURE LEADER**

Coordinator of the Internal Working Group on Property Legal Advice and Coordinator of the Internal Working Group on Property

**5. CURRENT REGULATIONS**

Political Constitution
Law 9 of 1989, which establishes regulations on municipal development plans, purchase and sale and expropriation of property and establishes other provisions.
Law 388 of 1997 By which Law 9 of 1989 and Law 2 of 1991 are modified and other provisions are issued.
Law 1437 of 2011 "Code of Administrative Procedure and Contentious Administrative Procedure - CPACA".
Law 1564 of 2012 Article 399 "General Code of Procedure".
Law 1682 of 2013 By means of which measures and provisions are adopted for transportation infrastructure projects.
Law 1742 of 2014 By means of which measures and provisions are adopted for transport infrastructure projects, drinking water and basic sanitation, and other sectors that require expropriation of investment projects carried out by the State.

Law 1882 of 2018 By which provisions aimed at strengthening public procurement in Colombia, the Infrastructure Law are added, modified and dictated and other provisions are dictated.

**6. OBSERVATIONS**

For activities 13 to 23, it must be taken into account that once the appeal for reconsideration has been filed, the ANI will have one (1) month to issue the administrative act that resolves said appeal.

**7. DESCRIPTION**

| SYMBOL | MEANING | SYMBOL | MEANING | SYMBOL | MEANING |
|---|---|---|---|---|---|
| ⬭ | Beginning and end. | Ⓐ | Page connector. | ① | Activity connector |
| ☐ | Operation: development of activity or task. | ◆ | Decision: decision making | ▽ | Final archive |

| FLOWCHART | RESPONSIBLE | RECORD |
|---|---|---|
| START | | |
| 1. Receive the expropriation file with all the documents necessary to begin the review of the same sent by the Concessionaire | Property Technician | GADF-F-012 official document. Expropriation resolution with approval from the Supervision Office Property tax file |
| 2. Carry out the technical review of the file delivered by the dealer and issue technical opinion. | GIT Land Coordinator Property Technician | Technical Review Report GADF-F-010 Memorandum of referral of file and technical concept |
| 3. Does the file have technical approval from the ANI? — NO → 4. Send a letter to the Concessionaire with a copy to the Supervision informing the technical observations of the file. | GIT Land Coordinator Property Technician | GADF-F-012 Letter to the Concessionaire and Supervision |
| 5. Send the file to the Property Legal Advisory GIT. | GIT Land Coordinator Property Technician | Technical Review Report GADF-F-010 Memorandum of referral of file and technical concept |
| 6. Carry out the property legal review of the file delivered by the concessionaire. | GIT Legal Advisory Coordinator Predial Property Lawyer | Property tax file. |
| 7. Do the expropriation resolution and supporting documents comply with the requirements for expropriation? — NO → 8. Return the documents to the Dealer for review and correction. → ① | GIT Land Coordinator GIT Legal Advisory Coordinator Predial | GADF-F-012 official document. |
| Ⓐ | | |

Page 1 of 4





| Agencia Nacional de Infraestructura | INTEGRATED MANAGEMENT SYSTEM | | Code: | GCSP-P-032 |
|---|---|---|---|---|
| | PROCESS | STRATEGIC PLANNING AND MANAGEMENT SYSTEM | Version: | 002 |
| | PROCEDURE | EXPROPRIATION PROCEDURE | Date: | 01/27/2020 |

