IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

*Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

*Respondents*.

Civil Action No. _____

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 16



**ANi** | Agencia Nacional de
        Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 1 de 18

**Para contestar  cite:**
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

Bogotá D.C., noviembre de 2020

Señores
**JUAN MANUEL MÉNDEZ PIRA**
Representante Legal
**PERIMETRAL ORIENTAL DE BOGOTA S.A.S.**
Calle 93 No. 11A-28 Of. 701
contactenos@pob.com.co
Bogotá D.C.



Correspondencia Recibida
Fecha de
Radicación: 25/11/2023-10:22 AM
Sede: BOGOTA
Consecutivo: R-4469
Asunto: CITACION A LA AUDIENCIA DE QUE TRATA EL
ARTICULO 8...
Anexos: *C0
Radicador: JENNIFER ANDREA MORALES RAMIREZ
RECIBIDO NO IMPLICA ACEPTACION

Señor
Representante Legal
**SEGUROS GENERALES SURAMERICANA S.A.**
Carrera 11 No. 93 – 46
Bogotá D.C.

Señor
Representante Legal
**SEGUROS COMERCIALES BOLIVAR S.A.**
Avenida el Dorado No 68B-31 Piso 10
Bogotá D.C.

Señor
Representante Legal
**LIBERTY SEGUROS S.A.**
Calle 72 No. 10-07
Bogotá D.C.



**REF.:**     **CITACIÓN A LA AUDIENCIA DE QUE TRATA EL ARTÍCULO 86 DE LA LEY
1474 DE 2011.** Presunto incumplimiento de la Sociedad Perimetral
Oriental de Bogotá S.A., de las obligaciones contenidas en la Sección 3.14
(i) (iv) de la Parte General y en la Sección 4.5 (e) de la Parte Especial del
Contrato de Concesión No. 002 de 2014, con relación al Fondeo de la
Subcuenta de Interventoría y Supervisión.

Respetados Señores,



La movilidad
es de todos          Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 2 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

En ejercicio de las facultades conferidas mediante las Resoluciones ANI No.(s) 0273 de 13 de febrero de 2018, 2042 de 07 noviembre de 2018, y 1069 de 15 de julio de 2019, nos permitimos citarlos a la audiencia de que trata el artículo 86 de la Ley 1474 de 2011, con ocasión del presunto incumplimiento de las obligaciones contractuales contenidas en la Sección 3.14 (i) (iv) de la Parte General y en la Sección 4.5 (e) de la Parte Especial del Contrato de Concesión No. 002 de 2014, con relación al Fondeo de la Subcuenta de Interventoría y Supervisión.

Lo anterior de conformidad con los siguientes:

## I.    HECHOS QUE SOPORTAN LA CITACIÓN

### a.  GENERALES

1. Mediante Resolución No. 1187 del 29 de octubre de 2013, la Agencia Nacional de Infraestructura dio apertura del proceso de licitación No. VJ-VE-IP-LP-010-2013, con el fin de seleccionar la oferta más favorable para la adjudicación de un (1) Contrato de Concesión bajo el esquema de APP, para que EL CONCESIONARIO realice a su cuenta y riesgo la financiación, construcción, rehabilitación, mejoramiento, operación y mantenimiento del Corredor Vía Perimetral del Oriente de Cundinamarca, de acuerdo con el Apéndice Técnico 1 y demás apéndices del Contrato.

2. Mediante Resolución No. 992 del 23 de julio de 2014, la Agencia Nacional de Infraestructura adjudicó a la ESTRUCTURA PLURAL que posteriormente constituyó la Sociedad por Acciones Simplificada bajo la denominación Perimetral Oriental de Bogotá S.A.S. - POB S.A.S.

3. La Agencia Nacional de Infraestructura, suscribió con la Sociedad Perimetral Oriental de Bogotá S.A.S. - POB S.A.S. el 8 de septiembre de 2014 el Contrato de Concesión No. 002 de 2014 bajo el esquema APP, cuyo objeto consiste en la financiación, construcción, rehabilitación, mejoramiento, operación y mantenimiento del Corredor Vía Perimetral del Oriente de Cundinamarca, de acuerdo con el Apéndice Técnico 1 y demás apéndices del Contrato.

4. El 19 de diciembre de 2014 se suscribió el Acta de inicio.

5. Valor inicial del contrato se pactó en UN BILLÓN SEISCIENTOS CUARENTA Y SEIS MIL SETECIENTOS SETENTA Y SEIS MILLONES CIENTO ONCE MIL CIENTO SESENTA Y NUEVE ($1.647.776.111.169) pesos del mes de referencia





**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 3 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

6. El Plazo del contrato conforme lo establece la sección 2.4 es el siguiente:

*"2.4 Plazo del Contrato*

*(a)El plazo del Contrato transcurrirá entre la Fecha de Inicio y la fecha en que termine la Etapa de Reversión, a más tardar al vencerse el Plazo Máximo de la Etapa de Reversión.*

*(b)La Fecha de Terminación de la Etapa de Operación y Mantenimiento ocurrirá en cualquiera de los siguientes eventos, el que primera acaezca:*

*(i)Al cumplirse el año VEINTICINCO (25) contado a partir de la Fecha de Inicio si se ha alcanzado o superado el VPIP, o;*

*(ii)En el momento en que, pasados los VEINTICINCO (25) años se verifique de acuerdo con el procedimiento de verificación del VPIP, que se ha alcanzado o superado el VPIP para lo cual se tendrá como fecha de terminación el décimo Día Hábil del Mes correspondiente a la fecha en la que se verifica tal circunstancia, o;*

*(iii)Al cumplirse el año VEINTINUEVE (29) contado a partir de la Fecha de Inicio, aun en el caso en que llegada esa fecha el Concesionario no hubiere obtenido el VPIP".*

7. El contrato No. 002 de 2014 actualmente se encuentra en la Fase de Construcción. Durante la ejecución se han suscrito:

    I. Acta de Terminación de Unidad Funcional 1.
    II. Actas de Terminación Parcial de las Unidades Funcionales 2 y 3.
    III. Suspensión de la ejecución de las Intervenciones previstas en las Unidades Funcionales 4 y 5 en virtud del Acta de Declaratoria de Evento Eximente de Responsabilidad.
    IV. Existencia de Eventos Eximentes de Responsabilidad declarados por la ANI y/o por el Panel de Amigable Composición.

    b. **HECHOS INFORMADOS FRENTE AL PRESUNTO INCLUMPLIMIENTO**

1. El Contrato de Concesión No. 002 de 2014, Parte Especial, Sección 4.5. (e), dispone que, como parte de las obligaciones a cargo de la Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. se encuentra la de efectuar los aportes discriminados en el Contrato de Concesión, incluyendo el previsto para la Subcuenta de Interventoría y Supervisión, determinando que, los





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 8301259969. Código Postal ANI 110221.
Página 4 de 18

**Para contestar cite:**
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: **23-11-2020**

aportes en la Fase de Construcción corresponderán a Diez mil ciento sesenta millones trescientos sesenta y siete mil trescientos cincuenta y un ($ 10.160.367.351) Pesos del Mes Referencia.

2. De acuerdo con el literal (e) de la Sección 4.5. de la Parte Especial del Contrato de Concesión, la fecha máxima de aporte se encuentra definida en los siguientes términos: *"Dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la Fecha de Inicio de la Fase de Construcción."* De este modo, dentro de los cinco (5) primeros días contados a partir del 15 de diciembre de 2018, la Sociedad Concesionaria POB S.A.S. se encontraba en la obligación de realizar el referido aporte.

3. Durante la verificación de la obligación contenida en el literal (e) de la Sección 4.5. de la Parte Especial del Contrato de Concesión, la Interventoría evidenció que esta no se encontraba cumplida, razón por la cual, mediante comunicación No. CP-PER-4633-2019 radicado ANI 2019-409-004487-2 del 16 de enero de 2019, la Interventoría solicitó a la Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. que:

*"(…) Sobre el particular se destaca que, de conformidad con el Otrosí No. 4 del Contrato de Concesión; se determinó en la Cláusula Sexta que la Fase de Construcción de] Proyecto inició el día 15 de diciembre de 2015, en este sentido, se establecía como fecha máxima para el respectivo aporte el 20 de diciembre de 2018, para que el Concesionario realizara el aporte de $ 10.160.367.351 pesos del mes de referencia, aplicando la fórmula de ajuste establecida contractualmente para tales efectos.*
*Teniendo en cuenta lo anterior, se establece un presunto incumplimiento por parte del Concesionario de las obligaciones previamente referidos, dado lo cual, esta Interventoría solicita que en un plazo no superior a cinco (5) días hábiles contados a partir del recibo de esta comunicación, se proceda a efectuar el Fondeo requerido para la Subcuenta Interventoría y Supervisión y los intereses dejados de causar por no efectuar el Fondeo referido en los términos y plazos contractualmente establecidos para el efecto."*

4. Posteriormente, mediante requerimiento formal No. CP-PER-4694-2019 radicado ANI 2019-409-008422-2 del 28 de enero de 2019, la Interventoría reiteró la solicitud a la Sociedad Concesionaria POB S.A.S. para que: *"(…) en*



 **Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 5 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

*un término no superior a cinco (5) Dias Hábiles contados a partir del día de recibo de la presente comunicación, dé cumplimiento a obligaciones contenidas en la Sección 3.14 (i) (iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato, y en consecuencia proceda a efectuar el Fondeo requerido para la Subcuenta Interventoría y Supervisión y los rendimientos dejados de causar por no efectuar el Fondeo referido en los términos y plazos contractualmente establecidos para el efecto. La omisión al presente requerimiento configurará un presunto incumplimiento de las obligaciones contenidas en la Sección 3.14 (i)(iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato y en consecuencia dará lugar a la aplicación de las estipulaciones contractuales establecidas en el Capítulo X "Sanciones y esquemas de apremio", sección 10.2 "Plazo de Cura y Pago de las Multas", literal (a) del Contrato de Concesión, Parte General, en concordancia con lo señalado en la sección 6.1 "Eventos generadores de imposición de Multas", literal (m)2 del Contrato de Concesión, Parte Especial.(...)"*

5. Sobre las solicitudes realizadas, la Interventoría no recibió respuesta por parte del Concesionario, encontrándose presuntamente incumplidas las obligaciones contenidas en la Sección 3.14(i) (iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato, razón por la cual la Interventoría en comunicado con CP-PER-4742-2019 radicado ANI 2019-409-010943-2 del 4 de febrero de 2019, solicitó a la Agencia la no objeción al plazo de cura por este presunto incumplimiento, así:

*"(...) Considerando que a la fecha se han elevado diversos requerimientos con el fin de que el Concesionario proceda a efectuar el Fondeo requerido para la Subcuenta Interventoría y Supervisión y los intereses dejados de causar por no efectuar el Fondeo referido en los términos y plazos contractualmente establecidos para el efecto, y como quiera que el Concesionario se encuentra presuntamente incumplido en la obligación contenida en la Sección 3.14(i)(iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato, a juicio de esta Interventoría resulta justificado otorgar un Plazo de Cura igual a Cinco (5) Dias Hábiles.*





**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 6 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

6. La Agencia Nacional de Infraestructura mediante comunicado con radicado ANI 2019-705-005369-1 del 22 de febrero de 2019, emitió la no objeción al plazo de cura, solicitado por la Interventoría.

7. La Interventoría mediante comunicado CP-PER-4907-2019 con radicado ANI 2019-409-023297-2 del 6 de marzo de 2019 otorgó el mencionado plazo de cura a la Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., en los siguientes términos:

*"(...) el Consorcio Intervías 4G, quien para efectos del Contrato de Concesión No. 002 de 2014 actúa como "La Interventoría", ante la presencia del notorio incumplimiento evidenciado, basado en su gravedad y previa No Objeción por parte de la Vicepresidencia de Gestión Contractual mediante comunicación No. 2019-705- 005369-1 de fecha 01 de marzo de 2019, otorga un Plazo de Cura razonable al Concesionario "Perimetral Oriental de Bogotá SAS." equivalente a Cinco (5) Días, contados a partir del recibo de la presente, para sanear el presunto incumplimiento al que se refiere el Capítulo Séptimo de la presente comunicación y en consecuencia se hace necesario que la Sociedad Concesionaria POB S.A.S. proceda a efectuar los aportes requeridos para la Subcuenta de Supervisión e Interventoría en los montos establecidos contractualmente para el efecto aplicando la fórmula de ajuste establecida contractualmente, así como los rendimientos dejados de percibir por no efectuar dicho aporte en los plazos contractualmente establecidos.*

| Valor Aporte | Fecha Prevista contractualmente para el cumplimiento de la Obligación |
|---|---|
| $10.160.367.351 pesos del Mes de Referencia[19] | 20 de diciembre de 2018 |

8. La Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., no dio respuesta al periodo de cura otorgado, por lo cual, la Interventoría en comunicado CP-PER-4984-2019 radicado ANI 2019-409-027023-2 del 15 de marzo de 2019, informó a la Agencia el vencimiento del plazo de cura otorgad, presentó el informe de cumplimiento y solicitó el inicio del Proceso Sancionatorio.



La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 7 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

**9.** La Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. en comunicado D-652 radicado ANI 2019-409-030917-2 del 26 de marzo de 2019, respondió las solitudes de la Interventoría, indicando lo siguiente:

*"(...) Que considerando los anteriores antecedentes, el Concesionario no se encuentra ejecutando grandes actividades de construcción en la mayoria de las Unidades Funcionales del Proyecto (ya que las Unidades Funcionales 2 y 3 están muy cerca de ser finalizadas y las Unidades Funcionales 4 y 5 están afectadas por el EER), por lo cual no es procedente el giro del valor requerido por la Interventoria en sus comunicaciones con destino a la Subcuenta de Interventoria y Supervisión, siendo procedente acorde con el estado actual del proyecto, girar, en su lugar, una suma equivalente al Aporte Anual durante la Etapa de Operación y Mantenimiento, suma que asciende TRES MIL CUATROCIENTOS CUARENTA Y SEIS MILLONES SEISCIENTOS TREINTA Y SIETE MIL SEISCIENTOS VEINTICUATRO (COP $3.446.637.624) Pesos del Mes de Referencia. (...)"*

**10.** La Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., informó en comunicado D-806 radicado ANI 2019-409-039131-2 del 16 de abril de 2019, que:

*"Teniendo en cuenta que a la fecha no hemos recibido respuesta a la comunicación D-652-2019, el Concesionario se permite informar que procedió a realizar los aportes a la Subcuenta de Interventoria y Supervisión, correspondiente a una suma equivalente al Aporte Anual aplicable durante la Etapa de Operación y Mantenimiento, suma que en valor corriente es CUATRO MIL CUATROCIENTOS DOS MILLONES SETECIENTOS TREINTA Y CUATRO MIL NOVENCIENTOS PESOS CON NOVENTA CENTAVOS ($4.402.734.900,90.)*

*Teniendo en cuenta lo anterior, les solicitamos la suspensión del requerimiento formal y plazo de cura, mientras la ANI se pronuncia al respecto."*

**11.** La Interventoría mediante comunicado CP-PER-5203-2019 radicado ANI 2019-409-040366-2 del 22 de abril de abril de 2019, dando respuesta a la Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. le informó que ante el vencimiento del plazo de cura se continuará con el trámite señalado en el Contrato de Concesión, Parte General, Capítulo X "Sanciones y Esquemas de





**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 8 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

Apremio", tendiente a la imposición de la Multa a que haya lugar, por el presunto incumplimiento evidenciado.

12. La Agencia Nacional de Infraestructura mediante comunicado radicado ANI No. 2019-306-023828-1 del 23 de julio de 2019, solicitó a la Sociedad Concesionaria POB S.A.S.:

Expuesto lo anterior, y teniendo en consideración que: (i) A la fecha, el proyecto aún se encuentra en Fase de Construcción, (ii) Las Actas de Terminación de las Unidades Funcionales 2 y 3 aún no se han suscrito y (iii) La Agencia y el Concesionario están definiendo en conjunto cómo se acometerán los cambios de las Unidades Funcionales 4 y 5, solicitamos completar el fondeo realizado (según comunicado del punto 7 anterior) al contractual previsto para Diciembre 2018 en Etapa de Construcción, esto es, en el equivalente a COP 6,713,729,727 del Mes de Referencia.

Sin perjuicio de lo anterior, cuando se suscriba el Acta de Terminación de las Unidades Funcionales 2 y 3 y cuando se definan los nuevos valores de fondeos anuales de Interventoría y Supervisión con ocasión de las nuevas definiciones contractuales para las Unidades Funcionales 4 y 5 definiendo la Etapa en la cual se ubica el Contrato, se hará un rebalanceo del aporte aquí solicitado y lo que se determine como aportado en exceso para la Etapa de Construcción se imputará a la Etapa definida.

13. La Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., en comunicado D-2723 radicado ANI 2019-409-129177-2 del 11 de diciembre de 2019, respondió a la solicitud de la Agencia y aludió a la negociación que se estaba adelantando para ese entonces de una nueva opción de trazado para las Unidades Funcionales 4 y 5 y en el que se regularía los Fondeo 5 y siguientes.

14. La Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., en comunicado D-2724 radicado ANI 2019-409-129181-2 del 11 de diciembre de 2019, reiteró a la Interventoría:

*"(...) Teniendo en cuenta los comunicados citados en el asunto, reiteramos que mediante comunicado 0-1036-2019 radicado a ustedes el pasado 6 de marzo de 2019, el Concesionario solicitó a la Interventoría con copia a la ANI, la suspensión del requerimiento formal y plazo de cura en curso. Así mismo, dando respuesta a su comunicado CP-PER4907-201 9 (R-1036-2019), indicamos que actualmente las Unidades Funcionales 2 y 3, cuentan con Acta de Terminación Parcial desde & pasado 17 de octubre de 2019 y 7 de noviembre de 2019.*





**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 9 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

*Así mismo, actualmente se encuentra cursando en la ANI, la propuesta de Otrosi 4 y 5 acordada previamente con la Entidad, enviada por el Concesionario el pasado 10 de octubre bajo el comunicado D-2346-2019 (...)"*

15. La Interventoría en comunicado CP-PER-6347-2019 con radicado ANI 2019-409-133521-2 de 19 de diciembre de 2019, dio respuesta al comunicado D-2724 remitido por la Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., indicando que:

*"(...) Sobre este particular, esta Interventoría se permite reiterar a la Sociedad Concesionaria POB S.A.S. que, hasta tanto no se produzca la modificación contractual mediante el documento legal y contractualmente establecido para el efecto, que determine que la pretensión del Concesionario es cierta, esta Interventoría continuará requiriendo que se dé cumplimiento a las estipulaciones que contractualmente regulan la materia y que son de pleno conocimiento de su parte. Así las cosas, esta Interventoría no podrá suspender ningún trámite que al respecto solicitó, siendo improcedente acceder a su pretensión. (...)"*

16. Ante los hechos anteriormente descritos y la renuencia de la Sociedad Concesionario POB S.A.S. de dar cumplimiento a la obligación contenida en el Contrato respecto del Fondeo 5 de la Subcuenta de Interventoría y Supervisión, la Interventoría en comunicado CP-PER-7361C-2020 radicado ANI 2020-409-055351-2 del 24 de junio de 2020, solicitó a la Agencia el adelantamiento de los procesos sancionatorios correspondientes a este presunto incumplimiento.

## II.    INFORMES DE LA INTERVENTORÍA DEL CONTRATO

Con el fin de dar cumplimiento a lo establecido en el literal a) del artículo 86 de la Ley 1474 de 2011, se adjunta a la presente citación los Informes y/o Conceptos presentados por la interventoría que se relacionan a continuación:

1. La interventoría mediante comunicado CP-PER-4984-2019 radicado ANI 2019-409-027023-2 del 15 de marzo de 2019, radicó el informe por el presunto incumplimiento de las obligaciones contenidas en la Sección 3.14(i)(iv) de la Parte



 **Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 10 de 18

**Para contestar cite:**
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato - Fondeo Subcuenta Interventoría y Supervisión.

**2.** La interventoría mediante comunicado CP-PER-7361C-2020 radicado ANI 2020-409-055351-2 del 24 de junio de 2020, radicó alcance al informe por el presunto incumplimiento de las obligaciones contenidas en la Sección 3.14(i)(iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato - Fondeo Subcuenta Interventoría y Supervisión.

### III.    NORMAS Y CLÁUSULAS PRESUNTAMENTE VULNERADAS.

De acuerdo con los apartes anteriores, el Contratista pudo haber incurrido en el presunto incumplimiento de las obligaciones contractuales establecidas en las cláusulas que a continuación se relacionan:

1. Sección 3.14 de la Parte General Contrato de Concesión No. 002 de 2014 establece:

*"3.14 Cuentas y Subcuentas del Patrimonio Autónomo*

*(...)*

*(i) Cuenta ANI*

*(...)*

  *(iv) Subcuenta Interventoría y Supervisión*

   *1. La Subcuenta Interventoría y Supervisión de la Cuenta ANI se creará con la suscripción del Contrato de Fiducia Mercantil, y se fondeará con los recursos de la Cuenta Proyecto en los montos y plazos dispuestos en la Parte Especial.*

   *2. La ANI será la encargada de dar instrucciones a la Fiduciaria para el uso de estos recursos, los cuales en todo caso deberán destinarse a atender las actividades relacionadas con la Interventoría y Supervisión del Contrato.*



 **Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 11 de 18

**Para contestar cite:**
Radicado ANI No.: **20207070359321**
"20207070359321"
Fecha: **23-11-2020**

3. *Los recursos disponibles en la Subcuenta Interventoría y Supervisión se destinarán a la atención de los pagos al Interventor y a la Supervisión del Contrato. Para que la Fiduciaria efectúe cada pago, se requerirá siempre de la correspondiente Notificación por parte de la ANI.*

4. *Los recursos remanentes de esta Subcuenta, que no fueron necesarios para el pago al Interventor o del Supervisor del Contrato, a la terminación del Contrato, podrán ser transferidos a la Subcuenta Excedentes ANI, previa instrucción expresa y escrita de la ANI.*

5. *Los rendimientos de las operaciones de tesorería que se efectúen con cargo a los recursos de esta subcuenta, serán transferidos mensualmente a la Subcuenta Obras Menores. (...)".*

2. Sección 4.5 de la Parte Especial del referido Contrato Concesión No. 002 de 2014 establece:

*"4.5 Fondeo de Subcuentas del Patrimonio Autónomo*

*(...)*

*(e) Subcuenta Interventoría y Supervisión.*

*Como parte de las obligaciones a su cargo, el Concesionario deberá efectuar los aportes que a continuación se expresan, a la Subcuenta Interventoría y Supervisión.*



**ANi**  Agencia Nacional de
**Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 12 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

| Aporte | Monto | Fecha Máxima del Aporte |
|---|---|---|
| Aportes Preconstrucción | Dos mil novecientos veintitrés millones ciento diecisiete mil novecientos cincuenta y seis ($ 2.923.117.956) Pesos del Mes Referencia. | Fecha de constitución del Patrimonio Autónomo, y, de ser el caso, dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la Fecha de Inicio. En el caso en que el último periodo tenga una duración menor a trescientos sesenta y cinco (365) Días, el aporte respectivo será proporcional a su duración. |

| Aportes Construcción | Diez mil ciento sesenta millones trescientos sesenta y siete mil trescientos cincuenta y un ($ 10.160.367.351) Pesos del Mes Referencia. | Dentro de los cinco (5) Días siguientes a la suscripción del Acta de Inicio de la Fase de Construcción. |
|---|---|---|
| | Diez mil ciento sesenta millones trescientos sesenta y siete mil trescientos cincuenta y un ($ 10.160.367.351) Pesos del Mes Referencia. | Dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la Fecha de Inicio de la Fase de Construcción. |

La movilidad es de todos    Mintransporte



**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 13 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

| Aportes anuales durante la Etapa de Operación y Mantenimiento | Tres mil cuatrocientos cuarenta y seis millones seiscientos treinta y siete mil seiscientos veinticuatro ($3.446.637.624) Pesos del Mes de Referencia. | Dentro de los cinco (5) Días siguientes al inicio de cada periodo de trescientos sesenta y cinco (365) Días contados desde la suscripción de la última Acta de Terminación de Unidad Funcional. En el caso en que el último periodo tenga una duración menor a trescientos sesenta y cinco (365) Días, el aporte respectivo será proporcional a su duración. |

*(...)"*

## IV.    CONSECUENCIAS QUE PODRÍAN DERIVARSE EN DESARROLLO DE LA ACTUACIÓN

La ***primera consecuencia*** que podría derivarse del procedimiento a seguir es la declaratoria de incumplimiento de las cláusulas contractuales indicadas en el acápite anterior.

La ***segunda consecuencia*** que podría derivarse del procedimiento a seguir es la imposición de multa, de conformidad con lo establecido en el numeral 6.1 literal (m) de la Parte Especial del Contrato de Concesión No. 002 de 2014, que establece:

*"6.1 Eventos Generadores de Imposición de Multas.*

*(...)*

*(m) Multa por incumplimiento en la constitución y fondeo de Subcuentas: Por no constituir y/o fondear las subcuentas a las que se refiere la Sección 4.5 de esta Parte Especial, dentro de los plazos y con los montos establecidos, se causará una Multa diaria equivalente a veinte (20) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de esta obligación. Para efectos de lo señalado en la Sección 10.2(d) de la Parte General, el término máximo contado desde la expiración del Plazo de Cura es de treinta (30) Días."*

La ***tercera consecuencia*** que podría derivarse en desarrollo de esta actuación es la posible afectación de la Póliza de Cumplimiento No. 1480314-1, la cual fue expedida por





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 14 de 18

**Para contestar cite:**
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

la Compañía SEGUROS GENERALES SURAMERICANA S.A., póliza de seguro que ampara el cumplimiento del Contrato de Concesión No. 002 de 2014.

## V.    CUANTIFICACIÓN DE LA MULTA

La Supervisión del proyecto cuantificó la posible Multa a imponer al Concesionario por presunto incumplimiento de las obligaciones contractuales contenidas en la Sección 3.14 (i) (iv) de la Parte General y en la Sección 4.5 (e) de la Parte Especial del Contrato de Concesión No. 002 de 2014; en lo relacionado con el no Fondeo de la Subcuenta Interventoría y Supervisión. Por lo tanto, el valor de la posible Multa a imponer asciende a **NUEVE MIL DOSCIENTOS TRES MILLONES TREINTA MIL SETECIENTOS SESENTA PESOS (\$9.203.030.760)** moneda corriente, así las cosas, la posible multa a imponer se discrimina de la siguiente manera:

| | |
|---|---|
| Fecha de inicio de la Multa a imponer: | 20 de diciembre de 2018 |
| Fecha de corte de tasación de la multa: | 30 de julio de 2020 |
| Días en que ha subsistido el incumplimiento hasta la fecha de corte: | 589 |
| Multa establecida por cada Día - literal (m) Sección 6.1 | **20 S.M.L.M.V** |
| Salario Mínimo Mensual Legal Vigente (2018): | \$ 781.242 |
| Valor multa diaria | \$15.624.840 |
| TOTAL MULTA con corte a 30 de julio de 2020: | **\$9.203.030.760** |

Ahora bien, es de mencionar que la multa se causará hasta el momento que persista el incumplimiento. En tal sentido, en el caso de adoptar la decisión que imponga la multa, esta se actualizará al día en el cual se expida el Acto Administrativo -de ser procedente- en el que se imponga al Concesionario la sanción a que hubiere lugar, por el incumplimiento, de resultar este acreditado y probado.

De conformidad con lo dispuesto en el numeral 10.4 de la Parte General del Contrato de Concesión, el cálculo que se efectúa es provisional y deberá ser actualizado a la fecha en que la misma sea pagada en su totalidad por el concesionario, en caso de que proceda.

## VI.    GARANTÍA DE CUMPLIMIENTO

En lo que se refiere a perjuicios derivados del incumplimiento de las obligaciones contenidas en el presente contrato, se afectará la Póliza de 1480314-1, la cual fue expedida por la Compañía SEGUROS GENERALES SURAMERICANA S.A, póliza de seguro




**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 15 de 18

**Para contestar cite:**
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

que ampara el cumplimiento del Contrato de Concesión N° 002 de 2014, amparo este constituido a favor de la Agencia Nacional de Infraestructura - ANI.

Participación de coasegurados: Seguros Generales Suramericana S.A. (33.40%), Seguros Comerciales Bolívar (33.30%) y Liberty Seguros S.A. (33.30%)

## VII.    RESPECTO DE LAS PRUEBAS

Los hechos expuestos en la presente citación se encuentran soportados en las pruebas documentales que se relacionan en el Capítulo IX del presente escrito y que se adjuntan a la citación en calidad de pruebas.

Así mismo, teniendo en cuenta las reglas de integración y prevalencia normativa en materia sancionatoria, y observando que respecto de la práctica de pruebas el artículo 86 de la Ley 1474 de 2011 no hace una regulación detallada, se dará aplicación a lo que atañe al derecho sustancial del derecho probatorio dispuesto en el Código General del Proceso (Ley 1564 de 2012).

