IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br> *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br><br> *Respondents*. | Civil Action No. _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 17

(https://www.gov.co)

(https://www.gov.co/home/)



(https://www.ani.gov.co/)

Buscar

## POR GRAVES INCUMPLIMIENTOS DE LAS OBLIGACIONES CONTRACTUALES CADUCA EL CONTRATO DE CONCESIÓN DE LA RED FÉRREA DEL PACÍFICO

Inicio (/)   >   POR GRAVES INCUMPLIMIENTOS DE...



- Según el fallo emitido por la ANI, el Concesionario Ferrocarril del Pacífico SAS desatendió desde el 7 abril de 2017 las obligaciones contractuales referentes a las actividades de mantenimiento y conservación del corredor férreo, mantenimiento de equipos y de operación y explotación de la red férrea, afectando de manera grave y directa la ejecución del contrato.
- También se declaró el incumplimiento de las obligaciones contractuales señaladas en el marco del Proceso sancionatorio por la caída del Puente sobre el río El Bolo, ubicado en el municipio de Palmira, por lo que deberá pagar al estado cerca de 2.400 millones de pesos por los perjuicios ocasionados.
- Concesionario Ferrocarril del Pacífico SAS deberá pagar más de 100 mil millones de pesos al Estado por perjuicios derivados de los incumplimientos.

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

Bogotá, 18 de mayo de 2020 (@ANI_Colombia) – La Agencia Nacional de Infraestructura confirmó la declaratoria de la caducidad del Contrato de Concesión de la Red Férrea del Pacífico, a cargo del Concesionario Ferrocarril del Pacífico SAS, por el incumplimiento grave y directo de las obligaciones contractuales contenidas en el Contrato de Concesión No. 09-CONP 98. De esta manera, se da por terminado el contrato a cargo de Ferrocarril de Pacifico SAS, que será liquidado en el estado actual en el que se encuentra.

"La Agencia Nacional de Infraestructura declaró el incumplimiento grave de la Sociedad Ferrocarril del Pacífico SAS por incumplimiento de las obligaciones contenidas en el Contrato de Concesión, además de obligarlo a pagar más de 97 mil millones de pesos, correspondiente a los perjuicios causados a la entidad", aseguró el Vicepresidente jurídico de la ANI, Fernando Ramírez.

Así mismo, en otro proceso que se llevaba a cabo contra la concesión se confirmó el incumplimiento de las obligaciones asociadas al mantenimiento y conservación de la infraestructura que ocasionaron la caída del puente sobre del río El Bolo y como consecuencia de ello, se impusieron unos perjuicios de aproximadamente 2.400 millones de pesos. De esta manera, Ferrocarril del Pacífico SAS deberá pagar al Estado, por perjuicios derivados de los incumplimientos, más de 100 mil millones de pesos.

Actualmente, la vía férrea se encuentra en muy mal estado, según lo reportado por la interventoría Consorcio Concesión Férreo, encontrándose con deslizamientos en algunos sectores, un deterioro general de la vía y sin operación comercial, afectando la competitividad, la movilización de carga desde y hacia el puerto de Buenaventura y la conectividad del comercio entre Buenaventura y el centro del país.

El contrato de concesión 09-CONP-98 se firmó el 18 de diciembre de 1998 e inició ejecución el 14 de marzo del 2000, con el objeto de otorgar en concesión la operación, explotación, conservación y mantenimiento del tramo Buenaventura – Zaragoza y el ramal Zarzal - La Tebaida.

El fallo sancionatorio de caducidad del proyecto de la Red Férrea del Pacífico, a cargo de la concesión Ferrocarril del Pacífico SAS, se dio debido a los graves incumplimientos relacionados con la suspensión de las actividades de conservación, mantenimiento, operación y explotación de la red férrea desde el 7 de abril de 2017.

Esta red férrea tiene una longitud de 498 km divididos en dos tramos: el primero de 380 km que va de Buenaventura a Zaragoza, a cargo de la concesión Ferrocarril del Pacífico SAS, y que tenía su fecha de finalización prevista para el año 2030, iniciará el proceso de reversión y liquidación del contrato. De manera paralela se estudiarán las diferentes alternativas para hacer realidad el proyecto de este corredor férreo para los vallecaucanos.

El segundo tramo de 118 km que va de Zaragoza a La Felisa, y está a cargo de Sociedad Tren de Occidente SA-TDO y se mantiene activo.

| Fecha de Publicación: | Año publicacion: | Mes publicacion: |
| --- | --- | --- |
| 18/05/2020 | 2020 | 05 |

Agencia Nacional de Infraestructura

**Dirección:** Calle 24A # 59 - 42 Edificio T3 Torre 4 Piso 2 (Bogotá, D.C - Colombia)
**Código Postal:** 111321
**Horario de Atención:** Lunes a Viernes 08:00 am - 05:00 pm.
**Teléfono Conmutador:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Línea gratuita: 01 8000 410151 (tel:01 8000 410151)
**Línea anticorrupción:** +57 601 484 88 61 (tel: +57 601 484 88 61) (https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)
**Correo institucional:** contactenos@ani.gov.co (mailto:contactenos@ani.gov.co)

Notificaciones Judiciales: buzonjudicial@ani.gov.co
(mailto:buzonjudicial@ani.gov.co)

/AgenciaNacionaldeInfraestructura
(https://www.facebook.com/AgenciaNacionaldeInfraestructura/)
/ani_colombia (https://www.instagram.com/ani_colombia/)
@ANI_Colombia (https://twitter.com/ANI_Colombia) /ANIColombia1
(https://www.youtube.com/user/ANIColombia1)

