IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,<br><br>*Petitioner*,<br><br>v.<br><br>AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA<br><br>*Respondents*. | Civil Action No. _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 20

 



Home  ›  Judicial Branch Institutions

# Judicial Branch Institutions

Please find below a list of institutions that, together with the Office of the Attorney General, comprise the Judicial Branch:

**Superior Council of the Judiciary (Consejo Superior de la Judicatura):** This organism manages the Judicial Branch resources. That is why, it is said that managing and planning are its main functions. The Council is composed of two chambers:

**Disciplinary Chamber**: It makes decisions concerning processes in which public servants of the Judicial Branch are being investigated

**Administrative Chamber:** It manages the Judicial Branch resources and especially those related to people who work there.

**The Constitutional Court (Corte Constitucional):** The court is an organism of the Judicial Branch which is in charge of safeguarding the political constitution integrity and supremacy. Its functions are described in article 241 of the Constitution and they mainly consist on deciding about lawsuits brought by citizens against Laws, Decrees with Force of Law enacted by Government and draft legislations reforming the Constitution, among others.

**The Supreme Court (Corte Suprema):**  It is the highest court of the Ordinary Jurisdiction. It deals with functions established by article 235 of the Political Constitution of Colombia (Constitución Politica de Colombia).

**The Council of State (Consejo de Estado):** It is the highest court of administrative matters and the Government´s advisory body. It is divided into five sections and it has a chamber denominated (*Sala de Consulta*) and (*Servicio Civil*). It is composed of 31 magistrates which are appointed by the Plenary Chamber based on a list submitted by the Superior Council of the Judiciary (Consejo Superior de la Judicatura).

**Legal Medicine and Forensic Sciences Institute** (**Instituto Nacional de Medicina Legal y Ciencias Forenses**)

It is a public institution of technical scientific reference which runs and controls the Legal Medicine and Forensic Sciences system in Colombia. It provides the community and law enforcement agencies with forensic services supported by scientific research and the most suitable people.

News

Alleged ringleader of 'Tren de Aragua', who allegedly ordered from prison the attack on two police officers in southern area of Bogotá, were prosecuted

Monday, 07 de April de 2025 2:19 pm

A person allegedly responsible for the murder of man in Supía (Caldas) was arrested

Monday, 07 de April de 2025 9:31 am

Precautionary measures for asset forfeiture purposes on 30 properties belonging to an extradited member of 'Clan del Golfo' were issued

Monday, 07 de April de 2025 8:34 am

Four men who would be allegedly involved in robberies on roads in Norte de Santander were sent to prison

Friday, 04 de April de 2025 3:16 pm

A criminal organization involved in local drug trafficking in Zipaquirá had a hard blow

Friday, 04 de April de 2025 10:35 am

An urban ringleader of the so-called 'Clan del Golfo' was sentenced for ordering the commission of criminal activities in Venadillo (Tolima)

Friday, 04 de April de 2025 9:04 am



## ABOUT US

Headquarters in Bogotá D.C.
Diagonal 22 B No. 52-01 (Ciudad Salitre) (+57) 601 570 20 00

Contact number:
Dial 122 from your mobile phone.

Working hours:
Immediate Reaction Units (Unidades de Reacción Inmediata (URI)): 24 hours a day 7 days a week.
Other offices: 8 a.m - 6 p.m

## FOLLOW US

©