IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

    *Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

    *Respondents*.

Civil Action No. _____

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 23

# POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO

**SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN**

| **CÓDIGO** | SEPG-PT-005 | **VERSIÓN** | 002 | **FECHA** | 11/11/2022 |

OBJETIVO ............................................................................................................................................ 1

ALCANCE ............................................................................................................................................. 1

DESCRIPCIÓN ..................................................................................................................................... 2

    1.    Requisitos para la nominación y elección de miembros independientes ............................ 2

    2.    Perfil de los miembros independientes ................................................................................ 2

    3.    Procedimiento para la nominación de los miembros independientes ................................ 3

    4.    Procedimiento para la elección de los miembros independientes del Consejo Directivo ... 5

    5.    Honorarios de los miembros independientes del Consejo Directivo ................................... 6

DOCUMENTOS ASOCIADOS ............................................................................................................. 6

## OBJETIVO

Esta Política tiene como objetivo definir las reglas y procedimientos para la nominación y selección de los miembros independientes del Consejo Directivo de la Agencia Nacional de Infraestructura.

La selección de los miembros del Consejo Directivo es una atribución que le corresponde a la Nación, representada por los Ministros o sus delegados. El Consejo Directivo de la ANI está compuesto por dos (2) categorías de miembros, los miembros de Gobierno y los miembros independientes. Estos últimos son profesionales que serán seleccionados por la contribución que puedan traer al Consejo en el ámbito de la gestión institucional, siempre que no se encuentren expuestos a conflictos de intereses permanentes.

El Consejo Directivo es el órgano del más alto nivel del gobierno corporativo y es, en adición, el máximo responsable de la gestión de la ANI. Por esta razón, el Consejo es el llamado a encargarse de la selección de los miembros independientes una vez surtido el proceso de nominación señalado en esta Política.

## ALCANCE

La Política de Nominación y Selección va dirigida a los Miembros del Consejo Directivo de la Agencia Nacional de Infraestructura.

# POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO

**SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN**

**CÓDIGO** SEPG-PT-005 **VERSIÓN** 002 **FECHA** 11/11/2022

### DESCRIPCIÓN

### 1. Requisitos para la nominación y elección de miembros independientes

La finalidad de contar con miembros independientes en el Consejo Directivo es lograr que el(la) candidato(a) que ocupe el cargo se encuentre libre de conflictos de interés. Para tales efectos, quienes sean designados como miembros independientes del Consejo Directivo de la Agencia deberán cumplir los siguientes requisitos:

a. No haber sido servidor público de la ANI en los últimos cinco (5) años contados a partir de la nominación realizada por Presidencia de la República.
b. No haber ocupado el cargo de miembro independiente del consejo directivo de la agencia por más de ocho (8) años continuos o dentro de los últimos quince (15) años de manera alternada.
c. No ser accionista, representante legal o miembro de juntas directivas de empresas con las cuales la entidad tenga vigente una relación contractual, o que en los dos (2) últimos años la haya tenido. Se entenderán incluidos dentro de la categoría de relación contractual los contratos de concesión y la estructuración, los diseños, la construcción y/o la operación y mantenimiento de un contrato de concesión o de Asociación Público-Privada, así como haber ejercido la interventoría en uno o algunos de aquellos.
d. No tener vínculo contractual con una entidad del orden nacional o territorial cuyo objeto se relacione con las funciones del Consejo Directivo.
e. No ser servidor público.
f. No ser miembro de junta directiva u ocupar cargo directivo en una empresa o entidad de la que algún miembro del Consejo Directivo sea parte.

### 2. Perfil de los miembros independientes

Los candidatos a ser miembros independientes deberán contar con un perfil relacionado con cargos de liderazgo del más alto nivel organizacional, que cuenten con experiencia y estudios en planificación estratégica, estados financieros, gestión de riesgos, y que hayan ocupado cargos de dirección, de preferencia, en entidades del sector infraestructura o similares.

