IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

    *Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

    *Respondents*.

**Civil Action No. _____**

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 24



Las obras 4G y 5G avanzan en el país. Actualmente, de los 27 proyectos de cuarta generación, 14 están terminados y los restantes registran un avance promedio del 74% en su fase de construcción, por lo que se espera que inicien la etapa de operación y mantenimiento durante los años 2024, 2025 y 2026. Igualmente, tres proyectos de quinta generación lograron su cierre financiero e iniciaron la fase de construcción: las Troncales del Magdalena 1 y 2, claves para conectar el interior del país con la Costa Caribe, y el proyecto Nueva Malla Vial del Valle del Cauca, Corredor Buga – Loboguerrero – Buenaventura.

La ruta del cambio es avanzar hacia la eficiencia energética y descarbonización del sector, poco a poco lo estamos logrando. Avanzamos en 218.542 toneladas de $CO_2$ mitigadas. Con incentivos, fortalecemos el Fondo para la Promoción de Ascenso Tecnológico. Con el uso de herramientas tecnológicas trabajamos para que Colombia sea una potencia mundial de la vida, priorizando la seguridad vial, a través del fortalecimiento de la estrategia de prevención de siniestralidad. Entre enero y septiembre de 2024 redujimos en -3,3% las pérdidas humanas en siniestros viales, lo que equivale a 205 vidas salvadas.

Lideramos el Pacto por la Movilidad Sostenible, Segura y Saludable. Con equidad y gobernanza implementamos estrategias que permiten minimizar el impacto negativo en el medioambiente, mientras se satisfacen las necesidades de las personas, ejemplo de ello es la masificación de la movilidad eléctrica, este año ingresaron al Registro Único Nacional de Tránsito (RUNT) 2.366 vehículos eléctricos.

En el presente documento, ampliamos estos resultados y presentamos otros más, entre ellos las estrategias para el fortalecimiento del vínculo con la ciudadanía, priorizando el territorio y honrando los compromisos adquiridos con las comunidades, avanzando con paso firme en la construcción de equidad y en la unificación nacional en el escenario del posconflicto.

# 1. El Sector Transporte

En el sector Transporte lideramos las políticas, estrategias, planes, programas y proyectos de seguridad vial, así como de infraestructura de transporte carretero, férreo, fluvial, marítimo y aéreo. Nos conforman ocho entidades, dos de ellas son del sector central: el Ministerio de Transporte que actúa como cabeza y la Superintendencia de Transporte. Cinco entidades hacen parte del sector descentralizado:

- Tres unidades administrativas especiales: la Unidad Administrativa Especial de Aeronáutica Civil, la Agencia Nacional de Seguridad Vial y la Unidad de Planeación de Infraestructura de Transporte.

- Una agencia estatal: la Agencia Nacional de Infraestructura.

- Un establecimiento público: el Instituto Nacional de Vías.

El sector también cuenta con una empresa industrial y comercial del estado: la Corporación Autónoma Regional del Río Grande de la Magdalena.

Ilustración 1. Organigrama del sector Transporte



Fuente: Departamento Administrativo de la Función Pública. Manual de Estructura del Estado. Sector Transporte. 2017

En el **Ministerio de Transporte** lideramos la política pública para el fortalecimiento de la conectividad del país a través de infraestructura y transporte multimodal, sostenible, resiliente, competitivo, saludable, innovador y seguro, que contribuya a la transformación, el desarrollo económico y el bienestar de toda la población, con especial énfasis en las zonas rurales.

La **Superintendencia de Transporte** – Supertransporte, supervisa la efectiva prestación del servicio público de transporte, su infraestructura y los servicios conexos de forma incluyente, accesible y segura, propendiendo por el derecho fundamental a la vida y la protección a los usuarios.

En la **Unidad Administrativa Especial de Aeronáutica Civil** – Aerocivil, trabajamos por el crecimiento ordenado de la aviación civil, la utilización segura del espacio aéreo colombiano, la infraestructura ambientalmente sostenible, la conexión de las regiones entre sí y con el mundo, impulsando así la competitividad y la industria aérea.

