IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., | |
| *Petitioner*, | |
| v. | Civil Action No. _____ |
| AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA | |
| *Respondents*. | |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 25

# DECRETO 267 DE 2000

(febrero 22)

por el cual se dictan normas sobre organización y funcionamiento de la Contraloría General de la República, se establece su estructura orgánica, se fijan las funciones de sus dependencias y se dictan otras disposiciones.

**Nota 1: Modificado por el Decreto 405 de 2020, por el Decreto 2037 de 2019, por el Decreto 888 de 2017 y por la Ley 1807 de 2016.**

**Nota 2: Ver Resolución 719 de 2019. Ver Resolución 718 de 2019. Ver Resolución 29 de 2019. Ver Resolución 694 de 2019, D.O. 50.915, pag. 19. Ver Resolución 693 de 2019. Ver Resolución 689 de 2019, D.O. 50.866, pag. 5. Ver Acuerdo 1 de 2018, D.O. 50.712, pag. 10. Ver Resolución 672 de 2018. Ver Resolución 673 de 2018. Ver Resolución 670 de 2018. Ver Resolución 669 de 2018. Ver Resolución 21 de 2018. Ver Resolución 665 de 2018. Ver Resolución 664 de 2018. Ver Resolución 661 de 2018. Ver Resolución 656 de 2018. Ver Resolución 17 de 2017. Ver Resolución 6680 de 2012. Ver Resolución 106 de 2010, CGR.**

**Nota 3: Ver Reglamentación de la Resolución 105 de 2010.**

**Nota 4: Citado en la Revista de la Universidad Pontificia Bolivariana. Revista Facultad de Derecho y Ciencias Políticas. Vol. 44. No. 120. El control fiscal y su ajuste dentro del Estado Social de Derecho. Marlon Iván Maldonado Narváez.**

El Presidente de la República de Colombia, en ejercicio de las facultades extraordinarias que le confiere el artículo 1° de la Ley 573 del 7 de Febrero del 2000 y previo concepto del Contralor General de la República,

DECRETA:

# TÍTULO I

# ORGANIZACIÓN Y FUNCIONES

# CAPÍTULO I

# NATURALEZA, MISIÓN, OBJETIVOS, FUNCIONES Y AUTONOMÍA

Artículo 1. Naturaleza. La Contraloría General de la República es un órgano de control del Estado de carácter técnico, con autonomía administrativa y presupuestal para administrar sus asuntos en los términos y en las condiciones establecidas en la Constitución y en las leyes.

La Contraloría General de la República no tendrá funciones administrativas distintas de las inherentes a su propia organización.

Artículo 2. Misión. Es misión de la Contraloría General de la República cumplir cabal y eficazmente las funciones asignadas por la Constitución y la ley en representación de la comunidad, contribuir a la generación de una cultura del control fiscal en beneficio del interés común y mantener un irrevocable compromiso de excelencia para tales propósitos, inspirada en principios morales y éticos.

Artículo 3. **Modificado por el Decreto 405 de 2020, artículo 1º.** Objetivos. Son objetivos de la Contraloría General de la República, ejercer en representación de la comunidad, la vigilancia y control de la gestión fiscal de la administración y de los particulares o entidades que manejen fondos o bienes públicos, en todos los niveles administrativos y respecto de todo tipo de recursos públicos; evaluar los resultados obtenidos por las diferentes organizaciones y entidades del Estado en la correcta, eficiente, económica, eficaz y equitativa administración del patrimonio público, de los recursos naturales y del medio ambiente; generar una cultura del control del patrimonio del Estado y de la gestión pública; establecer las responsabilidades fiscales e imponer las sanciones pecuniarias que correspondan y las demás acciones

derivadas del ejercicio de la vigilancia y control fiscal; procurar el resarcimiento del patrimonio público.

Texto inicial del artículo 3º: "Objetivos. Son objetivos de la Contraloría General de la República, ejercer en representación de la comunidad, la vigilancia de la gestión fiscal de la administración y de los particulares o entidades que manejen fondos o bienes de la Nación; evaluar los resultados obtenidos por las diferentes organizaciones y entidades del Estado en la correcta, eficiente, económica, eficaz y equitativa administración del patrimonio público, de los recursos naturales y del medio ambiente; generar una cultura del control del patrimonio del Estado y de la gestión pública; establecer las responsabilidades fiscales e imponer las sanciones pecuniarias que correspondan y las demás acciones derivadas del ejercicio de la vigilancia fiscal; procurar el resarcimiento del patrimonio público.",

Artículo 4. **Modificado por el Decreto 405 de 2020, artículo 2º** Sujetos de vigilancia y control fiscal. Son sujetos de vigilancia y control fiscal por parte de la Contraloría General de la República los órganos que integran las ramas del poder público, los órganos autónomos e independientes, los de control y electorales, los organismos creados por la Constitución Política y la ley que tienen régimen especial, y las demás entidades públicas en todos los niveles administrativos, los particulares, las personas jurídicas y cualquier otro tipo de organización o sociedad que a cualquier título recauden, administren, manejen, dispongan o inviertan fondos, recursos del Estado y/o bienes o recursos públicos en lo relacionado con estos.

Lo anterior, sin perjuicio del ejercicio de las competencias de las contralorías territoriales y la aplicación de los principios de coordinación, concurrencia, prevalencia y subsidiariedad, de conformidad con la ley.

Parágrafo. El Banco de la República es sujeto de vigilancia y control fiscal por parte de la Contraloría General de la República cuando administre recursos de la Nación, ejecute actos o cumpla actividades de gestión fiscal y en la medida en que lo haga.

Texto inicial del artículo 4º: "Sujetos de vigilancia y control fiscal. Son sujetos de vigilancia y control fiscal por parte de la Contraloría General de la República:

1. Los órganos que integran las Ramas Legislativa y Judicial del Poder Público;

2. Los órganos que integran el Ministerio Público y sus entidades adscritas;

3. Los órganos que integran la organización electoral y sus entidades adscritas o vinculadas;

4. La Comisión Nacional de Televisión y sus entidades adscritas o vinculadas;

5. Las corporaciones autónomas regionales o de desarrollo sostenible;

6. Las universidades estatales autónomas que administren bienes recursos nacionales o que tengan origen en la nación;

7. El Banco de la República cuando administre recursos de la Nación, ejecute actos o cumpla actividades de gestión fiscal y en la medida en que lo haga;

8. Los demás organismos públicos creados o autorizados por la Constitución con régimen de autonomía; **(Nota: Este numeral fue declarado exequible por la Corte Constitucional en la Sentencia C-1176 del 24 de noviembre de 2004).**

9. Las entidades u organismos que integran la Rama Ejecutiva del Poder Público tanto del sector central como del descentralizado por servicios, del orden nacional, conforme a lo previsto en el artículo 38 de la Ley 489 de 1998;

10. Las demás entidades públicas y territoriales que administren bienes o recursos nacionales o que tengan origen en la Nación;

11. Las corporaciones, asociaciones y fundaciones mixtas cuando quiera que administren recursos de la Nación;

12. Los particulares que cumplan funciones públicas, respecto de los bienes públicos que obtengan o administren o cuando manejen bienes o recursos de la Nación.".

**Nota, artículo 4º: Citado en la Revista de la Universidad Pontificia Bolivariana. Revista Facultad de Derecho y Ciencias Políticas. Vol. 44. No. 120. El control fiscal y su ajuste dentro del Estado Social de Derecho. Marlon Iván Maldonado Narváez.**

**Nota 2, artículo 4º: Ver Resolución 49 de 2019. Ver Resolución 48 de 2019, CGR. D.O. 50.924, pag. 30. Ver Resolución 34 de 2017, CGR. D.O. 50.326, pag. 37.**

Artículo 5. **Modificado por el Decreto 405 de 2020, artículo 3º.** Funciones. Para el cumplimiento de su misión y de sus objetivos, en

desarrollo de las disposiciones consagradas en la Constitución Política, le corresponde a la Contraloría General de la República:

1. Ejercer la vigilancia y el control, de manera posterior y selectiva o concomitante y preventiva, de la gestión fiscal de la administración y de los particulares o entidades que manejen fondos o bienes públicos, en todos los niveles administrativos y respecto de todo tipo de recursos públicos, a través, entre otros, del seguimiento permanente al recurso público, el control financiero, de gestión y de resultados, conforme a los procedimientos y principios que establezcan la Constitución Política, la ley y el Contralor General de la República.

2. Ejercer la vigilancia y control fiscal, de forma prevalente, sobre cualquier entidad territorial y bajo los principios de coordinación, concurrencia y subsidiariedad, de conformidad con la Constitución y la ley.

3. Realizar el especial seguimiento a los recursos públicos, a través de las Contralorías Delegadas Generales y Sectoriales de conformidad con la Constitución Política y la ley.

4. Advertir, en ejercicio del control concomitante y preventivo, a los servidores públicos y particulares que administren recursos públicos sobre la existencia de un riesgo inminente en operaciones o procesos en ejecución, con el fin de prevenir la ocurrencia de un daño, a fin de que el gestor fiscal adopte las medidas que considere procedentes para evitar que se materialice o se extienda, y ejercer control sobre los hechos así identificados.

5. Dictar normas generales para armonizar los sistemas de control fiscal de todas las entidades públicas del orden nacional y territorial; y dirigir e implementar, con apoyo de la Auditoría General de la República, el Sistema Nacional de Control Fiscal, para la unificación y estandarización de la vigilancia y control de la gestión fiscal.

6. Ejercer funciones administrativas y financieras propias de la entidad para el cabal cumplimiento y desarrollo de las actividades de la gestión del control fiscal.

7. Desarrollar actividades educativas formales y no formales en las materias de las cuales conoce la Contraloría General, que permitan la profesionalización individual y la capacitación integral y específica de su talento humano, de los órganos de control fiscal territorial y de los entes ajenos a la entidad, siempre que ello esté orientado a lograr la mejor comprensión de la misión y objetivos de la Contraloría General de la República y a facilitar su tarea.

8. Prestar su concurso y apoyo al ejercicio de las funciones constitucionales que debe ejercer el Contralor General de la República en los términos dispuestos en la Constitución Política y la ley.

9. Conceptuar sobre la calidad y eficiencia del control interno en los términos previstos en la Constitución Política y la ley.

Texto inicial del artículo 5º: "Funciones. Para el cumplimiento de su misión y de sus objetivos, en desarrollo de las disposiciones consagradas en la Constitución Política, le corresponde a la Contraloría General de la República:

1. Ejercer la vigilancia de la gestión fiscal del Estado a través, entre otros, de un control financiero, de gestión y de resultados, fundado en la eficiencia, la economía, la equidad y la valoración de los costos ambientales.

2. Ejercer la vigilancia de la gestión fiscal conforme a los sistemas de control, procedimientos y principios que establezcan la ley y el Contralor General de la República mediante resolución.

3. Ejercer el control posterior sobre las cuentas de cualquier entidad territorial en los casos previstos por la ley.

4. Ejercer funciones administrativas y financieras propias de la entidad para el cabal cumplimiento y desarrollo de las actividades de la gestión del control fiscal.

5. Desarrollar actividades educativas formales y no formales en las materias de las cuales conoce la Contraloría General, que permitan la profesionalización individual y la capacitación integral y específica de su talento humano, de los órganos de control fiscal territorial y de los entes ajenos a la entidad, siempre que ello esté orientado a lograr la mejor comprensión de la misión y objetivos de la Contraloría General de la República y a facilitar su tarea.

6. Ejercer de forma prevalente y en coordinación con las contralorías territoriales, la vigilancia sobre la gestión fiscal y los resultados de la administración y manejo de los recursos nacionales que se transfieran a cualquier título a las entidades territoriales de conformidad con las disposiciones legales. **(Nota: Este numeral fue declarado exequible por la Corte Constitucional en la Sentencia C-127 de 2002.)**

7. **Numeral declarado inexequible por la Corte Constitucional en la Sentencia C-103 de 2015.** *Advertir sobre operaciones o procesos en ejecución para prever graves riesgos que comprometan el patrimonio público y ejercer el control posterior sobre los hechos así identificados.*

8. Prestar su concurso y apoyo al ejercicio de las funciones constitucionales que debe ejercer el Contralor General de la República en los términos dispuestos en este decreto.

9 Conceptuar sobre la calidad y eficiencia del control interno en los términos previstos en la Constitución Política y la ley.".

**Nota, artículo 5º:** Ver Resolución 686 de 2019, CGR. Ver Resolución 19 de 2018, AGR. D.O. 50.639, pag. 81. Ver Resolución 34 de 2017, CGR. D.O. 50.326, pag. 37.

Artículo 6. Autonomía administrativa. En ejercicio de su autonomía administrativa le corresponde a la Contraloría General de la República definir todos los aspectos relacionados con el cumplimiento de sus funciones en armonía con los principios consagrados en la Constitución y en este decreto.

Parágrafo. El Contralor General no podrá crear con cargo al presupuesto de la Contraloría obligaciones que excedan el monto global fijado en el rubro de servicios personales de la Ley Anual de Presupuesto.

**Nota, artículo 6º:** Ver **Resolución 660 de 2018**. Ver **Resolución 659 de 2018**. Ver **Resolución 658 de 2018**. Ver **Resolución 653 de 2018**. Ver **Resolución 591 de 2017**. Ver Resolución 38 de 2017, D.O. 50.455, pag. 182. Ver **Resolución 350 de 2015**. Ver **Resolución 349 de 2015**, CGR.

Artículo 7. Autonomía contractual. En ejercicio de la autonomía contractual, el Contralor General de la República suscribirá en nombre y representación de la entidad, los contratos que debe celebrar en cumplimiento de sus funciones, sin perjuicio de la delegación que al efecto realice conforme a lo dispuesto en el presente decreto.

En los procesos contenciosos administrativos la Contraloría General de la República estará representada por el Contralor General o por el abogado que él designe para el efecto mediante poder.

Artículo 8. Autonomía presupuestal. La Contraloría General de la República tendrá autonomía para la fijación, el manejo y la administración de su presupuesto en concordancia con la Ley Orgánica del Presupuesto Nacional.

La Contraloría General de la República cobrará una tarifa de control fiscal a los organismos y entidades fiscalizadas que manejen fondos o bienes de la Nación, la cual se establecerá de la siguiente forma:

1. Se calculará el presupuesto total de la Contraloría General de la República para la vigencia fiscal que corresponda, incluyendo en él sus gastos de funcionamiento.

2. Se tomará la sumatoria del valor de los presupuestos de los organismos y entidades vigiladas.

3. El valor definido como el presupuesto total de la Contraloría General de la República, tal como se definió en el numeral 1), se dividirá entre la sumatoria del valor de los presupuestos de las entidades y organismos vigilados, obteniendo así un factor.

4. El factor obtenido en el numeral 3) se aplicará al valor de los presupuestos de cada organismo o entidad vigilada considerados individualmente. El resultado de aplicar dicho factor constituye la tarifa de control fiscal por organismo o entidad vigilada.

La tarifa de control fiscal será fijada individualmente para cada organismo o entidad vigilada mediante resolución del Contralor General de la República y dicho valor deberá presupuestarse en forma obligatoria en el respectivo presupuesto anual.

El valor total del recaudo por este concepto no podrá superar por ningún motivo el valor total de los gastos de funcionamiento e inversión que garanticen el óptimo ejercicio de la misión encomendada a la Contraloría General de la República.

**Nota, artículo 8°: Este artículo fue declarado inexequible por la Corte Constitucional en la Sentencia C-1550 del 21 de noviembre de 2000.**

# CAPÍTULO II

## ORGANIZACIÓN ADMINISTRATIVA Y SUS OBJETIVOS

Artículo 9. Criterios para la organización. La organización de la Contraloría General de la República se fundamenta y desarrolla de acuerdo con los siguientes criterios:

1. Especialización sectorial.

2. Tecnificación.

3. Participación ciudadana.

4. Transparencia.

5. Integralidad del control.

6. Simplificación y especialización.

7. Alto nivel profesional.

8. Funcionalidad.

9. Multidisciplinariedad

10. Delegación.

11. Desconcentración administrativa y financiera.

12. Atención horizontal de funciones por sectores de actividad económica y social.

**Nota, artículo 9º: Ver Resolución 34 de 2017, CGR. D.O. 50.326, pag. 37.**

Artículo 10. Niveles de la organización de la administración. El campo de acción de la Contraloría General de la República para el ejercicio de la vigilancia fiscal, de sus dictámenes, conceptos y análisis y del trámite del proceso de responsabilidad fiscal se realizará de acuerdo con la Constitución, las normas y disposiciones que le señalan los asuntos sobre los cuales tiene jurisdicción y competencia. Con el objeto de obtener resultados de interés común, de beneficio general y del cumplimiento de las funciones propias de las dependencias que integran la Contraloría General de la República, ésta se organizará en dos niveles básicos, a saber: nivel central y nivel desconcentrado.

1. Nivel central: El nivel central está conformado por las dependencias con sede en el Distrito Capital;

2. Nivel Desconcentrado: El nivel desconcentrado está constituido por las dependencias de la Contraloría General ubicadas fuera de la sede del Distrito Capital y se configura con observancia de los principios de la función administrativa y en los cuales se radican competencias y funciones en tales dependencias en los términos señalados en el presente decreto.

Tanto el nivel central como el desconcentrado participan en el diseño de los planes, la definición de las políticas, el establecimiento de los programas generales de la administración de la Contraloría, la vigilancia fiscal y la ejecución de los planes, políticas, programas y proyectos administrativos, de vigilancia y control fiscal y del trámite del proceso de responsabilidad fiscal. Cada nivel ejerce en el ámbito de funciones y responsabilidades establecidas

por mandato del presente decreto en forma concurrente y armónica, las competencias y funciones inherentes a la Contraloría General de la República. Es función especial del nivel central coordinar y controlar todas las actividades de la Contraloría en el ámbito nacional, incluyendo las que desarrolla el nivel desconcentrado, así como ejercer funciones especiales asignadas por la Constitución y la ley, cuya naturaleza no implique su ejercicio desconcentrado.

Artículo 11. **Modificado por el Decreto 405 de 2020, artículo 4º.** Estructura orgánica y funcional. La Contraloría General de la República tendrá la siguiente estructura orgánica y funcional:

NIVEL CENTRAL

Nivel superior de dirección.

1. Despacho del Contralor General de la República.

1.1. Secretaría Privada.

1.2. Dirección de Información, Análisis y Reacción Inmediata.

1.2.1. Unidad de Información.

1.2.2. Unidad de Análisis de la Información.

1.2.3. Unidad de Reacción Inmediata

1.3. Sala Fiscal y Sancionatoria.

1.4. Unidad de Investigaciones Especiales contra la Corrupción.

1.5. Unidad de Seguridad y Aseguramiento Tecnológico e Informático.

1.6. Unidad de Cooperación Nacional e Internacional de Prevención, Investigación e Incautación de Bienes.

1.7. Unidad de Apoyo Técnico al Sistema Nacional de Control Fiscal (Sinacof).

1.8. Unidad de Apoyo Técnico al Congreso.

1.9. Oficina Jurídica.

1.10. Oficina de Control Interno.

1.11. Oficina de Control Disciplinario.

1.12. Oficina de Comunicaciones y Publicaciones.

1.13. Centro de Estudios Fiscales (CEF).

1.13.1. Comité Asesor del Centro de Estudios Fiscales.

1.13.2. Fondo Cuenta de Capacitación y Publicaciones.

2. Despacho del Vicecontralor.

2.1. Oficina de Planeación.

2.2. Oficina de Sistemas e Informática.

Contralorías Delegadas Generales

3. Contraloría Delegada para la Participación Ciudadana.

3.1. Dirección de Atención Ciudadana.

3.2. Dirección de Promoción y Desarrollo del Control Fiscal Participativo.

3.3. Dirección de Seguimiento Regional.

4. Contraloría Delegada para Economía y Finanzas Públicas.

4.1. Dirección de Estudios Macroeconómicos.

4.2. Dirección de Cuentas y Estadísticas Fiscales.

5. Contraloría Delegada para el Posconflicto.

6. Contraloría Delegada para Población Focalizada.

6.1. Dirección de Estudios Intersectoriales de Políticas Públicas Focalizadas.

6.2. Dirección de Orientación del Control Fiscal.

Contralorías Delegadas Sectoriales.

7. Contraloría Delegada para el Sector Agropecuario.

7.1. Dirección de Vigilancia Fiscal.

7.2. Dirección de Estudios Sectoriales.

8. Contraloría Delegada para el Sector Minas y Energía.

8.1. Dirección de Vigilancia Fiscal.

8.2. Dirección de Estudios Sectoriales.

9. Contraloría Delegada para el Sector Salud.

9.1. Dirección de Vigilancia Fiscal.

9.2. Dirección de Estudios Sectoriales.

10. Contraloría Delegada para el Sector Trabajo.

10.1. Dirección de Vigilancia Fiscal.

10.2. Dirección de Estudios Sectoriales.

11. Contraloría Delegada para el Sector Educación, Ciencia y Tecnología, Cultura, Recreación y Deporte.

11.1. Dirección de Vigilancia Fiscal.

11.2. Dirección de Estudios Sectoriales.

12. Contraloría Delegada para el Sector Inclusión Social.

12.1. Dirección de Vigilancia Fiscal.

12.2. Dirección de Estudios Sectoriales.

13. Contraloría Delegada para el Sector de Infraestructura.

13.1. Dirección de Vigilancia Fiscal.

13.2. Dirección de Estudios Sectoriales.

14. Contraloría Delegada para el Sector de Tecnologías de la Información y las Comunicaciones.

14.1. Dirección de Vigilancia Fiscal.

14.2. Dirección de Estudios Sectoriales.

15. Contraloría Delegada para el Sector Vivienda y Saneamiento Básico.

15.1. Dirección de Vigilancia Fiscal.

15.2. Dirección de Estudios Sectoriales.

16. Contraloría Delegada para el Sector Comercio y Desarrollo Regional.

16.1. Dirección de Vigilancia Fiscal.

16.2. Dirección de Estudios Sectoriales.

17. Contraloría Delegada para la Gestión Pública e Instituciones Financieras.

17.1. Dirección de Vigilancia Fiscal.

17.2. Dirección de Estudios Sectoriales.

18. Contraloría Delegada para el Sector Defensa y Seguridad.

18.1. Dirección de Vigilancia Fiscal.

18.2. Dirección de Estudios Sectoriales.

19. Contraloría Delegada para el Sector Justicia.

19.1. Dirección de Vigilancia Fiscal.

19.2. Dirección de Estudios Sectoriales.

20. Contraloría Delegada para el Medio Ambiente.

20.1. Dirección de Vigilancia Fiscal.

20.2. Dirección de Estudios Sectoriales.

20.3. Dirección de Desarrollo Sostenible y Valoración de Costos Ambientales

21. Comité de Evaluación Sectorial.

22. Grupos de Exámenes Especiales.

Resarcimiento del Daño al Patrimonio Público

23. Contraloría Delegada para la Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

23.1. Unidad de Responsabilidad Fiscal.

23.1.1. Direcciones de Investigaciones.

23.2. Unidad de Cobro Coactivo.

23.2.1. Direcciones de Cobro Coactivo.

23.3. Unidad de Intervención Judicial.

Gerencias Nacionales

24. Gerencia Administrativa y Financiera.

24.1. Dirección de Contratación.

24.2. Dirección de Infraestructura, Bienes y Servicios.

24.3. Dirección Financiera.

24.4. Dirección de Gestión Documental.

25. Gerencia del Talento Humano.

25.1. Dirección de Gestión del Talento Humano.

25.2. Dirección de Carrera Administrativa.

NIVEL DESCONCENTRADO

26. Gerencia Departamental Colegiada.

26.1. Grupos Delegados de Vigilancia Fiscal.

26.2. Grupos de Responsabilidad Fiscal.

26.3. Grupos de Cobro Coactivo.

26.4. Grupos de Participación Ciudadana.

ÓRGANOS DE ASESORÍA Y COORDINACIÓN

27. Comité Directivo.

28. Junta de Licitaciones o Adquisiciones.

29. Comisión de personal.

30. Comité de Control Interno.

31. Consejo Superior de Carrera Administrativa.

Parágrafo 1°. Las Unidades de Investigaciones Especiales contra la Corrupción, de Seguridad y Aseguramiento Tecnológico e Informático, de Cooperación Nacional e Internacional de Prevención, Investigación e Incautación de Bienes y de Apoyo Técnico al Congreso cumplirán las finalidades y funciones señaladas en el artículo 128 de la Ley 1474 de 2011 y los lineamientos que expida el Contralor General de la República para el desarrollo de las mismas. Las demás Unidades cumplirán las funciones señaladas en el presente decreto Ley.

La Unidad de Seguridad y Aseguramiento Tecnológico e Informático cumplirá las funciones dispuestas en los numerales 7, 8 y 9 del artículo 42A del presente decreto, coordinando lo correspondiente para que los organismos de seguridad del Estado den cumplimiento al parágrafo de la misma norma, en cuanto a la asignación directa y oportuna de los recursos humanos y físicos necesarios en virtud del carácter vinculante de los estudios.

Parágrafo 2°. En cada Gerencia Departamental Colegiada el Contralor General de la República creará, previo estudio técnico de la Oficina de Planeación, los grupos internos de trabajo que sean necesarios para cumplir con las funciones y responsabilidades asignadas.

Parágrafo 3°. En cada Dirección de Vigilancia Fiscal, el Contralor General creará, previo estudio técnico de la Oficina de Planeación, los grupos internos de exámenes especiales que sean necesarios para cumplir con las funciones y responsabilidades asignadas.

Texto anterior del artículo 11. **Modificado por el Decreto 2037 de 2019, artículo 1°.** "Estructura Orgánica y Funcional. La Contraloría General de la República tendrá la siguiente estructura orgánica y funcional:

NIVEL CENTRAL

Nivel superior de dirección.

1. Despacho del Contralor General de la República.

1.1. Secretaría Privada.

1.2. Dirección de Información, Análisis y Reacción Inmediata.

1.2.1. Unidad de Información.

1.2.2. Unidad de Análisis de la Información.

1.2.3. Unidad de Reacción Inmediata.

1.3. Unidad de Investigaciones Especiales contra la Corrupción.

1.4. Unidad de Seguridad y Aseguramiento Tecnológico e Informático.

1.5. Unidad de Cooperación Nacional e Internacional de Prevención, Investigación e Incautación de Bienes.

1.6. Unidad de Apoyo Técnico al Congreso.

1.7. Oficina Jurídica.

1.8. Oficina de Control Interno.

1.9. Oficina de Control Disciplinario.

1.10. Oficina de Comunicaciones y Publicaciones.

1.11. Centro de Estudios Fiscales (CEF).

1.11.1. Comité Asesor del Centro de Estudios Fiscales.

1.11.2. Fondo Cuenta de Capacitación y Publicaciones.

2. Despacho del Vicecontralor.

2.1. Oficina de Planeación.

2.2. Oficina de Sistemas e Informática.

Contralorías Delegadas Generales

3. Contraloría Delegada para la Participación Ciudadana.

3.1. Dirección de Atención Ciudadana.

3.2. Dirección de Promoción y Desarrollo del Control Fiscal Participativo.

3.3. Dirección de Seguimiento Regional.

4. Contraloría Delegada para Economía y Finanzas Públicas.

4.1. Dirección de Estudios Macroeconómicos.

4.2. Dirección de Cuentas y Estadísticas Fiscales.

5. Contraloría Delegada para el Posconflicto.

6. Contraloría Delegada para Población Focalizada.

6.1. Dirección de Estudios Intersectoriales de Políticas Públicas Focalizadas.

6.2. Dirección de Orientación del Control Fiscal.

Contralorías Delegadas Sectoriales.

7. Contraloría Delegada para el Sector Agropecuario.

7.1. Dirección de Vigilancia Fiscal.

7.2. Dirección de Estudios Sectoriales.

8. Contraloría Delegada para el Sector Minas y Energía.

8.1. Dirección de Vigilancia Fiscal.

8.2. Dirección de Estudios Sectoriales.

9. Contraloría Delegada para el Sector Salud.

9.1. Dirección de Vigilancia Fiscal.

9.2. Dirección de Estudios Sectoriales.

10. Contraloría Delegada para el Sector Trabajo.

10.1. Dirección de Vigilancia Fiscal.

10.2. Dirección de Estudios Sectoriales.

11. Contraloría Delegada para el Sector Educación, Ciencia y Tecnología, Cultura, Recreación y Deporte.

11.1. Dirección de Vigilancia Fiscal.

11.2. Dirección de Estudios Sectoriales.

12. Contraloría Delegada para el Sector Inclusión Social.

12.1. Dirección de Vigilancia Fiscal.

12.2. Dirección de Estudios Sectoriales.

13. Contraloría Delegada para el Sector de Infraestructura.

13.1. Dirección de Vigilancia Fiscal.

13.2. Dirección de Estudios Sectoriales.

14. Contraloría Delegada para el Sector de Tecnologías de la Información y las Comunicaciones.

14.1. Dirección de Vigilancia Fiscal.

14.2. Dirección de Estudios Sectoriales.

15. Contraloría Delegada para el Sector Vivienda y Saneamiento Básico.

15.1. Dirección de Vigilancia Fiscal.

15.2. Dirección de Estudios Sectoriales.

16. Contraloría Delegada para el Sector Comercio y Desarrollo Regional.

16.1. Dirección de Vigilancia Fiscal.

16.2. Dirección de Estudios Sectoriales.

17. Contraloría Delegada para la Gestión Pública e Instituciones Financieras.

17.1. Dirección de Vigilancia Fiscal.

17.2. Dirección de Estudios Sectoriales.

18. Contraloría Delegada para el Sector Defensa y Seguridad.

18.1. Dirección de Vigilancia Fiscal.

18.2. Dirección de Estudios Sectoriales.

19. Contraloría Delegada para el Sector Justicia.

19.1. Dirección de Vigilancia Fiscal.

19.2. Dirección de Estudios Sectoriales.

20. Contraloría Delegada para el Medio Ambiente.

20.1. Dirección de Vigilancia Fiscal.

20.2. Dirección de Estudios Sectoriales.

21. Comité de Evaluación Sectorial.

22. Grupos de Exámenes Especiales.

Resarcimiento del Daño al Patrimonio Público

23. Contraloría Delegada para la Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

23.1. Unidad de Responsabilidad Fiscal

23.1.1. Direcciones de Investigaciones.

23.2. Unidad de Cobro Coactivo.

23.2.1. Direcciones de Cobro Coactivo.

23.3. Unidad de Intervención Judicial.

Gerencias Nacionales

24. Gerencia Administrativa y Financiera.

24.1. Dirección de Contratación.

24.2. Dirección de Infraestructura, Bienes y Servicios.

24.3. Dirección Financiera.

24.4. Dirección de Gestión Documental.

25. Gerencia del Talento Humano.

25.1. Dirección de Gestión del Talento Humano.

25.2. Dirección de Carrera Administrativa.

NIVEL DESCONCENTRADO

26. Gerencia Departamental Colegiada.

26.1. Grupos Delegados de Vigilancia Fiscal.

26.2. Grupos de Responsabilidad Fiscal.

26.3. Grupos de Cobro Coactivo.

26.4. Grupos de Participación Ciudadana.

ÓRGANOS DE ASESORÍA Y COORDINACIÓN

27. Comité Directivo.

28. Junta de Licitaciones o Adquisiciones.

29. Comisión de personal.

30. Comité de Control Interno.

31. Consejo Superior de Carrera Administrativa.

Parágrafo 1°. Las Unidades de Investigaciones Especiales contra la Corrupción, de Seguridad y Aseguramiento Tecnológico e Informático, de Cooperación Nacional e Internacional de Prevención, Investigación e Incautación de Bienes y de Apoyo Técnico al Congreso cumplirán las finalidades y funciones señaladas en el artículo 128 de la Ley 1474 de 2011 y los lineamientos que expida el Contralor General de la República para el desarrollo de las mismas. Las demás Unidades cumplirán las funciones señaladas en el presente Decreto ley.

Parágrafo 2°. En cada Gerencia Departamental Colegiada el Contralor General de la República creará, previo estudio técnico de la Oficina de Planeación, los grupos internos de trabajo que sean necesarios para cumplir con las funciones y responsabilidades asignadas.

Parágrafo 3°. En cada Dirección de Vigilancia Fiscal, el Contralor General creará, previo estudio técnico de la Oficina de Planeación, los grupos internos de exámenes especiales que sean necesarios para cumplir con las funciones y responsabilidades asignadas.".

Texto inicial del artículo 11. **Modificado en lo pertinente por el Decreto 888 de 2017, artículo 1°.**
"Organización. La Contraloría General de la República tendrá la siguiente organización:

NIVEL CENTRAL

Nivel superior de dirección.

1. Contralor General de la República.

1.1. Despacho del Contralor General

1.2. Secretaría Privada.

1.3. Oficina Jurídica.

1.4. Oficina de Control Interno.

1.5. Oficina de Control Disciplinario.

1.6. Oficina de Comunicaciones y Publicaciones.

1.7 **Numeral adicionado por la Ley 1807 de 2016, artículo 11.** Centro de Estudios Fiscales (CEF).

1.8 **Numeral adicionado por la Ley 1807 de 2016, artículo 11.** Comité Asesor del Centro de Estudios Fiscales (CEF).

2. Despacho del Vicecontralor.

2.1. Oficina de Planeación.

2.2. **Numeral derogado por la Ley 1807 de 2016, artículo 12.** *Oficina de Capacitación, Producción de Tecnología y Cooperación Técnica Internacional*.

2.3. Oficina de Sistemas e Informática.

Contralorías delegadas.

3. Contraloría Delegada para el Sector Agropecuario.

3.1. Dirección de Vigilancia Fiscal.

3.2. Dirección de Estudios Sectoriales.

4. Contraloría Delegada para el Sector Minas y Energía.

4.1. Dirección de Vigilancia Fiscal

4.2. Dirección de Estudios Sectoriales

5. Contraloría Delegada para el Sector Social.

5.1. Dirección de Vigilancia Fiscal.

5.2. Dirección de Estudios Sectoriales.

6. Contraloría Delegada para el Sector de Infraestructura Física y Telecomunicaciones, Comercio Exterior y Desarrollo Regional.

6.1.Dirección de Vigilancia Fiscal.

6.2. Dirección de Estudios Sectoriales.

7. Contraloría Delegada para la Gestión Pública e Instituciones Financieras.

7.1 Dirección de Vigilancia Fiscal.

7.1. Dirección de Estudios Sectoriales.

8 . Contraloría Delegada para el Sector Defensa, Justicia y Seguridad.

8.1. Dirección de Vigilancia Fiscal.

8.1. Dirección de Estudios Sectoriales.

9. Contraloría Delegada para la Participación Ciudadana.

9.1. Dirección de Atención Ciudadana.

9.1. Dirección de Promoción y Desarrollo del Control Ciudadano.

10 . Contraloría Delegada para el Medio Ambiente.

10.1. Dirección de Vigilancia Fiscal.

10.1. Dirección de Estudios Sectoriales

11. Contraloría Delegada para Investigaciones, Juicios Fiscales y Jurisdicción Coactiva.

11.1. Dirección de Investigaciones Fiscales.

11.2. Dirección de Juicios Fiscales.

11.3. Dirección de Jurisdicción Coactiva.

12. Contraloría Delegada para Economía y Finanzas Públicas

12.1. Dirección de Estudios Macroeconómicos.

12.2. Dirección de Cuentas y Estadísticas Fiscales.

13. Fondo cuenta de publicaciones

14. Comité de Evaluación Sectorial

15. Grupos de exámenes especiales Gerencias nacionales.

16. Gerencia de Gestión Administrativa y Financiera.

16.1. Dirección de Recursos Físicos.

16.2. Dirección Financiera.

16.3. Dirección de Imprenta, Archivo y Correspondencia.

17. Gerencia del Talento Humano.

17.1. Dirección de Gestión del Talento Humano.

17.2. Dirección de Carrera Administrativa

NIVEL DESCONCENTRADO

18. Gerencia Departamental.

19. Grupos Delegados de Vigilancia Fiscal

20. Grupos de Investigaciones, Juicios Fiscales y Jurisdicción Coactiva.

ORGANOS DE ASESORÍA Y COORDINACIÓN

21. Junta de Licitaciones o Adquisiciones.

22. Comisión de personal

23. Comité Directivo.

24. Comité de Control Interno.

25. Consejo Superior de Carrera Administrativa.

Parágrafo 1. En cada gerencia departamental el Contralor General creará, previo estudio técnico de la Oficina de Planeación, los grupos de trabajo que sean necesarios para que el gerente departamental cumpla a cabalidad con sus funciones y responsabilidades.

Parágrafo 2. En cada dirección de Vigilancia Fiscal, el Contralor General creará previo estudio técnico de la Oficina de Planeación, los grupos de exámenes especiales que sean necesarios para que el director cumpla a cabalidad con sus funciones.".

Artículo 12. Objetivo del Despacho del Contralor. Es objetivo del Despacho del Contralor prestar los apoyos auxiliares y administrativos inmediatos que demande el Contralor General de la República contribuyendo a facilitar el ejercicio de sus atribuciones, competencias y funciones constitucionales y legales.

Artículo 13. Objetivo del Despacho del Vicecontralor. Es objetivo del Despacho del Vicecontralor prestar los apoyos auxiliares y administrativos inmediatos que demande el Vicecontralor contribuyendo a facilitar el ejercicio de sus funciones.

Artículo 14. Objetivo de las contralorías delegadas. Es objetivo de las contralorías delegadas garantizar el ejercicio y ejecución de las funciones y responsabilidades misionales definidas en la Constitución Política y la ley a cargo de la Contraloría General de la República en sus distintos ámbitos de competencia, apoyar en forma directa e inmediata el ejercicio de las facultades constitucionales y legales atribuidas al Contralor General de la República y concurrir en la conducción y orientación técnica y de políticas de la entidad.

Artículo 15. Objetivo de las oficinas. Es objetivo de las oficinas asesorar, contribuir a la formulación de políticas, conceptuar y apoyar los asuntos relacionados con su actividad y servir de instancia de coordinación en estos propósitos u otros específicos. También podrán las oficinas elaborar o revisar proyectos de norma, resoluciones o circulares relacionados con su objeto cuando así lo indiquen las disposiciones específicas a ellas aplicables. En todo caso, las oficinas son dependencias de apoyo directo en la conducción y orientación institucional.

Artículo 16. Objetivo de las gerencias nacionales del ramo administrativo. Es objetivo de las gerencias nacionales proponer la política de desarrollo institucional de índole administrativa en sus diversos ámbitos de operación y prever los dispositivos necesarios para garantizar la función administrativa de la Contraloría General de la República. En todo caso, las gerencias nacionales tienen funciones de fijación de políticas y de conducción y orientación institucional en el ramo administrativo del cual se ocupen en la Contraloría General de la República.

Artículo 17. **Modificado por el Decreto 2037 de 2019, artículo 2º.** Objetivo de las direcciones. Es objetivo de las direcciones es orientar, dirigir, fijar lineamientos para la consecución de los resultados de la gestión misional o administrativa y la conducción institucional; formular las políticas que demande cada contraloría delegada, gerencia nacional o los directivos de otras dependencias según el área de competencia, en desarrollo del principio de unidad de gestión, respondiendo a las metas y los planes institucionales, bajo la permanente vigilancia y evaluación del Contralor General de la República, por lo tanto, estarán a cargo de Directores de libre nombramiento y remoción.

Parágrafo. Los servidores que ocupen los empleos de Director Grado 03 de la planta de personal de la Contraloría General de la República y acrediten derechos de carrera, los mantendrán hasta su retiro.

Texto inicial del artículo 17: "Objetivo de las direcciones. Es objetivo de las direcciones orientar y dirigir en forma inmediata en el ámbito de la competencia a ellas asignadas, el conjunto de labores y actividades que demande el ejercicio de sus funciones, responder, en su respectivo nivel, por los resultados de la gestión misional o administrativa, según el caso; por la conducción institucional; por la orientación de las políticas y su formulación; por el apoyo inmediato de naturaleza técnica que demande cada contraloría delegada, gerencia nacional o los directivos de otras áreas.".

Artículo 18. Naturaleza del nivel administrativo de las contralorías delegadas, las oficinas, las gerencias nacionales, las gerencias departamentales y las direcciones. Las contralorías delegadas, las oficinas, las gerencias nacionales, las direcciones nacionales y las gerencias departamentales forman parte integral del nivel directivo de la Contraloría General de la República y en tal carácter, tienen injerencia en distintos ámbitos de actuación, en la formulación de políticas, en la orientación y conducción institucional y en las funciones de control, seguimiento y evaluación, así como las tareas de dirección de las actividades de ejecución.

Artículo 19. Objetivo de las gerencias departamentales. Es objetivo de las gerencias departamentales representar a la Contraloría General de la República en el territorio de su jurisdicción, en calidad de agencias de representación inmediata del nivel superior de dirección de la Contraloría. Para este efecto, conducen la política institucional de la Contraloría en el territorio asignado, bajo la inmediata supervisión del Contralor General y representan a las contralorías delegadas en las materias que se establecen en el presente decreto o las que determine el Contralor General. En todo caso, tales gerencias ejercen competencias de dirección y orientación institucional en el nivel territorial y concurren en la formulación de políticas,

en la representación de la Contraloría General en los términos dispuestos en el presente decreto y en la coordinación y dirección administrativa del trabajo de los grupos de vigilancia fiscal, de investigación, de juicios fiscales y de jurisdicción coactiva y en los demás temas que se establezcan para el cabal cumplimiento del objeto de la Contraloría General.

Artículo 20. Objetivo de los órganos de coordinación y asesoría. Es objetivo de los órganos de coordinación y asesoría servir de instancia de consulta, coordinación y evaluación de los asuntos para los cuales fueron creados.

Artículo 21. Objetivo del Comité Directivo. Es objetivo del Comité Directivo servir como órgano superior jerárquico de consulta, coordinación y evaluación de los asuntos generales de la administración de los recursos humanos, financieros y físicos de la Contraloría, así como participar en la definición de políticas y evaluación de asuntos generales del desarrollo de la vigilancia fiscal y las demás áreas misionales que ejerce la Contraloría General de la República.

Artículo 22. Objetivo del Comité de Evaluación Sectorial. Es objetivo del Comité de Evaluación Sectorial al interior de cada contraloría delegada concertar los programas de trabajo que aquella adelantará, recomendar los indicadores de desempeño de cada plan o programa de acción y de las metas operativas, y efectuar el seguimiento y evaluación a los mismos, así como recomendar los correctivos que fueren del caso.

CAPÍTULO III

DESCONCENTRACIÓN, SECTORIZACIÓN Y PLANIFICACIÓN

Artículo 23. Gerencias departamentales. Para los efectos del eficiente ejercicio de la función administrativa, la desconcentración administrativa será la base de la organización de la Contraloría General de la República a través de gerencias departamentales y de grupos de trabajo de las dependencias centrales con presencia en el territorio nacional. Para la definición de la presencia de la Contraloría General de la República en el territorio nacional y sin perjuicio de lo dispuesto en el artículo 24 del presente decreto, se tomará en cuenta la división político-administrativa del país y en consecuencia podrá

contarse con una gerencia departamental por cada departamento del país, según lo determine el Contralor General, previo concepto del Comité Directivo.

Para la definición de gerencias departamentales deberá considerarse previamente la disponibilidad presupuestal, de las instalaciones físicas, de personal y de equipos.

La sede principal de cada gerencia departamental será la capital del departamento respectivo con el fin de atender las necesidades y conveniencias locativas y operativas del caso. El Contralor General de la República, mediante resolución y previo concepto del Comité Directivo, establecerá el número y clase de grupos de trabajo que operarán en cada departamento.

**Nota, artículo 23: Ver Resolución 443 de 2016, CGR. D.O. 49.893, pag. 20..**

Artículo 24. Reorganización de gerencias departamentales. El Contralor General, previo concepto del Comité Directivo, podrá reorganizar las gerencias departamentales pudiendo integrar en una sola, una o más gerencias, o adicionando las requeridas de acuerdo con la obligación que impone el más eficaz y eficiente cumplimiento de la misión de la Contraloría General y previa la consideración de la disponibilidad presupuestal, de instalaciones físicas, de personal o de equipo con que se cuente.

Parágrafo. Las gerencias departamentales podrán ser integradas por el Contralor General, previo concepto del Comité Directivo, en la medida en que cambie el ordenamiento territorial. Las funciones de la gerencia departamental resultante de la integración, serán las mismas asignadas a este tipo de organización, aunque su ejercicio se hará efectivo dentro del ámbito de su nueva jurisdicción. El Contralor General podrá redistribuir los empleos que resulten asignados en forma armónica a la reorganización de las gerencias.

Artículo 25. Funcionamiento de las gerencias departamentales. Para efectos de garantizar la eficiente presencia y el cumplimiento de la misión de la Contraloría General de la República en el territorio nacional, se garantizará a

las gerencias departamentales el presupuesto de funcionamiento requerido y los recursos humanos, financieros y físicos que se demanden.

El presupuesto de la Contraloría General de la República contemplará las gerencias departamentales creadas por el presente decreto y servirá de medio para controlar el cumplimiento de los objetivos, metas y programas asignados a cada equipo o grupo de trabajo y a la gerencia departamental.

Artículo 26. Facultades de delegación. El Contralor General de la República, mediante acto administrativo, podrá delegar las facultades de ejecución presupuestal, ordenación del gasto, contratación y otras competencias administrativas, técnicas o jurídicas, en los términos de los actos de delegación y de lo dispuesto en el presente decreto. Esta delegación podrá recaer en los servidores públicos del nivel directivo de la Contraloría General de la República. Para el caso de la contratación, la delegación procederá en los términos autorizados por la Ley 80 de 1993.

Para el desarrollo y prestación adecuada de los servicios administrativos los contralores delegados, directores de oficina y gerentes nacionales del ramo administrativo de la Contraloría General de la República, dentro del ámbito de su competencia, podrán delegar en sus subalternos, hasta el nivel asesor o directivo.

Artículo 27. Delegación de las funciones de control fiscal. El Contralor General de la República, mediante acto administrativo, podrá delegar funciones generales o específicas del ejercicio de la vigilancia y del control fiscal, así como las atribuidas a la Contraloría General de la República por las que deba responder, con excepción de los casos de que trata el artículo 29 del presente decreto. Esta delegación podrá hacerse en los servidores públicos de los niveles directivo y asesor de la Contraloría General de la República.

Artículo 28. Competencia y responsabilidad en la delegación. La delegación de que tratan los artículos pertinentes del presente decreto, exime de responsabilidad al delegante y, por lo tanto, corresponderá exclusivamente al delegatario. El funcionario delegante podrá en cualquier tiempo reasumir la competencia y la responsabilidad delegada, y en virtud de ello, revisar, reformar o revocar los actos administrativos expedidos por el delegatario, con sujeción a las disposiciones del Código Contencioso Administrativo.

Artículo 29. Funciones que no se pueden delegar. Sin perjuicio de lo que sobre el particular establezcan otras disposiciones, no podrán delegarse:

1.-La expedición de reglamentos de carácter general, salvo en los casos expresamente autorizados por la Ley.

2.-Las funciones, atribuciones y potestades recibidas en virtud de delegación.

3.-Las funciones que por su naturaleza o por mandato constitucional o legal no son susceptibles de delegación.

4.-Las funciones que suponen la actuación personal y directa del funcionario competente, ante el Congreso de la República y otras autoridades constitucionales.

5.-La facultad nominadora.

Artículo 30. Sectorización. Para garantizar el adecuado ejercicio de las funciones, facultades y actividades de la vigilancia fiscal señaladas en la Constitución, las leyes y demás normas, y para lograr un alto desarrollo del nivel técnico del ejercicio de las mismas, la Contraloría General de la República agrupará por sectores a los sujetos del control fiscal, de acuerdo con el ámbito en el cual desarrollen sus actividades de gestión pública, prestación de servicios, funciones administrativas o regulativas, producción de bienes o actividades comerciales, económicas y financieras.

Con el fin de lograr una adecuada sectorización se aplicarán a las entidades vigiladas los procedimientos, métodos, formas y elementos de la vigilancia de la gestión fiscal claramente identificados y definidos por la Contraloría General de la República mediante reglamentos.

Considerando los criterios de especialización sectorial, funcionalidad y simplificación, el Contralor General, previo concepto del Comité Directivo, podrá asignar y reasignar sujetos pasivos de vigilancia y control fiscal a las contralorías delegadas, en cuyo caso éstas deberán responder por los resultados de la vigilancia de la gestión fiscal del respectivo sector en el que se hubieren asignado tales sujetos.

**Nota, artículo 30: Ver Resolución 34 de 2017, CGR. D.O. 50.326, pag. 37.**

Artículo 31. Nivel micro de la vigilancia de gestión fiscal. Se entiende por nivel micro de la vigilancia de la gestión fiscal, aquel que cubre a cada una de las entidades que actúan y desarrollan sus actividades con autonomía e independencia dentro del respectivo sector al cual pertenecen para efectos del ejercicio del control fiscal.

Artículo 32. Nivel macro de la vigilancia de gestión fiscal. Se entiende por nivel macro de la vigilancia de la gestión fiscal, la consolidación de análisis, resultados y situaciones en que se encuentran y desarrollan las finalidades del Estado, tanto a escala general y territorial, como por sectores de actividad.

Artículo 33. Concepto de la planeación del control fiscal. Para el cumplimiento y desarrollo del presente decreto, se entiende por planeación del control fiscal, el proceso permanente y armónico encaminado a promover el desarrollo de los elementos, instrumentos, conceptos, actividades y parámetros de la vigilancia de la gestión fiscal.

Artículo 34. Sistemas de planeación e instrumentos de la gestión de la vigilancia fiscal. Los sistemas de planeación, ejecución y control de la vigilancia fiscal, los instrumentos de organización del sistema de trabajo para el cumplimiento de la misión institucional de la Contraloría General, así como las herramientas de gestión de la vigilancia fiscal, serán definidos por el Contralor General de la República.

**Nota, artículo 34: Ver Resolución 15 de 2017, C.G.R.**

TITULO II

FUNCIONES DE LAS DEPENDENCIAS DE LA CONTRALORÍA
GENERAL DE LA REPÚBLICA

CAPÍTULO PRIMERO

CONTRALOR, DESPACHO, SECRETARÍA PRIVADA Y OFICINAS DEPENDIENTES

SECCIÓN I

CONTRALOR GENERAL

Artículo 35. Despacho y funciones del Contralor General. Corresponde al Despacho del Contralor, con la colaboración y coordinación del Secretario Privado, prestar y suministrar en forma efectiva los servicios de apoyo inmediato que requiera el Contralor General, con el fin de facilitar el ejercicio de sus funciones.

Son funciones del Contralor General de la República, además de las atribuciones constitucionales y legales a él asignadas, las siguientes:

1. Fijar las políticas, planes, programas y estrategias para el desarrollo de la vigilancia de la gestión fiscal, del control fiscal del Estado y de las demás funciones asignadas a la Contraloría General de la República de conformidad con la Constitución y la ley. **(Nota: Ver Resolución 33 de 2019. Ver Resolución 16 de 2017, CGR.).**

2. Adoptar las políticas, planes, programas y estrategias necesarias para el adecuado manejo administrativo y financiero de la Contraloría General de la República, en desarrollo de la autonomía administrativa y presupuestal otorgada por la Constitución y la ley. **(Nota: Ver Resolución 696 de 2019. Ver**

**Resolución 681 de 2019, D.O. 50.852, pag. 7. Ver Resolución 685 DE 2019, D.O. 50.845, pag. 5. Ver Resolución OGZ-388 de 2016, CGR. D.O. 49.803, pag. 16.).**

3. Fijar las políticas, planes y programas para el desarrollo, ejecución y control del sistema presupuestal de la Contraloría General de la República.

4. Dirigir como autoridad superior las labores administrativas y de vigilancia fiscal de las diferentes dependencias de la Contraloría General de la República, de acuerdo con la ley. **(Nota: Ver Resolución 681 de 2019, D.O. 50.852, pag. 7. Ver Resolución 654 de 2018. Ver Resolución 16 de 2017. Ver Resolución OGZ-388 de 2016, CGR. D.o. 49.803, pag. 16.).**

5. Llevar la representación legal de todos los asuntos que en el ejercicio de sus funciones se presenten a favor o en contra de la entidad.

6. Ordenar la suspensión inmediata, mientras culminan los procesos penales o disciplinarios a que alude el ordinal 8 del artículo 268 de la Constitución Política.

7. Dictar las normas tendientes a la armonización de los sistemas en materia de vigilancia de la gestión fiscal y los controles y modalidades que corresponda, las que serán de obligatorio cumplimiento y adopción por las contralorías territoriales.

8. Las demás que le señale la ley.

Parágrafo. El Contralor General de la República conocerá en segunda instancia de los procesos de responsabilidad fiscal que conozca en primera instancia, la Contraloría Delegada de Investigaciones, Juicios Fiscales y Jurisdicción Coactiva, cuando así lo determine aquél en forma general.

**Nota, artículo 35: Ver Resolución 716 de 2019. Ver Resolución 708 de 2019. Ver Resolución 686 de 2019. Ver Resolución 606 de 2019. Ver Resolución 595 de 2019. Ver Resolución 31 de 2019. Ver Resolución 29 de 2019. Ver Resolución 660 de 2018.**

**Ver Resolución 659 de 2018. Ver Resolución 658 de 2018. Ver Resolución 15 de 2017. Ver Resolución 14 de 2017, C.G.R.**

Artículo 36. Posesión del Contralor General. El Contralor General de la República tomará posesión del cargo ante el Presidente de la República. Quien resulte electo debe manifestar su aceptación al nominador dentro de los quince (15) días hábiles siguientes a la fecha de la elección.

Parágrafo. Las personas que aspiren a ejercer el cargo de Contralor General de la República deberán acreditar ante los organismos que formulen su postulación, que reúnen las condiciones exigidas por la Constitución Política para el desempeño del cargo.

Artículo 37. Calidades. Para ser elegido Contralor General de la República se requiere cumplir lo señalado por el artículo 267 de la Constitución Política y los demás requisitos que determine la ley.

Artículo 38. Faltas absolutas y temporales. De conformidad con lo establecido en el artículo 267 de la Constitución Política, corresponde al Congreso proveer las faltas absolutas del Contralor General de la República. El Consejo de Estado proveerá las faltas temporales.

Parágrafo 1. Mientras el Congreso o el Consejo de Estado, según el caso, efectúe la elección correspondiente, el Vicecontralor asumirá las funciones del Contralor General. Igualmente el Vicecontralor asumirá las funciones del Contralor General en el caso de ausencia forzosa e involuntaria.

Parágrafo 2. En caso de comisiones fuera del país, el Contralor General podrá delegar en el Vicecontralor el ejercicio de las funciones que garanticen el normal desarrollo de la entidad.

Artículo 39. Faltas temporales. Son faltas temporales del Contralor General de la República:

1. Los permisos para separarse del cargo por un periodo superior a un (1) mes;

2. Las licencias superiores a un (1) mes;

3. La incapacidad física transitoria cuando ésta supere un (1) mes;

4. La suspensión provisional en el desempeño de sus funciones dentro de un proceso disciplinario, fiscal o penal;

5. La suspensión provisional de la elección, dispuesta por la jurisdicción administrativa; y

6. La ausencia forzada e involuntaria cuando ella supere un (1) mes.

Parágrafo. La ausencia forzada e involuntaria cuando supere un (1) mes, también se considerará falta temporal de carácter especial, evento en el cual no habrá solución de continuidad en los derechos laborales y prestacionales del Contralor titular.

Artículo 40. Relaciones con el Congreso de la República. El Contralor General de la República tendrá voz en las comisiones permanentes y en las sesiones plenarias del Senado de la República o de la Cámara de Representantes cuando allí se discutan temas y funciones propias de la Contraloría General. Igualmente, podrá solicitar al Congreso de la República, la citación de servidores públicos para que expliquen sus actuaciones.

Artículo 41. Certificado de remuneración. El Contralor General de la República certificará antes del 31 de enero de cada año, el porcentaje promedio ponderado de los cambios ocurridos durante el año inmediatamente anterior en la remuneración de los servidores de la

administración central, el cual determinará el reajuste anual de la asignación de los miembros del Congreso de la República.


SECCIÓN II


SECRETARÍA PRIVADA Y OFICINAS DEPENDIENTES


Artículo 42. Secretaría Privada. Son funciones de la Secretaría Privada:


1. Coordinar y supervisar la ejecución de las labores del Despacho del Contralor General, conforme a las orientaciones del Contralor, e informarlo periódicamente sobre el desarrollo de las mismas.


2. Coordinar con las oficinas dependientes del Despacho del Contralor el apoyo que requiera el Contralor General.


3. Seleccionar los asuntos que deban llevarse al conocimiento directo del Contralor General, según los criterios impartidos por éste, resolviendo aquellos para los cuales esté autorizado.


4. Actuar como secretario de las reuniones, juntas y comités que se efectúen a solicitud del Contralor, cuando éste así lo considere.


5. Coordinar y dirigir las actividades que se requieran para el manejo del protocolo del Despacho del Contralor General.


6. Coordinar el cumplimiento de la agenda del Contralor General.


7. Encargarse de los asuntos o misiones especiales que le sean delegados o encomendados por el Contralor General.

8. Colaborar, cuando el Contralor General así lo determine, en el seguimiento de las instrucciones que éste imparta y verificar su óptimo y oportuno cumplimiento.

9. Implantar, en coordinación con la dependencia de informática, los sistemas de información que garanticen agilidad y confiabilidad en los procesos en que interactúan el Despacho del Contralor y la Secretaría Privada.

10. Vigilar el manejo y conservación de los bienes muebles asignados al Despacho del Contralor y la Secretaría, y velar por la gestión oportuna ante las dependencias competentes de los servicios administrativos y logísticos que requieran éstas.

11. Las demás que le asigne la ley.

Artículo 42A. **Adicionado por el Decreto 2037 de 2019, artículo 3º.** Dirección de información, análisis y reacción inmediata. Son funciones de la Dirección de Información, Análisis y Reacción Inmediata:

1. Dirigir la formulación de políticas, planes, programas, proyectos y procedimientos relacionados con el acceso, acopio, custodia, seguridad, uso, análisis y aprovechamiento de datos e información, que contribuyan a incrementar la eficiencia, eficacia y resultados con valor agregado de las acciones de vigilancia y control fiscal, con el apoyo de la Unidad de Seguridad y Aseguramiento Tecnológico e Informático y la Oficina de Sistemas e Informática en lo que corresponda.

2. Adoptar el Modelo de Gobierno de Datos y estrategia de datos abiertos en la Contraloría General de la República.

3. Dirigir la formulación, orientación e implementación de políticas, planes, programas, proyectos y procedimientos relacionados con la reacción

inmediata frente a riesgos de daño fiscal inminente y el ejercicio de las funciones de policía judicial.

4. Adoptar los criterios y alcances de intervención de los equipos técnicos de reacción inmediata en las actividades de vigilancia y control fiscal, y especiales de fiscalización.

5. Asesorar al Contralor General de la República en la formulación e implementación de planes, programas, proyectos y procedimientos relacionados con las funciones de la dependencia.

6. Asesorar y coordinar en su ámbito funcional a las demás dependencias de la Contraloría General de la República, en el aseguramiento y uso de l a información y bases de datos, la recolección de material probatorio, su debida custodia y utilización, el diseño e implementación de criterios técnicos de selectividad y materialidad del control, y en materia de investigación especializada.

7. Dirigir y coordinar, con la Unidad de Seguridad y Aseguramiento Tecnológico e Informático, de conformidad con la función atribuida en el inciso 5° del artículo 128 de la Ley 1474 de 2011, la identificación, valoración y administración de los riesgos en la seguridad interna y externa, de los servidores, los bienes y la información de la Entidad.

8. Orientar a la Unidad de Seguridad y Aseguramiento Tecnológico e Informático en el diseño e implementación del programa de protección y seguridad del Contralor General de la República, Excontralores Generales de la República y demás servidores de la Entidad de acuerdo con el nivel de riesgo al que estén sometidos, en coordinación con los organismos de seguridad del Estado competentes.

9. Formular los parámetros técnicos, procedimientos y estándares que la Unidad de Seguridad y Aseguramiento Tecnológico e Informático debe seguir para realizar los estudios de amenaza y riesgo a la seguridad de los servidores de conformidad con lo previsto en el artículo 128 de la Ley 1474 de 2011.

10. Promover la incorporación de estándares internacionales, mejores prácticas de gestión, protocolos y la suscripción de convenios, para el cumplimiento de las funciones de la dependencia.

11. Dirigir y adoptar las políticas y protocolos, para compartir, suministrar, integrar o facilitar el acceso, intercambio, integración e interoperabilidad de datos o información de la Entidad con organismos nacionales o internacionales, bajo las directrices del Contralor General de la República.

12. Aprobar la suscripción y liberación de informes de analítica de datos por parte de la Unidad de Análisis de la Información, de acuerdo con los protocolos que se adopten para el efecto.

13. Generar estudios, análisis y estadísticas que contribuyan al mejoramiento de la gestión de la Contraloría General de la República.

14. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Parágrafo. Los estudios de seguridad tendrán una vigencia hasta de dos (2) años, serán reservados y tendrán carácter vinculante para los organismos de seguridad y protección del Estado responsables de implementar las medidas de seguridad.

**Nota, artículo 42A: Ver Decreto 1066 de 2015, artículo 2.4.1.2.40 , parágrafo 2º.**

Artículo 42B. **Adicionado por el Decreto 2037 de 2019, artículo 4º.** Unidad de información. Son funciones de la Unidad de Información:

1. Dirigir y coordinar la implementación del Modelo de Gobierno de Datos y estrategia de datos abiertos en la Contraloría General de la República y la

ejecución de las funciones y proyectos que se generen en su aplicación.

2. Orientar, gestionar y controlar la adquisición, acceso, almacenamiento, seguridad, uso y generación de información y datos en la Contraloría General de la República, de conformidad con las políticas y protocolos que se adopten para el efecto.

3. Administrar y actualizar las bases de datos e información para el ejercicio de la función de vigilancia y control fiscal, de conformidad con las directrices y protocolos adoptados por la Dirección de Información, Análisis y Reacción Inmediata.

4. Proponer y participar en la formulación de las políticas de acceso, custodia, almacenamiento, aseguramiento, intercambio y uso de la información adquirida, obtenida o administrada por la Entidad, en coordinación con las dependencias competentes.

5. Evaluar y determinar la conveniencia técnica del intercambio de información e interoperabilidad entre organismos de investigación, vigilancia y control a nivel nacional e internacional, para la programación y desarrollo de operaciones simultáneas o conjuntas, bajo los lineamientos del Director de Información, Análisis y Reacción Inmediata.

6. Compartir, suministrar, integrar o facilitar el acceso, intercambio, integración e interoperabilidad de datos o información de la Entidad con organismos nacionales o internacionales, bajo las políticas y protocolos adoptados para el efecto.

7. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Artículo 42C. **Adicionado por el Decreto 2037 de 2019, artículo 5º.** Unidad de Análisis de la Información. Son funciones de la Unidad de Análisis de la Información:

1. Dirigir y coordinar los procesos y acciones relacionados con la minería, cruces y analítica de datos e información, mediante el uso de tecnologías y técnicas especializadas, para la identificación de riesgos de detrimento al patrimonio público, la planeación y focalización de la vigilancia y control fiscal y demás actuaciones a cargo de la Entidad.

2. Elaborar los informes de analítica de datos y liberarlos previa aprobación del Director de Información, Análisis y Reacción Inmediata, de acuerdo con los protocolos que se adopten para el efecto.

3. Asesorar a las dependencias de la Contraloría General de la República en el análisis de datos de fuentes internas o externas –estructurados, semiestructurados o no estructurados– a través de soluciones tecnológicas y técnicas especializadas para el ejercicio de la vigilancia y el control fiscal.

4. Ejercer funciones de policía judicial en los ámbitos relacionados con la gestión de datos e información electrónica, de conformidad con las normas y parámetros inherentes a esta actividad, en especial la preservación de la cadena de custodia.

5. Identificar el ciclo integral de los bienes, fondos o recursos públicos, desde su fuente hasta su ejecución, precisando los beneficiarios finales de las erogaciones presupuestales, y reportarlo a la Dirección de Información, Análisis y Reacción Inmediata.

6. Diseñar metodologías y herramientas de gestión que contribuyan al mejoramiento de la vigilancia y control fiscal y demás procesos de la Entidad.

7. Conformar y dirigir un banco de prácticas de gestión pública e identificar indicios, gastos indebidos, malas prácticas, riesgos, patrones o tendencias relacionadas con la gestión fiscal, que sirva como insumo para los ejercicios de vigilancia y control fiscal que se adelanten por las diferentes dependencias de la Entidad.

8. Informar o divulgar a la Unidad de Reacción Inmediata los resultados de las prácticas y actividades identificadas como riesgosas, para el ejercicio de acciones de reacción inmediata, la construcción de propuestas y recomendaciones para el fortalecimiento de la transparencia y el control fiscal.

9. Conformar, en coordinación con las áreas misionales de la Contraloría General de la República, el centro integrado de análisis de información pública, el cual podrá tener carácter interinstitucional, y podrán participar de manera permanente o transitoria servidores de otros organismos de control, de la Rama Judicial, de la Policía Nacional, entre otras entidades o autoridades oficiales.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Artículo 42D. **Adicionado por el Decreto 2037 de 2019, artículo 6º.** Unidad de Reacción Inmediata. Son funciones de la Unidad de Reacción Inmediata:

1. Dirigir las acciones de reacción inmediata de vigilancia y control fiscal que se requieran ante la inminencia de pérdida del recurso público y las acciones de policía judicial de la Entidad, en los términos de la ley y los lineamientos que fije el Contralor General de la República.

2. Dirigir, asesorar y orientar a las diferentes dependencias de la Contraloría General de la República, en materia de investigación técnica especializada.

3. Coordinar con la respectiva Contraloría Delegada la realización conjunta e inmediata de actividades de vigilancia y control fiscal, sobre las situaciones identificadas y descritas como riesgosas por parte de la Unidad de Análisis de la Información.

4. Participar en la formulación, orientación e implementación de políticas, planes, programas, proyectos y procedimientos relacionados con la reacción inmediata frente a riesgos de daño fiscal inminente y el ejercicio de las funciones de policía judicial.

5. Definir los criterios y alcances de intervención de los equipos técnicos de reacción inmediata en las actividades de vigilancia y control fiscal para la adopción del Director de Información, Análisis y Reacción Inmediata.

6. Conformar y coordinar los equipos técnicos interdisciplinarios y especializados de reacción inmediata, de acuerdo con las especificidades de los casos provenientes de la Unidad de Análisis de Información o de las demás dependencias de la Entidad.

7. Coordinar con las diferentes autoridades públicas, dentro del ámbito de sus competencias, la realización de acciones conjuntas de vigilancia y control, relacionadas con la reacción inmediata frente a riesgos de daño fiscal inminente.

8. Ejercer, bajo las directrices del Director de Información, Análisis y Reacción Inmediata, funciones de policía judicial para el recaudo de evidencias que permitan determinar la ocurrencia de hechos generadores de daño al patrimonio público, las cuales se incorporarán y tendrán valor probatorio dentro del correspondiente ejercicio de control, en la forma y términos señalados en la ley.

9. Implementar y mantener actualizado el registro de las acciones de reacción inmediata adelantadas por la Entidad y sus resultados.

10. Coordinar con las entidades que ejerzan funciones de policía judicial la definición e implementación de mecanismos de articulación que racionalicen y eviten la duplicidad de esfuerzos en desarrollo de labores investigativas contra la corrupción.

11. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Artículo 42E. **Adicionado por el Decreto 405 de 2020, artículo 5º.** Sala fiscal y sancionatoria. El Contralor General de la República determinará el número de Contralores Delegados Intersectoriales que conformarán la Sala Fiscal y Sancionatoria, la cual cumplirá las siguientes funciones:

1. Conocer en segunda instancia y en grado de consulta los procesos de responsabilidad fiscal adelantados en primera instancia por la Unidad de Investigaciones Especiales contra la Corrupción, por la Contraloría Delegada General para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

2. Adelantar en primera instancia los procesos sancionatorios de su competencia, de conformidad con la normativa vigente.

3. Conocer en segunda Instancia de los procesos sancionatorios fiscales.

4. Coordinar con la Oficina Jurídica de la Contraloría General de la República la defensa de los intereses de la Nación en los procesos jurisdiccionales o administrativos que se originen en procesos de responsabilidad fiscal o de cobro coactivo, en los que tuvo conocimiento.

5. Remitir a la Unidad de Cobro Coactivo o la dependencia que corresponda, las providencias ejecutoriadas para dar inicio al procedimiento administrativo de cobro coactivo, para lo cual coordinará lo pertinente con los operadores jurídicos fiscales de primera instancia, emitiendo las directrices a las que haya lugar.

6. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Parágrafo. El Contralor General de la República podrá asumir, por razones de conveniencia y oportunidad, el conocimiento de los procesos de responsabilidad fiscal y sancionatorios fiscales, de competencia de la Sala Fiscal y Sancionatoria, en el estado en el que se encuentren y siempre que no se haya emitido fallo de segunda instancia".

Artículo 42F. **Adicionado por el Decreto 405 de 2020, artículo 6º.** Unidad de Apoyo Técnico al Sistema Nacional de Control Fiscal (Sinacof). Son funciones de la Unidad de Apoyo Técnico al Sistema Nacional de Control Fiscal (Sinacof):

1. Dirigir y coordinar la implementación de las políticas, planes, programas y proyectos adoptados en el marco del Sistema Nacional de Control Fiscal.

2. Asistir al Contralor General de la República en la dirección del Sistema Nacional de Control Fiscal.

3. Apoyar técnicamente al Consejo Nacional del Sistema Nacional de Control Fiscal, coordinar y articular el ejercicio de sus funciones, en concurso con las dependencias competentes de la Contraloría General de la República.

3. Realizar estudios sobre la eficiencia y la eficacia en el ejercicio de la vigilancia y control fiscal y hacer recomendaciones al Contralor General de la República y al Consejo Nacional del Sinacof.

4. Desarrollar y presentar para aprobación del Consejo Nacional del Sinacof propuestas para la actualización de la normativa en materia de vigilancia y control fiscal, e instrumentos, metodologías, técnicas y prácticas que permitan cumplir la finalidad del control fiscal y promover su transferencia, asimilación y uso.

5. Realizar estudios comparativos de los sistemas, métodos y procedimientos de vigilancia y control fiscal a nivel nacional e internacional, identificar buenas prácticas de gestión, y proponer al Contralor General de la República y al Consejo Nacional de Sinacof la adopción de políticas en la materia.

6. Brindar asistencia técnica a los órganos de control fiscal para el debido funcionamiento del Sistema Nacional de Control Fiscal (Sinacof).

7. Emitir conceptos técnicos y jurídicos relacionados con el funcionamiento del Sistema Nacional de Control Fiscal (Sinacof) a solicitud de su Consejo Nacional y del Contralor General de la República.

8. Emitir concepto al Contralor General de la República sobre las metodologías, lineamientos y políticas, propuestas por el Consejo Nacional del Sinacof para su aprobación.

9. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.


Artículo 43. Oficina Jurídica. Son funciones de la Oficina Jurídica:

1. Asistir al Contralor General y por su conducto a las dependencias de la Contraloría General de la República en el conocimiento y trámite de conceptos, fallos y asesorías de los asuntos jurídicos que les corresponda resolver, bien por ser de su directa competencia, o por delegación de funciones y en general en todas las actuaciones que comprometan la posición institucional jurídica de la entidad.

2. Asesorar al Contralor General y a las dependencias internas de la Contraloría General de la República en la elaboración de los proyectos de ley, decretos o resoluciones que se deban expedir o hayan de someterse al Congreso de la República o al Gobierno Nacional.

3. Revisar los proyectos de actos administrativos que el Contralor General deba firmar y conceptuar sobre su constitucionalidad y legalidad.

4. Absolver las consultas que sobre interpretación y aplicación de las disposiciones legales relativas al campo de actuación de la Contraloría General, le formulen las dependencias internas, los empleados de las mismas y las entidades vigiladas.

5. Absolver las consultas que formulen las contralorías del nivel departamental, distrital y municipal respecto de la vigilancia de la gestión fiscal y las demás materias en que deban actuar en armonía con la Contraloría General.

6. Revisar jurídicamente los proyectos de contratos de los que en forma directa deba conocer el Contralor General o el Vicecontralor.

7. Proyectar las respuestas de los recursos que el Contralor General deba resolver por la vía gubernativa.

8. Compilar y concordar las normas legales relacionadas con la vigilancia de la gestión fiscal y la gestión pública, manteniendo actualizado el archivo de las mismas y prestando los apoyos de consulta que requieran en el campo

jurídico los funcionarios de la Contraloría General a través de los contralores delegados.

9. Desarrollar los métodos, procedimientos y gestión de la información jurídica, en coordinación con la dependencia competente en materia de sistemas e informática.

10. Asesorar jurídicamente al Comité Directivo y los demás que se conformen.

11. Orientar a las dependencias de la Contraloría General de la República en la correcta aplicación de las normas que rigen para la vigilancia de la gestión fiscal.

12. Estudiar y conceptuar sobre las peticiones relacionadas con las consultas de orden jurídico que le sean formuladas a la Contraloría General de la República.

13. Notificar y comunicar los actos administrativos que en sentido particular expida el Contralor General de la República.

14. Asesorar jurídicamente a las entidades que ejercen el control fiscal en el nivel territorial y a los sujetos pasivos de vigilancia cuando éstos lo soliciten.

15. Representar judicialmente a la Contraloría General de la República ante las autoridades competentes cuando fuere el caso.

16. Coordinar con las dependencias la adopción de una doctrina e interpretación jurídica que comprometa la posición institucional de la Contraloría General de la República en todas aquellas materias que por su importancia ameriten dicho pronunciamiento o por implicar una nueva postura de naturaleza jurídica de cualquier orden.

17. Atender y vigilar las tutelas, acciones de cumplimiento, conciliaciones y cumplimiento de sentencias en coordinación con las dependencias comprometidas para su adecuada resolución y por las que deba responder o sea parte la Contraloría General.

18. Coordinar con cada área responsable la proyección de respuesta a los derechos de petición por los que deba responder en forma directa el Contralor General de la República.

19. Sustanciar los fallos de segunda instancia de los procesos de responsabilidad fiscal y sancionatorios, así como la revocatoria o nulidades a que haya lugar.

20. Las demás que le asigne la ley.

Artículo 44. Oficina de Control Interno. Son funciones de la Oficina de Control Interno:

1. Asesorar en el diseño del sistema de control interno para la Contraloría General de la República y recomendar su adopción por parte del Contralor General y su posterior desarrollo.

2. Asesorar al Contralor General en la administración del sistema de control interno, evaluándolo periódicamente y proponiendo los ajustes pertinentes.

3. Verificar el adecuado funcionamiento del control interno en toda la entidad, para garantizar el acatamiento por parte de la Contraloría General de la República de los principios de la función administrativa de que tratan el artículo 209 de la Constitución Política y la Ley 87 de 1993.

4. Asistir al Contralor General en el examen objetivo, sistemático y profesional de las operaciones financieras, administrativas y de vigilancia de la gestión fiscal con el fin de evaluar y verificar el ejercicio del control interno

en las mismas y preparar el informe correspondiente que contendrá comentarios, conclusiones y recomendaciones.

5. Asesorar al Contralor General en el estudio del funcionamiento del sistema de control interno en todos los niveles de la organización interna y establecer las responsabilidades de su ejercicio mediante la presentación de informes de los exámenes con análisis imparciales y reales de las operaciones; determinar recomendaciones con el fin de que se adopten las acciones correctivas a que hubiere lugar.

6. Realizar la evaluación de la eficiencia y eficacia con que las dependencias de la Contraloría General de la República cumplen sus funciones y objetivos, bien directamente o a través de terceros habilitados legalmente para el efecto.

7. Proporcionar información, análisis, apreciaciones y recomendaciones sobre los procedimientos y actividades de la administración.

8. Velar por el adecuado desarrollo de las leyes, normas, políticas, procedimientos, planes, programas, proyectos, metas, objetivos y estrategias de la Contraloría General de la República y recomendar los ajustes necesarios.

9. Mantener permanentemente informado al Contralor General de la República y a los directivos, acerca de los niveles de realización del control interno dentro de la entidad, dando cuenta de las debilidades detectadas y fallas en su cumplimiento. Así mismo, velar por que se implanten las recomendaciones formuladas.

10. Las demás que le asigne la ley.

Artículo 45. Oficina de Control Disciplinario. Son funciones de la Oficina de Control Disciplinario:

1. Proponer, dirigir y coordinar, de acuerdo con lo estipulado por el Contralor General, las políticas de la Contraloría General para la adecuada aplicación del régimen disciplinario y en especial de la Ley 200 de 1995.

2. Asumir el conocimiento de las indagaciones preliminares e investigaciones disciplinarias que deban adelantarse contra los empleados de la Contraloría General.

3. Participar en la formulación de los programas de capacitación y divulgación del régimen disciplinario, la jurisprudencia y la doctrina sobre la materia.

4. Fijar procedimientos operativos disciplinarios para que los procesos se desarrollen con sujeción a los principios de economía, celeridad, eficacia, imparcialidad y publicidad, buscando así salvaguardar el derecho de defensa y el debido proceso.

5. Ejercer vigilancia de la conducta de los servidores de la Contraloría General y adelantar de oficio, por queja o información de terceros, las indagaciones preliminares e investigaciones por faltas disciplinarias.

6. Sustanciar los fallos de segunda instancia de los procesos de responsabilidad disciplinaria, así como las revocatorias o nulidades de las actuaciones disciplinarias a que haya lugar. **(Nota: Este numeral fue declarado exequible por la Corte Constitucional en la Sentencia C-095 de 2003.)**

7. Poner en conocimiento de la Fiscalía General de la Nación, organismos de seguridad del Estado y las demás autoridades judiciales o administrativas, la comisión de hechos presumiblemente irregulares o ilegales que aparezcan en el proceso disciplinario.

8. Ordenar el archivo de las quejas e investigaciones preliminares cuando aparezca que el hecho investigado no ha existido, que la ley no lo considera como falta disciplinaria o que el funcionario investigado no lo cometió.

9. Rendir informes sobre el estado de los procesos disciplinarios al Contralor General y a las dependencias competentes cuando así lo requieran.

10. Asesorar y guiar permanentemente, hasta la culminación del procedimiento, al jefe inmediato del disciplinado, cuando se trate de faltas leves, para la aplicación del procedimiento abreviado de que trata el artículo 170 de la Ley 200 de 1995.

11. Las demás que le asigne la ley.

Artículo 46. Oficina de Comunicaciones y Publicaciones. Son funciones de la Oficina de Comunicaciones y Publicaciones:

1. Asesorar al Contralor General en el manejo de los medios de comunicación.

2. Registrar visual y gráficamente las actuaciones de los servidores de la Contraloría General, con el objeto de promover y difundir la información relevante.

3. Asesorar las áreas relacionadas con la ejecución de eventos en los que se requiera resaltar las acciones e imagen de la Contraloría General y propender a la adecuada utilización de la imagen corporativa de la entidad.

4. Dar a conocer los adelantos y proyectos de la entidad y preparar informes especiales de acuerdo con el medio de comunicación.

5. Canalizar la información de la Contraloría General de la República hacia los medios de comunicación masivos en el ámbito nacional y regional, así como ofrecer los elementos de soporte necesarios en los aspectos gráficos, visuales e informativos.

6. Atender las relaciones periodísticas y públicas con los medios de comunicación.

7. Redactar, conceptuar, diagramar y circular un medio informativo escrito sobre la marcha de la Contraloría General y los aspectos relevantes de la misma.

8. Producir y realizar los programas que convengan a la imagen de la Contraloría General y a las necesidades de información de la opinión pública, de acuerdo con las políticas establecidas por el Contralor General de la República sobre el particular.

9. Asesorar y coordinar las publicaciones periódicas y en general todo lo relacionado con el desarrollo de proyectos editoriales de la Contraloría General de la República.

10. Planear, dirigir, supervisar y controlar el proceso editorial y de artes gráficas.

11. Supervisar y controlar la calidad de todas las obras impresas de la Contraloría General de la República.

12. Diseñar y llevar a cabo la diagramación de todo trabajo incluyendo los formatos, tipos o fuentes de letra, la disposición de textos, las fotografías, cuadros, las ilustraciones y la realización de todo tipo de carátulas, sin perjuicio de contratar tales servicios si fuere necesario.

13. Calcular y controlar el costo de producción de las publicaciones realizadas, bajo la orientación de la Gerencia de Gestión Administrativa y Financiera.

14. Las demás que le asigne la ley.

Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 58 of 282

CAPITULO II


VICECONTRALOR Y OFICINAS DEPENDIENTES


SECCIÓN I


VICECONTRALOR


Artículo 47. Despacho y funciones del Vicecontralor. Corresponde al Despacho del Vicecontralor, con la colaboración y coordinación del funcionario designado al efecto, prestar y suministrar en forma efectiva los servicios de apoyo inmediato que requiera el Vicecontralor, con el fin de facilitar el ejercicio de sus funciones.


Son funciones del Vicecontralor:


1. Asistir al Contralor General en el ejercicio de sus atribuciones y velar, bajo la orientación de éste, por la calidad total de las labores y competencias asignadas a la Contraloría General de la República por la Constitución y la ley.


2. Asistir al Contralor General en la coordinación, seguimiento, orientación, evaluación y control del manejo y desarrollo de los aspectos técnicos que, en ejercicio de sus atribuciones, desarrolle la Contraloría General de la República.


3. Velar por la buena marcha de la Contraloría General, por el eficaz desenvolvimiento de su misión constitucional y legal y por el cumplimiento de las instrucciones impartidas por el Contralor General.


4. Representar al Contralor General de la República en todo lo que éste determine y remplazarlo en sus ausencias en los términos dispuestos en el

artículo 38 del presente decreto.


5 Orientar y coordinar las oficinas que dependan directamente de su Despacho.


6. Las demás que le sean asignadas por la ley.


SECCIÓN II


OFICINAS DEPENDIENTES DEL VICECONTRALOR


Artículo 48. Oficina de Planeación. Son funciones de la Oficina de Planeación:


1. Asistir al Contralor General y al Vicecontralor y por su conducto a la entidad, en la formulación y determinación de las políticas, planes y programas que en materia de vigilancia de la gestión fiscal, de recursos financieros, físicos, humanos y de bienestar social se deban adoptar.


2. Proponer los planes que permitan orientar el desarrollo y modernización integral de la Contraloría General de la República.


3. Asistir a las dependencias competentes en la elaboración de los planes de desarrollo institucional-con base en criterios de gerencia, planeación estratégica, calidad total-y el desarrollo de metodologías que impliquen mayor tecnología y desarrollo científico que permitan que la entidad se adapte fácilmente a los cambios en la Administración Pública.


4. Asistir y asesorar al nivel superior de la Contraloría General y por su conducto a las dependencias competentes en la definición, determinación y elaboración de los planes que en materia de vigilancia de la gestión fiscal deban realizar y hacerles el seguimiento y evaluación a los mismos.

5. Proponer los indicadores de gestión, en coordinación con todas las dependencias, tendientes a la ejecución de las políticas, planes y programas, llevar el sistema de información de los mismos y diseñar el sistema y las herramientas e instrumentos de seguimiento y evaluación de tales indicadores y del desempeño general de la entidad.

6. Elaborar los informes de cumplimiento de las políticas, planes y programas en forma periódica y con destino a las autoridades competentes que deban conocer de los mismos.

7. Realizar directamente-o promover la realización de los estudios e investigaciones necesarias para su elaboración-los planes, programas y proyectos específicos de desarrollo institucional y de vigilancia de la gestión fiscal que deba realizar la Contraloría General de la República.

8. Recopilar, tabular y procesar las estadísticas de la Contraloría General de la República que sirvan de base para la elaboración de políticas, planes, programas y proyectos, así como el registro de los organismos y personas sujetas a su vigilancia.

9. Consolidar el sistema de registro del costo de los recursos humanos, físicos y financieros involucrados en los planes, programas y proyectos que desarrolle la Contraloría General de la República.

10. Asesorar a la dependencia competente en los asuntos administrativos y financieros en la elaboración del proyecto de presupuesto de la Contraloría General de la República.

11. Hacer evaluación y seguimiento del desarrollo organizacional de la Contraloría General de la República y proponer sus ajustes.

12. Efectuar el diseño de los sistemas de información útiles a la toma de decisiones y administrarlo, definiendo y simplificando el manejo de los

mismos, propendiendo a la funcionalidad y pertinencia de la información, según la competencia en su aprovechamiento y la toma de decisiones y coordinando, con la dependencia competente, el desarrollo tecnológico de soporte que sea requerido.

13. Las demás que le asigne la ley.

Artículo 49. **Derogado por la Ley 1807 de 2016, artículo 12.** *Oficina de Capacitación, Producción de Tecnología y Cooperación Técnica Internacional. Son funciones de la Oficina de Capacitación, Producción de Tecnología y Cooperación Técnica Internacional:*

*1. Asistir al Contralor General y por su conducto a la administración de la Contraloría General de la República, en el diseño de la política de capacitación en el área misional.*

*2. Definir estrategias para la formación de técnicos, profesionales y especialistas que permitan un alto desarrollo del sistema de vigilancia de la gestión fiscal y un control fiscal moderno, dinámico y altamente técnico que desarrolle una cultura organizacional de servicio con calidad total.*

*3. Promover y administrar en forma inmediata el desarrollo de los programas de capacitación del personal de la Contraloría General de la República en el área misional y de los demás organismos de control fiscal.*

*4. Desarrollar y promover, en asocio con las dependencias involucradas, la actualización e implementación de técnicas o metodologías que en materia de vigilancia de la gestión fiscal y en el área misional deba desarrollar la Contraloría General de la República.*

*5. Gestionar la realización de estudios, asesorías, apoyos especializados y la prestación de cooperación técnica para el diseño e implantación de modelos, métodos y procedimientos que permitan armonizar los sistemas de control fiscal de las entidades públicas del orden nacional y territorial, así como evaluar su aplicación y funcionalidad.*

*6. Asistir al Contralor General en la celebración y seguimiento de convenios y en el manejo y coordinación de las relaciones institucionales de la Contraloría General de la República en cooperación internacional y en el desarrollo de tecnologías inherentes a las áreas misionales de la entidad.* **(Nota: Ver Resolución 110 de 2010.).**

Artículo 50. Oficina de Sistemas e Informática. Son funciones de la Oficina de Sistemas e Informática:

1. Asistir al Contralor General y por su conducto a la administración de la Contraloría General de la República, en el desarrollo de los sistemas, normas y procedimientos de informática requeridos por las dependencias de la entidad.

2. Elaborar los diseños de programas, la codificación y las otras tareas requeridas para la programación de reportes y cómputo de información.

3. Determinar las tecnologías y técnicas requeridas para la recolección, el procesamiento y la emisión de información.

4. Establecer los controles sobre utilización de equipos y verificar la calidad del trabajo que se realice sobre los mismos.

5. Asesorar en el procesamiento de la información que requieran las diferentes dependencias de la Contraloría General de la República.

6. Realizar investigaciones para diseñar y sugerir la utilización óptima de equipos electrónicos, de los sistemas y del software.

7. Realizar estudios que permitan determinar la factibilidad técnica y económica de sistematizar las aplicaciones que requiera la Contraloría General de la República.

8. Realizar o participar técnicamente en los procesos de contratación tendientes al análisis, diseño y programación de las aplicaciones que vayan a ser sistematizadas.

9. Elaborar los diferentes manuales de aplicación ajustados a las normas existentes.

10. Realizar el mantenimiento adecuado a los programas de computación para satisfacer los cambios en las especificaciones de los sistemas.

11. Establecer los controles necesarios para llevar el historial de las modificaciones que se efectúen en los programas o aplicaciones.

12. Velar por la seguridad del acceso a las instalaciones donde se encuentren los equipos electrónicos.

13. Definir las prioridades y prestar los servicios de cómputo que se requieran.

14. Dictaminar sobre requerimientos de mantenimiento y conservación de los equipos por las diferentes dependencias y garantizar las reparaciones correspondientes.

15. Las demás que le asigne la ley.

CAPÍTULO III

CONTRALORÍAS DELEGADAS

SECCIÓN I

CONTRALORÍAS DELEGADAS SECTORIALES

**Artículo 51. Modificado por el Decreto 2037 de 2019, artículo 7º.** Contralorías Delegadas Sectoriales. Las contralorías delegadas para la vigilancia y control fiscal de los sectores Agropecuario; Minas y Energía; Salud; Trabajo; Educación, Ciencia y Tecnología, Cultura, Recreación y Deporte; Inclusión Social; Infraestructura; Tecnologías de la Información y las Comunicaciones; Vivienda y Saneamiento Básico; Comercio y Desarrollo Regional; Gestión Pública e Instituciones Financieras; Defensa y Seguridad; Justicia; y Medio Ambiente tienen las siguientes funciones:

1. Responder ante el Contralor General por la vigilancia y control fiscal integral en todas sus etapas y dimensiones en las entidades pertenecientes a su respectivo sector.

2. Dirigir la evaluación de los sistemas de control interno en las entidades de su respectivo sector y proponer los correctivos necesarios para garantizar su óptimo funcionamiento.

3. Adelantar las actuaciones preliminares relacionadas con la responsabilidad fiscal hasta la etapa de apertura del proceso de responsabilidad fiscal, que deberán iniciar las dependencias competentes.

4. Dirigir los estudios y validar los conceptos sobre el comportamiento de la gestión fiscal del sector de vigilancia que a cada delegada corresponda, con énfasis en lo que tenga relación con la gestión del Plan de Desarrollo Económico, Social y Ambiental.

5. Dirigir y definir los estudios integrales de su respectivo sector, con el fin de orientar eficazmente la vigilancia fiscal de manera articulada y bajo la orientación técnica de la Contraloría Delegada para Economía y Finanzas Públicas.

6. Promover la suscripción de planes de mejoramiento resultantes de las acciones de vigilancia y control fiscal por las entidades objeto de su control fiscal, efectuando el seguimiento a su cumplimiento, a través de las Direcciones de Vigilancia Fiscal, y sin perjuicio que se adelanten los procesos de responsabilidad fiscal por la autoridad competente o la adopción de otras medidas inherentes al ejercicio de la vigilancia y control fiscal.

7. Vigilar el desarrollo de los convenios de desempeño de que trata la Ley 489 de 1998, o las disposiciones que la modifiquen, adicionen o sustituyan.

8. Exigir informes sobre la gestión fiscal de los servidores públicos, de las entidades del sector respectivo y sobre los particulares que ejerzan funciones o administren fondos o recursos de naturaleza pública.

9. Imponer las sanciones a los sujetos pasivos de la vigilancia y control fiscal, de conformidad con la normativa vigente.

10. Coordinar con las Contralorías Delegadas para el Medio Ambiente, para la Participación Ciudadana, para el Posconflicto, y para la Población Focalizada, todos los aspectos que permitan la articulación adecuada de la vigilancia fiscal, el control social y el medio ambiente, acatando las orientaciones técnicas que en la materia establezcan dichas contralorías y colaborando en el cumplimiento de sus propósitos.

11. Articular la información, los estudios, el análisis y los resultados de su vigilancia fiscal con las Contralorías Delegadas para Economía y Finanzas Públicas, para la Participación Ciudadana, para el Posconflicto, y para la Población Focalizada, acatando las orientaciones técnicas que en la materia establezcan dichas contralorías y colaborando en el cumplimiento de sus propósitos.

12. Responder por los resultados e informes de vigilancia y control fiscal en su respectivo sector, sin perjuicio de la facultad de revisión de los mismos por parte del Contralor General; adelantar directamente y de oficio las actuaciones que correspondan con el objeto de garantizar la transparencia, la eficiencia y la eficacia de la vigilancia y control fiscal.

13. Proponer al Contralor General las políticas, los planes, los programas y las prioridades que deban establecerse para el ejercicio de la vigilancia y control fiscal en su sector, y responder por todo el territorio nacional por el cumplimiento y buen desempeño de los indicadores y las metas acordadas en el proceso anual o plurianual de planificación que sean de la responsabilidad de dicha delegada.

14. Definir conjuntamente con las Contralorías Delegadas Generales, la Dirección de Información, Análisis y Reacción Inmediata y la Oficina de Planeación, las fuentes de información que deberán compartir, los flujos de la información, las materias de análisis, investigación y de resultados relevantes de su vigilancia fiscal, observando como principio rector la simplificación y racionalización de las exigencias de información y evitando la duplicidad de solicitudes que de la misma se realicen a los sujetos pasivos de la vigilancia fiscal.

15. Contribuir al desarrollo de metodologías estandarizadas, técnicas, transparentes y eficaces para el ejercicio de la vigilancia fiscal y solicitar explícitamente los apoyos y orientaciones requeridos para el efecto por el Centro de Estudios Fiscales.

16. Coordinar con las direcciones que la integran, con la gerencia departamental respectiva y con los grupos de vigilancia fiscal, la propuesta de políticas, planes, programas y prioridades para el ejercicio de la vigilancia fiscal; establecer explícitamente la responsabilidad de cada cual en el cumplimiento de las metas y los indicadores de gestión y desempeño que se hubieren identificado y garantizar su cumplimiento en acuerdo con ellas.

17. Contribuir a la definición de los procesos y procedimientos de vigilancia fiscal que se regirán de acuerdo con los principios de la función administrativa señalados en el artículo 209 de la Constitución Política.

18. Delegar en la Dirección de Vigilancia Fiscal las funciones que garanticen el adecuado, eficaz y eficiente ejercicio de la vigilancia fiscal, que no haya recibido por delegación del Contralor General de la República.

19. Conformar e integrar auditorías intersectoriales, cuando las materias a auditar involucren a dos o más contralorías delegadas.

20. Ordenar que las licitaciones públicas abiertas por los sujetos pasivos de su vigilancia y control fiscal se adjudiquen en audiencia pública, conforme a lo previsto en los artículos 273 de la Constitución Política, 108 de la Ley 42 de 1993, y el numeral 10 del artículo 30 de la Ley 80 de 1993.

21. Ejercer vigilancia sobre la gestión pública y el buen desempeño de las autoridades administrativas en el desarrollo de los principios y definiciones básicas consagradas al respecto en la Ley 489 de 1998.

22. Efectuar los pronunciamientos y ejercer la vigilancia que corresponda, en lo relativo al control de la contratación de urgencia manifiesta de las entidades asignadas a su sector, en los términos dispuestos en el artículo 43 de la Ley 80 de 1993 y las demás disposiciones sobre la materia.

23. Dirigir y adelantar las actuaciones especiales de fiscalización y de especial seguimiento en su respectivo sector, conforme a la reglamentación que expida el Contralor General de la República.

24. **Numeral modificado por el Decreto 405 de 2020, artículo 7º.** Dirigir la ejecución de los mecanismos de seguimiento permanente y preventivo al recurso público en su respectivo sector.

Texto inicial del numeral 24: "Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.".

25. **Adicionado por el Decreto 405 de 2020, artículo 7º.** Adelantar el especial seguimiento de los recursos de su respectivo sector, a través del examen continuo y sistemático sobre el avance y el logro de los objetivos de una política, programa o proyecto, formulados para un periodo determinado y un presupuesto específico, con el fin de determinar el modo como están siendo implementados, de manera independiente a las auditorías programadas en ejecución del Plan de Vigilancia Fiscal.

26. **Adicionado por el Decreto 405 de 2020, artículo 7º.** Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 51: "Contralorías delegadas para la vigilancia fiscal. Las contralorías delegadas para la vigilancia fiscal de los sectores Agropecuario; Minas y Energía; Social; Infraestructura Física y Telecomunicaciones, Comercio Exterior y Desarrollo Regional; Gestión Pública e Instituciones Financieras; Defensa, Justicia y Seguridad, y Medio Ambiente tienen las siguientes funciones:

1. Responder ante el Contralor General por la vigilancia fiscal integral en todas sus etapas y dimensiones en las entidades pertenecientes a su respectivo sector.

2. Dirigir la evaluación de los sistemas de control interno en las entidades de su respectivo sector y proponer los correctivos necesarios para garantizar su óptimo funcionamiento.

3. Adelantar las actuaciones preliminares relacionadas con la responsabilidad fiscal hasta la etapa de apertura de la investigación, que deberá iniciar la Contraloría Delegada para Investigaciones, Juicios Fiscales y Jurisdicción Coactiva.

4. Dirigir los estudios y validar los conceptos sobre el comportamiento de la gestión fiscal del sector de vigilancia que a cada delegada corresponda, con énfasis en lo que tenga relación con la gestión del Plan de Desarrollo Económico, Social y Ambiental.

5. Dirigir y definir los estudios integrales de su respectivo sector, con el fin de orientar eficazmente la vigilancia fiscal de manera articulada y bajo la orientación técnica de la Contraloría Delegada de Economía y Finanzas Públicas.

6. Suscribir convenios de desempeño resultantes de las auditorías organizacionales con las entidades objeto de su vigilancia fiscal, dentro del sector correspondiente, efectuando el seguimiento sobre su cumplimiento, de acuerdo con el reglamento y sin perjuicio del adelanto de los juicios de responsabilidad fiscal por la autoridad competente o la adopción de otras medidas inherentes al ejercicio de la vigilancia fiscal.

7. Vigilar el desarrollo de los convenios de desempeño de que trata la Ley 489 de 1998.

8. Exigir informes sobre la gestión fiscal de los servidores públicos, de las entidades del sector respectivo y sobre los particulares que ejerzan funciones o administren fondos o recursos de naturaleza pública.

9. Imponer, en los términos establecidos en el artículo 101 de la Ley 42 de 1993 y en el Decreto 111 de 1996, las sanciones de amonestación escrita o multa hasta de cinco (5) salarios mensuales devengados por el sancionado, a los sujetos pasivos de la vigilancia fiscal cuando incumplan las instrucciones o términos establecidos por cada contraloría o impidan u obstaculicen en cualquier forma el ejercicio de la vigilancia fiscal.

10. Coordinar con la Contraloría Delegada para el Medio Ambiente y la Contraloría Delegada para la Participación Ciudadana todos los aspectos que permitan la articulación adecuada de la vigilancia fiscal, el control social y el medio ambiente, acatando las orientaciones técnicas que en la materia establezcan dichas contralorías y colaborando eficazmente para que dichas contralorías cumplan sus cometidos.

11. Articular la información, los estudios, el análisis y los resultados de su vigilancia fiscal con la Contraloría Delegada de Economía y Finanzas Públicas.

12. Responder por los resultados e informes de vigilancia fiscal en su respectivo sector, sin perjuicio de la facultad de revisión de los mismos por parte del Contralor General; adelantar directamente y de oficio las acciones, las denuncias y las demás actuaciones que correspondan con el objeto de garantizar la transparencia, la eficiencia y la eficacia de la vigilancia fiscal.

13. Proponer al Contralor General las políticas, los planes, los programas y las prioridades que deban establecerse para el ejercicio de la vigilancia fiscal en su sector y responder en todo el territorio nacional por el cumplimiento y buen desempeño de los indicadores y las metas acordadas en el proceso anual de planificación que sean de la responsabilidad de dicha delegada.

14. Definir conjuntamente con la Contraloría Delegada de Economía y Finanzas Públicas y la Oficina de Planeación, las fuentes de información que deberán compartir, los flujos de la información, las materias de análisis, investigación y de resultados relevantes de su vigilancia fiscal, observando como principio rector la simplificación y racionalización de las exigencias de información y evitando la duplicidad de solicitudes que de la misma se realicen a los sujetos pasivos de la vigilancia fiscal.

15. Contribuir al desarrollo de metodologías estandarizadas, técnicas, transparentes y eficaces para el ejercicio de la vigilancia fiscal y solicitar explícitamente los apoyos y orientaciones requeridos para el efecto a la Oficina de Capacitación, Producción de Tecnología y Cooperación Técnica Internacional.

16. Coordinar con las direcciones que la integran, con la gerencia departamental respectiva y con los grupos de vigilancia fiscal la propuesta de políticas, planes, programas y prioridades para el ejercicio de la vigilancia fiscal; establecer explícitamente la responsabilidad de cada cual en el cumplimiento de las metas y los indicadores de gestión y desempeño que se hubieren identificado y garantizar su cumplimiento en acuerdo con ellas.

17. Contribuir a la definición de los procesos y procedimientos de vigilancia fiscal que se regirán de acuerdo con los principios de la función administrativa del artículo 209 de la Constitución Política.

18. Delegar, en todo aquello que no sea materia de delegación por parte del Contralor General a la Contraloría Delegada, la dirección de vigilancia fiscal, las funciones que garanticen el adecuado, eficaz y eficiente ejercicio de la vigilancia fiscal, especialmente aquellas contempladas en los numerales 3, 7 y 8 de este artículo.

19. Responder los derechos de petición concernientes al campo de sus actuaciones.

20. Ordenar que las licitaciones públicas o concursos de méritos abiertos por los sujetos pasivos de su vigilancia y control fiscal se adjudiquen en audiencia pública, conforme a lo previsto en los artículos 273 de la Constitución Política, 108 de la Ley 42 de 1993, y el numeral 10 del artículo 30 de la Ley 80 de 1993.

21. Ejercer vigilancia sobre la gestión pública y el buen desempeño de las autoridades administrativas en el desarrollo de los principios y definiciones básicas consagradas al respecto en la Ley 489 de 1998.

22. Responder por el control interno en lo de su competencia, como parte del sistema que en esta materia se establezca en la Contraloría General y coordinarse para el efecto con la dependencia responsable de la materia.

23. Efectuar los pronunciamientos y ejercer la vigilancia que corresponda, en lo relativo al control de la contratación de urgencia manifiesta de las entidades asignadas a su sector, en los términos dispuestos en el artículo 43 de la Ley 80 de 1993 y las demás disposiciones sobre la materia.

24. Las demás que le asigne la ley.".

**Nota, artículo 51: Ver Resolución 34 de 2017, CGR. D.O. 50.326, pag. 37. Ver Resolución 14 de 2017, C.G.R.**

Artículo 52. **Modificado por el Decreto 2037 de 2019, artículo 8º.** Direcciones de Vigilancia Fiscal. Son funciones de las direcciones de vigilancia fiscal, en lo que compete a su respectivo sector y a la contraloría delegada de la cual forman parte, en desarrollo de su misión y conforme al principio de unidad de gestión:

1. Dirigir la implementación de las políticas, planes, programas y proyectos relativos a la vigilancia y control fiscal micro en su respectivo sector y participar en su formulación.

2. Dirigir el proceso de vigilancia y control fiscal y contribuir al cumplimiento de las metas y los indicadores de desempeño establecidos en la planeación anual o plurianual, de acuerdo con los lineamientos impartidos por el Contralor General de la República y el Contralor Delegado del correspondiente sector, así como formular y adoptar las políticas que resulten necesarias para el mejoramiento continuo de la labor misional.

3. Evaluar el cumplimiento de los principios de gestión y administración consagrados en la Ley 489 de 1998 y, en especial, de los planes y políticas de desarrollo administrativo, en las entidades del respectivo sector.

4. Dirigir la evaluación de la calidad y eficiencia del control interno de las entidades del respectivo sector e imprimirle orientación técnica a la misma.

5. Hacer seguimiento a los planes de mejoramiento resultantes de los ejercicios de control fiscal con las entidades controladas, coordinando lo correspondiente con la Contraloría Delegada General respectiva, de acuerdo con el reglamento que al respecto establezca el Contralor General de la República.

6. Dirigir, coordinar y controlar las auditorías y demás ejercicios de control fiscal y responder por la eficacia y articulación de los mismos con las Contralorías Delegadas Generales en lo de su competencia, bajo la orientación del Contralor Delegado de su respectivo sector.

7. Elaborar e implementar metodologías, sistemas técnicos y procedimientos que contribuyan a la estandarización, a la eficacia y a la eficiencia de la vigilancia y control fiscal para que sean adoptados por las autoridades competentes.

8. Responder ante el Contralor General de la República y ante el Contralor Delegado del respectivo sector, por la dirección de la ejecución de las auditorías, revisión de cuentas e indagaciones preliminares, y demás actuaciones relacionadas con la vigilancia y control fiscal.

9. Responder por las indagaciones preliminares que deban adelantarse como resultado de las auditorías realizadas u otra actuación de vigilancia y control fiscal, y atender los requerimientos que sobre la materia efectúen la Contraloría Delegada para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo y demás dependencias encargadas de adelantar procesos de responsabilidad fiscal.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 52: "Direcciones de vigilancia fiscal. Son funciones de las direcciones de vigilancia fiscal, en lo que compete a su respectivo sector y a la contraloría delegada de la cual forman parte, en desarrollo de su misión:

1. Dirigir en forma inmediata el proceso de vigilancia fiscal y garantizar el cumplimiento de las metas y los indicadores de desempeño establecidos en la planeación anual.

2. Evaluar el cumplimiento de los principios de gestión y administración consagrados en la Ley 489 de 1998 y en especial de los planes y políticas de desarrollo administrativo.

3. Dirigir en forma inmediata la evaluación de la calidad y eficiencia del control interno de las entidades del respectivo sector e imprimirle orientación técnica a la misma.

4. Proponer los convenios de desempeño resultantes de las auditorías organizacionales con las entidades controladas y hacer el seguimiento de los mismos de acuerdo con el reglamento que al respecto establezca el Contralor General de la República.

5. Dirigir, coordinar, controlar y disponer lo necesario para ejecutar las auditorías y responder por la eficacia y articulación de las mismas con la Contraloría Delegada de Economía y Finanzas Públicas en lo de su competencia, bajo la orientación del Contralor Delegado de su respectivo sector.

6. Elaborar metodologías, sistemas técnicos y procedimientos que contribuyan a la estandarización, a la eficacia y a la eficiencia de la vigilancia fiscal para que sean adoptados por las autoridades competentes.

7. Solicitar a la Oficina de Capacitación, Producción de Tecnología y Cooperación Técnica Internacional, el apoyo para el diseño de sistemas de vigilancia fiscal.

8. Responder ante el Contralor Delegado del respectivo sector por la dirección de la ejecución de las auditorías, de la revisión de cuentas y de las indagaciones del sector respectivo.

9. Responder, en coordinación con la Contraloría Delegada para Investigaciones, Juicios Fiscales y Jurisdicción Coactiva, por las indagaciones que deban adelantarse como resultado de las auditorías realizadas.

10. Cooperar con la contraloría delegada en la orientación y conducción institucional, en la coordinación interna con otras dependencias de la Contraloría General en los aspectos relativos al control fiscal y en la coordinación externa con los entes vigilados.

11. Las demás que le asigne la ley.".

**Artículo 53. Modificado por el Decreto 2037 de 2019, artículo 9º.** Direcciones de Estudios Sectoriales. Son funciones de las direcciones de estudios sectoriales en lo que compete a su respectivo sector y a la contraloría delegada de la cual forman parte y en desarrollo de su misión y conforme al principio de unidad de gestión:

1. Dirigir la implementación de las políticas, planes, programas y proyectos relativos a la vigilancia y control fiscal macro en su respectivo sector y participar en su formulación.

2. Dirigir los estudios de seguimiento y evaluación del desempeño de la gestión fiscal con respecto a los Planes de Desarrollo en lo pertinente a su respectivo sector, bajo la orientación de las Contralorías Delegadas competentes.

3. Dirigir los estudios sectoriales en materia organizacional, de gestión, fiscales y de política pública, establecer las limitaciones propias del sector o sistema administrativo respectivo y formular propuestas y recomendaciones de tipo macrosectorial para el fortalecimiento del ejercicio del control fiscal.

4. Dirigir los estudios sobre el sistema nacional de control interno y la forma como este se desarrolla en el respectivo sector.

5. Estudiar y conceptuar sobre la eficiencia en el cumplimiento de los principios de la función administrativa de las reformas administrativas sectoriales.

6. Proponer, en coordinación con la Oficina de Planeación, indicadores de tipo sectorial que permitan evaluar el desempeño de las políticas públicas y la intervención del Estado en el sector respectivo, evaluar los resultados de estos indicadores y el cumplimiento de las metas institucionales.

7. Dirigir la elaboración de estadísticas sectoriales para la conceptualización del desempeño fiscal, administrativo, institucional y de políticas públicas.

8. Dirigir y orientar en una perspectiva sectorial, la identificación de los problemas que resulten de la gestión de las entidades públicas y su presencia en los niveles administrativos, organizacionales, fiscales y financieros, de forma que la Contraloría Delegada, a través de la Dirección de Vigilancia Fiscal, pueda elaborar un mapa sectorial de riesgos que le permita priorizar sus intervenciones y contextualizar con una visión integral el ejercicio de la vigilancia y control fiscal.

9. Identificar y aportar la información sectorial necesaria para el desarrollo de las funciones de la Contraloría Delegada para Economía y Finanzas Públicas, en particular para los temas macro de naturaleza fiscal y de desempeño económico de los sectores, así como aquella relacionada con el cumplimiento de los objetivos de las políticas públicas.

10. Dirigir la elaboración de los mapas de riesgos correspondientes al sector para orientar las acciones prioritarias de vigilancia y control fiscal.

11. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 53: "Direcciones de estudios sectoriales. Son funciones de las direcciones de estudios sectoriales en lo que compete a su respectivo sector y a la contraloría delegada de la cual forman parte y en desarrollo de su misión consagrada en el presente Decreto:

1 Dirigir los estudios de seguimiento y evaluación del desempeño de la gestión fiscal con respecto al Plan de Desarrollo Económico, Social y Ambiental en lo pertinente a su respectivo sector, bajo la orientación de la Contraloría Delegada de Economía y Finanzas Públicas y del Contralor Delegado del sector correspondiente.

2. Dirigir los estudios sectoriales en materia organizacional, de gestión, fiscales y de política pública, establecer las limitaciones propias del sector o sistema administrativo respectivo y formular propuestas y recomendaciones de tipo macrosectorial.

3. Dirigir los estudios sobre el sistema nacional de control interno y la forma como éste se desarrolla en el respectivo sector.

4. Estudiar y conceptuar sobre la eficiencia en el cumplimiento de los principios de la función administrativa de las reformas administrativas sectoriales.

5. Proponer, en coordinación con la Oficina de Planeación, indicadores de tipo sectorial que permitan evaluar el desempeño de las políticas públicas y la intervención del Estado en el sector respectivo, evaluar los resultados de estos indicadores y el cumplimiento de las metas respectivas.

6. Elaborar estadísticas sectoriales útiles en la conceptualización del desempeño fiscal, administrativo, institucional y de políticas públicas.

7. Elaborar los mapas de riesgo correspondientes al sector para orientar las acciones prioritarias de vigilancia fiscal.

8. Orientar en una perspectiva sectorial la identificación de los problemas que resulten de la gestión de las entidades públicas y su presencia en los niveles administrativos, organizacionales, fiscales y financieros, de forma que la Contraloría Delegada, a través de la Dirección de Vigilancia Fiscal, pueda elaborar un mapa sectorial de riesgos que le permita priorizar sus intervenciones y contextualizar con una visión integral el ejercicio de la vigilancia fiscal.

9. Aportar la información sectorial necesaria para el desarrollo de las funciones de la Contraloría Delegada de Economía y Finanzas Públicas, en particular para los temas macro de naturaleza fiscal y de desempeño económico de los sectores.

10. Las demás que le asigne la ley.".

**Artículo 54. Modificado por el Decreto 405 de 2020, artículo 8º.** Contraloría delegada para el medio ambiente. Además de las funciones comunes a las contralorías delegadas de que trata el artículo 51, son funciones adicionales de la Contraloría Delegada para el Medio Ambiente:

1. Dirigir y promover estudios de evaluación de la política y de la gestión ambiental del Estado y responder por los resultados y calidad de los mismos.

2. Dirigir y disponer lo necesario para el seguimiento permanente de las políticas públicas en materia ambiental contenidas en el Plan Nacional de Desarrollo.

3. Articular el ejercicio de la vigilancia y control fiscal para que coadyuven al desarrollo sostenible y a la minimización de los riesgos e impactos ambientales, a través de la generación de alertas tempranas y de insumos para las Contralorías Delegadas respectivas, para lo de su competencia.

4. Dirigir, con el apoyo de las demás Contralorías Delegadas, la elaboración del informe sobre el estado de los recursos naturales y del medio ambiente y someterlo al Contralor General para su aprobación, firma y posterior presentación al Congreso de la República.

5. Dirigir la vigilancia y control fiscal de la gestión de las entidades pertenecientes al Sistema Nacional Ambiental y a las demás entidades que reciban o administren recursos públicos para la gestión ambiental.

6. Dirigir y coordinar la vigilancia y control fiscal de la gestión ambiental en los proyectos, obras o actividades financiadas con recursos públicos y aquellos destinados a resolver, mitigar y/o prevenir los problemas de carácter ambiental.

7. Disponer lo necesario para generar sistemas de vigilancia de la gestión ambiental con miras a su estandarización y adopción por la autoridad competente y acompañar y orientar la integración del componente ambiental en el ejercicio de la vigilancia de la gestión estatal que acometan las demás Contralorías Delegadas.

8. Dirigir el ejercicio de la vigilancia y control fiscal en las entidades del Estado responsables de las políticas y de la gestión ambiental, verificando que las mismas exijan y evalúen la aplicación del Principio de Valoración de Costos Ambientales, en cumplimiento de los compromisos de desarrollo sostenible.

9. Adelantar ejercicios de control fiscal micro de manera excepcional, previa autorización del Contralor General de la República y en coordinación con las Contralorías Delegadas competentes, sobre los recursos públicos destinados a resolver, mitigar y/o prevenir los problemas de carácter ambiental.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 54: "Contraloría Delegada para el Medio Ambiente. Además de las funciones comunes a las contralorías delegadas de que trata el artículo 51, son funciones adicionales de la Contraloría Delegada para el Medio Ambiente:

1. Dirigir y promover estudios de evaluación de la política y de la gestión ambiental del Estado y responder por los resultados y calidad de los mismos.

2. Dirigir y disponer lo necesario para garantizar el seguimiento y la evaluación ambiental del Plan de Desarrollo Económico, Social y Ambiental del Gobierno Nacional.

3. Ejercer la vigilancia fiscal que coadyuve al desarrollo sostenible y la minimización de los impactos y riesgos ambientales.

4. Dirigir, con el apoyo de las demás contralorías delegadas, la elaboración del informe sobre el estado de los recursos naturales y del medio ambiente y someterlo al Contralor General para su aprobación, firma y posterior presentación al Congreso de la República.

5. Dirigir la vigilancia de la gestión fiscal integral de las entidades pertenecientes al Sistema Nacional Ambiental y a las demás entidades que reciban o administren recursos públicos para la gestión ambiental.

6. Dirigir y coordinar la vigilancia de la gestión ambiental que corresponde efectuar a los servidores públicos responsables de la misma respecto de los distintos megaproyectos del Estado.

7. Disponer lo necesario para generar sistemas de vigilancia de la gestión ambiental con miras a su estandarización y adopción por la autoridad competente y acompañar y orientar la integración del componente ambiental en el ejercicio de la vigilancia de la gestión estatal que acometan las demás contralorías delegadas.

8. Propender a que el cálculo real y efectivo de los costos ambientales y de las cargas fiscales ambientales, sea incluido en las políticas, estrategias y gestión de las entidades y organismos fiscalizados en todo lo que tiene que ver con la recuperación de los ecosistemas, con la conservación, protección, preservación, uso y explotación de los recursos naturales y del medio ambiente.

9. Las demás que le asigne la ley.".

Artículo 54A. **Adicionado por el Decreto 405 de 2020, artículo 9º**. Dirección de desarrollo sostenible y valoración de costos ambientales.

Para el cumplimiento de las funciones previstas en el artículo 54 del presente decreto, son funciones de la Dirección de Desarrollo Sostenible y Valoración de Costos Ambientales:

1. Dirigir la implementación de las políticas, planes, programas y proyectos para orientar el ejercicio de la vigilancia y control fiscal en aras de verificar el cumplimiento estatal frente a compromisos internacionales y las políticas públicas orientadas al desarrollo sostenible y la minimización de los riesgos e impactos ambientales.

2. Liderar y coordinar con las Contralorías Delegadas Sectoriales y la Oficina de Planeación la priorización al seguimiento de los recursos públicos destinados a resolver, mitigar y/o prevenir los problemas de carácter ambiental, con el propósito de lograr un desarrollo sostenible y un ambiente sano, a través entre otras, de la generación de alertas tempranas.

3. Monitorear los recursos destinados a la ejecución de las políticas públicas en materia de manejo y aprovechamiento de los recursos naturales, su conservación, restauración o sustitución, y el desarrollo sostenible, para la generación de alertas tempranas y de insumos destinados a las Contralorías Delegadas respectivas, para lo de su competencia.

4. Proponer y promover la realización de auditorías intersectoriales a las dependencias competentes, para el cumplimiento de las políticas públicas orientadas a la promoción y garantía de los derechos de todas las personas a gozar un ambiente sano.

5. Orientar y promover con las dependencias competentes de la Contraloría General de la República, las acciones de especial seguimiento en materia ambiental, con ocasión de las denuncias y demás mecanismos de participación ciudadana.

6. Coordinar con la Contraloría Delegada para la Participación Ciudadana el desarrollo de procesos sociales participativos con la comunidad que pueda ver afectado su derecho a un ambiente sano, con ocasión al desarrollo de proyectos, obras o actividades financiados con recursos públicos, y los

destinados a resolver, mitigar y/o prevenir los problemas de carácter ambiental.

7. Vigilar que las entidades del Estado responsables de la formulación y seguimiento a las políticas y de la gestión ambiental, exijan las entidades y a los particulares la aplicación del Principio de Valoración de Costos Ambientales, en los planes, programas y proyectos que adelanten, cuando sea procedente conforme a la ley.

8. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

SECCIÓN II

CONTRALORÍAS DELEGADAS GENERALES

Artículo 55. **Modificado por el Decreto 2037 de 2019, artículo 10**. Contraloría Delegada para la Participación Ciudadana. Son funciones de la Contraloría Delegada para la Participación Ciudadana:

1. Formular y adoptar las políticas, directrices, planes, programas y proyectos institucionales para promover, dinamizar y fortalecer el ejercicio del control social a la gestión fiscal e identificar los mecanismos institucionales, metodológicos y técnicos para el desarrollo, promoción, innovación e integración del Sistema de Control Fiscal Participativo de la Contraloría General de la República.

2. Formular y adoptar las políticas, directrices, planes, programas y proyectos para fortalecer la participación ciudadana en las regiones en articulación con las Gerencias Departamentales Colegiadas de la Contraloría General de la República.

3. Adelantar, en coordinación con la Dirección de Información, Análisis y Reacción Inmediata y demás dependencias competentes, las acciones para el

adecuado intercambio de datos e información que permita el fortalecimiento de las estrategias de participación ciudadana en la vigilancia y control fiscal.

4. Establecer los criterios y lineamientos institucionales de la Entidad para la recepción, sistematización, análisis y evaluación de las denuncias ciudadanas sobre presuntos manejos inadecuados de los recursos del Estado por parte de los sujetos de control.

5. Dirigir y organizar el seguimiento a la atención institucional de las denuncias ciudadanas sobre presuntos manejos inadecuados de los recursos del Estado por parte de los sujetos de control e informar y difundir sus resultados, en coordinación con la Oficina de Comunicaciones y Publicaciones de la Entidad.

6. Orientar y determinar con las dependencias competentes de la Contraloría General de la República, las acciones de especial seguimiento necesarias para la protección de los recursos públicos, con ocasión de las denuncias y demás mecanismos de alerta y reporte de irregularidades por parte de la ciudadanía.

7. Dirigir el apoyo al desarrollo de las veedurías ciudadanas o cualquier otra modalidad de control social que constituya o integre la ciudadanía, para que contribuyan al eficaz ejercicio de la vigilancia fiscal participativa.

8. Organizar, en coordinación con la Oficina de Comunicaciones y Publicaciones, el monitoreo de medios y redes de comunicación, para la generación de estrategias y acciones de participación ciudadana relacionadas con problemáticas o circunstancias que sugieran el uso inadecuado de los recursos públicos.

9. Formular y adoptar las políticas, planes, programas y proyectos para adelantar las acciones de auditoría a los sujetos de control respecto al cumplimiento de sus obligaciones de planeación, promoción y garantía de participación ciudadana.

10. Dirigir las acciones de especial seguimiento o actuaciones de vigilancia y control fiscal, con el apoyo de las demás contralorías delegadas, a los recursos estatales destinados a la participación ciudadana, a las emergencias y a los desastres.

11. Formular y adoptar las políticas al interior de la Contraloría General de la República, planes, programas y proyectos para fortalecer el sistema de atención al ciudadano de la Entidad para la evaluación de satisfacción de los ciudadanos y usuarios frente a los servicios que presta.

12. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 55: "Contraloría Delegada para la Participación Ciudadana. Son funciones de la Contraloría Delegada para la Participación Ciudadana:

1. Presentar ante las distintas instancias de la Contraloría General las iniciativas de la comunidad frente a los procesos de participación ciudadana en el control fiscal.

2. Ordenar y dirigir la recepción, sistematización y evaluación de las denuncias ciudadanas sobre presuntos malos manejos de los recursos del Estado, encauzando dichas denuncias hacia los procesos de investigación fiscal correspondientes e informar y difundir los resultados de la acción de la Contraloría General frente a las denuncias de la ciudadanía.

3. Efectuar el seguimiento de las quejas y denuncias derivadas de las acciones ciudadanas de acuerdo con la información que suministren sobre el particular las dependencias competentes.

4. Establecer las estrategias de promoción de la participación ciudadana para coadyuvar eficazmente en la vigilancia de la gestión fiscal e identificar los mecanismos institucionales, metodológicos y técnicos que la garanticen.

5. Dirigir el apoyo al desarrollo de las veedurías que constituya la sociedad civil para que contribuyan al eficaz ejercicio de la vigilancia fiscal participativa.

6. Disponer lo necesario para organizar, administrar y difundir la red nacional de información ciudadana para el control fiscal participativo.

7. Establecer las estrategias para promover los mecanismos de control ciudadano en los proyectos de alto impacto social, económico y ambiental.

8. Promover un especial seguimiento, con el apoyo de las demás contralorías delegadas, a los recursos estatales destinados a la participación ciudadana, a las emergencias y a los desastres. **(Nota: Ver Sentencia C-508 de 2014, con relación a este numeral.).**

9. Las demás que le asigne la ley.".

Artículo 56. **Modificado por el Decreto 2037 de 2019, artículo 11.** Dirección de Atención Ciudadana. Son funciones de la Dirección de Atención Ciudadana:

1. Dirigir la implementación de las políticas, planes, programas y proyectos relativos al sistema de atención al ciudadano de la Contraloría General de la República y participar en su formulación.

2. Dirigir y controlar la recepción, análisis y atención de las peticiones, consultas y denuncias ciudadanas que se alleguen a la Contraloría General de la República, relacionadas con la vigilancia y control fiscal.

3. Dirigir las acciones institucionales de seguimiento y monitoreo de las denuncias y otros requerimientos ciudadanos relacionados con problemáticas o circunstancias que sugieran el uso inadecuado de los recursos públicos por parte de los sujetos de control.

4. Dirigir la evaluación de la satisfacción de los ciudadanos y usuarios frente a los servicios institucionales de la Contraloría General de la República y proponer y adoptar las acciones de mejora a que haya lugar.

5. Orientar y dirigir la elaboración de los informes cualitativos y cuantitativos sobre el comportamiento de las peticiones ciudadanas y la atención a

denuncias sobre el uso inadecuado de recursos públicos.

6. Adoptar las políticas internas de la Entidad de mejoramiento del servicio de atención ciudadana y de prevención y solución de controversias entre el ciudadano y la Entidad.

7. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 56: "Dirección de Atención Ciudadana. Son funciones de la Dirección de Atención Ciudadana:

1. Recepcionar, evaluar, hacer seguimiento e informar sobre todos los aspectos relacionados con las denuncias ciudadanas relativas al ejercicio de la vigilancia fiscal.

2. Encauzar las consultas y denuncias ciudadanas de competencia de otros organismos de control e investigación y velar por que éstos hagan lo mismo con los asuntos propios de las atribuciones de la Contraloría General de la República.

3. Administrar el sistema de recepción de consultas y denuncias ciudadanas relacionadas con la vigilancia fiscal.

4. Organizar, actualizar, difundir y administrar la red nacional de información ciudadana para la vigilancia fiscal.

5. Apoyar, en los temas de su competencia, a los demás niveles de vigilancia fiscal para garantizar una eficaz acción ciudadana que contribuya a la vigilancia de la gestión fiscal.

6. Difundir a través de los canales idóneos, con orientación de la Contraloría Delegada para la Participación Ciudadana y con sujeción a lo que el Contralor General de la República establezca al respecto, los resultados de las investigaciones y juicios con origen en denuncias ciudadanas.

7. Las demás que le asigne la ley.".

Artículo 57. **Modificado por el Decreto 2037 de 2019, artículo 12.** Dirección de Promoción y Desarrollo del Control Fiscal Participativo. Son funciones de la Dirección de Promoción y Desarrollo del Control Fiscal Participativo:

1. Dirigir e implementar, en coordinación con las dependencias competentes de la Contraloría General de la República, las acciones de especial seguimiento necesarias para ia protección de los recursos públicos, con ocasión de las denuncias y demás estrategias de participación ciudadana.

2. Proponer, diseñar, ejecutar y evaluar la política interna de la Contraloría General de la República de promoción y desarrollo del control ciudadano a la gestión fiscal.

3. Dirigir la implementación de las políticas, planes, programas y proyectos de la Entidad relativos al Sistema de Control Fiscal Participativo e intervenir en su formulación.

4. Proponer las estrategias, metodologías y demás instrumentos para la promoción y desarrollo del control ciudadano a la gestión fiscal, y evaluar y difundir sus resultados.

5. Definir los lineamientos para el desarrollo e implementación de tecnologías de la información y las comunicaciones que permitan un adecuado y eficaz control ciudadano a la gestión fiscal.

6. Impartir directrices a las dependencias de la Contraloría General de la República sobre la vinculación de la ciudadanía y de las organizaciones de ciudadanos en la identificación de problemáticas y riesgos al patrimonio público, en el marco de la ejecución de los programas institucionales de participación ciudadana y control fiscal participativo.

7. Promover y dirigir espacios de deliberación pública, denuncia ciudadana y capacitación para el desarrollo del control fiscal participativo, y coordinar la difusión de sus logros.

8. Diseñar y aplicar estrategias, en coordinación con las distintas dependencias de la Contraloría General de la República, para la adquisición, el uso, la difusión, el aprovechamiento, la evaluación, la medición y las demás actividades relacionadas con la gestión del conocimiento en materia del control fiscal participativo, para hacerlo accesible a sus servidores públicos.

9. Liderar y orientar la identificación de herramientas, experiencias exitosas, lecciones aprendidas y buenas prácticas en el desarrollo e implementación de las estrategias de participación ciudadana, con observancia de estándares internacionales, para definir estrategias de innovación e integración y en la materia.

10. Identificar, en coordinación con las entidades del Estado que formulan políticas en materia de participación ciudadana, los aspectos y materias que deben priorizarse en las auditorías para el ejercicio de la vigilancia y control fiscal.

11. Gestionar recursos internacionales para la formación y la participación ciudadana en el apoyo a la vigilancia fiscal, en coordinación con las dependencias competentes en cooperación internacional.

12. Dirigir e implementar, en coordinación con las dependencias competentes de la Contraloría General de la República, las acciones de auditoría a los sujetos de control respecto al cumplimiento de sus obligaciones de planeación, promoción y garantía de participación ciudadana.

13. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 57: "Dirección de Promoción y Desarrollo del Control Ciudadano. Son funciones de la Dirección de Promoción y Desarrollo del Control Ciudadano:

1. Organizar y desarrollar programas de promoción, sensibilización y divulgación, que potencien la participación ciudadana y su contribución a la vigilancia fiscal.

2. Promover y apoyar la organización de veedurías de la gestión pública, sin perjuicio del apoyo que en esta materia consagren otras disposiciones legales.

3. Promover investigaciones orientadas a identificar o generar políticas públicas alrededor de la participación ciudadana en el ejercicio de la vigilancia fiscal.

4. Organizar y desarrollar programas de formación de veedores para que contribuyan en el ejercicio de la vigilancia fiscal.

5. Gestionar programas de capacitación para los ciudadanos interesados en las metodologías y en las técnicas de participación y vigilancia de la gestión pública con consideración de los recursos que para el efecto destine la Contraloría General de la República y si es el caso, a través de programas conjuntos con organizaciones públicas, privadas, nacionales o internacionales.

6. Difundir los resultados del seguimiento al uso de los recursos estatales destinados a la participación ciudadana y a los programas de emergencia y desastres.

7. Gestionar recursos internacionales para la formación y la participación ciudadana en el apoyo a la vigilancia fiscal en coordinación con las dependencias competentes en el tema de cooperación internacional.

8. Promover espacios de deliberación pública alrededor de las experiencias de participación ciudadana en el control fiscal y difundir las experiencias exitosas desarrolladas en el país.

9. Las demás que le asigne la ley.".

**Artículo 57A. Adicionado por el Decreto 2037 de 2019, artículo 13.** Dirección de Seguimiento Regional. Son funciones de la Dirección de Seguimiento Regional:

1. Dirigir la implementación de las políticas, planes, programas y proyectos de la Contraloría General de la República para la promoción y desarrollo de las estrategias de participación ciudadana en las regiones y participar en su formulación.

2. Proponer y participar, con las diferentes dependencias de la Contraloría General de la República, en la adopción de políticas y reglas de articulación para la ejecución de los planes y programas de participación ciudadana en las Gerencias Departamentales Colegiadas.

3. Liderar el monitoreo y control de las acciones de especial seguimiento necesarias para la protección de los recursos públicos en las regiones, con ocasión de las denuncias y demás mecanismos de participación ciudadana.

4. Participar en la adopción de los lineamientos institucionales para el desarrollo de la participación ciudadana en el territorio nacional, atendiendo a las condiciones particulares de acceso de la población a los servicios de la Entidad en cada territorio.

5. Liderar el seguimiento de las acciones y la evaluación de resultados del Sistema de Control Fiscal Participativo en el territorio nacional frente a los propósitos institucionales.

6. Dirigir e implementar, en coordinación con las Gerencias Departamentales Colegiadas, las acciones de auditoría a los sujetos de control respecto al cumplimiento de sus obligaciones de planeación, promoción y garantía de participación ciudadana.

7. Promover espacios de deliberación pública, denuncia ciudadana y capacitación para el desarrollo del control fiscal participativo en los diferentes departamentos y municipios del país.

8. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 58. **Derogado por el Decreto 2037 de 2019, artículo 26.** *Contraloría Delegada de Investigaciones, Juicios Fiscales y Jurisdicción Coactiva. Son funciones de la Contraloría Delegada de Investigaciones, Juicios Fiscales y Jurisdicción Coactiva:*

*1. Definir las políticas sobre investigaciones, juicios fiscales y jurisdicción coactiva que debe desarrollar la Contraloría General de la República.*

*2. Preparar y difundir el boletín de responsables fiscales y definir los términos y condiciones en que las contralorías del nivel territorial informarán sobre los fallos de responsabilidad proferidos en el ámbito de su jurisdicción.*

*3. Crear grupos de asuntos especiales en temas de su competencia.*

*4. Dirigir los procesos de investigación, juicios fiscales y jurisdicción coactiva a que haya lugar como producto del ejercicio de la vigilancia fiscal, incluso por control excepcional, de acuerdo con las actuaciones preliminares adelantadas por las contralorías delegadas y los grupos auditores habilitados para el efecto en el caso del control excepcional.*

*5. Decidir sobre la pertinencia de constituirse en parte civil a nombre de la Contraloría General de la República en los procesos penales en que ello sea necesario.*

*6. Vigilar que las entidades obligadas a ello por el artículo 36 de la Ley 190 de 1995, se constituyan en parte civil en los procesos penales respectivos, aplicar las sanciones y adelantar los procesos de responsabilidad fiscal a que haya lugar cuando ello no ocurra. En caso de que la entidad obligada a constituirse en parte civil no lo hiciere, sin perjuicio de las consecuencias contempladas en este numeral, la Contraloría General de la República podrá hacerlo en su lugar.*

*7. Adoptar, de acuerdo con lo dispuesto por el Contralor General, los planes y los programas de investigaciones, juicios fiscales y jurisdicción coactiva que deba adelantar la Contraloría Delegada, las Direcciones a su cargo y los grupos de acciones jurídicas seccionales.*

*8. Adelantar, conforme a las competencias que se establezcan, los juicios fiscales y procesos de jurisdicción coactiva en primera instancia.*

*9. Adelantar la segunda instancia de los juicios fiscales y procesos de jurisdicción coactiva cuya primera instancia haya sido surtida por las Direcciones de Juicios Fiscales y Jurisdicción Coactiva. (Nota: Este numeral fue declarado exequible por la Corte Constitucional en la Sentencia C-919 de 2002, en relación con los cargos analizados en la misma.)*

*10. Llevar el registro de los juicios de responsabilidad fiscal adelantados por la Contraloría General de la República y las estadísticas de fallos con responsabilidad proferidos por las contralorías del orden territorial.*

*11. Promover la celebración de convenios con otros organismos de control del Estado para optimizar el ejercicio del control en el desarrollo de procesos sancionatorios y de responsabilidad fiscal.*

*12. Coordinar con la Oficina Jurídica de la Contraloría General de la República la defensa de los intereses de la Nación en los procesos judiciales con origen en procesos de responsabilidad fiscal o de cobro coactivo.*

*13. Promover ante la autoridad competente la apertura de procesos penales por los posibles delitos que se deriven de las acciones de responsabilidad fiscal.*

*14. Coordinar con las dependencias competentes de la Contraloría General de la República, cuando se obtengan hallazgos de las auditorías que así lo ameriten, el adelanto de las actuaciones preliminares relacionadas con la responsabilidad fiscal hasta la etapa de apertura de la investigación.*

*15. Responder los derechos de petición que traten temas que correspondan al campo de sus actuaciones.*

*16. Adelantar los procesos sancionatorios de su competencia.*

*17. Las demás que le asigne la ley.*

*Parágrafo. Lo dispuesto en el numeral 8 del presente artículo se ejercerá sin perjuicio de lo dispuesto en el parágrafo del artículo 35.*

Artículo 59. **Derogado por el Decreto 2037 de 2019, artículo 26.** *Dirección de Investigaciones Fiscales. Son funciones de la Dirección de Investigaciones Fiscales:*

*1. Diseñar, de acuerdo con el Despacho de la Contraloría Delegada a la que pertenece, los planes y programas que sobre investigaciones fiscales deben adelantar la Dirección y los Grupos de Juicios Fiscales Departamentales.*

*2. Desarrollar planes y programas de seguimiento y evaluación a las investigaciones adelantadas por la Dirección y los Grupos de Investigaciones.*

*3. Diseñar y proyectar los convenios para la adopción de planes de investigación a ser desarrollados con otros organismos de control del Estado que suscriba el Contralor General de la República.*

*4. Programar, dirigir y ejecutar las investigaciones fiscales que conforme a las competencias establecidas deba desarrollar la Dirección.*

*5. Coordinar, controlar y hacer seguimiento al uso de las facultades de policía judicial por parte de los funcionarios investigadores de la Contraloría General de la República.*

*6. Las demás que le asigne la ley.*

Artículo 60. **Derogado por el Decreto 2037 de 2019, artículo 26.** *Dirección de Juicios Fiscales. Son funciones de la Dirección de Juicios Fiscales:*

*1. Diseñar, de acuerdo con la Contraloría Delegada a la que pertenece, los planes y programas sobre juicios fiscales que deben adelantar la Dirección y los Grupos de Juicios Fiscales Departamentales.*

*2. Desarrollar planes y programas de seguimiento a los procesos de responsabilidad fiscal que adelanten la misma dirección y los Grupos de Juicios Fiscales Departamentales.*

*3. Adelantar, conforme a las competencias que se establezcan, los juicios fiscales en primera instancia.*

*4. Adelantar la segunda instancia de los juicios fiscales que desarrollen los grupos de Juicios Fiscales Departamentales.*

*5. Remitir a la Dirección de Jurisdicción Coactiva las providencias ejecutoriadas para dar inicio a las acciones de cobro coactivo.*

*6. Mantener actualizada una base de datos de la jurisprudencia en materia de juicios administrativos de responsabilidad fiscal que permita unificar los criterios al interior de la Contraloría General y coordinar su análisis con la Oficina Jurídica de la Contraloría General.*

*7. Evaluar periódicamente las causas que originen fallos judiciales adversos en la Jurisdicción Contencioso Administrativa para tomar los correctivos necesarios.*

*8. Las demás que le asigne la ley.*

Artículo 61. **Derogado por el Decreto 2037 de 2019, artículo 26.** *Dirección de Jurisdicción Coactiva. Son funciones de la Dirección de Jurisdicción Coactiva:*

*1. Diseñar los planes y programas que sobre cobro coactivo deban desarrollar la Dirección y los Grupos de Jurisdicción Coactiva Departamentales.*

*2. Adelantar los procesos de cobro coactivo.*

*3. Elaborar las listas de auxiliares de la justicia que puedan intervenir en los procesos de jurisdicción coactiva adelantados por la Contraloría General de la República.*

*4. Conocer en segunda instancia de los procesos de jurisdicción coactiva que conozcan los Grupos de Jurisdicción Coactiva del nivel desconcentrado. **(Nota: Este numeral fue declarado exequible por la Corte Constitucional en la Sentencia C-919 de 2002, en relación con los cargos analizados en la misma.)***

*5. Las demás que le asigne la ley.*

Artículo 62. Contraloría Delegada para Economía y Finanzas Públicas. Son funciones de la Contraloría Delegada para Economía y Finanzas Públicas:

1. Elaborar los informes mensuales y anuales sobre presupuesto de la Nación y del sector público que le corresponden a la Contraloría General de la República según la Constitución y las leyes.

2. Dirigir y coordinar las acciones y tareas para la elaboración de la certificación sobre las finanzas del Estado.

3. Dirigir y coordinar la realización de los distintos estudios en materia macroeconómica y de política fiscal.

4. Dirigir y coordinar la elaboración del informe mensual y anual sobre la Cuenta General del Presupuesto y del Tesoro.

5. Dirigir y coordinar la consolidación de los resultados de la evaluación de gestión realizados en la Contraloría General de la República.

6. Dirigir y coordinar el informe sobre la Auditoría del Balance General de la Nación.

7. Desarrollar y garantizar la difusión de las metodologías para la evaluación de las finanzas públicas.

8. Dirigir la evaluación contable y económica de las entidades públicas consolidadas.

9. Dirigir y coordinar el diseño, la elaboración, la depuración, análisis y la conservación de las estadísticas fiscales del sector público.

10. Dirigir y coordinar el proceso de registro de la deuda pública nacional y territorial, su consolidación para los informes mensuales y anuales sobre la materia y elaborar las certificaciones respectivas.

11. Coordinar las prácticas de auditoría a los registros, balances y demás estados financieros producidos por el Contador General y solicitar las correcciones del caso.

12. Propiciar la normalización y consolidación de estadísticas fiscales con otras entidades del Estado y demás dependencias de la Contraloría General de la República que produzcan información pertinente.

13. Las demás que le asigne la ley.

Parágrafo 1. La Contraloría Delegada de Economía y Finanzas Públicas será la fuente oficial de la Contraloría General de la República de información de las estadísticas fiscales.

Parágrafo 2. Para la emisión de dictámenes, conceptos y análisis de la Contraloría Delegada de Economía y Finanzas Públicas, así como para la solicitud de información a los sujetos pasivos del control fiscal, se coordinarán las acciones con las contralorías delegadas de vigilancia de la gestión fiscal y se establecerán sistemas únicos de solicitud de información que eviten la duplicidad en dichos requerimientos de información.

Artículo 63. **Modificado por el Decreto 2037 de 2019, artículo 14.** Dirección de Estudios Macroeconomicos. Son funciones de la Dirección de Estudios Macroeconómicos:

1. Dirigir la implementación de las políticas, planes, programas y proyectos de la Contraloría General de la República para la elaboración de los estudios macroeconómicos en relación a las finanzas públicas y participar en su formulación.

2. Orientar y elaborar la certificación sobre la situación de las finanzas públicas.

3. Establecer lineamientos y elaborar los informes mensuales sobre el presupuesto de la Nación que le corresponden a la Contraloría General de la República de acuerdo con la normativa vigente, y en aquellos que determine el Contralor General o el Vicecontralor.

4. Presentar los lineamientos y desarrollar los estudios sobre el impacto macroeconómico y regional de las finanzas públicas.

5. Orientar y evaluar la coyuntura fiscal, monetaria y cambiaria y sus interacciones.

6. Dirigir y evaluar el efecto de la acción del Estado sobre la distribución del ingreso, la asignación eficiente de los recursos, el crecimiento económico, el desarrollo sostenible y la estabilidad.

7. Analizar y medir el impacto de la política fiscal sobre las variables económicas.

8. Orientar y realizar la evaluación del impacto de la política fiscal en las economías nacional y territorial.

9. Analizar y evaluar la política económica en el contexto del Plan Nacional de Desarrollo y de los Proyectos de Presupuesto Anual.

10. Asesorar en los asuntos de su competencia al Contralor General y al Vicecontralor.

11. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 63: "Dirección de Estudios Macroeconómicos. Son funciones de la Dirección de Estudios Macroeconómicos:

1. Participar en la elaboración de la certificación sobre la situación de las finanzas públicas.

2. Participar en la elaboración de los informes mensuales y anuales sobre presupuesto de la Nación y del sector público que le corresponden a la Contraloría General de la República de acuerdo con la Constitución y las leyes, y en aquellos que determine el Contralor General o el Vicecontralor.

3. Realizar estudios sobre el impacto macroeconómico y regional de las finanzas públicas.

4. Evaluar la coyuntura fiscal, monetaria y cambiaria y sus interacciones.

5. Evaluar el efecto de la acción del Estado sobre la distribución del ingreso, la asignación eficiente de los recursos, el crecimiento económico, el desarrollo sostenible y la estabilidad.

6. Efectuar el análisis sobre el comportamiento mensual de los ingresos y los gastos del Gobierno Central y de manera trimestral los gastos e ingresos del sector público consolidado.

7. Analizar y medir el impacto de la política fiscal sobre las variables económicas.

8. Participar en la evaluación del impacto de la política fiscal en las economías nacional y territorial.

9. Analizar y evaluar la política económica en el contexto del Plan Nacional de Desarrollo y de los Proyectos de Presupuesto Anual.

10. Asesorar en los asuntos de su competencia al Contralor General y al Vicecontralor.

11. Las demás que le asigne la ley.".

Artículo 64. **Modificado por el Decreto 2037 de 2019, artículo 15.** Dirección de Cuentas y Estadísticas Fiscales. Son funciones de la Dirección de Cuentas y Estadísticas Fiscales las siguientes:

1. Dirigir la implementación de las políticas, planes, programas y proyectos de la Contraloría General de la República para la elaboración de la

contabilidad de la ejecución del Presupuesto General de la Nación y el seguimiento a las finanzas públicas y participar en su formulación.

2. Establecer lineamientos, orientar y desarrollar la contabilidad de la ejecución del Presupuesto General de la Nación y uniformar, centralizar y consolidar la contabilidad relativa a la ejecución del presupuesto general del sector público.

3. Elaborar la Cuenta General del Presupuesto y del Tesoro.

4. Dirigir la proyección de los certificados de registro de la deuda pública para la firma del Contralor.

5. Orientar y elaborar informes anuales y mensuales sobre la deuda pública.

6. Asesorar al Contralor General, en temas relacionados con la ejecución presupuestal, la deuda pública y la cuenta del Tesoro.

7. Dirigir y controlar el proceso de auditoría al balance general, al balance de la hacienda, y a los demás estados financieros preparados por la Contaduría General y coordinar con las demás dependencias competentes, para elaborar con destino a la firma del Contralor General de la República, el informe de auditoría con dictamen u opinión sobre la razonabilidad de las cifras que presentan los estados financieros preparados por el Contador General.

8. Dirigir, orientar y coordinar el proceso de certificación de los ingresos corrientes de libre destinación recaudados efectivamente en la vigencia anterior y sobre la relación porcentual entre los gastos de funcionamiento y los ingresos corrientes de libre destinación de la vigencia inmediatamente anterior de las entidades territoriales, y calcular el límite de gastos de las corporaciones públicas territoriales y de los entes de control territoriales.

9. Establecer lineamientos y orientar la auditoría a las reservas presupuestales con las demás dependencias competentes.

10. Dirigir, coordinar, proyectar, diseñar y asignar los trabajos y estudios para la elaboración y compilación de la Estadística Fiscal del Estado y su publicación y las técnicas y metodologías para el cálculo de las diferentes clases de déficit o superávit del sector público consolidado como elemento básico de la certificación de las finanzas públicas.

11. Coordinar con las demás dependencias de la Contraloría General de la República el flujo de las diferentes estadísticas, a fin de constituirse en el banco de datos fiscales de la Contraloría General de la República.

12. Asesorar y orientar, en el uso de información y estadísticas de banco de datos fiscales de la Contraloría General de la República.

13. Dirigir el estudio sobre el cálculo del porcentaje promedio ponderado de la remuneración de los servidores de la administración central que sirva de base para determinar el reajuste anual de los miembros del Congreso.

14. Asesorar al Contralor General de la República y al Vicecontralor en materia de estadística fiscal.

15. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial del artículo 64: "Dirección de Cuentas y Estadísticas Fiscales. Son funciones de la Dirección de Cuentas y Estadísticas Fiscales las siguientes:

1. Coordinar y desarrollar la contabilidad de la ejecución del Presupuesto General de la Nación.

2. Elaborar informes mensuales sobre la ejecución del Presupuesto General de la Nación.

3. Elaborar la Cuenta General del Presupuesto y del Tesoro.

4. Dirigir la proyección de los certificados de registro de la deuda pública para la firma del Contralor.

5. Elaborar informes anuales y mensuales sobre la deuda pública.

6. Participar en la elaboración del informe financiero, mensual y definitivo relacionado con las finanzas públicas nacionales.

7. Asesorar al Contralor General, en temas relacionados con la ejecución presupuestal, la deuda pública y la cuenta del Tesoro.

8. Programar, coordinar, dirigir y asignar los trabajos de auditoría al balance general, al balance de la hacienda, al balance del tesoro y a los demás estados financieros preparados por la Contaduría General y a las demás dependencias competentes.

9. Elaborar con destino a la firma del Contralor General de la República, el informe de auditoría con dictamen u opinión sobre la razonabilidad de las cifras que presentan los estados financieros preparados por el Contador General y custodiar el archivo permanente de los papeles de trabajo que soportan el informe y el dictamen.

10. Designar para aprobación del Contralor Delegado de Economía y Finanzas Públicas las comisiones que deben practicar auditoría a los responsables de la información financiera y a los registros de ejecución presupuestaria en los diferentes organismos y entidades ejecutoras del presupuesto nacional.

11. Practicar la auditoría a las reservas presupuestales y a los certificados de disponibilidad de los excedentes de rentas que van a servir de base para la apertura de créditos adicionales al Presupuesto Nacional.

12. Coordinar, proyectar, dirigir, diseñar y asignar los trabajos y estudios para la elaboración y compilación de la Estadística Fiscal del Estado y su publicación y las técnicas y metodologías para el cálculo de las diferentes clases de déficit o superávit del sector público consolidado como elemento básico de la certificación de las finanzas públicas.

13. Coordinar con las demás dependencias de la Contraloría General de la República el flujo de las diferentes estadísticas a fin de constituirse en el banco de datos fiscales de la Contraloría General de la República.

14. Asesorar, en calidad de banco de datos fiscales de la Contraloría General de la República, en el uso de su información y de sus estadísticas a la persona que lo requiera.

15. Coordinar el estudio sobre el cálculo del porcentaje promedio ponderado de la remuneración de los servidores de la administración central que sirva de base para determinar el reajuste anual de los miembros del Congreso.

16. Asesorar al Contralor General de la República y al Vicecontralor en materia de estadística fiscal.

17. Las demás que le asigne la ley.".

Artículo 64A. **Adicionado por el Decreto 2037 de 2019, artículo 16.** Contraloría Delegada para el Posconflicto. Son funciones de la Contraloría Delegada para el Posconflicto:

1. Elaborar el informe de ejecución de recursos y cumplimiento de las metas del componente de paz del Plan Plurianual de Inversiones, a partir de la información que le reporten las diferentes dependencias de la Contraloría General de la República y con enfoque territorial.

2. Articular los estudios y validar los conceptos sobre el comportamiento de la gestión fiscal de los recursos destinados al componente de paz en el posconflicto.

3. Apoyar el diseño y la planeación de la estrategia de control fiscal macro a las políticas públicas para la terminación del conflicto y la construcción de una paz estable y duradera, en Coordinación con la Contraloría Delegada de Economía y Finanzas Públicas.

4. Orientar técnicamente la definición de los estudios integrales de cada uno de los sectores relacionados con el cumplimiento del Acuerdo Final para la terminación del Conflicto y la Construcción de una Paz estable y duradera, para lo cual se coordinará con la Contraloría Delegada para Economía y Finanzas Públicas y los demás Contralores Delegados Generales, Sectoriales e intersectoriales competentes.

5. Articular la información, los estudios, el análisis y los resultados de la vigilancia fiscal de los recursos del posconflicto, con las demás Contralorías Delegadas Generales, Sectoriales e Intersectoriales, particularmente con la Contraloría Delegada de Economía y Finanzas Públicas.

6. Apoyar y fortalecer el ejercicio de los instrumentos de vigilancia y de control fiscal sobre los recursos, bienes e intereses de la Nación para el posconflicto, por parte de las Contralorías Delegadas Generales, Sectoriales e Intersectoriales.

7. Articular, orientar y concertar con las Contralorías Delegadas Generales, Sectoriales e Intersectoriales y demás dependencias de la Contraloría General de la República, todos los aspectos que permitan la adecuada vigilancia y control sobre los asuntos relacionados con el posconflicto.

8. Participar conjuntamente con los Contralores Delegados Generales, Sectoriales e Intersectoriales, en la coordinación de las auditorías a las actividades que se realicen en el marco de los cinco ejes temáticos del Acuerdo Final relacionados con: i) Reforma Rural Integral; ii) Participación Política; iii) Fin del Conflicto; iv) Solución Integral al Problema de las Drogas Ilícitas, y v) Acuerdo sobre las Víctimas del Conflicto; así como un sexto punto atinente a la implementación.

9. Responder por los resultados e informes de su competencia, sin perjuicio de la facultad de revisión de los mismos por parte del Contralor General de la República.

10. Proponer al Contralor General las políticas, los planes, los programas y las prioridades que deban establecerse para el ejercicio del control de la ejecución de los recursos y del cumplimiento de metas del posconflicto y por el cumplimiento y buen desempeño de los indicadores y las metas acordadas en el proceso anual de planificación que sean de su competencia.

11. Participar en las auditorías intersectoriales en conjunto con las contralorías delegadas generales, sectoriales e intersectoriales, que se

adelanten para el cumplimiento de los propósitos del posconflicto y cuando así se determine en el Plan de Vigilancia Fiscal.

12. Definir conjuntamente con la Contraloría Delegada de Economía y Finanzas Públicas y la Oficina de Planeación, las fuentes de información que deberán compartir, los flujos de la información, las materias de análisis, investigación y de resultados relevantes de su actividad, observando como principio rector la simplificación y racionalización de las exigencias de información y evitando la duplicidad de solicitudes que de la misma se realicen a los sujetos pasivos de la vigilancia fiscal.

13. Contribuir al desarrollo de metodologías estandarizadas, técnicas, transparentes y eficaces para el ejercicio del control de la vigilancia fiscal y solicitar explícitamente los apoyos y orientaciones requeridos para el efecto al Centro de Estudios Fiscales.

14. Contribuir a la definición de los procesos y procedimientos de vigilancia fiscal que se regirán de acuerdo con los principios de la función administrativa del artículo 209 de la Constitución Política y, particularmente, con las funciones asignadas por el Acto Legislativo 1 de 2016, y el Acuerdo Final para la terminación del Conflicto y la Construcción de la Paz Estable y Duradera.

15. Articular con las Contralorías Delegadas Generales, Sectoriales e Intersectoriales, el seguimiento al plan de mejoramiento de las entidades y recursos auditados, para efectos de verificar la efectividad en el cumplimiento de las acciones.

16. Ejercer conjuntamente con las Contralorías Delegadas Generales, Sectoriales e Intersectoriales y las Gerencias Departamentales Colegiadas, la vigilancia sobre la gestión pública y el buen desempeño de las autoridades administrativas en las materias de su competencia, en el desarrollo de los principios y definiciones básicas consagradas al respecto en la Ley 489 de 1998.

17. Dirigir y coordinar la consolidación de los resultados de la evaluación a la ejecución de la política pública y la realización de los distintos estudios en

materia macroeconómica y de política fiscal, relacionados con víctimas y posconflicto.

18. Adelantar ejercicios de control fiscal micro de manera excepcional en los temas de competencia de la Delegada, previa autorización del Contralor General de la República y en coordinación con las Contralorías Delegadas competentes, conforme a la reglamentación que se expida para el efecto.

19. Apoyar en el nivel territorial la consolidación de los resultados de la evaluación de gestión y los estudios realizados en la Contraloría General de la República relacionados con la política pública de víctimas y de posconflicto.

20. Establecer las estrategias de promoción de la participación ciudadana para coadyuvar eficazmente en la vigilancia de la gestión fiscal e identificar los mecanismos institucionales, metodológicos y técnicos que propendan por el cumplimiento de las políticas públicas del posconflicto.

21. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Parágrafo. La Contraloría Delegada para el Posconflicto ejercerá las funciones previstas en el Decreto Ley 888 de 2017 para la Unidad Delegada para el Posconflicto y las definidas en el presente decreto ley, con el apoyo de los grupos de trabajo que determine el Contralor General de la República. La Contraloría Delegada estará a cargo de un Contralor Delegado, de acuerdo con la nueva estructura jerárquica y funcional de la Contraloría General de la República.

Los conflictos de competencia que llegaren a presentarse entre la Contraloría Delegada para el Posconflicto y otras dependencias de la Contraloría General de la República, serán dirimidos por el Contralor General de la República.

Artículo 64B. **Adicionado por el Decreto 2037 de 2019, artículo 17.** Contraloría Delegada General para Población Focalizada. Son funciones de la

Contraloría Delegada para Población Focalizada:

1. Formular y adoptar las políticas, planes, programas y proyectos para orientar y articular la vigilancia y control fiscal a la ejecución de las políticas públicas y el accionar estatal para la protección y garantía de los derechos individuales y colectivos de poblaciones sujetas de enfoque diferencial.

2. Dirigir el análisis y evaluación del cumplimento estatal frente a compromisos internacionales y de las políticas públicas orientadas a la promoción y garantía de los derechos y libertades individuales y colectivas de poblaciones sujetas de enfoque diferencial, para determinar su impacto, pertinencia y oportunidad.

3. Promover mecanismos institucionales, metodológicos y técnicos para el desarrollo y promoción del enfoque diferencial en la vigilancia y control fiscal, y dirigir el intercambio de información interinstitucional en esta materia.

4. Articular la vigilancia y monitoreo a los recursos destinados a la ejecución de las políticas públicas en materia de atención de población sujeta a enfoque diferencial, para la generación de alertas tempranas y de insumos para las Contralorías Delegadas respectivas para lo de su competencia.

5. Definir los lineamientos y metodologías de los informes sobre la gestión fiscal, el cumplimiento de los compromisos internacionales y las políticas públicas, relacionadas con la atención y garantía de los derechos de grupos poblacionales sujetos de enfoque diferencial.

7. Adelantar ejercicios de control fiscal micro de manera excepcional, previa autorización del Contralor General de la República y en coordinación con las Contralorías Delegadas competentes, a los recursos públicos destinados a la atención de poblaciones focalizadas con enfoque diferencial.

8. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

Artículo 64C. **Adicionado por el Decreto 2037 de 2019, artículo 18.**
Dirección de Estudios Intersectoriales de Políticas Públicas Focalizadas. Son
funciones de la Dirección de Estudios Intersectoriales de Políticas Públicas
Focalizadas:

1. Dirigir la implementación de las políticas, planes, programas y proyectos
para el análisis y evaluación del cumplimento estatal frente a compromisos
internacionales y de las políticas públicas orientadas a la promoción y
garantía de los derechos y libertades individuales y colectivas de poblaciones
sujetas de enfoque diferencial y participar en su formulación.

2. Liderar los análisis y estudios intersectoriales e informes nacionales sobre
el cumplimiento estatal de las leyes y normas definidas para la atención y
garantía de derechos de grupos poblacionales sujetos de enfoque diferencial
y coordinar su divulgación.

3. Dirigir el desarrollo de metodologías para la evaluación del impacto,
pertinencia y oportunidad de las políticas y estrategias nacionales para
garantizar los derechos y libertades de las poblaciones de enfoque
diferencial.

4. Hacer el seguimiento, en coordinación con la Delegada para la
Participación Ciudadana, a la atención institucional de las denuncias
ciudadanas sobre presuntos manejos inadecuados de los recursos del Estado
dirigidos a la atención de grupos poblacionales sujetos de enfoque diferencial
e informar y difundir sus resultados, en coordinación con la Oficina de
Comunicaciones y Publicaciones de la Entidad.

5. Liderar el diseño de mecanismos institucionales, metodológicos y técnicos
para el desarrollo y promoción del enfoque diferencial en la vigilancia y
control fiscal, y orientar el intercambio de información interinstitucional en
esta materia.

6. Las demás que le sean asignadas por la ley, o delegadas por el Contralor
General de la República, y que correspondan a la naturaleza de la

dependencia.

Artículo 64D. **Adicionado por el Decreto 2037 de 2019, artículo 19.** Dirección de Orientación al Control Fiscal. Son funciones de la Dirección de Orientación al Control Fiscal:

1. Dirigir la implementación de las políticas, planes, programas y proyectos para orientar el ejercicio de la vigilancia y control fiscal en aras de verificar el cumplimiento estatal frente a compromisos internacionales y de las políticas públicas orientadas a la promoción y garantía de los derechos y libertades individuales y colectivas de poblaciones sujetas de enfoque diferencial, y participar en su formulación.

2. Liderar y coordinar con las Contralorías Delegadas Sectoriales y la Oficina de Planeación la priorización al seguimiento de los recursos públicos destinados a la atención de población con enfoque diferencial y realizar el seguimiento a su gestión.

3. Ejercer vigilancia y monitoreo a los recursos destinados a la ejecución de las políticas públicas en materia de atención a población sujetos del enfoque diferencial, para la generación de alertas tempranas y de insumos para las Contralorías Delegadas respectivas para lo de su competencia.

4. Proponer y promover la realización de auditorías intersectoriales, en coordinación con las contralorías delegadas generales, sectoriales, o las gerencias departamentales colegiadas, que se adelanten para el cumplimiento de las políticas públicas orientadas a la promoción y garantía de los derechos y libertades individuales y colectivas de poblaciones sujetas de enfoque diferencial

5. Orientar y promover con las dependencias competentes de la Contraloría General de la República, las acciones de especial seguimiento necesarias para la protección de los recursos públicos dirigidos a la atención de los grupos poblacionales sujetos de enfoque diferencial, con ocasión de las denuncias y demás mecanismos de participación ciudadana, que le remita la Delegada para la Participación Ciudadana.

6. Coordinar con la Contraloría Delegada para la Participación Ciudadana el desarrollo de procesos sociales participativos de poblaciones de enfoque diferencial para el control fiscal de los recursos públicos destinados a su atención, prestando el apoyo técnico necesario.

7. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República, y que correspondan a la naturaleza de la dependencia.

SECCIÓN III

**Nota: Sección III sustituida por el Decreto 2037 de 2019, artículo 20.**

Resarcimiento del Daño al Patrimonio Público

Artículo 64E. Contraloría Delegada para Responsabilidad Fiscal, intervención judicial y cobro coactivo. Son funciones de la Contraloría Delegada para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo:

1. Definir las políticas sobre responsabilidad fiscal, cobro coactivo e intervención en procesos penales que se adelanten por delitos que atenten contra intereses patrimoniales del Estado.

2. Dirigir, orientar y monitorear los planes, programas y proyectos de la Contraloría General de la República en materia de responsabilidad fiscal, cobro coactivo e intervención en procesos penales, en coordinación con las demás dependencias competentes.

3. Adelantar en primera instancia los procesos de responsabilidad fiscal cuyos presuntos responsables fiscales sean altos funcionarios del Estado, conforme a la reglamentación interna, y los demás que le sean asignados directamente por el Contralor General de la República.

4. Asumir directamente o asignar a la Unidad de Responsabilidad Fiscal, por competencia prevalente, el conocimiento de las indagaciones preliminares y los procesos de responsabilidad fiscal que adelante cualquier dependencia de la Contraloría General de la República, en el estado que se encuentren, mediante acto administrativo.

5. Adelantar en segunda instancia los procesos de responsabilidad fiscal que conozca en primera instancia por la Unidad de Responsabilidad Fiscal. Lo anterior sin perjuicio de las competencias que pueda determinar el Contralor General de la República para el conocimiento de estos asuntos.

6. Dirigir y controlar las Unidades y Direcciones que integran la Contraloría Delegada para la Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

7. Dirigir el reparto de los asuntos de competencia de las Unidades que integran la Contraloría Delegada para la Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo, y efectuar el seguimiento correspondiente.

8. Mantener actualizado el sistema de información de los nombres de las personas naturales o jurídicas a quienes se les haya dictado fallo con responsabilidad fiscal debidamente ejecutoriado, así como preparar y difundir el Boletín de Responsables Fiscales, definiendo las condiciones para el reporte de la información correspondiente.

9. Monitorear y controlar el trámite de las denuncias, hallazgos fiscales, indagaciones preliminares, procesos de responsabilidad fiscal y procesos de cobro coactivo a cargo de las dependencias a su cargo y de las Gerencias Departamentales Colegiadas de la Contraloría General de la República, para lo cual pondrá los informes que considere pertinentes.

10. Unificar los criterios en materia de responsabilidad fiscal, cobro coactivo e intervención judicial al interior de la Contraloría General de la República, en coordinación con la Oficina Jurídica de la Entidad.

11. Dirigir, orientar y definir los criterios, para la intervención judicial de la Contraloría General de la República en procesos penales en defensa de los intereses patrimoniales del Estado.

12. Promover la celebración de convenios con otros organismos de control del Estado para optimizar el ejercicio del control en el desarrollo de procesos de responsabilidad fiscal y demás acciones de resarcimiento al patrimonio público.

13. Coordinar con la Oficina Jurídica de la Contraloría General de la República la defensa de los intereses de la Nación en los procesos jurisdiccionales o administrativos que se originen en procesos de responsabilidad fiscal o de cobro coactivo.

14. Dirigir y orientar el apoyo técnico requerido por las dependencias competentes de la Contraloría General de la República, para adelantar procesos de responsabilidad fiscal y de cobro coactivo, y para la intervención judicial en procesos penales.

15. Coordinar con la Unidad de Cooperación Nacional e Internacional de Prevención, Investigación e Incautación de Bienes, el intercambio de información, pruebas y conocimientos que permita detectar bienes, cuentas, inversiones y otros activos de personas naturales o jurídicas investigadas o responsabilizadas por la causación de daños al patrimonio público para solicitar el decreto de medidas cautelares en el trámite de los procesos de responsabilidad fiscal y cobro coactivo.

16. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Parágrafo. El Contralor General de la República podrá asignar el conocimiento de la primera instancia de los procesos de responsabilidad fiscal, cuyos presuntos responsables fiscales sean altos funcionarios del Estado, en la etapa en que se encuentren, a la Unidad de Responsabilidad Fiscal, cuando el

número y complejidad de los procesos que adelante el Despacho del Contralor Delegado puedan llegar a afectar la eficacia y celeridad de su gestión, conforme a la reglamentación interna. En todo caso, la segunda instancia de estos procesos corresponderá al Contralor General de la República.

Artículo 64F. Unidad de Responsabilidad Fiscal. La Unidad de Responsabilidad Fiscal, a través de sus contralores delegados intersectoriales, cumplirá las siguientes funciones:

1. Adelantar en segunda instancia y en grado de consulta los procesos de responsabilidad fiscal conocidos en el Nivel Central y Desconcentrado de la Contraloría General de la República, y los demás que le sean asignados por el Contralor General de la República y el Contralor Delegado para la Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

2. Adelantar las indagaciones preliminares y conocer en primera instancia los procesos de responsabilidad fiscal asignados por el Contralor General de la República o por el Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo, en ejercicio de la competencia prevalente o cambio de radicación.

3. Remitir a la Unidad de Cobro Coactivo o la dependencia que corresponda, las providencias ejecutoriadas para dar inicio al procedimiento administrativo de cobro coactivo, para lo cual coordinará lo pertinente con los operadores jurídicos fiscales de primera instancia, emitiendo las directrices a las que haya lugar.

4. Adelantar los procesos sancionatorios de su competencia de conformidad con la normativa vigente.

5. Elaborar las listas de auxiliares de la justicia que puedan intervenir en los procesos de responsabilidad fiscal adelantados por la Contraloría General de la República. La comparecencia al proceso será obligatoria.

6. Ejercer y hacer seguimiento al uso de las facultades de policía judicial por parte de los servidores que integran su equipo, en el marco de sus competencias, en los términos señalados en la normativa que regula la materia.

7. Ejecutar las políticas, los planes y programas de la Contraloría General de la República en materia de responsabilidad fiscal, y participar en su formulación.

8. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 64G. Direcciones de Investigaciones. Son funciones de las Direcciones de Investigaciones:

1. Adelantar las indagaciones preliminares y conocer en primera instancia o única instancia los procesos de responsabilidad fiscal que no corresponda adelantar a otra dependencia o autoridad, o los que le sean asignados por el Contralor General de la República o por el Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo.

2. Adelantar los procesos sancionatorios de su competencia de conformidad con la normativa vigente.

3. Atender los lineamientos del Contralor General de la República y del Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo, en materia de responsabilidad fiscal.

4. Ejercer y hacer seguimiento al uso de las facultades de policía judicial por parte de los servidores de la Dirección, en el marco de sus competencias, en los términos señalados en la normativa que regula la materia.

5. Ejecutar las políticas, los planes y programas de la Contraloría General de la República en materia de responsabilidad fiscal, y participar en su formulación.

6. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 64H. Unidad de Cobro Coactivo. Son funciones de la Unidad de Cobro Coactivo:

1. Dirigir el recaudo de los recursos derivados de las obligaciones creadas con ocasión de los fallos ejecutoriados de responsabilidad fiscal tendientes al resarcimiento del daño al patrimonio público.

2. Conocer en segunda instancia los procedimientos de cobro coactivo, conforme a las competencias que establezca el Contralor General de la República.

3. Dirigir el recaudo de las multas y demás créditos derivados de los documentos que prestan mérito ejecutivo a favor del Estado que le corresponde ejecutar a la Entidad, conforme a la ley, para el efecto librará mandamiento de pago y decretará las medidas cautelares a las que haya lugar.

4. Adelantar los procesos sancionatorios de su competencia de conformidad con la normativa vigente.

5. Formular las directrices y orientaciones para el decreto de medidas cautelares dentro de los procedimientos de cobro coactivo.

6. Elaborar las listas de auxiliares de la justicia que puedan intervenir en los procesos de cobro coactivo adelantados por la Contraloría General de la

República. La comparecencia al proceso será obligatoria una vez efectuada la designación.

7. Ejecutar las políticas, los planes y programas de la Contraloría General de la República en materia de cobro coactivo.

8. Decidir sobre la exclusión de la gestión de recaudo por prescripción o remisibilidad en los casos propuestos por las Direcciones de Cobro Coactivo.

9. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 64I. Direcciones de Cobro Coactivo. Son funciones de las Direcciones de Cobro Coactivo:

1. Adelantar en primera instancia, conforme a las competencias que establezca el Contralor General de la República, los procedimientos de cobro coactivo y cobro persuasivo.

2. Adelantar en segunda instancia, conforme a las competencias que establezca el Contralor General de la República, los procedimientos de cobro coactivo adelantados en primera instancia en el Nivel Desconcentrado de la Contraloría General de la República.

3. Recaudar los recursos derivados de las obligaciones creadas con ocasión de los fallos de responsabilidad fiscal tendientes al resarcimiento del daño al patrimonio público. Para el efecto librará mandamiento de pago y decretará las medidas cautelares a las que haya lugar o hará seguimiento a las decretadas dentro del proceso de responsabilidad fiscal.

4. Recaudar las multas y demás créditos derivados de los documentos que prestan mérito ejecutivo a favor del Estado que le corresponde ejecutar a la

Entidad, conforme a la ley, para el efecto librará mandamiento de pago y decretará las medidas cautelares a las que haya lugar.

5. Clasificar las obligaciones de los procesos a su cargo y someter a la decisión del Jefe de la Unidad de Cobro Coactivo los casos que deban ser excluidos de la gestión de recaudo por difícil cobro, remisibilidad, o cuando la relación costo-beneficio no justifique el adelantamiento del proceso de cobro coactivo, independientemente de la naturaleza del título ejecutivo.

6. Adelantar los procesos sancionatorios de su competencia de conformidad con la normativa vigente.

7. Atender los lineamientos del Contralor General de la República y del Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo, en materia de cobro coactivo.

8. Ejecutar las políticas, los planes y programas de la Contraloría General de la República en materia de cobro coactivo, y participar en su formulación.

9. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 64J. Unidad de Intervención Judicial. Son funciones de la Unidad de Intervención Judicial:

1. Vigilar que las entidades afectadas por delitos contra la administración pública y que atentan contra intereses patrimoniales del Estado, intervengan como víctima o parte civil en los procesos penales respectivos, y compulsar copias a la autoridad disciplinaria que corresponda cuando incumplan dicha obligación.

2. Intervenir como víctima o parte civil en procesos penales adelantados por delitos que atenten contra los intereses patrimoniales del Estado, bajo los

lineamientos del Contralor General de la República y del Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo, cuando no intervenga la entidad afectada.

3. Coordinar la intervención en procesos penales en el nivel central y desconcentrado de la Contraloría General de la República.

4. Adelantar los procesos sancionatorios de su competencia de conformidad con la normativa vigente.

5. Ejecutar las políticas, los planes y programas de la Contraloría General de la República en materia de intervención en procesos penales.

6. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Texto inicial de la Sección III:

"SECCIÓN III

GERENCIAS NACIONALES

Artículo 65. Gerencia de Gestión Administrativa y Financiera. Son funciones de la Gerencia de Gestión Administrativa y Financiera:

1. Proponer, para la adopción por parte del Contralor General, las políticas, planes y programas que en materia de recursos físicos y financieros se deben desarrollar para el buen funcionamiento de la Contraloría General de la República.

2. Preparar los proyectos de reglamentaciones internas para su adopción por la autoridad competente, dirigir la aplicación de las mismas y evaluar los procedimientos que en materia presupuestal, contable, de tesorería, de administración de los recursos físicos y demás que el sistema de administración interna de la Contraloría General de la República requiera.

3. Formular, de acuerdo con lo que establezca el Contralor General de la República para el tema, políticas que tiendan a una mejor administración de los recursos financieros y físicos a fin de procurar niveles óptimos de calidad, cantidad, oportunidad, eficiencia y eficacia.

4. Dirigir, en coordinación con la Oficina de Planeación y las Gerencias Departamentales, la elaboración del proyecto de presupuesto y el plan de compras para la Contraloría General de la República.

5. Dirigir los procesos contractuales en que intervenga la Contraloría General de la República y velar por su adecuada organización, eficiencia y observancia de las normas legales sobre la materia.

6. Velar porque en la Contraloría General se observen estrictamente los principios de eficiencia, economía, equidad, calidad total y planeamiento estratégico en la gestión de la administración de sus recursos.

7. Dirigir la elaboración de la Cuenta de Manejo y Gestión que debe rendir el Contralor General a la Auditoría General de la Nación.

8. Dirigir la ejecución y controlar el manejo de los recursos financieros y físicos del nivel desconcentrado que por delegación sean confiados a la administración de las Gerencias Departamentales.

9. Velar porque el manejo de las cesantías de los funcionarios de la Contraloría General de la República se realice de conformidad con las normas vigentes sobre la materia y disponer lo que corresponda para hacer efectivos los giros de las transferencias de las cesantías al Fondo de Bienestar Social de la Contraloría General de la República o a quien haga sus veces.

10. Las demás que le asigne la ley.

Artículo 66. Dirección de Recursos Físicos. Son funciones de la Dirección de Recursos Físicos:

1. Diseñar, controlar y garantizar la ejecución de planes, programas y procedimientos para la adquisición, contratación, almacenamiento, suministro, registro, control y seguro de bienes y servicios de la Contraloría General de la República.

2. Programar y hacer cumplir las labores encaminadas a seleccionar y suministrar los elementos de consumo y devolutivos necesarios para el adecuado funcionamiento de la Contraloría General de la República.

3. Dirigir y organizar las funciones correspondientes al almacén.

4. Administrar los bienes muebles e inmuebles de propiedad de la Contraloría General de la República.

5. Manejar y llevar el control de los inventarios y de los seguros de los bienes de la Contraloría General de la República.

6. Realizar el estudio de las necesidades institucionales de elementos de consumo y de equipos para las distintas dependencias de la Contraloría General de la República y elaborar el programa anual de compras bajo la orientación del Gerente de Gestión Administrativa y Financiera.

7. Proveer oportunamente a las distintas dependencias de la administración de la Contraloría General de la República, tanto en el ámbito nacional como departamental, con el uso y la programación razonable, los equipos y los demás elementos de consumo indispensables para su adecuado funcionamiento.

8. Efectuar los estudios y trámites necesarios que permitan descargar periódicamente de los inventarios los elementos innecesarios.

9. Coordinar la administración, mantenimiento y vigilancia de las instalaciones de los edificios sedes de la Contraloría General de la República.

10. Coordinar la organización y prestación de los servicios de conmutador, vigilancia, electricidad, aseo y de los demás servicios concernientes al mantenimiento, conservación y seguridad de los edificios sedes de la administración de la Contraloría General de la República.

11. Garantizar la adecuada administración del registro de proveedores de la entidad de acuerdo con las normas vigentes.

12. Las demás que le asigne la ley.

Artículo 67. Dirección Financiera. Son funciones de la Dirección Financiera:

1. Coordinar la administración y desarrollo de políticas, planes y programas para la provisión, utilización y control adecuado de los recursos financieros de la Contraloría General de la República.

2. Coordinar la administración y el desarrollo de las actividades presupuestales, contables y de tesorería de la Contraloría General de la República.

3. Coordinar el seguimiento, evaluación y control de las actividades presupuestales, contables y de tesorería de la Contraloría General de la República.

4. Dirigir en forma inmediata, en coordinación con la Oficina de Planeación, el Despacho del Gerente de Gestión Administrativa y Financiera y las Gerencias Departamentales, la elaboración del proyecto de presupuesto de la Contraloría General de la República.

5. Coordinar los procesos de ejecución presupuestal y financiera de la Contraloría General de la República.

6. Coordinar, dirigir y controlar la aplicación de normas y evaluar los procedimientos de orden contable, presupuestal, de tesorería y en general del sistema financiero adoptado para la Contraloría General de la República.

7. Coordinar y dirigir las certificaciones sobre la disponibilidad y reserva presupuestal necesarias para la adecuada ejecución del presupuesto de la Contraloría General de la República.

8. Coordinar, vigilar y controlar los movimientos de las apropiaciones y en general todos los gastos relacionados con la ejecución presupuestal de la Contraloría General de la República.

9. Coordinar, vigilar y controlar el procedimiento de provisión de cesantías de los funcionarios de la Contraloría General de la República, recursos que serán administrados financieramente para la respectiva vigencia por el Fondo de Bienestar Social de la Contraloría General de la República.

10. Elaborar y presentar los estados financieros de la Contraloría General de la República.

11. Las demás que le asigne la ley.

Artículo 68. Dirección de Imprenta, Archivo y Correspondencia. Son funciones de la Dirección de Imprenta, Archivo y Correspondencia:

1. Mantener actualizado el sistema de archivo de la Contraloría General de la República.

2. Organizar el sistema de correspondencia, en coordinación con la Secretaría Privada para lo que tiene que ver con la correspondencia dirigida al Contralor General.

3. Expedir y autenticar las copias de documentos que reposen en el archivo de la Contraloría General de la República cuando éstos hayan cumplido su trámite definitivo o cuando cesen de hacer parte de procesos

surtidos por las dependencias competentes para ello y en todo caso con sujeción al reglamento que para el efecto se adopte.

4. Llevar el archivo general de los contratos celebrados por la Contraloría General de la República.

5. Remitir oportunamente los actos administrativos de contenido general a las diferentes dependencias de la Contraloría General de la República y solicitar su publicación en el Diario Oficial.

6. Administrar y dirigir las operaciones relativas al eficiente funcionamiento de la Imprenta de la Contraloría General de la República.

7. Las demás que le asigne la ley.

Artículo 69. Gerencia del Talento Humano. Son funciones de la Gerencia del Talento Humano:

1. Dirigir y diseñar, de acuerdo con lo que disponga el Contralor General al respecto, las políticas, planes y programas que se deban implantar en materia de talento humano para su desarrollo integral.

2. Dirigir la elaboración de los actos administrativos relacionados con las novedades de personal para la firma del Contralor General, cuando corresponda y revisar el alcance de los mismos.

3. Dirigir, coordinar y vigilar el cumplimiento de las normas relativas a la administración de personal, la elaboración de las nóminas y la liquidación de las prestaciones sociales y de los demás factores de remuneración.

4. Coordinar el diligenciamiento de la posesión de los empleados de la Contraloría General de la República y posesionarlos en los términos en que se le delegue.

5. Coordinar la organización y trámite de todas las actividades que en materia de administración de personal requiera la Contraloría General de la República.

6. Coordinar los registros necesarios para la administración de personal y expedir las certificaciones relacionadas con dichos registros y situaciones laborales.

7. Diseñar y coordinar los programas que en materia de salud ocupacional se establezcan para los funcionarios de la Contraloría General de la República con el objeto de dar cumplimiento a la normatividad vigente.

8. Dirigir la organización del registro de novedades de la Contraloría General de la República que ocasionen los empleados desde su ingreso hasta su retiro.

9. Coordinar, dirigir y desarrollar el reporte de novedades e información para los procesos de administración de personal.

10. Orientar la elaboración del diseño de los sistemas de selección del personal para la carrera administrativa y para los demás empleos que determine el Contralor General.

11. Orientar el diseño, la coordinación, la supervisión y la ejecución de los sistemas de evaluación del desempeño de acuerdo con lo que la ley disponga al respecto.

12. Dirigir, de acuerdo con lo que ordene el Contralor General al respecto, los sistemas de contratación de pruebas de selección y promoción del talento humano de la entidad.

13. Definir, en coordinación con las distintas dependencias de la entidad competentes para ello, los perfiles ocupacionales exigidos para los cargos de carrera administrativa y para los demás empleos.

14. Coordinar con el Fondo de Bienestar Social o quien haga sus veces, las políticas de mejoramiento de la calidad de vida laboral de los servidores de la Contraloría General.

15. Disponer lo necesario para el sistema de notificación de actos administrativos que atañan a las diversas situaciones administrativas de personal.

16. Las demás que le asigne la ley.

**Nota, artículo 69: Ver Resolución 698 de 2019, CGR. D.O. 50.953, pag. 30.**

Artículo 70. Dirección de Gestión del Talento Humano. Son funciones de la Dirección de Gestión del Talento Humano:

1. Proponer las políticas, planes y programas para la utilización y el control adecuado de los recursos humanos de la Contraloría General de la República y programar su aplicación.

2. Orientar la aplicación de las normas a que debe sujetarse la administración de personal, la elaboración de las nóminas y la liquidación de las prestaciones sociales y disponer lo requerido para implementar estos procesos.

3. Dirigir en forma inmediata la actualización y conservación de los registros del personal que labora en la Contraloría General de la República.

4. Atender los requerimientos de las diferentes autoridades sobre aspectos de personal en coordinación con la Dirección de Carrera Administrativa y la Oficina Jurídica.

5. Orientar la organización del sistema de atención a los riesgos profesionales y la salud ocupacional de conformidad con las disposiciones legales y las técnicas aconsejables.

6. Proyectar las resoluciones relacionadas con las novedades de personal.

7. Coordinar el diligenciamiento de la posesión de los empleados de la Contraloría General de la República.

8. Implantar y mantener un sistema de información veraz, confiable y oportuno sobre las estadísticas y situaciones administrativas del personal.

9. Realizar en coordinación con las distintas dependencias, los perfiles ocupacionales exigidos para los cargos de carrera administrativa y para los demás empleos y el análisis de puestos y cargas de trabajo.

10. Diseñar y aplicar los programas de inducción y reinducción de quienes se vinculen a la Contraloría General de la República.

11. Diseñar y hacerle seguimiento, en coordinación con las dependencias competentes, a los programas de entrenamiento en el cargo de los funcionarios de la Contraloría General de la República con ocasión de su ingreso, promoción y traslado.

12. Las demás que le asigne la ley.

Artículo 71. Dirección de Carrera Administrativa. Son funciones de la Dirección de Carrera Administrativa:

1. Diseñar los sistemas de selección y promoción del personal vinculado a la carrera administrativa.

2. Diseñar los sistemas de evaluación del desempeño, coordinación, supervisión y ejecución de acuerdo con la ley.

3. Organizar y dirigir en forma inmediata el diseño de pruebas para el proceso de selección, supervisar la contratación de los entes autorizados al efecto y ejercer la interventoría que corresponda.

4. Prestarle el soporte técnico al Consejo Superior de Carrera Administrativa.

5. Sustanciar y tramitar las peticiones, las solicitudes, las reclamaciones y los demás aspectos relacionados con los asuntos de los que deberá conocer el Consejo Superior de Carrera Administrativa.

6. Proyectar, con la investigación de los hechos y la fundamentación jurídica necesaria, los actos administrativos que adopte el máximo órgano de administración de la carrera administrativa de la Contraloría General de la República y someterlos a su consideración.

7. Garantizar el funcionamiento de la carrera administrativa ejerciendo las funciones que se requieran y que no estén asignadas a otras dependencias o autoridades.

8. Llevar la iniciativa en el estudio, análisis y discusión de la jurisprudencia, doctrina y necesidades de adecuación de la carrera administrativa.

9. Llevar el registro público de personal de carrera administrativa y certificar las anotaciones en el mismo cuando ello fuere necesario.

10. Las demás que le asigne la ley.

Artículo 72. Fondo Cuenta de Publicaciones. Para la financiación y garantía de las publicaciones e impresos de diversa índole que deba realizar la Contraloría General de la República y de cualquiera de las etapas que al efecto se requiera, desde el proceso de producción hasta la comercialización y distribución, créase en éste Órgano la cuenta denominada Fondo Cuenta de Publicaciones, como una cuenta especial de administración de recursos, sin personería jurídica, administrado como un sistema separado de cuentas, a cargo del Contralor General de la República, o en quien éste delegue.

Parágrafo: En todo caso los recursos para su ejecución, anualmente se incorporarán en el Presupuesto General de la Nación.".

CAPÍTULO IV

**Nota: Capítulo IV adicionado por el Decreto 2037 de 2019, artículo 21.**

Gerencias Nacionales

Artículo 65. Gerencia Administrativa y Financiera. Son funciones de la Gerencia Administrativa y Financiera:

1. Dirigir, controlar y evaluar la ejecución de los programas y actividades relacionadas con los asuntos financieros, de contratación pública, bienes, servicios administrativos, infraestructura y gestión documental de la Entidad.

2. Proponer, para la adopción por parte del Contralor General, las políticas, planes y programas que, en materia de competencia de la Gerencia, para el buen funcionamiento de la Contraloría General de la República.

3. Impartir los lineamientos, directrices, interpretaciones, orientaciones, herramientas y procedimientos que en materia de gestión administrativa deben cumplir las dependencias de la Contraloría General de la República.

4. Gestionar la consecución de recursos ante el Ministerio de Hacienda y Crédito Público y el Departamento Nacional de Planeación, para el desarrollo de los planes, programas y proyectos institucionales.

5. Presentar el anteproyecto anual de presupuesto, en coordinación con la Oficina de Planeación.

6. Formular los lineamientos para la ejecución de planes, programas y demás acciones relacionadas con la gestión presupuestal, contable y de tesorería de la Contraloría General de la República.

7. Dirigir la elaboración de la Cuenta de Manejo y Gestión que debe rendir el Contralor General de la República a la Auditoría General de la República.

8. Coordinar la ejecución de los planes, programas, proyectos, procesos y actividades en materia de servicios generales y recursos físicos y el suministro oportuno y eficiente de los mismos para el funcionamiento de la Contraloría General de la República.

9. Aprobar el Plan Anual de Adquisiciones y el Plan Anual de Compras de la Entidad, de acuerdo con la planeación presupuestal adoptada por la Entidad, e impartir las directrices y los lineamientos para su ejecución.

10. Dirigir y controlar la administración de bienes patrimoniales o puestos a disposición de la Entidad y garantizar su conservación.

11. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

Artículo 66. Dirección de Contratación. Son funciones de la Dirección de Contratación:

1. Dirigir, coordinar y adelantar todos los trámites y procedimientos relacionados con la gestión contractual de la Contraloría General de la República.

2. Elaborar el Plan Anual de Adquisiciones, en coordinación con las diferentes dependencias de la Entidad, y velar por su adecuado cumplimiento.

3. Proyectar los actos administrativos y demás documentos que se originen con ocasión de la gestión contractual de la Entidad.

4. Impartir lineamientos para el desarrollo de las funciones de supervisión de los contratos que suscriba la Contraloría General de la República.

5. Asesorar a las dependencias de la Contraloría General de la República en lo que sea de su competencia, en especial en la elaboración de los documentos técnicos, jurídicos y financieros requeridos en desarrollo del proceso de contratación, incluyendo los estudios del sector.

6. Participar junto con la Gerencia Administrativa y Financiera en la formulación, adopción y seguimiento al plan estratégico y planes de mejoramiento de la Gerencia, de acuerdo con las políticas institucionales.

7. Elaborar y actualizar los Manuales de Contratación, procedimientos y demás herramientas que se requieran para garantizar el normal desarrollo del proceso de contratación en la Contraloría General de la República.

8. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero, y que correspondan a la naturaleza de la dependencia.

Artículo 66A. Dirección de Infraestructura, Bienes y servicios. Son funciones de la Dirección de Infraestructura, Bienes y Servicios:

1. Dirigir, diseñar, promover y apoyar la implementación de políticas, estrategias, procedimientos e indicadores tendientes a optimizar y mejorar la administración de los bienes a cargo de la Entidad.

2. Administrar los bienes a cargo de la entidad garantizando su conservación y uso eficiente.

3. Dirigir y realizar las actividades relacionadas con el inventario de los bienes de la Entidad y mantener actualizado el registro del estado de

funcionamiento, mantenimiento y registro documental de la propiedad, planta, equipo, incluyendo el parque automotor.

4. Proponer proyectos y programas de infraestructura física y hacer seguimiento a la gestión de los mismos.

5. Dirigir y administrar el parque automotor de la Contraloría General de la República.

6. Realizar las actividades necesarias para garantizar el oportuno desplazamiento de los funcionarios en el cumplimiento de sus funciones misionales.

7. Asesorar a las demás dependencias de la Entidad en el ámbito de su competencia.

8. Elaborar e implementar los planes operativos anuales en el ámbito de su competencia, de acuerdo con la metodología diseñada por la Oficina de Planeación.

9. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero y que correspondan a la naturaleza de la dependencia.

Artículo 67. Dirección Financiera. Son funciones de la Dirección Financiera:

1. Asesorar y apoyar al Gerente Administrativo y Financiero y dirigir los procesos de presupuesto, tesorería y contabilidad de la Contraloría General de la República.

2. Administrar, registrar y controlar el Presupuesto de Ingresos y Gastos asignado a la Contraloría General de la República.

3. Elaborar el Anteproyecto Anual de Presupuesto y el Programa Anual de Caja que deba adoptar la Entidad de acuerdo con las directrices que al respecto dicte el Ministerio de Hacienda y Crédito Público.

4. Hacer seguimiento permanente a la ejecución presupuestal, en coordinación con la Oficina de Planeación y adelantar los trámites presupuestales requeridos.

5. Expedir los certificados de disponibilidad presupuestal y efectuar su registro.

6. Realizar los trámites necesarios para llevar a cabo las modificaciones presupuestales que se requieran.

7. Administrar y controlar los recursos destinados para las cajas menores aprobadas.

8. Controlar y verificar que el proceso de preparación y registro contable de las operaciones se refleje en el balance de la Contraloría General de la República y se realice de conformidad con las disposiciones emitidas por la Contaduría General de la Nación.

9. Reconocer y ordenar pagos, conforme a la delegación que para tal efecto, le confiera el ordenador del gasto.

10. Efectuar conciliaciones y verificaciones presupuestales, contables y de pago que garanticen la consistencia y razonabilidad de la información financiera y contable.

11. Identificar, causar y clasificar los ingresos de la Entidad en el Sistema Integrado de Información (SIIF), del Ministerio de Hacienda y Crédito Público.

12. Coordinar, elaborar y presentar los diferentes informes exigidos por la ley, solicitados por los organismos de control y, en general, todos aquellos que le sean requeridos de acuerdo con la naturaleza de sus funciones.

13. Realizar las evaluaciones financieras de las ofertas de los procesos de selección de contratistas y rendir los informes o conceptos que deban presentar, cuando le sea asignado o requerido.

14. Asesorar a las demás dependencias en el ámbito de su competencia.

15. Elaborar e implementar los planes operativos anuales en el ámbito de su competencia, de acuerdo con la metodología diseñada por la Oficina de Planeación.

16. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero y que correspondan a la naturaleza de la dependencia.

Artículo 68. Dirección de Gestión Documental. Son funciones de la Dirección de Gestión Documental:

1. Fijar e implementar las Políticas de gestión documental de la Contraloría General de la República.

2. Dirigir los procesos de clasificación y direccionamiento, y hacer seguimiento a las solicitudes y comunicaciones dirigidas a las dependencias de la Contraloría General de la República.

3. Dirigir, recibir, seleccionar, organizar, administrar y conservar los fondos de archivo central y el patrimonio documental de la Entidad, facilitando su acceso y difusión.

4. Dirigir, gestionar, mantener, proteger, resguardar y coordinar la documentación del sistema de gestión integral y del sistema de gestión documental en cumplimiento de las normas establecidas en materia archivística.

5. Garantizar el adecuado acceso a los documentos que estén bajo su responsabilidad, dando cumplimiento a las normas de reserva legal.

6. Adoptar el Reglamento General de Archivo y Correspondencia de la Contraloría General de la República, previa consideración del Gerente Administrativo y Financiero.

7. Asesorar a las dependencias de la Contraloría General de la República en lo que sea de su competencia.

8. Proteger la información y los datos personales que reposan en medios físicos, bases de datos y documentos electrónicos en los sistemas de información de gestión documental de acuerdo con la normatividad vigente.

9. Dirigir y coordinar con la Oficina de Sistemas e Informática, las acciones necesarias para cumplir con los elementos esenciales de autenticidad, integridad, inalterabilidad, fiabilidad, disponibilidad y conservación de los documentos electrónicos, garantizando que mantengan su valor de evidencia a lo largo del ciclo de vida.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero y que correspondan a la naturaleza de la dependencia.

Artículo 69. Gerencia del Talento Humano. Son funciones de la Gerencia del Talento Humano:

1. Dirigir y diseñar, de acuerdo con lo que disponga el Contralor General al respecto, las políticas, planes y programas que se deban implantar en materia de talento humano para su desarrollo integral.

2. Dirigir la elaboración de los actos administrativos relacionados con las novedades de personal para la firma del Contralor General, cuando corresponda y revisar el alcance de los mismos.

3. Dirigir, coordinar y vigilar el cumplimiento de las normas relativas a la administración de personal, la elaboración de las nóminas y la liquidación de las prestaciones sociales y de los demás factores de remuneración.

4. Coordinar el diligenciamiento de la posesión de los empleados de la Contraloría General de la República y posesionarlos en los términos en que se le delegue.

5. Coordinar la organización y trámite de todas las actividades que en materia de administración de personal requiera la Contraloría General de la República.

6. Coordinar los registros necesarios para la administración de personal y expedir las certificaciones relacionadas con dichos registros y situaciones laborales.

7. Diseñar y coordinar los programas que en materia de salud ocupacional se establezcan para los funcionarios de la Contraloría General de la República con el objeto de dar cumplimiento a la normatividad vigente.

8. Dirigir la organización del registro de novedades de la Contraloría General de la República que ocasionen los empleados desde su ingreso hasta su retiro.

9. Coordinar, dirigir y desarrollar el reporte de novedades e información para los procesos de administración de personal.

10. Orientar la elaboración del diseño de los sistemas de selección del personal para la carrera administrativa y para los demás empleos que determine el Contralor General.

11. Orientar el diseño, la coordinación, la supervisión y la ejecución de los sistemas de evaluación del desempeño de acuerdo con lo que la ley disponga al respecto.

12. Dirigir, de acuerdo con lo que ordene el Contralor General al respecto, los sistemas de contratación de pruebas de selección y promoción del talento humano de la Entidad.

13. Definir, en coordinación con las distintas dependencias de la Entidad competentes para ello, los perfiles ocupacionales exigidos para los cargos de carrera administrativa y para los demás empleos.

14. Coordinar con el Fondo de Bienestar Social, o quien haga sus veces, las políticas de mejoramiento de la calidad de vida laboral de los servidores de la Contraloría General.

15. Disponer lo necesario para el sistema de notificación de actos administrativos que atañan a las diversas situaciones administrativas de personal.

16. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República y que correspondan a la naturaleza de la dependencia.

**Nota, artículo 69: Ver Resolución 723 de 2019, CGR. D.O. 51.101, pag. 31.**

Artículo 70. Dirección de Gestión del Talento Humano. Son funciones de la Dirección de Gestión del Talento Humano:

1. Dirigir y proponer las políticas, planes, programas y proyectos del proceso de gestión del talento humano en sus componentes de planeación, gestión y desarrollo.

2. Fijar los lineamientos y dar orientación en el desarrollo de los procesos de gestión de talento humano relacionados con la administración y liquidación de salarios y prestaciones de los servidores y ex servidores de la entidad.

3. Dirigir y formular las acciones necesarias para la actualización y conservación de los registros del personal que labora en la Contraloría General de la República.

4. Fijar los lineamientos para la atención de las situaciones administrativas y novedades de personal.

5. Dirigir e implementar y evaluar un sistema de información veraz, confiable y oportuno sobre las estadísticas y situaciones administrativas del personal.

6. Dirigir el Sistema de Gestión de la Seguridad y Salud en el Trabajo, SG-SST.

7. Diseñar y actualizar el Manual de Funciones, Competencias Laborales y requisitos mínimos de los empleos de la Contraloría General de la República, en coordinación con las dependencias de la entidad.

8. Diseñar y aplicar los programas de inducción y reinducción de quienes se vinculen a la Contraloría General de la República.

9. Diseñar, dirigir, administrar y evaluar los programas de formación, capacitación, incentivos, bienestar, de los servidores públicos de la entidad, de acuerdo con lo previsto en la ley.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero y que correspondan a la naturaleza de la dependencia.

Artículo 71. Dirección de Carrera Administrativa. Son funciones de la Dirección de Carrera Administrativa:

1. Establecer lineamientos para el funcionamiento de la carrera administrativa de acuerdo con las políticas establecidas por el Consejo Superior de Carrera.

2. Diseñar y evaluar los sistemas de selección y promoción del personal vinculado a la carrera administrativa.

3. Diseñar los sistemas de evaluación y establecer los parámetros para la elaboración de los instrumentos de evaluación del desempeño de los empleados de carrera y en período de prueba.

4. Diseñar y elaborar las convocatorias para los concursos o procesos de selección que adelante la Contraloría General de la República para la provisión de los empleos de carrera y presentarlas al Consejo Superior de Carrera para su aprobación.

5. Dirigir el diseño de pruebas para el proceso de selección, supervisar la contratación de los entes autorizados al efecto y ejercer la interventoría que corresponda.

6. Asesorar al Consejo Superior de Carrera Administrativa en los temas relacionados con el sistema especial de carrera de la Contraloría General de la República.

7. Sustanciar y tramitar las peticiones, las solicitudes, las reclamaciones y los demás aspectos relacionados con los asuntos de los que deberá conocer el Consejo Superior de Carrera Administrativa.

8. Proyectar, con la investigación de los hechos y la fundamentación jurídica necesaria, los actos administrativos que adopte el máximo órgano de administración de la carrera administrativa de la Contraloría General de la República y someterlos a su consideración.

9. Llevar el registro público de personal de carrera administrativa y certificar las anotaciones en el mismo cuando ello fuere necesario.

10. Las demás que le sean asignadas por la ley, o delegadas por el Contralor General de la República o el Gerente Administrativo y Financiero y que correspondan a la naturaleza de la dependencia.

Artículo 72. Fondo Cuenta de Capacitación y Publicaciones. Para la financiación y garantía de las publicaciones e impresos de diversa índole que deba realizar la Contraloría General de la República y de cualquiera de las etapas que al efecto se requiera, desde el proceso de producción hasta la comercialización y distribución, créase en este Órgano la cuenta denominada Fondo Cuenta de Capacitación y Publicaciones, como una cuenta especial de administración de recursos, sin personería jurídica, administrado como un sistema separado de cuentas, a cargo del Contralor General de la República, o en quien este delegue.

Parágrafo. En todo caso los recursos para su ejecución, anualmente se incorporarán en el Presupuesto General de la Nación.

CAPÍTULO V

**Nota: Capítulo V adicionado por el Decreto 2037 de 2019, artículo 22.**

Funciones comunes a todas las dependencias

Artículo 72A. Funciones comunes de las dependencias. Son funciones comunes de las dependencias de la Contraloría General de la República, las siguientes:

1. Dirigir, coordinar y controlar el desarrollo de las funciones que cumplen las dependencias y servidores a su cargo, en observancia de los principios que regulan la función administrativa y el principio de unidad de gestión. En las dependencias encargadas de adelantar los procesos de responsabilidad fiscal el reparto se hará de manera aleatoria, salvo asignación especial del Contralor Delegado para Responsabilidad Fiscal, Intervención Judicial y Cobro Coactivo o el Jefe de la Unidad de Investigaciones Especiales Contra la Corrupción, previa aprobación del Contralor General de la República, por razones de complejidad y especialidad.

2. Elaborar, implementar y hacer seguimiento a las estrategias, planes, programas y proyectos de su competencia, en coordinación con la Oficina de Planeación.

3. Preparar y rendir los informes que le sean solicitados por el Contralor General de la República, sus superiores jerárquicos y funcionales, los organismos de control y demás autoridades.

4. Contribuir en el mantenimiento, actualización, desarrollo y mejoramiento continuo del Sistema de Control Interno y Gestión de la Calidad, o el que haga sus veces.

5. Promover la participación, el acceso y utilización de las tecnologías de la información y de las comunicaciones, con el objetivo de facilitar el Gobierno en Línea, mejorar los procesos de gestión, estimular la participación y control ciudadano de manera interactiva.

6. Participar y facilitar ef funcionamiento de los Comités, Consejos y otras instancias de coordinación.

7. Responder los derechos de petición que traten temas que correspondan al campo de sus actuaciones.


TITULO III


NIVEL DESCONCENTRADO


Artículo 73. **Modificado por el Decreto 405 de 2020, artículo 10.** Auditores o profesionales que hagan sus veces. La Contraloría General de la República ejercerá sus funciones de forma desconcentrada en los departamentos, distritos y municipios, y conforme a las disposiciones constitucionales y legales.

Siempre que se requiera, cada Contraloría Delegada, atendiendo criterios técnicos, tendrá un equipo de auditores en cada departamento, el cual estará coordinado por un jefe auditor o quien haga sus veces, de conformidad con lo dispuesto en el decreto de nomenclatura de empleos y en el régimen de personal de la Contraloría General.


Texto inicial del artículo 73: "Auditores o profesionales que hagan sus veces. La Contraloría General de la República realizará de forma desconcentrada, con presencia departamental y municipal, y conforme a las disposiciones constitucionales y legales, la vigilancia y el control fiscal de las entidades públicas, mixtas o privadas que manejen fondos o bienes de la Nación.


Siempre que se requiera, cada Contraloría Delegada, atendiendo criterios técnicos, tendrá un equipo de auditores en cada departamento, el cual estará coordinado por un jefe auditor o quien haga sus veces, de conformidad con lo dispuesto en el decreto de nomenclatura de empleos y en el régimen de personal de la Contraloría General.


Formarán parte del grupo auditor departamental funcionarios de la Contraloría Delegada para Investigaciones, Juicios Fiscales y Jurisdicción Coactiva.

Parágrafo. La denominación, clasificación y escala salarial de tales auditores estarán definidos en el respectivo decreto de nomenclatura y régimen salarial que se expida al efecto.".

Artículo 74. Gerencias Departamentales. Podrá organizarse una Gerencia por cada departamento en los términos señalados en el presente Decreto, cuyas funciones serán específicas y complementarias a la organización de la Contraloría General de la República. Sus competencias y funciones son las siguientes:

1. Ejercer la dirección administrativa y financiera de la organización administrativa desconcentrada de la Contraloría en los términos de la delegación que en esta materia les conceda el Contralor General.

2. Representar a los Contralores Delegados y al Contralor General en su respectivo departamento en los asuntos de enfoque, orientación y resultados de la vigilancia fiscal.

3. Supervisar los grupos de auditores y las actividades del jefe auditor en su respectivo Departamento.

4. Atender directamente los asuntos confiados a la Contraloría Delegada para la Participación Ciudadana en su respectivo departamento y responder por ello ante el respectivo Contralor Delegado.

5. Velar por el buen funcionamiento del sistema de control interno de la Contraloría General en su organización desconcentrada en el departamento que corresponda.

6. Participar en la definición de las políticas, planes y programas de vigilancia fiscal que deban emprenderse por parte de las Contralorías Delegadas en el departamento en el cual operan y velar por su cumplida ejecución en los términos en que se aprueben.

7. Las demás que le asigne la ley.

# TITULO IV

## DISPOSICIONES GENERALES

Artículo 75. Notificación de actos administrativos. La notificación de los actos administrativos corresponderá a las dependencias de la Contraloría que las adopten, salvo aquellos cuya notificación corresponda al Contralor General de la República.

Artículo 76. Consejos, comités, comisiones y juntas. Los objetivos, la integración y las funciones de los consejos, comités, comisiones y juntas estarán establecidas por las disposiciones legales correspondientes. El Contralor General podrá reglamentar éstos aspectos tanto para los órganos de creación legal como para los que él decida conformar para suplir las necesidades del servicio.

Artículo 77. Conformación del Comité Directivo. El Comité Directivo de la Contraloría General de la República estará conformado por el Contralor General quien lo presidirá, el Vicecontralor, los contralores delegados, el Secretario Privado, el Gerente del Talento Humano, el Gerente de Gestión Administrativa y Financiera, los directores de oficina y un delegado de los empleados.

En ausencia del Contralor General de la República el Comité Directivo será presidido por el Vicecontralor.

El Contralor General reglamentará la forma en que se escogerá al delegado de los empleados ante el Comité Directivo. Podrán participar en las reuniones del Comité Directivo los empleados o asesores que el Contralor General estime conveniente invitar en forma permanente u ocasional

Artículo 78. **Derogado por el Decreto 2037 de 2019, artículo 26.** *Funciones adicionales de las dependencias. Las diversas dependencias que*

*integran la organización de la Contraloría General de la República, además de las funciones específicas a ellas atribuidas en el presente decreto, ejercerán las que determine el Contralor General de la República de acuerdo con las funciones que cumplan. Igualmente se ocuparán de los distintos asuntos que mediante reparto les encomiende el Contralor General también con consideración de las funciones que cumplen en la entidad.*

Artículo 79. Adopción de la estructura administrativa. La estructura administrativa que se establece mediante el presente decreto se hará efectiva en el momento en que definida la nueva planta de personal que a ella corresponde, se dicten los actos administrativos necesarios de incorporación a la nueva planta de personal procedentes de conformidad con las disposiciones legales que corresponda.

Artículo 80. Reasignación de responsabilidades. Cuando a las dependencias de la Contraloría General de la República suprimidas por mandato del presente decreto, se les haya encomendado funciones, competencias, trámites, asuntos o cualquier otra responsabilidad en normas jurídicas de vigencia anterior al presente decreto, corresponderá al Contralor General de la República determinar a qué dependencia le corresponde asumirlas.

Artículo 81. **Declarado inexequible por la Corte Constitucional en la Sentencia C-599 de 2011.** *Control fiscal del Fondo de Bienestar Social. El control fiscal del Fondo de Bienestar Social de la Contraloría General de la República será ejercido por éste último Órgano.*

Artículo 82. Estructura interna del Fondo de Bienestar Social. Las competencias de conocimiento y decisión respecto de la estructura interna del Fondo de Bienestar Social de la Contraloría General de la República, sus estatutos internos y los demás aspectos atinentes a su organización y planta de personal continuarán rigiéndose por lo dispuesto en la Ley 106 de 1993 y las normas que la modifiquen o adicionen. No obstante, los actos administrativos referidos a las anteriores materias que adopten las autoridades de que trata la mencionada ley, se elevarán a decreto del Gobierno Nacional.

Artículo 83. Homologación de miembros de junta directiva del Fondo de Bienestar Social. Para efecto de lo dispuesto en el artículo 95 de la Ley 106 de 1993, deberá entenderse que en reemplazo del Secretario General estará

el Gerente de Gestión Administrativa y Financiera o quien haga sus veces y en reemplazo del Secretario Administrativo el Gerente del Talento Humano o quien haga sus veces.

Artículo 84. Homologación de directores a contralores delegados. Para todos los efectos legales, en donde se hubiere definido competencia, responsabilidad o funciones en cabeza de los directores de que trataba el artículo 30 de la Ley 106 de 1993, estas deberán entenderse como asumidas por los contralores delegados que resulten afines a los sectores allí establecidos.

**Nota, artículo 84: Ver Decreto 148 de 2022, artículo 2º.**

Artículo 85. Tratamiento de actuaciones, procesos y trámites en curso. Una vez implementada la nueva estructura administrativa, las dependencias asumirán las funciones asignadas. El Contralor General de la República señalará la reasignación de actuaciones, procesos y trámites que deban seguir su curso y los nuevos responsables de ello de conformidad con el reparto de funciones. No obstante, el Contralor General de la República, de acuerdo con la conveniencia del servicio, podrá ordenar que tales actuaciones, procesos y trámites permanezcan en cabeza de quienes los venían llevando hasta su culminación.

Artículo 86. Los funcionarios de la planta de personal actual de la Contraloría General de la República, continuarán ejerciendo las atribuciones a ellos asignadas hasta tanto sea adoptada la planta de personal de la Contraloría General de la República, de conformidad con lo dispuesto en este Decreto.

Artículo 87. Vigencia. El presente decreto rige a partir de la fecha de su publicación en el Diario Oficial y deroga los artículos 48, 50 a 54, 56 a 58, 60 a 64 de la Ley 42 de 1993; los títulos I y II y el artículo 101 de la Ley 106 de 1993; y las demás disposiciones que le sean contrarias.

PUBLÍQUESE Y CÚMPLASE.

Dado en Santa Fe de Bogotá D.C., a 22 de febrero de 2000.

ANDRES PASRANA ARANGO

El Ministro del Interior,

Nestor Humberto Martínez Neira.

El Ministro de Hacienda y Crédito Público,

Juan Camilo Restrepo Salazar.

El Director del Departamento Administrativo de la Función Pública,

Mauricio Zuluaga Ruiz.

# English Translation
# of Exhibit 25

Machine Translated by Google

# DECREE 267 OF 2000

## (February 22)

which dictates rules on the organization and operation of the Office of the Comptroller General of the Republic, establishes its organic structure, sets the functions of its departments and dictates other provisions.

**Note 1:** Modified by Decree 405 of 2020, by Decree 2037 of 2019, by Decree 888 of 2017 and by Law 1807 of 2016.

**Note 2:** See Resolution 719 of 2019. See Resolution 718 of 2019. See Resolution 29 of 2019. See Resolution 694 of 2019, DO 50,915, page 19. See Resolution 693 of 2019. See Resolution 689 of 2019, DO 50,866, page 5. See Agreement 1 of 2018, DO 50,712, page 10. See Resolution 672 of 2018. See Resolution 673 of 2018. See Resolution 670 of 2018. See Resolution 669 of 2018. See Resolution 21 of 2018.

See Resolution 665 of 2018. See Resolution 664 of 2018. See Resolution 661 of 2018. See Resolution 656 of 2018. See Resolution 17 of 2017. See Resolution 6680 of 2012. See Resolution 106 of 2010, CGR.

**Note 3:** See Regulations of Resolution 105 of 2010.

**Note 4:** Cited in the Journal of the Pontifical Bolivarian University. Journal of the Faculty of Law and Political Sciences. Vol. 44. No. 120. Fiscal control and its adjustment within the Social Rule of Law. Marlon Iván Maldonado Narváez.

The President of the Republic of Colombia, in exercise of the extraordinary powers conferred upon him by Article 1 of Law 573 of February 7 , 2000 and prior opinion of the Comptroller General of the Republic,

## DECREES:

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 144 of 282
President of the Republic Decree 267 of 2000

# TITLE I

## ORGANIZATION AND FUNCTIONS

### CHAPTER I

### NATURE, MISSION, OBJECTIVES, FUNCTIONS AND AUTONOMY

Article 1. Nature. The Office of the Comptroller General of the Republic is a technical State control body with administrative and budgetary autonomy to manage its affairs in the terms and conditions established in the Constitution and the laws.

The Office of the Comptroller General of the Republic shall not have administrative functions other than those inherent to its own organization.

Article 2. Mission. It is the mission of the Office of the Comptroller General of the Republic to fully and effectively fulfill the functions assigned by the Constitution and the law on behalf of the community, to contribute to the generation of a culture of fiscal control for the benefit of the common interest and to maintain an irrevocable commitment to excellence for such purposes, inspired by moral and ethical principles.

Article 3. **Amended by Decree 405 of 2020, Article 1.**
Objectives. The objectives of the Office of the Comptroller General of the Republic are to exercise, on behalf of the community, the oversight and control of the fiscal management of the administration and of the individuals or entities that manage public funds or assets, at all administrative levels and with respect to all types of public resources; to evaluate the results obtained by the different organizations and entities of the State in the correct, efficient, economic, effective and equitable administration of public assets, natural resources and the environment; to generate a culture of control of the State's assets and public management; to establish fiscal responsibilities and impose the corresponding financial sanctions and other actions.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 145 of 282
President of the Republic Decree 267 of 2000

arising from the exercise of fiscal surveillance and control; to seek compensation for public assets.

Initial text of article 3: "Objectives. The objectives of the Office of the Comptroller General of the Republic are to exercise, on behalf of the community, oversight of the fiscal management of the administration and of individuals or entities that manage funds or assets of the Nation; to evaluate the results obtained by the different organizations and entities of the State in the correct, efficient, economic, effective and equitable administration of public assets, natural resources and the environment; to generate a culture of control of the State's assets and public management; to establish fiscal responsibilities and impose the corresponding pecuniary sanctions and other actions derived from the exercise of fiscal oversight; to seek compensation for public assets.",

Article 4. **Amended by Decree 405 of 2020, Article 2.** Subjects of fiscal surveillance and control. The following are subject to fiscal oversight and control by the Office of the Comptroller General of the Republic: the bodies that make up the branches of public power, the autonomous and independent bodies, the control and electoral bodies, the bodies created by the Political Constitution and the law that have a special regime, and other public entities at all administrative levels, individuals, legal persons and any other type of organization or company that, under any title, collects, administers, manages, disposes of or invests funds, resources of the State and/or public assets or resources in relation to these.

The above, without prejudice to the exercise of the powers of the territorial comptroller's offices and the application of the principles of coordination, concurrence, prevalence and subsidiarity, in accordance with the law.

Paragraph. The Bank of the Republic is subject to fiscal oversight and control by the Office of the Comptroller General of the Republic when it administers the nation's resources, executes acts or carries out fiscal management activities and to the extent to which it does so.

Initial text of article 4: "Subjects of fiscal surveillance and control. The following are subject to fiscal surveillance and control by the Comptroller General of the Republic:

1. The bodies that make up the Legislative and Judicial Branches of Public Power;

2. The bodies that comprise the Public Prosecutor's Office and its attached entities;

3. The bodies that make up the electoral organization and its attached or linked entities;

Machine Translated by Google

12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 146 of 282
Presidency of the Republic of Colombia

4. The National Television Commission and its affiliated or linked entities;

5. Regional autonomous corporations or sustainable development corporations;

6. Autonomous state universities that manage national resources or assets that originate in the nation;

7. The Bank of the Republic when it administers the Nation's resources, executes acts or carries out fiscal management activities and to the extent to which it does so;

8. Other public bodies created or authorized by the Constitution with an autonomous regime; **(Note: This section was declared constitutional by the Constitutional Court in Judgment C-1176 of November 24, 2004).**

9. The entities or organizations that make up the Executive Branch of Public Power, both in the central sector and in the decentralized sector by services, at the national level, in accordance with the provisions of Article 38 of Law 489 of 1998;

10. Other public and territorial entities that administer national assets or resources or those that originate in the Nation;

11. Corporations, associations and mixed foundations whenever they manage the nation's resources;

12. Individuals who perform public functions, with respect to public assets that they obtain or manage or when they manage assets or resources of the Nation."

**Note, article 4: Cited in the Journal of the Pontifical Bolivarian University. Journal of the Faculty of Law and Political Sciences. Vol. 44. No. 120. Fiscal control and its adjustment within the Social State of Law. Marlon Iván Maldonado Narváez.**

**Note 2, Article 4: See Resolution 49 of 2019. See Resolution 48 of 2019, CGR. DO 50,924, p. 30. See Resolution 34 of 2017, CGR. DO 50,326, p. 37.**

# Article 5. **Amended by Decree 405 of 2020, Article 3.**
Functions. In order to fulfill its mission and objectives,

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 147 of 282
President of the Republic Decree 267 of 2000

development of the provisions enshrined in the Political Constitution, it is the responsibility of the Comptroller General of the Republic:

1. Exercise surveillance and control, in a subsequent and selective manner or concomitantly and preventively, of the fiscal management of the administration and of the individuals or entities that manage public funds or assets, at all administrative levels and with respect to all types of public resources, through, among others, permanent monitoring of public resources, financial, management and results control, in accordance with the procedures and principles established by the Political Constitution, the law and the Comptroller General of the Republic.

2. Exercise fiscal surveillance and control, in a prevalent manner, over any territorial entity and under the principles of coordination, concurrence and subsidiarity, in accordance with the Constitution and the law.

3. Carry out special monitoring of public resources, through the General and Sectoral Delegated Comptroller's Offices in accordance with the Political Constitution and the law.

4. In the exercise of concomitant and preventive control, warn public servants and individuals who manage public resources about the existence of an imminent risk in operations or processes in progress, in order to prevent the occurrence of damage, so that the fiscal manager adopts the measures he considers appropriate to prevent it from materializing or spreading, and to exercise control over the facts thus identified.

5. Issue general regulations to harmonize the fiscal control systems of all public entities at the national and territorial level; and direct and implement, with the support of the General Audit Office of the Republic, the National Fiscal Control System, for the unification and standardization of the monitoring and control of fiscal management.

6. Exercise administrative and financial functions specific to the entity for the full compliance and development of fiscal control management activities.

7. Develop formal and non-formal educational activities in the areas of expertise of the Comptroller General's Office, which allow for individual professionalization and the comprehensive and specific training of its human talent, of the territorial fiscal control bodies and of entities outside the entity, provided that this is aimed at achieving a better understanding of the mission and objectives of the Comptroller General's Office of the Republic and facilitating its task.

8. Provide assistance and support to the exercise of the constitutional functions that the Comptroller General of the Republic must exercise in accordance with the provisions of the Political Constitution and the law.

Machine Translated by Google

## 9. Conceptualize on the quality and efficiency of internal control in the terms provided in the Political Constitution and the law.

Initial text of Article 5: "Functions. In order to fulfill its mission and objectives, in accordance with the provisions established in the Political Constitution, the Comptroller General of the Republic is responsible for:

1. Exercise oversight of the State's fiscal management through, among others, financial, management and results control, based on efficiency, economy, equity and the assessment of environmental costs.

2. Exercise oversight of fiscal management in accordance with the control systems, procedures and principles established by law and by the Comptroller General of the Republic through resolution.

3. Exercise subsequent control over the accounts of any territorial entity in the cases provided for by law.

4. Exercise administrative and financial functions specific to the entity for the full compliance and development of fiscal control management activities.

5. Develop formal and non-formal educational activities in the areas of expertise of the Comptroller General's Office, which allow for individual professionalization and the comprehensive and specific training of its human talent, of the territorial fiscal control bodies and of entities outside the entity, provided that this is aimed at achieving a better understanding of the mission and objectives of the Comptroller General's Office of the Republic and facilitating its task.

6. To exercise, in a predominant manner and in coordination with the territorial comptrollers, oversight over fiscal management and the results of the administration and management of national resources that are transferred to territorial entities in any way in accordance with legal provisions. **(Note: This section was declared constitutional by the Constitutional Court in Judgment C-127 of 2002.)**

7. **Section declared unconstitutional by the Constitutional Court in Judgment C-103 of 2015.**
*Provide warnings about operations or processes in progress to anticipate serious risks that compromise public assets and exercise subsequent control over the events thus identified.*

8. Provide assistance and support to the exercise of the constitutional functions that the Comptroller General of the Republic must exercise in accordance with the terms set forth in this decree.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 149 of 282
                                        Presidency of the Republic Decree 267 of 2000

9. Conceptualize on the quality and efficiency of internal control in the terms provided in the Political Constitution and the law."

**Note, article 5: See Resolution 686 of 2019, CGR. See Resolution 19 of 2018, AGR. DO 50,639, p. 81. See Resolution 34 of 2017, CGR. DO 50,326, p. 37.**

Article 6. Administrative autonomy. In exercising its administrative autonomy, the Office of the Comptroller General of the Republic is responsible for defining all aspects related to the fulfillment of its functions in accordance with the principles enshrined in the Constitution and in this decree.

Paragraph. The Comptroller General may not create obligations from the Comptroller's Office budget that exceed the overall amount set in the personal services section of the Annual Budget Law.

**Note, article 6: See Resolution 660 of 2018. See Resolution 659 of 2018. See Resolution 658 of 2018. See Resolution 653 of 2018. See Resolution 591 of 2017.**
**See Resolution 38 of 2017, DO 50.455, page 182. See Resolution 350 of 2015. See Resolution 349 of 2015, CGR.**

Article 7. Contractual autonomy. In exercising contractual autonomy, the Comptroller General of the Republic shall sign, on behalf of and representing the entity, the contracts that must be entered into in the performance of its functions, without prejudice to the delegation made for this purpose in accordance with the provisions of this decree.

In administrative litigation proceedings, the Office of the Comptroller General of the Republic shall be represented by the Comptroller General or by the attorney he appoints for this purpose by power of attorney.

Article 8. Budgetary autonomy. The Office of the Comptroller General of the Republic shall have autonomy to establish, manage and administer its budget in accordance with the Organic Law of the National Budget.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 150 of 282
Presidency of the Republic. Decree 267 of 2000

The Comptroller General of the Republic will charge a fiscal control fee to the organizations and entities inspected that manage funds or assets of the Nation, which will be established as follows:

1. The total budget of the Office of the Comptroller General of the Republic for the corresponding fiscal year will be calculated, including its operating expenses.

2. The sum of the value of the budgets of the supervised organizations and entities will be taken.

3. The value defined as the total budget of the Comptroller General of the Republic, as defined in numeral 1), will be divided by the sum of the value of the budgets of the entities and organizations supervised, thus obtaining a factor.

4. The factor obtained in paragraph 3) shall be applied to the value of the budgets of each supervised body or entity considered individually. The result of applying said factor constitutes the fiscal control rate per supervised body or entity.

The fiscal control rate will be set individually for each agency or entity supervised by resolution of the Comptroller General of the Republic and said value must be budgeted in a mandatory manner in the respective annual budget.

The total amount collected for this purpose may not, under any circumstances, exceed the total value of the operating and investment expenses that guarantee the optimal performance of the mission entrusted to the Office of the Comptroller General of the Republic.

**Note, Article 8: This article was declared unconstitutional by the Constitutional Court in Judgment C-1550 of November 21, 2000.**

Machine Translated by Google

CHAPTER II


ADMINISTRATIVE ORGANIZATION AND ITS OBJECTIVES


Article 9. Criteria for the organization. The organization of the Office of the Comptroller General of the Republic is based on and developed in accordance with the following criteria:


1. Sectoral specialization.


2. Technicalization.


3. Citizen participation.


4. Transparency.


5. Comprehensiveness of control.


6. Simplification and specialization.


7. High professional level.


8. Functionality.


9. Multidisciplinarity

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 152 of 282
President of the Republic Decree 267 of 2000

10. Delegation.

11. Administrative and financial decentralization.

12. Horizontal attention to functions by sectors of economic and social activity.

**Note, article 9: See Resolution 34 of 2017, CGR. DO 50,326, page. 37.**

Article 10. Levels of administrative organization. The scope of action of the Office of the Comptroller General of the Republic for the exercise of fiscal oversight, its opinions, concepts and analysis and the processing of the fiscal responsibility process shall be carried out in accordance with the Constitution, the rules and regulations that indicate the matters over which it has jurisdiction and competence. In order to obtain results of common interest, of general benefit and of the fulfillment of the functions of the agencies that comprise the Office of the Comptroller General of the Republic, it shall be organized into two basic levels, namely: central level and decentralized level.

1. Central level: The central level is made up of the departments based in the Capital District;

2. Decentralized Level: The decentralized level is made up of the dependencies of the General Comptroller's Office located outside the headquarters of the Capital District and is configured in compliance with the principles of the administrative function and in which powers and functions are located in such dependencies in the terms indicated in this decree.

Both the central and decentralized levels participate in the design of plans, the definition of policies, the establishment of general programs for the administration of the Comptroller's Office, fiscal surveillance and the execution of administrative plans, policies, programs and projects, fiscal surveillance and control and the processing of the fiscal responsibility process.
Each level exercises its functions and responsibilities within the scope of its established functions.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB      Document 1-26      Filed 04/11/25      Page 153 of 282
Presidency of the Republic Decree 267 of 2000

By mandate of this decree, in a concurrent and harmonious manner, the powers and functions inherent to the Office of the Comptroller General of the Republic. It is a special function of the central level to coordinate and control all the activities of the Office of the Comptroller General at the national level, including those carried out by the decentralized level, as well as to exercise special functions assigned by the Constitution and the law, the nature of which does not imply their decentralized exercise.

Article 11. **Amended by Decree 405 of 2020, Article 4.**
Organic and functional structure. The Office of the Comptroller General of the Republic will have the following organic and functional structure:

CENTRAL LEVEL

Higher management level.

1. Office of the Comptroller General of the Republic.

1.1. Private Secretariat.

1.2. Information, Analysis and Immediate Reaction Directorate.

1.2.1. Information Unit.

1.2.2. Information Analysis Unit.

1.2.3. Immediate Reaction Unit

1.3. Fiscal and Sanctioning Chamber.

1.4. Special Investigations Unit against Corruption.

1.5. Technological and Information Technology Security and Assurance Unit.

1.6. National and International Cooperation Unit for the Prevention, Investigation and Seizure of Assets.

1.7. Technical Support Unit for the National Fiscal Control System (Sinacof).

1.8. Congress Technical Support Unit.

1.9. Legal Office.

1.10. Internal Control Office.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 154 of 282
President of the Republic Decrees 267 of 2000

1.11. Disciplinary Control Office.

1.12. Office of Communications and Publications.

1.13. Center for Fiscal Studies (CEF).

1.13.1. Advisory Committee of the Center for Fiscal Studies.

1.13.2. Training and Publications Account Fund.

2. Office of the Deputy Comptroller.

2.1. Planning Office.

2.2. Systems and Information Technology Office.

General Delegated Comptrollers

3. Delegated Comptroller for Citizen Participation.

3.1. Citizen Service Department.

3.2. Directorate of Promotion and Development of Participatory Fiscal Control.

3.3. Regional Monitoring Directorate.

4. Delegated Comptroller's Office for Economy and Public Finance.

4.1. Directorate of Macroeconomic Studies.

4.2. Directorate of Fiscal Accounts and Statistics.

5. Delegated Comptroller's Office for Post-Conflict.

6. Delegated Comptroller for Targeted Population.

6.1. Directorate of Intersectoral Studies of Targeted Public Policies.

6.2. Fiscal Control Guidance Directorate.

Sectoral Delegated Comptroller's Offices.

7. Delegated Comptroller's Office for the Agricultural Sector.

7.1. Directorate of Fiscal Oversight.

7.2. Sectoral Studies Directorate.

8. Delegated Comptroller for the Mining and Energy Sector.

8.1. Directorate of Fiscal Oversight.

8.2. Sectoral Studies Directorate.

9. Delegated Comptroller for the Health Sector.

9.1. Directorate of Fiscal Oversight.

9.2. Sectoral Studies Directorate.

10. Delegated Comptroller for the Labor Sector.

10.1. Directorate of Fiscal Oversight.

10.2. Sectoral Studies Directorate.

11. Delegated Comptroller for the Education, Science and Technology, Culture, Recreation and Sports Sector.

11.1. Directorate of Fiscal Oversight.

11.2. Sectoral Studies Directorate.

12. Delegated Comptroller for the Social Inclusion Sector.

12.1. Directorate of Fiscal Oversight.

12.2. Sectoral Studies Directorate.

13. Delegated Comptroller for the Infrastructure Sector.

13.1. Directorate of Fiscal Oversight.

13.2. Sectoral Studies Directorate.

14. Delegated Comptroller for the Information and Communications Technology Sector.

14.1. Directorate of Fiscal Oversight.

14.2. Sectoral Studies Directorate.

15. Delegated Comptroller for the Housing and Basic Sanitation Sector.

15.1. Directorate of Fiscal Oversight.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 156 of 282
Presidency of the Republic Decree 267 of 2000

15.2. Sectoral Studies Directorate.

16. Delegated Comptroller's Office for the Trade and Regional Development Sector.

16.1. Directorate of Fiscal Oversight.

16.2. Sectoral Studies Directorate.

17. Delegated Comptroller's Office for Public Management and Financial Institutions.

17.1. Directorate of Fiscal Oversight.

17.2. Directorate of Sectoral Studies.

18. Delegated Comptroller for the Defense and Security Sector.

18.1. Directorate of Fiscal Oversight.

18.2. Sectoral Studies Directorate.

19. Delegated Comptroller's Office for the Justice Sector.

19.1. Directorate of Fiscal Oversight.

19.2. Sectoral Studies Directorate.

20. Delegated Comptroller's Office for the Environment.

20.1. Directorate of Fiscal Oversight.

20.2. Sectoral Studies Directorate.

20.3. Sustainable Development and Environmental Cost Assessment Directorate

21. Sectoral Evaluation Committee.

22. Special Examination Groups.

Compensation for Damage to Public Assets

23. Delegated Comptroller for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

23.1. Fiscal Responsibility Unit.

23.1.1. Research Directorates.

23.2. Coercive Collection Unit.

23.2.1. Coercive Collection Addresses.

23.3. Judicial Intervention Unit.

National Managements

24. Administrative and Financial Management.

24.1. Contracting Department.

24.2. Directorate of Infrastructure, Goods and Services.

24.3. Financial Management.

24.4. Document Management Department.

25. Human Talent Management.

25.1. Human Talent Management Department.

25.2. Administrative Career Directorate.

DECENTRATED LEVEL

26. Collegiate Departmental Management.

26.1. Delegated Fiscal Surveillance Groups.

26.2. Fiscal Responsibility Groups.

26.3. Coercive Collection Groups.

26.4. Citizen Participation Groups.

ADVISORY AND COORDINATION BODIES

27. Steering Committee.

28. Tendering or Procurement Board.

29. Personnel Commission.

30. Internal Control Committee.

31. Higher Council of Administrative Career.

Paragraph 1. The Special Investigation Units against Corruption, Security and Technological and Information Technology Assurance, National and International Cooperation for the Prevention, Investigation and Seizure of Assets, and Technical Support to Congress shall fulfill the purposes and functions set forth in Article 128 of Law 1474 of 2011 and the guidelines issued by the Comptroller General of the Republic for their development. The other Units shall fulfill the functions set forth in this Decree Law.

The Technological and Information Technology Security and Assurance Unit will fulfill the functions set forth in numerals 7, 8 and 9 of article 42A of this decree, coordinating what is necessary so that the State security agencies comply with the paragraph of the same norm, in terms of the direct and timely allocation of the necessary human and physical resources by virtue of the binding nature of the studies.

Paragraph 2. In each Collegiate Departmental Management, the Comptroller General of the Republic will create, after a technical study by the Planning Office, the internal work groups that are necessary to fulfill the assigned functions and responsibilities.

Paragraph 3. In each Fiscal Oversight Directorate, the Comptroller General shall create, following a technical study by the Planning Office, the internal special examination groups that are necessary to fulfill the assigned functions and responsibilities.

Previous text of article 11. **Modified by Decree 2037 of 2019, Article 1.** "Organic and Functional Structure. The Office of the Comptroller General of the Republic shall have the following organic and functional structure:

CENTRAL LEVEL

Higher management level.

1. Office of the Comptroller General of the Republic.

1.1. Private Secretariat.

1.2. Information, Analysis and Immediate Reaction Directorate.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 159 of 282
Presidency of the Republic Decree 267 of 2000

1.2.1. Information Unit.

1.2.2. Information Analysis Unit.

1.2.3. Immediate Reaction Unit.

1.3. Special Investigations Unit against Corruption.

1.4. Technological and Information Technology Security and Assurance Unit.

1.5. National and International Cooperation Unit for the Prevention, Investigation and Seizure of Assets.

1.6. Congress Technical Support Unit.

1.7. Legal Office.

1.8. Internal Control Office.

1.9. Disciplinary Control Office.

1.10. Office of Communications and Publications.

1.11. Center for Fiscal Studies (CEF).

1.11.1. Advisory Committee of the Center for Fiscal Studies.

1.11.2. Training and Publications Account Fund.

2. Office of the Deputy Comptroller.

2.1. Planning Office.

2.2. Systems and Information Technology Office.

General Delegated Comptrollers

3. Delegated Comptroller for Citizen Participation.

3.1. Citizen Service Department.

3.2. Directorate of Promotion and Development of Participatory Fiscal Control.

3.3. Regional Monitoring Directorate.

4. Delegated Comptroller's Office for Economy and Public Finance.

4.1. Directorate of Macroeconomic Studies.

4.2. Directorate of Fiscal Accounts and Statistics.

5. Delegated Comptroller's Office for Post-Conflict.

6. Delegated Comptroller for Targeted Population.

6.1. Directorate of Intersectoral Studies of Targeted Public Policies.

6.2. Fiscal Control Guidance Directorate.

Sectoral Delegated Comptroller's Offices.

7. Delegated Comptroller's Office for the Agricultural Sector.

7.1. Directorate of Fiscal Oversight.

7.2. Sectoral Studies Directorate.

8. Delegated Comptroller for the Mining and Energy Sector.

8.1. Directorate of Fiscal Oversight.

8.2. Sectoral Studies Directorate.

9. Delegated Comptroller for the Health Sector.

9.1. Directorate of Fiscal Oversight.

9.2. Sectoral Studies Directorate.

10. Delegated Comptroller for the Labor Sector.

10.1. Directorate of Fiscal Oversight.

10.2. Sectoral Studies Directorate.

11. Delegated Comptroller for the Education, Science and Technology, Culture, Recreation and Sports Sector.

11.1. Directorate of Fiscal Oversight.

11.2. Sectoral Studies Directorate.

12. Delegated Comptroller for the Social Inclusion Sector.

12.1. Directorate of Fiscal Oversight.

12.2. Sectoral Studies Directorate.

13. Delegated Comptroller for the Infrastructure Sector.

13.1. Directorate of Fiscal Oversight.

13.2. Sectoral Studies Directorate.

14. Delegated Comptroller for the Information and Communications Technology Sector.

14.1. Directorate of Fiscal Oversight.

14.2. Sectoral Studies Directorate.

15. Delegated Comptroller for the Housing and Basic Sanitation Sector.

15.1. Directorate of Fiscal Oversight.

15.2. Sectoral Studies Directorate.

16. Delegated Comptroller's Office for the Trade and Regional Development Sector.

16.1. Directorate of Fiscal Oversight.

16.2. Sectoral Studies Directorate.

Machine Translated by Google

17. Delegated Comptroller's Office for Public Management and Financial Institutions.

17.1. Directorate of Fiscal Oversight.

17.2. Directorate of Sectoral Studies.

18. Delegated Comptroller for the Defense and Security Sector.

18.1. Directorate of Fiscal Oversight.

18.2. Sectoral Studies Directorate.

19. Delegated Comptroller's Office for the Justice Sector.

19.1. Directorate of Fiscal Oversight.

19.2. Sectoral Studies Directorate.

20. Delegated Comptroller's Office for the Environment.

20.1. Directorate of Fiscal Oversight.

20.2. Sectoral Studies Directorate.

21. Sectoral Evaluation Committee.

22. Special Examination Groups.

Compensation for Damage to Public Assets

23. Delegated Comptroller for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

23.1. Fiscal Responsibility Unit

23.1.1. Research Directorates.

23.2. Coercive Collection Unit.

23.2.1. Coercive Collection Addresses.

23.3. Judicial Intervention Unit.

National Managements

24. Administrative and Financial Management.

24.1. Contracting Department.

24.2. Directorate of Infrastructure, Goods and Services.

24.3. Financial Management.

24.4. Document Management Department.

25. Human Talent Management.

25.1. Human Talent Management Department.

25.2. Administrative Career Directorate.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 165 of 282
Presidency of the Republic: Decree 267 of 2000

DECENTRATED LEVEL

26. Collegiate Departmental Management.

26.1. Delegated Fiscal Surveillance Groups.

26.2. Fiscal Responsibility Groups.

26.3. Coercive Collection Groups.

26.4. Citizen Participation Groups.

ADVISORY AND COORDINATION BODIES

27. Steering Committee.

28. Tendering or Procurement Board.

29. Personnel Commission.

30. Internal Control Committee.

31. Higher Council of Administrative Career.

Paragraph 1. The Special Investigation Units against Corruption, Security and Technological and Information Technology Assurance, National and International Cooperation for the Prevention, Investigation and Seizure of Assets, and Technical Support to Congress shall fulfill the purposes and functions set forth in Article 128 of Law 1474 of 2011 and the guidelines issued by the Comptroller General of the Republic for their development. The other Units shall fulfill the functions set forth in this Decree Law.

Paragraph 2. In each Collegiate Departmental Management, the Comptroller General of the Republic will create, after a technical study by the Planning Office, the internal work groups that are necessary to fulfill the assigned functions and responsibilities.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 166 of 282
Presidency of the Republic: Decree 267 of 2000

Paragraph 3. In each Fiscal Oversight Directorate, the Comptroller General will create, after a technical study by the Planning Office, the internal special examination groups that are necessary to fulfill the assigned functions and responsibilities."

Initial text of article 11. **Amended as appropriate by Decree 888 of 2017, Article 1.**

"Organization. The Office of the Comptroller General of the Republic shall have the following organization:

CENTRAL LEVEL

Higher management level.

1. Comptroller General of the Republic.

1.1. Office of the Comptroller General

1.2. Private Secretariat.

1.3. Legal Office.

1.4. Internal Control Office.

1.5. Disciplinary Control Office.

1.6. Office of Communications and Publications.

1.7 **Number added by Law 1807 of 2016, article 11.** Center for Fiscal Studies (CEF).

1.8 **Number added by Law 1807 of 2016, article 11.** Advisory Committee of the Center for Fiscal Studies (CEF).

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 167 of 282
Presidency of the Republic: Decree 267 of 2000

2. Office of the Deputy Comptroller.

2.1. Planning Office.

2.2. **Section repealed by Law 1807 of 20**16, article 12. *Office of Training, Technology Production and International Technical Cooperation.*

23. Systems and Information Technology Office.

Delegated comptrollers.

3. Delegated Comptroller's Office for the Agricultural Sector.

3.1. Directorate of Fiscal Oversight.

3.2. Sectoral Studies Directorate.

4. Delegated Comptroller for the Mining and Energy Sector.

4.1. Directorate of Fiscal Surveillance

4.2. Sectoral Studies Directorate

5. Delegated Comptroller for the Social Sector.

5.1. Directorate of Fiscal Oversight.

5.2. Sectoral Studies Directorate.

6. Delegated Comptroller for the Physical Infrastructure and Telecommunications Sector, Foreign Trade and Regional Development.

6.1.Tax Oversight Directorate.

6.2. Sectoral Studies Directorate.

7. Delegated Comptroller's Office for Public Management and Financial Institutions.

7.1 Fiscal Surveillance Directorate.

7.1. Sectoral Studies Directorate.

8. Delegated Comptroller's Office for the Defense, Justice and Security Sector.

8.1. Directorate of Fiscal Oversight.

8.1. Sectoral Studies Directorate.

9. Delegated Comptroller for Citizen Participation.

9.1. Citizen Service Department.

9.1. Directorate of Promotion and Development of Citizen Control.

10. Delegated Comptroller's Office for the Environment.

10.1. Directorate of Fiscal Oversight.

10.1. Sectoral Studies Directorate

11. Delegated Comptroller's Office for Investigations, Tax Trials and Coercive Jurisdiction.

11.1. Directorate of Fiscal Investigations.

11.2. Directorate of Tax Trials.

11.3. Directorate of Coercive Jurisdiction.

12. Delegated Comptroller's Office for Economy and Public Finance

12.1. Directorate of Macroeconomic Studies.

12.2. Directorate of Fiscal Accounts and Statistics.

13. Publications account fund

14. Sectoral Evaluation Committee

15. Special examination groups National management.

16. Administrative and Financial Management Department.

16.1. Physical Resources Management.

16.2. Financial Management.

16.3. Printing, Archives and Correspondence Department.

17. Human Talent Management.

17.1. Human Talent Management Department.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 170 of 282
Presidency of the Republic: Decree 267 of 2000

17.2. Administrative Career Management

DECENTRATED LEVEL

18. Departmental Management.

19. Delegated Tax Surveillance Groups

20. Research Groups, Tax Trials and Coercive Jurisdiction.

ADVISORY AND COORDINATION BODIES

21. Tendering or Procurement Board.

22. Personnel Commission

23. Steering Committee.

24. Internal Control Committee.

25. Higher Council of Administrative Career.

Paragraph 1. In each departmental management, the Comptroller General will create, after a technical study by the Planning Office, the work groups that are necessary for the departmental manager to fully fulfill his functions and responsibilities.

Paragraph 2. In each Fiscal Oversight Directorate, the Comptroller General will create, after a technical study by the Planning Office, the special examination groups that are necessary for the director to fully fulfill his functions."

Machine Translated by Google

Article 12. Objective of the Office of the Comptroller. The objective of the Office of the Comptroller is to provide the immediate auxiliary and administrative support required by the Comptroller General of the Republic, helping to facilitate the exercise of his constitutional and legal powers, competences and functions.

Article 13. Objective of the Office of the Deputy Comptroller. The objective of the Office of the Deputy Comptroller is to provide the immediate auxiliary and administrative support required by the Deputy Comptroller, thereby facilitating the exercise of his or her functions.

Article 14. Objective of the delegated comptroller's offices. The objective of the delegated comptroller's offices is to guarantee the exercise and execution of the mission functions and responsibilities defined in the Political Constitution and the law in charge of the Comptroller General of the Republic in its different areas of competence, to directly and immediately support the exercise of the constitutional and legal powers attributed to the Comptroller General of the Republic and to assist in the technical and policy direction and guidance of the entity.

Article 15. Objective of the offices. The purpose of the offices is to advise, contribute to the formulation of policies, conceptualize and support matters related to their activity and serve as a coordinating body for these or other specific purposes. The offices may also prepare or review draft regulations, resolutions or circulars related to their purpose when indicated by the specific provisions applicable to them. In any case, the offices are units that provide direct support for institutional management and guidance.

Article 16. Objective of the national administrative managements. The objective of the national managements is to propose the institutional development policy of an administrative nature in its various areas of operation and to foresee the necessary devices to guarantee the administrative function of the Office of the Comptroller General of the Republic. In any case, the national managements have functions of setting policies and of institutional direction and guidance in the administrative branch with which they are concerned in the Office of the Comptroller General of the Republic.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 172 of 282
Presidency of the Republic Decree 267 of 2000

Article 17. **Modified by Decree 2037 of 2019, Article 2.**

Objective of the Directorates. The objective of the Directorates is to guide, direct, and establish guidelines for achieving the results of the mission or administrative management and institutional leadership; to formulate the policies required by each delegated comptroller's office, national management, or the directors of other departments according to the area of competence, in development of the principle of management unity, responding to the goals and institutional plans, under the permanent surveillance and evaluation of the Comptroller General of the Republic. Therefore, they will be in charge of Directors of free appointment and removal.

Paragraph. Employees who occupy the positions of Director Grade 03 of the staff of the Comptroller General of the Republic and have career rights will maintain them until their retirement.

Initial text of article 17: "Objective of the directorates. It is the objective of the directorates to guide and direct immediately, within the scope of the competence assigned to them, the set of tasks and activities required for the exercise of their functions, to respond, at their respective level, for the results of the mission or administrative management, as the case may be; for institutional management; for the orientation of policies and their formulation; for the immediate support of a technical nature required by each delegated comptroller's office, national management or the directors of other areas."

Article 18. Nature of the administrative level of the delegated comptroller's offices, the offices, the national management, the departmental management and the directorates. The delegated comptroller's offices, the offices, the national management, the national directorates and the departmental management form an integral part of the management level of the Comptroller General of the Republic and, as such, have influence in different areas of action, in the formulation of policies, in institutional guidance and management and in the functions of control, monitoring and evaluation, as well as in the tasks of directing the execution activities.

Article 19. Objective of departmental management. The objective of departmental management is to represent the Office of the Comptroller General of the Republic in the territory of its jurisdiction, as agencies of immediate representation of the highest level of management of the Office of the Comptroller General.

To this end, they conduct the institutional policy of the Comptroller's Office in the assigned territory, under the immediate supervision of the Comptroller General and represent the delegated comptroller's offices in the matters established in this decree or those determined by the Comptroller General. In any case, such offices exercise institutional direction and guidance powers at the territorial level and participate in the formulation of policies,

Machine Translated by Google

in the representation of the Comptroller General's Office in the terms established in this decree and in the coordination and administrative direction of the work of the fiscal surveillance, investigation, fiscal trials and coercive jurisdiction groups and in other matters established for the full fulfillment of the purpose of the Comptroller General's Office.

Article 20. Objective of the coordination and advisory bodies. The objective of the coordination and advisory bodies is to serve as an instance of consultation, coordination and evaluation of the matters for which they were created.

Article 21. Objective of the Steering Committee. The objective of the Steering Committee is to serve as the highest hierarchical body for consultation, coordination and evaluation of general matters of the administration of the human, financial and physical resources of the Comptroller General of the Republic, as well as to participate in the definition of policies and evaluation of general matters of the development of fiscal oversight and other mission areas exercised by the Comptroller General of the Republic.

Article 22. Objective of the Sectoral Evaluation Committee. The objective of the Sectoral Evaluation Committee within each delegated comptroller's office is to agree on the work programs that it will carry out, recommend the performance indicators for each action plan or program and the operational goals, and monitor and evaluate them, as well as recommend any corrective measures that may be necessary.

CHAPTER III

DECENTRALIZATION, SECTORIZATION AND PLANNING

Article 23. Departmental management. For the purposes of the efficient exercise of the administrative function, administrative decentralization will be the basis for the organization of the Office of the Comptroller General of the Republic through departmental management and work groups of the central agencies with presence in the national territory. For the definition of the presence of the Office of the Comptroller General of the Republic in the national territory and without prejudice to the provisions of article 24 of this decree, the political-administrative division of the country will be taken into account and consequently, it may be

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 174 of 282
President of the Republic Decree 267 of 2000

There must be a departmental management for each department of the country, as determined by the Comptroller General, following the opinion of the Steering Committee.

For the definition of departmental management, the availability of budget, physical facilities, personnel and equipment must be previously considered.

The main headquarters of each departmental management will be the capital of the respective department in order to meet the locative and operational needs and conveniences of the case. The Comptroller General of the Republic, by resolution and after the opinion of the Steering Committee, will establish the number and type of work groups that will operate in each department.

**Note, article 23: See Resolution 443 of 2016, CGR. DO 49.893, page 20.**

Article 24. Reorganization of departmental management. The Comptroller General, after receiving a decision from the Steering Committee, may reorganize the departmental management, including by integrating one or more managements into a single one, or by adding those required in accordance with the obligation imposed by the most effective and efficient fulfillment of the mission of the Comptroller General's Office and after considering the availability of the budget, physical facilities, personnel or equipment available.

Paragraph. Departmental managements may be integrated by the Comptroller General, following the opinion of the Steering Committee, to the extent that the territorial order changes. The functions of the departmental management resulting from the integration will be the same as those assigned to this type of organization, although their exercise will be effective within the scope of its new jurisdiction. The Comptroller General may redistribute the jobs that are assigned in a harmonious manner to the reorganization of the managements.

Article 25. Operation of departmental management. In order to guarantee the efficient presence and fulfillment of the mission of the Office of the Comptroller General of the Republic in the national territory, the following will be guaranteed:

Machine Translated by Google
12/19/24, 10:12                    Presidency of the Republic Decree 267 of 2000
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 175 of 282

departmental management the required operating budget and the human, financial and physical resources required.

The budget of the Office of the Comptroller General of the Republic will include the departmental management created by this decree and will serve as a means to control compliance with the objectives, goals and programs assigned to each team or work group and to the departmental management.

Article 26. Delegation powers. The Comptroller General of the Republic, by means of an administrative act, may delegate the powers of budget execution, expenditure management, contracting and other administrative, technical or legal competences, in accordance with the terms of the acts of delegation and the provisions of this decree. This delegation may fall to public servants at the management level of the Office of the Comptroller General of the Republic. In the case of contracting, the delegation will proceed in accordance with the terms authorized by Law 80 of 1993.

For the proper development and provision of administrative services, the delegated comptrollers, office directors and national managers of the administrative branch of the Comptroller General of the Republic, within the scope of their competence, may delegate to their subordinates, up to the advisory or management level.

Article 27. Delegation of fiscal control functions. The Comptroller General of the Republic, by means of an administrative act, may delegate general or specific functions of the exercise of fiscal oversight and control, as well as those attributed to the Office of the Comptroller General of the Republic for which he must be responsible, with the exception of the cases dealt with in article 29 of this decree. This delegation may be made to public servants at the management and advisory levels of the Office of the Comptroller General of the Republic.

Article 28. Competence and responsibility in delegation. The delegation referred to in the relevant articles of this decree exempts the delegator from liability and, therefore, shall correspond exclusively to the delegate. The delegating official may at any time reassume the delegated competence and responsibility, and by virtue of this, review, amend or revoke the administrative acts issued by the delegate, subject to the provisions of the Administrative Litigation Code.

Article 29. Functions that may not be delegated. Without prejudice to what is established in other provisions on this matter, the following may not be delegated:

1.-The issuance of regulations of a general nature, except in cases expressly authorized by law.

2.-The functions, powers and authorities received by virtue of delegation.

3.-Functions that by their nature or by constitutional or legal mandate are not susceptible to delegation.

4.-The functions that involve the personal and direct action of the competent official, before the Congress of the Republic and other constitutional authorities.

5.-The nominating faculty.

Article 30. Sectorization. In order to guarantee the proper exercise of the functions, powers and activities of fiscal oversight indicated in the Constitution, laws and other regulations, and to achieve a high level of technical development in the exercise of the same, the Office of the Comptroller General of the Republic shall group the subjects of fiscal control by sectors, in accordance with the area in which they carry out their public management activities, provision of services, administrative or regulatory functions, production of goods or commercial, economic and financial activities.

In order to achieve adequate sectorization, the procedures, methods, forms and elements of fiscal management monitoring clearly identified and defined by the Comptroller General of the Republic through regulations will be applied to the supervised entities.

Machine Translated by Google

Considering the criteria of sectoral specialization, functionality and simplification, the Comptroller General, after receiving the opinion of the Steering Committee, may assign and reassign passive subjects of fiscal surveillance and control to the delegated comptroller's offices, in which case they shall be responsible for the results of the surveillance of the fiscal management of the respective sector in which such subjects have been assigned.

**Note, article 30: See Resolution 34 of 2017, CGR. DO 50.326, p. 37.**

Article 31. Micro level of fiscal management oversight. The micro level of fiscal management oversight is understood to be that which covers each of the entities that act and develop their activities with autonomy and independence within the respective sector to which they belong for the purposes of exercising fiscal control.

Article 32. Macro level of fiscal management oversight. The macro level of fiscal management oversight is understood to be the consolidation of analyses, results and situations in which the State's objectives are found and developed, both on a general and territorial scale, as well as by sectors of activity.

Article 33. Concept of fiscal control planning. For the purposes of compliance and development of this decree, fiscal control planning is understood as the permanent and harmonious process aimed at promoting the development of the elements, instruments, concepts, activities and parameters of fiscal management oversight.

Article 34. Planning systems and instruments for fiscal oversight management. The planning, execution and control systems for fiscal oversight, the organizational instruments for the work system for the fulfillment of the institutional mission of the Comptroller General's Office, as well as the fiscal oversight management tools, shall be defined by the Comptroller General of the Republic.

**Note, article 34: See Re**solution 15 of 2017, CGR

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 178 of 282
Residency of the Republic - Decree 267 of 2000

# TITLE II

## FUNCTIONS OF THE COMPTROLLER'S OFFICE DEPARTMENTS
## GENERAL OF THE REPUBLIC

### CHAPTER ONE

### COMPTROLLER, OFFICE, PRIVATE SECRETARY AND DEPENDENT OFFICES

### SECTION I

### COMPTROLLER GENERAL

Article 35. Office and functions of the Comptroller General. It is the responsibility of the Office of the Comptroller, with the collaboration and coordination of the Private Secretary, to effectively provide and supply the immediate support services required by the Comptroller General, in order to facilitate the exercise of his functions.

The functions of the Comptroller General of the Republic, in addition to the constitutional and legal powers assigned to him, are the following:

1. Establish the policies, plans, programs and strategies for the development of fiscal management oversight, fiscal control of the State and other functions assigned to the Office of the Comptroller General of the Republic in accordance with the Constitution and the law. **(Note: See Resolution 33 of 2019. See Resolution 16 of 2017,** CGR.).

2. Adopt the policies, plans, programs and strategies necessary for the proper administrative and financial management of the Office of the Comptroller General of the Republic, in development of the administrative and budgetary autonomy granted by the Constitution and the law. **(Note: See Resolution 696 of 2019. See**

Machine Translated by Google

**Resolution 681 of 2019, DO 50,852, page 7. See Resolution 685 OF 2019, DO 50,845, page 5. See Resolution OGZ-388 of 2016, CGR. DO 49,803, page 16.).**

3. Establish policies, plans and programs for the development, execution and control of the budgetary system of the Comptroller General of the Republic.

4. Direct, as the highest authority, the administrative and fiscal oversight tasks of the different departments of the Office of the Comptroller General of the Republic, in accordance with the law. **(Note: See Resolution 681 of 2019, DO 50,852, page 7. See Resolution 654 of 2018. See Resolution 16 of 2017. See Resolution OGZ-388 of 2016, CGR. Do 49.803, page 16.).**

5. Provide legal representation for all matters that arise in the exercise of their functions for or against the entity.

6. Order the immediate suspension, pending the completion of the criminal or disciplinary proceedings referred to in section 8 of article 268 of the Political Constitution.

7. Issue regulations aimed at harmonizing systems for monitoring fiscal management and the corresponding controls and modalities, which will be mandatory for territorial comptroller's offices to comply with and adopt.

8. Any others indicated by law.

Paragraph. The Comptroller General of the Republic shall hear, in the second instance, the fiscal responsibility proceedings that are heard in the first instance by the Delegated Comptroller's Office for Investigations, Fiscal Trials and Coercive Jurisdiction, when the Comptroller General so determines in a general manner.

**Note, article 35: See Resolution 716 of 2019. See Resolution 708 of 2019. See Resolution 686 of 2019. See Resolution 606 of 2019. See Resolution 595 of 2019. See Resolution 31 of 2019. See Resolution 29 of 2019. See Resolution 660 of 2018.**

Machine Translated by Google
12/19/24, 10:12                    Presidency of the Republic Decree 267 of 2000
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 180 of 282

**See Resolution 659 of 2018. See Resolution 658 of 2018. See Resolution 15 of 2017. See Resolution 14 of 2017.** CGR _____

Article 36. Possession of the Comptroller General. The Comptroller General of the Republic shall take possession of the office before the President of the Republic.
Whoever is elected must express his acceptance to the nominator within fifteen (15) business days following the date of the election.

Paragraph. Persons aspiring to hold the office of Comptroller General of the Republic must prove to the bodies that submit their nomination that they meet the conditions required by the Political Constitution for the performance of the office.

Article 37. Qualifications. To be elected Comptroller General of the Republic, it is required to comply with the provisions of Article 267. of the Political Constitution and other requirements determined by law.

Article 38. Absolute and temporary absences. In accordance with the provisions of article 267 of the Political Constitution, it is the responsibility of Congress to fill the vacancies of the Comptroller General of the Republic. The Council of State shall fill the vacancies of the temporary ones.

Paragraph 1. While the Congress or the Council of State, as the case may be, carry out the corresponding election, the Vice-Comptroller shall assume the functions of the Comptroller General. Likewise, the Vice-Comptroller shall assume the functions of the Comptroller General in the event of forced and involuntary absence.

Paragraph 2. In the case of commissions outside the country, the Comptroller General may delegate to the Deputy Comptroller the exercise of functions that guarantee the normal development of the entity.

Article 39. Temporary absences. The following are temporary absences of the Comptroller General of the Republic:

Machine Translated by Google

1. Permits to leave office for a period of more than one (1) month;

2. Licenses longer than one (1) month;

3. Temporary physical disability when it exceeds one (1) month;

4. The provisional suspension from the performance of his or her duties within a disciplinary, fiscal or criminal process;

5. The provisional suspension of the election, ordered by the administrative jurisdiction; and

6. Forced and involuntary absence when it exceeds one (1) month.

Paragraph. Forced and involuntary absence exceeding one (1) month will also be considered a temporary absence of a special nature, an event in which there will be no solution of continuity in the labor and benefit rights of the titular Comptroller.

Article 40. Relations with the Congress of the Republic. The Comptroller General of the Republic shall have a voice in the permanent committees and in the plenary sessions of the Senate of the Republic or the House of Representatives when issues and functions pertaining to the Comptroller General's Office are discussed.

Likewise, the Congress of the Republic may request the summons of public servants to explain their actions.

Article 41. Certificate of remuneration. The Comptroller General of the Republic shall certify before January 31 of each year, the weighted average percentage of the changes that occurred during the immediately preceding year in the remuneration of the employees of the

Machine Translated by Google

central administration, which will determine the annual readjustment of the allocation of members of the Congress of the Republic.

SECTION II

PRIVATE SECRETARY AND DEPENDENT OFFICES

Article 42. Private Secretariat. The functions of the Private Secretariat are:

1. Coordinate and supervise the execution of the work of the Office of the Comptroller General, in accordance with the guidelines of the Comptroller General, and periodically inform him of the progress thereof.

2. Coordinate with the offices dependent on the Comptroller's Office the support required by the Comptroller General.

3. Select the matters that should be brought to the direct attention of the Comptroller General, according to the criteria provided by him, resolving those for which he is authorized.

4. Act as secretary of meetings, boards and committees held at the request of the Comptroller, when he deems it appropriate.

5. Coordinate and direct the activities required to manage the protocol of the Office of the Comptroller General.

6. Coordinate compliance with the Comptroller General's agenda.

7. Take charge of any special matters or missions delegated or entrusted to him by the Comptroller General.

8. Collaborate, when the Comptroller General so determines, in following up on the instructions issued by him and verify their optimal and timely compliance.

9. Implement, in coordination with the IT department, information systems that guarantee agility and reliability in the processes in which the Comptroller's Office and the Private Secretariat interact.

10. Monitor the management and conservation of movable property assigned to the Office of the Comptroller and the Secretariat, and ensure timely management before the competent departments of the administrative and logistical services that these require.

11. Any others assigned by law.

Article 42A. **Added by Decree 2037 of 2019, Article 3.**
Information, Analysis and Immediate Reaction Directorate. The functions of the Information, Analysis and Immediate Reaction Directorate are:

1. Direct the formulation of policies, plans, programs, projects and procedures related to access, collection, custody, security, use, analysis and exploitation of data and information, which contribute to increasing the efficiency, effectiveness and results with added value of fiscal surveillance and control actions, with the support of the Technological and Information Technology Security and Assurance Unit and the Systems and Information Technology Office as appropriate.

2. Adopt the Data Governance Model and open data strategy in the Office of the Comptroller General of the Republic.

3. Direct the formulation, guidance and implementation of policies, plans, programs, projects and procedures related to the reaction

Machine Translated by Google

immediate response to risks of imminent fiscal damage and the exercise of judicial police functions.

4. Adopt the criteria and scope of intervention of the immediate reaction technical teams in fiscal surveillance and control activities, and special audit activities.

5. Advise the Comptroller General of the Republic in the formulation and implementation of plans, programs, projects and procedures related to the functions of the agency.

6. Advise and coordinate, within its functional scope, the other departments of the Comptroller General of the Republic, in the assurance and use of information and databases, the collection of evidentiary material, its proper custody and use, the design and implementation of technical criteria of selectivity and materiality of control, and in matters of specialized investigation.

7. Direct and coordinate, with the Technological and Information Technology Security and Assurance Unit, in accordance with the function assigned in section 5 of article 128 of Law 1474 of 2011, the identification, assessment and administration of risks to the internal and external security of the Entity's servers, assets and information.

8. Guide the Security and Technological and Information Technology Assurance Unit in the design and implementation of the protection and security program for the Comptroller General of the Republic, former Comptrollers General of the Republic and other employees of the Entity in accordance with the level of risk to which they are subject, in coordination with the competent State security agencies.

9. Formulate the technical parameters, procedures and standards that the Technological and Information Technology Security and Assurance Unit must follow to carry out threat and risk studies on server security in accordance with the provisions of Article 128 of Law 1474 of 2011.

Machine Translated by Google

10. Promote the incorporation of international standards, best management practices, protocols and the signing of agreements, for the fulfillment of the functions of the department.

11. Direct and adopt policies and protocols to share, supply, integrate or facilitate the access, exchange, integration and interoperability of data or information of the Entity with national or international organizations, under the guidelines of the Comptroller General of the Republic.

12. Approve the subscription and release of data analysis reports by the Information Analysis Unit, in accordance with the protocols adopted for this purpose.

13. Generate studies, analyses and statistics that contribute to improving the management of the Office of the Comptroller General of the Republic.

14. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Paragraph. Security studies will be valid for up to two (2) years, will be confidential and will be binding on the State security and protection agencies responsible for implementing security measures.

**Note, article 42A: See D**ecree 1066 of 2015, **Arti**cle 2.4.1.2.40          **, paragraph 2°.**

Article 42B. **Added by** Decree 2037 of 2019, **Article 4.                        **
Information Unit. The functions of the Information Unit are:

1. Direct and coordinate the implementation of the Data Governance Model and open data strategy in the Office of the Comptroller General of the Republic and the

Machine Translated by Google

12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 186 of 282
Presidency of the Republic-Decree 267 of 2000

execution of the functions and projects generated in your application.

2. Guide, manage and control the acquisition, access, storage, security, use and generation of information and data in the Office of the Comptroller General of the Republic, in accordance with the policies and protocols adopted for this purpose.

3. Manage and update the databases and information for the exercise of the fiscal surveillance and control function, in accordance with the guidelines and protocols adopted by the Information, Analysis and Immediate Reaction Directorate.

4. Propose and participate in the formulation of policies for access, custody, storage, assurance, exchange and use of information acquired, obtained or managed by the Entity, in coordination with the competent departments.

5. Evaluate and determine the technical convenience of the exchange of information and interoperability between research, surveillance and control agencies at national and international level, for the programming and development of simultaneous or joint operations, under the guidelines of the Director of Information, Analysis and Immediate Reaction.

6. Share, supply, integrate or facilitate access, exchange, integration and interoperability of data or information of the Entity with national or international organizations, under the policies and protocols adopted for this purpose.

7. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Article 42C. **Added by Decree 2037 of 2019, Article 5.**

Information Analysis Unit. The functions of the Information Analysis Unit are:

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 187 of 282
Presidency of the Republic Decree 267 of 2000

1. Direct and coordinate the processes and actions related to mining, cross-checking and data and information analysis, through the use of specialized technologies and techniques, to identify risks of harm to public assets, the planning and targeting of fiscal surveillance and control and other actions carried out by the Entity.

2. Prepare data analysis reports and release them upon approval by the Director of Information, Analysis and Immediate Reaction, in accordance with the protocols adopted for this purpose.

3. Advise the departments of the Comptroller General of the Republic in the analysis of data from internal or external sources – structured, semi-structured or unstructured – through specialized technological and technical solutions for the exercise of fiscal surveillance and control.

4. Perform judicial police functions in areas related to the management of electronic data and information, in accordance with the rules and parameters inherent to this activity, especially the preservation of the chain of custody.

5. Identify the entire cycle of public assets, funds or resources, from their source to their execution, specifying the final beneficiaries of budgetary expenditures, and report it to the Information, Analysis and Immediate Reaction Directorate.

6. Design management methodologies and tools that contribute to improving fiscal monitoring and control and other processes of the Entity.

7. Create and manage a database of public management practices and identify indications, improper expenses, bad practices, risks, patterns or trends related to fiscal management, which will serve as input for fiscal monitoring and control exercises carried out by the different departments of the Entity.

Machine Translated by Google

12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 188 of 282
Presidency of the Republic - Decree 267 of 2000

8. Inform or disclose to the Immediate Reaction Unit the results of the practices and activities identified as risky, for the exercise of immediate reaction actions, the construction of proposals and recommendations for the strengthening of transparency and fiscal control.

9. To establish, in coordination with the mission areas of the Office of the Comptroller General of the Republic, the integrated center for the analysis of public information, which may have an inter-institutional character, and which may include permanent or temporary participation by officials from other control bodies, the Judicial Branch, the National Police, among other entities or official authorities.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Article 42D. **Added by Decree 2037 of 2019, Article 6.**
Immediate Reaction Unit. The functions of the Immediate Reaction Unit are:

1. Direct the immediate reaction actions of fiscal surveillance and control that are required in the face of the imminent loss of public resources and the judicial police actions of the Entity, in accordance with the law and the guidelines established by the Comptroller General of the Republic.

2. Direct, advise and guide the different departments of the Comptroller General of the Republic, in matters of specialized technical research.

3. Coordinate with the respective Delegated Comptroller's Office the joint and immediate implementation of fiscal surveillance and control activities, on the situations identified and described as risky by the Information Analysis Unit.

Machine Translated by Google
12/19/24, 10:12        Case 1:25-cv-01099-JDB        Document 1-26        Filed 04/11/25        Page 189 of 282
President of the Republic Decree 267 of 2000

4. Participate in the formulation, guidance and implementation of policies, plans, programs, projects and procedures related to the immediate response to risks of imminent fiscal damage and the exercise of judicial police functions.

5. Define the criteria and scope of intervention of the immediate reaction technical teams in fiscal surveillance and control activities for the adoption of the Director of Information, Analysis and Immediate Reaction.

6. Form and coordinate interdisciplinary and specialized technical teams for immediate response, in accordance with the specificities of the cases from the Information Analysis Unit or other departments of the Entity.

7. Coordinate with the different public authorities, within the scope of their powers, the implementation of joint surveillance and control actions, related to the immediate reaction to risks of imminent fiscal damage.

8. Exercise, under the guidelines of the Director of Information, Analysis and Immediate Reaction, judicial police functions to collect evidence to determine the occurrence of events causing damage to public property, which will be incorporated and will have probative value within the corresponding control exercise, in the manner and terms indicated in the law.

9. Implement and maintain an updated record of the immediate reaction actions carried out by the Entity and their results.

10. Coordinate with entities that exercise judicial police functions the definition and implementation of coordination mechanisms that rationalize and avoid duplication of efforts in the development of investigative work against corruption.

11. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Article 42E. **Added by Decree 405 of 2020, Article 5.** Fiscal and sanctioning chamber. The Comptroller General of the Republic shall determine the number of Intersectoral Delegate Comptrollers that will make up the Fiscal and Sanctioning Chamber, which shall perform the following functions:

1. To be aware, in the second instance and at the level of consultation, of the fiscal responsibility processes carried out in the first instance by the Special Investigations Unit against Corruption, by the General Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

2. To advance, in the first instance, the sanctioning processes within its jurisdiction, in accordance with current regulations.

3. To hear second instance tax sanctioning proceedings.

4. Coordinate with the Legal Office of the Comptroller General of the Republic the defense of the interests of the Nation in jurisdictional or administrative processes that originate in fiscal responsibility or coercive collection processes, in which it has knowledge.

5. Send the final judgments to the Coercive Collection Unit or the corresponding department to begin the administrative procedure for coercive collection, for which it will coordinate the relevant matters with the first instance tax legal operators, issuing the appropriate guidelines.

6. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Paragraph. The Comptroller General of the Republic may, for reasons of convenience and opportunity, assume jurisdiction over fiscal responsibility and fiscal sanctioning processes, within the jurisdiction of the Fiscal and Sanctioning Chamber, in the state in which they are found and provided that no second instance ruling has been issued.

Article 42F. **Added by Decree 405 of 2020, Article 6.**
Technical Support Unit for the National Fiscal Control System (Sinacof). The functions of the Technical Support Unit for the National Fiscal Control System (Sinacof) are:

Machine Translated by Google

1. Direct and coordinate the implementation of policies, plans, programs and projects adopted within the framework of the National Fiscal Control System.

2. Assist the Comptroller General of the Republic in managing the National Fiscal Control System.

3. Provide technical support to the National Council of the National Fiscal Control System, coordinate and articulate the exercise of its functions, in conjunction with the competent departments of the Comptroller General of the Republic.

3. Conduct studies on the efficiency and effectiveness of fiscal oversight and control and make recommendations to the Comptroller General of the Republic and the National Council of Sinacof.

4. Develop and present for approval by the National Council of Sinacof proposals for updating regulations on fiscal surveillance and control, and instruments, methodologies, techniques and practices that allow the purpose of fiscal control to be fulfilled and promote its transfer, assimilation and use.

5. Conduct comparative studies of fiscal monitoring and control systems, methods and procedures at national and international levels, identify good management practices, and propose to the Comptroller General of the Republic and the National Council of Sinacof the adoption of policies on the matter.

6. Provide technical assistance to fiscal control bodies for the proper functioning of the National Fiscal Control System (Sinacof).

7. Issue technical and legal opinions related to the operation of the National Fiscal Control System (Sinacof) at the request of its National Council and the Comptroller General of the Republic.

8. Issue an opinion to the Comptroller General of the Republic on the methodologies, guidelines and policies proposed by the National Council of Sinacof for approval.

9. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Article 43. Legal Office. The functions of the Legal Office are:

Machine Translated by Google
12/19/24, 10:12      Case 1:25-cv-01099-JDB      Document 1-26      Filed 04/11/25      Page 192 of 282
Presidency of the Republic Decree 267 of 2000

1. Assist the Comptroller General and, through him, the departments of the Office of the Comptroller General of the Republic in the knowledge and processing of concepts, rulings and advice on legal matters that they are responsible for resolving, either because they are within their direct jurisdiction or by delegation of functions and, in general, in all actions that compromise the legal institutional position of the entity.

2. Advise the Comptroller General and the internal departments of the Office of the Comptroller General of the Republic in the preparation of bills, decrees or resolutions that must be issued or submitted to the Congress of the Republic or the National Government.

3. Review the draft administrative acts that the Comptroller General must sign and assess their constitutionality and legality.

4. Answer queries on the interpretation and application of legal provisions relating to the scope of action of the Comptroller General, made by internal departments, their employees and supervised entities.

5. Answer queries made by comptroller's offices at the departmental, district and municipal levels regarding the monitoring of fiscal management and other matters in which they must act in harmony with the General Comptroller's Office.

6. Legally review draft contracts that the Comptroller General or the Deputy Comptroller General must be directly involved in.

7. Project the responses to the appeals that the Comptroller General must resolve through governmental channels.

8. Compile and agree on the legal regulations related to the monitoring of fiscal management and public management, keeping the archive of the same up to date and providing the consultation support required in the field.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 193 of 282
Presidency of the Republic Decree 267 of 2000

legal officials of the Comptroller General's Office through the delegated comptrollers.

9. Develop methods, procedures and management of legal information, in coordination with the department responsible for systems and information technology.

10. Provide legal advice to the Steering Committee and any other committees that may be formed.

11. Guide the departments of the Comptroller General of the Republic in the correct application of the regulations governing the monitoring of fiscal management.

12. Study and conceptualize requests related to legal queries submitted to the Comptroller General of the Republic.

13. Notify and communicate the administrative acts issued in a particular sense by the Comptroller General of the Republic.

14. Provide legal advice to entities that exercise fiscal control at the territorial level and to taxpayers subject to surveillance when they request it.

15. Legally represent the Office of the Comptroller General of the Republic before the competent authorities when appropriate.

16. Coordinate with the departments the adoption of a legal doctrine and interpretation that compromises the institutional position of the Office of the Comptroller General of the Republic in all those matters that, due to their importance, merit such a pronouncement or because they imply a new legal position of any kind.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 194 of 282
Presidency of the Republic Decrees 267 of 2000

17. Attend to and monitor guardianships, enforcement actions, conciliations and compliance with sentences in coordination with the agencies involved in their proper resolution and for which the Comptroller General must be responsible or is a party.

18. Coordinate with each responsible area the projection of response to the petitions for which the Comptroller General of the Republic must respond directly.

19. Substantiate second instance rulings in fiscal responsibility and sanctioning processes, as well as any revocation or nullity where appropriate.

20. Any others assigned by law.

Article 44. Internal Control Office. The functions of the Internal Control Office are:

1. Advise on the design of the internal control system for the Office of the Comptroller General of the Republic and recommend its adoption by the Comptroller General and its subsequent development.

2. Advise the Comptroller General on the administration of the internal control system, evaluating it periodically and proposing relevant adjustments.

3. Verify the proper functioning of internal control throughout the entity, to ensure compliance by the Comptroller General of the Republic with the principles of the administrative function referred to in Article 209 of the Political Constitution and Law 87 of 1993.

4. Assist the Comptroller General in the objective, systematic and professional examination of financial, administrative and fiscal management monitoring operations in order to evaluate and verify the exercise of internal control

in them and prepare the corresponding report that will contain comments, conclusions and recommendations.

5. Advise the Comptroller General in the study of the functioning of the internal control system at all levels of the internal organization and establish the responsibilities for its exercise by submitting reports of the examinations with impartial and real analysis of the operations; determine recommendations in order to adopt the corrective actions that may be necessary.

6. Carry out the evaluation of the efficiency and effectiveness with which the dependencies of the Comptroller General of the Republic fulfill their functions and objectives, either directly or through third parties legally authorized for this purpose.

7. Provide information, analysis, assessments and recommendations on the procedures and activities of the administration.

8. Ensure the proper development of laws, regulations, policies, procedures, plans, programs, projects, goals, objectives and strategies of the Office of the Comptroller General of the Republic and recommend the necessary adjustments.

9. Keep the Comptroller General of the Republic and the directors permanently informed about the levels of internal control within the entity, reporting any weaknesses detected and failures in compliance. Also, ensure that the recommendations made are implemented.

10. Any others assigned by law.

Article 45. Disciplinary Control Office. The functions of the Disciplinary Control Office are:

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB      Document 1-26      Filed 04/11/25      Page 196 of 282
President of the Republic Decree 267 of 2000

1. Propose, direct and coordinate, in accordance with the provisions of the Comptroller General, the policies of the Comptroller General's Office for the proper application of the disciplinary regime and in particular Law 200 of 1995.

2. Assume knowledge of the preliminary inquiries and disciplinary investigations that must be carried out against employees of the Comptroller General's Office.

3. Participate in the formulation of training and dissemination programs on the disciplinary regime, jurisprudence and doctrine on the subject.

4. Establish disciplinary operating procedures so that the processes are carried out in accordance with the principles of economy, speed, efficiency, impartiality and publicity, thus seeking to safeguard the right of defense and due process.

5. Monitor the conduct of the employees of the Comptroller General's Office and, based on complaints or information from third parties, carry out preliminary inquiries and investigations into disciplinary offences.

6. Substantiate the second instance rulings of disciplinary responsibility proceedings, as well as the revocation or annulment of disciplinary actions where appropriate. **(Note: This section was declared constitutional by the Constitutional Court in Judgment C-095 of 2003.)**

7. Inform the Office of the Attorney General of the Nation, state security agencies and other judicial or administrative authorities of the commission of presumably irregular or illegal acts that appear in the disciplinary process.

8. Order the filing of complaints and preliminary investigations when it appears that the fact under investigation did not exist, that the law does not consider it a disciplinary offense, or that the official under investigation did not commit it.

Machine Translated by Google
12/19/24, 10:12                    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 197 of 282
                                                           Presidency of the Republic Decree 267 of 2000

9. Submit reports on the status of disciplinary processes to the Comptroller General and the competent departments when required.

10. To permanently advise and guide, until the completion of the procedure, the immediate superior of the disciplined person, when it involves minor infractions, for the application of the abbreviated procedure referred to in article 170 of Law 200 of 1995.

11. Any others assigned by law.

Article 46. Office of Communications and Publications. The functions of the Office of Communications and Publications are:

1. Advise the Comptroller General on the management of the media.

2. Visually and graphically record the actions of the Comptroller General's employees, in order to promote and disseminate relevant information.

3. Provide advice to areas related to the execution of events that require highlighting the actions and image of the Comptroller General's Office and promote the proper use of the entity's corporate image.

4. Publicize the entity's progress and projects and prepare special reports in accordance with the media.

5. Channel information from the Office of the Comptroller General of the Republic to mass media at the national and regional level, as well as offer the necessary support elements in the graphic, visual and informative aspects.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 198 of 282
Presidency of the Republic Decree 267 of 2000

6. Attend to journalistic and public relations with the media.

7. Write, conceptualize, diagram and circulate a written information medium on the progress of the Comptroller General's Office and its relevant aspects.

8. Produce and carry out programs that suit the image of the Comptroller General's Office and the information needs of public opinion, in accordance with the policies established by the Comptroller General of the Republic on the matter.

9. Advise and coordinate periodical publications and, in general, everything related to the development of editorial projects of the Comptroller General of the Republic.

10. Plan, direct, supervise and control the editorial and graphic arts process.

11. Supervise and control the quality of all printed works of the Office of the Comptroller General of the Republic.

12. Design and carry out the layout of all work, including formats, fonts, text arrangement, photographs, tables, illustrations and the creation of all types of covers, without prejudice to contracting such services if necessary.

13. Calculate and control the production cost of the publications produced, under the guidance of the Administrative and Financial Management Department.

14. Any others assigned by law.

CHAPTER II


DEPUTY CONTROLLER AND DEPENDENT OFFICES


SECTION I


DEPUTY CONTROLLER


Article 47. Office and functions of the Deputy Comptroller. It is the responsibility of the Office of the Deputy Comptroller, with the collaboration and coordination of the official designated for this purpose, to effectively provide and supply the immediate support services required by the Deputy Comptroller, in order to facilitate the exercise of his functions.


The functions of the Deputy Comptroller are:


1. Assist the Comptroller General in the exercise of his or her duties and ensure, under his or her guidance, the overall quality of the work and responsibilities assigned to the Office of the Comptroller General of the Republic by the Constitution and the law.


2. Assist the Comptroller General in the coordination, monitoring, guidance, evaluation and control of the management and development of the technical aspects that, in the exercise of its powers, are developed by the Comptroller General of the Republic.


3. Ensure the smooth running of the Comptroller General's Office, the effective performance of its constitutional and legal mission and compliance with the instructions issued by the Comptroller General.


4. Represent the Comptroller General of the Republic in everything he determines and replace him in his absences in the terms established in the

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 200 of 282
Presidency of the Republic Decree 267 of 2000

Article 38 of this decree.

5 Guide and coordinate the offices that depend directly on your Office.

6. Any others assigned by law.

SECTION II

OFFICES DEPENDING ON THE DEPUTY CONTROLLER

Article 48. Planning Office. The functions of the Planning Office are:

1. Assist the Comptroller General and the Deputy Comptroller and, through them, the entity, in the formulation and determination of policies, plans and programs that should be adopted in matters of monitoring fiscal management, financial, physical, human and social welfare resources.

2. Propose plans to guide the comprehensive development and modernization of the Office of the Comptroller General of the Republic.

3. Assist the competent departments in the preparation of institutional development plans - based on management criteria, strategic planning, total quality - and the development of methodologies that involve greater technology and scientific development that allow the entity to easily adapt to changes in Public Administration.

4. Assist and advise the higher level of the General Comptroller's Office and, through it, the competent departments in the definition, determination and preparation of the plans that must be carried out in terms of fiscal management surveillance and monitoring and evaluation of the same.

Machine Translated by Google

5. Propose management indicators, in coordination with all departments, aimed at the execution of policies, plans and programs, maintain the information system for them and design the system and the tools and instruments for monitoring and evaluating such indicators and the general performance of the entity.

6. Prepare reports on compliance with policies, plans and programs periodically and for the competent authorities that must be aware of them.

7. Directly carry out - or promote the carrying out of the studies and research necessary for their preparation - the specific plans, programs and projects for institutional development and fiscal management monitoring that the Office of the Comptroller General of the Republic must carry out.

8. Collect, tabulate and process statistics from the Office of the Comptroller General of the Republic that serve as a basis for the development of policies, plans, programs and projects, as well as the registration of the organizations and persons subject to its supervision.

9. Consolidate the system for recording the cost of human, physical and financial resources involved in the plans, programs and projects developed by the Comptroller General of the Republic.

10. Advise the competent department on administrative and financial matters in the preparation of the draft budget of the Office of the Comptroller General of the Republic.

11. Evaluate and monitor the organizational development of the Office of the Comptroller General of the Republic and propose adjustments.

12. Carry out the design of information systems useful for decision making and manage them, defining and simplifying the management of the

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB     Document 1-26    Filed 04/11/25    Page 202 of 282
Presidency of the Republic Decree 267 of 2000

same, promoting the functionality and relevance of the information, according to the competence in its use and decision-making and coordinating, with the competent department, the technological development of support that is required.

13. Any others assigned by law.

Article 49. **Repealed by Law 1807 of 2016. Article 12.** *Office of Training, Technology Production and International Technical Cooperation.*
*The functions of the Office of Training, Technology Production and International Technical Cooperation are:*

*1. Assist the Comptroller General and, through him, the administration of the Office of the Comptroller General of the Republic, in the design of the training policy in the mission area.*

*2. Define strategies for the training of technicians, professionals and specialists that allow for a high development of the fiscal management surveillance system and a modern, dynamic and highly technical fiscal control that develops an organizational culture of service with total quality.*

*3. Promote and immediately manage the development of training programs for the staff of the Comptroller General of the Republic in the mission area and of other fiscal control agencies.*

*4. Develop and promote, in association with the agencies involved, the updating and implementation of techniques or methodologies that the Comptroller General of the Republic must develop in the area of fiscal management monitoring and in the mission area.*

*5. Manage the implementation of studies, consultancies, specialized support and the provision of technical cooperation for the design and implementation of models, methods and procedures that allow for the harmonization of fiscal control systems of public entities at the national and territorial level, as well as evaluate their application and functionality.*

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 203 of 282
Presidency of the Republic Decree 267 of 2000

*6. Assist the Comptroller General in the execution and monitoring of agreements and in the management and coordination of institutional relations of the Office of the Comptroller General of the Republic in international cooperation and in the development of technologies inherent to the mission areas of the entity.* **(Note: See Resolution 110 of 2010.)**

Article 50. Office of Systems and Information Technology. The functions of the Office of Systems and Information Technology are:

1. Assist the Comptroller General and, through him, the administration of the Office of the Comptroller General of the Republic, in the development of the information technology systems, standards and procedures required by the departments of the entity.

2. Develop program designs, coding and other tasks required for programming reports and computing information.

3. Determine the technologies and techniques required for the collection, processing and issuance of information.

4. Establish controls over the use of equipment and verify the quality of the work performed on them.

5. Provide advice on the processing of information required by the different departments of the Comptroller General of the Republic.

6. Conduct research to design and suggest optimal use of electronic equipment, systems and software.

7. Conduct studies to determine the technical and economic feasibility of systematizing the applications required by the Comptroller General of the Republic.

8. Carry out or technically participate in the contracting processes aimed at the analysis, design and programming of the applications that are going to be systematized.

9. Prepare the different application manuals adjusted to existing standards.

10. Perform appropriate maintenance on computer programs to meet changes in system specifications.

11. Establish the necessary controls to keep a history of the modifications made to the programs or applications.

12. Ensure secure access to facilities where electronic equipment is located.

13. Define priorities and provide the computing services required.

14. Determine the maintenance and preservation requirements of the equipment by the different departments and guarantee the corresponding repairs.

15. Any others assigned by law.

CHAPTER III

DELEGATED COMPTROLLER OFFICES

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 205 of 282
President of the Republic Decree 267 of 2000

SECTION I

SECTORAL DELEGATED COMPTROLLERSHIPS

Article 51. **Amended by Decree 2037 of 2019, Article 7.**

Sectoral Delegated Comptroller's Offices. The delegated comptroller's offices for the fiscal surveillance and control of the Agriculture; Mining and Energy; Health; Labor; Education, Science and Technology, Culture, Recreation and Sports; Social Inclusion; Infrastructure; Information and Communications Technologies; Housing and Basic Sanitation; Trade and Regional Development; Public Management and Financial Institutions; Defense and Security; Justice; and Environment sectors have the following functions:

1. Respond to the Comptroller General for comprehensive fiscal monitoring and control in all its stages and dimensions in the entities belonging to their respective sector.

2. Direct the evaluation of internal control systems in the entities of their respective sector and propose the necessary corrective measures to ensure their optimal functioning.

3. Advance preliminary actions related to fiscal responsibility until the stage of opening the fiscal responsibility process, which must be initiated by the competent departments.

4. Direct the studies and validate the concepts on the fiscal management behavior of the surveillance sector that corresponds to each delegate, with emphasis on what is related to the management of the Economic, Social and Environmental Development Plan.

5. Direct and define the comprehensive studies of their respective sector, in order to effectively guide fiscal surveillance in an articulated manner and under the technical guidance of the Delegate Comptroller's Office for Economy and Public Finance.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB          Document 1-26          Filed 04/11/25          Page 206 of 282
Presidency of the Republic Decree 267 of 2000

6. Promote the subscription of improvement plans resulting from fiscal surveillance and control actions by the entities subject to their fiscal control, monitoring their compliance through the Fiscal Surveillance Directorates, and without prejudice to the fiscal responsibility processes being carried out by the competent authority or the adoption of other measures inherent to the exercise of fiscal surveillance and control.

7. Monitor the development of performance agreements referred to in Law 489 of 1998, or the provisions that modify, add to or replace it.

8. Demand reports on the fiscal management of public servants, entities in the respective sector and individuals who perform functions or manage funds or resources of a public nature.

9. Impose sanctions on taxpayers subject to fiscal surveillance and control, in accordance with current regulations.

10. Coordinate with the Delegated Comptroller's Offices for the Environment, for Citizen Participation, for Post-Conflict, and for the Targeted Population, all aspects that allow for the adequate articulation of fiscal surveillance, social control and the environment, complying with the technical guidelines established in this area by said comptroller's offices and collaborating in the fulfillment of their purposes.

11. Coordinate the information, studies, analysis and results of its fiscal oversight with the Comptroller's Offices for Economy and Public Finance, for Citizen Participation, for Post-Conflict, and for the Targeted Population, complying with the technical guidelines established in this area by said comptroller's offices and collaborating in the fulfillment of their purposes.

12. To be responsible for the results and reports of fiscal surveillance and control in their respective sector, without prejudice to the power of the Comptroller General to review them; to directly and ex officio carry out the corresponding actions in order to guarantee the transparency, efficiency and effectiveness of fiscal surveillance and control.

Machine Translated by Google

13. Propose to the Comptroller General the policies, plans, programs and priorities that should be established for the exercise of fiscal surveillance and control in his/her sector, and be responsible throughout the national territory for compliance and good performance of the indicators and goals agreed upon in the annual or multi-annual planning process that are the responsibility of said delegate.

14. Define jointly with the General Delegated Comptroller's Offices, the Directorate of Information, Analysis and Immediate Reaction and the Planning Office, the sources of information that must be shared, the information flows, the subjects of analysis, research and relevant results of their fiscal oversight, observing as a guiding principle the simplification and rationalization of information requirements and avoiding duplication of requests for the same made to the passive subjects of fiscal oversight.

15. Contribute to the development of standardized, technical, transparent and effective methodologies for the exercise of fiscal surveillance and explicitly request the support and guidance required for this purpose from the Center for Fiscal Studies.

16. Coordinate with the departments that comprise it, with the respective departmental management and with the fiscal oversight groups, the proposal of policies, plans, programs and priorities for the exercise of fiscal oversight; explicitly establish the responsibility of each one in the fulfillment of the goals and the management and performance indicators that have been identified and guarantee their fulfillment in accordance with them.

17. Contribute to the definition of fiscal surveillance processes and procedures that will be governed in accordance with the principles of the administrative function indicated in Article 209 of the Political Constitution.

18. Delegate to the Fiscal Oversight Directorate the functions that guarantee the adequate, effective and efficient exercise of fiscal oversight, which it has not received by delegation from the Comptroller General of the Republic.

19. Create and integrate intersectoral audits, when the matters to be audited involve two or more delegated comptroller's offices.

20. Order that public tenders opened by the passive subjects of its fiscal surveillance and control be awarded in a public hearing, in accordance with the provisions of articles 273 of the Political Constitution, 108 of Law 42 of 1993, and numeral 10 of article 30 of Law 80 of 1993.

21. Monitor public management and the proper performance of administrative authorities in the development of the basic principles and definitions enshrined in this regard in Law 489 of 1998.

22. Make the pronouncements and exercise the corresponding surveillance, in relation to the control of urgent contracting of the entities assigned to its sector, in the terms established in article 43 of Law 80 of 1993 and other provisions on the matter.

23. Direct and advance special oversight and special monitoring activities in their respective sectors, in accordance with the regulations issued by the Comptroller General of the Republic.

24. **Number modified by Decree 405 of 2020, Article 7.**
Direct the execution of permanent and preventive monitoring mechanisms for public resources in their respective sector.

Initial text of numeral 24: "The others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department."

25. **Added by Decree 405 of 2020, Article 7.** Carry out special monitoring of the resources of its respective sector, through continuous and systematic examination of the progress and achievement of the objectives of a policy, program or project, formulated for a specific period and a specific budget, in order to determine how they are being implemented, independently of the audits scheduled in execution of the Fiscal Surveillance Plan.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 209 of 282
Presidency of the Republic: Decree 267 of 2000

26. **Added by Decree 405 of 2020, Article 7.** Any other responsibilities assigned by law or delegated by the Comptroller General of the Republic and which correspond to the nature of the department.

Initial text of article 51: "Delegated comptroller's offices for fiscal oversight. The delegated comptroller's offices for fiscal oversight of the Agriculture; Mining and Energy; Social; Physical Infrastructure and Telecommunications; Foreign Trade and Regional Development; Public Management and Financial Institutions; Defense, Justice and Security; and Environment sectors have the following functions:

1. Respond to the Comptroller General for comprehensive fiscal surveillance in all its stages and dimensions in the entities belonging to their respective sector.

2. Direct the evaluation of internal control systems in the entities of their respective sector and propose the necessary corrective measures to ensure their optimal functioning.

3. Advance preliminary actions related to fiscal responsibility until the stage of opening the investigation, which must be initiated by the Delegated Comptroller's Office for Investigations, Fiscal Trials and Coercive Jurisdiction.

4. Direct the studies and validate the concepts on the fiscal management behavior of the surveillance sector that corresponds to each delegate, with emphasis on what is related to the management of the Economic, Social and Environmental Development Plan.

5. Direct and define the comprehensive studies of their respective sector, in order to effectively guide fiscal surveillance in an articulated manner and under the technical guidance of the Delegate Comptroller of Economy and Public Finance.

6. Sign performance agreements resulting from organizational audits with the entities subject to fiscal oversight, within the corresponding sector, monitoring their compliance, in accordance with the regulations and without prejudice to the advancement of fiscal responsibility judgments by the competent authority or the adoption of other measures inherent to the exercise of fiscal oversight.

7. Monitor the development of the performance agreements referred to in Law 489 of 1998.

8. Demand reports on the fiscal management of public servants, entities in the respective sector and individuals who perform functions or manage funds or resources of a public nature.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 210 of 282
Presidency of the Republic - Decree 267 of 2000

9. Impose, in the terms established in article 101 of Law 42 of 1993 and in Decree 111 of 1996, sanctions of written warning or fine of up to five (5) monthly salaries earned by the sanctioned party, to the passive subjects of fiscal surveillance when they fail to comply with the instructions or terms established by each comptroller's office or prevent or hinder in any way the exercise of fiscal surveillance.

10. Coordinate with the Comptroller's Office for the Environment and the Comptroller's Office for Citizen Participation all aspects that allow for the proper coordination of fiscal surveillance, social control and the environment, complying with the technical guidelines established in this area by said comptrollers' offices and collaborating effectively so that said comptrollers' offices fulfill their duties.

11. Coordinate the information, studies, analysis and results of its fiscal oversight with the Comptroller's Office of the Economy and Public Finance.

12. To be responsible for the results and reports of fiscal surveillance in their respective sector, without prejudice to the power of the Comptroller General to review them; to directly and ex officio carry out actions, complaints and other actions that correspond with the aim of guaranteeing the transparency, efficiency and effectiveness of fiscal surveillance.

13. Propose to the Comptroller General the policies, plans, programs and priorities that should be established for the exercise of fiscal oversight in his/her sector and respond throughout the national territory for compliance and good performance of the indicators and goals agreed upon in the annual planning process that are the responsibility of said delegate.

14. Define jointly with the Delegate Comptroller of Economy and Public Finance and the Planning Office, the sources of information that must be shared, the information flows, the subjects of analysis, research and relevant results of their fiscal surveillance, observing as a guiding principle the simplification and rationalization of information requirements and avoiding duplication of requests for the same made to the passive subjects of fiscal surveillance.

15. Contribute to the development of standardized, technical, transparent and effective methodologies for the exercise of fiscal surveillance and explicitly request the support and guidance required for this purpose from the Office of Training, Technology Production and International Technical Cooperation.

16. Coordinate with the departments that comprise it, with the respective departmental management and with the fiscal oversight groups the proposal of policies, plans, programs and priorities for the exercise of fiscal oversight; explicitly establish the responsibility of each one in the fulfillment of the goals and the management and performance indicators that have been identified and guarantee their fulfillment in accordance with them.

17. Contribute to the definition of fiscal surveillance processes and procedures that will be governed in accordance with the principles of the administrative function of Article 209 of the Political Constitution

Machine Translated by Google
12/19/24, 10:12                Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 211 of 282
Presidency of the Republic: Decree 267 of 2000

18. Delegate, in all matters that are not subject to delegation by the Comptroller General to the Delegated Comptroller's Office, the direction of fiscal surveillance, the functions that guarantee the adequate, effective and efficient exercise of fiscal surveillance, especially those contemplated in numerals 3, 7 and 8 of this article.

19. Respond to requests for information concerning the field of their activities.

20. Order that public tenders or merit-based competitions opened by the passive subjects of its fiscal surveillance and control be awarded in a public hearing, in accordance with the provisions of articles 273 of the Political Constitution, 108 of Law 42 of 1993, and numeral 10 of article 30 of Law 80 of 1993.

21. Monitor public management and the proper performance of administrative authorities in the development of the basic principles and definitions enshrined in this regard in Law 489 of 1998.

22. Respond for internal control within its jurisdiction, as part of the system established in this area by the General Comptroller's Office and coordinate for this purpose with the department responsible for the matter.

23. Make the pronouncements and exercise the corresponding surveillance, in relation to the control of urgent contracting of the entities assigned to its sector, in the terms established in article 43 of Law 80 of 1993 and other provisions on the matter.

24. Any others assigned by law."

**Note, article 51: See Resolution 34 of 2017, CGR. DO 50.326, page 37. See Resolution 14 of 2017, CGR.**

Article 52. **Amended by Decree 2037 of 2019, Article 8.**
Fiscal Oversight Directorates. The functions of the fiscal oversight directorates, in relation to their respective sector and to the delegated comptroller's office of which they are a part, in the development of their mission and in accordance with the principle of management unity, are:

1. Direct the implementation of policies, plans, programs and projects related to micro fiscal surveillance and control in their respective sector and participate in their formulation.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 212 of 282
Presidency of the Republic Decrees 267 of 2000

2. Direct the fiscal monitoring and control process and contribute to the fulfillment of the goals and performance indicators established in the annual or multi-annual planning, in accordance with the guidelines issued by the Comptroller General of the Republic and the Comptroller Delegate of the corresponding sector, as well as formulate and adopt the policies that are necessary for the continuous improvement of the mission's work.

3. Evaluate compliance with the management and administration principles enshrined in Law 489 of 1998 and, in particular, the administrative development plans and policies, in the entities of the respective sector.

4. Direct the evaluation of the quality and efficiency of internal control of the entities in the respective sector and provide technical guidance to it.

5. Follow up on improvement plans resulting from fiscal control exercises with the controlled entities, coordinating the corresponding matters with the respective General Comptroller's Office, in accordance with the regulations established in this regard by the Comptroller General of the Republic.

6. Direct, coordinate and control audits and other fiscal control exercises and be responsible for their effectiveness and coordination with the General Comptroller's Offices within their area of competence, under the guidance of the Comptroller Delegate of their respective sector.

7. Develop and implement methodologies, technical systems and procedures that contribute to the standardization, effectiveness and efficiency of fiscal surveillance and control so that they are adopted by the competent authorities.

8. Respond to the Comptroller General of the Republic and to the Comptroller Delegate of the respective sector, for the direction of the execution of audits, review of accounts and preliminary inquiries, and other actions related to fiscal surveillance and control.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 213 of 282
Presidency of the Republic. Decree 267 of 2000

9. Respond to preliminary inquiries that must be conducted as a result of audits or other fiscal monitoring and control actions, and respond to requests on the matter made by the Delegated Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection and other agencies responsible for conducting fiscal responsibility processes.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of article 52: "Fiscal oversight directorates. The functions of the fiscal oversight directorates, in relation to their respective sector and to the delegated comptroller's office of which they are a part, in the development of their mission, are:

1. Immediately direct the fiscal surveillance process and ensure compliance with the goals and performance indicators established in the annual planning.

2. Evaluate compliance with the management and administration principles enshrined in Law 489 of 1998 and in particular the administrative development plans and policies.

3. Immediately direct the evaluation of the quality and efficiency of the internal control of the entities in the respective sector and provide technical guidance to it.

4. Propose performance agreements resulting from organizational audits with controlled entities and monitor them in accordance with the regulations established in this regard by the Comptroller General of the Republic.

5. Direct, coordinate, control and arrange what is necessary to carry out audits and be responsible for their effectiveness and coordination with the Comptroller General of Economy and Public Finance within its area of competence, under the guidance of the Comptroller General of its respective sector.

6. Develop methodologies, technical systems and procedures that contribute to the standardization, effectiveness and efficiency of fiscal surveillance so that they are adopted by the competent authorities.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB   Document 1-26   Filed 04/11/25   Page 214 of 282
Presidency of the Republic: Decree 267 of 2000

7. Request the Office of Training, Technology Production and International Technical Cooperation to provide support for the design of fiscal surveillance systems.

8. Respond to the Comptroller Delegate of the respective sector for the direction of the execution of audits, the review of accounts and the inquiries of the respective sector.

9. Respond, in coordination with the Comptroller's Office for Investigations, Tax Trials and Coercive Jurisdiction, to the inquiries that must be carried out as a result of the audits carried out.

10. Cooperate with the delegated comptroller's office in institutional guidance and management, in internal coordination with other departments of the Comptroller General's Office in aspects related to fiscal control and in external coordination with the supervised entities.

11. Any others assigned by law."

Article 53. **Amended by Decree 2037 of 2019, Article 9.**

Sectoral Studies Directorates. The functions of the sectoral studies directorates in relation to their respective sector and to the delegated comptroller's office of which they form part and in the development of their mission and in accordance with the principle of management unity are:

1. Direct the implementation of policies, plans, programs and projects related to macro fiscal surveillance and control in their respective sector and participate in their formulation.

2. Direct the monitoring and evaluation studies of fiscal management performance with respect to the Development Plans as relevant to their respective sector, under the guidance of the competent Delegated Comptroller's Offices.

3. Conduct sectoral studies on organizational, management, fiscal and public policy matters, establish the limitations specific to the respective sector or administrative system and formulate macro-sectoral proposals and recommendations to strengthen the exercise of fiscal control.

4. Direct studies on the national internal control system and the way it is developed in the respective sector.

5. Study and conceptualize the efficiency in compliance with the principles of the administrative function of sectoral administrative reforms.

6. Propose, in coordination with the Planning Office, sector-based indicators that allow for the evaluation of the performance of public policies and the intervention of the State in the respective sector, evaluate the results of these indicators and the fulfillment of institutional goals.

7. Direct the preparation of sectoral statistics for the conceptualization of fiscal, administrative, institutional and public policy performance.

8. Direct and guide, from a sectoral perspective, the identification of problems resulting from the management of public entities and their presence at the administrative, organizational, fiscal and financial levels, so that the Delegated Comptroller's Office, through the Fiscal Surveillance Directorate, can prepare a sectoral risk map that allows it to prioritize its interventions and contextualize the exercise of fiscal surveillance and control with a comprehensive vision.

9. Identify and provide the sectoral information necessary for the development of the functions of the Office of the Comptroller General for Economy and Public Finance, in particular for macro issues of a fiscal nature and economic performance of the sectors, as well as that related to the fulfillment of public policy objectives.

10. Direct the preparation of risk maps corresponding to the sector to guide priority fiscal surveillance and control actions.

11. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Machine Translated by Google

Initial text of article 53: "Directorates of sectoral studies. The functions of the directorates of sectoral studies in relation to their respective sector and to the delegated comptroller's office of which they are part and in the development of their mission enshrined in this Decree:

1. Direct the monitoring and evaluation studies of fiscal management performance with respect to the Economic, Social and Environmental Development Plan as it relates to their respective sector, under the guidance of the Comptroller Delegate of Economy and Public Finance and the Comptroller Delegate of the corresponding sector.

2. Direct sectoral studies on organizational, management, fiscal and public policy matters, establish the limitations specific to the respective sector or administrative system and formulate proposals and recommendations of a macro-sectoral nature.

3. Direct studies on the national internal control system and the way it is developed in the respective sector.

4. Study and conceptualize the efficiency in compliance with the principles of the administrative function of sectoral administrative reforms.

5. Propose, in coordination with the Planning Office, sector-based indicators that allow for the evaluation of the performance of public policies and the intervention of the State in the respective sector, evaluate the results of these indicators and the fulfillment of the respective goals.

6. Develop sectoral statistics useful in the conceptualization of fiscal, administrative, institutional and public policy performance.

7. Prepare risk maps corresponding to the sector to guide priority fiscal surveillance actions.

8. To guide the identification of problems arising from the management of public entities and their presence at the administrative, organizational, fiscal and financial levels from a sectoral perspective, so that the Delegated Comptroller's Office, through the Fiscal Oversight Directorate, can prepare a sectoral risk map that allows it to prioritize its interventions and contextualize the exercise of fiscal oversight with a comprehensive vision.

9. Provide the sectoral information necessary for the development of the functions of the Office of the Comptroller General of the Economy and Public Finance, in particular for macro issues of a fiscal nature and economic performance of the sectors.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 217 of 282
Presidency of the Republic Decree 267 of 2000

10. Any others assigned by law."

Article 54. **Amended by Decree 405 of 2020, Article 8.**

Delegated Comptroller's Office for the Environment. In addition to the functions common to the delegated comptrollers' offices referred to in article 51, the following are additional functions of the Delegated Comptroller's Office for the Environment:

1. Direct and promote evaluation studies of the State's environmental policy and management and be responsible for their results and quality.

2. Direct and arrange what is necessary for the permanent monitoring of public policies on environmental matters contained in the National Development Plan.

3. Articulate the exercise of fiscal surveillance and control to contribute to sustainable development and the minimization of environmental risks and impacts, through the generation of early warnings and inputs for the respective Delegated Comptroller's Offices, for what is within their competence.

4. Direct, with the support of the other Delegated Comptroller's Offices, the preparation of the report on the state of natural resources and the environment and submit it to the Comptroller General for approval, signature and subsequent presentation to the Congress of the Republic.

5. Direct the surveillance and fiscal control of the management of entities belonging to the National Environmental System and other entities that receive or manage public resources for environmental management.

6. Direct and coordinate the monitoring and fiscal control of environmental management in projects, works or activities financed with public resources and those intended to resolve, mitigate and/or prevent environmental problems.

7. Provide what is necessary to generate environmental management monitoring systems with a view to their standardization and adoption by the competent authority and accompany and guide the integration of the environmental component in the exercise of state management monitoring undertaken by the other Delegated Comptroller's Offices.

8. Direct the exercise of fiscal surveillance and control in the State entities responsible for environmental policies and management, verifying that they require and evaluate the application of the Principle of Valuation of Environmental Costs, in compliance with sustainable development commitments.

Machine Translated by Google
12/19/24, 10:12                    Case 1:25-cv-01099-JDB          Document 1-26     Filed 04/11/25     Page 218 of 282
President of the Republic Decree 267 of 2000

9. Carry out exceptional micro fiscal control exercises, with prior authorization from the Comptroller General of the Republic and in coordination with the competent Delegated Comptroller's Offices, on public resources intended to resolve, mitigate and/or prevent environmental problems.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Initial text of article 54: "Delegated Comptroller's Office for the Environment. In addition to the functions common to the delegated comptrollers' offices referred to in article 51, the following are additional functions of the Delegated Comptroller's Office for the Environment:

1. Direct and promote evaluation studies of the State's environmental policy and management and be responsible for their results and quality.

2. Direct and arrange what is necessary to ensure the monitoring and environmental evaluation of the National Government's Economic, Social and Environmental Development Plan.

3. Exercise fiscal oversight that contributes to sustainable development and the minimization of environmental impacts and risks.

4. Direct, with the support of the other delegated comptroller's offices, the preparation of the report on the state of natural resources and the environment and submit it to the Comptroller General for approval, signature and subsequent presentation to the Congress of the Republic.

5. Direct the monitoring of the comprehensive fiscal management of the entities belonging to the National Environmental System and other entities that receive or manage public resources for environmental management.

6. Direct and coordinate the monitoring of environmental management that must be carried out by the public servants responsible for it with respect to the various State megaprojects.

7. Provide the necessary provisions to generate environmental management monitoring systems with a view to their standardization and adoption by the competent authority and accompany and guide the integration of the environmental component in the exercise of state management monitoring undertaken by the other delegated comptroller's offices.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 219 of 282
President of the Republic Decree 267 of 2000

8. Promote the inclusion of the real and effective calculation of environmental costs and environmental tax burdens in the policies, strategies and management of the entities and organizations subject to audit in everything related to the recovery of ecosystems, and the conservation, protection, preservation, use and exploitation of natural resources and the environment.

9. Any others assigned by law."

Article 54A. **Added by Decree 405 of 2020, Article 9.**
Sustainable development management and environmental cost assessment.

In order to fulfill the functions provided for in article 54 of this decree, the functions of the Directorate of Sustainable Development and Environmental Cost Assessment are:

1. Direct the implementation of policies, plans, programs and projects to guide the exercise of fiscal surveillance and control in order to verify state compliance with international commitments and public policies aimed at sustainable development and the minimization of environmental risks and impacts.

2. Lead and coordinate with the Sectoral Delegated Comptroller's Offices and the Planning Office the prioritization of the monitoring of public resources destined to resolve, mitigate and/or prevent environmental problems, with the purpose of achieving sustainable development and a healthy environment, through, among others, the generation of early warnings.

3. Monitor the resources allocated to the execution of public policies regarding the management and use of natural resources, their conservation, restoration or replacement, and sustainable development, to generate early warnings and inputs for the respective Delegated Comptroller's Offices, for the purposes of their competence.

4. Propose and promote the implementation of intersectoral audits by the competent departments, for compliance with public policies aimed at promoting and guaranteeing the rights of all people to enjoy a healthy environment.

5. Guide and promote, with the competent departments of the Office of the Comptroller General of the Republic, actions for special monitoring in environmental matters, on the occasion of complaints and other mechanisms for citizen participation.

6. Coordinate with the Delegate Comptroller for Citizen Participation the development of participatory social processes with the community that may see its right to a healthy environment affected, on the occasion of the development of projects, works or activities financed with public resources, and the

Machine Translated by Google

aimed at solving, mitigating and/or preventing environmental problems.

7. Ensure that State entities responsible for the formulation and monitoring of environmental policies and management require entities and individuals to apply the Principle of Valuation of Environmental Costs in the plans, programs and projects they carry out, when appropriate in accordance with the law.

8. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

SECTION II

DELEGATED GENERAL COMPTROLLER OFFICES

Article 55. **Amended by Decree 2037 of 2019, Article 10.**
Office of the Comptroller General for Citizen Participation. The functions of the Office of the Comptroller General for Citizen Participation are:

1. Formulate and adopt institutional policies, guidelines, plans, programs and projects to promote, energize and strengthen the exercise of social control over fiscal management and identify the institutional, methodological and technical mechanisms for the development, promotion, innovation and integration of the Participatory Fiscal Control System of the Comptroller General of the Republic.

2. Formulate and adopt policies, guidelines, plans, programs and projects to strengthen citizen participation in the regions in coordination with the Collegiate Departmental Management of the Comptroller General of the Republic.

3. Advance, in coordination with the Directorate of Information, Analysis and Immediate Reaction and other competent departments, the actions for the

Machine Translated by Google
12/19/24, 10:12       Case 1:25-cv-01099-JDB       Document 1-26       Filed 04/11/25       Page 221 of 282
Presidency of the Republic Decree 267 of 2000

adequate exchange of data and information that allows for the strengthening of citizen participation strategies in fiscal monitoring and control.

4. Establish the Entity's institutional criteria and guidelines for the reception, systematization, analysis and evaluation of citizen complaints about alleged inappropriate management of State resources by the subjects of control.

5. Direct and organize the follow-up to the institutional attention of citizen complaints about alleged inappropriate management of State resources by the subjects of control and report and disseminate its results, in coordination with the Entity's Communications and Publications Office.

6. Guide and determine, with the competent departments of the Office of the Comptroller General of the Republic, the special monitoring actions necessary for the protection of public resources, in relation to complaints and other mechanisms for alerting and reporting irregularities by citizens.

7. Direct support for the development of citizen oversight or any other form of social control that constitutes or integrates citizenship, so that they contribute to the effective exercise of participatory fiscal oversight.

8. Organize, in coordination with the Office of Communications and Publications, the monitoring of media and communication networks, for the generation of strategies and actions for citizen participation related to problems or circumstances that suggest the inappropriate use of public resources.

9. Formulate and adopt policies, plans, programs and projects to carry out audit actions on subjects of control regarding compliance with their planning, promotion and guarantee of citizen participation obligations.

Machine Translated by Google
12/19/24, 10:12                    Presidency of the Republic: Decree 267 of 2000
Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 222 of 282

10. Direct special monitoring actions or fiscal surveillance and control actions, with the support of other delegated comptroller's offices, to state resources allocated to citizen participation, emergencies and disasters.

11. Formulate and adopt policies within the Office of the Comptroller General of the Republic, plans, programs and projects to strengthen the Entity's citizen service system to evaluate citizen and user satisfaction with the services it provides.

12. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of article 55: "Office of the Comptroller General for Citizen Participation. The functions of the Office of the Comptroller General for Citizen Participation are:

1. Present community initiatives regarding citizen participation processes in fiscal control to the various bodies of the Comptroller General's Office.

2. Order and direct the reception, systematization and evaluation of citizen complaints regarding alleged mismanagement of State resources, channeling said complaints towards the corresponding fiscal investigation processes and informing and disseminating the results of the action of the Comptroller General's Office in response to citizen complaints.

3. Follow up on complaints and reports arising from citizen actions in accordance with the information provided on the matter by the competent departments.

4. Establish strategies for promoting citizen participation to effectively assist in monitoring fiscal management and identify the institutional, methodological and technical mechanisms that guarantee it.

5. Direct support for the development of oversight groups established by civil society to contribute to the effective exercise of participatory fiscal oversight.

6. Provide the necessary provisions to organize, manage and disseminate the national citizen information network for participatory fiscal control.

7. Establish strategies to promote citizen control mechanisms in projects with high social, economic and environmental impact.

8. Promote special monitoring, with the support of the other delegated comptroller's offices, of state resources allocated to citizen participation, emergencies and disasters. **(Note: See Judgment C-508 of 2014, in relation to this section.)**

9. Any others assigned by law."

Article 56. **Amended by Decree 2037 of 2019, Article 11.**
Citizen Service Department. The functions of the Citizen Service Department are:

1. Direct the implementation of policies, plans, programs and projects related to the citizen service system of the Comptroller General of the Republic and participate in their formulation.

2. Direct and control the reception, analysis and attention of citizen requests, queries and complaints submitted to the Office of the Comptroller General of the Republic, related to fiscal surveillance and control.

3. Direct institutional actions to follow up and monitor complaints and other citizen requests related to problems or circumstances that suggest the inappropriate use of public resources by the subjects of control.

4. Direct the evaluation of citizen and user satisfaction with the institutional services of the Office of the Comptroller General of the Republic and propose and adopt any improvement actions that may be necessary.

5. Guide and direct the preparation of qualitative and quantitative reports on the behavior of citizen requests and attention to

Machine Translated by Google

complaints about the inappropriate use of public resources.

6. Adopt the Entity's internal policies for improving citizen service and preventing and resolving disputes between citizens and the Entity.

7. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of article 56: "Citizen Service Department. The functions of the Citizen Service Department are:

1. Receive, evaluate, monitor and report on all aspects related to citizen complaints regarding the exercise of fiscal oversight.

2. Address citizen queries and complaints within the jurisdiction of other oversight and investigation bodies and ensure that they do the same with matters within the powers of the Comptroller General of the Republic.

3. Manage the system for receiving citizen queries and complaints related to fiscal surveillance.

4. Organize, update, disseminate and manage the national network of citizen information for fiscal surveillance.

5. Support, in matters within its competence, other levels of fiscal oversight to ensure effective citizen action that contributes to the oversight of fiscal management.

6. Disseminate through appropriate channels, with the guidance of the Comptroller's Office for Citizen Participation and subject to what the Comptroller General of the Republic establishes in this regard, the results of investigations and trials originating from citizen complaints.

7. Any others assigned by law."

Machine Translated by Google

Article 57. **Amended by Decree 2037 of 2019, Article 12.**_____

Directorate for the Promotion and Development of Participatory Fiscal Control. The functions of the Directorate for the Promotion and Development of Participatory Fiscal Control are:

1. Direct and implement, in coordination with the competent departments of the Office of the Comptroller General of the Republic, the special monitoring actions necessary for the protection of public resources, in relation to complaints and other citizen participation strategies.

2. Propose, design, execute and evaluate the internal policy of the Office of the Comptroller General of the Republic to promote and develop citizen control over fiscal management.

3. Direct the implementation of the Entity's policies, plans, programs and projects related to the Participatory Fiscal Control System and intervene in its formulation.

4. Propose strategies, methodologies and other instruments for the promotion and development of citizen control over fiscal management, and evaluate and disseminate their results.

5. Define the guidelines for the development and implementation of information and communications technologies that allow for adequate and effective citizen control of fiscal management.

6. Provide guidelines to the offices of the Comptroller General of the Republic on the involvement of citizens and citizen organizations in identifying problems and risks to public assets, within the framework of the execution of institutional programs for citizen participation and participatory fiscal control.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 226 of 282
Presidency of the Republic Decrees 267 of 2000

7. Promote and direct spaces for public deliberation, citizen reporting and training for the development of participatory fiscal control, and coordinate the dissemination of its achievements.

8. Design and implement strategies, in coordination with the different departments of the Comptroller General of the Republic, for the acquisition, use, dissemination, exploitation, evaluation, measurement and other activities related to knowledge management in matters of participatory fiscal control, to make it accessible to its public servants.

9. Lead and guide the identification of tools, successful experiences, lessons learned and good practices in the development and implementation of citizen participation strategies, in compliance with international standards, to define innovation and integration strategies in the field.

10. Identify, in coordination with State entities that formulate policies on citizen participation, the aspects and matters that should be prioritized in audits for the exercise of fiscal surveillance and control.

11. Manage international resources for training and citizen participation in support of fiscal oversight, in coordination with the competent departments in international cooperation.

12. Direct and implement, in coordination with the competent departments of the Office of the Comptroller General of the Republic, audit actions for the subjects of control regarding compliance with their obligations regarding planning, promotion and guarantee of citizen participation.

13. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Machine Translated by Google
12/19/24, 10:12                    Case 1:25-cv-01099-JDB       Document 1-26       Filed 04/11/25       Page 227 of 282
Presidency of the Republic: Decree 267 of 2000

Initial text of article 57: "Directorate for the Promotion and Development of Citizen Control. The functions of the Directorate for the Promotion and Development of Citizen Control are:

1. Organize and develop promotion, awareness-raising and dissemination programs that enhance citizen participation and their contribution to fiscal oversight.

2. Promote and support the organization of oversight bodies for public management, without prejudice to the support provided in this area by other legal provisions.

3. Promote research aimed at identifying or generating public policies around citizen participation in the exercise of fiscal oversight.

4. Organize and develop training programs for observers to contribute to the exercise of fiscal surveillance.

5. Manage training programs for citizens interested in the methodologies and techniques of participation and oversight of public management, taking into account the resources allocated for this purpose by the Office of the Comptroller General of the Republic and, if applicable, through joint programs with public, private, national or international organizations.

6. Disseminate the results of monitoring the use of state resources allocated to citizen participation and emergency and disaster programs.

7. Manage international resources for training and citizen participation in support of fiscal oversight in coordination with the competent departments in the area of international cooperation.

8. Promote spaces for public deliberation around experiences of citizen participation in fiscal control and disseminate successful experiences developed in the country.

9. Any others assigned by law."

Article 57A. **Added by Decree 2037 of 2019, Article 13.**
Regional Monitoring Directorate. The functions of the Regional Monitoring Directorate are:

1. Direct the implementation of the policies, plans, programs and projects of the Office of the Comptroller General of the Republic for the promotion and development of citizen participation strategies in the regions and participate in their formulation.

2. Propose and participate, with the different departments of the Comptroller General of the Republic, in the adoption of policies and rules of articulation for the execution of citizen participation plans and programs in the Collegiate Departmental Managements.

3. Lead the monitoring and control of the special follow-up actions necessary for the protection of public resources in the regions, on the occasion of complaints and other citizen participation mechanisms.

4. Participate in the adoption of institutional guidelines for the development of citizen participation in the national territory, taking into account the particular conditions of access of the population to the Entity's services in each territory.

5. Lead the monitoring of actions and the evaluation of results of the Participatory Fiscal Control System in the national territory against institutional purposes.

6. Direct and implement, in coordination with the Collegiate Departmental Managements, the audit actions of the control subjects regarding compliance with their planning, promotion and guarantee of citizen participation obligations.

7. Promote spaces for public deliberation, citizen complaints and training for the development of participatory fiscal control in the different departments and municipalities of the country.

8. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Machine Translated by Google
12/19/24, 10:12       Case 1:25-cv-01099-JDB       Document 1-26    Filed 04/11/25    Page 229 of 282
Restments of the Republic. Decree 267 of 2000

Article 58. **Repealed by Decree 2037 of 2019, Article 26.**

*Office of the Comptroller General for Investigations, Fiscal Trials and Coercive Jurisdiction. The functions of the Office of the Comptroller General for Investigations, Fiscal Trials and Coercive Jurisdiction are:*

*1. Define the policies on investigations, tax trials and coercive jurisdiction that the Office of the Comptroller General of the Republic must develop.*

*2. Prepare and distribute the bulletin of those responsible for taxation and define the terms and conditions under which the comptroller's offices at the territorial level will report on the liability rulings issued within the scope of their jurisdiction.*

*3. Create special affairs groups on topics within their competence.*

*4. Direct the investigation processes, tax trials and coercive jurisdiction that may arise as a result of the exercise of tax surveillance, including exceptional control, in accordance with the preliminary actions carried out by the delegated comptrollers and the audit groups authorized for this purpose in the case of exceptional control.*

*5. Decide on the relevance of constituting itself as a civil party on behalf of the Office of the Comptroller General of the Republic in criminal proceedings where this is necessary.*

*6. Ensure that the entities required to do so by Article 36 of Law 190 of 1995, become civil parties in the respective criminal proceedings, apply the sanctions and advance the fiscal responsibility proceedings that may be appropriate when this does not occur. In the event that the entity required to become civil parties does not do so, without prejudice to the consequences contemplated in this section, the Office of the Comptroller General of the Republic may do so in its place.*

*7. Adopt, in accordance with the provisions of the Comptroller General, the plans and programs of investigations, fiscal trials and coercive jurisdiction that must be carried out by the Delegate Comptroller's Office, the Directorates under its charge and the sectional legal action groups.*

*8. To advance, in accordance with the powers established, tax trials and coercive jurisdiction processes in the first instance.*

*9. Advance the second instance of tax trials and coercive jurisdiction proceedings whose first instance has been carried out by the Tax Trial and Coercive Jurisdiction Directorates. (Note: This section was declared constitutional by the Constitutional Court in Judgment C-919 of 2002, in relation to the charges analyzed therein.)*

*10. Keep records of fiscal responsibility trials carried out by the Office of the Comptroller General of the Republic and the statistics of rulings on liability issued by territorial comptroller's offices.*

*11. Promote the signing of agreements with other State control bodies to optimize the exercise of control in the development of sanctioning and fiscal responsibility processes.*

*12. Coordinate with the Legal Office of the Comptroller General of the Republic the defense of the interests of the Nation in judicial proceedings originating in fiscal responsibility or coercive collection processes.*

*13. Promote before the competent authority the opening of criminal proceedings for possible crimes arising from fiscal responsibility actions.*

*14. Coordinate with the competent departments of the Office of the Comptroller General of the Republic, when audit findings warrant it, the advancement of preliminary actions related to fiscal responsibility until the stage of opening the investigation.*

*15. Respond to requests for information on issues that fall within the scope of their activities.*

*16. Advance the sanctioning processes within its jurisdiction.*

*17. Any others assigned by law.*

*Paragraph. The provisions of paragraph 8 of this article shall be applied without prejudice to the provisions of paragraph 35.*

Article 59. **Repealed by Decree 2037 of 2019, Article 26.**
*Directorate of Fiscal Investigations. The functions of the Directorate of Fiscal Investigations are:*

*1. Design, in accordance with the Office of the Delegate Comptroller to which it belongs, the plans and programs on fiscal investigations that the Department and the Departmental Fiscal Trial Groups must carry out.*

*2. Develop plans and programs for monitoring and evaluating the research carried out by the Directorate and the Research Groups.*

*3. Design and plan agreements for the adoption of research plans to be developed with other State control agencies signed by the Comptroller General of the Republic.*

*4. Plan, direct and execute the fiscal investigations that the Directorate must develop in accordance with the established powers.*

*5. Coordinate, control and monitor the use of judicial police powers by investigative officials of the Comptroller General of the Republic.*

*6. Any others assigned by law.*

Article 60. **Repealed by Decree 2037 of 2019, Article 26.**
*Directorate of Tax Trials. The functions of the Directorate of Tax Trials are:*

*1. Design, in accordance with the Delegated Comptroller's Office to which it belongs, the plans and programs on tax trials that must be carried out by the Departmental Tax Trial Directorate and Groups.*

*2. Develop plans and programs to monitor the fiscal responsibility processes carried out by the same department and the Departmental Fiscal Trial Groups.*

*3. To advance, in accordance with the powers established, tax trials in the first instance.*

*4. Advance the second instance of tax trials carried out by the Departmental Tax Trial groups.*

*5. Send the final judgments to the Coercive Jurisdiction Directorate to initiate coercive collection actions.*

*6. Maintain an updated database of case law on administrative fiscal responsibility trials that allows for unifying criteria within the Comptroller General's Office and coordinating its analysis with the Legal Office of the Comptroller General's Office.*

*7. Periodically evaluate the causes that give rise to adverse judicial rulings in the Contentious Administrative Jurisdiction to take the necessary corrective measures.*

*8. Any others assigned by law.*

Article 61. **Repealed by Decree 2037 of 2019, Article 26.**
*Directorate of Coercive Jurisdiction. The functions of the Directorate of Coercive Jurisdiction are:*

*1. Design the plans and programs on coercive collection that the Department and the Departmental Coercive Jurisdiction Groups must develop.*

*2. Advance coercive collection processes.*

*3. Prepare lists of judicial assistants who may intervene in coercive jurisdiction processes carried out by the Comptroller General of the Republic.*

*4. To hear, in the second instance, the coercive jurisdiction proceedings that are heard by the Coercive Jurisdiction Groups at the decentralized level. (Note: This section was declared constitutional by the Constitutional Court in Judgment C- 919 of 2002, in relation to the charges analyzed therein.)*

*5. Any others assigned by law.*

Article 62. Office of the Comptroller General for the Economy and Public Finance. The functions of the Office of the Comptroller General for the Economy and Public Finance are:

1. Prepare monthly and annual reports on the national budget and the public sector that correspond to the Comptroller General of the Republic according to the Constitution and the laws.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 234 of 282
Presidency of the Republic Decree 267 of 2000

2. Direct and coordinate the actions and tasks for the preparation of the certification on the State's finances.

3. Direct and coordinate the implementation of various studies on macroeconomic and fiscal policy matters.

4. Direct and coordinate the preparation of the monthly and annual report on the General Budget and Treasury Account.

5. Direct and coordinate the consolidation of the results of the management evaluation carried out by the Comptroller General of the Republic.

6. Direct and coordinate the report on the Audit of the General Balance Sheet of the Nation.

7. Develop and ensure the dissemination of methodologies for the evaluation of public finances.

8. Direct the accounting and economic evaluation of consolidated public entities.

9. Direct and coordinate the design, preparation, purification, analysis and maintenance of public sector fiscal statistics.

10. Direct and coordinate the process of registering national and territorial public debt, its consolidation for monthly and annual reports on the subject and prepare the respective certifications.

11. Coordinate audit practices on records, balance sheets and other financial statements produced by the General Accountant and request corrections as appropriate.

12. Promote the standardization and consolidation of fiscal statistics with other State entities and other dependencies of the Comptroller General of the Republic that produce relevant information.

13. Any others assigned by law.

Paragraph 1. The Delegated Comptroller's Office of the Economy and Public Finance will be the official source of information on fiscal statistics for the Comptroller General of the Republic.

Paragraph 2. For the issuance of opinions, concepts and analysis by the Delegate Comptroller's Office of the Economy and Public Finance, as well as for the request for information from the subjects subject to fiscal control, actions will be coordinated with the delegated comptroller's offices for the supervision of fiscal management and unique information request systems will be established to avoid duplication in said information requests.

Article 63. **Amended by Decree 2037 of 2019, Article 14.**
Directorate of Macroeconomic Studies. The functions of the Directorate of Macroeconomic Studies are:

1. Direct the implementation of the policies, plans, programs and projects of the Office of the Comptroller General of the Republic for the preparation of macroeconomic studies in relation to public finances and participate in their formulation.

2. Provide guidance and prepare certification on the state of public finances.

3. Establish guidelines and prepare monthly reports on the national budget that correspond to the Office of the Comptroller General of the Republic in accordance with current regulations, and those determined by the Comptroller General or the Deputy Comptroller.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 236 of 282
Presidency of the Republic Decrees 267 of 2000

4. Present guidelines and develop studies on the macroeconomic and regional impact of public finances.

5. Guide and evaluate the fiscal, monetary and exchange situation and their interactions.

6. Direct and evaluate the effect of State action on income distribution, efficient allocation of resources, economic growth, sustainable development and stability.

7. Analyze and measure the impact of fiscal policy on economic variables.

8. Guide and carry out the evaluation of the impact of fiscal policy on the national and territorial economies.

9. Analyze and evaluate economic policy in the context of the National Development Plan and the Annual Budget Projects.

10. Advise the Comptroller General and the Deputy Comptroller on matters within their jurisdiction.

11. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of article 63: "Directorate of Macroeconomic Studies. The functions of the Directorate of Macroeconomic Studies are:

1. Participate in the preparation of the certification on the situation of public finances.

2. Participate in the preparation of monthly and annual reports on the budget of the Nation and the public sector that correspond to the Office of the Comptroller General of the Republic in accordance with the Constitution and the laws, and in those determined by the Comptroller General or the Deputy Comptroller.

3. Conduct studies on the macroeconomic and regional impact of public finances.

4. Evaluate the fiscal, monetary and exchange rate situation and their interactions.

5. Evaluate the effect of State action on income distribution, efficient allocation of resources, economic growth, sustainable development and stability.

6. Conduct an analysis of the monthly behavior of the Central Government's income and expenses and the quarterly income and expenses of the consolidated public sector.

7. Analyze and measure the impact of fiscal policy on economic variables.

8. Participate in the evaluation of the impact of fiscal policy on the national and territorial economies.

9. Analyze and evaluate economic policy in the context of the National Development Plan and the Annual Budget Projects.

10. Advise the Comptroller General and the Deputy Comptroller on matters within their jurisdiction.

11. Any others assigned by law."

Article 64. **Amended by Decree 2037 of 2019, Article 15.**
Fiscal Accounts and Statistics Directorate. The functions of the Fiscal Accounts and Statistics Directorate are the following:

1. Direct the implementation of the policies, plans, programs and projects of the Comptroller General of the Republic for the preparation of the

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 238 of 282
President of the Republic Decree 267 of 2000

accounting for the execution of the General Budget of the Nation and monitoring of public finances and participating in their formulation.

2. Establish guidelines, guide and develop the accounting for the execution of the General Budget of the Nation and standardize, centralize and consolidate the accounting related to the execution of the general budget of the public sector.

3. Prepare the General Account of the Budget and the Treasury.

4. Direct the screening of public debt registration certificates for the Comptroller's signature.

5. Provide guidance and prepare annual and monthly reports on public debt.

6. Advise the Comptroller General on issues related to budget execution, public debt and the Treasury account.

7. Direct and control the audit process of the general balance sheet, the balance sheet of the treasury, and the other financial statements prepared by the General Accounting Office and coordinate with the other competent departments, to prepare for the signature of the Comptroller General of the Republic, the audit report with an opinion on the reasonableness of the figures presented in the financial statements prepared by the General Accountant.

8. Direct, guide and coordinate the certification process of current freely-used income effectively collected in the previous period and on the percentage relationship between operating expenses and current freely-used income of the immediately preceding period of territorial entities, and calculate the spending limit of territorial public corporations and territorial control entities.

9. Establish guidelines and guide the audit of budget reserves with other competent departments.

Machine Translated by Google
12/19/24, 10:12        Case 1:25-cv-01099-JDB        Document 1-26        Filed 04/11/25        Page 239 of 282
Presidency of the Republic Decree 267 of 2000

10. Direct, coordinate, plan, design and assign the work and studies for the preparation and compilation of the State Fiscal Statistics and its publication and the techniques and methodologies for calculating the different types of deficit or surplus of the consolidated public sector as a basic element of the certification of public finances.

11. Coordinate with the other departments of the Office of the Comptroller General of the Republic the flow of different statistics, in order to constitute the fiscal data bank of the Office of the Comptroller General of the Republic.

12. Advise and guide on the use of information and statistics from the fiscal database of the Comptroller General of the Republic.

13. Direct the study on the calculation of the weighted average percentage of the remuneration of central administration employees that will serve as a basis for determining the annual adjustment of members of Congress.

14. Advise the Comptroller General of the Republic and the Deputy Comptroller on fiscal statistics.

15. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of article 64: "Fiscal Accounts and Statistics Directorate. The following are the functions of the Fiscal Accounts and Statistics Directorate:

1. Coordinate and develop the accounting for the execution of the General Budget of the Nation.

2. Prepare monthly reports on the execution of the General Budget of the Nation.

Machine Translated by Google

3. Prepare the General Account of the Budget and the Treasury.

4. Direct the screening of public debt registration certificates for the Comptroller's signature.

5. Prepare annual and monthly reports on public debt.

6. Participate in the preparation of the final monthly financial report related to national public finances.

7. Advise the Comptroller General on issues related to budget execution, public debt and the Treasury account.

8. Schedule, coordinate, direct and assign audit work on the general balance sheet, the treasury balance sheet, the treasury balance sheet and other financial statements prepared by the General Accounting Office and other competent departments.

9. Prepare, for signature by the Comptroller General of the Republic, the audit report with an opinion on the reasonableness of the figures presented in the financial statements prepared by the General Accountant and keep the permanent archive of the working papers that support the report and opinion.

10. Designate, for approval by the Comptroller Delegate of Economy and Public Finance, the committees that must audit those responsible for financial information and the budget execution records in the different agencies and entities executing the national budget.

11. Conduct audits of budget reserves and certificates of availability of surplus income that will serve as a basis for opening additional credits to the National Budget.

12. Coordinate, plan, direct, design and assign the work and studies for the preparation and compilation of the State Fiscal Statistics and its publication and the techniques and methodologies for calculating the different types of deficit or surplus of the consolidated public sector as a basic element of the certification of public finances.

13. Coordinate with the other departments of the Office of the Comptroller General of the Republic the flow of different statistics in order to constitute the fiscal data bank of the Office of the Comptroller General of the Republic.

14. Provide advice, as the fiscal data bank of the Office of the Comptroller General of the Republic, on the use of its information and statistics to anyone who so requests.

15. Coordinate the study on the calculation of the weighted average percentage of the remuneration of central administration employees that will serve as a basis for determining the annual adjustment of members of Congress.

16. Advise the Comptroller General of the Republic and the Deputy Comptroller General on fiscal statistics.

17. Any others assigned by law."

Article 64A. **Added by Decree 2037 of 2019, Article 16.**

Office of the Comptroller General for Post-Conflict. The functions of the Office of the Comptroller General for Post-Conflict are:

1. Prepare the report on the execution of resources and compliance with the goals of the peace component of the Multiannual Investment Plan, based on the information reported by the different departments of the Comptroller General of the Republic and with a territorial focus.

2. Articulate studies and validate concepts on the behavior of fiscal management of resources allocated to the peace component in the post-conflict period.

3. Support the design and planning of the macro fiscal control strategy for public policies to end the conflict and build a stable and lasting peace, in coordination with the Delegate Comptroller of Economy and Public Finance.

4. Provide technical guidance for the definition of comprehensive studies for each of the sectors related to compliance with the Final Agreement for the termination of the Conflict and the Construction of a stable and lasting Peace, for which purpose it will be coordinated with the Comptroller General for Economy and Public Finance and the other competent General, Sectoral and Intersectoral Comptrollers.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 242 of 282
Presidency of the Republic Decree 267 of 2000

5. Coordinate the information, studies, analysis and results of fiscal oversight of post-conflict resources with the other General, Sectoral and Intersectoral Delegated Comptroller's Offices, particularly with the Delegated Comptroller's Office of Economy and Public Finance.

6. Support and strengthen the exercise of surveillance and fiscal control instruments over the resources, assets and interests of the Nation for the post-conflict, by the General, Sectoral and Intersectoral Delegated Comptroller's Offices.

7. Coordinate, guide and coordinate with the General, Sectoral and Intersectoral Delegated Comptroller's Offices and other dependencies of the Comptroller General of the Republic, all aspects that allow for adequate monitoring and control over matters related to the post-conflict.

8. Participate jointly with the General, Sectoral and Intersectoral Delegate Comptrollers in the coordination of audits of the activities carried out within the framework of the five thematic axes of the Final Agreement related to: i) Comprehensive Rural Reform; ii) Political Participation; iii) End of the Conflict; iv) Comprehensive Solution to the Problem of Illicit Drugs, and v) Agreement on Victims of the Conflict; as well as a sixth point related to implementation.

9. Be responsible for the results and reports within its jurisdiction, without prejudice to the power of the Comptroller General of the Republic to review them.

10. Propose to the Comptroller General the policies, plans, programs and priorities that should be established for the exercise of control over the execution of resources and the fulfillment of post-conflict goals and for the fulfillment and good performance of the indicators and goals agreed upon in the annual planning process that are within its competence.

11. Participate in intersectoral audits in conjunction with the general, sectoral and intersectoral delegated comptrollers, which are

advance for the fulfillment of the post-conflict purposes and when so determined in the Fiscal Surveillance Plan.

12. Define jointly with the Delegate Comptroller of Economy and Public Finance and the Planning Office, the sources of information that must be shared, the information flows, the subjects of analysis, research and relevant results of their activity, observing as a guiding principle the simplification and rationalization of information requirements and avoiding duplication of requests for the same made to the passive subjects of fiscal surveillance.

13. Contribute to the development of standardized, technical, transparent and effective methodologies for exercising fiscal surveillance control and explicitly request the support and guidance required for this purpose from the Center for Fiscal Studies.

14. Contribute to the definition of fiscal surveillance processes and procedures that will be governed in accordance with the principles of the administrative function of Article 209 of the Political Constitution and, particularly, with the functions assigned by Legislative Act 1 of 2016, and the Final Agreement for the Termination of the Conflict and the Construction of a Stable and Lasting Peace.

15. Coordinate with the General, Sectoral and Intersectoral Delegated Comptroller's Offices, the follow-up to the improvement plan of the audited entities and resources, in order to verify the effectiveness in the fulfillment of the actions.

16. Jointly exercise with the General, Sectoral and Intersectoral Delegated Comptroller's Offices and the Collegiate Departmental Managements, oversight over public management and the good performance of the administrative authorities in the matters of their competence, in the development of the principles and basic definitions enshrined in this regard in Law 489 of 1998.

17. Direct and coordinate the consolidation of the results of the evaluation of the execution of public policy and the implementation of the various studies in

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 244 of 282
Presidency of the Republic Decree 267 of 2000

macroeconomic and fiscal policy matters, related to victims and post-conflict.

18. Carry out exceptional micro fiscal control exercises on issues within the jurisdiction of the Delegate, with prior authorization from the Comptroller General of the Republic and in coordination with the competent Delegated Comptroller's Offices, in accordance with the regulations issued for this purpose.

19. Support at the territorial level the consolidation of the results of the management evaluation and the studies carried out by the Office of the Comptroller General of the Republic related to public policy on victims and post-conflict.

20. Establish strategies to promote citizen participation to effectively assist in monitoring fiscal management and identify institutional, methodological and technical mechanisms that promote compliance with post-conflict public policies.

21. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Paragraph. The Office of the Comptroller General for Post-Conflict will perform the functions provided for in Decree Law 888 of 2017 for the Delegated Unit for Post-Conflict and those defined in this decree law, with the support of the working groups determined by the Comptroller General of the Republic. The Office of the Comptroller General will be headed by a Delegate Comptroller, in accordance with the new hierarchical and functional structure of the Office of the Comptroller General of the Republic.

Any conflicts of jurisdiction that may arise between the Office of the Comptroller Delegate for Post-Conflict and other departments of the Office of the Comptroller General of the Republic will be resolved by the Comptroller General of the Republic.

Article 64B. **Added by Decree 2037 of 2019, Article 17.**
General Delegate Comptroller for Targeted Population. The functions of the

Machine Translated by Google

Delegated Comptroller for Targeted Population:

1. Formulate and adopt policies, plans, programs and projects to guide and coordinate fiscal monitoring and control of the execution of public policies and state action for the protection and guarantee of individual and collective rights of populations subject to a differential approach.

2. Direct the analysis and evaluation of state compliance with international commitments and public policies aimed at promoting and guaranteeing individual and collective rights and freedoms of populations subject to a differential approach, to determine their impact, relevance and opportunity.

3. Promote institutional, methodological and technical mechanisms for the development and promotion of the differential approach in fiscal surveillance and control, and direct the exchange of inter-institutional information on this matter.

4. Articulate surveillance and monitoring of resources allocated to the execution of public policies in the area of attention to the population subject to a differential approach, for the generation of early warnings and inputs for the respective Delegated Comptroller's Offices for their area of competence.

5. Define the guidelines and methodologies for reports on fiscal management, compliance with international commitments and public policies related to the care and guarantee of the rights of population groups subject to differential focus.

7. Carry out exceptional micro fiscal control exercises, with prior authorization from the Comptroller General of the Republic and in coordination with the competent Delegated Comptroller's Offices, for public resources destined to serve targeted populations with a differential approach.

8. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

Machine Translated by Google

Article 64C. **Added by Decree 2037 of 2019,** Article 18.

Directorate of Intersectoral Studies of Targeted Public Policies. The functions of the Directorate of Intersectoral Studies of Targeted Public Policies are:

1. Direct the implementation of policies, plans, programs and projects for the analysis and evaluation of state compliance with international commitments and public policies aimed at promoting and guaranteeing individual and collective rights and freedoms of populations subject to a differential approach and participate in their formulation.

2. Lead intersectoral analyses and studies and national reports on state compliance with the laws and regulations defined for the care and guarantee of rights of population groups subject to differential focus and coordinate their dissemination.

3. Direct the development of methodologies for the evaluation of the impact, relevance and opportunity of national policies and strategies to guarantee the rights and freedoms of populations of differential focus.

4. Monitor, in coordination with the Delegate for Citizen Participation, the institutional attention to citizen complaints about alleged inappropriate management of State resources aimed at serving population groups subject to differential focus and report and disseminate its results, in coordination with the Entity's Communications and Publications Office.

5. Lead the design of institutional, methodological and technical mechanisms for the development and promotion of the differential approach in fiscal surveillance and control, and guide the exchange of inter-institutional information on this matter.

6. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the

Machine Translated by Google

dependence.

Article 64D. **Added by Decree 2037 of 2019, Article 19.**
Fiscal Control Guidance Directorate. The functions of the Fiscal Control Guidance
Directorate are:

1. Direct the implementation of policies, plans, programs and projects to guide the
exercise of fiscal surveillance and control in order to verify state compliance with
international commitments and public policies aimed at promoting and guaranteeing
individual and collective rights and freedoms of populations subject to a differential
approach, and participate in their formulation.

2. Lead and coordinate with the Sectoral Delegated Comptroller's Offices and the
Planning Office the prioritization of the monitoring of public resources destined to the
care of the population with a differential approach and monitor their management.

3. Exercise surveillance and monitoring of resources allocated to the execution of
public policies in matters of care for populations subject to the differential approach,
to generate early warnings and inputs for the respective Delegated Comptroller's
Offices for their areas of competence.

4. Propose and promote the performance of intersectoral audits, in coordination with
the general and sectoral delegated comptrollers, or the collegiate departmental
managements, which are carried out for compliance with public policies aimed at
promoting and guaranteeing individual and collective rights and freedoms of
populations subject to a differential approach.

5. Guide and promote, with the competent departments of the Office of the Comptroller
General of the Republic, the special monitoring actions necessary for the protection
of public resources directed to the care of population groups subject to differential
focus, on the occasion of complaints and other mechanisms of citizen participation,
sent to it by the Delegate for Citizen Participation.

Machine Translated by Google

12/19/24, 10:12   Case 1:25-cv-01099-JDB   Document 1-26   Filed 04/11/25   Page 248 of 282
President of the Republic Decree 267 of 2000

6. Coordinate with the Comptroller's Office for Citizen Participation the development of participatory social processes for populations with a differential focus for the fiscal control of public resources allocated to their care, providing the necessary technical support.

7. Others that are assigned by law, or delegated by the Comptroller General of the Republic, and that correspond to the nature of the department.

SECTION III

**Note: Section III replaced by Decree 2037 of 2019, Article 20.**

Compensation for Damage to Public Assets

Article 64E. Delegated Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection. The functions of the Delegated Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection are:

1. Define policies on fiscal responsibility, coercive collection and intervention in criminal proceedings brought for crimes that threaten the State's property interests.

2. Direct, guide and monitor the plans, programs and projects of the Office of the Comptroller General of the Republic in matters of fiscal responsibility, coercive collection and intervention in criminal proceedings, in coordination with other competent departments.

3. To advance, in the first instance, the fiscal responsibility processes whose presumed fiscal responsible parties are high-ranking State officials, in accordance with internal regulations, and the others that are assigned directly by the Comptroller General of the Republic.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 249 of 282
Presidency of the Republic Decree 267 of 2000

4. Directly assume or assign to the Fiscal Responsibility Unit, by prevailing jurisdiction, the knowledge of the preliminary investigations and fiscal responsibility processes carried out by any dependency of the Comptroller General of the Republic, in the state in which they are found, through an administrative act.

5. To advance in the second instance the fiscal responsibility processes that are known in the first instance by the Fiscal Responsibility Unit. The above without prejudice to the powers that the Comptroller General of the Republic may determine for the knowledge of these matters.

6. Direct and control the Units and Directorates that make up the Delegated Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

7. Direct the distribution of matters under the jurisdiction of the Units that make up the Delegated Comptroller's Office for Fiscal Responsibility, Judicial Intervention and Coercive Collection, and carry out the corresponding follow-up.

8. Maintain an updated information system of the names of natural or legal persons who have been issued a ruling with duly enforceable fiscal responsibility, as well as prepare and distribute the Bulletin of Fiscal Responsibilities, defining the conditions for reporting the corresponding information.

9. Monitor and control the processing of complaints, fiscal findings, preliminary investigations, fiscal responsibility processes and coercive collection processes carried out by the departments under its charge and by the Collegiate Departmental Managements of the Comptroller General of the Republic, for which it will submit the reports it considers pertinent.

10. Unify the criteria regarding fiscal responsibility, coercive collection and judicial intervention within the Office of the Comptroller General of the Republic, in coordination with the Legal Office of the Entity.

Machine Translated by Google
12/19/24, 10:12          Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 250 of 282
Presidency of the Republic Decree 267 of 2000

11. Direct, guide and define the criteria for the judicial intervention of the Office of the Comptroller General of the Republic in criminal proceedings in defense of the State's property interests.

12. Promote the signing of agreements with other State control bodies to optimize the exercise of control in the development of fiscal responsibility processes and other actions for compensation of public assets.

13. Coordinate with the Legal Office of the Comptroller General of the Republic the defense of the interests of the Nation in jurisdictional or administrative processes that originate in fiscal responsibility or coercive collection processes.

14. Direct and guide the technical support required by the competent departments of the Office of the Comptroller General of the Republic, to advance fiscal responsibility and coercive collection processes, and for judicial intervention in criminal proceedings.

15. Coordinate with the National and International Cooperation Unit for the Prevention, Investigation and Seizure of Assets, the exchange of information, evidence and knowledge that allows the detection of assets, accounts, investments and other assets of natural or legal persons investigated or held responsible for causing damage to public property in order to request the decree of precautionary measures in the processing of fiscal responsibility and coercive collection processes.

16. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Paragraph. The Comptroller General of the Republic may assign the knowledge of the first instance of fiscal responsibility processes, whose alleged fiscal responsible parties are high officials of the State, at the stage in which they are, to the Fiscal Responsibility Unit, when the

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 251 of 282
Presidency of the Republic Decree 267 of 2000

The number and complexity of the proceedings carried out by the Office of the Comptroller Delegate may affect the effectiveness and speed of its management, in accordance with internal regulations. In any case, the second instance of these proceedings will correspond to the Comptroller General of the Republic.

Article 64F. Fiscal Responsibility Unit. The Fiscal Responsibility Unit, through its intersectoral delegated controllers, shall perform the following functions:

1. To advance in second instance and at the level of consultation the fiscal responsibility processes known at the Central and Decentralized Level of the Comptroller General of the Republic, and the others that are assigned by the Comptroller General of the Republic and the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

2. Conduct preliminary investigations and be familiar with the fiscal responsibility processes assigned by the Comptroller General of the Republic or by the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection, in the exercise of the prevailing jurisdiction or change of location.

3. Send the final judgments to the Coercive Collection Unit or the corresponding department to begin the administrative procedure for coercive collection, for which it will coordinate the relevant matters with the first instance tax legal operators, issuing the appropriate guidelines.

4. Advance the sanctioning processes within its jurisdiction in accordance with current regulations.

5. Prepare lists of judicial assistants who may intervene in fiscal responsibility proceedings conducted by the Office of the Comptroller General of the Republic. Appearance in the proceedings shall be mandatory.

6. Exercise and monitor the use of judicial police powers by the officers who make up their team, within the framework of their competencies, in the terms indicated in the regulations that govern the matter.

7. Execute the policies, plans and programs of the Office of the Comptroller General of the Republic in matters of fiscal responsibility, and participate in their formulation.

8. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Article 64G. Investigation Directorates. The functions of the Investigation Directorates are:

1. Conduct preliminary investigations and hear in the first or sole instance the fiscal responsibility processes that do not correspond to another department or authority, or those assigned by the Comptroller General of the Republic or by the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection.

2. Advance the sanctioning processes within its jurisdiction in accordance with current regulations.

3. Comply with the guidelines of the Comptroller General of the Republic and the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection, in matters of fiscal responsibility.

4. Exercise and monitor the use of judicial police powers by the Directorate's employees, within the scope of their competencies, in accordance with the terms set out in the regulations governing the matter.

Machine Translated by Google
12/19/24, 10:12   Case 1:25-cv-01099-JDB   Document 1-26   Filed 04/11/25   Page 253 of 282
Presidency of the Republic Decree 267 of 2000

5. Execute the policies, plans and programs of the Office of the Comptroller General of the Republic in matters of fiscal responsibility, and participate in their formulation.

6. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Article 64H. Coercive Collection Unit. The functions of the Coercive Collection Unit are:

1. Direct the collection of resources derived from obligations created on the occasion of final fiscal responsibility rulings aimed at compensating for damage to public assets.

2. To hear in second instance the coercive collection procedures, in accordance with the powers established by the Comptroller General of the Republic.

3. Direct the collection of fines and other credits derived from documents that provide executive merit in favor of the State that the Entity is responsible for executing, in accordance with the law, for which purpose it will issue a payment order and decree the precautionary measures where appropriate.

4. Advance the sanctioning processes within its jurisdiction in accordance with current regulations.

5. Formulate guidelines and orientations for the decree of precautionary measures within coercive collection procedures.

6. Prepare lists of judicial assistants who may intervene in the coercive collection processes carried out by the General Comptroller's Office.

Machine Translated by Google
12/19/24, 10:12       Case 1:25-cv-01099-JDB      Document 1-26      Filed 04/11/25      Page 254 of 282
President by the Republic Decree 267 of 2000

Republic. Appearance at the proceedings shall be mandatory once the appointment has been made.

7. Execute the policies, plans and programs of the Office of the Comptroller General of the Republic in matters of coercive collection.

8. Decide on the exclusion of collection management due to prescription or remissibility in the cases proposed by the Coercive Collection Directorates.

9. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Article 64I. Coercive Collection Directorates. The functions of the Coercive Collection Directorates are:

1. To advance in the first instance, in accordance with the powers established by the Comptroller General of the Republic, the procedures for coercive collection and persuasive collection.

2. Advance in the second instance, in accordance with the powers established by the Comptroller General of the Republic, the coercive collection procedures advanced in the first instance at the Decentralized Level of the Comptroller General of the Republic.

3. Collect resources derived from obligations created on the occasion of fiscal responsibility rulings aimed at compensating for damage to public property. For this purpose, it will issue payment orders and decree the appropriate precautionary measures or follow up on those decreed within the fiscal responsibility process.

4. Collect fines and other credits derived from documents that provide executive merit in favor of the State that is responsible for executing the

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 255 of 282
President of the Republic Decree 267 of 2000

The Entity, in accordance with the law, will issue a payment order for this purpose and decree the appropriate precautionary measures.

5. Classify the obligations of the processes under its charge and submit to the decision of the Head of the Coercive Collection Unit the cases that must be excluded from the collection management due to difficult collection, remissibility, or when the cost-benefit relationship does not justify advancing the coercive collection process, regardless of the nature of the executive title.

6. Advance the sanctioning processes within its jurisdiction in accordance with current regulations.

7. Comply with the guidelines of the Comptroller General of the Republic and the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection, in matters of coercive collection.

8. Execute the policies, plans and programs of the Office of the Comptroller General of the Republic in matters of coercive collection, and participate in their formulation.

9. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Article 64J. Judicial Intervention Unit. The functions of the Judicial Intervention Unit are:

1. Ensure that entities affected by crimes against public administration and that threaten the patrimonial interests of the State intervene as victims or civil parties in the respective criminal proceedings, and send copies to the corresponding disciplinary authority when they fail to comply with this obligation.

2. Intervene as a victim or civil party in criminal proceedings brought for crimes that threaten the patrimonial interests of the State, under the

Machine Translated by Google

guidelines of the Comptroller General of the Republic and the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection, when the affected entity does not intervene.

3. Coordinate intervention in criminal proceedings at the central and decentralized levels of the Comptroller General of the Republic.

4. Advance the sanctioning processes within its jurisdiction in accordance with current regulations.

5. Execute the policies, plans and programs of the Office of the Comptroller General of the Republic regarding intervention in criminal proceedings.

6. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Initial text of Section III:

"SECTION III

NATIONAL MANAGEMENT

Article 65. Administrative and Financial Management Department. The functions of the Administrative and Financial Management Department are:

1. Propose, for adoption by the Comptroller General, the policies, plans and programs regarding physical and financial resources that must be developed for the proper functioning of the Comptroller General of the Republic.

2. Prepare draft internal regulations for adoption by the competent authority, direct their application and evaluate the procedures in budgetary, accounting, treasury, physical resources management and other matters that the internal administration system of the Comptroller General of the Republic requires.

Machine Translated by Google

3. Formulate, in accordance with what the Comptroller General of the Republic establishes for the subject, policies that tend towards a better administration of financial and physical resources in order to ensure optimal levels of quality, quantity, opportunity, efficiency and effectiveness.

4. Direct, in coordination with the Planning Office and the Departmental Managements, the preparation of the budget project and the purchasing plan for the Comptroller General of the Republic.

5. Direct the contractual processes in which the Office of the Comptroller General of the Republic intervenes and ensure their proper organization, efficiency and compliance with the legal regulations on the matter.

6. Ensure that the Comptroller General's Office strictly observes the principles of efficiency, economy, equity, total quality and strategic planning in the management of the administration of its resources.

7. Direct the preparation of the Management and Administration Account that the Comptroller General must submit to the General Audit Office of the Nation.

8. Direct the execution and control the management of financial and physical resources at the decentralized level that are delegated to the administration of the Departmental Management.

9. Ensure that the management of severance pay of officials of the Comptroller General of the Republic is carried out in accordance with the current regulations on the matter and arrange what is necessary to make effective the transfers of severance pay to the Social Welfare Fund of the Comptroller General of the Republic or to whoever takes its place.

10. Any others assigned by law.

Article 66. Physical Resources Directorate. The functions of the Physical Resources Directorate are:

1. Design, control and guarantee the execution of plans, programs and procedures for the acquisition, contracting, storage, supply, registration, control and insurance of goods and services of the Comptroller General of the Republic.

2. Schedule and enforce the tasks aimed at selecting and supplying the consumption and return elements necessary for the proper functioning of the Office of the Comptroller General of the Republic.

3. Direct and organize the functions corresponding to the warehouse.

4. Manage the movable and immovable property owned by the Comptroller General of the Republic.

5. Manage and control the inventories and insurance of the assets of the Comptroller General of the Republic.

6. Conduct a study of the institutional needs for consumer items and equipment for the different departments of the Comptroller General of the Republic and prepare the annual purchasing program under the guidance of the Manager of Administrative and Financial Management.

7. Provide the various departments of the administration of the Comptroller General of the Republic, both at the national and departmental levels, in a timely manner with reasonable use and programming, the equipment and other essential consumption elements for their proper functioning.

8. Carry out the necessary studies and procedures to periodically remove unnecessary elements from the inventories.

9. Coordinate the administration, maintenance and surveillance of the facilities of the buildings that house the Office of the Comptroller General of the Republic.

10. Coordinate the organization and provision of switchboard, surveillance, electricity, cleaning and other services related to the maintenance, conservation and security of the buildings that house the administration of the Comptroller General of the Republic.

11. Ensure the proper administration of the entity's supplier registry in accordance with current regulations.

12. Any others assigned by law.

Article 67. Financial Management. The functions of the Financial Management are:

1. Coordinate the administration and development of policies, plans and programs for the provision, use and adequate control of the financial resources of the Office of the Comptroller General of the Republic.

2. Coordinate the administration and development of the budgetary, accounting and treasury activities of the Office of the Comptroller General of the Republic.

3. Coordinate the monitoring, evaluation and control of the budgetary, accounting and treasury activities of the Office of the Comptroller General of the Republic.

4. Immediately direct, in coordination with the Planning Office, the Office of the Manager of Administrative and Financial Management and the Departmental Management, the preparation of the draft budget of the Comptroller General of the Republic.

5. Coordinate the budgetary and financial execution processes of the Office of the Comptroller General of the Republic.

6. Coordinate, direct and control the application of standards and evaluate the accounting, budgetary, treasury and general financial system procedures adopted by the Comptroller General of the Republic.

7. Coordinate and direct the certifications on the availability and budget reserve necessary for the proper execution of the budget of the Comptroller General of the Republic.

8. Coordinate, monitor and control the movements of appropriations and in general all expenses related to the budget execution of the Comptroller General of the Republic.

9. Coordinate, monitor and control the procedure for providing severance pay to officials of the Comptroller General of the Republic, resources that will be financially managed for the respective term by the Social Welfare Fund of the Comptroller General of the Republic.

10. Prepare and present the financial statements of the Comptroller General of the Republic.

11. Any others assigned by law.

Article 68. Directorate of Printing, Archives and Correspondence. The functions of the Directorate of Printing, Archives and Correspondence are:

1. Keep the filing system of the Comptroller General of the Republic up to date.

2. Organize the correspondence system, in coordination with the Private Secretariat for matters related to correspondence addressed to the Comptroller General.

3. Issue and authenticate copies of documents that are in the archives of the Comptroller General of the Republic when they have completed their final processing or when they cease to be part of processes

supplied by the competent departments for this purpose and in any case subject to the regulations adopted for this purpose.

4. Maintain the general archive of contracts entered into by the Comptroller General of the Republic.

5. Timely forward administrative acts of general content to the different departments of the Comptroller General of the Republic and request their publication in the Official Gazette.

6. Manage and direct operations related to the efficient operation of the Printing Office of the Comptroller General of the Republic.

7. Any others assigned by law.

Article 69. Human Talent Management. The functions of Human Talent Management are:

1. Direct and design, in accordance with the provisions of the Comptroller General in this regard, the policies, plans and programs that must be implemented in the area of human talent for its comprehensive development.

2. Direct the preparation of administrative acts related to personnel developments for signature by the Comptroller General, when appropriate, and review their scope.

3. Direct, coordinate and monitor compliance with the rules relating to personnel administration, the preparation of payrolls and the settlement of social benefits and other remuneration factors.

4. Coordinate the processing of the possession of the employees of the Comptroller General of the Republic and appoint them in the terms delegated.

5. Coordinate the organization and processing of all personnel administration activities required by the Office of the Comptroller General of the Republic.

6. Coordinate the records necessary for personnel administration and issue certifications related to said records and employment situations.

7. Design and coordinate occupational health programs established for officials of the Comptroller General of the Republic in order to comply with current regulations.

Machine Translated by Google

8. Direct the organization of the registry of new events of the Comptroller General of the Republic that occur to employees from their entry to their retirement.

9. Coordinate, direct and develop the reporting of new developments and information for personnel administration processes.

10. Guide the development of the design of personnel selection systems for the administrative career and for other jobs determined by the Comptroller General.

11. Guide the design, coordination, supervision and execution of performance evaluation systems in accordance with the provisions of the law in this regard.

12. Direct, in accordance with what the Comptroller General orders in this regard, the systems for contracting selection tests and promoting the entity's human talent.

13. Define, in coordination with the various departments of the entity responsible for this, the occupational profiles required for administrative career positions and for other jobs.

14. Coordinate with the Social Welfare Fund or whoever takes its place, the policies for improving the quality of working life of the employees of the Comptroller General's Office.

15. Make the necessary arrangements for the notification system of administrative acts that concern the various administrative personnel situations.

16. Any others assigned by law.

**Note, article 69: See Resolution 698 of 2019, CGR. DO 50.953, page 30.**

Article 70. Human Talent Management Directorate. The functions of the Human Talent Management Directorate are:

1. Propose policies, plans and programs for the proper use and control of the human resources of the Office of the Comptroller General of the Republic and schedule their implementation.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 262 of 282
Presidency of the Republic Decree 267 of 2000

2. Guide the application of the rules that must be followed in personnel administration, the preparation of payrolls and the settlement of social benefits and arrange what is required to implement these processes.

3. Immediately direct the updating and maintenance of the records of the personnel working in the Office of the Comptroller General of the Republic.

4. Respond to the requirements of the different authorities on personnel aspects in coordination with the Administrative Career Directorate and the Legal Office.

5. Guide the organization of the system of attention to professional risks and occupational health in accordance with legal provisions and advisable techniques.

6. Draft resolutions related to personnel developments.

7. Coordinate the processing of the possession of the employees of the Comptroller General of the Republic.

8. Implement and maintain a truthful, reliable and timely information system on staff statistics and administrative situations.

9. Carry out, in coordination with the different departments, the occupational profiles required for administrative career positions and for other jobs and the analysis of positions and workloads.

10. Design and implement induction and re-induction programs for those who join the Comptroller General of the Republic.

11. Design and monitor, in coordination with the competent departments, the in-position training programs for officials of the Comptroller General of the Republic on the occasion of their entry, promotion and transfer.

12. Any others assigned by law.

Article 71. Administrative Career Directorate. The functions of the Administrative Career Directorate are:

1. Design the selection and promotion systems for personnel linked to the administrative career.

2. Design performance evaluation, coordination, supervision and execution systems in accordance with the law.

3. Immediately organize and direct the design of tests for the selection process, supervise the hiring of authorized entities for this purpose and exercise the corresponding supervision.

4. Provide technical support to the Higher Council of Administrative Careers.

5. Substantiate and process requests, applications, claims and other aspects related to the matters that the Higher Council of Administrative Careers must be aware of.

6. To plan, with the investigation of the facts and the necessary legal basis, the administrative acts adopted by the highest administrative body of the administrative career of the Comptroller General of the Republic and submit them for consideration.

7. Ensure the functioning of the administrative career by performing the functions required and which are not assigned to other departments or authorities.

8. Take the initiative in the study, analysis and discussion of jurisprudence, doctrine and needs for adaptation of the administrative career.

9. Maintain the public registry of administrative career personnel and certify the annotations therein when necessary.

10. Any others assigned by law.

Article 72. Publications Account Fund. For the financing and guarantee of publications and printed matter of various kinds that the Office of the Comptroller General of the Republic must carry out and of any of the stages required for this purpose, from the production process to marketing and distribution, the account called the Publications Account Fund is hereby created in this Body, as a special account for the administration of resources, without legal personality, administered as a separate system of accounts, in charge of the Comptroller General of the Republic, or to whomever he delegates.

Paragraph: In any case, the resources for its execution will be incorporated annually into the General Budget of the Nation."

Machine Translated by Google

CHAPTER IV

**Note: Chapter IV added by Decree 2037 of 2019, Article 21.**

National Managements

Article 65. Administrative and Financial Management. The functions of the Administrative and Financial Management are:

1. Direct, control and evaluate the execution of programs and activities related to the financial matters, public procurement, assets, administrative services, infrastructure and document management of the Entity.

2. Propose, for adoption by the Comptroller General, the policies, plans and programs that, within the scope of the Management, are necessary for the proper functioning of the Comptroller General of the Republic.

3. Provide the guidelines, directives, interpretations, orientations, tools and procedures that the departments of the Comptroller General of the Republic must comply with in terms of administrative management.

4. Manage the acquisition of resources from the Ministry of Finance and Public Credit and the National Planning Department, for the development of institutional plans, programs and projects.

5. Present the annual draft budget, in coordination with the Planning Office.

6. Formulate guidelines for the execution of plans, programs and other actions related to the budgetary, accounting and treasury management of the Comptroller General of the Republic.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 265 of 282
Presidency of the Republic Decrees 267 of 2000

7. Direct the preparation of the Management and Administration Account that the Comptroller General of the Republic must submit to the General Audit Office of the Republic.

8. Coordinate the execution of plans, programs, projects, processes and activities in the area of general services and physical resources and their timely and efficient supply for the operation of the Office of the Comptroller General of the Republic.

9. Approve the Annual Procurement Plan and the Annual Purchase Plan of the Entity, in accordance with the budget planning adopted by the Entity, and issue the guidelines and guidelines for its execution.

10. Direct and control the administration of assets or assets made available to the Entity and ensure their conservation.

11. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

Article 66. Contracting Department. The functions of the Contracting Department are:

1. Direct, coordinate and advance all procedures and formalities related to the contractual management of the Office of the Comptroller General of the Republic.

2. Prepare the Annual Procurement Plan, in coordination with the different departments of the Entity, and ensure its proper compliance.

3. Draft administrative acts and other documents arising from the contractual management of the Entity.

Machine Translated by Google

4. Provide guidelines for the development of the supervision functions of the contracts signed by the Comptroller General of the Republic.

5. Advise the departments of the Comptroller General of the Republic on matters within their jurisdiction, especially in the preparation of the technical, legal and financial documents required for the development of the contracting process, including sector studies.

6. Participate together with the Administrative and Financial Management in the formulation, adoption and monitoring of the strategic plan and improvement plans of the Management, in accordance with institutional policies.

7. Prepare and update the Contracting Manuals, procedures and other tools required to ensure the normal development of the contracting process in the Office of the Comptroller General of the Republic.

8. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager, and that correspond to the nature of the department.

Article 66A. Directorate of Infrastructure, Goods and Services. The functions of the Directorate of Infrastructure, Goods and Services are:

1. Direct, design, promote and support the implementation of policies, strategies, procedures and indicators aimed at optimizing and improving the management of assets under the Entity's responsibility.

2. Manage the assets under the entity's charge, guaranteeing their conservation and efficient use.

3. Direct and carry out activities related to the inventory of the Entity's assets and keep the record of the status of

operation, maintenance and documentary registration of property, plant, equipment, including the vehicle fleet.

4. Propose physical infrastructure projects and programs and monitor their management.

5. Direct and manage the vehicle fleet of the Comptroller General of the Republic.

6. Carry out the activities necessary to ensure the timely movement of officials in the performance of their mission functions.

7. Advise other departments of the Entity within the scope of its competence.

8. Develop and implement annual operational plans within its area of competence, in accordance with the methodology designed by the Planning Office.

9. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager and that correspond to the nature of the department.

Article 67. Financial Management. The functions of the Financial Management are:

1. Advise and support the Administrative and Financial Manager and direct the budget, treasury and accounting processes of the Comptroller General of the Republic.

2. Administer, record and control the Income and Expenditure Budget assigned to the Comptroller General of the Republic.

Machine Translated by Google
12/19/24, 10:12
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 268 of 282
President of the Republic Decree 267 of 2000

3. Prepare the Annual Draft Budget and the Annual Cash Program that the Entity must adopt in accordance with the guidelines issued in this regard by the Ministry of Finance and Public Credit.

4. Continuously monitor budget execution, in coordination with the Planning Office and carry out the required budgetary procedures.

5. Issue certificates of budget availability and register them.

6. Carry out the necessary procedures to implement any required budgetary modifications.

7. Manage and control the resources allocated to approved petty cash.

8. Control and verify that the process of preparation and accounting registration of operations is reflected in the balance sheet of the Comptroller General of the Republic and is carried out in accordance with the provisions issued by the General Accounting Office of the Nation.

9. Recognize and order payments, in accordance with the delegation conferred for such purpose by the expense manager.

10. Carry out budgetary, accounting and payment reconciliations and verifications to ensure the consistency and reasonableness of financial and accounting information.

11. Identify, cause and classify the Entity's income in the Integrated Information System (SIIF) of the Ministry of Finance and Public Credit.

Machine Translated by Google

12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 269 of 282
President of the Republic Decree 267 of 2000

12. Coordinate, prepare and present the different reports required by law, requested by the control bodies and, in general, all those that are required in accordance with the nature of their functions.

13. Carry out financial evaluations of the bids for the contractor selection processes and submit the reports or concepts that must be presented, when assigned or required.

14. Advise other departments within their area of competence.

15. Develop and implement annual operational plans within its area of competence, in accordance with the methodology designed by the Planning Office.

16. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager and that correspond to the nature of the department.

Article 68. Document Management Directorate. The functions of the Document Management Directorate are:

1. Establish and implement the document management policies of the Office of the Comptroller General of the Republic.

2. Manage the classification and addressing processes, and follow up on requests and communications addressed to the offices of the Comptroller General of the Republic.

3. Direct, receive, select, organize, manage and preserve the central archive funds and documentary heritage of the Entity, facilitating their access and dissemination.

Machine Translated by Google

12/19/24, 10:12       Case 1:25-cv-01099-JDB       Document 1-26       Filed 04/11/25       Page 270 of 282
Presidency of the Republic Decree 267 of 2000

4. Direct, manage, maintain, protect, safeguard and coordinate the documentation of the comprehensive management system and the document management system in compliance with the established standards in archival matters.

5. Ensure proper access to documents under their responsibility, complying with legal confidentiality regulations.

6. Adopt the General Regulations for Archives and Correspondence of the Comptroller General of the Republic, after consideration by the Administrative and Financial Manager.

7. Advise the departments of the Comptroller General of the Republic on matters within its jurisdiction.

8. Protect information and personal data stored in physical media, databases and electronic documents in document management information systems in accordance with current regulations.

9. Direct and coordinate with the Office of Systems and Information Technology the actions necessary to comply with the essential elements of authenticity, integrity, inalterability, reliability, availability and conservation of electronic documents, ensuring that they maintain their evidentiary value throughout the life cycle.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager and that correspond to the nature of the department.

Article 69. Human Talent Management. The functions of Human Talent Management are:

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 271 of 282
Presidency of the Republic Decree 267 of 2000

1. Direct and design, in accordance with the provisions of the Comptroller General in this regard, the policies, plans and programs that must be implemented in the area of human talent for its comprehensive development.

2. Direct the preparation of administrative acts related to personnel developments for signature by the Comptroller General, when appropriate, and review their scope.

3. Direct, coordinate and monitor compliance with the rules relating to personnel administration, the preparation of payrolls and the settlement of social benefits and other remuneration factors.

4. Coordinate the processing of the possession of the employees of the Comptroller General of the Republic and appoint them in the terms delegated.

5. Coordinate the organization and processing of all personnel administration activities required by the Office of the Comptroller General of the Republic.

6. Coordinate the records necessary for personnel administration and issue certifications related to said records and employment situations.

7. Design and coordinate occupational health programs established for officials of the Comptroller General of the Republic in order to comply with current regulations.

8. Direct the organization of the registry of new events of the Comptroller General of the Republic that occur to employees from their entry to their retirement.

9. Coordinate, direct and develop the reporting of new developments and information for personnel administration processes.

Machine Translated by Google

10. Guide the development of the design of personnel selection systems for the administrative career and for other jobs determined by the Comptroller General.

11. Guide the design, coordination, supervision and execution of performance evaluation systems in accordance with the provisions of the law in this regard.

12. Direct, in accordance with what the Comptroller General orders in this regard, the systems for contracting selection tests and promoting the Entity's human talent.

13. Define, in coordination with the various departments of the Entity responsible for this, the occupational profiles required for administrative career positions and for other jobs.

14. Coordinate with the Social Welfare Fund, or whoever takes its place, policies to improve the quality of working life of employees of the Comptroller General's Office.

15. Make the necessary arrangements for the notification system of administrative acts that concern the various administrative personnel situations.

16. Others that are assigned by law, or delegated by the Comptroller General of the Republic and that correspond to the nature of the department.

**Note, article 69: See Resolution 723 of 2019, CGR. DO 51.101, p. 31.**

Machine Translated by Google
12/19/24, 10:12   Case 1:25-cv-01099-JDB   Document 1-26   Filed 04/11/25   Page 273 of 282
Presidency of the Republic Decree 267 of 2000

Article 70. Human Talent Management Directorate. The functions of the Human Talent Management Directorate are:

1. Direct and propose the policies, plans, programs and projects of the human talent management process in its planning, management and development components.

2. Establish guidelines and provide guidance in the development of human talent management processes related to the administration and settlement of salaries and benefits of the entity's employees and former employees.

3. Direct and formulate the actions necessary for updating and maintaining the records of personnel working in the Office of the Comptroller General of the Republic.

4. Establish guidelines for handling administrative situations and personnel news.

5. Direct, implement and evaluate a truthful, reliable and timely information system on staff statistics and administrative situations.

6. Manage the Occupational Health and Safety Management System, SG-SST.

7. Design and update the Manual of Functions, Labor Competencies and minimum requirements for the jobs of the Comptroller General of the Republic, in coordination with the entity's departments.

8. Design and implement induction and re-induction programs for those who join the Comptroller General of the Republic.

Machine Translated by Google
12/19/24, 10:12                    Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25    Page 274 of 282
Presidency of the Republic Decree 267 of 2000

9. Design, direct, administer and evaluate the training, capacity building, incentives and welfare programs for the entity's public servants, in accordance with the provisions of the law.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager and that correspond to the nature of the department.

Article 71. Administrative Career Directorate. The functions of the Administrative Career Directorate are:

1. Establish guidelines for the operation of the administrative career in accordance with the policies established by the Higher Career Council.

2. Design and evaluate the selection and promotion systems for personnel linked to the administrative career.

3. Design evaluation systems and establish parameters for the development of performance evaluation instruments for career and probationary employees.

4. Design and prepare the calls for competitions or selection processes carried out by the Comptroller General of the Republic for the provision of career jobs and submit them to the Higher Career Council for approval.

5. Direct the design of tests for the selection process, supervise the hiring of authorized entities for this purpose and exercise the corresponding supervision.

6. Advise the Higher Council of Administrative Career on issues related to the special career system of the Comptroller General of the Republic.

Machine Translated by Google

7. Substantiate and process requests, applications, claims and other aspects related to the matters that the Higher Council of Administrative Careers must be aware of.

8. To plan, with the investigation of the facts and the necessary legal basis, the administrative acts adopted by the highest administrative body of the administrative career of the Comptroller General of the Republic and submit them for consideration.

9. Maintain the public registry of administrative career personnel and certify the annotations therein when necessary.

10. Others that are assigned by law, or delegated by the Comptroller General of the Republic or the Administrative and Financial Manager and that correspond to the nature of the department.

Article 72. Training and Publications Account Fund. For the financing and guarantee of publications and printed matter of various kinds that the Office of the Comptroller General of the Republic must carry out and of any of the stages required for this purpose, from the production process to marketing and distribution, the account called the Training and Publications Account Fund is hereby created in this Body, as a special account for the administration of resources, without legal personality, administered as a separate system of accounts, in charge of the Comptroller General of the Republic, or to whomever he delegates.

Paragraph. In any case, the resources for its execution will be incorporated annually into the General Budget of the Nation.

CHAPTER V

**Note: Chapter V added by Decree 2037 of 2019, Article 22.**

Machine Translated by Google

Functions common to all dependencies

Article 72A. Common functions of the departments. The following are common functions of the departments of the Office of the Comptroller General of the Republic:

1. Direct, coordinate and control the development of the functions performed by the departments and employees under his/her charge, in compliance with the principles that regulate the administrative function and the principle of management unity. In the departments in charge of carrying out the fiscal responsibility processes, the distribution will be done randomly, except for special assignment by the Comptroller Delegate for Fiscal Responsibility, Judicial Intervention and Coercive Collection or the Head of the Special Investigations Unit Against Corruption, with prior approval by the Comptroller General of the Republic, for reasons of complexity and specialty.

2. Develop, implement and monitor the strategies, plans, programs and projects within its jurisdiction, in coordination with the Planning Office.

3. Prepare and submit reports requested by the Comptroller General of the Republic, his hierarchical and functional superiors, control bodies and other authorities.

4. Contribute to the maintenance, updating, development and continuous improvement of the Internal Control and Quality Management System, or the one that takes its place.

5. Promote participation, access and use of information and communications technologies, with the aim of facilitating online government, improving management processes, and stimulating citizen participation and control in an interactive manner.

6. Participate and facilitate the functioning of the Committees, Councils and other coordination bodies.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 277 of 282
President of the Republic Decree 267 of 2000

7. Respond to requests for information on issues that fall within the scope of their activities.

## TITLE III

## DECENTRATED LEVEL

Article 73. **Amended by Decree 405 of 2020, Article 10.**
Auditors or professionals acting in their place. The Office of the Comptroller General of the Republic shall exercise its functions in a decentralized manner in the departments, districts and municipalities, and in accordance with constitutional and legal provisions.

Whenever required, each Delegated Comptroller's Office, taking into account technical criteria, will have a team of auditors in each department, which will be coordinated by a chief auditor or whoever acts in his place, in accordance with the provisions of the decree on job nomenclature and in the personnel regime of the General Comptroller's Office.

Initial text of article 73: "Auditors or professionals who take their place. The Office of the Comptroller General of the Republic will carry out, in a decentralized manner, with departmental and municipal presence, and in accordance with constitutional and legal provisions, the surveillance and fiscal control of public, mixed or private entities that manage funds or assets of the Nation.

Whenever required, each Delegated Comptroller's Office, taking into account technical criteria, will have a team of auditors in each department, which will be coordinated by a chief auditor or whoever acts in his place, in accordance with the provisions of the decree on job nomenclature and in the personnel regime of the General Comptroller's Office.

Officials from the Comptroller's Office for Investigations, Fiscal Trials and Coercive Jurisdiction will be part of the departmental audit group.

Machine Translated by Google
12/19/24, 10:12    Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 278 of 282
Presidency of the Republic Decree 267 of 2000

Paragraph. The designation, classification and salary scale of such auditors shall be defined in the respective decree on nomenclature and salary regime issued for this purpose."

Article 74. Departmental Management. A Management may be organized for each department under the terms set forth in this Decree, whose functions will be specific and complementary to the organization of the Office of the Comptroller General of the Republic. Its powers and functions are the following:

1. Exercise administrative and financial management of the decentralized administrative organization of the Comptroller's Office under the terms of the delegation granted to them in this matter by the Comptroller General.

2. Represent the Delegate Comptrollers and the Comptroller General in their respective departments in matters of focus, direction and results of fiscal oversight.

3. Supervise the audit groups and the activities of the chief auditor in their respective Department.

4. Directly handle matters entrusted to the Comptroller Delegate for Citizen Participation in their respective department and answer for them to the respective Comptroller Delegate.

5. Ensure the proper functioning of the internal control system of the Comptroller General's Office in its decentralized organization in the corresponding department.

6. Participate in the definition of fiscal surveillance policies, plans and programs that must be undertaken by the Delegated Comptroller's Offices in the department in which they operate and ensure their full implementation in the terms in which they are approved.

7. Any others assigned by law.

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 279 of 282
President of the Republic Decree 267 of 2000

TITLE IV

GENERAL PROVISIONS

Article 75. Notification of administrative acts. Notification of administrative acts shall be the responsibility of the Comptroller General's departments that adopt them, except for those whose notification corresponds to the Comptroller General of the Republic.

Article 76. Councils, committees, commissions and boards. The objectives, composition and functions of councils, committees, commissions and boards shall be established by the corresponding legal provisions. The Comptroller General may regulate these aspects both for bodies created by law and for those he decides to create to meet the needs of the service.

Article 77. Composition of the Steering Committee. The Steering Committee of the Office of the Comptroller General of the Republic shall be composed of the Comptroller General who shall chair it, the Deputy Comptroller, the delegated comptrollers, the Private Secretary, the Human Talent Manager, the Administrative and Financial Management Manager, the office directors and a delegate of the employees.

In the absence of the Comptroller General of the Republic, the Steering Committee will be chaired by the Deputy Comptroller.

The Comptroller General shall regulate the manner in which the employee delegate to the Steering Committee shall be chosen. Employees or advisors that the Comptroller General deems appropriate to invite on a permanent or occasional basis may participate in the Steering Committee meetings.

Article 78. **Repealed by Decree 2037 of 2019, Article 26.**
*Additional Dependency Functions The various dependencies that*

Machine Translated by Google
12/19/24, 10:12     Case 1:25-cv-01099-JDB     Document 1-26     Filed 04/11/25     Page 280 of 282
President of the Republic Decree 267 of 2000

*make up the organization of the Office of the Comptroller General of the Republic, in addition to the specific functions assigned to them in this decree, they will exercise those determined by the Comptroller General of the Republic in accordance with the functions they perform. They will also deal with the different matters that the Comptroller General assigns to them through distribution, also taking into account the functions they perform in the entity.*

Article 79. Adoption of the administrative structure. The administrative structure established by this decree will become effective at the time when the new staff corresponding to it is defined and the necessary administrative acts for incorporation into the new staff are issued in accordance with the corresponding legal provisions.

Article 80. Reassignment of responsibilities. When the dependencies of the Office of the Comptroller General of the Republic that have been abolished by order of this decree have been entrusted with functions, powers, procedures, matters or any other responsibility in legal norms in force prior to this decree, it shall be the responsibility of the Comptroller General of the Republic to determine which dependency is to assume them.

Article 81. **Declared unconstitutional by the Constitutional Court in Judgment** C-599 of 2011. *Fiscal control of the Social Welfare Fund. The fiscal control of the Social Welfare Fund of the Comptroller General of the*

*Republic will be exercised by the latter Body.*

Article 82. Internal structure of the Social Welfare Fund. The powers of knowledge and decision regarding the internal structure of the Social Welfare Fund of the Office of the Comptroller General of the Republic, its internal statutes and other aspects related to its organization and staff will continue to be governed by the provisions of Law 106 of 1993 and the regulations that modify or add to it. However, the administrative acts related to the above matters adopted by the authorities covered by the aforementioned law will be elevated to a decree of the National Government.

Article 83. Approval of members of the board of directors of the Social Welfare Fund. For the purposes of the provisions of article 95 of Law 106 of 1993, It should be understood that the Secretary General will be replaced by

Machine Translated by Google
12/19/24, 10:12                    President of the Republic Decree 267 of 2000
Case 1:25-cv-01099-JDB    Document 1-26    Filed 04/11/25    Page 281 of 282

the Administrative and Financial Management Manager or whoever takes his place and replacing the Administrative Secretary, the Human Talent Manager or whoever takes his place.

Article 84. Approval of directors to delegated controllers. For all legal purposes, where the competence, responsibility or functions of the directors referred to in article 30 of Law 106 of 1993 have been defined, These should be understood as being assumed by the delegated controllers who are related to the sectors established there.

**Note, article 84: See Decree 148 of 2022, Article 2.**

Article 85. Treatment of actions, processes and procedures in progress. Once the new administrative structure has been implemented, the departments will assume the assigned functions. The Comptroller General of the Republic will indicate the reassignment of actions, processes and procedures that must continue their course and the new persons responsible for them in accordance with the distribution of functions. However, the Comptroller General of the Republic, in accordance with the convenience of the service, may order that such actions, processes and procedures remain in the hands of those who were carrying them out until their completion.

Article 86. The officials of the current staff of the Office of the Comptroller General of the Republic will continue to exercise the powers assigned to them until the staff of the Office of the Comptroller General of the Republic is adopted, in accordance with the provisions of this Decree.

Article 87. Validity. This decree shall enter into force on the date of its publication in the Official Gazette and repeals articles 48, 50 to 54, 56 to 58, 60 to 64 of Law 42 of 1993; Titles I and II and Article 101 of Law 106 of 1993; and other provisions that are contrary to it.

PUBLISH AND COMPLY.

Machine Translated by Google

Given in Santa Fe de Bogotá DC, on February 22, 2000.

ANDRES PASRANA ARANGO

The Minister of the Interior,

Nestor Humberto Martínez Neira.

The Minister of Finance and Public Credit,

Juan Camilo Restrepo Salazar.

The Director of the Administrative Department of the Civil Service,

Mauricio Zuluaga Ruiz.