IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ,
S.A.S.,

          *Petitioner*,

v.

AGENCIA NACIONAL DE
INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

          *Respondents*.

**Civil Action No. _____**

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 27



**ANI** (https://www.ani.gov.co/)

Buscar 🔍

# ANI ACATA FALLO DE LA CONTRALORÍA GENERAL DE LA REPÚBLICA

Inicio (/) > ANI acata fallo de la...



(Crédito foto: Luis Fernando Julio, Oficina de Comunicaciones ANI).

El Ministerio de Transporte y la Agencia Nacional de Infraestructura se permiten informar que la Contraloría General de la República dio traslado del fallo que declaró responsables fiscales al concesionario Autopistas Bogotá Girardot S.A., al señor Álvaro José Soto García, en su condición de ex Gerente del Instituto Nacional de Concesiones INCO, y a los integrantes del consorcio EDL Ltda. – DIS Ltda. – IPC Ltda., este último por haber ejercido como interventor del contrato de concesión Bosa – Granada – Girardot No. 040-2004, decisión que se encuentra debidamente ejecutoriada.

Esta decisión de la Contraloría General de la República genera una inhabilidad para contratar con el Estado y ejercer cargos públicos para los declarados responsables por el término de cinco (5) años.

Adicionalmente, la Contraloría General solicita en el fallo que de conformidad con el Artículo 61 de la Ley 610 de 2000, se inicien las actuaciones necesarias para declarar la caducidad

Atendiendo lo dispuesto en el fallo de responsabilidad fiscal, la Agencia Nacional de Infraestructura acatará en el menor tiempo posible las decisiones que en derecho correspondan para hacer cumplir la determinación del Ente de Control.

**Autor:**
Oficina de Comunicaciones ANI

| Fecha de Publicación: | Año publicacion: | Mes publicacion: |
|---|---|---|
| 09/12/2014 | 2014 | 12 |

## Agencia Nacional de Infraestructura

**Dirección:** Calle 24A # 59 - 42 Edificio T3 Torre 4 Piso 2 (Bogotá, D.C - Colombia)

**Código Postal:** 111321

**Horario de Atención:** Lunes a Viernes 08:00 am - 05:00 pm.

**Teléfono Conmutador:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Línea gratuita: 01 8000 410151 (tel:01 8000 410151)

**Línea anticorrupción:** +57 601 484 88 61 (tel: +57 601 484 88 61)

**Correo institucional:**
contactenos@ani.gov.co
(mailto:contactenos@ani.gov.co)

**Notificaciones judiciales:**
buzonjudicial@ani.gov.co
(mailto:buzonjudicial@ani.gov.co)

/AgenciaNacionaldeInfraestructura
(https://www.facebook.com/AgenciaNacionaldeInfraestructura/)
/ani_colombia
(https://www.instagram.com/ani_colombia/)
@ANI_Colombia
(https://twitter.com/ANI_Colombia)
/ANIColombia1
(https://www.youtube.com/user/ANIColombia1)

Políticas (/politicas-0) Mapa del sitio (https://www.ani.gov.co/sitemap) Términos y condiciones (https://www.ani.gov.co/sites/default/files/sobre-definicion_de_terminos_y_condiciones-de_uso.pdf)



 Conoce GOV.CO aquí (https://www.gov.co)






# English Translation
# of Exhibit 27



GOV.CO (https://www.gov.co/home/)

(https://www.ani.gov.co/)

Look for 🔍

# ANI COMPLIES WITH THE RULING OF THE COMPTROLLER GENERAL OF THE REPUBLIC

Start (/)     >     **ANI complies with the ruling of the...**



(Photo credit: Luis Fernando Julio, ANI Communications Office).

The Ministry of Transport and the National Infrastructure Agency would like to inform that the Comptroller General of the Republic has forwarded the ruling that declared the concessionaire Autopistas Bogotá Girardot SA, Mr. Álvaro José Soto García, in his capacity as former Manager of the National Concessions Institute INCO, and the members of the consortium EDL Ltda. – DIS Ltda. – IPC Ltda., the latter for having acted as auditor of the Bosa – Granada – Girardot concession contract No. 040-2004, a decision that is duly final.

This decision of the Comptroller General of the Republic generates an inability to contract with the State and hold public office for those declared responsible for a period of five (5) years.

Additionally, the Comptroller General requests in the ruling that in accordance with Article 61 of Law 610 of 2000, the necessary actions be initiated to declare the expiration of the Concession contract currently executed by Autopistas Bogotá-Girardot SA

Cuéntanos tu experiencia con nuestro sitio web

(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)

Pursuant to the provisions of the fiscal responsibility ruling, the National Infrastructure Agency will comply as quickly as possible with the legally required decisions to enforce the Supervisory Authority's determination.

**Author:**
ANI Communications Office

| Publication Date: | Year of publication: | Month of publication: |
|---|---|---|
| 09/12/2014 | 2014 | 12 |

# National Infrastructure Agency

**Address:** Calle 24A # 59 - 42 Building T3 Tower 4 Floor 2 (Bogotá, DC - Colombia)

**Postal Code:** 111321

**Business Hours:** Monday to Friday 8:00 am - 5:00 pm.

**Switchboard Telephone:** +57 601 484 88 60 (tel: +57 601 484 88 60) / Toll-free number: 01 8000 410151 (tel:01 8000 410151)

**Anti-corruption hotline:** +57 601 484 88 61 (tel: +57 601 484 88 61)

**Institutional email:** contactenos@ani.gov.co (mailto:contactenos@ani.gov.co)

**Judicial notifications:**
buzonjudicial@ani.gov.co (mailto:buzonjudicial@ani.gov.co)

/National Infrastructure Agency (https://www.facebook.com/AgenciaNacionaldeInfraestructura/) /ani_colombia (https://www.instagram.com/ani_colombia/)@ANI_Colombia (https://twitter.com/ANI_Colombia)/ANIColombia1 (https://www.youtube.com/user/ANIColombia1) (https://www.instagram.com/ani_colombia/) (https://twitter.com/ANI_Colombia) (https://www.youtube.com/user/ANIColombia1)

Policies (/politicas-0) Site Map (https://www.ani.gov.co/sitemap) Terms and Conditions (https://www.ani.gov.co/sites/default/files/sobre-definicion_de_terminos_y_condiciones-de_uso.pdf) Copyright (https://www.ani.gov.co/sites/default/files/sobrelosderechosdeautor.pdf)



(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)





  Learn about GOV.CO here (https://www.gov.co)





(https://forms.office.com.mcas.ms/pages/responsepage.aspx?id=7lfccEb-hkK2Wxrp4SbAPgs-

wWGn7rlLpOhsrSh_Q7xURFVYT1JJUzc2MjNQREFPNDJQQ1JQNDZETS4u)