IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br> *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br><br> *Respondents*. | Civil Action No. _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**


# EXHIBIT 28

Parágrafo transitorio. El período del Auditor dispuesto en el presente artículo, se aplicará quien sea elegido con posterioridad a la promulgación de este Acto Legislativo.

**Nota, artículo 274:** Artículo desarrollado por el **Decreto 403 de 2020**, artículo 1º.

Texto inicial del artículo 274: La vigilancia de la gestión fiscal de la Contraloría General de la República se ejercerá por un auditor elegido para períodos de dos años por el Consejo de Estado, de terna enviada por la Corte Suprema de Justicia.

La ley determinará la manera de ejercer dicha vigilancia a nivel departamental, distrital y municipal.".

## CAPITULO 2.

## DEL MINISTERIO PUBLICO

**ARTICULO 275.** El Procurador General de la Nación es el supremo director del Ministerio Público.

**ARTICULO 276.** El Procurador General de la Nación será elegido por el Senado, para un período de cuatro años, de terna integrada por candidatos del Presidente de la República, la Corte Suprema de Justicia y el Consejo de Estado.

**ARTICULO 277.** El Procurador General de la Nación, por sí o por medio de sus delegados y agentes, tendrá las siguientes funciones:

1. Vigilar el cumplimiento de la Constitución, las leyes, las decisiones judiciales y los actos administrativos.

2. Proteger los derechos humanos y asegurar su efectividad, con el auxilio del Defensor del Pueblo.

3. Defender los intereses de la sociedad.

4. Defender los intereses colectivos, en especial el ambiente.

5. Velar por el ejercicio diligente y eficiente de las funciones administrativas.

6. Ejercer vigilancia superior de la conducta oficial de quienes desempeñen funciones públicas, inclusive las de elección popular; ejercer preferentemente el poder disciplinario; adelantar las investigaciones correspondientes, e imponer las respectivas sanciones conforme a la Ley.

7. Intervenir en los procesos y ante las autoridades judiciales o administrativas, cuando sea necesario en defensa del orden jurídico, del patrimonio público, o de los derechos y garantías fundamentales.

8. Rendir anualmente informe de su gestión al Congreso.

9. Exigir a los funcionarios públicos y a los particulares la información que considere necesaria.

10. Las demás que determine la ley.

Para el cumplimiento de sus funciones la Procuraduría tendrá atribuciones de policía judicial, y podrá interponer las acciones que considere necesarias.

**Nota 1: Ver Ley 2220 de 2022, artículo 120.**

**Nota 2, artículo 277: Artículo desarrollado por la Ley 1480 de 2011, artículo 77.**

**ARTICULO 278.** El Procurador General de la Nación ejercerá directamente las siguientes funciones:

1. Desvincular del cargo, previa audiencia y mediante decisión motivada, al funcionario público que incurra en alguna de las siguientes faltas: infringir de manera manifiesta la Constitución o la ley; derivar evidente e indebido provecho patrimonial en el ejercicio de su cargo o de sus funciones; obstaculizar, en forma grave, las investigaciones que realice la Procuraduría o una autoridad administrativa o jurisdiccional; obrar con manifiesta negligencia en la investigación y sanción de las faltas disciplinarias de los empleados de su dependencia, o en la denuncia de los hechos punibles de que tenga conocimiento en razón del ejercicio de su cargo.

2. Emitir conceptos en los procesos disciplinarios que se adelanten contra funcionarios sometidos a fuero especial.

3. Presentar proyectos de ley sobre materias relativas a su competencia.

4. Exhortar al Congreso para que expida las leyes que aseguren la promoción, el ejercicio y la protección de los derechos humanos, y exigir su cumplimiento a las autoridades competentes.

5. Rendir concepto en los procesos de control de constitucionalidad.

6. Nombrar y remover, de conformidad con la ley, los funcionarios y empleados de su dependencia.

**ARTICULO 279.** La ley determinará lo relativo a la estructura y al funcionamiento de la Procuraduría General de la Nación, regulará lo atinente al ingreso y concurso de méritos y al retiro del servicio, a las inhabilidades, incompatibilidades, denominación, calidades, remuneración y al régimen disciplinario de todos los funcionarios y empleados de dicho organismo.

# English Translation of Exhibit 28

Transitional Paragraph. The Auditor's term provided for in this article shall apply to whoever is elected after the promulgation of this Legislative Act.

**Note, article 274: Article developed by Decree 403 of 2020, Article 1.**

Initial text of Article 274: The fiscal management of the Comptroller General's Office shall be overseen by an auditor elected for two-year terms by the Council of State, from a list of three candidates submitted by the Supreme Court of Justice.

The law will determine how such surveillance is to be carried out at the departmental, district and municipal levels."

## CHAPTER 2.

### FROM THE PUBLIC MINISTRY

**ARTICLE 275.** The Inspector General of the Nation is the supreme director of the Public Ministry.

**ARTICLE 276.** The Inspector General of the Nation shall be elected by the Senate for a four-year term from a list of three candidates from the President of the Republic, the Supreme Court of Justice, and the Council of State.

**ARTICLE 277.** The Inspector General of the Nation, by himself or through his delegates and agents, shall have the following functions:

1. Monitor compliance with the Constitution, laws, judicial decisions and administrative acts.

2. Protect human rights and ensure their effectiveness, with the assistance of the Ombudsman.

3. Defend the interests of society.

4. Defend collective interests, especially the environment.

5. Ensure the diligent and efficient exercise of administrative functions.

6. Exercise superior oversight of the official conduct of those performing public functions, including those elected by popular vote; exercise disciplinary power as a priority; conduct the corresponding investigations; and impose the appropriate sanctions in accordance with the law.

7. Intervene in proceedings and before judicial or administrative authorities, when necessary in defense of the legal order, public assets, or fundamental rights and guarantees.

8. Submit an annual report on its management to Congress.

9. Demand from public officials and individuals the information it deems necessary.

10. Others determined by law.

In carrying out its functions, the Inspector General's Office shall have judicial police powers and may take any action it deems necessary.

**Note 1: See Law 2220 of 2022, Article 120.**

**Note 2, article 277: Article developed by Law 1480 of 2011, Article 77.**

**ARTICLE 278.** The Inspector General of the Nation shall directly exercise the following functions:

1. Remove from office, after a hearing and by means of a reasoned decision, any public official who commits any of the following offenses: manifestly violating the Constitution or the law; deriving evident and undue financial gain in the exercise of his or her office or functions; seriously obstructing investigations conducted by the Inspector General's Office or any administrative or judicial authority; acting with manifest negligence in the investigation and punishment of disciplinary offenses by employees under his or her authority, or in reporting punishable offenses of which he or she becomes aware by reason of the performance of his or her duties.

2. Issue opinions in disciplinary proceedings brought against officials subject to special jurisdiction.

3. Submit bills on matters within its jurisdiction.

4. Urge Congress to enact laws that ensure the promotion, exercise, and protection of human rights, and demand compliance from the competent authorities.

5. Render opinion in the processes of constitutional control.

6. Appoint and remove, in accordance with the law, the officials and employees of its department.

**ARTICLE 279.** The law shall determine the structure and operation of the Inspector General's Office, and shall regulate matters pertaining to admission and merit-based competition and retirement from service, disqualifications, incompatibilities, designation, qualifications, remuneration, and the disciplinary regime of all officials and employees of said body.