IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

    *Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

    *Respondents*.

Civil Action No. _____

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 30

**RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS**

Boletín 1275 - 2024

Procuraduría confirmó sanción de destitución e inhabilidad contra exdirector de ANI, Luis Fernando Andrade, por irregularidades en otrosíes de Ruta Sol



**RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS**

- **La Entidad señaló que las decisiones de Moreno Andrade favorecieron el flujo de caja del concesionario y no tuvieron en cuenta el interés general, lo que produjo un detrimento del patrimonio público.**

**Bogotá, D. C., 5 de noviembre de 2024 (@PGN_COL).** En fallo de segunda instancia, la Procuraduría General de la Nación **confirmó la destitución e inhabilidad general** del expresidente de la Agencia Nacional de Infraestructura (ANI), Luis Fernando Andrade Moreno, sanción de **ocho años**, por **suscribir los otrosíes** con los que se modificaron cláusulas en favor de la concesionaria de la Ruta del Sol S.A.S.

La Sala Disciplinaria Ordinaria de Juzgamiento sostuvo que en 2015 el disciplinado **firmó dos documentos adicionales al contrato de concesión** No. 001 de 2010, en los que **avaló cambiar la forma de hacer los pagos** que había sido acordada y definió que los mismos se harían una vez cada uno de los acuerdos contractuales tuviera un cumplimiento del 80 % y no del 100 %, como se pactó inicialmente.

En ese sentido, el Ente de control resaltó que esos ajustes irregulares que aprobó en su momento Andrade Moreno respondieron a una solicitud de la firma encargada de los trabajos, y que **tuvieron incidencia directa en el modelo financiero que se había establecido** para otorgarle reconocimientos económicos, lo que produjo un **detrimento del patrimonio público.**

De igual manera, la Procuraduría resaltó que el entonces funcionario desatendió el principio de responsabilidad y pasó por alto los estudios de conveniencia, las recomendaciones hechas por el Comité Asesor de Asuntos Contractuales y el otrosí firmado con anterioridad, situaciones que evidencian que **se favoreció el flujo de caja del concesionario y no se tuvo en cuenta el interés general.**

El Ministerio Público concluyó Luis Fernando Andrade desatendió de manera elemental e injustificada el acto modificatorio bajo estudio y que **actuó con negligencia absoluta** respecto del cumplimiento de los deberes de dirección, control y vigilancia propio de su cargo y sus funciones, por lo que de manera definitiva calificó su falta como gravísima a título de culpa gravísima.

JPM/mpg

# NOTICIAS RECIENTES

Jueves, 10 abril 2025 15:00 PM

**Procuraduría indaga presunto caso de acoso sexual en la Universidad de Nariño**

**El organismo de control formuló pliego de cargos a profesor implicado en los hechos.**

Jueves, 10 abril 2025 12:00 PM

**Cargos a exgerente del Hospital de San Vicente de Paúl de Pueblorrico, Antioquia, por presunta extralimitación de funciones**

**Bogotá, D. C., 10 de abril (@PGN_COL).** La Procuraduría General de la Nación profirió pliego de cargos contra Arnaldo José Ahumada Cervantes, en su condición de g...

# OTRAS ENTIDADES

**RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS**








## Procuraduría General de la Nación



**Sede principal**

Dirección: Carrera 5 # 15-80, Bogotá D.C., Colombia

Código Postal: 11032

Horario de atención: Lunes a viernes, 8 a.m. a 5 p.m., jornada continua

Teléfono conmutador: +57 601 587 8750

Línea gratuita: +57 01 8000 940 808

Línea anticorrupción: +57 01 8000 940 808

Contáctenos:

**Sede Electrónica**

Correo de notificaciones judiciales: https://www.procuraduria.gov.co/Pages/procesos-judiciales.aspx

 Twitter

Instagram

 Facebook

Mapa del sitio    Políticas de protección de datos    Políticas

 

# English Translation of Exhibit 30

**FILE ADMINISTRATIVE RECONCILIATIONS HERE**

Bulletin 1275 - 2024

The Inspector General's Office confirmed the sanction of dismissal and disqualification against former director of ANI, Luis Fernando Andrade, for irregularities in the addendums of the Ruta Sol



[FILE ADMINISTRATIVE RECONCILIATIONS HERE](#)

- **The entity stated that Moreno Andrade's decisions favored the concessionaire's cash flow and disregarded the general interest, resulting in a loss of public assets.**

**Bogotá, DC, November 5, 2024 (@PGN_COL).** In a second-instance ruling, the Inspector General's Office **confirmed the dismissal and general disqualification** of the former president of the National Infrastructure Agency (ANI), Luis Fernando Andrade Moreno, sanctioned with an **eight-year sentence,** for **signing the addendums** that modified clauses in favor of the Ruta del Sol SAS concessionaire.

The Ordinary Disciplinary Trial Chamber held that in 2015, the disciplined party **signed two additional documents to Concession Contract** No. 001 of 2010, in which **he endorsed changing the payment method** that had been agreed upon and defined that the payments would be made once each of the contractual agreements had been fulfilled by 80%, not 100%, as initially agreed.

In this regard, the supervisory body emphasized that the irregular adjustments approved by Andrade Moreno at the time were in response to a request from the firm in charge of the work and **had a direct impact on the financial model established** to grant economic recognition, resulting in a **loss of public assets.**

Likewise, the Inspector General's Office emphasized that the then official disregarded the principle of responsibility and ignored the appropriateness studies, the recommendations made by the Advisory Committee on Contractual Affairs, and the previously signed addendum, situations that show that **the concessionaire's cash flow was favored and the general interest was disregarded.**

The Public Prosecutor's Office concluded that Luis Fernando Andrade fundamentally and unjustifiably disregarded the amending act under review and that **he acted with absolute negligence** in fulfilling the duties of direction, control, and oversight inherent to his position and functions, and therefore definitively classified his offense as extremely serious, with the title of gross negligence.

JPM/mpg

## RECENT NEWS

Thursday, April 10, 2025, 3:00 PM

[The Inspector General's Office is investigating an alleged case of sexual harassment at the University of Nariño.](#)

**The oversight body filed charges against the professor involved in the incident.**

Thursday, April 10, 2025 12:00 PM

[Charges against former manager of the San Vicente de Paúl Hospital in Pueblorrico, Antioquia, for alleged overstepping of functions](#)

**Bogotá, DC, April 10 (@PGN_COL).** The Inspector General's Office filed charges against Arnaldo José Ahumada Cervantes, in his capacity as a...

## OTHER ENTITIES

Machine Translated by Google
Machine Translated by Google

**FILE ADMINISTRATIVE RECONCILIATIONS HERE**








**Inspector General's Office**



**Main Office**

Address: Carrera 5 # 15-80, Bogotá DC, Colombia Postal

Code: 11032 Hours of

Operation: Monday to Friday, 8 am to 5 pm, continuous shift Switchboard phone: +57 601 587 8750

Toll-free number: +57 01 8000 940 808

Anti-corruption hotline: +57 01 8000 940 808

Contact us:

**Electronic Headquarters**

Judicial notification email: https://www.procuraduria.gov.co/Pages/procesos-judiciales.aspx

Ø  Twitter

Ø  Instagram

Ø  Facebook

Site map    Data protection policies    Policies


