IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br> *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br><br> *Respondents*. | Civil Action No. _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 31

**RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS**

Boletín 1633 - 2023

Investigación a vicepresidente (e) de la ANI por contrato con Sociedad Colombiana de Ingenieros que podría impactar el Metro de Bogotá



RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS

- **También se verían afectados otros proyectos férreos que se desarrollan en Antioquia, Valle del Cauca y el norte del país.**

**Bogotá, D. C., 11 de diciembre de 2023 (@PGN_COL).** La Procuraduría General de la Nación abrió **investigación contra el vicepresidente (e) de Estructuración de la Agencia Nacional de Infraestructura -ANI**-, Iván Humberto Baquero Susa, por presuntas irregularidades en la firma de un contrato con la Sociedad Colombiana de Ingenieros -SCI- para brindar asesoría en el análisis y evaluación de **proyectos ferroviarios de pasajeros y de carga en el país, por 8.375 millones de pesos.**

El órgano de control también abrió investigación a los gerentes de Proyectos de la misma entidad, Libardo Alfonso Celis Yaruro y Adriana Bareño Rojas.

El Ministerio Público busca establecer si el objeto del contrato, así como la destinación de los productos que deberá entregar la SCI, **podrían eventualmente impactar proyectos férreos territoriales como la primera y segunda línea del Metro de Bogotá**; el Tren del Río, en Antioquia; el Tren de Cercanía, en el Valle del Cauca; el Tren Regional del Caribe, y los Regio Tram de Occidente y Norte, en Cundinamarca.

Para la Procuraduría, **se podría eventualmente invadir la competencia de las entidades territoriales** que tienen dentro de sus funciones la gestión y administración de corredores férreos regionales o distritales y que, por ende, **no le corresponden a la ANI planear ni modificar.**

"*Es posible que el alcance del contrato analizado desborde las competencias propias de la ANI y que, en últimas, no sirvan de insumo para la toma de decisiones reales y efectivas al interior de la agencia ni mucho menos de las entidades territoriale*s", precisó el Ministerio Público.

La Procuraduría también investiga si los funcionarios **pudieron incurrir en una infracción a la Ley de Contratación**, pues entregaron de manera directa la ejecución de los trabajos a la SCI cuando lo procedente era convocar un concurso de méritos, dadas las obligaciones y fines de las actividades que se debían realizar.

Además, se habría presentado una **falta de planeación**, pues aparentemente no se realizó un análisis a profundidad que justificara el valor fijado, así como tampoco se explica adecuadamente la razón por la que se pactó por concepto de administración la suma de **1.871 millones de pesos**, cantidad que para el Ministerio Público resulta extraña a esta clase de contratos y que fue dejada al criterio del contratista.

Los tres investigados pueden solicitar ser escuchados en versión libre si así lo solicitan, en ejercicio de su derecho de defensa.

MLN/mpg

## NOTICIAS RECIENTES

Jueves, 20 marzo 2025 17:00 PM

### Procuraduría dicta pliegos de cargos contra exgerente de la ESE Hospital María Auxiliadora de Chigorodó

**Bogotá, D. C., 20 de marzo de 2025 (@PGN_COL).** La Procuraduría General de la Nación...

Jueves, 20 marzo 2025 15:00 PM

### Cargos a exconcejales de El Pital, Huila, por declarar persona no grata a un periodista de la región

**Los exfuncionarios se apartaron del correcto ejercicio de su deber funcional, pues afectaron la dignidad, el buen nombre y el derecho ...**

**RADIQUE AQUÍ CONCILIACIONES ADMINISTRATIVAS**

**OTRAS** ENTIDADES





### Procuraduría General de la Nación



**Sede principal**

Dirección: Carrera 5 # 15-80, Bogotá D.C., Colombia

Código Postal: 11032

Horario de atención: Lunes a viernes, 8 a.m. a 5 p.m., jornada continua

Teléfono conmutador: +57 601 587 8750

Línea gratuita: +57 01 8000 940 808

Línea anticorrupción: +57 01 8000 940 808

Contáctenos:

