IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S., <br><br> *Petitioner*, <br><br> v. <br><br> AGENCIA NACIONAL DE INFRAESTRUCTURA and THE REPUBLIC OF COLOMBIA <br><br> *Respondents*. | Civil Action No. _____ |

**Declaration of Jason W. Myatt in Support of Petition to Confirm Arbitral Award**

# EXHIBIT 33

# TREASURY REPORTING RATES OF EXCHANGE

## AS OF March 31, 2025

**AMENDED RATES ARE ONLY ONLINE, AMENDMENTS NOT INCLUDED IN THIS DOCUMENT**



DEPARTMENT OF THE TREASURY
Bureau of the Fiscal Service

**TREASURY REPORTING RATES OF EXCHANGE**

As of March 31, 2025

| Country-Currency | Foreign Currency To $1.00 | Effective Date |
|---|---:|---|
| Afghanistan-Afghani | 70.8600 | 3/31/2025 |
| Albania-Lek | 90.9600 | 3/31/2025 |
| Algeria-Dinar | 133.4970 | 3/31/2025 |
| Angola-Kwanza | 912.0000 | 3/31/2025 |
| Antigua & Barbuda-E. Caribbean Dollar | 2.7000 | 3/31/2025 |
| Argentina-Peso | 1,093.0000 | 3/31/2025 |
| Armenia-Dram | 390.0000 | 3/31/2025 |
| Australia-Dollar | 1.6000 | 3/31/2025 |
| Austria-Euro | 0.9240 | 3/31/2025 |
| Azerbaijan-Manat | 1.7000 | 3/31/2025 |
| Bahamas-Dollar | 1.0000 | 3/31/2025 |
| Bahrain-Dinar | 0.3770 | 3/31/2025 |
| Bangladesh-Taka | 121.0000 | 3/31/2025 |
| Barbados-Dollar | 2.0200 | 3/31/2025 |
| Belarus-New Ruble | 3.1180 | 3/31/2025 |
| Belgium-Euro | 0.9240 | 3/31/2025 |
| Belize-Dollar | 2.0000 | 3/31/2025 |
| Benin-CFA Franc | 604.5000 | 3/31/2025 |
| Bermuda-Dollar | 1.0000 | 3/31/2025 |
| Bolivia-Boliviano | 6.8600 | 3/31/2025 |
| Bosnia-Marka | 1.8070 | 3/31/2025 |
| Botswana-Pula | 13.6430 | 3/31/2025 |
| Brazil-Real | 5.7580 | 3/31/2025 |
| Brunei-Dollar | 1.3420 | 3/31/2025 |
| Bulgaria-Lev New | 1.8070 | 3/31/2025 |
| Burkina Faso-CFA Franc | 604.5000 | 3/31/2025 |
| Burundi-Franc | 2,900.0000 | 3/31/2025 |
| Cambodia-Riel | 3,990.5000 | 3/31/2025 |
| Cameroon-CFA Franc | 605.6000 | 3/31/2025 |
| Canada-Dollar | 1.4350 | 3/31/2025 |
| Cape Verde-Escudo | 101.8800 | 3/31/2025 |
| Cayman Islands-Dollar | 0.8200 | 3/31/2025 |
| Central African Rep.-CFA Franc | 605.6000 | 3/31/2025 |
| Chad-CFA Franc | 605.6000 | 3/31/2025 |
| Chile-Peso | 953.7600 | 3/31/2025 |
| China-Renminbi | 7.2530 | 3/31/2025 |
| Colombia-Peso | 4,201.4200 | 3/31/2025 |
| Comoros-Franc | 456.0700 | 3/31/2025 |
| Congo-CFA Franc | 605.6000 | 3/31/2025 |
| Costa Rica-Colon | 497.3300 | 3/31/2025 |
| Cote D'ivoire-CFA Franc | 604.5000 | 3/31/2025 |
| Croatia-Euro | 0.9240 | 3/31/2025 |

