IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERIMETRAL ORIENTAL DE BOGOTÁ, S.A.S.,

    *Petitioner*,

v.

AGENCIA NACIONAL DE INFRAESTRUCTURA
and
THE REPUBLIC OF COLOMBIA

    *Respondents*.

Civil Action No. _____

### [Proposed] Order

Upon consideration of the Petition to Confirm Arbitral Award submitted by Petitioner Perimetral Oriental de Bogota, S.A.S. to confirm the arbitral award issued on December 18, 2024 and clarified on March 7, 2025, in ICSID Case No. Case No. 01-20-0015-3123 (the "Award") against Respondents, Agencia Nacional de Infraestructura and the Republic of Colombia, it is hereby:

**ORDERED** that the Award is confirmed in the same manner as if it were a final judgment of a court of general jurisdiction in one of the several states; and it is further

**ORDERED** that judgment is entered in favor of Perimetral Oriental de Bogota, SAS in the amount of the United States Dollar equivalent of COP 1,332,305,900,000, converted to United States Dollars at the prevailing average exchange rate as of the date of this Judgment.

Dated: _____, 2025

                                                  _____
                                                       United States District Judge