| FLOWCHART | RESPONSIBLE | RECORD |
|---|---|---|
| A<br>9. Draft the resolution ordering the initiation of the expropriation process. | Property Lawyer | Projected expropriation resolution. |
| 10. Review and approve the expropriation resolution and send it to the Vice President Planning, risks and environment. | Attorney in charge of review<br>GIT Legal Advisory Coordinator<br>Predial | Projected expropriation resolution.<br>Expropriation database. |
| 11. Sign the expropriation resolution and send it to the GIT Advisory Coordinator Property Legal to manage the numbering. | Vice President of Planning, Risks and Around. | Expropriation resolution. |
| 12. Number the resolution according to the provisions of the procedure "GEJU-P-007 Numbering and Publicity of Administrative Acts" | Legal Vice-Presidency | Numbered expropriation resolution. |
| 13. Prepare, review, approve and send the summons letter for notification of the administrative act within five (5) days following the issuance of the resolution, to the address, fax number or email address listed in the file or can be obtained from the commercial register, so that the owner appear at the personal service hearing. Article 68 of the CPACA | GIT of Property Legal Advice or<br>Dealers | GADF-F-012 letter<br>Summons letter |
| 14. After 5 days from the sending of the summons by certified mail, the Owner was personally notified?<br>NO → 15. If personal service cannot be made, will proceed to prepare, review, give the approval and send the notification by notice within five (5) days of the sending the summons or prior verification of the record received from the certified mail company, in the terms of article 69 of the CPACA<br>Parallel to the notification process (Activities 13-26) continue with the enforcement process (Activity 27) | GIT of Property Legal Advice or<br>Dealers | Proof of notification.<br>GADF-F-012 letter - Notice |
| 16. Within 10 days following personal notification or notice of the Expropriation Resolution, did the owner file an appeal for reconsideration?<br>NO → 2 | GIT Legal Advisory Coordinator<br>Predial | |
| 17. Draft a resolution that resolves the appeal for reconsideration and send it to the Coordination of the GIT of Property Legal Advice for review and VoBo. | Concessionaire | Resolution resolving the planned appeal for reconsideration. |
| 18. Review and adjust the project by the Property Technician and Legal Officer resolution that resolves the appeal for reconsideration and sends it to the GIT lawyer Property Legal Advisory Service in charge of the review. | Property Technician<br>Property Lawyer | Resolution resolving the planned appeal for reconsideration. |
| 19. Give approval to the resolution that resolves the appeal for reconsideration and send to the GIT Coordinator of Property Legal Advice. | Lawyer in charge of reviewing the GIT of the Property Legal Advisory Service | Resolution resolving the planned appeal for reconsideration. |
| 20. Give approval to the resolution that resolves the appeal for reconsideration and send to the Vice President of Planning, Risks and Environment. | GIT Legal Advisory Coordinator<br>Predial | Resolution resolving the planned appeal for reconsideration. |
| 21. Sign the resolution that resolves the appeal and send it to the GIT coordinator of Property Legal Advice to manage the numbering .<br>B | Vice President of Planning, Risks and Around. | Resolution resolving the appeal for reconsideration. |

| Agencia Nacional de Infraestructura (ANI) | INTEGRATED MANAGEMENT SYSTEM | | Code: | GCSP-P-032 |
|---|---|---|---|---|
| | PROCESS | STRATEGIC PLANNING AND MANAGEMENT SYSTEM | Version: | 002 |
| | PROCEDURE | EXPROPRIATION PROCEDURE | Date: | 01/27/2020 |