Lo anterior, sin perjuicio de la plena aplicación a las reglas de la sana crítica y el sistema de valoración de la prueba, así como el decrete de pruebas de oficio.

## VIII.    FECHA, HORA Y LUGAR DE LA AUDIENCIA

La citada Audiencia se llevará a cabo el próximo **NUEVE (9) de DICIEMBRE de DOS MIL VEINTE (2020), a las 2:30 p.m.**, mediante comparecencia virtual por el aplicativo MICROSOFT TEAMS, teniendo en cuenta las medidas adoptadas por el Gobierno Nacional ante la actual emergencia sanitaria, para lo cual los interesados deberán señalar el correo electrónico mediante el cual desean ser vinculados a la plataforma MICROSOFT TEAMS al correo electrónico: notificaciones_sancionatorios@ani.gov.co.

Para efectos de garantizar la conexión, les solicitamos tener disponibilidad desde las 1:30 p.m., a efectos de realizar las pruebas y ajustes necesarios que garanticen la ininterrupción de la conexión.

La calidad de quienes comparezcan a la audiencia deberá ser acreditada.

Adicionalmente y en aplicación de los principios de eficacia, economía y celeridad previstos en la Constitución Política y la Ley 1437 de 2011, así como en aplicación de la regla de concentración implícita en el artículo 86 de la Ley 1474 de 2011, el contratista


La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 16 de 18

**Para contestar cite:**
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

presuntamente incumplido dispondrá de dos (2) horas para exponer sus descargos y aportar y/o solicitar pruebas, siendo importante señalar que, de considerarse necesario, podrá ser autorizado un tiempo superior de oficio o a solicitud de parte para garantizar el derecho de defensa y contradicción. Asimismo, se advierte a las aseguradoras que para coadyuvar los descargos presentados y/o presentar argumentos diferentes a los expuestos por el contratista y aportar y/o solicitar pruebas, dispondrán de un tiempo igual al señalado para el contratista presuntamente incumplido.

Resulta pertinente recordar que el procedimiento que se llevará a cabo es el establecido en el artículo 86 de la Ley 1474 de 2011, de manera que podrá adelantarse el mismo en una sola sesión de audiencia, por lo tanto y con miras a ejercer en debida forma el derecho de defensa que le asiste, es necesario tenga en cuenta que los hitos descritos en la normativa (descargos, decreto, práctica y contradicción de las pruebas, fallo, e interposición de recurso) podrán ser efectuados en esta sesión.

## IX.   ANEXOS

Junto con esta citación se remite como ANEXOS de la CITACIÓN lo siguiente:

**Carpeta No. 1:** **Del trámite precontractual**

1. Resolución No. 1187 del 29 de octubre de 2013
2. Resolución No. 992 del 23 de julio de 2014

**Carpeta No. 2:** **De la suscripción del contrato y sus modificaciones.**

- Actas
- Apéndices del Contrato
- Contrato de Concesión No. 002 de 2014
- Otrosíes
- Pólizas

**Carpeta No. 3:** **De la configuración del incumplimiento.**

1. Comunicación No. CP-PER-4633-2019 radicado ANI 2019-409-004487-2 de enero 16 de 2019.
2. Comunicación No. CP-PER-4694-2019 radicado ANI 2019-409-008422-2 de enero 24 de 2019.
3. Comunicación CP-PER-4742-2019 radicado ANI 2019-409-010943-2 de febrero 4 de 2019.
4. Comunicación radicado ANI 2019-705-005369-1 de febrero 22 de 2019.





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 17 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
"20207070359321"
Fecha: 23-11-2020

5. Comunicación CP-PER-4907-2019 con radicado ANI 2019-409-023297-2 de marzo 6 de 2019.
6. Comunicación CP-PER-4984-2019 radicado ANI 2019-409-027023-2 de marzo 15 de 2019.
7. Comunicación D-652 radicado ANI 2019-409-030917-2 de marzo 26 de 2019
8. Comunicación D-806 radicado ANI 2019-409-039131-2 de abril 16 de 2019
9. Comunicación CP-PER-5203-2019 radicado ANI 2019-409-040366-2 de abril 22 de 2019.
10. Comunicación 2019-306-023828-1 de julio 23 de 2019.
11. Comunicación D-2723 radicado ANI 2019-409-129177-2 de diciembre 11 de 2019.
12. Comunicado D-2724 radicado ANI 2019-409-129181-2 de diciembre 11 de 2019.
13. Comunicado CP-PER-6347-2019 con radicado ANI 2019-409-133521-2 de diciembre 19 de 2019.
14. Comunicación CP-PER-7361C-2020 radicado ANI 2020-409-055351-2 de junio 24 de 2020.

**Carpeta No. 4: De las garantías**

• Póliza de Seguro de Cumplimiento Entidad Estatal No. Póliza de 1480314-1, la cual fue expedida el 28 de julio de 2020, documento No. 13288096, por la Compañía SEGUROS GENERALES SURAMERICANA S.A., aprobada según oficio radicado ANI No. 20203060244981 de 25 de agosto de 2020.

**Carpeta No. 5: Del informe de supervisión y la solicitud de inicio**

• Comunicado CP-PER-4984-2019 radicado ANI 2019-409-027023-2 del 15 de marzo de 2019, radicó el informe por el presunto incumplimiento de las obligaciones contenidas en la Sección 3.14(i) (iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato - Fondeo Subcuenta Interventoría y Supervisión.

• Comunicado CP-PER-7361C-2020 radicado ANI 2020-409-055351-2 del 24 de junio de 2020, radicó alcance al informe por el presunto incumplimiento de las obligaciones contenidas en la Sección 3.14(i) (iv) de la Parte General Contrato de Concesión No. 002 de 2014, y en la Sección 4.5 (e) de la Parte Especial del referido Contrato - Fondeo Subcuenta Interventoría y Supervisión.



 **Agencia Nacional de Infraestructura**

Avenida Calle 24 A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 18 de 18

Para contestar cite:
Radicado ANI No.: 20207070359321
*20207070359321*
Fecha: 23-11-2020

**Link SECOP – Proceso de Contratación**

https://www.contratos.gov.co/consultas/detalleProceso.do?numConstancia=13-19-1611851

Cordialmente,

**CLAUDIA JULIANA FERRO RODRÍGUEZ**
Coordinadora GIT Procedimientos Administrativos Sancionatorios Contractuales
Agencia Nacional de Infraestructura

Anexos:

cc: 1) SEGUROS GENERALES SURAMERICANA S.A CRA. 11 NRO 93 46 BOGOTA D.C. -2) SEGUROS BOLIVAR AV EL DORADO NRO 68B-31 PISO 10 BOGOTA D.C. -3) LIBERTY SEGUROS CLL 72 10-07 BOGOTA D.C.
Proyectó: Andrés Felipe Ramírez Jaramillo – Alma Doris Pérez Collazos
Nro Rad Padre:
Nro Borrador:
GADF-F-012


La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 1 de 48

**Para contestar cite:**
Radicado ANI No.: **2020707038531**

Fecha: **15-12-2020**



Bogotá D.C.

Señor
**DORON YACOB SZPORTAS**
Representante Legas
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**
Calle 93 No. 11A – 28 Oficina 701
contactenos@pob.com.co
Bogotá - Colombia

Señor
Representante Legal
**SEGUROS GENERALES SURAMERICANA S.A.**
Carrera 11 No. 93 – 46
Bogotá D.C.

Señor
Representante Legal
**SEGUROS COMERCIALES BOLIVAR S.A.**
Avenida el Dorado No 68B-31 Piso 10
Bogotá D.C.

Señor
Representante Legal
**LIBERTY SEGUROS S.A.**
Calle 72 No. 10-07
Bogotá D.C.

**ASUNTO:** **CITACIÓN A LA AUDIENCIA DE QUE TRATA EL ARTÍCULO 86 DE LA LEY 1474 DE 2011.** Proceso Administrativo Sancionatorio conta el Concesionario PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S., por los presuntos incumplimientos de las obligaciones contractuales contenidas en la Sección 4.3. del Apéndice Técnico No. 1 y en el Apéndice Técnico No. 2, numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1 relacionados con el mantenimiento para garantizar la seguridad vial y la transitabilidad de las Unidades Funcionales 4 y 5, así como con los tramos que cuentan con vía pavimentada en la Unidad Funcional 5. Asimismo, por los presuntos incumplimientos de las obligaciones contractuales contenidas en el literal (b) de la Sección 4.3 del Apéndice Técnico No. 1, y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2, relacionadas con el mantenimiento y limpieza de las obras de drenaje existentes en las Unidades Funcionales 4 y 5, del Contrato de Concesión No. 002 de 2014.

Respetados Señores,





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 2 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

En ejercicio de las facultades conferidas mediante las Resoluciones ANI Nos. 0273 de 13 de febrero de 2018, 2042 de 07 noviembre de 2018 y 1069 de 15 de julio de 2019, me permito citarlos a la audiencia de que trata el artículo 86 de la Ley 1474 de 2011, por los presuntos incumplimientos de las obligaciones contractuales contenidas en la Sección 4.3. del Apéndice Técnico No. 1 y en el Apéndice Técnico No. 2, numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1 relacionados con el mantenimiento para garantizar la seguridad vial y la transitabilidad de las Unidades Funcionales 4 y 5, así como con los tramos que cuentan con vía pavimentada en la Unidad Funcional 5. Asimismo, por los presuntos incumplimientos de las obligaciones contractuales contenidas en el literal (b) de la Sección 4.3 del Apéndice Técnico No. 1, y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2, relacionados con el mantenimiento y limpieza de las obras de drenaje existentes en las Unidades Funcionales 4 y 5, del Contrato de Concesión No. 002 de 2014, celebrado entre la Agencia Nacional de Infraestructura - ANI y la Sociedad Perimetral Oriental de Bogotá S.A.S -POB S.A.S.

## I.    HECHOS QUE SOPORTAN LA CITACIÓN

### 1.1.    Antecedentes Contractuales

• La Agencia Nacional de Infraestructura realizó apertura del proceso de Licitación No. VJ-VE-IP-LP-010-2013, mediante Resolución 1187 del 29 de octubre de 2013, con el fin de seleccionar la oferta más favorable para la adjudicación de un Contrato de Concesión bajo el esquema de APP, para que EL CONCESIONARIO realice por su cuenta y riesgo la financiación, construcción, rehabilitación, mejoramiento, operación y mantenimiento del Corredor Vía Perimetral del Oriente de Cundinamarca, de acuerdo con el Apéndice Técnico 1 y demás apéndices del Contrato.

• Mediante Resolución No. 992 del 23 de julio de 2014, se adjudicó la LICITACIÓN PÚBLICA No. VJ-VE-IP-LP-010-2013 a la ESTRUCTURA PLURAL que posteriormente constituyó la Sociedad por Acciones Simplificada bajo la denominación Perimetral Oriental de Bogotá S.A.S. - POB S.A.S.

• El día 8 de septiembre de 2014, se suscribió el Contrato de Concesión No. 002 de 2014 entre las partes, a saber: Agencia Nacional de Infraestructura –ANI- y POB S.A.S., bajo el esquema de APP, cuyo objeto consiste en la financiación, construcción, rehabilitación, mejoramiento, operación y mantenimiento del Corredor Vía Perimetral del Oriente de Cundinamarca, de acuerdo con el Apéndice Técnico 1 y demás apéndices del Contrato.

• El día 19 de diciembre de 2014, se suscribió el Acta de Inicio del Contrato de Concesión No. 002 de 2014.

• El valor inicial del contrato es de $1.647.776.111.169 pesos del mes de referencia.

• El plazo del contrato, conforme lo establece la sección 2.4 es el siguiente:

   *"2.4 Plazo del Contrato*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 3 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

> *(a)El plazo del Contrato transcurrirá entre la Fecha de Inicio y la fecha en que termine la Etapa de Reversión, a más tardar al vencerse el Plazo Máximo de la Etapa de Reversión.*

> *(b)La Fecha de Terminación de la Etapa de Operación y Mantenimiento ocurrirá en cualquiera de los siguientes eventos, el que primera acaezca:*

>> *(i)Al cumplirse el año VEINTICINCO (25) contado a partir de la Fecha de Inicio si se ha alcanzado o superado el VPIP, o;*

>> *(ii)En el momento en que, pasados los VEINTICINCO (25) años se verifique de acuerdo con el procedimiento de verificación del VPIP, que se ha alcanzado o superado el VPIP para lo cual se tendrá como fecha de terminación el décimo Día Hábil del Mes correspondiente a la fecha en la que se verifica tal circunstancia; o;*

>> *(iii)Al cumplirse el año VEINTINUEVE (29) contado a partir de la Fecha de Inicio, aun en el caso en que llegada esa fecha el Concesionario no hubiere obtenido el VPIP".*

- El día 18 de abril de 2016, se suscribió entre las Partes el Otrosí No. 4 al Contrato de Concesión No. 002 de 2014, en el cual se determinó que el Plazo máximo para el inicio de la Operación de la Unidad Funcional 5 correspondía a treinta y seis (36) meses contados a partir del 15 de diciembre de 2015.

### 1.2. De los presuntos incumplimientos

A continuación, se relacionan los presuntos incumplimientos endilgados al Concesionario, así:

1.2.1 <u>Mantenimiento Unidad Funcional 4</u>

- El presunto incumplimiento que se endilga al Concesionario PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S. corresponde al inadecuado mantenimiento y operación que POB S.A.S. se encuentra adelantando en la Unidad Funcional 4. Ello ha generado dificultades en la adecuada transitabilidad y seguridad vial en algunos sectores que son reportados con una periodicidad quincenal por parte de la Interventoría, reiterando de manera constante la necesidad de adelantar las acciones necesarias para dar cumplimiento a las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1.

- Lo anterior, sin perjuicio de las comunicaciones quincenales remitidas por la Interventoría y a las cuales el Concesionario debe dar total atención y cumplimiento. El estado precario de algunos sectores de la Unidad Funcional 4, se evidencia en las siguientes imágenes allegadas por la Interventoría mediante comunicación No. CP-PER-6778-2020 radicado ANI No. 20204090257032 del 11 de marzo de 2020:





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 4 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**



Fecha: **15-12-2020**

 

**Imágenes 1 y 2 K15+720 - K15+740**: La superficie de la vía se encuentra en mal estado, se presentan hundimientos y baches que han generado una pérdida de banca menor, la cual **va en aumento**, disminuyendo la sección tranversal, la cual pasa  de 4.2 m a 3.0 m. Se recomienda mejorar zanjeo en la margen derecha de la vía. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.**

 

**Imágenes 3 y 4. K16+050 - K16+076**: Se evidencia una pérdida de banca en margen izquierdo, se presentan fisuras y baches en aumento, la rasante existente se encuentra en regular estado. Se debe mejorar la zanja existente en la margen izquierda para conducir las aguas a la alcantarilla existente y hacer la limpieza de esta, para evitar daño en la estructura de la vía. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.**

 

**Imágenes 5 y 6. K18+350 - K18+362**: Se evidencia una pérdida de banca menor. Igualmente se solicita se realice



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 5 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

mantenimiento a la rasante existente la cual se encuentra en regular estado. <u>Lo anterior sin perjuicio de las demás</u> <u>observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>

 

**Imagen 7, 8, 9 y 10 K21+380 – K21+420:** Se evidencia una pérdida de banca en el margen derecho, así como, fisuras y hundimientos a lo largo de la zona de falla. La superficie de la vía se encuentra en regular estado. Se debe recuperar la estructura de la alcantarilla la cual está cubierta por derrumbe en la margen izquierda, se debe realizar limpieza y mantenimiento de esta. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular</u> <u>han sido emitidas por parte de esta Interventoría.</u>

 



**Imágenes 11, 12, 13 y 14. K25+755-K25+780:** Se evidencia una pérdida de banca menor en el margen izquierdo. La superficie de la rasante existente se encuentra en mal estado, se evidencian fisuras, hundimientos y falta de zanja en la margen derecha de la vía. Se debe realizar mantenimiento a alcantarilla existente, puesto que se evidencia

La movilidad es de todos    Mintransporte


Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 6 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

taponamiento de esta lo cual esta generando un apozamiento de agua importante que puede causar serios daños a la estructura de la vía, generar accidentes a usuarios por la disminución de su seccion, con el inconveniente de cortar la vía en su totalidad. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.**







**Imágenes 15 y 16. K28+100 – K28+115**: Pérdida de banca menor en el margen izquierdo, se evidencian fisuras a lo largo de la zona de falla en aumento. La rasante existente se encuentra en buen estado, sin embargo, es importante se realice zanjeo en la margen izquierda del tramo afectado, para evitar daño a la estructura de la vía. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.**




**Imágenes 17 y 18 K2+700 – K3+250**: La rasante se encuentra en mal estado, presencia de lodos los cuales estan





Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 7 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

afectando la transitabilidad del tramo, se solicita realizar el adecuado mantenimiento y zanjeo.




**Imágenes 19 y 20 K3+500 – K+800:** Se debe realizar un mantenimiento a la vía, ya que se evidencia un deterioro de la rasante existente, por pérdida de material granular, presencia de zanjas en sentido transversal y ausencia de zanjeo en ambos costados.




**Imágenes 21 y 22 K5+700 – K8+150:** Rasante en mal estado, se evidencian huecos, baches y hundimientos, se debe realizar mantenimiento, zanjeo en ambos costados de la calzada y rocería con el fin de mejorar la transitabilidad del sector.




**Imágenes 23 y 24 K16+760 – K16+890:** Se evidencia daño en la estructura de la vía (hundimientos y zanjas transversales y longitudinales), se recomienda realizar mantenimiento, zanjeo y rocería.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 8 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- En relación con los requerimientos efectuados por la Interventoría, el Concesionario no presentó respuesta ni adelantó las acciones necesarias para garantizar la transitabilidad y seguridad vial en la Unidad Funcional 4, generando un presunto incumplimiento de las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1 en la Unidad Funcional 4 del Proyecto. Las siguientes imágenes contenidas en la comunicación No. CP-PER-6778-2020 radicado ANI No. 20204090257032 del 11 de marzo de 2020, evidencian el estado precario persistente de la vía:

 

**Imágenes 1 y 2 K15+720 - K15+740**: La superficie de la vía se encuentra en mal estado, se presentan hundimientos y baches que han generado una pérdida de banca menor, la cual <u>va en aumento</u>, disminuyendo la sección tranversal, la cual pasa de 4.2 m a 3.0 m. Se recomienda mejorar zanjeo en la margen derecha de la vía. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>

 

**Imágenes 3 y 4. K16+050 - K16+076**: Se evidencia una pérdida de banca en margen izquierdo, se presentan fisuras y baches en aumento, la rasante existente se encuentra en regular estado. Se debe mejorar la zanja existente en la margen izquierda para conducir las aguas a la alcantarilla existente y hacer la limpieza de esta, para evitar daño en la estructura de la vía. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>



Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 9 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

 

**Imágenes 5 y 6. K18+350 - K18+362:** Se evidencia una pérdida de banca menor. Igualmente se solicita se realice mantenimiento a la rasante existente la cual se encuentra en regular estado. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>

 



**Imagen 7, 8, 9 y 10 K21+380 – K21+420:** Se evidencia una pérdida de banca en el margen derecho, así como, fisuras y hundimientos a lo largo de la zona de falla. La superficie de la vía se encuentra en regular estado. Se debe recuperar la estructura de la alcantarilla la cual está cubierta por derrumbe en la margen izquierda, se debe realizar limpieza y mantenimiento de esta. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>



La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 10 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**



Fecha: **15-12-2020**







**Imágenes 11, 12, 13 y 14. K25+755-K25+780:** Se evidencia una pérdida de banca menor en el margen izquierdo. La superficie de la rasante existente se encuentra en mal estado, se evidencian fisuras, hundimientos y falta de zanja en la margen derecha de la vía. Se debe realizar mantenimiento a alcantarilla existente, puesto que se evidencia taponamiento de esta lo cual esta generando un apozamiento de agua importante que puede causar serios daños a la estructura de la vía, generar accidentes a usuarios por la disminución de su seccion, con el inconveniente de cortar la via en su totalidad. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.**






Agencia Nacional de **Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 11 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

**Imágenes 15 y 16. K28+100 – K28+115:** Pérdida de banca menor en el margen izquierdo, se evidencian fisuras a lo largo de la zona de falla en aumento. La rasante existente se encuentra en buen estado, sin embargo, es importante se realice zanjeo en la margen izquierda del tramo afectado, para evitar daño a la estructura de la vía. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de esta Interventoría.</u>




**Imágenes 17 y 18 K2+700 – K3+250:** La rasante se encuentra en mal estado, presencia de lodos los cuales estan afectando la transitabilidad del tramo, se solicita realizar el adecuado mantenimiento y zanjeo.




**Imágenes 19 y 20 K5+500 – K6+800:** Se debe realizar un mantenimiento a la vía, ya que se evidencia en esta nueva inspección deterioro de la rasante existente, por perdida de material granular, presencia de zanjas en sentido transversal y ausencia de zanjeo en ambos costados con el fin de garantizar la transitabilidad y seguridad de los usuarios de la vía. Se solicita realizar rocería en ambos costados de la calzada.



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 12 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**




**Imágenes 21 y 22 K5+700 – K8+150:** Rasante en mal estado, se evidencian huecos, baches y hundimientos, se debe realizar mantenimiento, zanjeo en ambos costados de la calzada y rocería con el fin de mejorar la transitabilidad del sector.




**Imágenes 23 y 24 K16+760 – K16+890:** Se evidencia daño en la estructura de la vía (hundimientos y zanjas transversales y longitudinales), se recomienda realizar mantenimiento, zanjeo y rocería.

1.2.2 <u>Mantenimiento Unidad Funcional 5</u>

- El presunto incumplimiento que se endilga al Concesionario PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S. corresponde a las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1, alusivas al mantenimiento de la vía que garantice la seguridad vial y transitabilidad en la Unidad Funcional 5.

- El estado precario de algunos sectores de la Unidad Funcional 5, se evidencian en las siguientes imágenes allegadas por la Interventoría mediante comunicación No. CP-PER-6782-2020 radicado en la ANI con el No. 20204090257112 del 11 de marzo de 2020:



**ANi** | Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 13 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

 

**Imágenes 1 y 2. K32+770 - K32+780 Margen Derecha**: Se debe realizar mantenimiento a la rasante y a señalización instalada, se solicita se realice rocería en ambos costados de la vía.

 

**Imágenes 3 y 4. K32+880 - K32+899 Margen Izquierda**: Se evidencia pérdida de banca menor, la sección transversal está disminuida, pasando de 5.9 m a 5.0 m. La rasante existente se encuentra en regular estado lo cual afecta la transitabilidad del sector. <u>**Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**</u>



ANi Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 14 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**





**Imágenes 5 y 6.  K32+945 - K32+965 Margen Izquierda**: Se presenta pérdida de banca, con presencia de hundimientos, fisuras y baches, así mismo, el aglomerado asfáltico no se encuentra en las mejores condiciones.  **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**





**Imágenes 7 y 8. K33+160 - K33+206 Margen Izquierda**: Se evidencian fisuras y baches. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**

La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 15 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**





**Imágenes 9 y 10. K33+905 - K33+934 Margen Izquierda:** Se presentan fisuras, baches y hundimentos. Se debe realizar rocería en ambas márgenes. _Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría._





**Imágenes 11 y 12. K34+165-K34+196 Margen Izquierda:** La rasante existente se encuentra en mal estado y se observan baches, fisuras y hundimientos. Consecuentemente, se solicita al Concesionario se tomen las medidas necesarias para recuperar y mejorara la transitabilidad, máxime teniendo en cuanta la cercanía de una curva. Existe riesgo de choque frontal vehicular. _Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría._



Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 16 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**





**Imágenes 13, 14, 15 y 16. K34+648 – K34+682 Margen Izquierda:** Se observan fisuras, desprendimiento de material del talud, baches en aumento, con una rasante en regular estado que esta afectando la transitabilidad del sector. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la interventoría.</u>





La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 17 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

**Imágenes 17, 18, 19 y 20. K34+718 – K34+786 Margen Izquierda**: Se observan fisuras y hundimientos en la margen izquierda de la calzada. Se debe hacer mantenimiento a la señalización vertical existente. <u>**Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**</u>



**Imágenes 21, 22, 23 y 24 K35+010 a K35+065 Margen Izquierda:** Se evidencian fisuras en el tramo donde se instaló material granular. <u>**Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**</u>





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 18 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**



**Imágenes 25, 26, 27 y 28. K35+060-K35+133 Margen Izquierda:** La superficie de la calzada existente se encuentra con fisuras, baches y hundimientos. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**

La movilidad
es de todos        Mintransporte



Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 19 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**




**Imágenes 29 y 30. K35+100 Margen Izquierda:** Se evidencia el colapso de la tubería de alcantarilla de 24", la cual está afectando la transitabilidad del sector en zona de curva. Se solicita reparar la alcantarilla a la mayor brevedad. Se evidencia hundimiento, baches y fisuras. Se debe realizar rocería. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**




**Imágenes 31 y 32.  K35+690 - K35+700 Margen Izquierda:** Se evidencian  fisuras y piel de cocodrilo a lo largo del tramo afectado. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**

La movilidad es de todos    Mintransporte



Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 20 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**




**Imágenes 33 y 34. K35+729 - K35+770 Margen Izquierda:** Pérdida de banca menor, la rasante existente se encuentra en mal estado, se aprecian baches, hundimientos y empozamientos por la falta de un zanjeo adecuado en la margen derecha. La transitabilidad está afectada por el mal estado de la rasante en el sector. Además. se solicita se realice rocería en ambos costados de la calzada. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**




La movilidad es de todos     Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 21 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**





**Imágenes 35 y 36. K37+000 a K37+020**: Mal estado de la superficie de la vía, la cual presenta fisuras, baches y hundimientos que han generado una pérdida de banca menor. Se debe realizar rocería en el sector. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**



**Imágenes 37 y 38. K37+200 – K37+230 Margen Derecha:** Se evidencia mal estado de la calzada por colapso de





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 22 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

alcatarilla de 36", la cual fue rellenada con material de fresado por el Concesionario. Así mismo, se solicita se realice la revisión de esta tubería con el propósito de saber si funciona correctamente de acuerdo a este mantenimiento realizado. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**




**Imágenes 39 y 40. K39+600 – K39+950:** Se presentan hundimientos, piel de cocodrilo, ausencia de zanjas en ambos costados y pérdida de aglomerado asfáltico. Se recomienda conformar y adecuar cunetas o zanjas de drenaje en ambos costados. Igualmente, se debe realizar rocería. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**




**Imágenes 41 y 42. K40+120 – K40+900:** La vía se encuentra en mal estado, se evidencian hundimientos, escalonamiento y fisuras en aumento en esta nueva inspeccion que generan apozamientos de aguas lluvias que deterioran la estructura de la vía existente. Además se debe realizar rocería en ambos costados de la vía. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 23 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**



Fecha: **15-12-2020**

 

**Imágenes 43 y 44. K41+180 - K41+700**: Mal estado de la vía, se evidencian hundimientos, baches y pérdida del aglomerado asfáltico, se recomienda se realicen las labores de mantenimiento y rocería correspondientes con el fin de mejorar la transitabilidad del sector.

 

**Imágenes 45 y 46. K41+640 – K41+900**: Mal estado de la vía, se presentan hundimientos y pérdida del aglomerado asfáltico, no cuenta con adecuadas zanjas para la recolección de aguas superficiales, se requiere mantenimiento y y rocería. Se evidencia un mal estado de la rasante existente. <u>Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.</u>



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 24 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**




**Imágenes 47 y 48. K42+090 – K42+900:** Se evidencia daño de la estructura de la calzada, se presentan baches, hundimientos, zanjas en sentido transversal, inadecuado zanjeo en ambos costados y pérdida del aglomerado asfáltico, por lo cual se solicita se realicen los mantenimientos requeridos para mejorar la transitabilidad. Se debe realizar rocería.




**Imágenes 49 y 50. K44+030 – K45+600:** Se evidencia daño de la estructura de la calzada, se presentan baches, hundimientos, zanjas en sentido transversal, inadecuado zanjeo en ambos costados y pérdida del aglomerado asfáltico, por lo cual se solicita se realicen los mantenimientos requeridos para mejorar la transitabilidad. Se debe realizar rocería.

Case 1:25-cv-01099-JDB    Document 1-17    Filed 04/11/25    Page 44 of 134



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 25 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**





**Imagen 51. K47+700 – K48+850:** Se evidencia daño en la subbase instalada (baches y hundimientos). Así mismo, se debe conformar y mejorar la zanja existente en ambos costados.

**Imagen 52. K47+700 – K48+850:** Vía con hundimientos y zanjas transversales que dificulta la transitabilidad del sector. Así mismo, se recomienda conformar y mejorar cunetas en ambos costados.