Políticas (/politicas-0) Mapa del sitio (https://www.ani.gov.co/sitemap) Términos y
condiciones (https://www.ani.gov.co/sites/default/files/sobre-
definicion_de_terminos_y_condiciones-de_uso.pdf) Derechos de autor
(https://www.ani.gov.co/sites/default/files/sobrelosderechosdeautor.pdf)





Conoce GOV.CO aquí (https://www.gov.co)

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-
wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

# English Translation of Exhibit 17



(https://www.gov.co)

(https://www.gov.co/home/)

(https://www.ani.gov.co/)

Look for

# THE PACIFIC RAILWAY NETWORK CONCESSION CONTRACT EXPIRES DUE TO SERIOUS BREACHES OF CONTRACTUAL OBLIGATIONS

Start (/)    >    FOR SERIOUS BREACHES OF…



- According to the ruling issued by the ANI, since April 7, 2017, the Concessionaire Ferrocarril del Pacífico SAS neglected its contractual obligations regarding maintenance and upkeep of the railway corridor, equipment maintenance, and operation and exploitation of the railway network, seriously and directly affecting the execution of the contract.

- The company also declared a breach of contractual obligations outlined in the sanctioning process for the collapse of the bridge over the El Bolo River, located in the municipality of Palmira, for which it must pay the state approximately 2.4 billion pesos for the damages caused.

- Ferrocarril del Pacífico SAS concessionaire must pay more than 100 billion pesos to the State for damages resulting from noncompliance.

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)



Bogotá, May 18, 2020 (@ANI_Colombia). The National Infrastructure Agency confirmed the declaration of the expiration of the Concession Contract of the Pacific Railway Network, in charge of the Concessionaire Ferrocarril del Pacífico SAS, due to the serious and direct breach of the contractual obligations contained in Concession Contract No. 09-CONP 98. In this way, the contract in charge of Ferrocarril del Pacífico SAS is terminated, which will be liquidated in its current state.

"The National Infrastructure Agency declared a serious breach by Sociedad Ferrocarril del Pacífico SAS for failing to comply with the obligations contained in the Concession Contract, in addition to forcing it to pay more than 97 billion pesos, corresponding to the damages caused to the entity," stated Fernando Ramírez, Legal Vice President of the ANI.

Likewise, in another lawsuit against the concession, the failure to comply with obligations associated with the maintenance and upkeep of the infrastructure was confirmed, which caused the collapse of the bridge over the El Bolo River. As a result, damages of approximately 2.4 billion pesos were imposed. Thus, Ferrocarril del Pacífico SAS must pay the State more than 100 billion pesos in damages arising from the breaches.

Currently, the railway is in very poor condition, according to the Consorcio Concesión Férreo (Ferrari Concession Consortium) inspection agency. It has landslides in some sections, a general deterioration of the track, and no commercial operations. This affects competitiveness, the movement of cargo to and from the port of Buenaventura, and trade connectivity between Buenaventura and the center of the country.

Concession contract 09-CONP-98 was signed on December 18, 1998, and began execution on March 14, 2000, with the purpose of granting a concession for the operation, exploitation, conservation and maintenance of the Buenaventura – Zaragoza section and the Zarzal – La Tebaida branch.

The sanctioning ruling for the Pacific Railway Network project, under the Ferrocarril del Pacífico SAS concession, was issued due to serious non-compliance related to the suspension of the railway network's conservation, maintenance, operation, and exploitation activities since April 7, 2017.

This railway network is 498 km long and divided into two sections: the first, 380 km long, runs from Buenaventura to Zaragoza, under the Ferrocarril del Pacífico SAS concession and was scheduled for completion in 2030. The contract reversion and liquidation process will begin. In parallel, various alternatives will be studied to make this rail corridor project a reality for the people of Valle del Cauca.

The second 118-km section, which runs from Zaragoza to La Felisa, is managed by Sociedad Tren de Occidente SA-TDO and remains active.

| Publication Date: | Year of publication: | Month of publication: |
|---|---|---|
| 05/18/2020 | 2020 | 05 |

## National Infrastructure Agency

**Address:** Calle 24A # 59 - 42 Building T3 Tower 4 Floor 2 (Bogotá, DC - Colombia)
**Postal Code:** 111321
**Business Hours:** Monday to Friday 8:00 am - 5:00 pm.
**Switchboard Telephone:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Toll-free number: 01 8000 410151 (tel:01 8000 410151)
**Anti-corruption hotline:** +57 601 484 88 61 (tel: +57 601 484 88 61)
**Institutional email:** contactenos@ani.gov.co (mailto:contactenos@ani.gov.co)(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)



Judicial notifications: buzonjudicial@ani.gov.co
(mailto:buzonjudicial@ani.gov.co)

/National Infrastructure Agency
(https://www.facebook.com/AgenciaNacionaldeInfraestructura/)
/ani_colombia (https://www.instagram.com/ani_colombia/)@ANI_Colombia
(https://twitter.com/ANI_Colombia)/ANIColombia1
(https://www.youtube.com/user/ANIColombia1)
(https://www.instagram.com/ani_colombia/)
(https://twitter.com/ANI_Colombia)
(https://www.youtube.com/user/ANIColombia1)

Policies (/politicas-0) Site Map (https://www.ani.gov.co/sitemap) Terms and Conditions (https://www.ani.gov.co/sites/default/files/sobre-definicion_de_terminos_y_condiciones-de_uso.pdf) Copyright (https://www.ani.gov.co/sites/default/files/sobrelosderechosdeautor.pdf)





Learn about GOV.CO here (https://www.gov.co)

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)