El perfil de los miembros independientes se divide en tres (3) componentes:

a. Formación académica
b. Experiencia
c. Otras consideraciones

    **a. Formación académica:**

**POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE
MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO**

**SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN**

**CÓDIGO** SEPG-PT-005 **VERSIÓN** 002 **FECHA** 11/11/2022

Profesional con título universitario o equivalente. Adicionalmente, el (la) profesional debe contar con estudios de posgrado, especialización, maestría o doctorado. El candidato(a) debe contar como mínimo con una de ellas.

b. **Experiencia:**

El candidato(a) deberá acreditar el tiempo de experiencia exigido en alguna de las funciones o cargos enunciados a continuación o en la combinación de cualquiera de estos:

| Sector | Posición | Tiempo de experiencia |
|---|---|---|
| De una empresa u organización pública o privada, cuyo objeto social sea afín a la gestión pública, al desarrollo económico, o a la gestión de proyectos industriales, de construcción o de infraestructura. | Miembro de Consejo Directivo o similar | |
| De una empresa u organización pública o privada que maneje activos o presupuesto similar o superior al de la ANI. | Presidente, Gerente General, CEO, Directivo o similar | Siete (7) años |
| Del ámbito académico, la investigación o la gestión de proyectos. | Consultor, Asesor, Docente, Investigador o similar | |

c. **Otras consideraciones**

En adición a los requisitos previamente mencionados, el(la) profesional debe declarar que cumple con lo siguiente:

a. Que cuenta con la disponibilidad de tiempo y dedicación necesaria para cumplir las responsabilidades propias de sus funciones. Esto incluye la asistencia a las sesiones del Consejo Directivo, Mesas Técnicas y Consejos Asesores, la revisión y estudio de los documentos soporte de las respectivas sesiones, así como realizar observaciones de las actas.
b. No encontrarse inmerso en ninguna de las incompatibilidades e inhabilidades establecidas en el Reglamento del Consejo Directivo y las leyes aplicables.

Así mismo, se verificará lo siguiente:

c. Antecedentes en materia disciplinaria, fiscal, penal, contravencional y profesional.

**3. Procedimiento para la nominación de los miembros independientes**

# POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE
# MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO

## SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN

**CÓDIGO** SEPG-PT-005  **VERSIÓN** 002  **FECHA** 11/11/2022

El proceso de nominación y selección de miembros independientes deberá ser aprobado en sesión del Consejo Directivo y se llevará a cabo bajo el siguiente procedimiento:

a. El inicio del proceso de nominación y selección de miembros independientes, deberá ser aprobado en sesión del Consejo Directivo, la decisión de iniciar el proceso se adoptará por mayoría simple de los miembros presentes.

b. En la sesión en la que el Consejo Directivo apruebe iniciar el proceso de nominación y selección de un miembro independiente, podrá designar al Secretario Técnico del Consejo para que se encargue de adelantar el proceso de recepción y análisis de la documentación de cada uno de los nominados, así como de elaborar el informe y la lista que se presentará al Consejo Directivo para la elección; así mismo, si el Consejo así lo determina podrá designar una instancia independiente para adelantar el proceso.

c. En caso de que se encuentren vacantes los cinco (5) miembros independientes, el Consejo Directivo deberá solicitar a la Presidencia de la República la nominación de diez (10) candidatos(as), para lo cual es indispensable tener en cuenta las siguientes consideraciones:

   1. Los nominados(as) deberán cumplir con los requisitos de formación académica, y experiencia descritos en la presente Política.

   2. En consideración a las políticas de equidad de género impulsadas por la ANI, la lista de diez (10) nominados(as) que remita la Presidencia de la República deberá estar conformada por al menos cinco (5) mujeres.

   3. El Secretario Técnico del Consejo Directivo solicitará a los nominados(as) la documentación necesaria para el estudio del cumplimiento de requisitos, para lo cual, los nominados (as) contarán con un término de por lo menos quince (15) días hábiles para remitir, al correo electrónico que se defina para tal efecto, la hoja de vida personal, la documentación de sustento y la declaración expresa de que cumple con las condiciones de independencia definidas en esta Política.

   4. Finalizado el plazo para remitir las hojas de vida junto con los soportes, el Secretario Técnico del Consejo Directivo o la instancia que este órgano haya delegado, analizará los documentos remitidos por cada nominado(a), verificará el cumplimiento de los requisitos señalados en esta Política, adelantará las entrevistas correspondientes (si lo considera pertinente) y presentará la lista de los diez (10) candidatos(as) al Consejo Directivo.