A través de la **Agencia Nacional de Seguridad Vial** – ANSV, buscamos prevenir, reducir y controlar la siniestralidad vial, a través de acciones administrativas, educativas y operativas, concientizando a los diversos niveles de la población e integrándola dentro de una cultura vial.

La **Agencia Nacional de Infraestructura** – ANI, impulsa y desarrolla proyectos de infraestructura concesionada para transformar territorios y vidas de manera sostenible, resiliente e incluyente.

En la **Unidad de Planeación de Infraestructura de Transporte** – UPIT, planeamos el desarrollo sostenible de la infraestructura de transporte del país, conectando a los colombianos de manera integral, promoviendo la competitividad y la movilidad para el desarrollo del territorio nacional.

Desde el **Instituto Nacional de Vías** – Invías, ejecutamos los planes, programas y proyectos de infraestructura de transporte carretero, férreo, fluvial y marítimo, para solucionar necesidades de conectividad, transitabilidad y movilidad de los usuarios.

La **Corporación Autónoma Regional del Río Grande de la Magdalena** – Cormagdalena, garantiza la protección y gestión integral del río Magdalena como un bien público a su cargo, que en su conjunto constituye un sistema multidimensional, con el fin de contribuir al aumento del desarrollo competitivo del país, al mejoramiento de la calidad de vida de las comunidades ribereñas y a la protección del derecho de todos los colombianos a gozar de un ambiente sano.

# 2. Colombia Intermodal: Transporte que reactiva y transforma

El Plan Nacional de Desarrollo "Colombia Potencia Mundial de la Vida" definió la ruta para un transporte basado en la justicia social, económica y ambiental, en el que se optimice el uso del tiempo, la energía y el espacio. Por esta razón, desde el sector Transporte le apostamos a conectar toda Colombia desde un enfoque intermodal, a través de una red de infraestructura que facilite la conexión de ciudades, regiones y puertos, con inversiones que generen mayor impacto en la economía y en la reducción de brechas sociales. En este capítulo exponemos los logros alcanzados en esta materia, se presentan aquí los programas estratégicos que incluyen proyectos de impacto regional y departamental en los componentes férreo, fluvial, aéreo, portuario y carretero.

## 2.1 Reactivación del modo férreo

**285.741 toneladas**

movilizadas por la línea férrea de carga La Dorada - Santa Marta, incluyendo hidrocarburos

**145.977 toneladas**

movilizadas por la línea férrea de carga La Dorada - Santa Marta, sin hidrocarburos

Corte: octubre de 2023

# English Translation of Exhibit 24

Machine Translated by Google



Machine Translated by Google

Report on the Accountability of the Transport Sector

**January - October**



4G and 5G projects are advancing in the country. Currently, of the 27 fourth-generation projects, 14 are completed, and the remaining projects are at an average of 74% completion in their construction phase. Operation and maintenance is expected to begin in 2024, 2025, and 2026.

Likewise, three fifth-generation projects achieved financial closure and began construction: the Magdalena Trunk Roads 1 and 2, key to connecting the interior of the country with the Caribbean Coast, and the New Road Network of Valle del Cauca, Buga-Loboguerrero-Buenaventura Corridor project.

The path to change is to move toward energy efficiency and decarbonization of the sector, and we are gradually achieving this. We have mitigated 218,542 tons of $CO_2$. With incentives, we are strengthening the Fund for the Promotion of Technological Advancement. Using technological tools, we are working to make Colombia a global powerhouse of life, prioritizing road safety by strengthening the accident prevention strategy. Between January and September 2024, we reduced losses by -3.3%.

human lives in road accidents, equivalent to 205 lives saved.