**Sede Electrónica**

Correo de notificaciones judiciales: https://www.procuraduria.gov.co/Pages/procesos-judiciales.aspx

 Twitter

Instagram

 Facebook

Mapa del sitio    Políticas de protección de datos    Políticas



# English Translation of Exhibit 31

**FILE ADMINISTRATIVE RECONCILIATIONS HERE**

Bulletin 1633 - 2023

Investigation into ANI vice president (e) for contract with Colombian Society of Engineers that could impact the Bogotá Metro



**FILE ADMINISTRATIVE RECONCILIATIONS HERE**

- **Other railway projects being developed in Antioquia, Valle del Cauca and the north of the country would also be affected.**

**Bogotá, DC, December 11, 2023 (@PGN_COL).**
The Inspector General's Office opened **an investigation against the acting vice president of Structuring of the National Infrastructure Agency -ANI-**, Iván Humberto Baquero Susa, for alleged irregularities in the signing of a contract with the Colombian Society of Engineers -SCI- to provide advice in the analysis and evaluation of **passenger and freight railway projects in the country, for 8,375 million pesos.**

The supervisory body also opened an investigation into the project managers of the same entity, Libardo Alfonso Celis Yaruro and Adriana Bareño Rojas.

The Public Prosecutor's Office is seeking to establish whether the object of the contract, as well as the destination of the products that the SCI must deliver, **could eventually impact territorial railway projects such as the first and second lines of the Bogotá Metro**; the Tren del Río, in Antioquia; the Tren de Cercanía, in Valle del Cauca; the Tren Regional del Caribe, and the Regio Tram de Occidente and Norte, in Cundinamarca.

For the Inspector General's Office, **this could eventually encroach on the jurisdiction of territorial entities** whose functions include the management and administration of regional or district railway corridors and which, therefore, **are not the responsibility of the ANI to plan or modify.**

*It is possible that the scope of the contract analyzed exceeds the ANI's own powers and that, ultimately, it does not serve as input for real and effective decision-making within the agency, much less for territorial entities*
," the Public Prosecutor's Office stated.

The Inspector General's Office is also investigating whether the officials **may have incurred in a violation of the Contracting Law**, since they directly handed over the execution of the work to the SCI when the appropriate thing to do was to call for a merit-based competition, given the obligations and purposes of the activities that were to be carried out.

Furthermore, there was a **lack of planning**, as apparently no in-depth analysis was carried out to justify the fixed value, nor was the reason why the sum of **1.871 million pesos** was agreed upon for administration purposes , an amount that for the Public Ministry seems strange to this type of contract and that was left to the discretion of the contractor, was adequately explained.

The three defendants may request to be heard in a free version if they so request, in exercising their right to defense.

MLN/mpg

**RECENT**

**NEWS**

Monday, March 10, 2025 5:00 PM
[Charges against a Justice assistant in Bucaramanga, Santander, for alleged failure to comply with requirements for a judicial process](#)

The disciplinary body confirms whether the official obstructed the decision of the Court in a bankruptcy process of natural persons...

Monday, March 10, 2025 3:00 PM
[Former teacher from Cabuyaro, Meta, dismissed and disqualified for 18 years for sexual harassment](#)

In a second instance ruling, the Inspector General's Office found that the former teacher had ignored the fundamental rights of a minor under 14 years of age.
In a second instance ruling, the Attorney General's Office found that the former teacher ignored the fundamental rights of a minor under 14 years of age.

## OTHER
## ENTITIES




### Office of the Inspector General of the Nation



**Headquarters**
Address: Carrera 5 # 15-80, Bogotá DC, Colombia

Postal Code: 11032

Hours of operation: Monday to Friday, 8 am to 5 pm, continuous hours

Switchboard telephone: +57 601 587 8750

Toll-free line: +57 01 8000 940 808

Anti-corruption line: +57 01 8000 940 808

Contact us:

**Electronic Headquarters**
Judicial Notification Mail: https://www.procuraduria.gov.co/Pages/procesos-judiciales.aspx

**FILE ADMINISTRATIVE RECONCILIATIONS HERE**

- Twitter
- Instagram
- Facebook

Site map  |  Data protection policies  |  Policies