| | | |
|---|---:|---|
| Croatia-KUNA | 0.9240 | 3/31/2025 |
| Cross Border-Euro | 0.9200 | 3/31/2025 |
| Cuba-Chavito | 1.0000 | 3/31/2025 |
| Cuba-Peso | 24.0000 | 3/31/2025 |
| Cyprus-Euro | 0.9240 | 3/31/2025 |
| Czech Republic-Koruna | 22.3710 | 3/31/2025 |
| Dem. Rep. of Congo-Congolese Franc | 2,863.0000 | 3/31/2025 |
| Denmark-Krone | 6.8940 | 3/31/2025 |
| Djibouti-Franc | 177.0000 | 3/31/2025 |
| Dominican Republic-Peso | 63.0200 | 3/31/2025 |
| Ecuador-Dolares | 1.0000 | 3/31/2025 |
| Egypt-Pound | 50.5200 | 3/31/2025 |
| El Salvador-Dollar | 1.0000 | 3/31/2025 |
| Equatorial Guinea-CFA Franc | 605.6000 | 3/31/2025 |
| Eritrea-Nakfa | 15.0000 | 3/31/2025 |
| Eritrea-Nakfa Salary Payment | 15.0000 | 3/31/2025 |
| Estonia-Euro | 0.9240 | 3/31/2025 |
| Eswatini-Lilangeni | 18.3660 | 3/31/2025 |
| Ethiopia-Birr | 128.8800 | 3/31/2025 |
| Euro Zone-Euro | 0.9240 | 3/31/2025 |
| Fiji-Dollar | 2.2820 | 3/31/2025 |
| Finland-Euro | 0.9240 | 3/31/2025 |
| France-Euro | 0.9240 | 3/31/2025 |
| Gabon-CFA Franc | 605.6000 | 3/31/2025 |
| Gambia-Dalasi | 71.0000 | 3/31/2025 |
| Georgia-Lari | 2.7320 | 3/31/2025 |
| Germany-Euro | 0.9240 | 3/31/2025 |
| Ghana-Cedi | 15.4500 | 3/31/2025 |
| Greece-Euro | 0.9240 | 3/31/2025 |
| Grenada-E.Caribbean Dollar | 2.7000 | 3/31/2025 |
| Guatemala-Quentzal | 7.7050 | 3/31/2025 |
| Guinea Bissau-CFA Franc | 604.5000 | 3/31/2025 |
| Guinea-Franc | 8,606.0000 | 3/31/2025 |
| Guyana-Dollar | 215.0000 | 3/31/2025 |
| Haiti-Gourde | 130.3730 | 3/31/2025 |
| Honduras-Lempira | 25.5620 | 3/31/2025 |
| Hong Kong-Dollar | 7.7790 | 3/31/2025 |
| Hungary-Forint | 371.6700 | 3/31/2025 |
| Iceland-Krona | 131.7100 | 3/31/2025 |
| India-Rupee | 85.4170 | 3/31/2025 |
| Indonesia-Rupiah | 16,525.9400 | 3/31/2025 |
| Iran-Rial | 42,000.0000 | 3/31/2025 |
| Iraq-Dinar | 1,309.0000 | 3/31/2025 |
| Ireland-Euro | 0.9240 | 3/31/2025 |
| Israel-Shekel | 3.7220 | 3/31/2025 |
| Italy-Euro | 0.9240 | 3/31/2025 |
| Jamaica-Dollar | 159.0000 | 3/31/2025 |

| | | |
|---|---:|---|
| Japan-Yen | 149.3600 | 3/31/2025 |
| Jordan-Dinar | 0.7080 | 3/31/2025 |
| Kazakhstan-Tenge | 503.2500 | 3/31/2025 |
| Kenya-Shilling | 129.2000 | 3/31/2025 |
| Korea-Won | 1,473.6900 | 3/31/2025 |
| Kosovo-Euro | 0.9240 | 3/31/2025 |
| Kuwait-Dinar | 0.3080 | 3/31/2025 |
| Kyrgyzstan-Som | 86.5000 | 3/31/2025 |
| Laos-Kip | 21,549.0000 | 3/31/2025 |
| Latvia-Euro | 0.9240 | 3/31/2025 |
| Lebanon-Pound | 89,500.0000 | 3/31/2025 |
| Lesotho-Maloti | 18.3660 | 3/31/2025 |
| Liberia-Dollar | 198.0000 | 3/31/2025 |
| Libya-Dinar | 4.8250 | 3/31/2025 |
| Lithuania-Euro | 0.9240 | 3/31/2025 |
| Luxembourg-Euro | 0.9240 | 3/31/2025 |
| Madagascar-Ariary | 4,710.0000 | 3/31/2025 |
| Malawi-Kwacha | 1,751.0000 | 3/31/2025 |
| Malaysia-Ringgit | 4.4350 | 3/31/2025 |
| Maldives-Rufiyaa | 15.4200 | 3/31/2025 |
| Mali-CFA Franc | 604.5000 | 3/31/2025 |
| Malta-Euro | 0.9240 | 3/31/2025 |
| Marshall Islands-U.S. Dollar | 1.0000 | 3/31/2025 |
| Mauritania-Ouguiya | 39.7900 | 3/31/2025 |
| Mauritius-Rupee | 45.4800 | 3/31/2025 |
| Mexico-Peso | 20.3860 | 3/31/2025 |
| Micronesia-U.S. Dollar | 1.0000 | 3/31/2025 |
| Moldova-LEU | 17.8000 | 3/31/2025 |
| Mongolia-Tugrik | 3,488.0000 | 3/31/2025 |
| Montenegro-Euro | 0.9240 | 3/31/2025 |
| Morocco-Dirham | 9.6310 | 3/31/2025 |
| Mozambique-Metical | 63.2500 | 3/31/2025 |
| Myanmar-Kyat | 3,607.0000 | 3/31/2025 |
| Nambia-Dollar | 18.3660 | 3/31/2025 |
| Nepal-Rupee | 136.7500 | 3/31/2025 |
| Netherlands Antilles-Guilder | 1.7800 | 3/31/2025 |
| Netherlands-Euro | 0.9240 | 3/31/2025 |
| New Zealand-Dollar | 1.7580 | 3/31/2025 |
| Nicaragua-Cordoba | 36.6000 | 3/31/2025 |
| Niger-CFA Franc | 604.5000 | 3/31/2025 |
| Nigeria-Naira | 1,530.0000 | 3/31/2025 |
| Norway-Krone | 10.5380 | 3/31/2025 |
| Oman-Rial | 0.3850 | 3/31/2025 |
| Pakistan-Rupee | 280.0000 | 3/31/2025 |
| Palau-Dollar | 1.0000 | 3/31/2025 |
| Panama-Balboa | 283.3700 | 3/31/2025 |
| Panama-Dolares | 1.0000 | 3/31/2025 |