| FLOWCHART | RESPONSIBLE | RECORD |
|---|---|---|
| (B) → 22. Number the resolution according to the provisions of the procedure "GEJU-P-007 Numbering and Publicity of administrative acts" | Legal Vice-Presidency | Resolution resolving the appeal for reconsideration. |
| 23. Is the resolution that resolves the resource? — → 24. Return the file with the resolution of revocation to the dealer for that correct. → (1); NO → 25 | Coordinator of the GIT Legal Advisory Predial | Resolution of revocation and Referral letter |
| 25. Initiate the notification process of the resolution that decides the Appeal Replacement. | GIT of Property Legal Advice or Dealers | GADF-F-012 official document. |
| 26. Notify the appellant personally or by notice, according to the activities 13 and 15 established in this procedure. | GIT of Property Legal Advice or Dealers | GADF-F-012 official document. |
| (2) → 27. Draft the certificate of execution and send it for the Coordinator's approval of Property Legal Advice. | Property Lawyer | GEJU-F-020 Format: Certificate of Execution |
| 28. Review and approve the certificate of execution. | Lawyer of the GIT Legal Advisory Property tax in charge of the review | GEJU-F-020 Format: Certificate of Execution |
| 29. Sign the certificate of execution. | Coordinator of the GIT Legal Advisory Predial | GEJU-F-020 Format: Certificate of Execution. |
| 30. Prepare power of attorney and referral letter for filing the claim. | Property Lawyer | Can. GADF-F-012 official document. |
| 31. Review and approve the power and forwarding letter of the folder or email electronic. | Attorney in charge of reviewing the power of attorney | Can. GADF-F-012 official letter or email. |
| 32. Sign the power of attorney and the forwarding letter of the folder. | GIT Legal Advisory Coordinator Predial | Can. |
| 33. Send the property file to the Concessionaire or the Expropriation Group judicial depending on the project. | GIT Legal Advisory Coordinator Predial | GADF-F-012 official letter or GADF-F-010 internal memorandum. |
| 34. File an expropriation claim within three (3) months following the execution of the administrative act, before the respective court | ANI or Dealership Representative | Demand |
| 35. Does the court accept the claim? NO → 36. Fix it within the term legal. → 37; — → 37 | ANI or Dealership Representative | Car |
| 37. Order by means of an order the payment of 100% of the appraisal presented. → (C) | Judge of Knowledge | Car. |

| | INTEGRATED MANAGEMENT SYSTEM | | Code: | GCSP-P-032 |
|---|---|---|---|---|
| **ANi** Agencia Nacional de Infraestructura | **PROCESS** | STRATEGIC PLANNING AND MANAGEMENT SYSTEM | Version: | 002 |
| | **PROCEDURE** | EXPROPRIATION PROCEDURE | Date: | 01/27/2020 |

| FLOWCHART | RESPONSIBLE | RECORD |
|---|---|---|
| C → 38. Review the documentation and payment support (property tax record, appraisal, act administrative, auto). | ANI or Dealership Representative | GADF-F-012 official letter, GADF-F-010 Memorandum or email. |
| 41. Advance management for correct inconsistencies. | ANI or Dealership Representative | Memorial. |
| 39. Do the payment support and documents meet the requirements for approval? — NO → 40. Return to the agent for review and correction. | ANI or Dealership Representative | GADF-F-012 official document. |
| 42. Sign payment order and send supporting documents to the project Trust. | ANI or Dealership Representative | GADF-F-012 official document. |
| 43. Make the payment in judicial deposit for the value ordered by the judge. | Project Trust | Judicial deposit GADF-F-012 official document. |
| 44. Request the judge to deliver in advance the property required for the project (in the terms of art. 399 of the General Code of Procedure). | ANI or Dealership Representative | Memorial. |
| 45. Is a statement submitted regarding the appraisal or expert opinion? — → 46. Present and support the opposition. NO | ANI or Dealership Representative | Memorial. |
| 47. Register the judgment in the Public Instruments Registry Office to make effective the transfer of ownership of the property in the name of the ANI. | ANI or Dealership Representative | Real estate registration folio |
| END | | |

**8. CHANGE CONTROL**

| VERSION | DATE | DESCRIPTION OF CHANGE |
|---|---|---|
| 001 | April 26, 2018 | Creating the document |
| 002 | January 27, 2020 | Document Update |

**9. APPROVAL**

I participate in the development of the procedure

| | Name | Post | Date | Signature |
|---|---|---|---|---|
| Elaborated | Geovanny Andres Casanova Diaz | Expert 6 - GIT Predial | 01/23/2020 | ORIGINAL FIRMADO |
| Reviewed and Approved | Xiomara Patricia Juris Jimenez | GIT Land Coordinator | 01/27/2020 | |
| Reviewed and Approved | Rafael Diaz-Granados Amaris | GIT Coordinator of Property Legal Advice | 01/27/2020 | |
| Vo.Bo. SGC | Christian Leandro Munoz Claros | Contractor | 01/27/2020 | |