**Imágenes 53 y 54. K48+860 – K49+600:** Calzada en mal estado, se evidencia deterioro en la rasante existente, con presencia de zanjas en sentido longitudinal y transversal, se observa pérdida de aglomerado asfáltico. Se debe realizar el mantenimiento necesario, se recomienda adecuar zanjas y realizar rocería en ambos costados de la calzada.



Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 26 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**



Fecha: **15-12-2020**




**Imágenes 55 y 56. K50+180 - K50+600:** Calzada en mal estado, se evidencian hundimientos y baches, además no cuenta con un adecuado zanjeo. Se debe realizar mantenimiento y se recomienda adecuar zanjas en ambos costados.




**Imágenes 57 y 58. K50+860 - K51+500:** Mal estado de la vía, se evidencian fisuras, baches, hundimientos, pérdida del aglomerado asfáltico y zanjas en sentido transversal. Se requiere al Concesionario realizar mantenimiento y zanjeo en ambos costados de la vía.




**Imágenes 59 y 60.  K52+020 – K52+200:** Se evidencian baches, hundimientos y pérdida del aglomerado asfáltico en



La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 27 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

aumento de acuerdo a esta nueva inspección en la rasante existente. Igualmente, se observa daño de la estructura de la alcantarilla en el margen izquierda, la cual está colmatada. Por lo tanto, se solicita al Concesionario se realicen las actividades de mantenimiento. **Lo anterior sin perjuicio de las demás observaciones que sobre el particular han sido emitidas por parte de la Interventoría.**




**Imágenes 61 y 62. K52+450 – K52+700:** Se evidencian baches, hundimientos y pérdida del aglomerado asfáltico de la rasante existente. Por lo tanto, se solicita al Concesionario se realicen las actividades de mantenimiento nesesarias para mejorar la transitabilidad de la vía en este sector y se realicen actividades de rocería en ambos costados de la calzada.




**Imágenes 63 y 64. K53+800 - K54+000:** Se evidencia pérdida del aglomerado asfáltico de la rasante de la vía, hundimientos, fisuras, baches y derrumbe, el cual disminuyó la sección transversal de la vía de 5.0 m a 3.0 m. Se solicita se mejore la rasante de la vía y se retire el material del derrumbe. Igualmente se deben realizar actividades de rocería en ambos costados de la calzada.

### 1.2.3 Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5

- La Interventoría ha venido advirtiendo sobre el inadecuado mantenimiento y las labores impropias de operación que POB S.A.S. se encuentra adelantando en la Unidad Funcional 5, lo cual no está generando la adecuada transitabilidad ni seguridad vial en algunos sectores que son reportados con una periodicidad quincenal por parte de la Interventoría, reiterando de manera constante la necesidad de adelantar las acciones necesarias para dar cumplimiento a las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 28 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1. Ahora bien, para el caso concreto, se traen a colación aquellos tramos correspondientes a la Unidad Funcional 5 que cuentan con vía pavimentada y que no cuentan con la correcta atención a los baches, hundimientos, entre otras situaciones que no garantizan la correcta transitabilidad en dichos sectores.

• La última comunicación de alerta presentada por la Interventoría fue la presentada mediante comunicación No. CP-PER-6622-2020 (RAD. ANI No. 2020-409-015780-2) del 14 de febrero de 2020, en la cual se detallaron algunos sectores en los cuales la Sociedad Concesionaria POB S.A.S. no ha efectuado labores de mantenimiento de manera adecuada, implicando ello que no se garantice la seguridad vial ni transitabilidad de dichos sectores, evidenciándose baches, hundimientos y otros aspectos que pueden ser generadores de riesgo de accidentalidad y que no garantizan la transitabilidad ni la seguridad vial del sector.

• En la comunicación referida en el numeral inmediatamente anterior, se otorgó un plazo no superior a quince (15) días con la finalidad de que la Sociedad Concesionaria POB S.A.S. procediera a adelantar todas las acciones a que haya lugar con la finalidad de garantizar el saneamiento de los daños y observaciones evidenciados, atendiendo los sectores en mal estado de pavimento, realizando para ello las actividades que sean necesarias para reparar las deficiencias evidenciadas y realizar el debido mantenimiento de la calzada existente, de tal manera que se cumpla con la condición de brindar la adecuada transitabilidad en el sector y garantizar la seguridad vial. El plazo aquí referido venció el 06 de marzo de 2020 sin obtener respuesta ni acción sobre el particular por parte de la Sociedad Concesionaria POB S.A.S.

1.2.4 <u>Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5</u>

• Para la Interventoría existe un presunto incumplimiento por parte del Concesionario frente a la obligación de limpieza de obras de drenaje contenida en el Apéndice Técnico 1, Sección 4.3, literal (b) y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2 en las Unidades Funcionales 4 y 5. Del Contrato de Concesión No. 002 de 2014que hace referencia a las Intervenciones Prioritarias aplicables al corredor del Proyecto, pues se evidenciaron que existen tramos en mal estado con ocasión de la existencia de hundimientos, cárcavas y baches, debido, especialmente, al inadecuado drenaje de la vía, por ausencia de zanjas y cunetas que evacúen adecuadamente el agua de la vía y la lleven a las estructuras de alcantarillas y obras de drenaje.

• En las visitas realizadas por la Interventoría se observó que dichas obras se encuentran, en general, colmatadas, sin habérseles realizado el mantenimiento y limpieza adecuada para mitigar los daños por la escorrentía de agua que llega a la vía, lo cual ha generado desprendimientos de materiales y pérdida de la banca, como se ha mostrado en diferentes comunicaciones enviadas por la Interventoría.

• Esta situación le fue informada a la Sociedad Concesionaria POB S.A.S. a través de diversas comunicaciones y, finalmente, mediante la comunicación No. CP-PER-6404-2020 (RAD ANI No. 2020-409-002035-2) de fecha 13 de enero de 2020, se le otorgó un Plazo de Cura con el fin de que el incumplimiento detectado fuera oportunamente saneado, sin exceder el término contractual y legalmente establecido para tales efectos.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 29 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

### 1.3. De los Requerimientos al Concesionario

1.3.1 <u>Mantenimiento de la Unidad Funcional 4</u>

- La Interventoría requirió formalmente a la Sociedad Concesionaria POB S.A.S., mediante comunicación No. CP-PER-6300-2019 del 11 de diciembre de 2019 (RAD. ANI No. 2019-409-129848-2), presentando algunos sectores que requieren urgente mantenimiento con la finalidad de garantizar la seguridad vial y la transitabilidad de la Unidad Funcional 4. El plazo para dar respuesta a este requerimiento venció el 24 de diciembre de 2019 sin que la Sociedad Concesionaria POB S.A.S. procediera a emitir respuesta sobre el particular, así como tampoco adelantó las acciones necesarias para dar cumplimiento a las obligaciones antes señaladas, razón por la cual, el pasado 26 de diciembre de 2019 mediante comunicación No. CP-PER-6369-2019 (RAD. ANI No. 2019-409-135341-2), la Interventoría reiteró el requerimiento formal, otorgando para tales efectos diez (10) días hábiles, mismos que se cumplieron el 10 de enero de 2020, sin recibir respuesta ni acciones sobre el particular

- La Interventoría procedió a solicitar ante la Agencia Nacional de Infraestructura la No Objeción al Plazo de Cura que sería otorgado a POB S.A.S. con la finalidad de que ésta adelantara las acciones a que hubiere lugar para efectos de garantizar la transitabilidad, seguridad vial e integridad del corredor. El trámite en mención se surtió mediante comunicación No. CP-PER-6462-2020 (RAD. ANI No. 2020-409-004758-2) de fecha 17 de enero de 2020.

- Así también, debe tenerse en cuenta que la última comunicación de alerta presentada por la Interventoría fue mediante comunicación No. CP-PER-6681-2020 del 24 de febrero de 2020 (RAD. ANI No. 2020-409-019094-2), en la cual se detallaron algunos sectores en los cuales la Sociedad Concesionaria POB S.A.S. no ha efectuado labores de mantenimiento de manera adecuada, implicando ello que no se garantice la seguridad vial ni transitabilidad de dichos sectores.

- El día 24 de febrero de 2020, mediante comunicación No. ANI 2020-306-005369-1, la Agencia Nacional de Infraestructura presentó pronunciamiento de No Objeción al Plazo de Cura que el Consorcio Intervías 4G determinó con la finalidad de conminar a la Sociedad Concesionaria POB S.A.S para que saneara el presunto incumplimiento evidenciado.

- Teniendo en cuenta la trazabilidad expuesta, y en virtud del pronunciamiento de No Objeción presentado por la ANI, el día 25 de febrero de 2020 mediante comunicación No. CP-PER-6695-2020 (RAD ANI No. 2020-409-019699-2), la Interventoría procedió a otorgar Plazo de Cura a la Sociedad Concesionaria POB S.A.S., para que esta, en virtud de sus obligaciones, procediera a sanear el presunto incumplimiento evidenciado.

- Sobre el Plazo de Cura previamente referido, mismo que venció el pasado 05 de marzo de 2020, la Interventoría no recibió respuesta sobre el particular, así como tampoco se evidenció la implementación de las acciones requeridas para garantizar el Mantenimiento y correcta Operación de la Unidad Funcional. Determinando de este modo la persistencia de los hechos





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 30 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

que dieron lugar al incumplimiento, y siendo viable dar inicio al proceso sancionatorio a que haya lugar, de conformidad con las disposiciones contractuales definidas para tales efectos

1.3.2 <u>Mantenimiento de la Unidad Funcional 5</u>

• La Interventoría requirió formalmente a la Sociedad Concesionaria POB S.A.S., mediante comunicación No. CP-PER-6306-2019 del 11 de diciembre de 2019, radicado en la ANI con el No. 20194091296392, con la finalidad de que esta diera cumplimiento a las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1, por cuanto algunos sectores de la Unidad Funcional 5, requieren urgente mantenimiento con la finalidad de garantizar la seguridad vial y la transitabilidad de la Unidad Funcional 5.

  El requerimiento referido en el numeral anterior venció el pasado 24 de diciembre de 2019 sin que la Sociedad Concesionaria POB S.A.S. diera respuesta sobre el particular, ni se hubiese adelantado por parte del Concesionario las acciones necesarias para dar cumplimiento a las obligaciones antes señaladas.

• Con la comunicación No. CP-PER-6370-2019 del 26 de diciembre de 2019, radicada en la ANI con el No. 20194091353392, la Interventoría reiteró el requerimiento formal, otorgando para tales efectos diez (10) días hábiles, los cuales se cumplieron el 10 de enero de 2020, sin recibir respuesta ni acciones para garantizar la transitabilidad y seguridad vial en la Unidad Funcional 5.

• Con la comunicación No. CP-PER-6461-2020 de fecha 17 de enero de 2020, radicada en la ANI con el No. 20204090047552 la Interventoría procedió a solicitar ante la Agencia Nacional de Infraestructura la No Objeción al Plazo de Cura que sería otorgado a POB S.A.S. con la finalidad de que esta adelantara las acciones a que hubiere lugar para efectos de garantizar la transitabilidad, seguridad vial e integridad del corredor. El trámite en mención se surtió.

• El 24 de febrero de 2020 la Interventoría vuelve a alertar al Concesionario con la comunicación No. CP-PER-6680-2020, radicada en la ANI con el No. 20204090190922 de esa misma fecha, en la cual se detallaron algunos sectores en los cuales la Sociedad Concesionaria POB S.A.S. no ha efectuado labores de mantenimiento de manera adecuada, implicando con ello que no se garantice la seguridad vial ni transitabilidad de dichos sectores.

• La Agencia Nacional de Infraestructura emitió pronunciamiento de No Objeción al Plazo de Cura que el Consorcio Intervías 4G mediante oficio ANI No. 20203060053711 de fecha 21 de febrero de 2020, con la finalidad de conminar a la Sociedad Concesionaria POB S.A.S para que saneara el presunto incumplimiento evidenciado.

• El 25 de febrero de 2020 mediante comunicación No. CP-PER-6698-2020, radicado en la ANI con el No. 20204090196952, la Interventoría procedió a otorgar Plazo de Cura a la Sociedad Concesionaria POB S.A.S., para que esta, en virtud de sus obligaciones, procediera a sanear el presunto incumplimiento evidenciado.





Agencia Nacional de
**Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 31 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- Finalmente, el Plazo de Cura venció el pasado 05 de marzo de 2020 sin que la Interventoría recibiera respuesta sobre el particular, así como tampoco se evidenció que el Concesionario implementara las acciones requeridas para garantizar el Mantenimiento y correcta Operación de la Unidad Funcional, dando lugar a que se solicitara dar inicio al Proceso Administrativo Sancionatorio Contractual de conformidad con las disposiciones contractuales definidas para tales efectos.

1.3.3 <u>Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5</u>

- La Interventoría elevó requerimiento formal ante la Sociedad Concesionaria POB S.A.S. mediante comunicación No. CP-PER-6800-2020 del 12 de marzo de 2020 (RAD. ANI No. 2020-409-026596-2), solicitando que procediera a adelantar todas las acciones a que haya lugar con la finalidad de garantizar el saneamiento de los daños y observaciones presentados en la Unidad Funcional 5, atendiendo los sectores en mal estado de pavimento, realizando para ello las actividades que sean necesarias para reparar las deficiencias evidenciadas y realizar el debido mantenimiento de la calzada existente, de tal manera que se cumpla con la condición de brindar la adecuada transitabilidad en el sector y garantizar la seguridad vial. Lo anterior, de conformidad con el registro fotográfico que obra como anexo a la comunicación No. CP-PER-6800-2020 (RAD. ANI No. 2020-409-026596-2). Para efectos de lo anterior, la Interventoría otorgó un plazo no superior a quince (15) días hábiles, contados a partir del recibo de dicha comunicación, el cual venció el 03 de abril de 2020, sin obtener por parte del Concesionario respuesta sobre el particular.

- Como quiera que la Sociedad Concesionaria POB S.A.S. no dio respuesta a la comunicación antes referida, mediante comunicación No. CP-PER.6914C-2020 radicada mediante correo electrónico el día 07 de abril de 2020 (RAD. ANI No. CP-PER-7000C-2020 / 2020-409-037078-2 del 24 de abril de 2020), la Interventoría reiteró el requerimiento formal efectuado mediante comunicación No. CP-PER-6800-2020 (RAD. ANI No. 2020-409-026596-2), otorgando nuevamente un plazo no superior a quince (15) días hábiles, contados a partir del recibo de dicha comunicación.

- Lo anterior, para que la Sociedad Concesionaria procediera a adelantar todas las acciones a que haya lugar con la finalidad de garantizar el saneamiento de los daños y observaciones presentados, atendiendo los sectores en mal estado de pavimento, realizando para ello las actividades que sean necesarias para reparar las deficiencias evidenciadas y realizar el debido mantenimiento de la calzada existente, de tal manera que se cumpla con la condición de brindar la adecuada transitabilidad en el sector y garantizar la seguridad vial. El plazo aquí referido venció el 30 de abril de 2020, sin que la Sociedad Concesionaria POB S.A.S. hubiese procedido a remitir respuesta a la Interventoría indicando y soportando las acciones adoptadas sobre el particular.

- Teniendo en cuenta lo anterior, el día 06 de mayo de 2020 mediante comunicación No. CP-PER-7047C-2020 (RAD. ANI No. 2020-409-039958-2), la Interventoría reiteró por segunda vez el requerimiento formal efectuado mediante comunicación No. CP-PER-6800-2020 (RAD ANI No. 2020-409-026596-2), otorgando nuevamente un plazo no superior a ocho (8) días hábiles, contados a partir del recibo de dicha comunicación, para que la Sociedad Concesionaria





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 32 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

procediera a adelantar todas las acciones a que haya lugar con la finalidad de garantizar el saneamiento de los daños y observaciones presentados, atendiendo los sectores en mal estado de pavimento evidenciadas en la Unidad Funcional 5 del Proyecto, realizando para ello las actividades que sean necesarias para reparar las deficiencias evidenciadas y realizar el debido mantenimiento de la calzada existente, de tal manera que se cumpla con la condición de brindar la adecuada transitabilidad en el sector y garantizar la seguridad vial.

- El plazo aquí referido venció el 18 de mayo de 2020, sin que la Sociedad Concesionaria POB S.A.S. hubiese procedido a remitir respuesta a la Interventoría indicando y soportando las acciones adoptadas sobre el particular.

- Teniendo en cuenta lo anterior, la Interventoría le solicitó a la Agencia Nacional de Infraestructura la No Objeción al Plazo de Cura que sería otorgado a POB S.A.S. con la finalidad de que ésta diera cumplimiento a las obligaciones aquí referidas. El trámite en mención se surtió mediante comunicación No. CP-PER-7156C-2020 del 27 de mayo de 2020 (RAD. ANI No. 2020-409-045950-2).

- El día 25 de junio de 2020, mediante comunicación ANI No. 2020-306-017661-1, la Agencia Nacional de Infraestructura presentó pronunciamiento de No Objeción al Plazo de Cura con la finalidad de que se sanee el presunto incumplimiento evidenciado.

- Teniendo en cuenta la trazabilidad expuesta, y en virtud del pronunciamiento de No Objeción presentado por la ANI, el día 01 de julio de 2020, mediante comunicación No. CP-PER-7391C-2020 (RAD ANI No. 2020-409-057439-2), la Interventoría procedió a notificar el Plazo de Cura a la Sociedad Concesionaria POB S.A.S., para que ésta, en virtud de sus obligaciones, saneara el presunto incumplimiento evidenciado.

- Sobre el Plazo de Cura previamente referido, el cual venció el pasado 13 de julio de 2020, la Interventoría no recibió respuesta alguna por parte de la Sociedad Concesionaria POB S.A.S. ni se evidenció, por ningún otro medio, el cumplimiento de las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1 en la Unidad Funcional 5 del Proyecto – tramos que cuentan con vía pavimentada.

1.3.4    Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5

Mediante oficio No. CP-PER-4048-2018 (Rad. ANI No 2018-409-101571-2) de fecha primero de octubre de 2018, la Interventoría solicitó a la Sociedad Concesionaria POB S.A.S., efectuar la Implementación de Actividades de Mantenimiento de las Alcantarillas en la Unidad Funcional 5, para lo cual anexó el registro fotográfico con su ubicación y estado de cada una de estas.

- Así mismo, la Interventoría radicó ante la Sociedad Concesionaria POB S.A.S., la comunicación CP-PER-4400-2018 (Rad. ANI No 2018-409-127262-2) del 4 de diciembre de 2018, por medio de la cual le solicitó efectuar el mantenimiento rutinario a las estructuras hidráulicas (alcantarillas) que hacen parte de las Unidad Funcionales 4, para lo cual anexó el registro fotográfico con su ubicación y estado de cada una de estas.





Agencia Nacional de
**Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 33 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- Al no obtener respuesta por parte del Concesionario a las comunicaciones antes referidas, el 6 de agosto de 2019 a través de las comunicaciones No.CP-PER-5670-2019 (RAD ANI No2019-409-082323-2) y No. CP-PER-5671-2019 (Rad ANI No 2019-409-82320-2), la Interventoría reiteró la solicitud.

- De las comunicaciones indicadas en el numeral inmediatamente anterior, la Interventoría no recibió respuesta por parte del Concesionario, razón por la cual el día 24 de septiembre de 2019, el Consorcio Intervías 4G radicó ante la Sociedad Concesionaria POB S.A.S la comunicación No. CP-PER-5940-2019 (Rad ANI No 2019-409-100759-2), requiriendo que, de manera urgente y prioritaria se efectuara el mantenimiento rutinario de las estructuras hidráulicas de las Unidades Funcionales 4 y 5.

- La Interventoría mediante oficio No. CP-PER-6071-2019 del 24 de octubre de 2019 (RAD. ANI No. 2019-409-112524-2), elevó requerimiento formal a la Sociedad Concesionaria POB S.A.S., con la finalidad de que en un plazo no superior a cinco (5) días hábiles procediera a:

  (i)   implementar todas las acciones a que haya lugar para efectuar las labores de mantenimiento rutinario a las estructuras hidráulicas de las Unidades Funcionales 4 y 5;

  (ii)  remitir a la Interventoría la respuesta de fondo a las comunicaciones No. CP-PER-4048-2018 (Rad. ANI No 2018-409-101571-2), CP-PER-4400-2018 (Rad. ANI No 2018-409-127262-2), CP-PER-5670-2019 (RAD ANI No 2019-409-082323-2), CP-PER-5671-2019 (Rad ANI No 2019-409-82320-2) CP-PER-5940-2019 (Rad ANI No 2019-409-100759-2).

  El plazo otorgado venció el día 31 de octubre de 2019.

- A las comunicaciones antes mencionadas, la Sociedad Concesionaria POB S.A.S. no allegó respuesta, razón por la cual el Consorcio Intervías 4G procedió a solicitar ante la Agencia Nacional de Infraestructura la No Objeción al Plazo de Cura que sería otorgado a POB S.A.S. con la finalidad de que esta emitiera el concepto requerido. El trámite en mención se surtió mediante comunicación No. CP-PER-6246-2019 (RAD. ANI No. 2019-409-126288-2) de fecha 03 de diciembre de 2019.

- El día 27 de diciembre de 2019 mediante comunicación No. ANI 2019-705-044343-1, la ANI presentó pronunciamiento de No Objeción al Plazo de Cura que el Consorcio Intervías 4G otorgaría a la Sociedad Concesionaria POB S.A.S. con la finalidad de que fuera saneado el presunto incumplimiento evidenciado.

- Por medio de comunicación No. CP-PER-6404-2020 (RAD ANI No. 2020-409-002035-2), la Interventoría procedió a otorgar Plazo de Cura a la Sociedad Concesionaria POB S.A.S. cuyo término venció el 27 de enero de 2020 sin obtener respuesta alguna por parte de la Sociedad Concesionaria POB S.A.S.

- Con oficio POB S.A.S. del 27 de enero de 2020 la Sociedad Concesionaria POB S.A.S. remitió a la Interventoría la comunicación No. D-128-2020 mediante la cual informó lo siguiente:





Agencia Nacional de
**Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 34 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

*"Para efecto únicos (sic) de dar cierre a su comunicación de asunto, informamos que se realizaron actividades de carácter prioritario en los drenajes y alcantarillas de la Unidad Funcional 5, entendiendo que las intervenciones no tuvieron alcance en todas las alcantarillas existentes en el corredor vial pero sí interviniendo las de mayor necesidad y prioridad, según los requerimientos presentados al Consorcio. Se advierte que las actividades aquí referenciadas, fueron ejecutadas en el año de 2018 previo a la suspensión de las actividades constructivas (...)".*

Y a través de escrito radicado D-1292-2020 del 30 de julio de 2020, la citada Concesionaria puso de presente lo siguiente:

*"Teniendo en cuenta su comunicación citada en el asunto, mediante la cual otorgan plazo de cura, basados en la solicitud de mantenimiento a las obras de drenaje en las Unidades Funcionales 4 y 5, nos permitimos reiterar lo manifestado en numeral 4 de nuestras comunicaciones D-112 del 20 y D- 1119-2020 radicadas el pasado 6 de julio de 2020 y de enero de 2020.*

*Sumado a lo anterior, en las comunicaciones del asunto, solicitan la atención de forma prioritaria y urgente los puntos críticos listados en sus oficios, por lo cual nos permitimos reiterar que, estos puntos fueron reportados a la Agencia Nacional de Infraestructura - ANI - mediante los oficios D-2029-2019 del 30 de agosto de 2019, D-2222-2019 del 25 de septiembre de 2019, y D-570-2020 del 06 de abril de 2020, con el fin de dar aviso de la presencia de zonas inestables con diferentes severidades, las cuales inclusive se presentan como, advirtiendo que pueden afectar la conectividad sobre las Unidades Funcionales 4 y 5 y que exceden el alcance de las Intervenciones Prioritarias.(...)".*

• Verificada la información remitida por el Concesionario mediante comunicación No. D-1292-2020 del 30 de julio de 2020, la Interventoría emitió una serie de consideraciones que fueron remitidas al Concesionario mediante comunicación No. CP-PER-7710C-2019 del 19 de agosto de 2020 (RAD ANI NO.20204090775192), aclarada mediante comunicación No. CP-PER-7746-2020 del 24 de agosto de 2020 (RAD. ANI NO. 20204090794972), manifestando lo siguiente:

*"Frente a este particular, debe tenerse en cuenta que las obligaciones que tiene la Sociedad Concesionaria POB S.A.S. de efectuar las Intervenciones Prioritarias de mantenimiento rutinario a las Estructuras Hidráulicas (Alcantarillas) evidenciadas en las Unidades Funcionales 4 y 5, se encuentran vigentes y son plenamente exigibles, máxime teniendo en cuenta lo establecido en el "ACTA DE DECLARATORIA DE EVENTO EXIMENTE DE RESPONSABILIDAD Y CONSECUENTE SUSPENSIÓN DE LA EJECUCIÓN DE LAS OBRAS Y ACTIVIDADES DE INTERVENCIONES DE LAS UNIDADES FUNCIONALES No. 4 y 5, CON OCASIÓN DE LA DECLARATORIA REFERIDA EN DESARROLLO DEL PROYECTO PERIMETRALDE ORIENTE DE CUNDINAMARCA CONCESIÓN PERIMETRAL ORIENTAL DE BOGOTÁS.A.S.,CONTRATO BAJO EL ESQUEMA DE APP No. 002 de 2014." en el cual se definió lo siguiente:*

*"SEGUNDO: Como consecuencia de la ocurrencia y declaratoria del presente Evento Eximente de Responsabilidad, las Partes acuerdan SUSPENDER desde el 31 de octubre de 2017 el plazo para la ejecución de todas las obras y actividades asociadas a las Intervenciones correspondientes a las Unidades Funcionales 4 y 5 del Proyecto (incluyendo la variante de Choachí). De manera expresa se indica que todas las*





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 35 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

*actividades referidas a la Gestión Ambiental, traslado y/o protección de Redes asociadas a las Unidades Funcionales 4 y 5 se entienden suspendidas, permaneciendo exigibles y vigentes únicamente: (i) aquellas actividades derivadas de obligaciones adquiridas por el Concesionario con terceros o autoridades y, (ii) la Gestión Social, obligaciones financieras, obligaciones relacionadas con Intervenciones Prioritarias según se define en la Sección 4.3 del Apéndice Técnico 1, así como las obligaciones de Operación y Mantenimiento correspondientes a la Etapa Preoperativa de acuerdo con la Sección 3.3.1 del Apéndice Técnico 2 del Contrato de Concesión, siempre que no se encuentren afectadas.*

*Así las cosas, bajo las consideraciones expuestas en su comunicación del asunto, no se evidencia el cabal cumplimiento de las obligaciones asociadas al mantenimiento y limpieza de las obras de drenaje existentes en las Unidades Funcionales 4 y 5, máxime teniendo en cuenta el estado actual de las referidas obras de drenaje y la persistencia de la falta de mantenimiento en aquellas que fueron reportadas en el Plazo de Cura y en otras adicionales que reportamos en la presente comunicación.*

*En tal virtud, los requerimientos presentados en el Plazo de Cura otorgado mediante comunicación No. CP-PER-6404-2020 siguen vigentes, así como, las consecuencias jurídicas y contractuales aplicables por el no cumplimiento de las disposiciones allí descritas, contenidas en la Sección X de la Parte General del Contrato de Concesión No.002 de 2014.*

*Finalmente, y sin perjuicio de lo anterior, esta Interventoría solicita a la Sociedad Concesionaria POB S.A.S. dar cabal cumplimiento a las obligaciones antes referidas e implementar las acciones a que haya lugar para efectuar las labores de mantenimiento rutinario a las estructuras hidráulicas de las Unidades Funcionales 4 y 5 que reposan en los Registros Fotográficos que anexamos a la presente comunicación"*

## II.    INFORMES DE INTERVENTORÍA

### 2.1    Mantenimiento Unidad Funcional 4

La Interventoría Consorcio Intervías 4G, mediante comunicación No. CP-PER-6778-2020 radicado ANI No. 20204090257032 del 11 de marzo de 2020, expone el presunto incumplimiento evidenciado junto con los hechos y pruebas que lo soportan.

### 2.2    Mantenimiento de la Unidad Funcional 5

La Interventoría Consorcio Intervías 4G, mediante comunicación No. CP-PER-6782-2020 radicado en la ANI con el No. 20204090257112 del 11 de marzo de 2020, expone el presunto incumplimiento junto con los hechos y pruebas que lo soportan.

### 2.3    Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5

La Interventoría Consorcio Intervías 4G, mediante comunicación No. CP-PER-7493C-2020 con radicado ANI No. ANI No. 20204090630722 del 14 de julio de 2020, expone el presunto incumplimiento evidenciado junto con los hechos y pruebas que lo soportan.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 36 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

### 2.4    Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5

La Interventoría Consorcio Intervías 4G, mediante comunicación No. CP-PER-6512-2020 radicado ANI No. 20204090082312 del 28 de enero de 2020, del cual dio alcance en comunicación No. CP-PER-7743C-2020 radicado ANI No. 20204090794922 del 24 de agosto del 2020, a través de los cuales, expone el presunto incumplimiento evidenciado junto con los hechos y pruebas que lo soportan.