   5. En el evento en que existan nominados que no envíen las hojas de vida junto con los soportes requeridos o en el estudio pertinente se determine que no cumplan con los requisitos exigidos, el Secretario Técnico del Consejo Directivo deberá requerir nuevas nominaciones a la Presidencia de la República, hasta que se garanticen por lo menos dos (2) candidatos(as) que cumplan los requisitos por cada una de las vacantes.

**POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE
MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO**

**SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN**

| **CÓDIGO** | SEPG-PT-005 | **VERSIÓN** | 002 | **FECHA** | 11/11/2022 |

d. En caso de que el procedimiento de nominación corresponda a una vacante en particular y no a la totalidad de los miembros independientes, se cumplirá con el mismo procedimiento descrito anteriormente, garantizando la nominación por parte de la Presidencia de la República de por lo menos dos (2) candidatos(as) por cada una de las vacantes que se requiera suplir.

### 4. Procedimiento para la elección de los miembros independientes del Consejo Directivo

El Consejo Directivo y la ANI garantizarán que el proceso de elección de los miembros independientes sea transparente, plural, diverso, eficiente y que a través de este se logre obtener una lista de seleccionados(as) con los criterios personales, profesionales, académicos y de experiencia señalados en esta Política

Una vez surtido el procedimiento de nominación y se encuentre completa la lista de nominados(as), se llevará a cabo el procedimiento de elección de los miembros independientes, teniendo en cuenta las siguientes consideraciones:

a. La elección de miembros independientes deberá estar en el orden del día de la sesión del Consejo Directivo y podrá adelantarse en sesión ordinaria o extraordinaria.
b. La decisión se tomará por mayoría simple y de llegarse a un empate, el voto dirimente lo tendrá el presidente del Consejo Directivo.
c. En caso de que el número de vacantes sea inferior a los cinco (5) miembros independientes, la elección se adelantará con el mismo procedimiento descrito anteriormente, considerando la lista corta de nominación (con al menos dos (2) candidatos por cada vacante a ocupar). El (los) miembro(s) saliente(s), si lo(s) hubiera, deberá(n) abstenerse de participar en esta elección. De la misma manera, la decisión se tomará por mayoría simple de los miembros presentes y de llegarse a un empate, el voto dirimente lo tendrá el presidente del Consejo Directivo.

El detalle del desarrollo de este proceso deberá ser recogido en el acta de la sesión del Consejo Directivo y en un informe que justifique la decisión tomada por este órgano de gobierno.

Los candidatos seleccionados deberán suscribir la carta de aceptación de su designación. En adición, los(as) candidatos(as) seleccionados(as) deberán declarar pública y explícitamente que cumple con los requisitos de la presente Política, con el deber de indicar expresamente cualquier factor o hecho que pueda exponerlos(las) a conflictos de intereses permanentes.

Una vez se finalice el proceso, la ANI anunciará a través de medios institucionales al(los) nuevo(s) miembro(s) del Consejo Directivo seleccionados, así mismo se publicará la hoja de vida del candidato.

Concluido el proceso anteriormente descrito, los nuevos miembros deberán recibir la inducción respectiva.

**POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO**

**SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN**

| **CÓDIGO** | SEPG-PT-005 | **VERSIÓN** | 002 | **FECHA** | 11/11/2022 |

**5. Honorarios de los miembros independientes del Consejo Directivo.**

Los miembros independientes del Consejo Directivo podrán percibir honorarios, previa expedición de la respectiva reglamentación, de acuerdo con lo establecido en el Decreto 1068 de 2015 "Por medio del cual se expide el Decreto único Reglamentario del Sector Hacienda" o en la norma que lo sustituya.