We lead the Pact for Sustainable, Safe, and Healthy Mobility. With equity and governance, we implement strategies that minimize the negative impact on the environment while meeting people's needs. An example of this is the widespread use of electric mobility. This year, 2,366 electric vehicles entered the National Single Transit Registry (RUNT).

In this document, we expand on these findings and present additional strategies, including strategies to strengthen ties with citizens, prioritizing the territory and honoring the commitments made to communities, making steady progress toward building equity and national unity in the post-conflict context.



Machine Translated by Google



# 1. The Transport Sector

In the Transportation sector, we lead policies, strategies, plans, programs, and projects for road safety, as well as road, rail, river, sea, and air transportation infrastructure. We are comprised of eight entities, two of which are central: the Ministry of Transportation, which acts as the central entity, and the Transportation Superintendency. Five entities are part of the decentralized sector:

• Three special administrative units: the Special Administrative Unit for Civil Aeronautics, the National Road Safety Agency, and the Transportation Infrastructure Planning Unit.

• A state agency: the National Infrastructure Agency.

• A public establishment: the National Roads Institute.

The sector also has a state-owned industrial and commercial company: the Magdalena River Regional Autonomous Corporation.

11



Illustration 1. Organizational chart of the Transport sector



Source: Administrative Department of the Civil Service. State Structure Manual. Transport Sector. 2017

At the **Ministry of Transportation,** we lead public policy to strengthen the country's connectivity through sustainable, resilient, competitive, healthy, innovative, and safe multimodal infrastructure and transportation, contributing to the transformation, economic development, and well-being of the entire population, with a special emphasis on rural areas.

The **Superintendency of Transportation** (Supertransporte) oversees the effective provision of public transportation services, their infrastructure, and related services in an inclusive, accessible, and safe manner, promoting the fundamental right to life and the protection of users.

In the **Special Administrative Unit of Civil Aeronautics** – Aerocivil, work-

We are committed to the orderly growth of civil aviation, the safe use of Colombian airspace, environmentally sustainable infrastructure, and the connection of regions with each other and with the world, thus boosting competitiveness and the airline industry.

Through the **National Road Safety Agency** – ANSV, we seek

to prevent, reduce and control road accidents through administrative, educational and operational actions, raising awareness at various levels of the population and integrating them into a road culture.

The **National Infrastructure Agency** – ANI, promotes and develops projects

of concessioned infrastructure to transform territories and lives in a sustainable, resilient and inclusive manner.

In the **Transportation Infrastructure Planning Unit** – UPIT,

we plan the sustainable development of the country's transportation infrastructure, connecting Colombians in a comprehensive manner, promoting competitiveness and mobility for the development of the national territory.

From the **National Institute of Roads** – Invías, we execute the plans, programs

and road, rail, river, and sea transport infrastructure projects to address user connectivity, transitability, and mobility needs.

The **Regional Autonomous Corporation of the Magdalena River** –

Cormagdalena guarantees the protection and comprehensive management of the Magdalena River as a public good under its care, which as a whole constitutes a multidimensional system, in order to contribute to increasing the country's competitive development, improving the quality of life of riverside communities, and protecting the right of all Colombians to enjoy a healthy environment.

# 2. Colombia Intermodal:

## Transportation that reactivates and transforms



The National Development Plan "Colombia, a World Power for Life" defined the path to transportation based on social, economic, and environmental justice, optimizing the use of time, energy, and space. For this reason, the Transportation sector is committed to connecting all of Colombia through an intermodal approach, through an infrastructure network that facilitates the connection of cities, regions, and ports, with investments that generate greater impact on the economy and reduce social gaps. This chapter presents the achievements in this area and presents the strategic programs that include projects of regional and departmental impact in the rail, river, air, port, and road sectors.

## 2.1 Reactivation of the railway mode

**285,741 tons**

transported by the La Dorada - Santa Marta freight railway line, including hydrocarbons

**145,977 tons**

mobilized by the La Dorada - Santa Marta freight railway line, without hydrocarbons

Cut-off date: October 2023