| | | |
|---|---:|---|
| Papua New Guinea-Kina | 3.9220 | 3/31/2025 |
| Paraguay-Guarani | 7,961.2500 | 3/31/2025 |
| Peru-Sol | 3.6570 | 3/31/2025 |
| Philippines-Peso | 57.2390 | 3/31/2025 |
| Poland-Zloty | 3.8670 | 3/31/2025 |
| Portugal-Euro | 0.9240 | 3/31/2025 |
| Qatar-Riyal | 3.6450 | 3/31/2025 |
| Rep. of N. Macedonia-Denar | 56.5400 | 3/31/2025 |
| Romania-New Leu | 4.5970 | 3/31/2025 |
| Russia-Ruble | 84.8500 | 3/31/2025 |
| Rwanda-Franc | 1,385.0000 | 3/31/2025 |
| Sao Tome & Principe-New Dobras | 22.7110 | 3/31/2025 |
| Saudi Arabia-Riyal | 3.7500 | 3/31/2025 |
| Senegal-CFA Franc | 604.5000 | 3/31/2025 |
| Serbia-Dinar | 108.1100 | 3/31/2025 |
| Seychelles-Rupee | 14.3120 | 3/31/2025 |
| Sierra Leone-Leone | 22.6000 | 3/31/2025 |
| Sierra Leone-Old Leone | 21.4000 | 3/31/2025 |
| Singapore-Dollar | 1.3420 | 3/31/2025 |
| Slovakia-Euro | 0.9240 | 3/31/2025 |
| Slovenia-Euro | 0.9240 | 3/31/2025 |
| Solomon Islands-Dollar | 8.0060 | 3/31/2025 |
| Somali-Shilling | 568.0000 | 3/31/2025 |
| South Africa-Rand | 18.3660 | 3/31/2025 |
| South Sudan-Sudanese Pound | 4,500.0000 | 3/31/2025 |
| Spain-Euro | 0.9240 | 3/31/2025 |
| Sri Lanka-Rupee | 296.1500 | 3/31/2025 |
| St. Lucia-E. Caribbean Dollar | 2.7000 | 3/31/2025 |
| Sudan-Pound | 2,020.0000 | 3/31/2025 |
| Suriname-Dollar | 36.3390 | 3/31/2025 |
| Sweden-Krona | 10.0200 | 3/31/2025 |
| Switzerland-Franc | 0.8810 | 3/31/2025 |
| Syria-Pound | 12,000.0000 | 3/31/2025 |
| Taiwan-Dollar | 33.2040 | 3/31/2025 |
| Tajikistan-Somoni | 10.8200 | 3/31/2025 |
| Tanzania-Shilling | 2,615.0000 | 3/31/2025 |
| Thailand-Baht | 33.9100 | 3/31/2025 |
| Timor-Leste-Dili | 1.0000 | 3/31/2025 |
| Togo-CFA Franc | 604.5000 | 3/31/2025 |
| Tonga-Pa'anga | 2.3450 | 3/31/2025 |
| Trinidad & Tobago-Dollar | 6.7440 | 3/31/2025 |
| Tunisia-Dinar | 3.1090 | 3/31/2025 |
| Turkey-New Lira | 37.9340 | 3/31/2025 |
| Turkmenistan-New Manat | 3.4910 | 3/31/2025 |
| Uganda-Shilling | 3,655.0000 | 3/31/2025 |
| Ukraine-Hryvnia | 41.3560 | 3/31/2025 |
| United Arab Emirates-Dirham | 3.6730 | 3/31/2025 |

| United Kingdom-Pound | 0.7720 | 3/31/2025 |
|---|---:|---|
| Uruguay-Peso | 42.1500 | 3/31/2025 |
| Uzbekistan-Som | 12,932.1600 | 3/31/2025 |
| Vanuatu-Vatu | 121.2000 | 3/31/2025 |
| Venezuela-Bolivar Soberano | 69.3930 | 3/31/2025 |
| Venezuela-Fuerte (OLD) | 248,832.0000 | 3/31/2025 |
| Vietnam-Dong | 25,565.0000 | 3/31/2025 |
| Western Samoa-Tala | 2.7230 | 3/31/2025 |
| Yemen-Rial | 528.0000 | 3/31/2025 |
| Zambia-New Kwacha | 28.0500 | 3/31/2025 |
| Zimbabwe-Gold | 25.4270 | 3/31/2025 |
| Zimbabwe-RTGS | 13.6350 | 3/31/2025 |