### III.    SOLICITUDES FORMALES DE INICIO DE PROCESO ADMINISTRATIVO SANCIONATORIO

### 3.1    Mantenimiento Unidad Funcional 4

Mediante memorando interno ANI No. 2020-306-012558-3 del 12 de octubre de 2020, el Vicepresidente de Gestión Contractual y el Gerente de Gestión Contractual 3 solicitaron el *"inicio de procedimiento administrativo sancionatorio por el presunto incumplimiento de las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1,3, 3.1,3.1.1, 3.1.6, 3.3.7 y 6.1 en la Unidad Funcional 4. Contrato de Concesión No. 002 de 2014. Radicado ANI No. 20204090257032 del 11 de marzo de 2020"* de conformidad con el informe de presunto incumplimiento presentado por la Interventoría del proyecto, en el que se concluye que existe omisión por parte Concesionario en adelantar actividades de mantenimiento en algunos sectores de la vía, con la finalidad de garantizar la seguridad vial y la transitabilidad de la Unidad Funcional 4.

### 3.2    Mantenimiento de la Unidad Funcional 5

Mediante memorando interno ANI No. 2020-306-007803-3 del 20 de junio de 2020, el Vicepresidente de Gestión Contractual y el Gerente de Gestión Contractual 3 solicitaron el *"inicio de procedimiento administrativo sancionatorio por el presunto incumplimiento de las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1,3, 3.1,3.1.1, 3.1.6, 3.3.7 y 6.1 en la Unidad Funcional 5. Contrato de Concesión No. 002 de 2014. Radicado ANI No. 20204090257112 del 11 de marzo de 2020"* de conformidad con el informe de presunto incumplimiento presentado por la Interventoría del proyecto, en el que se concluye que existe omisión por parte Concesionario en adelantar actividades de mantenimiento en algunos sectores de la vía, con la finalidad de garantizar la seguridad vial y la transitabilidad de la Unidad Funcional 5.

### 3.3    Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5

Mediante memorando interno ANI No. 2020-306-012489-3 del 9 de octubre de 2020, el Vicepresidente de Gestión Contractual y el Gerente de Gestión Contractual 3 solicitaron el *"inicio de procedimiento administrativo sancionatorio por el presunto incumplimiento de las obligaciones contenidas en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1 en la Unidad Funcional 5 del Proyecto – tramos que*





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 37 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

cuentan con vía pavimentada. *Contrato de Concesión No. 002 de 2014. Radicado ANI No. 20204090630722 del 14 de julio de 2020*" de conformidad con el informe de presunto incumplimiento presentado por la Interventoría del proyecto, en el que se concluye que existe omisión por parte Concesionario en adelantar actividades de mantenimiento en algunos tramos que cuentan con la vía pavimentada, de la Unidad Funcional 5.

**3.4    Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5**

Mediante memorando interno ANI No. 2020-306-011871-3 del 25 de septiembre de 2020, el Vicepresidente de Gestión Contractual y el Gerente de Gestión Contractual 3 solicitaron el "*inicio de procedimiento administrativo sancionatorio por el presunto incumplimiento de las obligaciones contenidas en el Contrato de Concesión No. 002 de 2014, Apéndice Técnico 1, Sección 4.3, literal (b) y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2 en las Unidades Funcionales 4 y 5. Contrato de Concesión No. 002 de 2014. Radicados ANI No. 20204090082312 del 28 de enero de 2020 y No. 20204090794922 del 24 de agosto de 2020*" de conformidad con el informe de presunto incumplimiento presentado por la Interventoría del proyecto, en el que se concluye que existe omisión por parte Concesionario en la realización del mantenimiento rutinario a las estructuras hidráulicas (alcantarillas), que hacen parte de las Unidades Funcionales 4 y 5.

## IV.    NORMAS Y CLÁUSULAS PRESUNTAMENTE VULNERADAS

Los presuntos incumplimientos señalados se fundamentan en lo establecido en el Apéndice Técnico No. 1, en su Sección 4.3. y en el Apéndice Técnico No. 2, Numerales 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 y 6.1, como sigue:

> **"Apéndice Técnico No. 1**
>
> **Sección 4.3: Intervenciones Prioritarias:**
>
> (…)
>
> (a) *Para el cumplimiento de los niveles de servicio mínimos para la Etapa Preoperativa establecidos en el Apéndice Técnico 2, el Concesionario deberá adelantar todas las actividades que de acuerdo con el estado de la técnica sean necesarias. para tal efecto. Dichas actividades se denominarán Intervenciones Prioritarias, las cuales podrán incluir, entre otras, las siguientes:*
>
> > (i) *Parcheo y/o bacheo.*
> > (ii) *Señalización vertical*
> > (iii) *Señalización horizontal*
> > (iv) *Remoción de derrumbes*
> > (v) *Limpieza de márgenes y separadores*
> > (vi) *Limpieza de obras de drenaje.*
>
> (b) *Para el cumplimiento de los niveles de servicio mínimos en la infraestructura del Proyecto que no estén pavimentadas, las Intervenciones Prioritarias podrán incluir, entre otras, las siguientes:*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 38 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

    (i) *Conformación de la calzada existe*
    (ii) *Señalización vertical*
    (iii) *Remoción de derrumbes*
    (iv) *Limpieza de márgenes y separadores*
    (vi) *Limpieza de obras de drenaje*

*(c) Las Intervenciones Prioritarias no serán consideradas Intervenciones como estas se establecen en la Parte General y este Apéndice Técnico."*

*"**Apéndice Técnico 2**:*

*2.1 Servicios de Carácter Obligatorio:*

*(…)*

*a) Mantenimiento rutinario y periódico de los pavimentos de la(s) vía(s) objeto de la Concesión*
*b) Mantenimiento de la zona de vía, libre de obstáculos, ramas, troncos, arbustos, piedras, animales muertos y demás objetos que impiden la visibilidad, tránsito y drenaje de la vía.*
*c) Atención de emergencias como derrumbes o inundaciones que afecten la normal circulación por las vías.*
*d) Mantenimiento de las obras hidráulicas, puentes, pontones y obras de contención.*
*e) Mantenimiento de obras de infraestructuras construidas para la operación de la Concesión.*
*(…)*
*i) Operación, seguimiento y control del tránsito.*
*(…)*
*x) Cualquier otro servicio que, por su naturaleza, sea necesario para el desarrollo de los servicios obligatorios anteriormente mencionados, o de las obligaciones especiales de Operación a que hace referencia el numeral 3.3. de este Apéndice" (Negrilla fuera de texto original).*

*(…)*

**3. OPERACIÓN DEL PROYECTO:**

*En este apartado se definen las obligaciones del Concesionario en relación con la Operación del Proyecto, desde el momento de la suscripción del Acta de Entrega de Infraestructura y hasta la reversión total del Proyecto.*

*3.1 Principios de la Operación del Proyecto*

*La operación de la(s) vía(s) se regirá por los principios de **continuidad, regularidad, calidad del servicio técnico** y de la atención al usuario, tecnología avanzada, cobertura, seguridad vial e integridad de la(s) vía(s). Sin perjuicio de la descripción que a continuación se hace respecto de cada uno de los principios, la interpretación de este Apéndice y la aplicación de estos principios deberá ser efectuada en concordancia con lo señalado en el Contrato de Concesión y, especialmente, atendiendo a la jerarquía entre los diferentes documentos que lo componen, conforme se señala en el numeral 19.14 de la Parte General. (Negrilla fuera de texto original).*



Agencia Nacional de **Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 39 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

*3.1.1 Continuidad del Servicio*

**Se entiende por continuidad del servicio la obligación que tiene el Concesionario de garantizar la disponibilidad de la(s) vía(s) al tránsito en forma permanente.** *(Negrilla y subrayado fuera de texto original).*

*3.1.5 Seguridad Vial*

*Se trata de la obligación que asume el Concesionario para realizar todas las acciones necesarias para reducir los índices de accidentalidad de la(s) vía(s),* tanto en número como en gravedad. Esta obligación deberá cumplirse durante toda la vigencia del Contrato de Concesión a través de actuaciones preventivas que permitan mejorar la seguridad de la(s) vía(s), para lo cual el Concesionario actuará sobre su estado de conservación, sobre su geometría y su señalización, así como en la promoción de actitudes de manejo preventivo y seguro, teniendo en cuenta la relación de la vía con las comunidades aledañas a los pasos urbanos y demás asentamientos poblacionales, de acuerdo con lo que se defina en el SGSV (Sistema de Gestión de Seguridad Vial)." *(Subrayado fuera de texto).*

*3.1.6 Integridad del Corredor del Proyecto*

*El Concesionario deberá mantener la integridad de la(s) vía(s) como unidad ofreciendo un servicio integral en todos sus componentes. Los elementos que constituyen el Corredor del Proyecto son, entre otros, alineamiento horizontal, vertical,* **sección transversal (corona, carriles, bermas, cunetas, hombros de terraplén, taludes) desde las zanjas de coronación y los descoles,** *las estructuras de ponteaderos y* **puentes con sus respectivas zonas de influencia, los botaderos de materiales de desechos, Corredor del Proyecto la señalización, las Estaciones de Peaje y Pesaje y los servicios propios y de atención a los Usuarios (grúas, ambulancias, carros taller, centros de control operacional, áreas de servicio, etc.). La integridad de la(s) vía(s) incluye su vinculación consistente con la Ley Aplicable.** *(Negrilla y subrayado fuera de texto original).*

*3.3.7 Seguridad Vial*

*El Concesionario será responsable de procurar por la mejora en las condiciones de seguridad vial, sin perjuicio de su obligación de cumplir con los Indicadores que para la seguridad vial se definen en el Apéndice 4.*

*(…)*

*El Concesionario deberá realizar las actividades de Operación necesarias para cumplir con lo estipulado en esta Sección y la normativa vigente.*

*Será obligación del Concesionario realizar las acciones necesarias para reducir los índices de accidentalidad de la(s) vía(s) y gestionar el riesgo evidenciando aquellos peligros que podrán convertirse en generadores de accidentes al activarse algún detonante dentro de la infraestructura o por el comportamiento de los usuarios, para lo cual incorporará un análisis de seguridad vial al momento de desarrollar sus Estudios de Detalle, de tal manera que los Estudios de Detalle incorporen mejoras en la vía*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 40 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

*orientadas al incremento de la seguridad vial. La ejecución de estas mejoras será parte de las Intervenciones, y por lo tanto, será ejecutada a entero costo y riesgo del Concesionario.*

*En todo caso, el Concesionario propenderá permanentemente por mejorar la seguridad vial, para lo cual dará cumplimiento a las obligaciones contenidas en el Contrato y las Especificaciones Técnicas.*

*El Concesionario deberá identificar los sectores de la vía donde se presenta la circulación de peatones y ciclistas y disponer de las instalaciones que permitan el transito seguro de esos usuarios ya sea para atravesar la vía o transitar en norma paralela a la misma, así como la ubicación de escuelas, centros de salud u otras entidades que atraigan flujos peatonales con el objeto que se dispongan carriles de incorporación y salida, así como de las  instalaciones necesarias que garanticen su integridad, como Andenes, puentes y pasos peatonales protegidos.*

### *6 MANTENIMIENTO*

#### *6.1. Alcance General de las Obras de Mantenimiento*

***Las Obras de Mantenimiento se iniciarán a partir de la Fecha de Inicio y concluirán con la suscripción del Acta de Reversión, de acuerdo a lo establecido en la Sección 9.7 (f) de la Parte General del Contrato de Concesión**. (Negrilla fuera de texto original)*

*Las Obras de Mantenimiento deberán adelantarse aun cuando no exista una categoría o procedimiento específico para éstas en este numeral, de manera que los elementos de la (s) vía (s) cumplan con los Indicadores previstos en el Apéndice Técnico 4 y cumplan su función de manera adecuada con la calidad de servicio establecida en el Contrato, en el presente Apéndice Técnico y en los demás documentos del Contrato. (…)*

***En cualquier caso, el Concesionario deberá corregir todos los deterioros o deficiencias detectados por la Interventoría o por él directamente en desarrollo de sus actividades de autoevaluación, <u>y en especial aquellos que pudieran afectar a la transitabilidad de la(s) vía(s). Por consiguiente, el Concesionario será responsable de adoptar las medidas preventivas y/o correctivas necesarias para la conservación de la(s) vía(s) en las condiciones establecidas en el Contrato y en el Apéndice Técnico 4 – Indicadores para Disponibilidad, calidad y Nivel de Servicio, así como en las que exija la Interventoría, siempre que se refieran al cumplimiento de temas obligatorios del Contrato y/o la Ley Aplicable.</u>** (Negrilla y subrayado fuera de texto original)*

*<u>(…) El Concesionario podrá elegir el tipo de actuación a emprender, dentro de los márgenes que otorguen la Ley Aplicable y la buena práctica del momento, y la deberá comunicar por escrito a la ANI y al Interventor. Si la actuación no resulta eficaz ni durable, la ANI y/o el Interventor solicitarán al Concesionario que adopte soluciones definitivas que resuelvan el problema existente.</u> (Negrilla y subrayado fuera de texto original)*

*<u>Cuando las Obras de Mantenimiento incorporen cualquier elemento adicional a la(s) vía(s) por cuenta y riesgo del Concesionario, tales servicios deberán estar</u>*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 41 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

*basados en sus correspondientes Estudios de Detalle, los cuales deberán contener el detalle de todas las soluciones propuestas, y deberán haber sido elaborados conforme a las normas constructivas y de servicios vigentes y presentados previamente al Interventor para su verificación. (Negrilla y Subrayado fuera de texto original)*

*6.2. Tipos de Actuaciones de Mantenimiento*

*Las Obras de Mantenimiento comprenden el conjunto el conjunto de operaciones realizadas para preservar las características técnicas y físicas operacionales de la(s) vía(s), conforme a la Ley Aplicable y los Indicadores, e incluyen- pero sin limitarse- las siguientes actividades:*

*Actividades de Mantenimiento Ordinario (Rutinarias y Cíclicas): Incluyen actividades de corrección de defectos o inconformidades y actividades de mantenimiento para asegurar la continuidad del servicio de la(s) vía(s) y encaminadas a mantenerla en condiciones adecuadas. Estas actividades también incluyen las relacionadas con la gestión de la conservación y su componente administrativo referido a la continuidad del servicio. Por ello, el Concesionario deberá apoyar a las autoridades de tránsito en temas como la respuesta a accidentes, la vigilancia, etc. Por último, también se incluyen actividades de uso y defensa de la carretera, tales como las encaminadas a la protección del Corredor del Proyecto y a la limitación de la propiedad, a la regulación y limitación de accesos y al establecimiento de limitaciones a la circulación de vehículos.*

*Actividades de Mantenimiento Extraordinario (Periódico): Actividades preventivas periódicas de gran envergadura que deben ser planeadas en ciclos más largos que los de la conservación correctiva rutinaria, casi siempre próxima al fin de la vida útil del elemento o cuando el desempeño de un elemento o sistema pueda comprometer la seguridad o el confort de los Usuarios.*

*Actividades de Mantenimiento de Emergencia: Actividades destinadas a reparar, reconstruir o restaurar elementos obstruidos o dañados del sistema vial, corrigiendo defectos de surgimiento repentino provocados por circunstancias extraordinarias y/o emergencias relacionadas con eventos de ocurrencia imprevisible. La respuesta a estos eventos, tales como accidentes de tránsito o fenómenos naturales, debe estar a cargo del equipo de inspección de conservación o de la Operación de tráfico, los que deberán adoptar las medidas necesarias para garantizar la seguridad de los Usuarios o comunidades".*

## V.    CONSECUENCIAS QUE PODRÍAN DERIVARSE EN DESARROLLO DE LA ACTUACIÓN

### 5.1  Declaratoria de Incumplimiento

Una vez iniciado y surtido el Procedimiento Administrativo Sancionatorio, la primera consecuencia que se puede derivar del procedimiento es la declaratoria de incumplimiento de las obligaciones contenidas en el capítulo anterior.



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 42 de 48

**Agencia Nacional de Infraestructura**

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

## 5.2  Multa

La segunda consecuencia que podría derivarse del procedimiento a seguir es la imposición de la multa establecida en el numeral 6.1, Literal (s) del Contrato de Concesión 002 de 2014, Parte Especial, que establece:

> *"(s) Multa por incumplimiento de otras obligaciones del Proyecto: Si el Concesionario incumpliere alguna de las obligaciones contenidas en el Contrato, que no se encuentra incluida en las demás Multas a que hace referencia la presente cláusula se causará una Multa diaria de siete (7) salarios mínimos mensuales legales vigentes por cada Día transcurrido a partir de la fecha prevista para el cumplimiento de la obligación correspondiente. Para efectos de lo señalado en la Sección 10.2 (d) de la Parte General, no habrá el término máximo de imposición".* (Negrilla fuera de texto original)

## 5.3  Afectación de la Garantía

La tercera consecuencia que podría derivarse en desarrollo de esta actuación, es la posible afectación de la Póliza de cumplimiento No. 1480314-1 con certificado 13288096, la cual fue expedida por Seguros Generales Suramericana S.A., en coaseguro con Seguros Comerciales Bolívar S.A y Liberty Seguros S.A., cuyo amparo el Cumplimiento de Contrato Estatal

## VI.    CUANTIFICACIÓN DE LA MULTA A IMPONER Y/O TASACIÓN DE PERJUICIOS

Con base en lo anterior, el tipo de sanciones aplicables en los casos en cuestión al Concesionario serán 5 multas que, como lo prevé el Contrato, es diaria y equivale a siete (7) salarios mínimos mensuales legales vigentes (SMMLV) por cada día de incumplimiento de cada una de las obligaciones incumplidas.

| Presunto incumplimiento de las Obligaciones | Actividades no Realizadas | Unidad Funcional | Fecha de Inicio del Presunto Incumplimiento | Número de Salarios Mínimos Mensuales aplicables a la Multa | Fecha estimada de Imposición de la Multa | Número de días de Multa | Multa a Imponer ($) |
|---|---|---|---|---|---|---|---|
| Apéndice Técnico No. 1, en su Sección 4.3: Intervenciones Prioritarias y en el Apéndice Técnico No. 2, Numerales 2.1.3,    3.1,3.1.1, 3.1.6, 3.3.7 y 6.1. | daño en la estructura de la vía (hundimientos y zanjas transversales y longitudinales), falta de zanjeo y rocería, mal estado actual de algunos tramos por baches, exceso de barro, hundimientos en la calzada existente, perdida de banca entro otros. | UF 5 | 11/12/2019 | 7st | 30/10/2020 | 325 | 1.883.963.900 |
| Apéndice Técnico No. 1, en su Sección 4.3.: Intervenciones | daño en la estructura de la vía (hundimientos y | UF 4 | 11/12/2019 | 7 | 30/10/2020 | 325 | 1.883.963.900 |





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 43 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**
Fecha: **15-12-2020**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prioritarias y en el Apéndice Técnico No. 2, Numerales 2.1,3,    3.1,3.1.1, 3.1.6, 3.3.7 y 6.1 | zanjas transversales y longitudinales), falta de zanjeo y rocería, mal estado actual de algunos tramos por baches, exceso de barro, hundimientos en la calzada existente, perdida de banca entro otros. | | | | | | |
| Apéndice Técnico 1, Sección 4.3: Intervenciones Prioritarias, literal (b) y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2. | no se evidencia el cabal cumplimiento de las obligaciones asociadas al mantenimiento y limpieza de las obras de drenaje existentes en las Unidades Funcionales 4 y 5 | UF 4 | 04/12/2018 | 7 | 31/10/2020 | 698 | 3.817.148.412 |
| Apéndice Técnico 1, Sección 4.3: Intervenciones Prioritarias, literal (b) y en el Apéndice Técnico 2, Secciones 3.1.5 y 6.2. | no se evidencia el cabal cumplimiento de las obligaciones asociadas al mantenimiento y limpieza de las obras de drenaje existentes en las Unidades Funcionales 4 y 5 | UF 5 | 01/10/2018 | 7 | 30/10/2020 | 761 | 4.161.676.134 |
| Apéndice Técnico 2, numerales 3.3.7 y 6.1 | Tramos de la UF 5 que deben contar con su respectiva zona pavimentada y que no cuentan con atención a los baches, hundimientos, entre otros. | UF 5 | 12/03/2020 | 7 | 30/10/2020 | 233 | 1.431.695.062 |

**Total: 13.178.447.408**

Las multas fueron calculadas por la suma total de: **TRECE MIL CIENTO SETENTA Y OCHO MILLONES CUATROCIENTOS CUARENTA Y SIETE MIL CUATROCIENTOS OCHO PESOS M/L ($13.178.447.408).**

En todo caso, el valor total de las multas se actualizará a la fecha en la que mediante acto administrativo se impongan al Concesionario, las sanciones a que diere lugar por los incumplimientos detectados.

**VII.    GARANTÍA DE CUMPLIMIENTO QUE EVENTUALMENTE PODRÍA AFECTARSE**

En lo que se refiere a perjuicios derivados del incumplimiento de las obligaciones contenidas en la presente citación, se podría afectar la póliza de cumplimiento que se relaciona a continuación:





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 44 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

| Garantía que podría afectarse | Cumplimiento |
|---|---|
| Aseguradora | Seguros Generales Suramericana S.A. |
| Coaseguradores | Seguros Comerciales Bolívar S.A.<br>Liberty Seguros S.A. |
| Tomador | Perimetral Oriental de Bogotá S.A.S. |
| Asegurado/Beneficiario | Agencia Nacional de Infraestructura |
| No. de Póliza y Certificado | 1480314-1 - certificado 13288096 |
| Fecha de Expedición | 28 de julio de 2020 |
| Vigencia | Desde 1 de enero de 2020 hasta 31 de diciembre de 2020 |
| Valor Asegurado | $143.134.946.829 |

La presente póliza la otorgan y suscriben las compañías abajo indicadas, en el porcentaje correspondiente para cada una. La póliza señala que las obligaciones de las Compañías Aseguradoras para con el asegurado no son solidarias y se limitan al porcentaje respectivo.

| Compañía | % de participación |
|---|---|
| SEGUROS GENERALES SURAMERICANA S.A. | 33.40% |
| SEGUROS COMERCIALES BOLIVAR S.A. | 33.30% |
| LIBERTY SEGUROS S.A. | 33.30% |

## VIII.    RESPECTO DE LAS PRUEBAS

Los hechos expuestos en la presente citación se encuentran soportados en las pruebas documentales que se relacionan en el Capítulo X del presente escrito y que se adjuntan a la presente citación en calidad de pruebas.

Así mismo, teniendo en cuenta las reglas de integración y prevalencia normativa en materia sancionatoria, y observando que respecto de la práctica de pruebas el artículo 86 de la Ley 1474 de 2011 no hace una regulación detallada, se dará aplicación a lo dispuesto en la Ley 1437 de 2011 (CPACA), así como a los aspectos relacionados con el derecho probatorio dispuestos en el Código General del Proceso (Ley 1564 de 2012).

Lo anterior, sin perjuicio de la plena aplicación a las reglas de la sana crítica y el sistema de valoración de la prueba, así como el decrete de pruebas de oficio.

## IX.    FECHA, HORA Y LUGAR DE LA AUDIENCIA

La citada Audiencia se llevará a cabo el próximo **cuatro (4) de enero de dos mil veintiuno (2021), a las nueve y treinta de la mañana (09:30 a.m.)**, la cual se realizará a través de medios virtuales, por la aplicación Microsoft Teams, en consideración con las medidas adoptadas por el Gobierno Nacional ante la actual emergencia sanitaria, y de conformidad con el procedimiento establecido en el Artículo 86 de la Ley 1474 de 2011.

Por lo anterior, se requiere que los convocados informen al correo notificaciones_sancionatorios@ani.gov.co los usuarios por medio de los cuales realizaran su





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 45 de 48

**Para contestar  cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

conexión, y agradecemos que estén disponibles veinte (20) minutos antes para adelantar las pruebas necesarias a fin de garantizar una adecuada conexión.

La calidad de quienes comparezcan a la audiencia deberá ser acreditada.

Adicionalmente y en aplicación de los principios de eficacia, economía y celeridad previstos en la Constitución Política y la Ley 1437 de 2011, así como en aplicación de la regla de concentración implícita en el artículo 86 de la Ley 1474 de 2011, el contratista presuntamente incumplido dispondrá de dos (2) horas para exponer sus descargos y aportar y/o solicitar pruebas, siendo importante señalar que, de considerarse necesario, podrá ser autorizado un tiempo superior de oficio o a solicitud de parte para garantizar el derecho de defensa y contradicción. Asimismo, se advierte a las aseguradoras que para coadyuvar los descargos presentados y/o presentar argumentos diferentes a los expuestos por el contratista y aportar y/o solicitar pruebas, dispondrán de un tiempo igual al señalado para el contratista presuntamente incumplido.

Es menester además referir que la Entidad tiene previsto el uso de medios electrónicos y tecnológicos a efectos de que pueda presentar sus descargos con las ayudas audiovisuales o técnicas que requiera.

Resulta necesario anotar que, de solicitarse comparecencia a la audiencia por medios electrónicos, la parte que así comparezca asumirá bajo su riesgo la imposibilidad que pueda verificarse de participar de manera eficiente en los traslados que se hagan durante la audiencia.

## X.    ANEXOS

**Link Secop del Contrato de Concesión No. 002 de 2014:**
https://www.contratos.gov.co/consultas/detalleProceso.do?numConstancia=13-19-1611851

Junto con esta citación se remiten los siguientes documentos: https://anionline-my.sharepoint.com/:f:/g/personal/mcamacho_ani_gov_co/Ejo8v9tdfdVBjnyI0WeslasBKZtGQi40qi7PqIDbt3pRiQ?e=SsctIq

**Carpeta No. 1: Contrato y sus modificaciones**

- Contrato de Concesión 002 de 2014 Parte General
- Apéndices del Contrato de Concesión 002 de 2014 Parte General
- Póliza

**Carpeta No. 2: Medios de Prueba**

1. Mantenimiento Unidad Funcional 4

   - Comunicación No. CP-PER-6300-2019 del 11 de diciembre de 2019, con radicado ANI No. 20194091296482 del 11 de diciembre de 2019.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 46 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- Comunicación No. CP-PER-6369-2019 del 26 de diciembre de 2019, con radicado ANI No. 20194091353412 del 26 de diciembre de 2019.
- Comunicación No. CP-PER-6457-2020 del 16 de enero de 2020, con radicado ANI No. 20204090042072 del 16 de enero de 2020.
- Comunicación No. CP-PER-6462-2020 del 17 de enero de 2020, con radicado ANI No. 20204090047582 del 17 de enero de 2020.
- Comunicación ANI No. 20203060053691 del 19 de febrero de 2020.
- Comunicación No. CP-PER-6681-2020 del 24 de febrero de 2020, con radicado ANI No. 20204090190942 del 24 de febrero de 2020.
- Comunicación No. CP-PER-6695-2020 del 25 de febrero de 2020, con radicado ANI No. 20204090196992 del 25 de febrero de 2020.
- Comunicación No. CP-PER-6778-2020 del 06 de marzo de 2020, con radicado ANI No. 20204090257032 del 11 de marzo de 2020.
- Comunicación ANI No. 20203060078731 del 06 de marzo de 2020
- Comunicación No. CP-PER-7153C-2020 del 26 de mayo 2020, con radicado ANI No. 20204090458512 del 26 de mayo 2020.
- Comunicación No. CP-PER-7293C-2020 del 16 de junio 2020, con radicado ANI No. 20204090527392 del 16 de junio 2020.
- Comunicación No. CP-PER-7355C-2020 del 23 de junio 2020, con radicado ANI No. 20204090553392 del 23 de junio 2020.
- Comunicación No. CP-PER-7791C-2020 del 28 de agosto de 2020, con radicado ANI No. 20204090823632 del 28 de agosto de 2020.

2.  <u>Mantenimiento de la Unidad Funcional 5</u>

- Comunicación No. CP-PER-6306-2019 del 11 de diciembre de 2019, con radicado ANI No. 20194091296392 del 11 de diciembre de 2019.
- Comunicación No. CP-PER-6327-2019 del 17 de diciembre de 2019, con radicado ANI No. 20194091319402 del 17 de diciembre de 2019.
- Comunicación No. CP-PER-6370-2019 del 26 de diciembre de 2019, con radicado ANI No. 20194091353392 del 26 de diciembre de 2019.
- Comunicación No. CP-PER-6461-2020 del 17 de enero de 2020, con radicado ANI No. 20204090047552 del 17 de enero de 2020.
- Comunicación ANI No. ANI. 20203060053711 del 21 de febrero de 2020.
- Comunicación No. CP-PER-6680-2020 del 24 de febrero de 2020, con radicado ANI No. 20204090190922 del 24 de febrero de 2020.
- Comunicación No. CP-PER-6698-2020 del 25 de febrero de 2020, con radicado ANI No. 20204090196952 del 25 de febrero de 2020.
- Comunicación No. CP-PER-6782-2020 del 06 de marzo de 2020, con radicado ANI No. 20204090257112 del 11 de marzo de 2020.