### DOCUMENTOS ASOCIADOS

- Decreto 4165 de 2011
- Decreto 746 de 2022.
- Ley 734 de 2002. Artículo 40. Conflicto de intereses.
- Política de Conflicto de Intereses.
- Reglamento del Consejo Directivo de la ANI



| | POLÍTICA DE NOMINACIÓN Y SELECCIÓN DE MIEMBROS INDEPENDIENTES DEL CONSEJO DIRECTIVO | | | | |
|---|---|---|---|---|---|
| | SISTEMA ESTRATÉGICO DE PLANEACIÓN Y GESTIÓN | | | | |
| **CÓDIGO** | SEPG-PT-005 | **VERSIÓN** | 002 | **FECHA** | 11/11/2022 |

| CONTROL DE CAMBIOS | | |
|---|---|---|
| **VERSIÓN** | **FECHA** | **DESCRIPCIÓN DEL CAMBIO** |
| 1 | 13/07/2022 | Primera versión del documento |
| 2 | 11/11/2022 | Modificación del documento |

| **APROBACIÓN** | | | |
|---|---|---|---|
| | **Nombre** | **Cargo** | **Aprobación** |
| **Elaborado** | Andrés David Hernández Uscátegui | Experto G3-07 Vicepresidencia de Gestión Corporativa | Aprobado en sesión del Consejo Directivo No. 005 del 11 de noviembre de 2022 |
| **Revisado** | Gustavo Adolfo Salazar Herrán | Vicepresidente de Gestión Corporativa | |
| **Aprobado** | Consejo Directivo | Consejo Directivo | |
| **Vo.Bo. SGC** | Cristian Leandro Muñoz Claros | GIT Planeación | |

Página **7** de **7**

# English Translation
# of Exhibit 23

Machine Translated by Google
Machine Translated by Google



| | NOMINATION AND SELECTION POLICY |
|---|---|
| | INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS |
| | STRATEGIC PLANNING AND MANAGEMENT SYSTEM |
| **CODE** SEPG-PT-005 | **VERSION** 002   **DATE** 11/11/2022 |

OBJECTIVE..................................................................................................................................1

SCOPE.......................................................................................................................................1

DESCRIPTION............................................................................................................................2

    1. Requirements for the nomination and election of independent members..............................2

    2. Profile of independent members .........................................................................................2

    3. Procedure for the nomination of independent members.....................................................3

    4. Procedure for the election of independent members of the Board of Directors..................5

    5. Fees of independent members of the Board of Directors..................................................6

ASSOCIATED DOCUMENTS.......................................................................................................6



This Policy aims to define the rules and procedures for the nomination and selection of independent members of the Board of Directors of the National Infrastructure Agency.

The selection of the members of the Board of Directors is a responsibility of the Nation, represented by the Ministers or their delegates. The Board of Directors of the ANI is composed of two (2) categories of members, the Government members and the independent members. The latter are professionals who will be selected for the contribution they can bring to the Board in the field of institutional management, provided that they are not exposed to permanent conflicts of interest.

The Board of Directors is the highest-level body of corporate governance and is, in addition, the body with the highest responsibility for the management of the ANI. For this reason, the Board is called upon to take charge of the selection of independent members once the nomination process outlined in this Policy has been completed.



The Nomination and Selection Policy is addressed to the Members of the Board of Directors of the National Infrastructure Agency.



| | NOMINATION AND SELECTION POLICY |
|---|---|
| | INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS |
| | STRATEGIC PLANNING AND MANAGEMENT SYSTEM |
| **CODE** SEPTG-PT005 **VERSION** 002 **DATE** 11/11/2022 |



### 1. Requirements for the nomination and election of independent members

The purpose of having independent members on the Board of Directors is to ensure that the candidate who occupies the position is free of conflicts of interest. To this end, those who are appointed as independent members of the Agency's Board of Directors must meet the following requirements:

a. Not having been a public servant of the ANI in the last five (5) years counted from the nomination made by the Presidency of the Republic.

b. Not having held the position of independent member of the agency's board of directors for more than eight (8) continuous years or within the last fifteen (15) years on an alternating basis.

c. Not being a shareholder, legal representative or member of the board of directors of companies with which the entity has a current contractual relationship, or which has had one in the last two (2) years. The contractual relationship category shall include concession contracts and the structuring, designs, construction and/or operation and maintenance of a concession contract or Public-Private Partnership, as well as having acted as an inspector in one or more of these.

d. Not having a contractual link with a national or territorial entity whose purpose is relate to the functions of the Board of Directors.

e. Not be a public servant. f. Not be a member of the board of directors or hold a management position in a company or entity of the that any member of the Board of Directors is a party.