3.  <u>Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5</u>

- Comunicación No. CP-PER-6622-2020 del 14 de febrero de 2020, con radicado ANI No. 20204090157802 del 14 de febrero de 2020.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 47 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- Comunicación No. CP-PER-6800-2020 del 12 de marzo de 2020, con radiado ANI No. 20204090265962 del 12 de marzo de 2020.
- Comunicación No. CP-PER-6914C-2020 del 07 de abril de 2020, con radicado ANI No. 20204090370782 del 24 de abril de 2020.
- Comunicación No. CP-PER-7047C-2020 del 06 de mayo de 2020, con radicado ANI No. 20204090399582 del 06 de mayo de 2020.
- Comunicación No. CP-PER-7156C-2020 del 27 de mayo de 2020, con radicado ANI No. 20204090459502 del 27 de mayo de 2020.
- Comunicación No. 2020306017661 del 25 de junio de 2020.
- Comunicación No. CP-PER-7391C-2020 del 01 de julio de 2020, con radicado ANI No. 20204090574392 del 01 de julio de 2020.
- Comunicación No. CP-PER-7493C-2020 del 14 de julio de 2020, con radicado ANI No. 20204090630722 del 14 de julio de 2020.
- Comunicación D-1672-2020 del 17 de septiembre de 2020, con radicado ANI No. 20204090900392 del 17 de septiembre de 2020

4.  <u>Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5</u>

- Comunicación No. CP-PER-4048-2018 del 1 de octubre de 2018, con radicado ANI No. 20184091015712 del 01 de octubre de 2018
- Comunicación No. CP-PER-4400-2018 del 4 de diciembre de 2018, con radicado ANI No. 20184091272622 del 04 de diciembre de 2018
- Comunicación No. CP-PER-5670-2019 del 6 de agosto de 2019, con radicado ANI No. 20194090823232 del 09 de agosto de 2019
- Comunicación No. CP-PER-5671-2019 del 6 de agosto de 2019, con radicado ANI No. 20194090823202 del 09 de agosto de 2019.
- Comunicación No. CP-PER-5940-2019 del 21 de septiembre de 2019, con radicado ANI No. 20194091007592 del 24 de septiembre de 2019.
- Comunicación No. CP-PER-6071-2019 del 24 de octubre de 2019, con radicado ANI No. 20194091125242 del 24 de octubre de 2019
- Comunicación No. CP-PER-6246-2019 del 03 de diciembre de 2019, con radicado ANI No. 20194091262882 del 03 de diciembre de 2019
- Comunicación ANI No. ANI 20197050443431 del 27 de diciembre de 2019
- Comunicación No. CP-PER-6404-2020 del 09 de enero de 2020, con radicado ANI No. 20204090020352 del 10 de enero de 2020
- Comunicación No. D-128-2020 del 27 de enero de 2020, con radicado ANI No. 20204090082212 del 28 de enero de 2020.
- Comunicación No. D-1292-2020 del 30 de julio de 2020
- Comunicación No.CP-PER-7710C-2020 del 19 de agosto de 2020, con radicado ANI No. 20204090775192 del 19 de agosto de 2020.

**Carpeta No. 3: Informes de Interventoría y Solicitudes de inicio**

1.  <u>Mantenimiento Unidad Funcional 4</u>





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Código Postal ANI 110221.
Página 48 de 48

**Para contestar cite:**
Radicado ANI No.: **20207070385331**

Fecha: **15-12-2020**

- Comunicación No. CP-PER-6778-2020, con radicado ANI No. 20204090257032 del 11 de marzo de 2020.
- Memorando Interno ANI No. 20203060125583 del 12 de octubre de 2020

2. <u>Mantenimiento de la Unidad Funcional 5</u>

- Comunicación No. CP-PER-6782-2020, con radicado ANI No. 20204090257112 del 11 de marzo de 2020.
- Memorando Interno ANI No. 20203060078033 del 20 de junio de 2020

3. <u>Tramos que Cuentan con Vía Pavimentada - Unidad Funcional 5</u>

- Comunicación No. CP-PER-7493C-2020, con radicado ANI No. 20204090630722 del 14 de julio de 2020.
- Memorando Interno ANI No. 20203060124893 del 9 de octubre de 2020

4. <u>Mantenimiento y Limpieza de las Obras de Drenaje en las Unidades Funcionales 4 y 5</u>

- Comunicación No. CP-PER-6512-2020, con radicado ANI No. 20204090082312 del 28 de enero de 2020.
- Comunicación No. CP-PER-7743C-2020 con radicado ANI No. 20204090794922 del 24 de agosto del 2020
- Memorando Interno ANI No. 20203060118713 del 25 de septiembre de 2020

Cordialmente,

**CLAUDIA JULIANA FERRO RODRÍGUEZ**
Coordinadora G.I.T Procesos Administrativos Sancionatorios

Anexos: Anexos y Medios de Prueba

cc: 1) SEGUROS GENERALES SURAMERICANA S.A. notificacionesjudiciales@sura.com.co BOGOTA D.C. -2) SEGUROS BOLIVAR CALLE 72 NRO 10 - 07 BOGOTA D.C. -3) LIBERTY SEGUROS CLL 72  10-07 BOGOTA D.C.

Proyectó: Martha Lucia Camacho S. – Abogada G.I.T. Sancionatorios
VoBo: Natalia Wilson Aponte - Abogada G.I.T. Sancionatorios
Nro Rad Padre:
Nro Borrador: 20207070065037
GADF-F-012



# English Translation
# of Exhibit 16

 **Agencia Nacional de Infraestructura**

Avenida Ca fie 2 4A Nro 5 9 2 Tor r e 4 Pso 2 Püx:
<8o8860 - '.vvv an i go v '
Nit 80o1:2s 99s 9 c ode Pos tai ANi i 1o22 t.
Page t of 18

To answer cite:
Radir ado ANI No. 202070703593 21
" 2C2070703 S' 32 2 '
Date: 23-t t t -2020



Bogotá D.C., November 2020

Minors
JUAN MANUEL MÉNDEZ PIRA
Legal Representative
PERIMETRAL ORIENTAL DE BOGOTA S.A.S.
Calle 93 No. 11A-28 Of. 701
contact usüpob. com. co
Bogotá D.C.



Mr.
Legal Representative
SEGUROS GENERALES SURAMERICANA S.A.
Carrera 11 No. 93      46
Bogotá D.C.

Mr.
Legal Representative
COMMERCIAL INSURANCE 8OLIVAR S.A.
Avenida el Dorado No 68B-31 10th Floor
Bogotá D.C.

Mr.
Legal Representative LIBERTY
SEGUROS S.A. Cat(e 72 No.
10-07
Bogotá D. C.

REF:    SUMMONS TO THE HEARING PROVIDED FOR IN ARTICLE 86 OF THE LAW
Alleged non-compliance by Sociedad Perimetral Oriental de Bogotó S.A. with the
obligations contained in Section 3.14 of this report. of the obligations contained
Section 3.14.
(i) (Iv) of the General Part and in Section 4.5 (e) of the Special Part of the
Concession Contract No. 002 of 2014, in relation to the Funding of the
Interventoria y Supervisión Subaccount.

Respected Sirs,





**Agencia Nacional de Infraestructura**

Aven da C alie 24A Úro. fi7- 2 Tor e 4 Piso 2.
P8X . PB 48860 - www.an i gov co
Nit 830 t25996-9. Postal Code ANi 1T022 t
Page 2 of 18

To answer cite: R
adicad o Atal No.: 2020707035932 t
" 20207070359321'
arrow: 23 t J 2020

In exercise of the powers conferred by ANI Resolutions No.(s) 0273 of February 13, 2018, 2042 of November 07, 2018, and 1069 of July 15, 2019, we hereby summon you to the hearing referred to in Article 86 of Law 1474 of 2011, on the occasion of the alleged breach of the contractual contained in Section 3.14 (i) (iv) of the General Part and Section 4.5 (e) of the Special Part of the Concession Contract No. 002 of 2014, in relation to the Funding of the Interventory and Supervision Subaccount.

The foregoing in accordance with the following:

## I.    FACTS SUPPORTING THE CITATION

### a.   GENERAL

1. By Resolution No. 1187 of October 29, 2013, the National Infrastructure Agency opened the bidding process No. VJ-VE IP-LP -010-2013, in order to select the most favorable offer for the award of one (1) Concession Contract under the PPP scheme. VJ-VE IP-LP -010-2013, in order to select the most favorable offer for the award of one (1) Concession Contract under the PPP scheme, so that THE CONCESSIONAIRE performs at its own risk and expense the financing, construction, rehabilitation, improvement, operation and maintenance of the Corredor Via Perimetral del Oriente de Cundinamarca, according to the Technical Appendix 1 and other appendices of the Contract.

2. /By Resolution No. 992 of July 23, 2014, the National Infrastructure Agency awarded to the PLURAL STRUCTURE that subsequently established the Simplified Joint Stock Company under the name of Perimetral Oriental de Bogotá S.A.S. - POB S.A.S.

3. The National Infrastructure Agency signed with Sociedad Perimetral Oriental de Bogotá S.A.S. - POB S.A.S. on September 8, 2014 the Concession No. 002 of 2014 under the PPP scheme, whose purpose is the financing, construction, rehabilitation, improvement, operation and maintenance of the Corredor Vía Perimetral del Oriente de Cundinamarca, according to the Technical Appendix 1 and other appendices of the Contract. Contract.

4. On December 19, 2014, the initiation agreement was signed.

5. The initial value of the contract was agreed at ONE BILLION SIX HUNDRED FORTY SIX THOUSAND SEVEN HUNDRED SEVENTY SIX MILLION ONE HUNDRED ELEVEN THOUSAND ONE HUNDRED SIXTY NINE.
   ($1,647,776,111,169) pesos of the month of reference.





**Agencia Nacional de Infraestructura**

*hueni dõ E a¡ie 2 dA* Nro. 9 42 Jorre 4 Piso 2.
PBX- ^868ÕO - .\vvYw.ani gov co
No. 83012S996 9 Posta| ANI code tT022 t.
Pàgi na 3 de PB

To answer cite:
Radicado All no.: 20207070359323
" 202070703 fi9321"
Date. 23-tt-202o

6. The Contract Term as set forth in Section 2.4 is as follows:

   *"2.4 Term of the Contract*

   *(a) The term of the Control will elapse between the Commencement Date and the date on which the* Reversionary *Stage* ends, at *the latest upon the sale of the Maximum Term of the Reversionary Stage.*

   *(b) The* completion of *the Operation* and Maintenance *Stage will take place* on *any of* the *following events, whichever occurs first:*

   > *(i) On the VElhiTICINCO (25) year of the Commencement Date if the VPIP has been reached or exceeded, or;*

   > *(ii) At the moment in which, after* VE/N7/C/TCO *(25) years*, it is *verified in accordance* with *the VPIP verification procedure, that the YPIP has been* launched *or exceeded, for which the date of termination will be the* tenth *Business Day of the year corresponding to the date in which such circumstance was* verified, 0,

   > *(iii) Upon the expiration of VEItJTININE (29) years as from the Commencement Date, even in the event that upon such date the Concessionaire has* not *obtained the VPIP".*

7. Contract No. 002 of 2014 is currently in the Construction Phase. During the execution, the following have been subscribed:

   I.  Functional Unit Completion 1.
   II.  Partial Completion of Functional Units 2 and 3.
   III.  Suspension of the execution of the Interventions foreseen in Functional Units 4 and 5 by virtue of the Act of Dec laration of Exonerating Event of Responsibility.
   IV.  Existence of Liability Exonerating Events declared by ANI and/or by the Amicable Settlement Panel.

   b.  FACTS REPORTED IN RELATION TO THE ALLEGED NONCOMPLIANCE

1. The Concession Contract No. 002 of 2014, Special Part, Section 4.5. (e), provides that, as part of the obligations of Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. is to make the contributions specified in the Concession Contract, including the contribution for the Sub-account of Intervention and Supervision, determining that, the contributions will be made in accordance with the terms of the Concession Contract.





**Agencia Nacional de Infraestructura**

Aven da Calle 24A Nru. $9-#2 Torre 4 Piso 3.
?8 :48z8S60-'-+znisovro
Nit 830 z259 96 9. Post ANI Code J1022 T.
Page^ Footnote B

To answer cite:
File ANI Nu. 2020707035933
' 202070703 S932 "
Feena 23- TJ-2020

contributions in the Construction Phase will correspond to Ten Billion One Hundred Sixty Million Three Hundred Sixty Seven Thousand Three Hundred Fifty One (f 10,160,367,351) Pesos of the Reference Month.

2. According to paragraph (e) of Section 4.5 of the Special Part of the Concession Contract, the maximum date of contribution is defined in the following terms: "Within *the five (5) days following the* beginning *of each period of* three hundred and *sixty-five* days *counted from the Start Date of the Construction Phase.* " Thus, within the first five (5) days counted from December 15, 2018, Sociedad Concesionaria POB S.A.S. was under the obligation to make the referred contribution.

3. During the verification of the obligation contained in paragraph (e) of Section 4.5. of the Special Part of the Concession Contract, the Interventoria evidenced that this was not fulfilled, reason for which, by communication No. CP-PER-4633-2019 filed ANI 2019-409-004487-2 of January 1, 2019, the Interventoria requested to Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. that:

*"(...) In this regard, it is highlighted that, in accordance with Other No. 4 of the Concession Contract, it was determined in the* Sixth *Clause that the* Construction Phase  the Project started on December 20, 2010, in this sense, the maximum date for the respective contribution was established as December 20, 2008, for the Concessionaire to make the contribution of S 10. 160,367,331 pesos for the month of reference, applying the adjustment formula established for all effects.*
*Taking into account the above, it is presumed that the Concessionaire has failed to comply with the obligations previously referred to, given the above, this Comptroller's Office requests that within a term not exceeding five working days from the receipt of this communication, it proceeds to make the required Funding for the Sub-Account of the Comptroller's Office and Supervision and the interests left5 to cause for not making the referred Funding in the terms and terms* contractually *established for the effect. "*

4. Subsequently, through formal requirement No. CP-PER-4694-2019 filed ANI Z019-409-0084Z2-2 of January 18, 2009, the Comptroller's Office reiterated the request to Sociedad Concesionaria POB S.A.S. : "t.../ en





Agencia Nacional de **Infraestructura**

Avenid a Call e 24A Nr o. 5 9 -A2 Tor re 4 Floor 2.
P6X: 4848860 - ww w an eov c o
Nit. 830 T259 96 -9. Código Postal ANI 31022 t.
Pà g'na S de T8

To answer cite:
Radicad o ANI No.. 2020707o35 932 t
" 2020707035932 ) "
I- echa. 23- t3 -2020

*a term not exceeding five (!fi) Business Days counted from the date receipt of this communication, to comply with the obligations contained in Section 3.14 (i) (iv) of the General Part of the Concession Contract No. 002 of 20 I4, and in Section 4.5 (e)* of the Specific Part *of the , and consequently, proceed to* pay *the required Funding for the Subaccount for Supervision and* Supervision *and the yields not caused by not making the required Funding in the terms and deadlines established for that* purpose. *Failure to comply with this requirement shall constitute a presumed breach of the obligations contained in Section 3.14 (i)(iv) of the General* Concession *Contract* No. *002 of 2014, and in* Section *4.5 (e) of the* Specific *Contract, consequently, shall give rise to the application of the contractual provisions set forth in Chapter X 'Penalties and penalty ',* Section *10.2 'Term of Duration and Payment of Fines', paragraph (a) of the Concession Control, General* Conditions*, in accordance with the provisions of Section* 6.1 *'Events Generating the* Imposition *of Penalties', paragraph (m)2 of the Concession Contract, Special Part. (...)"*.

5. Regarding the requests made, the Comptroller's Office did not receive any response from the Concessionaire, being allegedly in breach of the obligations contained in Section 3.14(i) iv) of the General Part of the Concession Contract No. 002 of 2014, and in Section 4.5 (e) of the Special Part of the referred Contract, reason for which the Interventoria in communication with CP- PER-4742-2019 filed ANI Z019-409-010943 -2 of February 4, 2019, requested the Agency the non-objection to the cure term for this alleged breach, as follows:

*"(...)* Considering *that to date several* requirements *have been raised in order for the Concessionaire to proceed or make the required Funding for the Int ervantory and Supervision* Subaccount *and the interests* not *caused by not making the referred Funding in the and terms* controversially *established for the effect, and as I want that the Concessionaire is allegedly in default of the obligation contained in* Section *3. 14(i)(iv) of the General Part of Concession* Control *No. 002 of 2014, and in* Section *4.5 [e] of the Special Part of the aforementioned Contract, in the* opinion *of this Comptroller's Office, it is justified to grant a Cure Period equal to Five* {5/ Hüóifes *Days.*





Aven ada Calle 24A Nro. ú y 42 Torre 4 Pso 2.
PBX: 8^886ó- .yez ao eov co
Ñit 830 J25996 S' Co digo Pos tal ANI T t022 .
KB page

To answer cite:
Radicado ANI No.: 2020707035 g32J
' 2020707035 932J "
Date: 23-2020

6. The Agencia Nacional de Infraestructura (National Infrastructure Agency) by means of communiqué ANI 2019-705-0053ó9-1 dated February 22, 2019, issued the no objection to the cure period requested by the Interventoria.

7. The Interventoria by communication CP-PER-4907-2019 with radicado ANI 2019-409 023297-2 dated March 6, 2019 granted the aforementioned cure period to Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. , in the following terms:

" ...) the Consortium /n¿¢'rvío5 *4G, who for the purposes of Concession Contract No. 002 of 2014 acts as "Lo Interventoría", in the presence of the notorious non-compliance evidenced, based on its seriousness and prior No Objection by the Vice President of Contractual Test ions by means of communication filo. 20a 9-70a-00á3d9- f dated March 01, 20 f 9, granted a reasonable Cure Term       to            Concessionaire       "Perimetral    Oriental    de Bogotó    SAS."* equivalent *to Five {úi} Days, counted from the receipt hereof, in order to remedy alleged* non-compliance *referred to in the seventh chapter of the present communication and consequently it is necessary that the Concessionaire Company POB S.A.S. proceed to make the required contributions to the Supervision and Interventory Subaccount in the amounts contractually established for the project according to the* contractually *established adjustment formula, as well as* the *yields not received for not* making *said contribution in* the *contractually established* periods.

| Contribution Value | Date Contractually Expected to be on compliance with the Objgaclón |
|---|---|
| $10,160,367,351 for the Month of Reference '* | December 20, 2018 |

8. Sociedad Concesionaria Perimetral Oriental de Bogotá S.A. S., did not respond to the cure period granted, therefore, the Interventoria in communication CP-PER-4984-2019 filed ANI 2019-409-027023-2 of March 15, 2019, informed the Agency the expiration of the cure period granted, submitted the compliance report and requested the initiation of the Sanctioning Process.





Avenid a Calie 24A Nrc. 59 -42 Tor re 4 Piso 2.
PBX: 484B060 - www.ani.eov.o
Nit. 800t25996 -9 Pos fai ANI Code 1 022.
Page 7 of 8

**Para contestar cite:**
Radicad o ANI No : 2020707035932
" 2020707035932 "
D t e : 23- T t -2020

9.  Sociedad Concesionaria Perimetral Oriental de Bogotó S.A.S. in communication D-652 radicado ANI 2019-409-030917-2 dated March 26, 2019, responded to the requests of the Interventoria, indicating the following:

    *"(...) That considering the foregoing background, the Concessionaire is not executing major construction activities in most of the Functional Units of the Project (since Functional Units 7 and 3 are very close to being completed and Functional Units 4 and 5* are *affected by the EER), Therefore, it is not appropriate to transfer the amount required by the* Comptroller's Office *in its communications to the Comptroller and Supervision Subaccount, being appropriate, in accordance with the current* status *of the project, to transfer instead a sum equivalent to the amount required by the Comptroller*'s Office *in its communications to the Comptroller and Supervision Subaccount, in its place, a sum* equivalent to the *Annual Contribution during the Operation and Maintenance Stage, amounting to THREE HUNDRED AND FOUR HUNDRED AND FOURTY-SIX MILLION THIRTY-SEVEN THOUSAND SIX HUNDRED AND TWENTY-SEVEN MILLION THIRTY-SEVEN THOUSAND SIX HUNDRED AND TWENTY-ONE THOUSAND AND TWENTY-SEVEN THOUSAND THOUSAND THIRTY-SEVEN THOUSAND THOUSAND THIRTY-SEVEN THOUSAND (COP 53.446. b37.624)* Pesos of the Reference ...)"*

10.  Sociedad Concesionaria Concesionaria Perimetral Oriental de Bogotá S.A.S. , informed in communication D-806 filed ANI 2019-409-039131-2 of April 16, 2019, that:

    *"Taking into account that to date we have not received a response to the communication D-dS2-20* f 9, *the Concessionaire informs that it proceeded to make the contributions to the* Interventory *and* Supervision Subaccount, corresponding *to an amount equivalent to the Annual Contribution applicable during the Operation and Maintenance Stage, corresponding to an amount equivalent to the Annual Contribution applicable during the Operation and Maintenance Stage, amount that* in *current value is FOUR THOUSAND FOUR HUNDRED TWO MILLION SEVEN HUNDRED TWO MILLION SEVEN THIRTY FIVE THOUSAND N0VENCIEt4TO5 PESOS COIT NINETY CENTS (S4. 402.734. 900, 90.)*

    *In view of the foregoing, we request the suspension of the formal injunction and the cure period, while ANI makes its decision".*

11.  The Interventoría by means of communication CP-PER-5203-2019 filed ANI 2019-409-040366-2 of April 22, 2019, responding to Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S. informed that upon expiration of the cure term, it will continue with procedure *stipulated* in the Concession Contract, General Part, Chapter X "Sanctions and Schemes of





Agencia Nacional de
Infraestructura

A endda Calle 24A Sr o. 59-o2 Tor i e 4 Piso 2.
P6X: 4848860 - www.am yov.co
Ni' 83o \s 99a 9. code Pos t ai Asi t toz2 t.
Page 8 of 6

For more :
R addendum ANI No.: 2020707035932
' 20?0707037?9321 "
Date: 23-January -2020

Apremio", tending to the imposition of the fine that may be applicable, for the alleged non-compliance evidenced.

12.　　The National Infrastructure Agency by means of ANI communication No. 2019-306-023828-1 of July 23, 2019, requested Sociedad Concesionaria POB S.A.S. :

In view of the foregoing, and taking into consideration thatõn that: (i) To date, the project is still in Construction Stage, (ii) The Completion Acts of Functional Units 2 and 3 have not yet been subscribed and (iii) The Agency and the Concessionaire are jointly defining how the changes of Functional Units 4 and 5 will be undertaken, we request to complete the funding made (according to item 7 above) to the contractual amount foreseen for December 2018 in the Construction Stage, that is, in the equivalent of COP 6,713,729,727 of the Reference Month.

Notwithstanding the foregoing, when the Completion Act of Functional Units 2 and 3 is subscribed and when the new values of annual funding of the Iriterventry and Supervision are defined on the occasion of the new contractual definitions for Functional Units 4 and 5, defining the Stage in which the Contract is located, a rebalancing of the contribution requested herein will be made and what is determined to have been allocated in excess for the Construction Stage will be imputed to the defined Stage.

13.　　Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., in communication D-2723 filed ANI 2019-409-129177-2 of December 11, 2019, responded to the Agency's request and alluded to the negotiation that was being advanced by that time of a new layout option for Functional Units 4 and 5 and in which Anchorage 5 and following would be regulated.

14.　　Sociedad Concesionaria Perimetral Oriental de Bogotá S.A.S., in communication D-2724 filed ANI 2019-409-129181-2 of December 11, 2019, reiterated to the Interventoria:

*"(...) Taking into account the* communications *cited in the matter, we reiterate that by means of communication 0- f036-20a* 9 *filed to* you *last March 6, 2019, the Concessionaire requested or the Interventoria with copy to ANI, the suspension of the formal requirement and term of cure in progress. So miSTTio, in response to your communication* CP-PER4907-20f *9 {R-* 103ó-20a *9), we indicate that* currently *the Functional Units 2 and 3, have Partial Termination Act since 6 last October 17,* 20a 9 *and November 7, 2019.*



 **Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 5 3 42 Torre 4 Piso 2.
PBX: 848860 - me
Nit. 830125996 9. Postal Code ANI 11022J.
Page 9 of t 6

To answer cite:
Radicado ANI No.. 2020707035 g32't
"2020707035932 "
Date. 23-11-2020

*Likewise, AllÍ is currently processing the proposal of Otrosi 4 and 5 previously agreed with the , sent by the Concessionaire last October 10 under communication D-2346-2019 {...}"*

15.    The Interventoría in communication CP-PER-6347-2019 with radicado ANI 2019- 409-133521-2 of December 19, 2019, gave a response to communication D-2724 sent by Sociedad Concesionaria Perimetral Oriental de Bogotá.
S.A.S. stating that:

*"(...) In* this *, this Comptroller's Office reiterates to* Sociedad *Concesionaria POB* S.A.S. *that, until there is no legal and controversial modification through the legal and controversial document established for such , which determines that the Concessionaire's claim is true, this* Comptroller's Office *will continue to require compliance with the stipulations that contractually regulate the matter and that are fully known by the Concessionaire. , this Office of the Comptroller could not* suspend *any of the procedures requested by the Concessionaire,* being *inappropriate to accede to its claim. (...)".*

16.    In view of the facts described above and the reluctance of the Concessionaire POB S.A.S. to comply with the obligation contained in the Contract with respect to Fund 3 of the Sub-account for Interventory and Supervision, the Interventory in communication CP-PER-7361C-2020 filed ANI 2020-409-055351-2 of June 24, 2020, requested the Agency to advance the sanctioning processes corresponding to this alleged non-compliance.


II.    CONTRACT AUDITOR'S REPORTS

In order to comply with the provisions of paragraph a) of Article 86 of Law 1474 of 2011, the following Reports and/or Concepts submitted by the Comptroller's Office are attached to this summons:

1.  The Comptroller by means of communication CP-PER-4984-2019 filed ANI 2019- 409-027023-2 of March 15, 2019, filed the Report for the alleged breach of the obligations contained in Section 3.14(i )(iv) of the Part

  Mobility belongs to everyone  Mintransporte



Avenida Caile 24A Nro. 5 2 42 Torre 4 Piso 2.
"8X 484d860 - '.vww ani eov r a
Nit. 830 J2s 99 or 9 Po stai ANI Code 1J022 t .
Page 0 of 1g

To answer cite:
Radicad c ANI No... 2020707035932
" 202070703 S93 2T " Date
a. 23-1J-2020

General Concession Contract No. 002 of 2014, and in Section 4.5 (e) of the Special Part of the referred Contract - Funding Subaccount Interventoría y Supervisión.

2. The Comptroller by means of communication CP- PER-7361C-2020 filed ANI 2020- 409- 055351-2 of June 24, 2020, filed scope to the report for the alleged breach of obligations contained in Section 3.14(i)(iv) of the General Part Concession Contract No. 002 of 2014, and in Section 4.5 (e) of the Special Part of the referred Contract - Funding Subaccount Interventoria and Supervision.