### 2. Profile of independent members

Candidates for independent membership must have a profile related to leadership positions at the highest organizational level, have experience and studies in strategic planning, financial statements, risk management, and have held management positions, preferably in entities in the infrastructure sector or similar.

The profile of independent members is divided into three (3) components:

a. Academic training

b. Experience

c. Other considerations

**a. Academic training:**

Page **2** of **7**



| | NOMINATION AND SELECTION POLICY |  |  |  |  |
|---|---|---|---|---|---|
| | INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS |  |  |  |  |
| | STRATEGIC PLANNING AND MANAGEMENT SYSTEM |  |  |  |  |
| **CODE** | SEPTG-PT005 | **VERSION** | 002 | **DATE** | 11/11/2022 |

Professional with a university degree or equivalent. Additionally, the professional must have postgraduate studies, specialization, master's or doctorate. The candidate must have at least one of them.

**b. Experience:**

The candidate must prove the required amount of experience in any of the functions or positions listed below or in a combination of any of these:

| Sector | Position | Time of experience |
|---|---|---|
| From a public or private company or organization, whose corporate purpose is related to public management, economic development, or the management of industrial, construction or infrastructure projects.<br><br>From a public or private company or organization that manages assets or a budget similar to or greater than that of the ANI. | Member of the Board Manager or similar | Seven (7) years |
| | President, Manager General, CEO, Director or similar | |
| From the academic field, research or project management. | Consultant, Advisor, Teacher, Researcher or similar | |

**c. Other considerations**

In addition to the previously mentioned requirements, the professional must declare that he/she meets the following:

a. That he/she has the time and dedication necessary to fulfill the responsibilities inherent to his/her functions. This includes attending the sessions of the Board of Directors, Technical Committees and Advisory Boards, reviewing and studying the supporting documents of the respective sessions, as well as making observations on the minutes.

b. Not be subject to any of the incompatibilities and disqualifications established in the Regulations of the Board of Directors and applicable laws.

Likewise, the following will be verified:

c. Background in disciplinary, fiscal, criminal, contraventional and professional matters.

## 3. Procedure for the nomination of independent members



| | **NOMINATION AND SELECTION POLICY** | | | | |
|---|---|---|---|---|---|
| | **INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS** | | | | |
| | **STRATEGIC PLANNING AND MANAGEMENT SYSTEM** | | | | |
| **CODE** | SEPTG-PT005 | **VERSION** | 002 | **DATE** | 11/11/2022 |

The nomination and selection process for independent members must be approved at a meeting of the Board of Directors and will be carried out under the following procedure:

a. The start of the nomination and selection process for independent members must be approved at a meeting of the Board of Directors. The decision to start the process will be adopted by a simple majority of the members present.

b. At the session in which the Board of Directors approves to begin the process of nominating and selecting an independent member, it may appoint the Technical Secretary of the Board.
to be responsible for carrying out the process of receiving and analyzing the documentation of each of the nominees, as well as preparing the report and list that will be presented to the Board of Directors for the election; likewise, if the Board so determines, it may appoint an independent body to carry out the process.

c. In the event that the five (5) independent members are vacant, the Council
The Director must request the nomination of ten (10) candidates from the Presidency of the Republic, for which it is essential to take into account the following:
Considerations:

   1. Nominees must meet the academic training requirements, and experience described in this Policy.

   2. In consideration of the gender equity policies promoted by the ANI, the list of ten (10) nominees submitted by the Presidency of the Republic must be made up of at least five (5) women.

   3. The Technical Secretary of the Board of Directors will request from the nominees the necessary documentation for the study of compliance with the requirements, for which, the nominees will have a term of at least fifteen (15) business days to send, to the email address defined for this purpose, the personal resume, the supporting documentation and the express declaration that they meet the conditions of independence defined in this Policy.

   4. Once the deadline for submitting the resumes along with supporting documents has ended, the Technical Secretary of the Board of Directors or the body that this body has delegated, will analyze the documents submitted by each nominee, verify compliance with the requirements indicated in this Policy, conduct the corresponding interviews (if deemed appropriate) and present the list of the ten (10) candidates to the Board of Directors.

   5. In the event that there are nominees who do not send their resumes along with the required supporting documents or in the relevant study it is determined that they do not comply with the required requirements, the Technical Secretary of the Board of Directors must request new nominations for the Presidency of the Republic, until at least two (2) candidates are guaranteed who meet the requirements for each of the
   vacancies.