### III.    RULES AND CLAUSES ALLEGEDLY VIOLATED.

In accordance with the above paragraphs, the Contractor may have incurred in the alleged breach of the contractual obligations established in the clauses listed below:

1. Section 3.14 of the General Part Concession Contract No. 002 of 2014 states:

*"3. 14 Accounts and Accounts of the Autonomous Patrimony*

*(...)*

*ii j Story AC/*

{iv) *Sub-account Interventory and Supervision*

1. *The Interventoria y Supervisión Subaccount of the ANI Account was created with the subscription of the  Fiduciary Contract, and was funded with the resources of the Project Account in the amounts and terms set forth in the Special Part.*

2. *ANI will be in charge of giving instructions or the Trustee for the use of these resources, which in any case must be destined to or attend the activities related to the supervision and supervision of the Contract.*





Avenid a Calle 24A N ro. 59-42 forre 4 Pisa 2. PBX-
4848860 - vww ani eov
Ni t. 830J2599 or-9. Post al AN code| 130221.
Page 13 of 1.0

To answer cite: Radicad
o ANI N o.: 2020707035932 J
" 20207070359321"
Date: 20 -t3 -2020

3. *The resources available* in *the Interventory and Supervision Subaccount will be destined to the attention of the* payments *to the Interventory and* Supervision *of the Contract.* In order for *the Fiduciary to make each payment, the corresponding Notification from ANI shall always be required.*

4. *The remaining resources of this Subaccount, which are not necessary for the payment to the Contractor or the Contract Supervisor, at the termination of the Contract, may be transferred to the API Surplus Subaccount, upon express and written instruction from AIIÍ.*

§. *The yields of the treasury operations to be effected with charge to the resources of this sub-account shall be transferred monthly to the Minor Works Sub-account (...)".*

2. Section 4.5 of the Special Part of the referred Concession Contract No. 002 of 2014 establishes:

*"4.5 Funding of* SUbcoentas *of the Patrimony*

*(...)*

*(e) Subaccount Interventoría ç Supervision.*

*As part of obligations, the Concessionaire shall pay the contributions expressed* below*, or the Interventory and Supervision* Subaccount*.*






Agencia Nacional de Infraestructura

A'zenid a Calle 24A N ro. o Y <2 To r re '4 Piso 2
PBX: 48*086C- -,vww ani Nov co
Nit. 830 25996-9. Pos tal Code AN l tJ022 i
Página 12 de 18

To answer c ite:
Branch AN l No.: 2020070359323
" 202070703 Ü 9321"
D  t e : 23- t t-2020

|  |  |  |
|---|---|---|
| Contributions Preconstruction | Two one thousand nine hundred twenty-three million one hundred and sixteen thousand nine hundred and fifty-six (8 2.9'23l 17.956) Pesos of Mei Referencia | Date of incorporation of the **Patrimonio Autónomo, y,** of being the cago, lady of the ciaco (S) Days following the Start of each period Of Wscienios esenbi and ciaco (3G3) Dlae<br><br>of Start. end the cessation in qin the last period swallows ucasleep less than a-hundred s<smM and five (365) Dfae, cl spock rmgcctiyo<br><br>duration. |

| Contribution* Construction | Ten thousand sixty-seven hundred and sixty-seven thousand thirty-seven thousand trcscienlee emuenta y un ($ 10,160,367.3 a I ) Peeoe of the Mes Rtfeterici-. | Within five (5) Gods after the election of the Fax de Coasouccióo |
|---|---|---|
|  | Ten thousand and **one** hundred and **one** million tm*cieoto* iesents and seven thousand three hundred and fifty and one ($ io.i 6o.3s7.3s i) r''-o- a-i Month Reference. | Give me 'k lo* five (5) Dlni ciguienio* at the beginning of each period of three hundred and forty-five (36a) Hip **contados desde la Fecha** of the Construction Base Start-Up. |





**Agencia Nacional de Infraestructura**

Avenida c alle 24A N ro. S9-43 To rre 4 Piso 2.
PBX. h848860 - \wwvv ani nov co
N it. 830 i 25996-9. Code Porta i ANI J iO22 J
Pàg in a T3 of I8

To answer cite: Rad
icado ANI No 2020707059324
" 2020707035 9321"
recha: 23-M-2O2O

| Appears inuaJée during the Btaps de Ogaasiôn and **Mantenimiento** | Trce nul eua mtos cu-zoita y sgiz zaigoaea **seiscientos treinta y siete mil** miicionioi vainticectro (53.446.637.624) from | **Dentro de los cinco (5) Días siguientes al inicio** do each period of **trescientos sesenta y** five (365) Dlaa <br><br> sucripclon do 1s últuu* Acts of Termimión of Unidod functional. Eu el <br><br> duzaci6n sea e <br><br> **cinco (365) Días, el** |
|---|---|---|

## IV.    CONSEQUENCES WHICH MAY RESULT FROM THE DEVELOPMENT OF THE ACTION

The *first consequence* that could result from the procedure to be followed is the declaration of noncompliance with the contractual clauses indicated in the previous paragraph.

*The second consequence* that could result from the procedure to be followed is the imposition of a fine, in accordance with the provisions of paragraph 6.1 m) of the Special Part of the Concession Contract No. 002 of 2014, which states:

"6. f *Events* Generodores *de* /mposición *de Multas.*

*(...)*

*(m) /fine for noncompliance in the consti tution and [ondeof Sub-accounts: For failure to* consÉifc/ir *and/or fund the* subaccounts *referred to in* Section *4. 5 of this Special Porte, within* the *terms and with the amounts* esrol/ecidos, *a /Vlulta diorio equivalent to twenty (20) legal monthly minimum wages in force for each Day elapsed as from the date provided for compliance with this obligation shall be caused. For the purposes of the provisions of Section 10.2(d) of the General Standard, the maximum term as from the expiration of the* Cure *Period is thirty {30) Days."*

The *third consequence* that could result from the development of this action is the possible affectation of the Compliance Policy No. 1480314-1, which was issued by



belongs to    Mintransporte


**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59 42 Torre 4 Pisa 2.
PBX: 4g4g8ó0 - www.ani.eov -o
Nit. 830t25996-9. Postal Code ANI t1022 T.
Page J4 of 18

To answer cite:
Radicado ANI No.: 20207070g5g32t
" 2020707035932t"
Date: 23-It.-2020

the Company SEGUROS GENERALES SURAJñERICANA S.A. insurance policy covering compliance with Concession Contract No. 002 of 2014.

## V.    QUANTIFICATION OF THE AMOUNT

Project Supervision quantified the possible fine to be imposed on the Concessionaire for alleged non-compliance with the contractual obligations contained in Section 3.14.

(i) (iv) of the General Part and Section 4.5 (e) of the Special Part of the Concession Contract No. 002 of 2014; in relation to the non-funding of the Interventoria y Supervisión Subaccount. Therefore, the value of the possible fine to be imposed amounts to **NINE THOUSAND TWO HUNDRED** THREE MILLION **THIRTY THOUSAND SEVEN HUNDRED SIXTY** PESOS.

\$9,203,030.7ó0) current currency, thus, the possible fine to be imposed is broken down as follows:

| | |
|---|---|
| Start date of the fine to be imposed: | December 1 20, 2018 |
| Fine assessment cut-off date | July 30, |
| Days in which the noncompliance has persisted until the cut-off date | 589 |
| Penalty established for each Day - Section 6.1 Legal Minimum Monthly Wage Vi ente 2018): | 20 S.M.M.L.M.V $ 781,242 |
| Value of daily fine | 15.624.840 |
| TOTAL FINE as of July 30, 2020 | \$9.203.030. |

Now, it is worth mentioning that the fine will be caused until the moment the non-compliance persists. In this sense, in the case of adopting the decision that imposes the fine, this will be updated to the day in which the Administrative Act is issued -if applicable- in which the penalty is imposed to the Concessionaire for the non-compliance, if this is accredited and proven.

In accordance with the provisions of Section 10.4 of the General Part of the Concession Contract, the calculation made is provisional and must be updated on the date on which it is paid in full by the concession holder, if applicable.

## VI.    CUfKPLIATIENT WARRANTY

With regard to the damages derived from the breach of the obligations contained in this contract, Policy 1480314-1, which was issued by SEGUROS GENERALES SURAMERICANA S.A., insurance policy, will be affected.





Ave f4ida Ca Île 24A Nro. 59 q2 for re 4 Piso 2.
PBX: 4848860 - www.ani euv.co
Nit. 830 I259 96 -9. Postal Code AN ITÍ 0221.
Pàgin a 15 de Ï8

To answer cìte:
Radicado An No.: 202070703s932 I
' 2020707035932 Ï
Date: 23-I I I-2020

that covers the compliance of the Concession Contract N' 002 of 2014, protection constituted in favor of the Agencia Nacional de Infraestructura - ANI.

Coinsured participation: Seguros Generales Suramericana S.A. (33.40a), Seguros Comerciales Bolívar (33.30a) and Liberty Seguros S.A. (33.306).

## VII.  WITH RESPECT TO THE EVIDENCE

The facts set forth in this summons are supported by the documentary evidence listed in Chapter IX of this document and attached to the summons as evidence.

Likewise, taking into account the rules of integration and normative prevalence in matters of sanctions, and observing that article 86 of Law 1474 of 2011 does not provide a detailed regulation regarding the practice of evidence, the of the General Code of Procedure (Law 1'Ï64 of 2012) will be applied in relation to the substantial law of evidence.

The above, without prejudice to the full application of the rules of sound criticism and the system of evaluation of evidence, as well as the decreeing of evidence ex officio.

## VIII.  DATE, TIME AND PLACE OF THE HEARING

The aforementioned Hearing will be held on the NINETEENTH (9th) of DECEMBER TWO THOUSAND AND TWENTY-FIVE (2020), at 2:30 p.m. by means of virtual appearance through the MICROSOFT TEAMS application, taking into account the measures adopted by the National Government in view of the current sanitary emergency, for which the interested parties must indicate the e-mail address through which they wish to be linked to the MICROSOFT TEAMS platform at the following e-mail address: sancionator1os@ani.gov.co .notifications

In order to guarantee the connection, we ask you to be available from 1:30 p.m. onwards. in order to perform the necessary tests and adjustments to guarantee the uninterruption of the connection.

The quality of those who appear at the hearing must be accredited.

Additionally and in application *of* the principles of efficiency, economy and celerity provided for in the Constitution and Law 1437 of *TO1 1 ,* as well *as in* application of the concentration rule implicit in Article 86 of Law 1474 of 2011, the contractor shall





Agencia Nacional de
Infraestructura

Avenida Caine 24A Nro 53 42 Torre 4 Piso 2
PBX: 48a 8860 - www ani Eat c o
Nit. 8u0t25 99s-9. Zip Code Asl t 022.
Página 16 de 18

To testify cite: R adicad
o ANi No. 2020707035932 I
" 7030707635 932 " "
Łeel a: 23-IJ-2020

The insurers shall have two (2) hours to present their arguments and provide and/or request evidence, being important to point out that, if deemed necessary, a longer period may be authorized ex officio or at the request of a party in order to guarantee the right of defense and contradiction. Likewise, the insurers are advised that they will have the same amount of time as that indicated for the allegedly non-compliant contractor in order to support the arguments presented and/or to present arguments different from those presented by the contractor and to provide and/or request evidence.

It is pertinent to remember that the procedure carried out is that established in Article 86 of Law 1474 of 2011, so that it may be carried out in a single hearing session, therefore and in order to exercise in due form the right of defense, it is necessary to take into account that the milestones described in the regulations (discharge, decree, practice and contradiction of evidence, ruling, filing of appeals) may *be* carried out in this session.

## IX.     ANNEXES

The following are to be sent as ANNEXES to this summons: Schedule No. 1: On the pre-

contractual process.

1.  Resolution No. 1187 of October 29, 2013
2.  Resolution No. 992 of July 23, 2014.

Folder No. 2: Of the subscription of the contract and its modifications.

*   Minutes
*   Appendices to the Contract
*   Concession Contract No. 002 of 2014
*   Otheries
*   Policies

Folder No. 3: On the configuration of the noncompliance.

1.  Communication No. CP-PER-4633 -2019 filed ÀNI 2019-409 -004487-2 of January 16, 2019.
2.  Communication No. CP-PER-4694-2019 filed ANI 2019-409-008422-2 of January 24, 2019.
3.  Communication   CP- PER-4742-2019   radicado   ANI   2019-409-010943-2   of February 4, 2019.
4.  Communication filed ANI 2019-705-005369-1 dated February 22, 2019.





Agencia Nacional de
Infraestructura

Aven ida Calle 24A Nro. 59 ü2 Torre 4 Piso 2.
PBX: ^86860 - www.ani.eov.co
Nìì8Aûd99ì9 CÖöö§oã alAv ì102£I
Pages around 8

To answer cite-
ANi File No: 202O707036932
" 2020707035932 I"
Date: 23-1ì-2020

5. Communication CP- PER-4907-2019 with ANI file number 2019-409-023297-2 dated March 6, 2019.

6. Communication CP- PER-4984-2019 radicado ANI 2019-409-027023-2 of March 15, 2019.

7. Communication D-6'ï2 filed ANi 2019-409-030917-2 of March 26, 2019.

8. Communication D-806 filed ANI 2019-409-039131-2 of April 16, 2019.

9. Communication CP- PER-5203-2019 filed ANI 2019-409-040366-2 April 2. 22, 2019.

10. Communication 2019-306-023828-1 dated July 23, 2019.

11. Communication D-2723 file number ANI 2019-409-129177-2 of December 11, 2009. 2019.

12. Communiqué D-2724 filed ANI 2019-409-129181-2 of December 11, 2009. 2019.

13. Communiqué CP-PER-6347-2019 with ANI file number 2019-409-133521-2 of December 19, 2019.

14. Communication CP- PER-7361C 2070 radicado ANI 2020-409-055351-2 of June 24, 2020.

C r eta No 4: Warranties

• State Entity Compliance Insurance Policy No. 1480314-1, which was issued on July 28, 2020, document No. 13288096, by SEGUROS GENERALES SURAMERICANA S.A., approved according to official letter ANI No. 13288096 of August 25, 2020. approved according to official notice ANI No. 20203060244981 of August 25, 2020.

Folder No. 5: Supervision report and initiation request

• Communicated CP- PER-4984-2019 filed ANI 2019-409-027023-2 of March 15, 2019, filed the report for the alleged breach of the obligations contained in Section 3.14(i) (iv) of the General Part Concession Contract No. 002 of 2014, and in Section 4.5 (e) of the Special Part of the referred Contract - Funding Subaccount Interventoria and Supervision.

• Communiqué CP-PER-7361C-2020 filed ANI 2020-409-055351-2 of June 24, 2020, radJcó scope to the report for the alleged breach of the obligations contained in Section 3.14(i) (iv) of the General Part Concession Contract No. 002 of 2014, and in Section 4.5 (e) of the Special Part of the *referiöo* Contra to - *Funding* Interven tory Subaccount and Supervision.





Avenida Calle 24A Nr o. 59 -42 Tor re 0 Floor 2.
PBX : 4848860 - go           c
Nit 830 120996 9 Co digo Pa sTal ANI Ī Ī023 Ī
Page 18 of 16

To answer cite:
Radirado ANi No.. 20207070359323
' 202070703 ā 9321"
Fecna: 23-lt-2020

Link SECOP - Contracting Process

https://www.contratos.gov,co/consult as/detalleProceso.do?numConstancia=13-19-16118 51

Cordially yours,


CLAUDIA JULIANA FERRO RODRIGUEZ
Coordinator GIT Administrative Proceedings for Contractual Sanctioning Administrative Procedures National Infrastructure Agency

Anexos:

cc:   ) SEGUROS GENEB/ALES SUP/'MERICANĀ S.A CRÁ. 11 NRO 93 4ò BOGOTA D.C. -2' SEGUROS BOLIVAR Ā' EL ßORÄDO NRO 68B-31 10TH FLOOR BOGOTA D.C. -3] LI6ERTY SEGUROS CLL 72 10-07 8ŌGO EA D.C.
Proyec Łó: Andrés Felipe Ramĺrez Jarami Îto Alma Darts Pêrez Cotlazos Nro Rad
Padre:
Draft No:
GADF F 012





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page1 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

Bogotá D.C.

Mr.
**DORON YACOB SZPORTAS**
Legas Representative
**PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S.**
93rd Street No. 11A - 28 Office 701
contactenos@pob.com.co
Bogotá - Colombia

Mr. Legal
Representative
**SEGUROS GENERALES SURAMERICANA S.A.**
Carrera 11 No. 93 - 46 Bogotá
D.C.

Mr. Legal
Representative
**SEGUROS COMERCIALES BOLIVAR S.A.**
Avenida el Dorado No 68B-31 Piso 10 Bogotá
D.C.

Mr. Legal
Representative
**LIBERTY SEGUROS S.A.**
Calle 72 No. 10-07
Bogotá D.C.

**SUBJECT:     SUMMONS TO THE HEARING REFERRED TO IN ARTICLE 86 OF LAW 1474.**
**OF 2011.** Administrative Penalty Process against the Concessionaire PERIMETRAL ORIENTAL
DE BOGOTÁ S.A.S., for the alleged non-compliance with the contractual obligations contained
in Section 4.3. of Technical Appendix No. 1 and in Technical Appendix No. 2, paragraphs 2.1, 3,
3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 related to the maintenance to guarantee road safety and
trafficability of Functional Units 4 and 5, as well as with the sections that have paved roads in
Functional Unit 5. Likewise, for the alleged breaches of the contractual obligations contained in
literal (b) of Section 4.3 of Technical Appendix No. 1, and in Technical Appendix 2, Sections
3.1.5 and 6.2, related to the maintenance and cleaning of the existing drainage works Functional
Units 4 and 5, of Concession Contract No. 002 of 2014.

Respected Sirs,





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page2 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

In exercise of the powers conferred by ANI Resolutions Nos. 0273 of February 13, 2018, 2042 of November 07, 2018 and 1069 of July 15, 2019, I hereby summon you to the hearing referred to in Article 86 of Law 1474 of 2011, for the alleged breaches of the contractual obligations contained in Section 4.3. of Technical Appendix No. 1 and in Technical Appendix No. 2, numerals 2.1, 3, 3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 related to the maintenance to guarantee road safety and trafficability of Functional Units 4 and 5, as well as the sections with paved roads in Functional Unit 5. Likewise, for the alleged breaches of the contractual obligations contained in literal (b) of Section 4.3 of Technical Appendix No. 1, and in Technical Appendix 2, Sections 3.1.5 and 6.2, related to the maintenance and cleaning of the existing drainage works in Functional Units 4 and 5, of Concession Contract No. 002 of 2014, entered into between the National Infrastructure Agency - ANI and Sociedad Perimetral Oriental de Bogotá S.A.S -POB S.A.S.

## I.    FACTS SUPPORTING THE SUBPOENA

### 1.1.    Contractual Background

• The National Infrastructure Agency opened the Bidding Process No. VJ-VE-IP-IP-LP- 010-2013, through Resolution 1187 of October 29, 2013, in order to select the most favorable offer for the award of a Concession Contract under the PPP scheme, so that THE CONCESSIONAIRE carries out at its own risk and expense the financing, construction, rehabilitation, improvement, operation and maintenance of the Vía Perimetral del Oriente de Cundinamarca Corridor, in accordance with Technical Appendix 1 and other appendices of the Contract.

• Through Resolution No. 992 of July 23, 2014, PUBLIC BIDDING No. VJ- VE-IP-LP-010-2013 was awarded to the PLURAL STRUCTURE that subsequently incorporated the Simplified Joint Stock under the name Perimetral Oriental de Bogotá S.A.S. - POB S.A.S.

• On September 8, 2014, Concession Contract No. 002 of 2014 was executed between the parties, namely: Agencia Nacional de Infraestructura -ANI- and POB S.A.S., under the PPP scheme, whose object consists of the financing, construction, rehabilitation, improvement, operation and maintenance of the Corredor Vía Perimetral del Oriente de Cundinamarca, in accordance with Technical Appendix 1 and other appendices of the Contract.

• On December 19, 2014, the commencement of the Concession Contract No. 002 of 2014 was signed.

• The initial value of the contract is $1,647,776,111,169 pesos for the month of reference.

• The term of the contract, as established in section 2.4 is as follows:

    *"2.4 Term of the Contract*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page3 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*(a) The term of the Contract shall elapse between the Commencement Date and the date on which the Reversion Stage ends, at the latest upon expiration of the Maximum Term of the Reversion Stage.*

*(b) The Operation and Maintenance Stage Termination Date will occur in any of the following events, whichever occurs first:*

*(i) On the TWENTY-FIVE (25) year anniversary of the Commencement Date if the VPIP has been reached or exceeded, or;*

*(ii) At the moment in which, after TWENTY-FIVE (25) years have elapsed, it is verified in accordance with the procedure for verification of the PVIP, that the PVIP has been reached or exceeded, for which purpose the termination date shall be the tenth Business Day of the Month corresponding to the date on which such circumstance is verified, or;*

*(iii) Upon the expiration of TWENTY-NINE (29) years as from the Commencement Date, even in the event that upon such date the Concessionaire has not obtained the VPIP".*

- On April 18, 2016, Addendum No. 4 to Concession Contract No. 002 of 2014 was subscribed between the Parties, in it was determined that the maximum Term for the commencement of the Operation of Functional Unit 5 corresponded to thirty-six (36) months counted as of December 15, 2015.

## 1.2. Alleged non-compliance

The following is a list of the alleged non-compliances alleged against the Concessionaire, as follows:

### 1.2.1 Maintenance Functional Unit 4

- The alleged non-compliance attributed to the Concessionaire PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S. corresponds to the inadequate maintenance and operation that POB S.A.S. is carrying out in Functional Unit 4. This has generated difficulties in the adequate trafficability and road safety in some sectors that are reported on a biweekly basis by the Interventory, constantly reiterating the need to advance the necessary actions to comply with the obligations contained in Technical Appendix No. 1, Section 4.3. and Technical Appendix No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1.

- The above, notwithstanding the biweekly communications sent by the Comptroller's Office and to which the Concessionaire must give full attention and compliance. The precarious state of some sectors of Functional Unit 4 is evidenced in the following images provided by the Comptroller's Office through communication No. CP-PER-6778-2020 filed ANI No. 20204090257032 of March 11, 2020:





Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page4 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**




**Images 1 and 2 K15+720 - K15+740**: The road surface is in poor condition, sinkholes and potholes that have caused a minor loss of banking, which **is increasing**, reducing the cross section from 4.2m to 3.0m. It is recommended to improve ditching on the right side of the road. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**

**Images 3 and 4. K16+050 - K16+076**: There is evidence of a loss of bank on the left margin, cracks and potholes are




increasing, the existing grade is in regular condition. The existing ditch on the left bank should be improved to channel water to the existing culvert and cleaned to prevent damage to the road structure. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**




**Images 5 and 6. K18+350 - K18+362:** There is evidence of a minor bench loss. It is also requested that

La movilidad es de todos    Mintransporte



Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page5 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

maintenance of the existing grade, which in regular condition. **The foregoing is without prejudice to the other observations that have been issued by this Comptroller's Office on this matter.**

 

**Image 7, 8, 9 and 10 K21+380 - K21+420**: There is evidence of a loss of bank on the right margin, as well as cracks and subsidence along the fault zone. The road surface is in fair condition. The structure of the culvert, which is covered by landslides on the left margin, must be recovered and cleaned and maintained. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**

 



**Images 11, 12, 13 and 14. K25+755-K25+780:** The surface of the existing grade is in poor condition on the right side of the road. It is necessary to maintain the



...nce, there is evidence of cracks, subsidence and lack of ditching nance to the existing sewer, since there is evidence of a minor loss of bank on the left bank.



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page6 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

This clogging of the road which is generating an apozami the structure of road, generating accidents to users p cut the road in its entirety. **The aforementioned without prejudice to the previous ones issued by this Comptroller's Office.**

The water supply is important and can cause serious damage to the , with the disadvantage of **the other observations that have been made on this subject**.









**Images 15 and 16. K28+100 - K28+115**: Loss of long ban along the fault zone increasing. The existing grade is ditched on the left margin of the affected section **without prejudice to other observations made by Interventoria.**

he road is in good condition, however, it is important to do so to avoid damage to the road structure. **The aforementioned and the particular have been issued by this**





**Images 17 and 18 K2+700 - K3+250**: The slope is on the right side presence of sludge, which is in bad condition, and the presence of





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page7 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**

affecting the trafficability of the section, it is requested to carry out the appropriate maintenance and trenching.



**Images 19 and 20 K3+500 - K+800:** The road should be maintained, as there is evidence of deterioration of the existing grade, due to loss of granular material, presence of ditches in the transversal direction and absence of ditching on both sides.



**Images 21 and 22 K5+700 - K8+150:** Road surface in poor condition with holes, potholes and sinkholes. Maintenance, ditching on both sides of the roadway and gravel paving must be done to improve the sector's trafficability.



**Images 23 and 24 K16+760 - K16+890:** There is evidence of damage to the road structure (sinkholes and transverse and longitudinal ditches); it is recommended that maintenance, ditching and spray be performed.

La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page8 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

• In relation to the requirements made by the Comptroller's Office, the Concessionaire did not submit a response nor did it advance the necessary actions to guarantee the trafficability and road safety in Functional Unit 4, generating an alleged breach of the obligations contained in Technical Appendix No. 1, Section 4.3. and in Technical Appendix No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 in Functional Unit 4 of the Project. The following images contained in communication No. CP-PER-6778-2020 filed ANI No. 20204090257032 of March 11, 2020, evidence the persistent precarious state of the road:



**Images 1 and 2 K15+720 - K15+740**: The road surface is in poor condition, with sinkholes and potholes that have caused a minor loss of banking, which **is increasing**, reducing the cross section from 4.2m to 3.0m. It is recommended to improve ditching on the right side of the road. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**



**Images 3 and 4. K16+050 - K16+076**: There is evidence of a loss of banking on the left margin, cracks and potholes are increasing, the existing grade is in fair condition. The existing ditch on the left bank must be improved to channel water to the existing culvert and cleaned to prevent damage to the road structure. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page9 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**




**Images 5 and 6. K18+350 - K18+362:** There is evidence of a minor bench loss. It is also requested that maintenance be performed on the existing grade, which in fair condition. **The above without prejudice to other observations that have been issued on the matter by this Comptroller's Office.**







**Image 7, 8, 9 and 10 K21+380 - K21+420:** There is evidence of a loss of bank on the right margin, as well as cracks and subsidence along the fault zone. The road surface is in fair condition. The structure of the culvert, which is covered by landslides on the left margin, must be recovered and cleaned and maintained. **The above without prejudice to the other observations on the matter that have been issued by this Comptroller's Office.**

**ANi** | Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page10 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**







**Images 11, 12, 13 and 14. K25+755-K25+780:** The surface of the existing grade in poor condition the right side of the road. It is necessary to perform maintenance of this clogging which is generating an apozamie the structure of the road, generating accidents to users by the road in its entirety. **The aforementioned without prejudice to the recommendations issued by this Comptroller's Office.**

to a minor loss of bank on the left margin. The existing culvert **has** cracks, subsidence and lack of a ditch in the existing culvert, since there is evidence of a significant amount of water that can cause serious damage to the existing section, with the inconvenience of cutting the existing **culvert**, **with** the inconvenience of cutting the **existing culvert**.






Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page11 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

**Images 15 and 16**. **K28+100 - K28+115**: Minor bench loss on the left margin, cracks are evident along the increasing failure zone. The existing grade is in good condition; however, it is important to trench on the left margin of the affected section to avoid damage to the road structure. **The above without prejudice to the other observations that have been issued by this Comptroller's Office on this matter.**




**Images 17 and 18 K2+700 - K3+250**: The road surface is in poor condition, with sludge affecting the trafficability of the section, and proper maintenance and ditching is requested.




**Images 19 and 20 K5+500 - K6+800**: The road must be maintained, as this new inspection shows deterioration of the existing grade due to loss of granular material, presence of ditches in the transversal direction and absence of ditching on both sides in order to guarantee the trafficability and safety of road users. It is requested to spray both sides of the roadway.



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page12 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**



**Images 21 and 22 K5+700 - K8+150:** Road surface in poor condition with holes, potholes and sinkholes. Maintenance, ditching on both sides of the roadway and gravel paving must be done to improve the sector's trafficability.



**Images 23 and 24 K16+760 - K16+890:** There is evidence of damage to the road structure (sinkholes and transverse and longitudinal ditches); it is recommended that maintenance, ditching and spray be performed.

1.2.2 <u>Maintenance Functional Unit 5</u>

• The alleged non-compliance attributed to the Concessionaire PERIMETRAL ORIENTAL DE BOGOTÁ S.A.S. corresponds to the obligations contained in Technical Appendix No. 1, Section 4.3. and in Technical Appendix No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1, related to the maintenance of the roadway that guarantees road safety and trafficability Functional Unit 5.