Machine Translated by Google



| | NOMINATION AND SELECTION POLICY |
|---|---|
| | INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS |
| | STRATEGIC PLANNING AND MANAGEMENT SYSTEM |
| **CODE** SEPTG-PT005 | **VERSION** 002   **DATE** 11/11/2022 |

d. In the event that the nomination procedure corresponds to a particular vacancy and not to all independent members, the same procedure described above will be followed, guaranteeing the nomination by the

Presidency of the Republic of at least two (2) candidates for each of the vacancies that need to be filled.

## 4. Procedure for the election of independent members of the Board Executive

The Board of Directors and the ANI will ensure that the process of electing independent members is transparent, plural, diverse, efficient and that through it a list of selected members is obtained with the personal, professional, academic and experience criteria indicated in this Policy.

Once the nomination procedure has been completed and the list of nominees is complete, the procedure for electing independent members will be carried out, taking into account the following considerations:

a. The election of independent members must be included in the agenda of the meeting of the Board of Directors and may be held in advance during an ordinary or extraordinary session.
b. The decision will be taken by simple majority and if there is a tie, the deciding vote will be cast by the Chairman of the Board of Directors.
c. In the event that the number of vacancies is less than five (5) independent members, the election will be held with the same procedure described above, considering the short list of nominations (with at least two (2) candidates for each vacancy to be filled). The outgoing member(s), if any, must abstain from participating in this election. Likewise, the decision will be made by a simple majority of the members.

present and if there is a tie, the deciding vote will be held by the President of the Board of Directors.

The details of the development of this process must be recorded in the minutes of the meeting of the Board of Directors and in a report justifying the decision taken by this governing body.

Selected candidates must sign the letter of acceptance of their appointment. In addition, selected candidates must publicly and explicitly declare that they meet the requirements of this Policy, with the duty to expressly indicate any factor or fact that may expose them to permanent conflicts of interest.

Once the process is completed, the ANI will announce through institutional media the new member(s) of the Board of Directors selected, and the candidate's resume will also be published.

Once the process described above has been completed, new members must receive the respective induction.



| NOMINATION AND SELECTION POLICY | | | | | |
|---|---|---|---|---|---|
| INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS | | | | | |
| STRATEGIC PLANNING AND MANAGEMENT SYSTEM | | | | | |
| CODE | SEPTG-PT005 | VERSION | 002 | DATE | 11/11/2022 |

**5. Fees of independent members of the Board of Directors.**

Independent members of the Board of Directors may receive fees, subject to the issuance of the respective regulations, in accordance with the provisions of Decree 1068 of 2015 "By means of which the Sole Regulatory Decree of the Treasury Sector is issued" or in the regulation that replaces it.



ASSOCIATED DOCUMENTS

- Decree 4165 of 2011
- Decree 746 of 2022.
- Law 734 of 2002. Article 40. Conflict of interest.
- Conflict of Interest Policy.
- Regulations of the ANI Board of Directors

Page **6** of **7**



| NOMINATION AND SELECTION POLICY |||||
|---|---|---|---|---|
| INDEPENDENT MEMBERS OF THE BOARD OF DIRECTORS |||||
| STRATEGIC PLANNING AND MANAGEMENT SYSTEM |||||
| **CODE** | SEPTG-PT005 | **VERSION** 002 | **DATE** | 11/11/2022 |

| CHANGE CONTROL |||
|---|---|---|
| **VERSION** | **DATE** | **DESCRIPTION OF CHANGE** |
| 1 | 07/13/2022 | First version of the document |
| 2 | 11/11/2022 | Document Modification |
| **APPROVAL** |||

| | Name | Post | Approval |
|---|---|---|---|
| **Elaborated** | Andres David Hernandez Uscategui | Expert G3-07 Vice Presidency of Corporate Management | Approved in session of the Board of Directors No. 005 of November 11, 2022 |
| **Revised** | Gustavo Adolfo Salazar Herran | Vice President of Corporate Management | |
| **Approved** | Board of Directors | Board of Directors | |
| **Vo.Bo. SGC** | Christian Leandro Munoz<br>Clearings | GIT Planning | |