• The precarious state of some sectors of Functional Unit 5 is evidenced in the following images submitted by the Interventoría through communication No. CP-PER-6782-2020 filed with ANI under No. 20204090257112 of March 11, 2020:





Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page13 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**




Images **1 and 2. K32+770 - K32+780 Right Margin**: Maintenance must be performed on the grade and installed signage.
**Images 3 and 4**. **K32+880 - K32+899 Left Bank**: There is evidence of loss of minor bank, the cross section is reduced from 5.9 m to




5.0 m. The existing grade is in fair condition, which affects the trafficability of the sector. The existing grade is in fair condition, which affects the trafficability of the sector. **The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**

La movilidad es de todos    Mintransporte



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page14 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**



**Images 5 and 6**. **K32+945 - K32+965 Left Bank**: There is loss of banking, with the presence of sinkholes, cracks and potholes, and the asphalt pavement is not in the best conditions. <u>**The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**</u>




**Images 7 and 8**. **K33+160 - K33+206 Left Bank**: Cracks and potholes are evident. <u>**The above without prejudice to the other observations that have been issued by the Comptroller's Office.**</u>


La movilidad es de todos   Mintransporte



Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page15 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**



**Images 9 and 10. K33+905 - K33+934 Left Bank:** Cracks, potholes and sinkholes are present. It should be sprayed on both margins. **The above without prejudice to the other observations that have been issued by the Comptroller's Office in this regard.**



**Images 11 and 12. K34+165-K34+196 Left Bank:** The existing grade is in poor condition and there are potholes, cracks and sinkholes. Consequently, the concessionaire is requested to take the necessary measures to recover and improve trafficability, especially considering the proximity of a curve. There is a risk of frontal vehicular collision. **The above without prejudice to the other observations that have been issued by the Inspector's Office on the matter.**



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page16 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 13, 14, 15 and 16. K34+648 - K34+682 Left Bank:** Cracks, detachment of material from the slope, increasing potholes, with a gradient in regular condition that is affecting the trafficability of the sector. **The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**







Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page17 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

**Images 17, 18, 19 and 20. K34+718 - K34+786 Left Margin**: Cracks and subsidence are observed on the left margin of the roadway. The existing vertical signage should be maintained. **The above without prejudice to the other observations that have been issued by the Inspector's Office.**





**Images 21, 22, 23 and 24 K35+010 to K35+065 Left Bank:** Cracks are evident in the section where granular material was installed. **The above without prejudice to other observations that have been issued by the Comptroller's Office.**



**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page18 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**





**Images 25, 26, 27 and 28. K35+060-K35+133 Left Bank:** The surface of the existing roadway has cracks, potholes and sinkholes. **The above without prejudice to the other observations that have been issued by the Inspector's Office this regard.**

La movilidad es de todos    Mintransporte



Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page19 of 48

**To answer cite:**
ANI File No.: **20207070385331**




Date: **15-12-2020**



**Images 29 and 30. K35+100 Left Bank: There** is evidence of the collapse of the 24" culvert pipe, which is affecting the trafficability of the sector in the curve area. It is requested to repair the culvert as soon as possible. There is evidence of sinking, potholes and cracks. It should be sprayed. **The above without prejudice to the other observations that have been issued by the Inspector's Office.**



**Images 31 and 32. K35+690 - K35+700 Left Bank:** Cracks and crocodile skin are evident along the affected section. **The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page20 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 33 and 34. K35+729 - K35+770 Left Bank:** Minor loss of banking, the existing grade is in poor condition, potholes, sinkholes and rutting are visible due to the lack of adequate ditching on the right bank. The trafficability is affected by the poor condition of the road surface in the sector. In addition, it is requested that both sides of the road be sprayed. <u>**The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**</u>

 



**Agencia Nacional de Infraestructura**

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page21 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 35 and 36. K37+000 to K37+020**: Poor condition of the road surface, with cracks, potholes and sinkholes that have caused a minor loss of banking. The sector should be sprayed. **The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**



**Images 37 and 38.    K37+200 - K37+230 Right Bank:** There is evidence of    poor condition of the roadway due to collapse of



**ANi** | Agencia Nacional de
Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page22 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

36" culvert, which was filled with milling material by the Concessionaire. Likewise, a review of this pipe is requested in to know if it works correctly according to maintenance performed. **The above without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**



**Images 39 and 40. K39+600 - K39+950:** There are sinkholes, crocodile skin, absence of ditches on both sides and loss of asphalt agglomerate. It is recommended that ditches or drainage ditches be formed and adapted on both sides. It is also recommended to carry out a spray system. **The above without prejudice to the other observations that have been issued by the Inspector's Office in this regard.**



**Images 41 and 42. K40+120 - K40+900:** The road is in poor condition, there is evidence of subsidence, staggering and increasing cracks in this new inspection that generate rainwater runoff that deteriorate the structure of the existing road. In addition, both sides of the road should be sprayed. **The above without prejudice to the other observations that have been issued by the Interventoria.**



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page23 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 43 and 44. K41+180 - K41+700**: Bad condition of the road, with sinkholes, potholes and loss of asphalt agglomerate, it is recommended that the corresponding maintenance and spraying work be carried out in order to improve the sector's trafficability.
**Images 45 and 46. K41+640 - K41+900**: Poor condition of the road, there are sinkholes and loss of asphalt agglomerate, it does not



have adequate ditches for surface water collection, maintenance and spraying is required. The existing road surface is in poor condition. **The foregoing is without prejudice to the other observations that have been issued by the Inspector's Office on the matter.**

La movilidad es de todos    Mintransporte

## ANi  Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page24 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 47 and 48. K42+090 - K42+900:** There is evidence of damage to the structure of the roadway, potholes, sinkholes, crosswise ditches, inadequate ditching on both sides and loss of asphalt agglomerate, so it is requested that the required maintenance be performed to improve trafficability. Spraying should be carried out.



**Images 49 and 50. K44+030 - K45+600:** There is evidence of damage to the structure of the roadway, potholes, sinkholes, crosswise ditches, inadequate ditching on both sides and loss of asphalt agglomerate, so it is requested that the required maintenance be performed to improve trafficability. Spraying should be carried out.

La movilidad es de todos     Mintransporte

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page25 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**





**Image 51**. **K47+700 - K48+850:** There is evidence of damage to the installed subbase (potholes and sinkholes). Also, the existing ditch on both sides must be shaped and improved.

**Image 52**. **K47+700 - K48+850:** Road with sinkholes and transversal ditches that hinder the trafficability of the sector. It is also recommended to shape and improve ditches on both sides.



**Images 53 and 54. K48+860 - K49+600:** Roadway in poor condition, there is evidence of deterioration in the existing grade, with the presence of ditches in longitudinal and transverse directions, and loss of asphalt agglomerate. Necessary maintenance must be performed, it is recommended that ditches be adapted and that roadside graveling be performed on both sides of the roadway.



# ANi Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page26 of 48

**To answer cite:**
ANI File No.: **20207070385331**



Date: **15-12-2020**



**Images 55 and 56. K50+180 - K50+600:** Roadway in poor condition, with sinkholes and potholes, and inadequate ditching. Maintenance should be performed and it is recommended to adequate ditches on both sides.




**Images 57 and 58. K50+860 - K51+500**: Poor condition of the road, showing cracks, potholes, sinkholes, loss of asphalt agglomerate and ditches in the transversal direction. The concessionaire is required to perform maintenance and ditching on both sides of the road.




**Images 59 and 60. K52+020 - K52+200:** Potholes, subsidence and loss of asphalt agglomerate are evident in the following areas





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page27 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

The existing grade has increased according to this new inspection. Likewise, damage to the structure of the culvert on the left margin is observed, which is clogged. Therefore, the Concessionaire is requested to carry out maintenance activities. **The aforementioned without prejudice to the other observations that have been issued by the Comptroller's Office on this matter.**



**Images 61 and 62. K52+450 - K52+700**: Potholes, sinkholes and loss of asphalt agglomerate on the existing grade are evident. Therefore, the Concessionaire is requested to carry out the necessary maintenance activities to improve the road's trafficability in this sector and to carry out spraying activities on both sides of the roadway.




**Images 63 and 64. K53+800 - K54+000**: There is evidence of loss of asphalt agglomerate on the road surface, subsidence, cracks, potholes and landslide, which reduced the cross section of the road from 5.0 m to 3.0 m. It is requested that the road surface be improved and the landslide material be removed. Likewise, spraying activities should be carried out on both sides of the roadway.

1.2.3 <u>Sections with Paved Roads - Functional Unit 5</u>

• The Comptroller's Office has been warning about the inadequate maintenance and improper operation work that POB S.A.S. is carrying out in Functional Unit 5, which is not generating adequate trafficability or road safety in some sectors that are reported every two weeks by the Comptroller's Office, constantly reiterating the need to take the necessary actions to comply with the obligations contained in Technical Appendix No. 1, Section 4.3. and in Appendix 4.3.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page28 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

Technical No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1. Now, for the specific case, we bring up those sections corresponding to Functional Unit 5 that have paved roads and that do not have the correct attention to potholes, sinkholes, among other situations that do not guarantee the correct trafficability in those sectors.

• The last warning communication submitted by the Comptroller's Office was presented through communication No. CP-PER-6622-2020 (RAD. ANI No. 2020-409-015780-2) dated February 14, 2020, which detailed some sectors in which the Concessionaire POB
S.A.S. has not carried out maintenance work in an adequate manner, which means that road safety and trafficability of these sectors is not guaranteed, evidencing potholes, sinkholes and other aspects that may generate risk of accidents and that do not guarantee trafficability or road safety in the sector.

• In the communication referred to in the immediately preceding numeral, a term of no more than fifteen (15) days was granted so that Sociedad Concesionaria POB S.A.S. proceed to advance all the actions that may be necessary in order to guarantee the cleaning up of the damages and observations evidenced, attending the sectors in bad pavement condition, carrying out the necessary activities to repair the deficiencies evidenced and carry out the due maintenance of the existing roadway, so as to comply with the condition of providing the adequate trafficability in the sector and guaranteeing road safety. The term referred to herein expired on March 06, 2020 without obtaining any response or action on the matter from Sociedad Concesionaria POB S.A.S.

1.2.4 Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5

• For the Comptroller's Office there is an alleged breach by the Concessionaire regarding the obligation of cleaning drainage works contained in Technical Appendix 1, Section 4.3, paragraph (b) and in Technical Appendix 2, Sections 3.1.5 and 6.2 in Functional Units 4 and 5 of the Concession Contract No. 002 of 2014, which refers to the Priority Interventions applicable to the Project corridor. 002 of 2014which refers to the Priority Interventions applicable to the Project corridor, since it was evidenced that there are sections in poor condition due to the existence of sinkholes, gullies and potholes, especially due to the inadequate drainage of the road, due to the absence of ditches and gutters that adequately evacuate the water from the road and take it to the sewer structures and drainage works.

• During the visits made by the Comptroller's Office, it was observed that these works are, in general, clogged, without having been properly maintained and cleaned to mitigate the damage caused by the water runoff that reaches the road, which has caused the detachment of materials and loss of the banking, as shown in different communications sent by the Comptroller's Office.

• This situation was reported to Sociedad Concesionaria POB S.A.S. through several communications and, finally, through communication No. CP-PER-6404-2020 (RAD ANI No. 2020-409-002035-2) dated January 13, 2020, a Cure Period was granted so that the detected non-compliance could be timely remedied, without exceeding the contractual and legal term established for such purposes.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page29 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

## 1.3. Requirements to the Concessionaire

1.3.1 <u>Maintenance of Functional Unit 4</u>

• The Comptroller's Office formally required Sociedad Concesionaria POB S.A.S., by means of communication No. CP-PER-6300-2019 of December 11, 2019 (RAD. ANI No. 2019-409- 129848-2), presenting some sectors that require urgent maintenance in order to guarantee road safety and trafficability of Functional Unit 4. The deadline to respond to this requirement expired on December 24, 2019 without the Concessionaire Company POB S.A.S. proceeding to issue a response on the matter, nor did it advance the necessary actions to comply with the aforementioned obligations, reason for which, on December 26, 2019 through communication No. CP-PER- 6369-2019 (RAD. ANI No. 2019-409-135341-2), the Interventoria reiterated the formal requirement, granting for such purposes ten (10) working days, which expired on January 102020, without receiving a response or actions on the matter.

• The Interventory proceeded to request before the National Infrastructure Agency the No Objection to the Cure Period that would be granted to POB S.A.S. in order for it to take the necessary actions to guarantee the trafficability, road safety and integrity of the corridor. The aforementioned process was carried out through communication No. CP-PER- 6462-2020 (RAD. ANI No. 2020-409-004758-2) dated January 17, 2020.

• Also, it should be noted that the last warning communication presented by the Interventoría was through communication No. CP-PER-6681-2020 of February 24, 2020 (RAD. ANI No. 2020-409-019094-2), in which some sectors were detailed in which Sociedad Concesionaria POB S.A.S. has not carried out maintenance work in an adequate manner, implying that road safety and trafficability of these sectors is not guaranteed.

• On February 24, 2020, by means of communication No. ANI 2020-306-005369-1, the National Infrastructure Agency filed a No Objection pronouncement to the Cure Period that the Intervías 4G Consortium determined with the purpose of urging Sociedad Concesionaria POB S.A.S. to remedy the alleged non-compliance evidenced.

• Taking into account the traceability exposed, and by virtue of the pronouncement of No Objection presented by ANI, on February 25, 2020 by means of communication No. CP-PER- 6695- 2020 (RAD ANI No. 2020-409-019699-2), the Interventory proceeded to grant a Cure Period to Sociedad Concesionaria POB S.A.S., so that it, by virtue of its obligations, would proceed cure the alleged non-compliance evidenced.

• Regarding the previously mentioned Cure Period, which expired on March 05, 2020, the Comptroller's Office did not receive any response on the matter, nor was there any evidence of the implementation of the required actions to guarantee the maintenance and correct operation of the Functional Unit. Thus determining the persistence of the facts.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page30 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

that gave rise to the non-compliance, and it is feasible to initiate the sanctioning process, in accordance with the contractual provisions defined for such purposes.

1.3.2 <u>Maintenance of Functional Unit 5</u>

- The Comptroller's Office formally required Sociedad Concesionaria POB S.A.S., by means of communication No. CP-PER-6306-2019 dated December 11, 2019, filed at ANI under No. 20194091296392, in order for it to comply with the obligations contained in Technical Appendix No. 1, Section 4.3. and in the Technical Appendix No. 2, Numerals 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 and 6.1, since some sectors of Functional Unit 5 require urgent maintenance in order to guarantee road safety and trafficability of Functional Unit 5.

  The requirement referred to in the preceding paragraph expired on December 24, 2019 without the Concessionaire POB S.A.S. giving any response on the matter, nor had the necessary actions been taken by the Concessionaire to comply with the aforementioned obligations.

- With communication No. CP-PER-6370-2019 of December 26, 2019, filed ANI under No. 20194091353392, the Interventoría reiterated the formal requirement, granting for such purposes ten (10) working days, which were completed on January 10, 2020, without receiving a response or actions to ensure trafficability and road safety in Functional Unit 5.

- With communication No. CP-PER-6461-2020 dated January 17, 2020, filed at ANI under No. 20204090047552 the Interventoría proceeded to request before the National Infrastructure Agency the No Objection to the Cure Period that would be granted to POB S.A.S. in order for it to take the necessary actions to guarantee the trafficability, road safety and integrity of the corridor. The aforementioned procedure was carried out.

- On February 24, 2020, the Interventoria again alerted the Concessionaire with communication No. CP-PER-6680-2020, filed with ANI under No. 20204090190922 of that same date, which detailed some sectors in which Sociedad Concesionaria POB S.A.S. has not carried out maintenance work adequately, thus implying that road safety and trafficability of such sectors is not guaranteed.

- The National Infrastructure Agency issued a pronouncement of No Objection to the Cure Period that the Intervías 4G Consortium by means of ANI official letter No. 20203060053711 dated February 21, 2020, with the purpose of urging Sociedad Concesionaria POB S.A.S. to remedy the alleged non-compliance evidenced.

- On February 25, 2020, by means of communication No. CP-PER-6698-2020, filed at ANI under No. 20204090196952, the Interventoria proceeded to grant a Cure Period to Sociedad Concesionaria POB S.A.S., so that it, by virtue of its obligations, would proceed to remedy the alleged non-compliance evidenced.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page31 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

- Finally, the Cure Period expired on March 5, 2020, without the Comptroller's Office receiving any response on the matter, nor was it evidenced that the Concessionaire implemented the actions required to guarantee the maintenance and correct operation of the Functional Unit, giving rise to the request to initiate the Administrative Contractual Sanctioning Process in accordance with the contractual provisions defined for such purposes.

1.3.3 <u>Sections with Paved Roads - Functional Unit 5</u>

- The Comptroller's Office submitted a formal request to Sociedad Concesionaria POB S.A.S. by means of communication No. CP-PER-6800-2020 dated March 12, 2020 (RAD. ANI No. 2020-409- 026596-2), requesting it to proceed with all the necessary actions in order to guarantee the remediation of the damages and observations presented in Functional Unit 5. 2020-409- 026596-2), requesting that it proceed to advance all the actions that may be necessary in order to guarantee the remediation of the damages and observations presented in Functional Unit 5, attending to the sectors in poor pavement condition, carrying out the necessary activities to repair the deficiencies evidenced and perform the due maintenance of the existing roadway, in such a way that the condition of providing adequate trafficability in the sector and guaranteeing road safety is complied with. The above, according to the photographic record attached to communication No. CP-PER- 6800-2020 (RAD. ANI No. 2020-409-026596-2). For purposes of the above, the Comptroller's Office granted a term not exceeding fifteen (15) working days, counted as of the receipt of said communication, which expired on April 03, 2020, without obtaining a response from the Concessionaire on the matter.

- Since Sociedad Concesionaria POB S.A.S. did not respond to the above-mentioned communication, by means of communication No. CP-PER.6914C-2020 filed by email on April 07, 2020 (RAD. ANI No. CP-PER-7000C-2020 / 2020-409-037078-2 of April 24, 2020), the Interventoria reiterated the formal requirement made by communication No. CP-PER-6800-2020 (RAD. ANI No. 2020-409-026596-2), granting again a term not exceeding fifteen (15) working days, counted from the receipt of such communication.

- The above, so that the Concessionaire Company would proceed to advance all the actions that may be necessary in order to guarantee the remediation of the damages and observations presented, attending the sectors in bad pavement condition, carrying out the necessary activities to repair the deficiencies evidenced and perform the due maintenance of the existing roadway, in such a way that the condition of providing adequate trafficability in the sector and guaranteeing road safety is complied with. The term referred to herein expired on April 30, 2020, without Sociedad Concesionaria POB S.A.S. having proceeded to send a response to the Comptroller's Office indicating and supporting the actions taken in this regard.

- In view of the above, on May 6, 2020, through communication No. CP-CP-7047C-2020 (RAD. ANI No. 2020-409-039958-2), the Interventoria reiterated for the second time the formal requirement made through communication No. CP-PER-6800-2020 (RAD. ANI No. 2020-409-026596-2), granting again a term not exceeding eight (8) working days, counted from the receipt of said communication, for the Concessionaire Company to



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page32 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

proceed to take all the necessary actions to guarantee the remediation of the damages and observations presented, attending to the sectors in poor pavement conditions evidenced in Functional Unit 5 of the Project, carrying out the necessary activities to repair the deficiencies evidenced and perform the due maintenance of the existing roadway, in such a way as to comply with the condition of providing adequate trafficability in the sector and guaranteeing road safety.

- The term referred to herein expired on May 18, 2020, without the Concession Company POB S.A.S. would have proceeded to send a response to the Comptroller's Office indicating and supporting the actions taken in this regard.

- Taking into account the above, the Comptroller's Office requested the National Infrastructure Agency the No Objection to the Cure Period that would be granted to POB S.A.S. in order for it to comply with the obligations referred to herein. The aforementioned procedure was carried out through communication No. CP-PER-7156C-2020 of May 27, 2020 (RAD. ANI No. 2020-409- 045950-2).

- On June 25, 2020, by means of communication ANI No. 2020-306-017661-1, the National Infrastructure Agency filed a statement of No Objection to the Cure Period in order to remedy the alleged non-compliance evidenced.

- Taking into account the exposed traceability, and by virtue of the pronouncement of No Objection presented by ANI, on July 01, 2020, by means of communication No. CP-PER-7391C- 2020 (RAD ANI No. 2020-409-057439-2), the Comptroller proceeded to notify the Cure Period to Sociedad Concesionaria POB S.A.S., so that it, by virtue of its obligations, would cure the alleged non-compliance evidenced.

- Regarding the previously mentioned Cure Period, which expired on July 13, 2020, the Comptroller's Office did not receive any response from Sociedad Concesionaria POB S.A.S., nor was it evidenced, by any other means, the fulfillment of the obligations contained in Technical Appendix No. 1, Section 4.3. nor was it evidenced, by any other means, the compliance with the obligations contained in Technical Appendix No. 1, Section 4.3. and in Technical Appendix No. 2, Numbers 2.1, 3, 3.1, 3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 in Functional Unit 5 of the Project - sections with paved road.

1.3.4    Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5

By means of official communication No. CP-PER-4048-2018 (Rad. ANI No 2018-409-101571-2) dated October 1, 2018, the Interventoría requested Sociedad Concesionaria POB S.A.S., to carry out the Implementation of Maintenance Activities of the Culverts in Functional Unit 5, for which purpose it attached the photographic record with their location and condition of each one of these.

- Likewise, the Interventoría filed before Sociedad Concesionaria POB S.A.S., the communication CP-PER-4400-2018 (Rad. ANI No 2018-409-127262-2) of December 4, 2018, by means of which it requested to perform routine maintenance to the hydraulic structures (culverts) that are part of the Functional Units 4, for which it attached the photographic record with their location and condition of each of these.



**ANi** Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page33 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

- Upon not obtaining a response from the Concessionaire to the aforementioned communications, on August 6, 2019 through communications No.CP-PER-5670-2019 (RAD ANI No2019-409- 082323-2) and No. CP-PER-5671-2019 (Rad ANI No 2019-409-82320-2), the Comptroller's Office reiterated the request.

- From the communications indicated in the immediately preceding numeral, the Interventory did not receive a response from the Concessionaire, reason why on September 24, 2019, the Intervías 4G Consortium filed before Sociedad Concesionaria POB S.A.S the communication No. CP-PER-5940-2019 (Rad ANI No 2019-409-100759-2), requiring that, as a matter of urgency and priority, the routine maintenance of the hydraulic structures of Functional Units 4 and 5 be carried out.

- The Comptroller's Office by official letter No. CP-PER-6071-2019 of October 24, 2019 (RAD. ANI No. 2019-409-112524-2), issued a formal requirement to Sociedad Concesionaria POB S.A.S., in order to proceed within a period not exceeding five (5) working days to:

  (i) implement all necessary actions to carry out routine maintenance work on the hydraulic structures of Functional Units 4 and 5;

  (ii) forward to the Comptroller's Office the substantive response to communications No. CP-PER-4048-2018 (Rad. ANI No 2018-409-101571-2), CP-PER-4400-2018 (Rad. ANI No 2018-409-127262-2), CP-PER-5670-2019 (RAD ANI No 2019-409-082323-2), CP-PER-5671-2019 (Rad ANI No 2019-409-82320-2) CP-PER-5940-2019 (Rad ANI No 2019-409-100759-2).

  The term granted expired on October 31, 2019.

- To the aforementioned communications, the Concessionaire POB S.A.S. did not provide a response, reason why the Intervías 4G Consortium proceeded to request before the National Infrastructure Agency the No Objection to the Cure Period that would be granted to POB S.A.S. in order for it to issue the required concept. The aforementioned procedure was carried out through communication No. CP-PER-6246-2019 (RAD. ANI No. 2019-409-126288-2) dated December 03, 2019.

- On December 27, 2019, through communication No. ANI 2019-705-044343-1, ANI filed a No Objection pronouncement to the Cure Period that the Intervías 4G Consortium would grant to Sociedad Concesionaria POB S.A.S. in order to cure the alleged non-compliance evidenced.

- By means of communication No. CP-PER-6404-2020 (RAD ANI No. 2020-409-002035-2), the Interventoria proceeded to grant a Cure Period to Sociedad Concesionaria POB S.A.S. whose term expired on January 27, 2020 without obtaining any answer from Sociedad Concesionaria POB S.A.S.

- With official letter POB S.A.S. dated January 27, 2020, Concessionaire POB S.A.S. sent to Comptroller's Office communication No. D-128-2020 by means of which it informed the following:





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page34 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*"For the sole (sic) effect of giving closure to your subject communication, we inform that activities of a priority nature were carried out in the drains and culverts of Functional Unit 5, understanding that the interventions did not have scope in all the existing culverts in the road corridor but intervening those of greater need and priority, according to the requirements presented to the Consortium. It is noted that the activities referenced herein, were executed in the year of 2018 prior to the suspension of construction activities (...)".*

And through letter D-1292-2020 dated July 30, 2020, the mentioned Concessionaire presented the following:

*"Taking into account your communication cited in the matter, by which you grant a cure term, based on the request for maintenance of the drainage works in Functional Units 4 and 5, we reiterate what was stated in numeral 4 of our communications D-112 of July 20 and D- 1119-2020 filed on July 6, 2020 and January 2020.*

*In addition to the above, in the communications of the matter, they request priority and urgent attention to the critical points listed in their letters, for which we would like to reiterate that these points were reported to the National Infrastructure Agency - ANI - by means of letters D-2029-2019 of August 30, 2019, D-2222-2019 of September 25, 2019, and D-570-2020 of April 06, 2020, in order to give notice of the presence of unstable areas with different severities, which are even presented as, warning that they may affect connectivity over Functional Units 4 and 5 and exceed the scope of the Priority Interventions.(...)".*

• Verified the information sent by the Concessionaire through communication No. D-1292-2020 of July 30, 2020, the Interventoria issued a series of considerations that were sent to the Concessionaire through communication No. CP-PER-7710C-2019 of August 19, 2020 (RAD ANI NO.20204090775192), clarified through communication No. CP-PER-7746- 2020 of August 24, 2020 (RAD. ANI NO. 20204090794972), stating the following:

*"In this regard, it must be taken into account that the obligations of Sociedad Concesionaria POB S.A.S. to carry out the Priority Interventions of routine maintenance to the Hydraulic Structures (Culverts) evidenced in Functional Units 4 and 5, are in force and are fully enforceable, especially taking into account what is established in the "DECLARATION OF DECLARATION OF EVENT EXEMPTING RESPONSIBILITY AND CONSEQUENT SUSPENSION OF THE EXECUTION OF THE WORKS AND ACTIVITIES OF INTERVENTIONS OF FUNCTIONAL UNITS No. 4 and 5, ON OCCASION OF THE DECLARATION REFERRED TO IN THE DECLARATION OF THE EXEMPTED EVENT OF RESPONSIBILITY AND CONSEQUENT SUSPENSION OF THE EXECUTION OF THE WORKS AND ACTIVITIES OF INTERVENTIONS OF THE FUNCTIONAL UNITS NO. 4 and 5, ON OCCASION OF THE DECLARATION REFERRED IN DEVELOPMENT OF THE PROJECT PERIMETRALDE ORIENTE DE CUNDINAMARCA CONCESSION PERIMETERAL ORIENTAL DE BOGOTÁS.A.S.,CONTRACT UNDER THE PPP SCHEME No. 002 of 2014." in which. the following was defined:*

*"SECOND: As a consequence of the occurrence and declaration of this Exonerating Event of Liability, the Parties agree to SUSPEND from October 31, 2017 the term for the execution of all works and activities associated with the Interventions corresponding to Functional Units 4 and 5 of the Project (including the Choachí variant). It is expressly indicated that all the*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page35 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*(i) those activities derived from obligations acquired by the Concessionaire with third parties or authorities, and (ii) the Social Management, financial obligations, obligations related to Priority Interventions as defined in Section 4.3 of Technical Appendix 1, as well as the Operation and Maintenance obligations corresponding to the Preoperational Stage in accordance with Section 4.3 of Technical Appendix 1, as well as the Operation and Maintenance obligations corresponding to the Preoperational Stage in accordance with Section 4.2 of Technical Appendix 2 of Technical Appendix 2, and the Operation and Maintenance obligations corresponding to the Preoperational Stage in accordance with Section 4.3 of Technical Appendix 2 of Technical Appendix 2.*
*3.3.1 of Technical Appendix 2 of the Concession Contract, provided they are not affected.*

*Thus, under the considerations set forth in your communication on the matter, there is no evidence of full compliance with the obligations associated with the maintenance and cleaning of the existing drainage works in Functional Units 4 and 5, especially taking into account the current state of the referred drainage works and persistent lack of maintenance in those that were reported in the Curation Term and in other additional ones that we report in this communication.*

*In such virtue, the requirements presented in the Cure Term granted through communication No. CP-PER-6404-2020 remain in force, as well as, the legal and contractual consequences applicable for the non-compliance with the provisions described therein, contained in Section X of the General Part of the Concession Contract No.002 of 2014.*

*Finally, and without prejudice to the foregoing, this Comptroller's Office requests Sociedad Concesionaria POB S.A.S. to fully comply with the obligations referred to above and implement the necessary actions to carry out routine maintenance work on the hydraulic structures of Functional Units 4 and 5, as shown in the photographic records attached to this communication".*

## II.     AUDIT REPORTS

### 2.1     Maintenance Functional Unit 4

The Interventoría Consorcio Intervías 4G, through communication No. CP-PER-6778-2020 filed ANI No. 20204090257032 of March 11, 2020, exposes the alleged non-compliance evidenced along with the facts and evidence that support it.

### 2.2     Maintenance of Functional Unit 5

The Interventoría Consorcio Intervías 4G, by means of communication No. CP-PER-6782-2020 filed with ANI under No. 20204090257112 of March 11, 2020, exposes the alleged non-compliance together with the facts and evidence that support it.

### 2.3     Sections with Paved Roads - Functional Unit 5

The Interventoría Consorcio Intervías 4G, by means of communication No. CP-PER-7493C-2020 with ANI No. ANI 20204090630722 of July 14, 2020, exposes the alleged non-compliance evidenced together with the facts and evidence supporting it.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page36 of 48

**To answer cite:**
ANI File No.: **20207070385331**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Date: **15-12-2020**

#### 2.4    Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5

The Interventoría Consorcio Intervías 4G, through communication No. CP-PER-6512-2020 filed ANI No. 20204090082312 of January 28, 2020, which gave scope in communication No. CP- PER-7743C-2020 filed ANI No. 20204090794922 of August 24, 2020, through which, exposes the alleged breach evidenced along with the facts and evidence that support it.

### III.    FORMAL REQUESTS FOR THE INITIATION OF AN ADMINISTRATIVE SANCTIONING PROCESS

#### 3.1    Maintenance Functional Unit 4

By internal ANI memorandum No. 2020-306-012558-3 dated October 12, 2020, the Vice President of Contractual Management and the Manager of Contractual Management 3 requested the *"initiation of administrative sanctioning proceedings for the alleged breach of the obligations contained in Technical Appendix No. 1, in its Section 4.3. and in Technical Appendix No. 2. 1, in its Section 4.3. and in Technical Appendix No. 2, Numerals 2.1,3, 3.1,3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 in Functional Unit 4. Concession Contract No. 002 of 2014. Radicado ANI No. 20204090257032 of March 11, 2020 "* in accordance with the report of alleged non-compliance presented by the Interventoría of the project, in which it is concluded that there is omission on the part of the Concessionaire in advancing maintenance in some sectors of the road, in order to ensure road safety and trafficability of the Functional Unit 4.

#### 3.2    Maintenance of Functional Unit 5

By means of internal ANI memorandum No. 2020-306-007803-3 dated June 20, 2020, the Vice President of Contractual Management and the Manager of Contractual Management 3 requested the "*initiation of an administrative sanctioning procedure for the alleged breach of the obligations contained in Technical Appendix No. 1, Section 4.3. and in Technical Appendix No. 2, Items 2.1,3, 3.1,3.1.1.1, 3.1.6, 3.3.7 and 6. 1, in its Section 4.3. and in Technical Appendix No. 2, Numerals 2.1,3, 3.1,3.1.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 in Functional Unit 5. Concession Contract No. 002 of 2014. Radicado ANI No. 20204090257112 of March 11, 2020"* in accordance with the report of alleged non-compliance presented by the Interventoría of the project, in which it is concluded that there is omission on the part of the Concessionaire in advancing maintenance in some sectors of the road, with the purpose of guaranteeing road safety and trafficability of Functional Unit 5.

#### 3.3    Sections with Paved Roads - Functional Unit 5

By internal ANI memorandum No. 2020-306-012489-3 dated October 9, 2020, the Vice President of Contractual Management and the Manager of Contractual Management 3 requested the "*initiation of administrative sanctioning proceedings for the alleged breach of the obligations contained in Technical Appendix No. 1, Section 4.3. and in Technical Appendix No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.6, 3.3.7 and 6.1 in Functional Unit 5 of the Project - sections that*





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page37 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*have paved roads. Concession Contract No. 002 of 2014. Radicado ANI No. 20204090630722 of July 14, 2020"* in accordance with the report of alleged non-compliance presented by the Interventoría of the project, in which it is concluded that there is omission on the part of the Concessionaire in advancing maintenance in some sections that have the paved road, of Functional Unit 5.

**3.4    Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5**

By internal ANI memorandum No. 2020-306-011871-3 of September 25, 2020, the Vice President of Contractual Management and the Manager of Contractual Management 3 requested the " *initiation of administrative sanctioning proceedings for the alleged breach of the obligations contained in the Concession Contract No. 002 of 2014, Technical Appendix 1, Section 4.3, literal*
*(b) and in Technical Appendix 2, Sections 3.1.5 and 6.2 in Functional Units 4 and 5. Concession Contract No. 002 of 2014. Radicados ANI No. 20204090082312 of January 28, 2020 and No. 20204090794922 of August 24, 2020"* in accordance with the report of alleged non-compliance submitted by the Interventoria of the project, in which it is concluded that there is omission by the Concessionaire in the performance of routine maintenance to the hydraulic structures (culverts), which are part of the Functional Units 4 and 5.

## IV.    RULES AND CLAUSES ALLEGEDLY VIOLATED

The alleged non-compliances are based on the provisions of Technical Appendix No. 1, Section 4.3. and Technical Appendix No. 2, Items 2.1, 3, 3.1, 3.1.1, 3.1.1,
3.1.6, 3.3.7 and 6.1, as follows:

*"Technical Appendix No. 1*

*Section 4.3: Priority Interventions:*

*(...)*

*(a)  In order to comply with the minimum service levels for the Pre-operational Stage established in Technical Appendix 2, the Concessionaire shall carry out all the activities that, according to the state of the art, are necessary for such purpose. Said activities shall be called Priority Interventions, which may include, among others, the following:*

> *(i)   Patching and/or pothole patching.*
> *(ii)  Vertical signage*
> *(iii) Horizontal signage*
> *(iv)  Landslide removal*
> *(v)   Cleaning of margins and separators*
> *(vi)  Cleaning of drainage works.*

*(b)  In order to meet the minimum levels of service in the Project's unpaved infrastructure, Priority Interventions may include, but are not limited to, the following:*



**ANi** | Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page38 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

> (i)   Conformation of the roadway exists
> (ii)  Vertical signage
> (iii) Landslide removal
> (iv)  Cleaning of margins and separators
> (vi)  Cleaning of drainage works

(c)  Priority Interventions shall not be considered Interventions as these are set forth in the General Part and this Technical Appendix."

**"Technical Appendix 2**:

2.1 Mandatory Services:

(...)

a)  Routine and periodic maintenance of the pavements of the road(s) covered by the Concession.
b)  Maintenance of the roadway area, free of obstacles, branches, trunks, bushes, stones, dead animals and other objects that impede visibility, transit and drainage of the roadway.
c)  Attention to emergencies such as landslides or floods that affect the normal circulation on the roads.
d)  Maintenance of hydraulic works, bridges, pontoons and containment works.
e)  Maintenance of infrastructure works built for the operation of the Concession.
(...)
i)   Operation, monitoring and control of traffic (...)
x) Any other service that, due to its nature, is necessary for the performance of the mandatory services mentioned above, or of the special Operation obligations referred to in section 3.3. of this Appendix" (Bold outside original text).

(...)

**3. OPERATION OF THE PROJECT:**

This section defines the obligations of the Concessionaire in relation to the Operation of the Project, from the moment of the subscription of the Infrastructure Delivery Act and until the total reversion of the Project.

3.1 <u>Principles of Project Operation</u>

The operation of the road(s) shall be governed by the principles of **continuity, regularity, quality of technical service** and user service, advanced technology, coverage, road safety and integrity of the road(s). the following description of each of the principles, the interpretation of this Appendix and the application of these principles shall be made in accordance with the provisions of the Concession Contract and, especially, taking into account the hierarchy among the different documents that compose it, as stated Section 19.14 of the General Part. (Bolding outside original text).

La movilidad es de todos    Mintransporte

**ANi** | Agencia Nacional de Infraestructura

Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page39 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*3.1.1 Continuity of Service*

<u>**Continuity of service is understood as the obligation of the Concessionaire to guarantee the availability of the road(s) to traffic on a permanent basis.**</u> *(Bold and underlining outside original text).*

*3.1.5 Road Safety*

<u>*This is the obligation assumed by the Concessionaire to carry out all necessary actions to reduce the accident rates of the road(s)*</u>, *both in number and severity. This obligation must be fulfilled during the entire term of the Concession Contract through preventive actions that allow improving the safety of the road(s), for which the Concessionaire will act on its state of conservation, its geometry and signaling, as well as in the promotion of preventive and safe driving attitudes, taking into account the relationship of the road with the communities neighboring the urban crossings and other population settlements, according to what is defined in the SGSV (Road Safety Management System)." (Underlined out of text).*

*3.1.6 Project Corridor Integrity*

*The Concessionaire shall maintain the integrity of the road(s) as a unit by offering an integral service in all its components. The elements that constitute the Project Corridor are, among others, horizontal and vertical alignment,* <u>**cross section (crown, lanes, berms, ditches, embankment shoulders, slopes) from the crowning ditches and shoulders**</u>, *the structures of ponds **and bridges with their respective areas of influence, the dumps of waste materials, Project Corridor, signaling, Toll and Weighing Stations and the services provided to the Users (cranes, ambulances, workshop cars, operational control centers, service areas, etc.).). The integrity of the road(s) includes its linkage consistent with the Applicable Law** (Bold and underlined out of original text).*

*3.3.7 Road Safety*

*The Concessionaire shall be responsible for striving to improve road safety conditions, without prejudice to its obligation to comply with the road safety indicators defined in Appendix 4.*

*(...)*

*The Concessionaire shall carry out the necessary Operation activities to comply with the provisions of this Section and the regulations in force.*

*It will be the obligation of the Concessionaire to take the necessary actions to reduce the accident rates of the road(s) and manage the risk by highlighting those hazards that could become accident generators when a trigger is activated within the infrastructure or by the behavior of users, for which it will incorporate a road safety analysis at the time of developing its Detailed Studies, so that the Detailed Studies incorporate improvements in the road.*



Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page40 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*oriented to increase road safety. The execution of these improvements will be part of the Interventions, and therefore, will be executed at the entire cost and risk of the Concessionaire.*

*In any case, the Concessionaire will permanently strive to improve road safety, for which it will comply with the obligations contained in the Contract and the Technical Specifications.*

*The Concessionaire must identify the sectors of the road where pedestrians and cyclists circulate and provide the facilities that allow the safe transit of these users either to cross the road or to travel parallel to it, as well as the location of schools, health centers or other entities that attract pedestrian flows in order to provide lanes of incorporation and exit, as well as the necessary facilities to ensure their integrity, such as platforms, bridges and protected crosswalks.*

### *6 MAINTENANCE*

#### *6.1. General Scope of Maintenance Works*

***The Maintenance Works shall commence as from the Commencement Date and shall conclude with the execution of the Reversion Deed, in accordance with the provisions of Section 9.7 (f) of the General Part of the Concession Contract.*** *(Bold outside original text).*

*The Maintenance Works shall be carried out even when there is no specific category or procedure for them in this numeral, so that the elements of the road(s) comply with the Indicators set forth in Technical Appendix 4 and perform their function adequately with the quality of service established in the Contract, in this Technical Appendix and in the other Contract documents. (...)*

***In any case, the Concessionaire shall correct all the deteriorations or deficiencies detected by the Interventoria or by him directly in the development of his self-evaluation activities, <u>and especially those that could affect the trafficability of the road(s), Consequently, The Concessionaire shall be responsible for adopting the preventive and/or corrective measures necessary for the maintenance of the road(s) under the conditions established in the Contract and in Technical Appendix 4 - Indicators for Availability, Quality and Level of Service, as well as those required by the Comptroller, provided that they refer to compliance mandatory matters of the Contract and/or the Applicable Law</u>.*** *(Bold and underlined outside the original text).*

*(...) **<u>The Concessionaire may choose the type of action to be taken, within the margins granted by the Applicable Law and the good practice of the moment, and shall communicate it in writing to ANI and the Comptroller. If the action is not effective or durable, ANI and/or the Comptroller shall request the Concessionaire to adopt definitive solutions to solve the existing problem</u>**. (Bold and underlined outside the original text).*

***<u>When the Maintenance Works incorporate any additional element to road(s) at the Concessionaire's risk and expense, such services shall be</u>***





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page41 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

*based on their corresponding Detailed Studies, which must contain the details of all the proposed solutions, and must have been prepared in accordance with the construction and service standards in force and previously submitted to the Controller for verification. (Bold and underlined outside the original text).*

*6.2. Types of Maintenance Actions*

*Maintenance Works comprise the set of operations performed to preserve the technical and physical operational characteristics of the road(s), in accordance with the Applicable Law and the Indicators, and include - but are not limited to - the following activities:*

*Ordinary Maintenance Activities (Routine and Cyclic): These include activities to correct defects or nonconformities and maintenance activities to ensure the continuity of service of the road(s) and aimed at maintaining it in adequate conditions. These activities also include those related to maintenance management and its administrative component related to service continuity. Therefore, the Concessionaire will have to support the traffic authorities in matters such as accident response, surveillance, etc. Finally, it also includes road use and defense activities, such as those aimed at protecting the Project Corridor and limiting property, regulating and limiting access and establishing limitations on vehicle traffic.*

*Extraordinary (Periodic) Maintenance Activities: Large-scale periodic preventive activities that must be planned in cycles longer than those of routine corrective maintenance, almost always close to the end of the useful life of the element or when the performance of an element or system may compromise the safety or comfort of the Users.*

*Emergency Maintenance Activities: Activities aimed at repairing, reconstructing or restoring obstructed or damaged elements of the road system, correcting defects of sudden occurrence caused by extraordinary circumstances and/or emergencies related to unforeseeable events. The response to these events, such as traffic accidents or natural phenomena, must be in charge of the conservation inspection team or the Traffic Operation, which shall adopt the necessary measures to guarantee the safety of the Users or communities".*

## V.    CONSEQUENCES THAT COULD RESULT FROM THE DEVELOPMENT OF THE ACTION.

### 5.1  Declaration of Noncompliance

Once the Administrative Sanctioning Procedure has been initiated and carried out, the first consequence that may be derived from the procedure is the declaration of noncompliance with the obligations contained in the previous chapter.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page42 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

## 5.2   Fine

The second consequence that could derive from the procedure to be followed is the imposition of the fine established in numeral 6.1, Literal (s) of the Concession Contract 002 of 2014, Special Part, which states:

> *"(s) **Fine for breach of other obligations of the Project**: If the Concessionaire fails to comply with any of the obligations contained in the Contract, which is not included in the other Fines referred to in this clause, a daily Fine of seven (7) legal monthly minimum wages in force shall be imposed for each Day elapsed as from the date set for compliance with the corresponding obligation. For purposes of the  of Section 10.2 (d) of the General Part, there shall be no maximum term of imposition". (Bold outside original text)*

## 5.3   Collateral pledged

The third consequence that could be derived in the development of this action is the possible affectation of Compliance Policy No. 1480314-1 with certificate 13288096, which was issued by Seguros Generales Suramericana S.A., in coinsurance with Seguros Comerciales Bolivar S.A. and Liberty Seguros S.A., whose coverage is the Compliance of State Contract.

## VI.   QUANTIFICATION OF THE FINE TO BE IMPOSED AND/OR APPRAISAL OF DAMAGES

Based on the foregoing, the type of penalties applicable in the cases in question to the Concessionaire will be 5 fines which, as provided in the Contract, is daily and is equivalent to seven (7) legal monthly minimum wages in force (SMMLV) for each day of non-compliance with each of the unfulfilled obligations.

| Alleged Noncompliance with Obligations | Activities not Performed | Function al Unit | Date of Commencement of the Alleged Noncompliance | Number of Minimum Monthly Wages applicable to the Fine | Estimated Date of Imposition of the Fine | Number of days of fine | Fine to be imposed ($) |
|---|---|---|---|---|---|---|---|
| Technical Appendix No. 1, Section 4.3: Priority Interventions and in the Technical Appendix No. 2, Numerals 2.1,3,   3.1,3.1.1, 3.1.6, 3.3.7 y 6.1. | damage  to  the  structure of the  the  track (sinkholes and transverse and longitudinal ditches), lack  of  a nd transverse and longitudinal ditches), lack of ditching and rocking, poor condition of some sections due to potholes, excessive mud, sinkholes in the existing roadway, loss of  benches,  among others. | UF 5 | 11/12/2019 | 7st | 30/10/2020 | 325 | 1.883.963.900 |
| Technic al Appendix No. 1, Section 4.3.:   Interventions | damage to the structure of the  the  track (subsidence  y | UF 4 | 11/12/2019 | 7 | 30/10/2020 | 325 | 1.883.963.900 |





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 – www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page43 of 48

**To answer cite:**
ANI File No.: **2020070385331**

Date: **15-12-2020**

| | | | | | | |
|---|---|---|---|---|---|---|
| Priorities and in Technical Appendix No. 2, Numerals 2.1,3, 3.1,3.1.1, 3.1.6, 3.3.7 y 6.1 | The lack of ditches (transversal and longitudinal ditches), lack of ditching and rocking, poor condition of some sections due to potholes, excessive mud, sinkholes in the existing roadway, loss of benches, among others. | | | | | |
| Technical Appendix 1, Section 4.3: Priority Interventions, paragraph (b) and in Technical Appendix 2, Sections (a), (b) and (c). 3 1.5 y 6.2. | there is no evidence of full compliance with the obligations associated with the to maintenance and cleaning of the existing drainage works in Functional Units 4 and 5 | UF 4 | 04/12/2018 | 7 | 31/10/2020 | 698 | 3.817.148.412 |
| Technical Appendix 1, Section 4.3: Priority Interventions, paragraph (b) and in Technical Appendix 2, Sections (a), (b) and (c). 3 1.5 y 6.2. | there is no evidence of full compliance with the obligations associated with the to maintenance and cleaning of the existing drainage works in Functional Units 4 and 5 | UF 5 | 01/10/2018 | 7 | 30/10/2020 | 761 | 4.161.676.134 |
| Technical Appendix 2, numerals 3.3.7 and 6.1 | Sections of the UF 5 that must have their respective paved area and that do not have have not have a potholes, sinkholes, among others. | UF 5 | 12/03/2020 | 7 | 30/10/2020 | 233 | 1.431.695.062 |

**Total: 13,178,447,408**

The fines were calculated in the total amount of: **THIRTEEN THOUSAND ONE HUNDRED AND SEVENTY-EIGHT MILLION FOUR HUNDRED AND FORTY-SEVEN THOUSAND FOUR HUNDRED AND EIGHT PESOS M/L ($13,178,447,408).**

In any case, the total value of the fines will be updated to the date on which, by means of an administrative act, sanctions are imposed on the Concessionaire for the non-compliances detected.

## VII.     PERFORMANCE BOND THAT COULD EVENTUALLY BE AFFECTED

With respect to damages derived from the breach of the obligations contained in the present summons, the performance policy listed could be affected:





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page44 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

| Collateral that could be affected | Compliance |
|---|---|
| Insurance | Seguros Generales Suramericana S.A. |
| Coinsurers | Seguros Comerciales Bolivar S.A. Liberty Seguros S.A. |
| Taker | Perimetral Oriental de Bogota S.A.S. |
| Insured/Beneficiary | National Infrastructure Agency |
| Policy and Certificate No. | 1480314-1 - certificate 13288096 |
| Date of Issue | July 28, 2020 |
| Validity | From January 1, 2020 to December 31, 2020 |
| Insured Value | $143.134.946.829 |

This policy is issued and underwritten by the companies indicated below, in the corresponding percentage for each one. The policy states that the obligations of the Insurance Companies to the insured are not joint and several and are limited to the respective percentage.

| Company | % of participation |
|---|---|
| SEGUROS GENERALES SURAMERICANA S.A. | 33.40% |
| SEGUROS COMERCIALES BOLIVAR S.A. | 33.30% |
| LIBERTY SEGUROS S.A. | 33.30% |

## VIII.    WITH RESPECT TO THE EVIDENCE

The facts set forth in this summons are supported by the documentary evidence listed in Chapter X of this document and attached to this summons as evidence.

Likewise, taking into account the rules of integration and normative prevalence in sanctioning matters, and noting that Article 86 of Law 1474 of 2011 does not provide a detailed regulation regarding the practice of evidence, the provisions of Law 1437 of 2011 (CPACA) will be applied, as well as the aspects related to the right to evidence provided in the General Code of Procedure (Law 1564 of 2012).

The foregoing, without prejudice to the full application of the rules of sound criticism and the system of appraisal of evidence, as well as the decreeing of evidence ex officio.

## IX.    DATE, TIME AND PLACE OF THE HEARING

The aforementioned Hearing will be held on **January four (4), two thousand twenty-one (2021), at nine thirty in the morning (09:30 a.m.),** which will be conducted through virtual means, through the Microsoft Teams application, in consideration of the measures adopted by the National Government in view of the current sanitary emergency, and in accordance with the procedure established in Article 86 of Law 1474 of 2011.

Therefore, it is required that the summoned parties inform to the e-mail notificaciones_sancionatorios@ani.gov.co the users through which they will perform their





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page45 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

Please be available twenty (20) minutes in advance to perform the necessary tests to ensure a proper connection.

The quality of those who appear at the hearing must be accredited.

Additionally and in application of the principles of efficiency, economy and celerity provided in the Political Constitution and Law 1437 of 2011, as well as in application of the concentration rule implicit in Article 86 of Law 1474 of 2011, the allegedly non-compliant contractor will have two (2) hours to present its arguments and provide and/or request evidence, being important to note that, if deemed necessary, a longer time may be authorized ex officio or at the request of a party to ensure the right of defense and contradiction. Likewise, the insurers are advised that they will have the same amount of time as the one indicated for the contractor allegedly in default, in order to assist in the defense and/or present arguments different from those presented by the contractor and to provide and/or request evidence.

It is also necessary to mention that the Entity has foreseen the use of electronic and technological means so that it can present its arguments with the audiovisual or technical aids it may require.

It is necessary to note that, in the event of requesting appearance at the hearing by electronic means, the party so appearing shall assume at its own risk the impossibility that may arise of participating efficiently in the transfers made during the hearing.

## X.    ANNEXES

**Link Secop of the Concession Contract No. 002 of 2014:**
https://www.contratos.gov.co/consultas/detalleProceso.do?numConstancia=13-19-1611851

Together with this citation is sent to the following documents: https://anionline-my.sharepoint.com/:f:/g:/g/personal/mcamacho_ani_gov_co/Ejo8v9tdfdVBjnyl0WeslasBKZtGQi40qi7PqIDbt3pRiQ?e=Sssctlq

**Folder No. 1: Contract and its amendments**

- Concession Contract 002 of 2014 General Part
- Appendices to Concession Contract 002 of 2014 General Part
- Policy

**Folder No. 2: Evidence**

1. Maintenance Functional Unit 4

   - Communication No. CP-PER-6300-2019 dated December 11, 2019, with ANI file No. 20194091296482 dated December 11, 2019.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page46 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

- Communication No. CP-PER-6369-2019 dated December 26, 2019, with ANI file No. 20194091353412 dated December 26, 2019.
- Communication No. CP-PER-6457-2020 dated January 16, 2020, with ANI file No. 20204090042072 dated January 16, 2020.
- Communication No. CP-PER-6462-2020 dated January 17, 2020, with ANI file No. 20204090047582 dated January 17, 2020.
- ANI Communication No. 20203060053691 of February 19, 2020.
- Communication No. CP-PER-6681-2020 dated February 24, 2020, with ANI file No. 20204090190942 dated February 24, 2020.
- Communication No. CP-PER-6695-2020 dated February 25, 2020, with ANI file No. 20204090196992 dated February 25, 2020.
- Communication No. CP-PER-6778-2020 dated March 06, 2020, with ANI file No. 20204090257032 dated March 11, 2020.
- ANI Communication No. 20203060078731 of March 06, 2020.
- Communication No. CP-PER-7153C-2020 dated May 26, 2020, with ANI file No. 20204090458512 dated May 26, 2020.
- Communication No. CP-PER-7293C-2020 dated June 16, 2020, with ANI file No. 20204090527392 dated June 16, 2020.
- Communication No. CP-PER-7355C-2020 dated June 23, 2020, with ANI file No. 20204090553392 dated June 23, 2020.
- Communication No. CP-PER-7791C-2020 dated August 28, 2020, with ANI file No. 20204090823632 dated August 28, 2020.

2.  Maintenance of Functional Unit 5

- Communication No. CP-PER-6306-2019 dated December 11, 2019, with ANI file No. 20194091296392 dated December 11, 2019.
- Communication No. CP-PER-6327-2019 dated December 17, 2019, with ANI file No. 20194091319402 dated December 17, 2019.
- Communication No. CP-PER-6370-2019 dated December 26, 2019, with ANI file No. 20194091353392 dated December 26, 2019.
- Communication No. CP-PER-6461-2020 dated January 17, 2020, with ANI file No. 20204090047552 dated January 17, 2020.
- Communication ANI No. ANI. 20203060053711 of February 21, 2020.
- Communication No. CP-PER-6680-2020 dated February 24, 2020, with ANI file No. 20204090190922 dated February 24, 2020.
- Communication No. CP-PER-6698-2020 dated February 25, 2020, with ANI file No. 20204090196952 dated February 25, 2020.
- Communication No. CP-PER-6782-2020 dated March 06, 2020, with ANI file No. 20204090257112 dated March 11, 2020.

3.  Sections with Paved Roads - Functional Unit 5

- Communication No. CP-PER-6622-2020 dated February 14, 2020, with ANI file No. 20204090157802 dated February 14, 2020.





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page47 of 48

**To answer cite:**
ANI File No.: **20207070385331**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Date: **15-12-2020**

- Communication No. CP-PER-6800-2020 dated March 12, 2020, with ANI radiate No. 20204090265962 dated March 12, 2020.
- Communication No. CP-PER-6914C-2020 dated April 07, 2020, with ANI file No. 20204090370782 dated April 24, 2020.
- Communication No. CP-PER-7047C-2020 dated May 06, 2020, with ANI file No. 20204090399582 dated May 06, 2020.
- Communication No. CP-PER-7156C-2020 dated May 27, 2020, with ANI file No. 20204090459502 dated May 27, 2020.
- Communication No. 20203060176611 of June 25, 2020.
- Communication No. CP-PER-7391C-2020 dated July 01, 2020, with ANI file No. 20204090574392 dated July 01, 2020.
- Communication No. CP-PER-7493C-2020 dated July 14, 2020, with ANI file No. 20204090630722 dated July 14, 2020.
- Communication D-1672-2020 dated September 17, 2020, with ANI file No. 20204090900392 dated September 17, 2020.

4. <u>Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5</u>

- Communication No. CP-PER-4048-2018 dated October 1, 2018, with ANI file No. 20184091015712 dated October 01, 2018.
- Communication No. CP-PER-4400-2018 dated December 4, 2018, with ANI file No. 20184091272622 dated December 04, 2018.
- Communication No. CP-PER-5670-2019 dated August 6, 2019, with ANI file No. 20194090823232 dated August 09, 2019.
- Communication No. CP-PER-5671-2019 dated August 6, 2019, with ANI file No. 20194090823202 dated August 09, 2019.
- Communication No. CP-PER-5940-2019 dated September 21, 2019, with ANI file No. 20194091007592 dated September 24, 2019.
- Communication No. CP-PER-6071-2019 dated October 24, 2019, with ANI file No. 20194091125242 dated October 24, 2019.
- Communication No. CP-PER-6246-2019 dated December 03, 2019, with ANI file No. 20194091262882 dated December 03, 2019.
- ANI Communication No. ANI 20197050443431 of December 27, 2019.
- Communication No. CP-PER-6404-2020 dated January 09, 2020, with ANI file No. 20204090020352 dated January 10, 2020.
- Communication No. D-128-2020 dated January 27, 2020, with ANI file No. 20204090082212 dated January 28, 2020.
- Communication No. D-1292-2020 of July 30, 2020
- Communication No.CP-PER-7710C-2020 dated August 19, 2020, with ANI file No. 20204090775192 dated August 19, 2020.

**Folder No. 3: Interventory Reports and Start-up Requests**

1. <u>Maintenance Functional Unit 4</u>





Avenida Calle 24A Nro. 59-42 Torre 4 Piso 2.
PBX: 4848860 - www.ani.gov.co
Nit. 830125996-9. Postal Code ANI 110221.
Page48 of 48

**To answer cite:**
ANI File No.: **20207070385331**

Date: **15-12-2020**

- Communication No. CP-PER-6778-2020, with ANI file No. 20204090257032 of March 11, 2020.
- ANI Internal Memorandum No. 20203060125583 of October 12, 2020.

2.   <u>Maintenance of Functional Unit 5</u>

- Communication No. CP-PER-6782-2020, with ANI file No. 20204090257112 of March 11, 2020.
- ANI Internal Memorandum No. 20203060078033 of June 20, 2020.

3.   <u>Sections with Paved Roads - Functional Unit 5</u>

- Communication No. CP-PER-7493C-2020, with ANI file No. 20204090630722 of July 14, 2020.
- ANI Internal Memorandum No. 20203060124893 of October 9, 2020.

4.   <u>Maintenance and Cleaning of Drainage Works in Functional Units 4 and 5</u>

- Communication No. CP-PER-6512-2020, with ANI file No. 20204090082312 of January 28, 2020.
- Communication No. CP-PER-7743C-2020 with ANI file No. 20204090794922 of August 24, 2020.
- ANI Internal Memorandum No. 20203060118713 of September 25, 2020 Cordially

yours,


**CLAUDIA JULIANA FERRO RODRÍGUEZ**
Coordinator G.I.T. Administrative Sanctioning Processes

Exhibits: Exhibits and Evidence


cc: 1) SEGUROS GENERALES SURAMERICANA S.A.notificacionesjudiciales@sura.com.co BOGOTA D.C. -2) SEGUROS BOLIVAR CALLE 72 NRO 10 -07 BOGOTA D.C. -3) LIBERTY SEGUROS CLL 72 10-07 BOGOTA D.C.


Projected: Martha Lucia Camacho S. - Lawyer G.I.T. Sanctioning VoBo:
Natalia Wilson Aponte - Lawyer G.I.T. Sanctioning
Rad Parent no:
Draft No.: 20207070065037
GADF-F-012

